## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### Baltimore Division

| | |
|---|---|
| **GREEN APPLE GROCERY AND DELI, LLC, ET AL** | |
| **APPELLANTS'** | |
| V. | Civil Case No.:1:19-cv-01408-RDB |
| **UNITED STATES DEPARTMENT OF AGRICULTURE; C/O SONNY PERDUE**, in his official capacity as Secretary of the United States Department of Agriculture | |
| **APPELLEE** | |

## RESPONSE TO COURT'S ORDER TO SHOW CAUSE

NOW COMES, Green Apple Grocery and Deli, LLC, (hereinafter "Appellants'), by and through their undersigned counsel, hereby files their response (the "response") to Court's Order to Show Cause, "why this case should not be dismissed for lack of prosecution, and for reasons state:

1. On May 13, 2019, Plaintiff, pro-se, filed a Complaint regarding Defendant's injunction prohibiting Plaintiffs' for participating in the Supplemental Nutrition Assistance Program (SNAP), on the allegation, that certain transactions were suspicious, and therefore, amounted to violations of law.

2. The Court, on May 15. 2019, Ordered, Plaintiffs' to engage counsel, to represent the corporate Plaintiff.

3. On June 12, 2019, undersigned counsel was retained and entered an appearance on behalf of the Plaintiffs'.

4. The inadvertent failure to file the Summons was due extraordinary circumstances beyond undersigned counsel's control. Specifically, undersigned counsel and her spouse were caring for her sick father-in-law, who subsequently died. Further, undersigned counsel loss her aunt, and a close family friend. In addition, undersigned counsel, was dealing with her own personal health issues, and the loss of key staff in her office.

5. Contemporaneously, with the filing of this response, undersigned counsel have filed an Amended Complaint, Summonses, Disclosures and Information Report. *See Record*

6. The prejudice of dismissal to Appellants' would be significant, as they are outside the limitations period and would not be able to refile the Complaint. The harm associated therewith would be pellucid.

7. In light of the foregoing, Appellants', respectfully requests that the Court not dismiss this action, and provide Appellants' with a short period of time for which to serve the Defendants.

Respectfully Submitted,

/s/ Jessie Lyons Crawford

_____

**JESSIE LYONS CRAWFORD, Esq.**
**COUNSEL FOR PLAINTIFF**
Federal Bar No.: 25247

THE LAW OFFICES OF JESSIE LYONS CRAWFORD, LLC
2601 Maryland Avenue
Baltimore, Maryland 21218
410-662-1230
F: 410-662-1238
E. attorneyjlcrawford@verizon.net

COUNSEL FOR APPELLANTS'