**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division**

| | |
|---|---|
| **GREEN APPLE GROCERY AND DELI, LLC, ET AL**<br><br>**APPELLANTS'**<br><br>V.<br><br>**UNITED STATES DEPARTMENT OF AGRICULTURE; C/O SONNY PERDUE**, in his official capacity as Secretary of the United States Department of Agriculture<br><br>**APPELLEE** | Civil Case No.:1:19-cv-01408-RDB |

**MOTION TO WAIVE REQUIREMENTS OF FILING OF
A REDLINE COMPARISON COPY OF THE AMENDED COMPLAINT**

NOW COMES, Green Apple Grocery and Deli, LLC, (hereinafter "Appellants'), by and through their undersigned counsel, and hereby moves this Court for an Order waiving the requirement for Appellants' to file a redline comparison Amended Complaint and for reasons state:

1. On May 13, 2019, Appellants', pro-se, filed a Complaint regarding Defendant's injunction prohibiting Plaintiffs' from participating in the Supplemental Nutrition Assistance Program (SNAP), on the incorrect premise that certain transactions were suspicious, and therefore, amounted to violations of law.

   On December 6, 2019, Appellants' have filed a First Amended Complaint ("FAC"), Summonses, Disclosures and Information Report. *See Record*

2. Appellants' are also required to file a Redline comparison copy of the Amended Complaint, however, Appellants' pro-se complaint was handwritten on a form provided to them by the Court, making filing a redline an impossibility.

3.  Therefore, there is good cause to waive this requirement.

4.  This motion is being filed in good faith and not to unduly delay these proceedings.

WHEREFORE, Appellants' move this Honorable Court to waive the requirement for which they must file a redline comparison copy of the Amended Complaint, and for such other and further relief as may be just and equitable.

Respectfully Submitted,

/s/ Jessie Lyons Crawford
_____
**JESSIE LYONS CRAWFORD, Esq.**
**COUNSEL FOR PLAINTIFF**
Federal Bar No.: 25247

THE LAW OFFICES OF JESSIE LYONS CRAWFORD, LLC
2601 Maryland Avenue
Baltimore, Maryland 21218
410-662-1230
F: 410-662-1238
E. attorneyjlcrawford@verizon.net

COUNSEL FOR APPELLANTS'