FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2019 DEC 16  AM 11: 10

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

| | |
|---|---|
| **GREEN APPLE GROCERY AND DELI, LLC, ET AL**<br><br>APPELLANTS'<br><br>V.<br><br>**UNITED STATES DEPARTMENT OF AGRICULTURE; C/O SONNY PERDUE**, in his official capacity as Secretary of the United States Department of Agriculture<br><br>APPELLEE | Civil Case No.:1:19-cv-01408-RDB |

**ORDER GRANTING MOTION TO WAIVE REQUIREMENTS OF FILING
A REDLINE COMPARISON COPY OF THE AMENDED COMPLAINT**

Upon consideration of the Appellants' Motion to Waive Requirements of Filing of A Redline Comparison Copy of The Amended Complaint, good cause having been stated, it is hereby this 16th day of December, 2019, ORDERED, that the Motion is GRANTED, and the clerk is therefore authorized to accept for filing the Amended Complaint without the redline comparison copy.

_____
The Honorable Richard D. Bennett
United States District Court of Maryland