IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| Green Apple Grocery and Deli, LLC, et al, <br><br> Plaintiffs, <br><br> v. <br><br> United Stated Department of Agriculture, <br><br> Defendant. | Case No. 19-cv-1408-RDB |

**CONSENT MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

The United States Department of Agriculture, by undersigned counsel, hereby moves for an extension of time to file an answer or otherwise respond to the complaint.

1. Green Apple Grocery and Deli, LLC and Malek Mohamed bring this action against the United States Department of Agriculture (USDA) pursuant to 7 U.S.C. § 2023 and 7 C.F.R. § 279.7, seeking to set aside the Food and Nutrition Service's Final Agency Decision to permanently disqualify them from participating in the Supplemental Nutrition Assistance Program (SNAP) as a retailer.

2. USDA's time to respond to the complaint is currently February 14, 2020. (ECF No. 14). The USDA respectfully requests that its time to respond to the complaint be enlarged without date, and that the parties be required to submit a joint status report no later than April 30, 2020, setting forth the parties proposed plan to proceed.

3. The reason for this request is that the undersigned counsel had not yet received the administrative record in this case. Currently, FSN only has one employee who processes administrative records for all SNAP cases, and there are approximately 20 SNAP case that were

filed before this case. FSN anticipates that it will be able to provide the administrative record to the undersigned by the end of April.

4.  A review of the administrative record is necessary in order to determine an appropriate response. At that time, the USDA can determine whether a dispositive motion is appropriate, and the parties can discuss whether or not cross-motions are anticipated in order to agree upon a proposed briefing schedule.

5.  Plaintiffs' counsel consents to this request.

**WHEREFORE**, defendant requests an order extending its time to respond to the complaint without date, and that a joint status report be submitted by April 30, 2020.

> Respectfully submitted,
>
> Robert K. Hur
> United States Attorney
>
> By: ___/ s /_____
> Jane E. Andersen (Bar No: 802834))
> Assistant United States Attorney
> 6500 Cherrywood Lane, Suite 200
> Greenbelt, MD 20770
> (301) 344-4422
> Jane.Andersen@usdoj.gov
> *Counsel for Defendant United States*