IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Green Apple Grocery and Deli, LLC, et al,

Plaintiffs,

v.

United Stated Department of Agriculture,

Defendant.

Case No. 19-cv-1408-RDB

## ORDER

HAVING READ AND CONSIDERED defendant's motion for an extension of time to answer or otherwise response to the complaint, and for good cause shown, it is, this 13th day of February 2020, ORDERED that the defendant's time to respond to the complaint is extended without date, and the parties shall file a joint status report by April 30, 2020.

Richard D. Bennett
United States District Judge