# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

Green Apple Grocery and Deli, LLC, et al,

    Plaintiffs,

v.

United Stated Department of Agriculture,

    Defendant.

Case No. 19-cv-1408-RDB

## JOINT STATUS REPORT

The parties, by undersigned counsel, hereby submits this statue report pursuant to the Court's Order, dated February 13, 2020, and requests that Defendant's time to respond to the complaint be set for August 24, 2020.

1.     Green Apple Grocery and Deli, LLC and Malek Mohamed brings this action against the United States Department of Agriculture (USDA) pursuant to 7 U.S.C. § 2023 and 7 C.F.R. § 279.7, seeking to set aside the Food and Nutrition Service's Final Agency Decision to permanently disqualify them from participating in the Supplemental Nutrition Assistance Program (SNAP) as a retailer.

2.     USDA's time to respond to the amended complaint has been enlarged without date to permit the administrative record (AR) to be proceeded. (ECF No. 16).  The AR was processed and certified on May 1, 2020. The AR was then reviewed to ensure that personally identifiable information such as social security numbers, taxpayer identification numbers, agency account numbers, home addresses, and dates of birth were properly redacted. On June 16, 2020, an

unredated copy of the AR provided[1] to defense counsel through a file share program. A redacted copy was also downloaded by defense counsel, but it was recently discovered that the file was corrupted and cannot be opened. Accordingly, USDA is working to upload an uncorrupted file so that it can be downloaded and then shared with plaintiffs' counsel.

3. Defense counsel has been able to review the unreacted administrative record and the relevant case law and believes that a motion to dismiss the complaint, or in the alternative, for summary judgment is appropriate. Accordingly, defendant intends to file a dispositive motion in response to the amended complaint, and requests that its deadline to do so be set for August 24, 2020.

4. Plaintiffs has not received a copy of the record and is not able to determine if a cross-motion for summary judgment is appropriate at this time. Plaintiffs also seeks a discovery period and believe any motion without discovery is premature. Plaintiffs reserve their right to move for summary judgment on a later date should defendant's motion be denied and after a period of discovery. Because plaintiffs have been unable to view the administrative record to date, however, plaintiffs reserve the right to file a cross-motion if later deemed appropriate. Should plaintiffs choose to do this, the parties will confer to agree upon a briefing schedule.

    Respectfully submitted,

    Robert K. Hur
    United States Attorney

By: _____/ s /_____
    Jane E. Andersen (Bar No: 802834))
    Assistant United States Attorney
    6500 Cherrywood Lane, Suite 200
    Greenbelt, MD 20770
    (301) 344-4422

---

[1] Technical difficulties delayed defense counsel being able to download a copy of the AR due to the file size and downloading it over a VPN.

        Jane.Andersen@usdoj.gov
        *Counsel for Defendant USDA*


By:   / s /   
    Jessie Lyons Crawford, Esq. (Bar No. 25247)
    Law Office of Jessie Lyons Crawford, LLC
    2601 Maryland Avenue
    Baltimore, Maryland 21218
    Phone: 410-662-1230
    Fax: 410-662-1238
    attorneyjlcrawford@verizon.net