IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Green Apple Grocery and Deli, LLC, et al,

    Plaintiffs,

v.

United Stated Department of Agriculture,

    Defendant.

Case No. 19-cv-1408-RDB

**MOTION FOR EXTENSION OF TIME TO RESPOND TO THE AMENDED COMPLAINT**

    The United States Department of Agriculture, by undersigned counsel, hereby moves for an extension of time to respond to the amended complaint.

    1.    Green Apple Grocery and Deli, LLC and Malek Mohamed bring this action against the United States Department of Agriculture (USDA) pursuant to 7 U.S.C. § 2023 and 7 C.F.R. § 279.7, seeking to set aside the Food and Nutrition Service's Final Agency Decision to permanently disqualify them from participating in the Supplemental Nutrition Assistance Program (SNAP) as a retailer.

    2.    USDA's time to respond to the amended complaint has been enlarged without date to permit the administrative record (AR) to be produced. (ECF No. 16). In a joint status report filed on July 24, 2020, USDA reported that the AR has been completed and certified (ECF No. 17). A copy of the AR has been provided to plaintiffs' counsel. In the status report, USDA informed the Court that it intends to file a dispositive motion in response to the amended complaint, and requested that its deadline to do so be set for August 24, 2020.

    3.    USDA was prepared to file a dispositive motion today, but in preparing the motion, an error in the AR was discovered. Specifically, a number of documents related to a different

convenience store, but with the same name of "Green Apple", was inadvertently included in the AR. As such, the AR needs to be re-compiled and then Bates stamped and certified. The individual who compiles and certifies ARs is on annual leave until August 31, 2020. As such, the USDA requires until September 4, 2020, to complete this task. Once that is complete, the AR must be sent to the undersigned and the citations to the AR in the defendant's motion will need to be updated.

4.  Accordingly, defendant now requests that its time to file a response to the Amended Complaint be set for September 11, 2020. Plaintiffs' counsel was informed of the error in the administrative record and the need to correct it. Plaintiffs' counsel, however, does not consent to any additional time to respond to the Complaint. The Defendant nevertheless makes this request due to the necessity of filing an accurate and complete administrative record.

**WHEREFORE**, defendant requests an order setting its time to respond to the complaint to September 11, 2020.

    Respectfully submitted,

    Robert K. Hur
    United States Attorney

By: ___/ s /_____
    Jane E. Andersen (Bar No: 802834))
    Assistant United States Attorney
    6500 Cherrywood Lane, Suite 200
    Greenbelt, MD 20770
    (301) 344-4422
    Jane.Andersen@usdoj.gov
    *Counsel for Defendant United States*