# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| Green Apple Grocery and Deli, LLC, et al, <br><br> Plaintiffs, <br><br> v. <br><br> United Stated Department of Agriculture, <br><br> Defendant. | Case No. 19-cv-1408-RDB |

## **ORDER**

HAVING READ AND CONSIDERED defendant's motion for an extension of time to answer or otherwise response to the complaint, and for good cause shown, it is, this _____ day of August 2020, ORDERED that the defendant shall respond to the Complaint by September 11, 2020.

_____
Richard D. Bennett
United States District Judge