**Exhibit C**
**(Administrative Record)**


# PART 3 OF 5



**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS CAITLYN

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:      4/10
30183155-GREEN APPLE GROCE40000261180
8 @ 0.99
```
        PINT CHOCOLATE MIL    7.92 F
        SPRITE               12.99 B
         24 Beverage Containers
        CLASSIC COKE         12.99 B
         24 Beverage Containers
        SUPER CHILL CREAM     6.59 F
         24 Beverage Containers
        SUPER CHILL BLACK     6.59 F
         24 Beverage Containers
3 @ 69.55
        NEWPORT MENTH BOX   208.65 T
        NEWPORT MENTH BOX    69.55 T
        SUNLITE LIGHTERS      5.75 T
        WILD ROSES            4.65 T
        TAX                  18.88
        TAX EXEMPTION        18.88-
  **** BALANCE              335.68
        CASH                100.00
        CASH                200.00
        CASH                 36.00
        CHANGE                0.32
TOTAL NUMBER OF ITEMS SOLD =    18
```
**96 Total Beverage Containers**
**B. Green&Co Inc. ID:C-273-000**
03/25/18 08:21am 1 8 13 308

CUST: 30183155-GREEN APPLE GROCERY &
ACCOUNT#: 40000261180

Thank You For Shopping at Cash & Carry
        STORE HOURS:
MON-FRI:6A-4P SAT:7A-4P SUN:8A-4P
######**#*#*#*#*#*#*#*########
====Thank you for shopping with us====
******************************

**A.R. 600**



**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS CAITLYN

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:      5/2
30183155-GREEN APPLE GROCE40000261180
4 @ 0.85
　　　HAUSWALD'S BREAD　　　3.40 F
　　　HONEY BBQ CHIPS　　　12.99 F
　　　UTZ SOUR CREAM & O　　12.99 F
2 @ 2.75
　　　RUTTER'S WHOLE MIL　　5.50 F
2 @ 1.45
　　　RUTTER'S HVD MILK　　 2.90 F
2 @ 0.99
　　　RUTTER'S WHOLE MIL　　1.98 F
　　　SUPER CHILI COLA　　　6.59 B
　　　24 Beverage Containers
　　　SUPER CHILL ORANGE　　6.59 B
　　　24 Beverage Containers
　　　SUPER CHILL FRUIT　　 6.59 F
　　　24 Beverage Containers
　　　SALT&VINEGAR CHIP　　12.99 F
　　　TASTYKAKE CHOCOLAT　　2.59 F
　　　TASTYKAKE BUTTERSC　　2.59 F
　　　YOO HOO CHOCOLATE　　15.99 B
　　　DOMINO SUGAR 4 LB　　19.95 F
4 @ 70.49
　　　NEW   -MENTH BOX　　281.96 T
　　　MA    BOX 100'S　　  54.09 T
　　　T                   21.92
　　AX EXEMPTION         21.92-
　　BALANCE             449.69
　　CASH                460.00
　　CHANGE               10.31
OTAL NUMBER OF ITEMS SOLD =    25
72 Total Beverage Containers
By Green&Co Inc. ID:C-273-000
03/26/18  11:13am 1 8 45 308

CUST: 30183155
ACCOUNT#

Thank You Fo

**A.R. 601**



**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS PATRICIA

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:      5/16
  30183155-GREEN APPLE GROCE40000261180
 6 @ 1.19
          RUTTER'S CHOCOLATE       7.14 F
 2 @ 1.69
          RUTTER'S CHOCOLATE       3.38 F
 6 @ 0.99
          PINT CHOCOLATE MIL       5.94 F
          SUNNY DELIGHT CITR       7.89 F
          MINIATURE PEANUT C      11.99 B
          CLASSIC COKE            12.99 B
           24 Beverage Containers
          SPRITE                  12.99 B
           24 Beverage Containers
          SWEDISH FISH RED         9.55 B
          GUSHER'S VARIETY P      10.59 B
 2 @ 1.75
          DART FOAM CUP UNIT       3.50 T
          DART LID STRAW SLO       1.95 T
 6 @ 0.85
          HAUSWALD'S BREAD         5.10 F
 3 @ 70.49
          NEWPORT MENTH BOX      211.47 T
          MARLBORO LIGHT 100      66.49 T
          MAVERICK MENTHOL B      54.09 T
          NEWPORT NON-MENTHO      56.19 T
          TAX                     27.11
          TAX EXEMPTION           27.11-
 **** BALANCE                    481.25
          CASH                   481.25
          CHANGE                   0.00
TOTAL NUMBER OF ITEMS SOLD =        85
**48 Total Beverage Containers**
B. Green&Co Inc. ID:C-273-000
03/27/18 01:04pm 1 8 83 241

CUST: 30183155-GREEN APPLE GROCERY &
ACCOUNT#: 40000261180

Thank You For Shopping at Cash & Carry
STORE HOURS:

*(handwritten, circled)* 550

**A.R. 602**



**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS SANDRA

30183155-GREEN APPLE GROCE40000261180
```
        NEWPORT MENTH BOX      70.49 T
        HAT'S OFF CIGAR 10     15.95 T
3 @ 70.49
        NEWPORT MENTH BOX     211.47 T
        E FRUTTI SOUR MINI      3.99 B
        BOSTON BAKED BEANS      3.35 B
        APPLE HEADS             3.35 B
        NOW & LATER BANANA      3.59 B
        NOW & LATER BLUE/R      3.59 B
        MIKE & IKE ORIGIN       3.69 B
        TAX                    19.17
        TAX EXEMPTION          19.17-
****    BALANCE               319.47
        CASH                  320.00
        CHANGE                  0.53
TOTAL NUMBER OF ITEMS SOLD =      11
03/28/18 12:33pm 1 8 74 235
```

CUST: 30183155-GREEN APPLE GROCERY &
ACCOUNT#: 40000261180

Thank You For Shopping at Cash & Carry
          STORE HOURS:
MON-FRI:6A-4P SAT:7A-4P SUN:8A-4P
***********************************
====Thank you for shopping with us====
***********************************

**A.R. 603**



**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS PATRICIA

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:      3/15
30183155-GREEN APPLE GROCE40000261180
```
        M&M PEANUT          26.99 B
2 @ 11.89
        9 LIVES CHICKEN     23.78 T
        9 LIVES TURKEY W/G  11.89 T
        CHEWY RED HEADS      3.35 B
        TASTYKAKE ICED CUP   2.59 F
        TASTYKAKE KOFFEE K   2.59 F
        TASTYKAKE CHOCOLAT   2.59 F
        COCONUT JUNIORS      2.59 F
        LE CREAM FILLED BT   2.59 F
        E-FRUTTI MINI BURG   3.99 B
        AIR HEADS WHITE MY   4.69 B
        AIRHEADS WATERMELO   4.69 B
        AIRHEADS GREEN APP   4.69 B
        9 LIVES TUNA&EGG S  11.89 T
3 @ 2.75
        RUTTER'S WHOLE MIL   8.25 F
        HARIBO GOLD BEARS   13.65 B
        SCOOBY DOO FRUIT S  11.25 B
4 @ 70.49
        NEWPORT MENTH BOX  281.96 T
        MAVERICK MENTHOL B  54.09 T
        TAX                 27.42
        TAX EXEMPTION       27.42-
 **** BALANCE             478.11
        CASH               100.00
        CASH               380.11
        CHANGE               2.00
TOTAL NUMBER OF ITEMS SOLD =   25
```
03/29/18 12:18pm 1 8 78 241

CUST: 30183155-GREEN APPLE GROCERY &
ACCOUNT#: 40000261180

Thank You For Shopping at Cash & Carry
STORE HOURS:
MON-FRI:6A-4P SAT:7A-4P SUN:8A-4P
*********************************
====Thank you for shopping with us====

**A.R. 604**



**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS PATRICIA

30183155-GREEN APPLE GROCE40000261180
              NEWPORT NON-MENTHO      56.19 T
  4 @ 70.49
              NEWPORT MENTH BOX      281.96 T
              WHITE CHEDDAR POPC      12.99 F
              Utz Thin Pretzels       13.49 T
              UTZ REGULAR CHIPS       12.99 F
  6 @ 0.85
              HAUSWALD'S BREAD         5.10 F
              BIG SLICE WATERMEL       4.35 B
              BIG SLICE BLUE RAS       4.35 B
              TAX                     21.63
              TAX EXEMPTION           21.63-
  **** BALANCE                       391.42
              CASH                   100.00
              CASH                   300.52
              CHANGE                   9.10
TOTAL NUMBER OF ITEMS SOLD =     16
03/30/18 11:49am 1 8 72 241

CUST: 30183155-GREEN APPLE GROCERY &
ACCOUNT#: 40000261180

Thank You For Shopping at Cash & Carry
              STORE HOURS:
MON-FRI:6A-4P SAT:7A-4P SUN:8A-4P
**********************************
====Thank you for shopping with us====
**********************************

**A.R. 605**



**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS NICOLE B

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:      1/76
30183155-GREEN APPLE GROCE40000261180
3 @ 6.59
          SUPER CHILL BLACK      19.77 F
          24 Beverage Containers
          48 Beverage Containers
          SUPER CHILL GRAPE       6.59 B
          24 Beverage Containers
6 @ 1.19
          RUTTER'S CHOCOLATE      7.14 F
5 @ 0.69
          RUTTER'S WHOLE MIL      3.45 F
8 @ 0.99
          PINT CHOCOLATE MIL      7.92 F
          CLASSIC COKE           12.99 B
          24 Beverage Containers
          SPRITE                 12.99 B
          24 Beverage Containers
4 @ 7.99
          CLASSIC COKE           31.96 B
3 @ 1.69
          RUTTER'S CHOCOLATE      5.07 F
          MAVERICK BOX 100'S     54.09 T
4 @ 70.49
          NEWPORT MENTH BOX     281.96 T
          NEWPORT MENTH BOX      70.49 T
          TAX                    28.27
          TAX EXEMPTION          28.27-
    **** BALANCE               514.42
          CASH                  520.00
          CHANGE                  5.58
TOTAL NUMBER OF ITEMS SOLD       38
**144 Total Beverage Containers**
B. Green&Co Inc. ID:C-273-000
03/31/18 12:17pm 1 8 69 252

CUST: 30183155-GREEN APPLE GROCERY &
ACCOUNT#: 40000261180

Thank You For Shopping at Cash & Carry

A.R. 606

953



**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS WANDA

30183155-GREEN APPLE GROCE40000261180
4 @ 70.49
    NEWPORT MENTH BOX    281.96 T
    MARLBORO BOX 100    66.49 T
    MARLBORO LIGHT BOX   66.49 T
2 @ 8.99
    PEPSI COLA    17.98 B
    LUXURY LIGHTS LIGH   4.55 T
    TAX    26.25
    TAX EXEMPTION   26.25-
  **** BALANCE    437.47

# AMOUNT   $437.47

CASH BACK $0.00

# ************6308

    DEBIT    437.47
    CHANGE    0.00
TOTAL NUMBER OF ITEMS SOLD =  9
03/31/18 01:40pm 1 8 87 256

CUST: 30183155-GREEN APPLE GROCERY &
ACCOUNT#: 40000261180

Thank You For Shopping at Cash & Carry
      STORE HOURS:
MON-FRI:6A-4P SAT.7A-4P SUN:8A-4P
*****************  ******************
====Thank you for shopping with us====
************************************

**A.R. 607**



**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS NICOLE B

```
   TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:      6/5
  30183155-GREEN APPLE GRUCE40000261180
  6 @ 0.85
          HAUSWALD'S BREAD      5.10 F
          TASTYKAKE BUTTERSC    2.59 F
          TASTYKAKE KANDY KA    2.59 F
          TASTYKAKE ICED CUP    2.59 F
          CHOCOLATE CREAM KA    2.59 F
          COCONUT JUNIORS       2.59 F
          HERB'S RED HOT SAU   13.99 F
  2 @ 1.75
          RUTTER'S CHOCOLATE    3.50 F
          FRUIT BY THE FOOT    11.35 B
          SKITTLES TROPICAL    21.99 B
          FAMOUS AMOS CHOC C   13.25 F
  4 @ 1.19
          RUTTER'S CHOCOLATE    4.76 F
  3 @ 2.83
          RUTTER'S WHOLE MIL    8.49 F
          SUNNY DELIGHT CITR    7.89 F
          YOO HOO CHOCOLATE    19.99 B
          HI-C FLASH FRUIT P    8.95 F
           40 Beverage Containers
          MIKE & IKE  ORIGIN    3.69 B
          LAFFY TAFFY ASSORT    5.99 B
          LINDEN CHOC CHIP C    8.59 F
          PEDIGREE DOG FOOD    10.99 T
          SUPER CHILL FRUIT     6.59 F
           24 Beverage Containers
          TROPICAL FANTASY K   15.59 B
           24 Beverage Containers
          MAVERICK MENTHOL B   54.09 T
  3 @ 70.49
          NEWPORT MENTH BOX   211.47 T
          TAX                  21.31
          TAX EXEMPTION        21.31-
  **** BALANCE              449.21
          CASH                  0.02
  VF     COINSTAR UNITS    1,770.19
          CHANGE            1,321.00
TOTAL NUMBER OF ITEMS SOLD =     37
```

**A.R. 608**



**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS PATRICIA

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:      5/29
30183155-GREEN APPLE GROCE40000261180

```
        SALT&VINEGAR CHIP    12.99 F
        PEPSI                10.99 B
        24 Beverage Containers
        SPRITE               10.99 B
        24 Beverage Containers
        CIRA WATERMELON-ST   13.75 F
        12 Beverage Containers
        MIKE & IKE RED RAG    3.99 B
        TASTYKAKE ICED CUP    1.95 F
        MIKE & IKE JOLLY J    3.99 B
        MIKE&IKE TROPICAL     3.99 B
        TASTYKAKE KOFFEE K    1.95 F
        TASTYKAKE LEMON JU    1.95 F
        COCONUT JUNIORS       1.95 F
        NOW&LATER CHEWY PI    3.59 B
        N&L SOFT APPLE        3.59 B
        N&L SOFT BANANA       3.59 B
        FERRARA PAN CHEWY     3.35 B
        HI-C VARIETY PK 40    7.99 B
        40 Beverage Containers
        EVERFRESH STRAWBER   13.85 F
        SUPER CHILL PINEAP    6.59 F
        24 Beverage Containers
        SUPER CHILL STRAWB    6.59 B
        24 Beverage Containers
        SUPER CHILL ORANGE    6.59 B
        24 Beverage Containers
 5 @ 0.85
        HAUSWALD'S BREAD      4.25 F
        HAT'S OFF CIGAR 10   15.95 T
 4 @ 70.49
        NEWPORT MENTH BOX   281.96 T
        LUXURY LIGHTS LIGH    4.55 T
        TAX                  22.31
        TAX EXEMPTION        22.31-
 **** BALANCE              430.93
        CASH                100.00
        CASH                331.00
        CHANGE                0.07
```

**A.R. 609**



**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS PATRICIA

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:      3/98
30183155-GREEN APPLE GROCE40000261180
MINUTE MAID PEACH      10.99 B
24 Beverage Containers
MINUTE MAID WATERM     10.99 B
24 Beverage Containers
2 @ 1.05
RUTTER'S WHOLE MIL      2.10 F
2 @ 1.29
RUTTER'S HVD MILK      2.58 F
2 @ 1.75
RUTTER'S CHOCOLATE     3.50 F
DEER PARK SPRING W      6.99 B
40 Beverage Containers
PAMPA LONG GRAIN R      9.99 F
LE CREAM FILLED BT      1.95 F
TASTYKAKE KANDY KA      1.95 F
4 @ 70.49
NEWPORT MENTH BOX    281.96 T
MARLBORO BOX 100       66.49 T
MAVERICK BOX 100'S     54.09 T
MAVERICK MENTH  B      54.09 T
NEWPORT NON-MENTHO     56.19 T
NEWPORT MENTH BOX      70.49 T
TAX                    36.74
TAX EXEMPTION          36.74-
**** BALANCE          634.35
CASH                  200.00
CASH                  100.00
CASH                  300.00
CASH                   35.00
CHANGE                  0.65
TOTAL NUMBER OF ITEMS SOLD =   21
**88 Total Beverage Containers**
**B. Green&Co Inc. ID:C-273-000**
04/06/18 03:14pm 1 8 126 241

CUST: 30183155-GREEN APPLE GROCERY &
ACCOUNT#: 40000261180

Thank You For Shopping at Cash & Carry

**A.R. 610**



**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS PATRICIA

```
  TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:     4/33
  30183155-GREEN APPLE GROCE40000261180
  3 @ 0.85
        HAUSWALD'S BREAD      2.55 F
  6 @ 0.69
        RUTTER'S WHOLE MIL    4.14 F
 10 @ 0.99
        PINT CHOCOLATE MIL    9.90 F
        PURINA MEOW MIX      11.79 T
        PRINGLES ORIGINAL     5.75 F
        ALL CRISP KOSHER P    5.25 F
        DAVID NACHO CHEESE    6.49 F
  3 @ 1.99
        PURINA CAT CHOW       5.97 T
  3 @ 1.99
        PURINA KITTEN CHOW    5.97 T
        SUNNY DELIGHT CITR    5.99 F
  3 @ 70.49
        NEWPORT MENTH BOX   211.47 T
        TAX                  14.12
        TAX EXEMPTION        14.12-
  **** BALANCE             275.27
        CASH               200.00
        CASH                75.27
        CHANGE               0.00
TOTAL NUMBER OF ITEMS SOLD =    33
04/07/18 01:14pm 1 8 100 241
```

CUST: 30183155-GREEN APPLE GROCERY &
ACCOUNT#: 40000261180

Thank You For Shopping at Cash & Carry
STORE HOURS:
MON-FRI:6A-4P SAT:7A-4P SUN:8A-4P
****************************************
====Thank you for shopping with us====
****************************************

**A.R. 611**



**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS NICOLE B

30183155-GREEN APPLE GROCE40000261180
3 @ 70.49
       NEWPORT MENTH BOX    211.47 T
       SUPER CHILL GRAPE     6.59 B
       24 Beverage Containers
       SPRITE          10.99 B
       24 Beverage Containers
       TAX           13.75
       TAX EXEMPTION      13.75-
**** BALANCE        229.05
       CASH         240.05
       CHANGE        11.00
TOTAL NUMBER OF ITEMS SOLD =   5
**48 Total Beverage Containers**
B. Green&Co Inc. ID:C-273-000
04/08/18 01:57pm 1 8 65 25

CUST: 30183155-GREEN APPLE GROCERY &
ACCOUNT#: 40000261180

Thank You For Shopping at Cash & Carry
        STORE HOURS:
MON-FRI:6A-4P SAT:7A-4P SUN:8A-4P
*******************************************
====Thank you for shopping with us====
*******************************************

A.R. 612



**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS CAITLYN

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:       3/40
30183155-GREEN APPLE GROCE4000026
        8 LB BAG ICE          3.
6 @ 0.85
        HAUSWALD'S BREAD       5.
2 @ 7.99
        PEPSI COLA            15.9
        DEER PARK SPRING W     7.2
        24 Beverage Containers
        SOUR PATCH WATERME    14.2
        UTZ REGULAR CHIPS     12.9
        GUSHER'S VARIETY P    10.5
        LINDENS BUTTER CRU     8.5
        SOUR PATCH KIDS CH    14.2
        SWEDISH FISH          14.2!
        MARLBORO LIGHT BOX    66.4!
3 @ 70.49
        NEWPORT MENTH BOX    211.4i
        NEWPORT NON-MENTHO    56.19
        NEWPORT MENTH BOX     70.49
        TAX                   28.88
        TAX EXEMPTION         28.88
  **** BALANCE              511.88
        CASH                 400.00
        CASH     512         100.00
        CASH                  12.00
        CHANGE                 0.12
TOTAL NUMBER OF ITEMS SOLD      22
**24 Total Beverage Containers**
**B. Green&Co Inc. ID:C-273-000**
04/09/18 10:56am 1 8 53 308

CUST: 30183155 GREEN APPLE GROCERY &
ACCOUNT#: 40000261180

Thank You For Shopping at Cash & Carry
        STORE HOURS:
MON-FRI:6A-4P SAT:7A-4P SUN:8A-4P
***********************************
====Thank you for shopping with us====
***********************************

**A.R. 613**



**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS PATRICIA

30183155-GREEN APPLE GROCE40000261180
2 @ 7.99
          MOUNTAIN DEW          15.98 B
2 @ 7.99
          PEPSI COLA            15.98 B
          DEER PARK SPRING W     5.85 B
          32 Beverage Containers
          SPRITE                10.99 B
          24 Beverage Containers
6 @ 0.99
          PINT CHOCOLATE MIL     5.94 F
3 @ 70.49
          NEWPORT MENTH BOX    211.47 T
          TAX                   15.62
          TAX EXEMPTION         15.62-
   **** BALANCE                266.21

# AMOUNT     $266.21

CASH BACK $0.00

# ************9335

          DEBIT                266.21
          CHANGE                 0.00
TOTAL NUMBER OF ITEMS SOLD =    15
**56 Total Beverage Containers**
**B. Green&Co Inc. ID:C-273-000**
04/12/18 01:06pm 1 8 96 241

CUST: 30183155-GREEN APPLE GROCERY &
ACCOUNT#: 40000261180

Thank You For Shopping at Cash & Carry
          STORE HOURS:
MON-FRI:6A-4P SAT:7A-4P SUN:8A-4P
*************************************
====Thank you for shopping with us====
*************************************

**A.R. 614**



**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS PATRICIA

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:      3/49
 30183155-GREEN APPLE GROCE40000261180
4 @ 2.83
        RUTTER'S WHOLE MIL    11.32 F
        SPRITE                11.99 B
        KELL RICE KRISPIES     8.99 F
3 @ 0.85
        HAUSWALD'S BREAD       2.55 F
        MARLBORO BOX 100      66.49 T
4 @ 70.49
        NEWPORT MENTH BOX    281.96 T
        TAX                   21.63
        TAX EXEMPTION         21.63-
    **** BALANCE            383.30

# AMOUNT   $100.00
CASH BACK $0.00

 *************9335
        DEBIT                100.00
        CASH                 283.30
        CHANGE                 0.00
TOTAL NUMBER OF ITEMS SOLD =    14
04/13/18 02:22pm 1 8 121 241

CUST: 30183155-GREEN APPLE GROCERY &
ACCOUNT#: 40000261180

Thank You For Shopping at Cash & Carry
           STORE HOURS:
MON-FRI:6A-4P SAT:7A-4P SUN:8A-4P
*****************************************
====Thank you for shopping with us====
*****************************************

**A.R. 615**



**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS LISA

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:      5/16
30183155-GREEN APPLE GROCE40000261180
    SUPER CHILL GRAPE      6.59 B
      24 Beverage Containers
    SUNNY DELIGHT CITR      5.99 F
    DEER PARK SPRING W      7.25 B
      24 Beverage Containers
    YOO HOO CHOCOLATE      15.99 B
10 @ 0.99
    PINT CHOCOLATE MIL      9.90 F
    TASTYKAKE KOFFEE K      1.95 F
    COCONUT JUNIORS         1.95 F
    NEWPORT MENTH BOX      70.49 T
    MAVERICK MENTHOL B     54.09 T
3 @ 70.49
    NEWPORT MENTH BOX     211.47 T
    TAX                    21.96
    TAX EXEMPTION          21.96-
 **** BALANCE             385.67
    CASH                  300.00
    CASH                   86.00
    CHANGE                  0.33
TOTAL NUMBER OF ITEMS SOLD =    21
**48 Total Beverage Containers**
**B. Green&Co Inc. ID:C-273-000**
04/14/18 10:34am 1 8 45 123

CUST: 30183155-GREEN APPLE GROCERY &
ACCOUNT#: 40000261180

Thank You For Shopping at Cash & Carry
        STORE HOURS:
MON-FRI:6A-4P SAT:7A-4P SUN:8A-4P
************************************
====Thank you for shopping with us====
************************************

**A.R. 616**



**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS CAITLYN

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:     1/30
 30183155-GREEN APPLE GROCE40000261180
 3 @ 1.29
        RUTTER'S HVD MILK      3.87 F
 6 @ 1.19
        RUTTER'S CHOCOLATE     7.14 F
        MT.DEW                10.99 B
        24 Beverage Containers
        MOUNTAIN DEW           7.99 B
        PEPSI COLA             7.99 B
        PEPSI                 10.99 B
        24 Beverage Containers
        CLASSIC COKE          10.99 B
        24 Beverage Containers
        T.K. CHOCOLATE BEL     1.95 F
        TASTYKAKE KOFFEE K     1.95 F
        TASTYKAKE ICED CUP     1.95 F
        SPRITE                10.99 B
        24 Beverage Containers
        NEWPORT NON-MENTHO    56.19 T
 3 @ 70.49
        NEWPORT MENTH BOX    211.47 T
        TAX                   19.66
        TAX EXEMPTION         19.66-
    **** BALANCE             344.46
        CASH                   0.46
        CASH                 300.00
        CASH                  44.00
        CHANGE                 0.00
TOTAL NUMBER OF ITEMS SOLD =     22
**96 Total Beverage Containers**
**B. Green&Co Inc. ID:C-273-000**
04/15/18 11:57am 1 8 50 308

CUST: 30183155-GREEN APPLE GROCERY &
ACCOUNT#: 40000261180

Thank You For Shopping at Cash & Carry
STORE HOURS:
MON-FRI:6A-4P SAT:7A-4P SUN:8A-4P
************************************

**A.R. 617**



**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS PATRICIA

```
TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:      1/4
 30183155-GREEN APPLE GROCE40000261180
 6 @ 0.69
        RUTTER'S WHOLE MIL      4.14 F
 6 @ 0.99
        PINT CHOCOLATE MIL      5.94 F
 3 @ 1.05
        RUTTER'S WHOLE MIL      3.15 F
 4 @ 1.29
        RUTTER'S HVD MILK       5.16 F
        SUPER CHILL FRUIT       6.59 F
        24 Beverage Containers
 2 @ 7.99
        MOUNTAIN DEW           15.98 B
 4 @ 7.99
        PEPSI COLA             31.96 B
        MAMBA CHEWS            16.85 B
        T.K. CHOCOLATE BEL      1.95 F
        MIKE & IKE  ORIGIN      3.99 B
        SOUR PATCH WATERME     14.25 B
        SUNNY DELIGHT CITR      5.99 F
        MAVERICK MENTHOL B     54.09 T
 4 @ 70.49
        NEWPORT MENTH BOX     281.96 T
 4 @ 0.85
        HAUSWALD'S BREAD        3.40 F
        TAX                    25.15
        TAX EXEMPTION          25.15-
  **** BALANCE               455.40
        CASH                  100.00
        CASH                   55.40
        CASH                  200.00
        CASH                  100.00
        CHANGE                  0.00
TOTAL NUMBER OF ITEMS SOLD =     40
24 Total Beverage Containers
B. Green&Co Inc. ID:C-273-000
04/17/18 11:28am 1 8 58 241
```

CUST: 30183155-GREEN APPLE GROCERY &
ACCOUNT#: 40000261180

**A.R. 618**



**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS OCTAVIA

30183155-GREEN APPLE GROCE40000261180
```
     8 LB BAG ICE           3.99 F
     SOUR PATCH EXTREME     14.25 B
     CHORE BOY COPPER S     22.59 T
     DAVID NACHO CHEESE      5.49 F
     DAVID ORIG SUNFLOW      5.49 F
     1/10 WHITE BAG          6.99 T
  2 @ 1.75
     DART FOAM CUP UNIT      3.50 T
  8 @ 65.45
     NEWPORT MENT BOX 1    523.60 T
     NEWPORT MENTHOL BO     65.45 T
     MARLBORO BOX 100       66.49 T
     NEWPORT NON-MENTHO     56.19 T
     MARLBORO LIGHT BOX     66.49 T
     SUNLITE LIGHTERS        5.75 T
     TAX                    49.88
     TAX EXEMPTION          49.88-
**** BALANCE               846.27
     CASH                  350.00
     CASH                  496.27
     CHANGE                  0.00
TOTAL NUMBER OF ITEMS SOLD =    21
04/18/18 09:59am 1 8 42 130
```

CUST: 30183155-GREEN APPLE GROCERY &
ACCOUNT#: 40000261180

Thank You For Shopping at Cash & Carry
STORE HOURS:
MON-FRI:6A-4P SAT:7A-4P SUN:8A-4P
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
====Thank you for shopping with us====
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

143

**A.R. 619**



**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS LISA

```
  TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:      1/29
 30183155-GREEN APPLE GROCE40000261180
         UTZ SOUR CREAM & O    12.99 F
         SALT&VINEGAR CHIP      12.99 F
         UTZ BBQ POTATO CHI     12.99 F
 3 @ 2.83
         RUTTER'S WHOLE MIL      8.49 F
 6 @ 0.69
         RUTTER'S WHOLE MIL      4.14 F
         SUPER CHILL ROOTBE      6.25 B
           24 Beverage Containers
         SUPER CHILL GRAPE       6.25 B
           24 Beverage Containers
         SUPER CHILL COLA        6.25 B
           24 Beverage Containers
         SUPER CHILL GINGER      6.25 B
           24 Beverage Containers
         SUPER CHILL STRAWB      6.25 B
           24 Beverage Containers
         N&L SOFT BANANA         3.59 B
 2 @ 2.29
         TASTYKAKE KANDY KA      4.58 F
         TASTYKAKE BUTTERSC      2.29 F
         TASTYKAKE JELLY KR      2.29 F
         COCONUT JUNIORS         2.29 F
         CHOCOLATE CREAM KA      2.29 F
         TASTYKAKE ICED CUP      2.29 F
         TASTYKAKE ICED CUP      2.29 F
         SPRITE                 11.99 B
         ALL CRISP KOSHER P      4.99 F
         MAVERICK MENTHOL B     54.09 T
 4 @ 70.49
         NEWPORT MENTH BOX     281.96 T
         NEWPORT NON-MENTHO     56.19 T
         TAX                    26.35
         TAX EXEMPTION          26.35-
    **** BALANCE              513.98
         CASH                 450.00
         CASH                  65.00
         CHANGE                 1.02
 TOTAL NUMBER OF ITEMS SOLD =    34
```

514

**A.R. 620**



**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS CAITLYN

30183155-GREEN APPLE GROCE40000261180
4 @ 70.49
```
          NEWPORT MENTH BOX     281.96 T
          NEWPORT NON-MENTHO      56.19 T
          SUNNY DELIGHT CITR       7.89 F
          TASTYKAKE CHOCOLAT       2.29 F
          TASTYKAKE CHOCOLAT       2.29 F
          TASTYKAKE KOFFEE K       2.29 F
          N&L SOFT CHERRY          3.59 B
          E FRUTTI SOUR MINI       4.75 B
          E-FRUTTI MINI BURG       4.75 B
4 @ 6.99
          1/6 BLACK BAG           27.96 T
          TAX                     22.76
          TAX EXEMPTION           22.76-
     **** BALANCE                393.96
          CASH                   394.00
          CHANGE                   0.04
TOTAL NUMBER OF ITEMS SOLD =       18
04/22/18 10:43am 1 8 34 308
```
CUST: 30183155-GREEN APPLE GROCERY &
ACCOUNT#: 40000261180

Thank You For Shopping at Cash & Carry
            STORE HOURS:
MON-FRI:6A-4P SAT:7A-4P SUN:8A-4P
*****************************************
====Thank you for shopping with us====
*****************************************

**A.R. 621**



**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS CAITLYN

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:     4/14
30183155-GREEN APPLE GROCE40000261180
6 @ 0.85
    HAUSWALD'S BREAD      5.10 F
3 @ 1.99
    PURINA KITTEN CHOW    5.97 T
4 @ 1.99
    PURINA CAT CHOW.      7.96 T
    ARIZONA SWEET TEA    16.99 B
     24 Beverage Containers
    ARIZONA KIWI STRAW   16.99 B
     24 Beverage Containers
    CLASSIC COKE         11.99 B
    SPRITE               11.99 B
    SPRITE               13.49 B
     24 Beverage Containers
    PRINGLES ORIGINAL     5.75 F
    PRINGLES GRAB&GO S    5.75 F
    WRIGLEY'S DOUBLEMI    7.79 B
    WRIGLEY'S BIG RED     7.79 B
    HERB'S RED HOT SAU   14.99 F
    OREOS S/S             5.49 F
    GUSHER'S VARIETY P   10.59 B
    AIRHEADS CHERRY       4.69 B
    AIRHEADS BLUE RASP    4.69 B
    T.K. CHOCOLATE BEL    2.29 F
10 @ 0.99
    PINT CHOCOLATE MIL    9.90 F
3 @ 1.75
    RUTTER'S CHOCOLATE    5.25 F
4 @ 70.49
    NEWPORT MENTH BOX   281.96 T
    MAVERICK MENTHOL B   54.09 T
    MAVERICK BOX 100'S   54.09 T
    NEWPORT MENTH BOX    70.49 T
    TAX                  34.90
    TAX EXEMPTION        34.90-
  **** BALANCE          636.08
**AMOUNT        $350.00**
CASH BACK $0.00
\*\*\*\*\*\*\*\*\*\*\*\*2916
    DEBIT              350.00
    CASH                90.00

**A.R. 622**



**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS LISA

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:       3/11
30183155-GREEN APPLE GROCE40000261180
```
            WHITE CHEDDAR POPC    12.99 F
            UTZ RED HOT POTATO     7.99 F
3 @ 2.83
            RUTTER'S WHOLE MIL     8.49 F
6 @ 1.19
            RUTTER'S CHOCOLATE     7.14 F
3 @ 1.05
            RUTTER'S WHOLE MIL     3.15 F
3 @ 1.49
            RUTTER'S HVD MILK      4.47 F
            SCHWEPPES GINGERAL     9.99 B
             24 Beverage Containers
            UTZ CHEESE CURLS      12.99 F
            PEPSI                  9.99 B
             24 Beverage Containers
            DR. PEPPER             9.99 B
             24 Beverage Containers
            MIKE & IKE  ORIGIN     3.99 B
            TASTYKAKE ICED CUP     2.29 F
5 @ 70.49
            NEWPORT MENTH BOX    352.45 T
            NEWPORT NON-MENTHO    56.19 T
2 @ 4.65
            WILD ROSES             9.30 T
            TAX                   27.12
            TAX EXEMPTION         27.12-
    **** BALANCE               511.41
```
# AMOUNT        $150.00
CASH BACK $0.00

**✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱2916**
```
            DEBIT             150.00
            CASH                0.41
            CASH              365.00
            CHANGE              4.00
TOTAL NUMBER OF ITEMS SOLD =     3
```
**72 Total Beverage Containers**
B. Green&Co Inc. ID:C-273-00
04/24/18 07:06am 1 8 14 123

**A.R. 623**



CASH  CARRY
1300 SOUTH MONROE
BALTIMORE, M
(410) 5    34
YOUR CASHIER TODAY   . ISA

TRANSACTION RETRIE ED:
RETRIEVAL NUMBER:      5/19
30183155-GREEN APPLE GROCE40000261180
6 @ 0.99
        PINT CHOCOLATE MIL      5.94 F
3 @ 0.69
        RUTTER'S WHOLE MIL      2.07 F
        KOOL-AID JAMMERS V      7.69 F
        40 Beverage Containers
        HI-C VARIETY PK 40      9.99 B
        40 Beverage Containers
        SPRITE                 11.99 B
        24 Beverage Containers
        PEPSI CUBE              8.65 B
        24 Beverage Containers
        SUPER CHILL CREAM       6.25 F
        24 Beverage Containers
        SUPER CHILL PINEAP      6.25
        24 Beverage Containers
        SUPER CHILL ROOTBE      6.25 B
        24 Beverage Cont iners
        SUPER CH    L           6.25 F
        24 Beverage Conta
        PEPSI                   9
        24 Beverage C      rr
        WRIGLEY'S JUICYFRU      7.79 B
        7.75" CLEAR WRAPPE      1.75 T
        DART FOAM CUP 8OZ       0.59 T
        MARLBORO LIGHT BOX     66.49 T
        MARLBORO BOX 100       66.49 T
        NEWPORT MENTH BOX      70.49 T
4 @ 70.49
        NEWPORT MENTH BOX     281.96 T
        TAX                    32.55
        TAX EXEMPTION          32.55-
    **** BALANCE              576.88

AMOUNT        $576.88
CASH BACK $  00

* * * * * * * * * * * * 2916

        DEBIT                 576.88
        CHANGE                  0.00

A.R. 624



**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS PATRICIA

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:      3/35
  30183155-GREEN APPLE GROCE40000261180
  4 @ 0.85
        HAUSWALD'S BREAD        3.40 F
        COCONUT JUNIORS         2.29 F
        SUNNY DELIGHT CITR      7.89 F
  2 @ 4.65
        WILD ROSES              9.30 T
        SUNLITE LIGHTERS        5.75 T
        LINDEN CHOC CHIP C      8.59 F
  3 @ 70.49
        NEWPORT MENTH BOX     211.47 T
        NEWPORT NON-MENTHOL    56.19 T
        MAVERICK BOX 100'S     54.09 T
        MAVERICK MENTHOL B     54.09 T
        TAX                    23.46
        TAX EXEMPTION          23.46-
  **** BALANCE              413.06
        CASH                    0.06
        CASH                  415.00
        CHANGE                  2.00
TOTAL NUMBER OF ITEMS SOLD =     16
04/26/18 08:47am 1 8 32 241

CUST: 30183155-GREEN APPLE GROCERY &
ACCOUNT# 40000261180

Thank You For Shopping at Cash & Carry
            STORE HOURS:
MON-FRI:6A-4P SAT:7A-4P SUN:8A-4P
*****************************************
====Thank you for shopping with us====
*****************************************

**A.R. 625**



**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS PATRICIA

```
30183155-GREEN APPLE GROCE40000261180
        MARLBORO BOX 100      66.49 T
        MAVERICK MENTHOL B     54.09 T
4 @ 70.49
        NEWPORT MENTH BOX     281.96 T
        CLASSIC COKE           11.99 B
        24 Beverage Containers
        SPRITE                 11.99 B
        24 Beverage Containers
        SUPER CHILL COLA        6.25 B
        24 Beverage Containers
        SUPER CHILL GINGER      6.25 B
        24 Beverage Containers
        SUPER CHILL STRAWB      6.25 B
        24 Beverage Containers
        SUPER CHILL FRUIT       6.25 F
        24 Beverage Containers
        TAX                    26.72
        TAX EXEMPTION          26.72-
  **** BALANCE                451.52
        CASH                  100.00
```
**AMOUNT    $351.52**
CASH BACK $0.00

**\*\*\*\*\*\*\*\*\*\*\*\*2916**
```
        DEBIT                 351.52
        CHANGE                  0.00
TOTAL NUMBER OF ITEMS SOLD =     12
```
**144 Total Beverage Containers**
B. Green&Co Inc. ID:C-273-000
04/27/18 12:01pm 1 8 80 241

CUST: 30183155-GREEN APPLE GROCERY &
ACCOUNT#: 40000261180

Thank You For Shopping at Cash & Carry
STORE HOURS:
MON-FRI:6A-4P SAT:7A-4P SUN:8A-4P
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
====Thank you for shopping with us==
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**A.R. 626**



**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS PATRICIA

30183155-GREEN APPLE GROCE40000261180
NEWPORT NON-MENTHO      56.19 T
3 @ 70.49
NEWPORT MENTH BOX      211.47 T
2 @ 0.89
RUTTER'S PUNCH          1.78 F
2 @ 0.89
RUTTER'S GRAPE          1.78 F
MT.DEW                  9.99 B
   24 Beverage Containers
PEPSI                   9.99 B
   24 Beverage Containers
6 @ 0.99
PINT CHOCOLATE MIL      5.94 F
TASTYKAKE ICED CUP      2.29 F
TAX                    17.26
TAX EXEMPTION          17.26-
**** BALANCE          299.43
CASH                  300.45
CHANGE                  1.02
TOTAL NUMBER OF ITEMS SOLD =    17
**48 Total Beverage Containers**
B. Green&Co Inc. ID:C-273-000
04/29/18 11:03am 1 8 43 241

CUST: 30183155-GREEN APPLE GROCERY &
ACCOUNT#: 40000261180

Thank You For Shopping at Cash & Carry
            STORE HOURS:
MON-FRI:6A-4P SAT:7A-4P SUN:8A-4P
*************************************
====Thank you for shopping with us====
*************************************

**A.R. 627**



**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS OCTAVIA

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:      5/3
30183155-GREEN APPLE GROCE40000261180
3 @ 1.49
        RUTTER'S HVD MILK      4.47 F
2 @ 2.83
        RUTTER'S WHOLE MIL     5.66 F
        ARIZONA GREEN TEA     16.99 B
        24 Beverage Containers
        SUPER CHILL BLACK      6.25 F
        24 Beverage Containers
        SUPER CHILL GRAPE      6.25 B
        24 Beverage Containers
        TROPICAL FANTASY      15.59 B
        24 Beverage Containers
        CLASSIC COKE          11.99 B
        24 Beverage Containers
        EVERFRESH CRAN APP    13.85 F
        EVERFRESH STRAWBER    13.85 F
        AIRHEADS GREEN APP     4.69 B
        MIKE & IKE RED RAG     3.99 B
        MIKE & IKE BERRY B     3.99 B
        SPRITE                11.99 B
        24 Beverage Containers
2 @ 1.55
        CAFE "G" CUP UNIT      3.10 T
        DART LID STRAW SLO     1.95 T
        MARLBORO BOX 100      66.49 T
4 @ 70.49
        NEWPORT MENTH BOX    281.96 T
        MAVERICK BOX 100'S    54.09 T
        MAVERICK MENTHOL B    54.09 T
        TAX                   32.23
        TAX EXEMPTION         32.23-
   **** BALANCE             581.24
VF     COINSTAR CHITS      1,447.30
        CHANGE              866.06
TOTAL NUMBER OF ITEMS SOLD =     26
**144 Total Beverage Containers**
B. Green&Co Inc. ID:C-273-000
04/30/18 10:14am 1 8 44 130

A.R. 628



**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS NICOLE B

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:     4/67
30183155-GREEN APPLE GRUCE40000261180
```
         YOO HOO CHOCOLATE      15.99 B
         SUPER CHILL ROOTBE      6.25 B
         24 Beverage Containers
         TROPICAL FANTASY W     15.59 B
         24 Beverage Containers
         TROPICAL FANTASY F     15.59 B
         24 Beverage Containers
         8 LB BAG ICE            3.99 F
3 @ 2.85
         RUTTER'S WHOLE MIL      8.55 F
2 @ 1.49
         RUTTER'S HVD MILK       2.98 F
8 @ 0.99
         PINT CHOCOLATE MIL      7.92 F
4 @ 1.19
         RUTTER'S CHOCOLATE      4.76 F
3 @ 0.69
         RUTTER'S WHOLE MIL      2.07 F
         SUNNY DELIGHT CITR      7.89 F
         SUPER CHILL FRUIT       6.25 F
         24 Beverage Containers
         SUPER CHILL ORANGE      6.25 B
         24 Beverage Containers
2 @ 8.99
         PEPSI COLA             17.98 B
         SPRITE                 11.99 B
         CLASSIC COKE           11.99 B
4 @ 0.85
         HAUSWALD'S BREAD        3.40 F
         N&L SOFT BANANA         3.59 B
         N&L SOFT WATERMELO      3.59 B
         FRUIT BY THE FOOT      11.35 B
         PALL MALL 100'S BO     62.49 T
         NEWPORT MENTH BOX      70.49 T
         NEWPORT NON-MENTHO     56.19 T
4 @ 70.49
         NEWPORT MENTH BOX     281.96 T
         TAX                    35.48
         TAX EXEMPTION          35.48-
```

**A.R. 629**



**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134

YOUR CASHIER TODAY IS LISA

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:      4/44
30183155-GREEN APPLE GROCE400002611180

```
                            3 @ 1.79
RUTTER'S CHOCOLATE         5.37 F
MT DEW                    10.99 B
  24 Beverage Containers
ORANGE CRUSH              10.99 B
  24 Beverage Containers
SPRITE                    13.49 B
  24 Beverage Containers
PEPSI                     10.99 B
  24 Beverage Containers
DR. PEPPER                10.99 B
  24 Beverage Containers
SUPER CHILL COLA           6.25 B
  24 Beverage Containers
SUPER CHILL PINEAP         6.25 F
  24 Beverage Containers
                            2 @ 6.99
CLASSIC COKE              13.98 B
  24 Beverage Containers
  24 Beverage Containers
CLASSIC COKE              13.49 B
  24 Beverage Containers
DAVID NACHO CHEESE         6.49 F
                            4 @ 0.99
PINT CHOCOLATE MIL         3.96 F
FROOTIES PUNCH             4.39 B
STRAWBERRY LEMONAD         4.39 B
FROOTIES STRAWBERR         4.39 B
TOOTSIE ROLL               4.39 B
FROOTIES WATERMELO         4.39 B
FROOTIES GRAPE             4.39 B
FROOTIES BLUE RASP         4.39 B
                            4 @ 70.49
NEWPORT MENTH BOX        281.96 T
MAVERICK BOX 100'S        54.09 T
SUNLITE LIGHTERS           5.75 T
                            2 @ 4.65
WILD ROSES                 9.30 T
```

A.R. 630



**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS LISA

```
  TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:      3/64
30183155-GREEN APPLE GRUCE40000261180
       DEER PARK SPRING W     7.25 B
       24 Beverage Containers
       LAFFY TAFFY ASSORT     6.79 B
4 @ 0.85
       HAUSWALD'S BREAD        3.40 F
10 @ 0.99
       PINT CHOCOLATE MIL      9.90 F
6 @ 0.69
       RUTTER'S WHOLE MIL      4.14 F
       PEPSI                  10.99 B
       24 Beverage Containers
       CLASSIC COKE            6.99 B
       24 Beverage Containers
2 @ 6.99
       SPRITE                 13.98 B
       24 Beverage Containers
       24 Beverage Containers
       SPRITE                 13.49 B
       24 Beverage Containers
       SWEDISH FISH RED        9.55 B
       ALL CRISP KOSHER P      5.39 F
       T.K. CHOCOLATE BEL      2.59 F
       TASTYKAKE KANDY KA      2.59 F
       NEWPORT NON-MENTHO     56.19 T
       MAVERICK MENTHOL B     54.09 T
4 @ 70.49
       NEWPORT MENTH BOX     281.96 T
       TAX                    27.68
       TAX EXEMPTION          27.68-
 ****  BALANCE               489.29
       CASH                  500.30
       CHANGE                 11.01
TOTAL NUMBER OF ITEMS SOLD -    37
144 Total Beverage Containers
B. Green&Co Inc. ID:C-273-000
05/03/18 10:48am 1 8 84 123
```

CUST: 30183155-GREEN APPLE GROCERY &

A.R. 631



**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS PATRICIA

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:     2/18
30183155-GREEN APPLE GROCE40000261180
          SALT&VINEGAR CHIP     12.99 F
          SUPER CHILL FRUIT      6.25 F
          24 Beverage Containers
          SUPER CHILL GINGER     6.25 B
          24 Beverage Containers
          SUPER CHILL CREAM      6.25 F
          24 Beverage Containers
2 @ 1.99
          OODLES OF NOODLES      3.98 F
          COCONUT JUNIORS        2.59 F
          WILD ROSES             4.65 T
          MAVERICK BOX 100'S    54.09 T
          MARLBORO BOX 100      66.49 T
          NEWPORT MENTH BOX     70.49 T
3 @ 70.49
          NEWPORT MENTH BOX    211.47 T
          TAX                   24.81
          TAX EXEMPTION         24.81-
  **** BALANCE               445.50
          CASH                 450.00
          CHANGE                 4.50
TOTAL NUMBER OF ITEMS SOLD =    14
**72 Total Beverage Containers**
**B. Green&Co Inc. ID:C-273-000**
05/04/18 02:21pm 1 8 119 241

CUST: 30183155-GREEN APPLE GROCERY &
ACCOUNT#: 40000261180

Thank You For Shopping at Cash & Carry
          STORE HOURS:
MON-FRI:6A-4P SAT:7A-4P SUN:8A-4P
**********************************
====Thank you for shopping with us====
**********************************

**A.R. 632**



**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS NICOLE B

```
30183155-GREEN APPLE GROCE40000261180
        SUNNY DELIGHT CITR      7.89 F
        DEER PARK SPRING W      7.25 B
        24 Beverage Containers
        DEER PARK SPRING W      6.99 B
        40 Beverage Containers
        TAX                     0.86
        TAX EXEMPTION           0.86-
 **** BALANCE                  22.13
```
*********************************************

## ✱✱✱✱✱✱✱✱✱✱✱✱✱2123

APPROVED 001528 001528
```
        MASTERCARD             22.13
        CHANGE                  0.00
TOTAL NUMBER OF ITEMS SOLD =       3
```
**64 Total Beverage Containers**
**B. Green&Co Inc. ID:C-273-000**
05/05/18 03:35pm 1 3 87 252

CUST: 30183155-GREEN APPLE GROCERY &
ACCOUNT#: 40000261180

Thank You For Shopping at Cash & Carry
STORE HOURS:
MON-FRI:6A-4P SAT:7A-4P SUN:8A-4P
*********************************************
====Thank you for shopping with us====
*********************************************

**A.R. 633**



TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:     3/54
30183155-GREEN APPLE GROCE40000261180
2 @ 2.85
          RUTTER'S WHOLE MIL      5.70 F
3 @ 0.99
          PINT CHOCOLATE MIL      2.97 F
5 @ 1.19
          RUTTER'S CHOCOLATE      5.95 F
          PEPSI                  10.99 B
             24 Beverage Containers
          SPRITE                 13.49 B
             24 Beverage Containers
          SUPER CHILL GRAPE       6.25 B
             24 Beverage Containers
          E-FRUTTI MINI BURG      4.75 B
          BOSTON BAKED BEANS      3.35 B
2 @ 1.79
          RUTTER'S CHOCOLATE      3.58 F
          MT.DEW                 10.99 B
             24 Beverage Containers
2 @ 1.15
          DART FOAM CUP UNIT      2.30 T
          MAVERICK MENTHOL B     54.09 T
          NEWPORT NON-MENTHO     56.19 T
4 @ 70.49
          NEWPORT MENTH BOX     281.96 T
          TAX                    26.67
          TAX EXEMPTION          26.67-
   **** BALANCE                 462.56
          CASH                    0.56
          CASH                  465.00
          CHANGE                  3.00
TOTAL NUMBER OF ITEMS SOLD =      26
**96 Total Beverage Containers**
B. Green&Co Inc. ID:C-273-000
05/05/18 11:44am 1 8 80 241

CUST: 30183155-GREEN APPLE GROCERY &
ACCOUNT#: 40000261180

**A.R. 634**

Thank You For Shopping at Cash & Carry



**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS PATRICIA

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:      1/48
30183155-GREEN APPLE GROCE40000261180
```
        DR. PEPPER          10.99 B
        24 Beverage Containers
        SPRITE              13.49 B
        24 Beverage Containers
        PEPSI               10.99 B
        24 Beverage Containers
 4 @ 0.99
        PINT CHOCOLATE MIL    3.96 F
 2 @ 2.85
        RUTTER'S WHOLE MIL    5.70 F
        MT DEW              10.99 B
        24 Beverage Containers
 2 @ 0.85
        HAUSWALD'S BREAD      1.70 F
        8 LB BAG ICE         3.99 F
        SUNLITE LIGHTERS     5.75 T
        WILD ROSES           4.65 T
 3 @ 70.49
        NEWPORT MENTH BOX  211.47 T
        TAX                 16.10
        TAX EXEMPTION       16.10-
 **** BALANCE             283.68
        CASH               300.00
        CHANGE              16.32
TOTAL NUMBER OF ITEMS SOLD =    18
```
96 Total Beverage Containers
B. Green&Co Inc. ID:C-273-000
05/06/18 11:44am 1 8 46 241

CUST: 30183155-GREEN APPLE GROCERY &
ACCOUNT#: 40000261180

Thank You For Shopping at Cash & Carry
STORE HOURS:
MON-FRI:6A-4P SAT:7A-4P SUN:8A-4P
****************************************
====Thank you for shopping with us====
****************************************

**A.R. 635**



**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS CAITLYN

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:      3/37
 30183155-GREEN APPLE GROCE40000261180
 2 @ 0.95
        RUTTER'S ORANGE       1.90 F
 2 @ 0.95
        RUTTER'S PUNCH        1.90 F
        HI-C VARIETY PK 40    9.99 B
         40 Beverage Containers
        SUPER CHILL STRAWB    6.25 B
         24 Beverage Containers
        SUPER CHILL CREAM     6.25 F
         24 Beverage Containers
        SUPER CHILL COLA      6.25 B
         24 Beverage Containers
 2 @ 1.99
        OODLES OF NOODLES     3.98 F
 2 @ 1.99
        OODLES OF NOODLES     3.98 F
        MIKE & IKE  ORIGIN    3.99 B
        CLASSIC COKE          7.99 B
        SPRITE                7.99 B
        EVERFRESH ORANGE J   13.85 F
 4 @ 70.49
        NEWPORT MENTH BOX   281.96 T
        MAVERICK BOX 100'S   54.09 T
        NEWPORT NON-MENTHO   56.19 T
        MARLBORO LIGHT BOX   66.49 T
        TAX                  30.08
        TAX EXEMPTION        30.08-
 **** BALANCE             533.05
        CASH                  0.10
        CASH                260.00
        CASH                280.00
        CASH                 75.00
        CHANGE                2.05
TOTAL NUMBER OF ITEMS SOLD =    23
**112 Total Beverage Containers**
B. Green&Co Inc. ID:C-273-000
05/07/18 09:40am 1 8 38 308

A.R. 636

CUST: 30183155-GREEN APPLE GROCERY &



**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS LISA

TRANSACTION RETRIEVED.
RETRIEVAL NUMBER:      274
30183155-GREEN APPLE Grand 40000261180
```
        UTZ CHEESE CURL      12.99 F
        SUPER CHILL FRUIT     6.25 F
        24 Beverage Containers
        SUPER CHILL GINGER    6.25 B
        24 Beverage Containers
        PEPSI                10.99 B
        24 Beverage Containers
        PEPSI COLA            7.99 B
        MOUNTAIN DEW          7.99 B
        MT.DEW               10.99 B
        24 Beverage Containers
        SPRITE               11.99 B
        24 Beverage Containers
        CLASSIC COKE          7.99 B
        HARIBO GOLD BEARS    13.65 B
4 @ 0.85
        HAUSWALD'S BREAD      3.40 F
        GUSHER'S VARIETY P   10.59 B
        CHEWY BERRY LEMONH    3.35 B
        AIRHEADS GREEN APP    4.69 B
        AIRHEADS WATERMELO    4.69 B
        TASTYKAKE ICED CUP    2.59 F
        TASTYKAKE KOFFEE K    2.59 F
        COCONUT JUNIORS       2.59 F
        NOW & LATER BLUE/R    3.59 B
4 @ 0.69
        RUTTER'S WHOLE MIL    2.76 F
4 @ 1.19
        RUTTER'S CHOCOLATE    4.76 F
        SPRITE                7.99 B
        MAVERICK MENTHOL B   54.09 T
        NEWPORT MENTH BOX    70.49 T
5 @ 70.49
        NEWPORT MENTH BOX   352.45 T
        TAX                  35 39
        TAX EXEMPTION        35.39-
 **** BALANCE               627.70
        CASH                628.00
        CHANGE                0.30
```

A.R. 637



**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS OCTAVIA

```
30183155-GREEN APPLE GROCE40000261180
        DEER PARK SPRING W      6.99 B
        40 Beverage Containers
        DEER PARK SPRING W      7.25 B
        24 Beverage Containers
        TAX                     0.86
        TAX EXEMPTION           0.86-
****  BALANCE                  14.24
        CASH                    4.25
        CASH                   20.00
        CHANGE                 10.01
TOTAL NUMBER OF ITEMS SOLD =    2
```
**64 Total Beverage Containers**
B. Green&Co Inc. ID:C-273-000
05/10/18 11:33am 1 5 3 130

CUST: 30183155-GREEN APPLE GROCERY &
ACCOUNT#: 40000261180

Thank You For Shopping at Cash & Carry
STORE HOURS:
MON-FRI:6A-4P SAT:7A-4P SUN:8A-4P
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
====Thank you for shopping with us====
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**A.R. 638**



**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS OCTAVIA

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:      4/66
30183155-GREEN APPLE GROCE 40000261180
10 @ 0.99
```
          PINT CHOCOLATE MIL      9.90 F
6 @ 0.69
          RUTTER'S WHOLE MIL      4.14 F
          8 LB BAG ICE            3.99 F
          HONEY BBQ CHIPS        12.99 F
          PEPSI COLA              7.99 B
          MOUNTAIN DEW            7.99 B
          CLASSIC COKE            7.99 B
          CLASSIC COKE            6.99 B
          24 Beverage Containers
          SPRITE                  6.99 B
          24 Beverage Containers
          SUNNY DELIGHT CITR      7.89 F
          CRUSH GRAPE             7.99 R
          24 Beverage Containers
4    9.85
          HAUSWALD'S BREAD        3.40 F
          SPRITE                  7.99 B
          T.K. CHOCOLATE BEL      2.25 F
          TASTYKAKE KANDY KA      2.25 F
          KELL RICE KRISPIES      8.99 F
          LINDENS BUTTER CRU      8.59 F
          OREOS S/S               5.49 F
          CHOCOLATE CHIP COO      5.49 F
2 @ 1.39
          DART FOAM CUP UNIT      2.78 T
2 @ 15.95
          HAT'S OFF CIGAR 10     31.90 T
4 @ 70.49
          NEWPORT MENTH BOX     281.96 T
          TAX                    22.24
          TAX EXEMPTION          22.24-
   **** BALANCE              445.94
```
## AMOUNT          $250.94
CASH BACK $0.00
*************9320

**A.R. 639**



**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS LISA

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:       1/38
  30183155-GREEN APPLE GROCE40000261180
6 @ 1.19
          RUTTER'S CHOCOLATE      7.14 F
3 @ 1.79
          RUTTER'S CHOCOLATE      5.37 F
4 @ 2.69
          ALLEY CAT CHICK &      10.76 T
          ALL CRISP KOSHER P      5.39 F
          HERB'S RED HOT SAU     14.99 F
          TASTYKAKE KOFFEE K      2.25 F
          TASTYKAKE BUTTERSC      2.25 F
4 @ 6.99
          1/6 SMILEY FACE BA     27.96 T
          DART LID STRAW SLO      1.95 T
4 @ 0.85
          HAUSWALD'S BREAD        3.40 F
4 @ 70.49
          NEWPORT MENTH BOX     281.96 T
          NEWPORT NON-MENTHO     56.19 T
          MARLBORO BOX 100       66.49 T
          MAVERICK MENTHOL B     54.09 T
          MAVERICK BOX 100'S     54.09 T
          TAX                    33.21
          TAX EXEMPTION          33.21-
  **** BALANCE               594.28
**AMOUNT**      **$500.28**
CASH BACK $0

****** ****9320
          DEBIT                 500.28
          CASH                 ┼00.00
          CHANGE          (594)   6.00
TOTAL NUMBER OF ITEMS SOLD =     34
05/11/18 09:42am 1 8 41 123

CUST: 30183155-GREEN APPLE GROCERY &
ACCOUNT#: 40000261180

Thank You For Shopping at Cash & Carry
STORE HOURS:

**A.R. 640**



**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS PATRICIA

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:      6/18
30183155-GREEN APPLE GROCE40000261180
3 @ 2.85
    RUTTER'S WHOLE MIL    8.55 F
    SUPER CHILL CREAM    6.25 F
    24 Beverage Containers
    SUPER CHILL ORANGE    6.25 B
    24 Beverage Containers
2 @ 7.99
    PEPSI COLA    15.98 B
    SUPER CHILL COLA    6.25 B
    24 Beverage Containers
    SPRITE    11.99 B
    24 Beverage Containers
    LE CREAM FILLED BT    2.25 F
4 @ 70.49
    NEWPORT MENTH BOX    281.96 T
    SUNLITE LIGHTERS    5.75 T
    WILD ROSES    4.65 T
    TAX    19.97
    TAX EXEMPTION    19.97-
  **** BALANCE    349.88

# AMOUNT      $349.88

CASH BACK $0.00

## ★★★★★★★★★★★★9320

    DEBIT    349.88
    CHANGE    0.00
TOTAL NUMBER OF ITEMS SOLD =   16
**96 Total Beverage Containers**
**B. Green&Co Inc. ID:C-273-000**
05/12/18 12:19pm 1 8 92 241

CUST: 30183155-GREEN APPLE GROCERY &
ACCOUNT#: 40000261180

Thank You For Shopping at Cash & Carry
        STORE HOURS:
MON-FRI:6A-4P SAT:7A-4P SUN:8A-4P
★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★
====Thank you for shopping with us====

**A.R. 641**



**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS CAITLYN

```
    TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:       1/52
  30183155-GREEN APPLE GROCE40000261180
        HI-C VARIETY PK 40      9.99 B
        40 Beverage Containers
        PEPSI COLA              7.99 B
  2 @ 7.99
        CLASSIC COKE           15.98 B
        STRAWBERRY CRUSH       10.99 B
        24 Beverage Containers
  8 @ 0.99
        PINT CHOCOLATE MIL      7.92 F
  6 @ 0.69
        RUTTER'S WHOLE MIL      4.14 F
        SPRITE                  6.99 B
        24 Beverage Containers
        SPRITE                  7.99 B
  2 @ 1.75
        DART FOAM CUP UNIT      3.50 T
  4 @ 0.85
        HAUSWALD'S BREAD        3.40 F
        8 LB BAG ICE            3.99 F
  4 @ 70.49
        NEWPORT MENTH BOX     281.96 T
        MAVERICK MENTHOL B     54.09 T
        NEWPORT NON-MENTHO     56.19 T
        WILD ROSES              4.65 T
        TAX                    27.62
        TAX EXEMPTION          27.62-
  **** BALANCE              479.77
        CASH                  180.00
        CHANGE                  0.23
TOTAL NUMBER OF ITEMS SOLD =      35
88 Total Beverage Containers
B. Green&Co Inc. ID:C-273-000
05/13/18 01:38pm 1 8 55 308
```

CUST: 30183155-GREEN APPLE GROCERY &
ACCOUNT#: 40000261180

Thank You For Shopping at Cash & Carry
STORE HOURS:

**A.R. 642**



**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS OCTAVIA

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:     1/43
30183155-GREEN APPLE GROCE40000261180
3 @ 1.79
```
        RUTTER'S CHOCOLATE      5.37 F
3 @ 2.85
        RUTTER'S WHOLE MIL      8.55 F
        SUPER CHILL FRUIT       6.25 F
         24 Beverage Containers
        SUNNY DELIGHT CITR      7.89 F
        PEPSI COLA              7.99 B
        SPRITE                 11.99 B
         24 Beverage Containers
        CLASSIC COKE           11.99 B
         24 Beverage Containers
        SUPER CHILL CREAM       6.25 F
         24 Beverage Containers
        UTZ REGULAR CHIPS      12.99 F
        UTZ SOUR CREAM & O     12.99 F
2 @ 7.99
        CLASSIC COKE           15.98 B
        SUPER CHILL COLA        6.25 B
         24 Beverage Containers
2 @ 7.99
        SPRITE                 15.98 B
        MIKE&IKE TROPICAL       3.99 B
        TASTYKAKE CHOCOLAT      2.25 F
        CHOCOLATE CREAM KA      2.25 F
        MIKE & IKE  ORIGIN      3.99 B
        MIKE & IKE RED RAG      3.99 B
        TASTYKAKE ICED CUP      2.25 F
        TASTYKAKE CHOCOLAT      2.25 F
        AIRHEADS BLUE RASP      4.69 B
        E FRUTTI SOUR MINI      4.75 B
        E-FRUTTI MINI BURG      4.75 B
        DR. PEPPER             10.99 B
         24 Beverage Containers
        PEPSI                  10.99 B
         24 Beverage Containers
        NEWPORT MENTH BOX      70.49 T
        NEWPORT NON-MENTHO     56.19 T
        MARLBORO BOX 100       66.49 T
```

**A.R. 643**



**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS LISA

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:     5/18
30183155-GREEN APPLE GROCE40000261180
2 @ 7.99
          PEPSI COLA          15.98 B
          SUPER CHILL GRAPE    6.25 B
           24 Beverage Containers
          SPRITE               6.99 B
           24 Beverage Containers
          BABY RUTH           12.29 B
          SUPER CHILL STRAWB   6.25 B
           24 Beverage Containers
          CLASSIC COKE         6.99 B
           24 Beverage Containers
          MOUNTAIN DEW         7.99 B
2 @ 7.99
          CLASSIC COKE        15.98 B
2 @ 7.99
          SPRITE              15.98 B
          SFT BATCH CHOC CHI   5.89 F
          TASTYKAKE ICED CUP   2.25 F
          COCONUT JUNIORS      2.25 F
          FRUIT BY THE FOOT   11.35 B
          NAB S/S NUTTER BUT   5.49 F
4 @ 0.99
          PINT CHOCOLATE MIL   3.96 F
4 @ 0.85
          HAUSWALD'S BREAD     3.40 F
2 @ 1.15
          DART FOAM CUP UNIT   2.30 T
4 @ 70.49
          NEWPORT MENTH BOX  281.96 T
          TAX                 23.42
          TAX EXEMPTION       23.42-
     **** BALANCE            413.55
          CASH                13.55
          CASH               400.00
          CHANGE               0.00
TOTAL NUMBER OF ITEMS SOLD =     31
96 Total Beverage Containers
B. Green&Co Inc. ID:C-273-000
05/15/18 11:24am 1 8 60 123

A.R. 644



**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS PATRICIA

```
 TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:     3/76
 30183155-GREEN APPLE GROCE40000261180
        GATORADE LEMON LIM    10.49 F
        12 Beverage Containers
        TASTYKAKE CHOCOLAT     2.59 F
        TASTYKAKE KANDY KA     2.59 F
        ORANGE CRUSH          10.99 B
        24 Beverage Containers
 3 @ 0.99
        PINT CHOCOLATE MIL     2.97 F
 4 @ 0.69
        RUTTER'S WHOLE MIL     2.76 F
 4 @ 1.49
        RUTTER'S HVD MILK      5.96 F
 2 @ 0.95
        RUTTER'S ORANGE        1.90 F
        OUR PATCH WATERME     14.25 B
        GRAPE CRUSH           10.99 B
        24 Beverage Containers
        SPRITE                10.99 B
        24 Beverage Containers
        SUPER CHILL BLACK      5.99 F
        24 Beverage Containers
        SUPER CHILL GINGER     5.99 B
        24 Beverage Containers
        NEWPORT NON-MENTHO    56.19 T
 4 @ 70.49
        NEWPORT MENTH BOX    281.96 T
        TAX                   23.49
        TAX EXEMPTION         23.49-
 **** BALANCE               426.61
        CASH                 430.00
        CHANGE                 3.39
TOTAL NUMBER OF ITEMS SOLD =    27
```

**132 Total Beverage Containers**
B. Green&Co Inc. ID:C-273-000
05/16/18 11:49am 1 8 74 241

CUST: 30183155-GREEN APPLE GROCERY &
ACCOUNT#: 40000261180

**A.R. 645**



**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS LISA

30183155-GREEN APPLE GROCE40000261180
```
        MARLBORO BOX 100       66.49 T
        NEWPORT NON-MENTHO      56.19 T
        NEWPORT MENTH BOX       70.49 T
3 @ 70.49
        NEWPORT MENTH BOX      211.47 T
3 @ 1.79
        RUTTER'S CHOCOLATE       5.37 F
4 @ 1.19
        RUTTER'S CHOCOLATE       4.76 F
10 @ 0.99
        PINT CHOCOLATE MIL       9.90 F
        RUTTER'S WHOLE MIL       2.59 F
        EVERFRESH TROPICAL      13.85 F
        EVERFRESH APPLE JU      13.85 F
        EVERFRESH 40% PINE      13.85 F
2 @ 1.05
        RUTTER'S WHOLE MIL       2.10 F
        TAX                     24.28
        TAX EXEMPTION           24.28-
  **** BALANCE                 470.91
```

# AMOUNT     $300.91

CASH BACK $0.00

## ************9320

```
        DEBIT           300.91
        CASH            170.00
        CHANGE            0.00
TOTAL NUMBER OF ITEMS SOLD -   29
05/18/18 09:57am 1 8 54 123
```

CUST: 30183155-GREEN APPLE GROCERY &
ACCOUNT#: 40000261180

Thank You For Shopping at Cash & Carry
STORE HOURS:
MON-FRI:6A-4P SAT:7A-4P SUN:8A-4P
******************************
====Thank you for shopping with us====
******************************

**A.R. 646**



**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS LISA

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:      4/22
  30183155-GREEN APPLE GROCE40000261180
          UTZ CHEESE CURLS      12.99 F
          GUSHER'S VARIETY P    10.59 B
          ALL CRISP KOSHER P     5.39 F
          SUPER CHILL CREAM      5.99 F
           24 Beverage Containers
          SPRITE                10.99 B
           24 Beverage Containers
          LD SWISS CAKE ROLL     2.35 F
          LD ZEBRA CAKE          2.35 F
          COSMIC BROWNIE         2.35 F
          MAVERICK MENTHOL B    54.09 T
  4 @ 70.49
          NEWPORT MENTH BOX    281.96 T
          MARLBORO LIGHT BOX    66.49 T
          SUNLITE LIGHTERS       5.75 T
          WILD ROSES             4.65 T
          TAX                   26.08
          TAX EXEMPTION         26.08-
     **** BALANCE             465.94

# AMOUNT      $465.94
CASH BACK $0.00

# ************9320
          DEBIT                465.94
          CHANGE                 0.00
TOTAL NUMBER OF ITEMS SOLD =    16
**48 Total Beverage Containers**
B. Green&Co Inc. ID:C-273-000
05/19/18 11:57am 1 8 62 123

CUST: 30183155-GREEN APPLE GROCERY &
ACCOUNT#: 40000261180

Thank You For Shopping at Cash & Carry
STORE HOURS:
MON-FRI:6A-4P SAT:7A-4P SUN:8A-4P
*****************************************
====Thank you for shopping with us====
*****************************************

**A.R. 647**



**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS PATRICIA

30183155-GREEN APPLE GROCE40000261180

| | |
|---|---|
| WILD ROSES | 4.65 T |
| SUNNY DELIGHT CITR | 7.89 F |
| HI-C VARIETY PK 40 | 9.99 B |
| 40 Beverage Containers | |

2 @ 0.95

| | |
|---|---|
| RUTTER'S PUNCH | 1.90 F |

3 @ 70.49

| | |
|---|---|
| NEWPORT MENTH BOX | 211.47 T |
| TAX | 13.57 |
| TAX EXEMPTION | 13.57- |
| **** BALANCE | 235.90 |
| CASH | 300.00 |
| CHANGE | 64.10 |

TOTAL NUMBER OF ITEMS SOLD = 8
**40 Total Beverage Containers**
**B Green&Co Inc. ID:C-273-000**
05/20/18 12:41pm 1 8 55 241

QUST: 30183155-GREEN APPLE GROCERY &
ACCOUNT#: 40000261180

Thank You For Shopping at Cash & Carry
STORE HOURS:
MON-FRI:6A-4P SAT:7A-4P SUN:8A-4P
X*******************************
*=-Thank you for shopping with us====
*******************************

*(handwritten: 236)*

**A.R. 648**



**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS NICOLE B

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:      4/54
30183155-GREEN APPLE GROCE40000261180
4 @ 0.85

```
        HAUSWALD'S BREAD      3.40 F
        SPRITE              10.99 B
        24 Beverage Containers
        SUPER CHILL FRUIT     5.99 F
        24 Beverage Containers
        MIKE & IKE BERRY B    3.99 B
        N&L SOFT BANANA       3.59 B
        MIKE & IKE ORIGIN     3.99 B
        8 LB BAG ICE          3.99 F
2 @ 1.39
        DART FOAM CUP UNIT    2.78 T
3 @ 1.79
        RUTTER'S CHOCOLATE    5.37 F
4 @ 1.49
        RUTTER'S HVD MILK     5.96 F
8 @ 0.69
        RUTTER'S WHOLE MIL    5.52 F
4 @ 0.99
        PINT CHOCOLATE MIL    3.96 F
4 @ 1.19
        RUTTER'S CHOCOLATE    4.76 F
        ARIZONA TEA W/ LEM   16.99 B
        24 Beverage Containers
        ARIZONA GREEN TEA    16.99 B
        24 Beverage Containers
4 @ 2.59
        RUTTER'S WHOLE MIL   10.36 F
        TASTYKAKE ICED CUP    2.59 F
        TASTYKAKE JELLY KR    2.59 F
        TASTYKAKE KOFFEE K    2.59 F
        MARLBORO BOX 100     66.49 T
        NEWPORT NON-MENTHO   56.19 T
        MAVERICK MENTHOL B   54.09 T
        MAVERICK BOX 100'S   54.09 T
        MAVERICK MENTHOL B   54.09 T
        NEWPORT MENTHOL BO   65.45 T
8 @ 65.45
        NEWPORT MENT BOX 1  523.60 T
        TAX                  56.00
```

**A.R. 649**



**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS SANDRA

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:      4/60
30183155-GREEN APPLE GROCE40000261180

| | | |
|---|---|---|
| PARTY MIX | 12.99 | F |
| LINDENS BUTTER CRU | 8.59 | F |
| SUPER CHILL STRAWB | 5.99 | B |
| 24 Beverage Containers | | |
| SUPER CHILL CREAM | 5.99 | F |
| 24 Beverage Containers | | |
| GATORADE COOL BLUE | 10.49 | F |
| 12 Beverage Containers | | |
| CLEARFRUIT CHERRY | 13.45 | B |
| CLEAR FRUIT KIWI S | 13.45 | B |
| CLEARFRUIT STRAWBE | 13.45 | B |
| E-FRUTTI MINI BURG | 4.75 | B |
| TASTYKAKE ICED CUP | 2.59 | F |
| TASTYKAKE KOFFEE K | 2.59 | F |
| TASTYKAKE BUTTERSC | 2.59 | F |
| HAT'S OFF CIGAR 10 | 15.95 | T |
| 2 @ 70.49 | | |
| NEWPORT MENTH BOX | 140.98 | T |
| TAX | 12.49 | |
| TAX EXEMPTION | 12.49- | |
| **** BALANCE | 253.85 | |

# AMOUNT     $253.85
CASH BACK $0.00

# ************9320

| | |
|---|---|
| DEBIT | 253.85 |
| CHANGE | 0.00 |

TOTAL NUMBER OF ITEMS SOLD =    15
**60 Total Beverage Containers**
B. Green&Co Inc. ID:C-273-000
05/22/18 12:02pm 1 8 82 235

CUST: 30183155-GREEN APPLE GROCERY &
ACCOUNT#: 40000261180

Thank You For Shopping at Cash & Carry
STORE HOURS.
MON-FRI:6A-4P SAT:7A-4P SUN:8A-4P
*****************************************

**A.R. 650**



**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS LiSA

```
TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:      3/52
30183155-GREEN APPLE GROCE40000261180
        COCONUT JUNIORS       2.59 F
        TASTYKAKE KANDY KA     2.59 F
        MIKE & IKE JOLLY J     3.99 B
        MIKE & IKE RED RAG     3.99 B
        CLASSIC COKE           7.99 B
         24 Beverage Containers
        SUPER CHILL COLA       5.99 B
         24 Beverage Containers
        SPRITE                10.99 B
         24 Beverage Containers
    3 @ 2.79
        FRESH STEP CAT LIT     8.37 T
        ALPO PRIME CUT BEE    10.49 T
        GATORADE FRUIT PUN    10.49 F
         12 Beverage Containers
        MAVERICK MENTHOL B    54.09 T
        NEWPORT NON-MENTHO    56.19 T
    4 @ 70.49
        NEWPORT MENTH BOX    281.96 T
        TAX                   26.65
        TAX EXEMPTION         26.65-
 **** BALANCE               459.72
        CASH                 200.00
        CASH                 100.00
        CASH                 100.00
        CASH                  60.00
        CHANGE                 0.28
TOTAL NUMBER OF ITEMS SOLD =    18
84 Total Beverage Containers
B. Green&Co Inc. ID:C-273-000
05/23/18 10:22am 1 8 48 123

CUST: 30183155-GREEN APPLE GROCERY &
ACCOUNT#: 40000261180

Thank You For Shopping at Cash & Carry
           STORE HOURS:
MON-FRI:6A-4P SAT:7A-4P SUN:8A-4P
*****************************
```

**A.R. 651**



**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS PATRICIA

```
 TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:      5/14
 30183155-GREEN APPLE GROCE40000261180
         SNO-CONE 24 CT        16.99 F
         TWIZZLER STRAWBERR     12.95 B
         POP UP ORANGE BURS     13.49 F
         SUPER CHILL BLACK       5.99 F
           24 Beverage Containers
         BLUE RIBBON COTTON      7.95 F
         KELL RICE KRISPIES      8.99 F
         OREOS S/S               5.49 F
         CHARLESTON CHEWS        6.15 B
         MINIATURE PEANUT C     11.99 B
         HI-C VARIETY PK 40      8.49 B
           40 Beverage Containers
         NOW & LATER STRAWB      3.59 B
         SWEDISH FISH RED        9.55 B
         PWI CUP WATERMELON      7.49 F
         GARBERS NUT CONE       10.95 F
 8 @ 0.99
         PINT CHOCOLATE MIL      7.92 F
 2 @ 0.95
         RUTTER'S PUNCH          1.90 F
         MAVERICK MENTHOL B     54.09 T
 5 @ 70.49
         NEWPORT MENTH BOX     352.45 T
 2 @ 15.95
         HAT'S OFF CIGAR 10     31.90 T
         TAX                    29.47
         TAX EXEMPTION          29.47-
    **** BALANCE             578.32
```

## AMOUNT      $578.32

CASH BACK $0.00

## ***********9320

```
         DEBIT                578.32
         CHANGE                 0.00
 TOTAL NUMBER OF ITEMS SOLD =    32
```
**64 Total Beverage Containers**
B. Green&Co Inc. ID:C-273-000
05/24/18 11:55am 1 8 94 241

**A.R. 652**



**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS CAITLYN

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:      8/71
30183155-GREEN APPLE GROCE40000261180
     SUPER CHILL PINEAP      5.99 F
     24 Beverage Containers
     SUPER CHILL ORANGE      5.99 B
     24 Beverage Containers
     SUPER CHILL COLA        5.99 B
     24 Beverage Containers
     M&M PEANUT             26.99 B
2 @ 1.75
     DART FOAM CUP UNIT      3.50 T
     NEWPORT NON-MENTHO     56.19 T
5 @ 70.49
     NEWPORT MENTH BOX     352.45 T
     SUNLITE LIGHTERS        5.75 T
     TAX                    27.42
     TAX EXEMPTION          27.42-
**** BALANCE              462.85

AMOUNT      $3.40
CASH BACK $0.00
*************9320
    DEBIT                    3.40
AMOUNT      $337.00
CASH BACK $0.00
*************9320
    DEBIT                  337.00
    CASH                   140.00
    CHANGE                  17.55
TOTAL NUMBER OF ITEMS SOLD =     13
**72 Total Beverage Containers**
B. Green&Co Inc. ID:C-273-000
05/25/18 11:17am 1 2 6 308

CUST: 30183155-GREEN APPLE GROCERY &
ACCOUNT#: 40000261180

Thank You For Shopping at Cash & Carry
STORE HOURS:
MON-FRI:6A-4P SAT:7A-4P SUN:8A-4P

**A.R. 653**



**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS PATRICIA

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:      2/20
  30183155-GREEN APPLE GROCE40000261180
  6 @ 1.19
            RUTTER'S CHOCOLATE      7.14 F
            SUPER CHILL FRUIT       5.99 F
             24 Beverage Containers
            SUPER CHILL CREAM       5.99 F
             24 Beverage Containers
            MT.DEW                 10.99 B
             24 Beverage Containers
            PEPSI                  10.99 B
             24 Beverage Containers
            SPRITE                 10.99 B
             24 Beverage Containers
            SUNNY DELIGHT CITR      7.89 F
            DEER PARK SPRING W      7.25 B
             24 Beverage Containers
            CHORE BOY COPPER S     22.59 T
  3 @ 70.49
            NEWPORT MENTH BOX     211.47 T
            MARLBORO BOX 100       66.49 T
            WILD ROSES              4.65 T
  3 @ 1.59
            RUTTERS BUTTERMILK      4.77 F
            TAX                    20.73
            TAX EXEMPTION          20.73-
  **** BALANCE               377.20
  MO    CASH                  300.00
        CASH                   77.20
        CHANGE                  0.00
TOTAL NUMBER OF ITEMS SOLD =   22
**144 Total Beverage Containers**
B. Green&Co Inc. ID:C-273-000
05/26/18 11:26am 1 8 80 241

CUST: 30183155-GREEN APPLE GROCERY &
ACCOUNT#: 40000261180

Thank You For Shopping at Cash & Carry
        STORE HOURS:
MON-FRI:6A-4P SAT:7A-4P SUN:8A-4P

**A.R. 654**



**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS CAITLYN

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:      2/22
30183155-GREEN APPLE GROCE40000261180
```
        UTZ REGULAR CHIPS      12.99 F
        PEPSI                  10.99 B
        24 Beverage Containers
        T.K. CHOCOLATE BEL      2.59 F
        CHOCOLATE CREAM KA      2.59 F
        TASTYKAKE CHOCOLAT      2.59 F
        TASTYKAKE ICED CUP      2.59 F
        CLASSIC COKE           10.99 B
        24 Beverage Containers
 2 @ 0.85
        HAUSWALD'S BREAD        1.70 F
        DART 24SL LIDS UNI      2.15 T
        MAVERICK MENTHOL B     54.09 T
 5 @ 70.49
        NEWPORT MENTH BOX     352.45 T
        TAX                    25.85
        TAX EXEMPTION          25.85-
 ****   BALANCE               455.72
        CASH                   56.00
        CASH                  400.00
        CHANGE                  0.28
TOTAL NUMBER OF ITEMS SOLD =     16
```
**48 Total Beverage Containers**
**B. Green&Co Inc. ID:C-273-000**
05/27/18 12:16pm 1 8 44 308

CUST: 30183155-GREEN APPLE GRUCERY &
ACCOUNT#: 40000261180

Thank You For Shopping at Cash & Carry
STORE HOURS:
MON-FRI:6A-4P SAT:7A-4P SUN:8A-4P
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
====Thank you for shopping with us====
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

*(handwritten: 456)*

**A.R. 655**



**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS NICOLE B

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:        5/17
30183155-GREEN APPLE GROCE40000261180
SALT&VINEGAR CHIP      12.99 F
UTZ CHEESE CURLS       12.99 F
PEPSI COLA              8.99 B
CLASSIC COKE           10.99 B
   24 Beverage Containers
HI-C VARIETY PK 40      8.49 B
   40 Beverage Containers
SPRITE                 10.99 B
   24 Beverage Containers
SCOOBY DOO FRUIT S     11.25 B
EVERFRESH CRANBERR     13.85 F
NOW & LATER APPLE       3.59 B
MIKE & IKE  ORIGIN      3.99 B
TASTYKAKE KOFFEE K      2.59 F
ALL CRISP KOSHER P      5.39 F
4 @ 0.69
RUTTER'S WHOLE MIL      2.76 F
8 LB BAG ICE            3.99 F
WILD ROSES              4.65 T
NEWPORT NON-MENTHO     56.19 T
PALL MALL 100'S BO     62.49 T
MARLBORO LIGHT BOX     66.49 T
4 @ 70.49
NEWPORT MENTH BOX     281.96 T
TAX                    31.81
TAX EXEMPTION          31.81-
**** BALANCE          584.63
VF   **** COINSTAR CH  1,978.89
CHANGE              1,394.26
TOTAL NUMBER OF ITEMS SOLD =    25
**88 Total Beverage Containers**
B. Green&Co Inc. ID:C-273-000
05/28/18 11:13am 1 8 45 252

CUST: 30183155-GREEN APPLE GROCERY &
ACCOUNT#: 40000261180

Thank You For Shopping at Cash & Carry
STORE HOURS:

**A.R. 656**



**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS LISA

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:      4/69
30183155-GREEN APPLE GROCE40000261180
     UTZ BBQ POTATO CHI   12.99 F
2 @ 8.99
     PEPSI COLA       17.98 B
2 @ 2.25
     OODLES OF NOODLES    4.50 F
2 @ 2.25
     OODLES OF NOODLES    4.50 F
3 @ 1.79
     RUTTER'S CHOCOLATE   5.37 F
3 @ 1.59
     RUTTERS BUTTERMILK   4.77 F
4 @ 0.99
     PINT CHOCOLATE MIL   3.96 F
4 @ 0.69
     RUTTER'S WHOLE MIL   2.76 F
4 @ 0.85
     HAUSWALD'S BREAD    3.40 F
     TASTYKAKE KANDY KA   2.59 F
     NEWPORT NON-MENTHO  56.19 T
5 @ 70.49
     NEWPORT MENTH BOX  352.45 T
     MAVERICK BOX 100'S  54.09 T
     MAVERICK MENTHOL B  54.09 T
     TAX            32.09
     TAX EXEMPTION     32.09-
  **** BALANCE       579.64

# AMOUNT   $200.64

CASH BACK $0.00

# ************9320

     DEBIT         200.64
     CASH          100.00
     CASH          280.00
     CHANGE        1.00
TOTAL NUMBER OF ITEMS SOLD =   34
05/29/18 10:42am 1 8 68 123

CUST: 30183155-GREEN APPLE GROCERY &
ACCOUNT#: 40000261180

**A.R. 657**



**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS LISA

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:     4/54
30183155-GREEN APPLE GROCE40000261180
```
        SPRITE            10.99 B
          24 Beverage Containers
        DIET PEPSI         7.99 B
          24 Beverage Containers
        MOUNTAIN DEW       7.99 B
        SUPER CHILL GINGER 5.99 B
          24 Beverage Containers
        SUPER CHILL STRAWB 5.99 B
          24 Beverage Containers
        SUPER CHILL BLACK  5.99 F
          24 Beverage Containers
        GUSHER'S VARIETY P 10.59 B
  4 @ 1.19
        RUTTER'S CHOCOLATE  4.76 F
  4 @ 0.99
        PINT CHOCOLATE MIL  3.96 F
  2 @ 0.69
        RUTTER'S WHOLE MIL  1.38 F
        DEER PARK SPRING W  7.25 B
          24 Beverage Containers
  6 @ 0.85
        HAUSWALD'S BREAD    5.10 F
  4 @ 70.49
        NEWPORT MENTH BOX 281.96 T
        NEWPORT MENTH BOX  70.49 T
        MARLBORO BOX 100   66.49 T
        WILD ROSES          4.65 T
        TAX                28.83
        TAX EXEMPTION      28.83-
   **** BALANCE          501.57
```
# AMOUNT      $251.57
CASH BACK $0.00

# ∗∗∗∗∗∗∗∗∗∗∗∗9320
```
        DEBIT             251.57
        CASH              250.00
        CHANGE              0.00
TOTAL NUMBER OF ITEMS SOLD =   31
144 Total Beverage Containers
```

**A.R. 658**



CASH & CARRY
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS LISA

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:     2/9
30183155-GREEN APPLE GROCE40000261180
```
        DAVID NACHO CHEESE      6.49 F
        PEDIGREE DOG FOOD      10.99 T
        ALPO PRIME CUT BEE     10.49 T
        DEER PARK SPRING W      6.99 B
        40 Beverage Containers
        SUNNY DELIGHT CITR      7.89 F
        DIET PEPSI              7.99 B
        24 Beverage Containers
        Utz Thin Pretzel       13.49 T
        UTZ SOUR CREAM & O     12.99 F
        SUPER CHILL GRAPE       6.25 B
        24 Beverage Containers
        SUPER CHILL ORANGE      6.25 B
        24 Beverage Containers
        MOUNTAIN DEW            7.99 B
        SUPER BUBBLE 3-FLA      8.15 B
4 @ 0.99
        PINT CHOCOLATE MIL      3.96 F
        8 LB BAG ICE            3.99 F
        MAVERICK MENTHOL B     54.09 T
4 @ 70.49
        NEWPORT MENTH BOX     281.96 T
        TAX                    24.88
        TAX EXEMPTION          24.88-
 ****  BALANCE               449.96
VF      COINSTAR CHITS        334.52
        CASH                  116.00
        CHANGE                  0.56
TOTAL NUMBER OF ITEMS SOLD =    22
112 Total Beverage Containers
B. Green&Co Inc. ID:C-273-000
06/01/18 11:32am 1 8 72 12
```
CUST: 30183155-GREEN APPLE GROCERY &
ACCOUNT#: 40000261180

Thank You For Shopping at Cash & Carry
STORE HOURS:
MON-FRI:6A-4P SAT:7A-4P SUN:8A-4P

A.R. 659



**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS CAITLYN

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:    1/45
30183155-GREEN APPLE GROCE40000261180

```
         PEPSI COLA            7.99 B
         MOUNTAIN DEW          7.99 B
         DEER PARK SPRING W    7.25 B
          24 Beverage Containers
         SUPER CHILL CREAM     6.25 F
          24 Beverage Containers
         YOO HOO CHOCOLATE    15.99 B
         TASTYKAKE LEMON JU    2.25 F
         TASTYKAKE ICED CUP    2.25 F
2 @ 1.59
         RUTTERS BUTTERMILK    3.18 F
4 @ 70.49
         NEWPORT MENTH BOX   281.96 T
         MARLBORO BOX 100     66.49 T
         MAVERICK MENTHOL B   54.09 T
         HAT'S OFF CIGAR 10   15.95 T
2 @ 4.65
         WILD ROSES            9.30 T
         TAX                  28.03
         TAX EXEMPTION        28.03-
**** BALANCE              480.94
         CASH                 50.00
         CASH                230.00
         CASH                  0.04
         CASH                205.00
         CHANGE                4.10
```

TOTAL NUMBER OF ITEMS SOLD = 18
**48 Total Beverage Containers**
**B. Green&Co Inc. ID:C-273-000**
06/03/18 01:06pm 1 8 56 308

CUST. 30183155-GREEN APPLE GROCERY &
ACCOUNT#: 40000261180

Thank You For Shopping at Cash & Carry
          STORE HOURS:
MON-FRI:6A-4P SAT:7A-4P SUN:8A-4P
*******************************
......Thank you for shopping with us...

**A.R. 660**



**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS PATRICIA

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:      4/77
30183155-GREEN APPLE GROCE40000261180
```
        SCHWEPPES GINGER A      7.99 B
        MOUNTAIN DEW            7.99 B
2 @ 7.99
        PEPSI COLA             15.98 B
        UTZ REGULAR CHIPS      12.99 F
        SUPER CHILL COLA        6.25 B
        24 Beverage Containers
2 @ 2.95
        RUTTER'S WHOLE MIL      5.90 F
6 @ 1.23
        RUTTER'S CHOCOLATE      7.38 F
        DEER PARK SPRING W      7.29 B
        40 Beverage Containers
        ESSNEVERY BBQ SAUC      7.99 F
        AIRHEADS BLUE RASP      3.99 B
        ALL CRISP KOSHER P      5.39 F
        HERB'S RED HOT SAU     14.99 F
2 @ 0.85
        HAUSWALD'S BREAD        1.70 F
        SUNLITE LIGHTERS        5.75 T
4 @ 70.49
        NEWPORT MENTH BOX     281.96 T
        NEWPORT MENTH BOX      70.49 T
        NEWPORT NON-MENTHO     56.19 T
        MAVERICK MENTHOL B     54.09 T
        TAX                    31.08
        TAX EXEMPTION          31.08-
  **** BALANCE               574.31
        CASH                   50.00
        CASH                  120.00
        CASH                  100.00
        CASH                  100.00
        CASH                  105.00
        CHANGE                  0.69
TOTAL NUMBER OF ITEMS SOLD =      29
```
64 Total Beverage Containers
B. Green&Co Inc. ID:C-273-000
06/05/18 12:35pm 1 8 96 241

**A.R. 661**



**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS LISA

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:      3/83
30183155-GREEN APPLE GRDCE40000261180

| | | |
|---|---|---|
| SUPER CHILL ROOTBE | 6.25 | B |
| 24 Beverage Containers | | |
| SUPER CHILL ORANGE | 6.25 | B |
| 24 Beverage Containers | | |
| SUPER CHILL CREAM | 6.25 | F |
| 24 Beverage Containers | | |
| MOUNTAIN DEW | 7.99 | B |
| 2 @ 7.99 | | |
| PEPSI COLA | 15.98 | B |
| CRUSH ORANGE | 7.99 | B |
| 24 Beverage Containers | | |
| CRUSH GRAPE | 7.99 | B |
| 24 Beverage Containers | | |
| LINDENS BUTTER CRU | 8.59 | F |
| TASTYKAKE KOFFEE K | 2.25 | F |
| TASTYKAKE BUTTERSC | 2.25 | F |
| T.K. CHOCOLATE BEL | 2.25 | F |
| CHOCOLATE CREAM KA | 2.25 | F |
| FRUIT BY THE FOOT | 11.35 | B |
| TASTYKAKE ICED CUP | 2.25 | F |
| HARIBO GOLD BEARS | 13.65 | B |
| CLEARFRUIT CHERRY | 13.45 | B |
| CLASSIC COKE | 11.99 | B |
| 24 Beverage Containers | | |
| SPRITE | 11.99 | B |
| 24 Beverage Containers | | |
| 2 @ 2 95 | | |
| RUTTER'S WHOLE MIL | 5.90 | F |
| 4 @ 0.99 | | |
| PINT CHOCOLATE MIL | 3.96 | F |
| 4 @ 0.75 | | |
| RUTTER'S WHOLE MIL | 3.00 | F |
| 5 @ 70.49 | | |
| NEWPORT MENTH BOX | 352.45 | T |
| CLEAR WRAPPED STRA | 2.65 | T |
| TAX | 28.20 | |
| TAX EXEMPTION | 28.20- | |
| BALANCE | 508.97 | |

A.R. 662



**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS PATRICIA

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:     4/75
30183155-GREEN APPLE GROCE40000261180
```
        MT.DEW              11.99 B
        24 Beverage Containers
        SPRITE              11.99 B
        24 Beverage Containers
        SUPER CHILL GRAPE    6.25 B
        24 Beverage Containers
        CLEARFRUIT STRAWBE  13.45 B
2 @ 2.95
        RUTTER'S WHOLE MIL   5.90 F
2 @ 1.23
        RUTTER'S CHOCOLATE   2.46 F
2 @ 1.55
        RUTTER'S HVD MILK    3.10 F
4 @ 0.99
        PINT CHOCOLATE MIL   3.96 F
        CLASSIC COKE        11.99 B
        24 Beverage Containers
        ARIZONA GREEN TEA   15.99 B
        24 Beverage Containers
        GUSHER'S VARIETY P  10.59 B
2 @ 0.85
        HAUSWALD'S BREAD     1.70 F
        TASTYKAKE ICED CUP   2.25 F
5 @ 70.49
        NEWPORT MENTH BOX  352.45 T
        MAVERICK BOX 100'S  54.09 T
        TAX                 29.33
        TAX EXEMPTION       29.33-
****  BALANCE             508.16
      CASH               100.00
      CASH               420.16
      CHANGE              12.00
```
*508*

TOTAL NUMBER OF ITEMS SOLD =    26
**120 Total Beverage Containers**
B. Green&Co Inc. ID:C-273-000
06/08/18 12:46pm 1 8 87 241

CUST: 30183155-GREEN APPLE GROCERY &
ACCOUNT#: 40000261180

**A.R. 663**



**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS PATRICIA

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:     5/55
30183155-GREEN APPLE GROCE40000261180
        8 LB BAG ICE        3.99 F
2 @ 0.95
        RUTTER'S ORANGE      1.90 F
4 @ 0.75
        RUTTER'S WHOLE MIL   3.00 F
6 @ 0.99
        PINT CHOCOLATE MIL   5.94 F
        SUNNY DELIGHT CITR   7.89 F
        SNO-CONE 24 CT      16.99 F
3 @ 7.29
        NISSIN BF TERYIAKE  21.87 F
        SUPER CHILL CREAM    6.25 F
        24 Beverage Containers
        PEPSI               11.99 B
        24 Beverage Containers
        HI-C VARIETY PK 40   8.49 B
        40 Beverage Containers
        T.K. CHOCOLATE BEL   2.25 F
        MT.DEW              11.99 B
        24 Beverage Containers
        BLUE RIBBON COTTON   7.95 F
        MAVERICK MENTHOL B  54.09 T
        NEWPORT MENTH BOX   70.49 T
5 @ 70.49
        NEWPORT MENTH BOX  352.45 T
        TAX                 30.57
        TAX EXEMPTION       30.57-
**** BALANCE              58.53
        CASH                 0.53
        CASH               600.00
        CHANGE              13.00
TOTAL NUMBER OF ITEMS SOLD =    31
112 Total Beverage Containers
B. Green&Co Inc. ID:C-273-000
06/09/18 12:07pm 1 8 92 241

CUST: 30183155-GREEN APPLE GROCERY &
ACCOUNT#: 40000261180

**A.R. 664**

Thank You For Shopping at Cash & Carry



**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS PATRICIA

30183155-GREEN APPLE GROCE40000261120
```
        MARLBORO LIGHT BOX     66.49 T
        MARLBORO BOX 100       66.49 T
3 @ 70.49
        NEWPORT MENTH BOX     211.47 T
        UTZ BBQ POTATO CHI     12.99 F
2 @ 2.95
        RUTTER'S WHOLE MIL      5.90 F
3 @ 1.55
        RUTTER'S HVD MILK       4.65 F
        ARIZONA SWEET TEA      15.99 B
        24 Beverage Containers
        PEPSI                  11.99 B
        24 Beverage Containers
        TAX                    22.35
        TAX EXEMPTION          22.35-
****  BALANCE                 396.97
        CASH                  400.02
        CHANGE                  4.05
TOTAL NUMBER OF ITEMS SOLD =    13
```
**48 Total Beverage Containers**
B. Green&Co Inc. ID-C-273-000
06/10/18 12:41pm 1 8 62 241

CUST: 30183155-GREEN APPLE GROCERY &
ACCOUNT#: 40000261180

Thank You For Shopping at Cash & Carry
STORE HOURS:
MON-FRI:6A-4P SAT:7A-4P SUN:8A-4P
*********************************
====Thank you for shopping with us====
*********************************

**A.R. 665**



**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS WANDA

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:      5/27
30183155-GREEN APPLE GROCE40000261180
        UTZ REGULAR CHIPS      12.99 F
        UTZ CHEESE CURLS       12.99 F
        PEPSI                  10.99 B
         24 Beverage Containers
        SPRITE                 11.99 B
         24 Beverage Containers
        SUPER CHILL FRUIT       6.25 F
         24 Beverage Containers
        SUPER CHILL ORANGE      6.25 B
         24 Beverage Containers
        TASTYKAKE CHOCOLAT      2.25 F
        BOSTON BAKED BEANS      3.35 B
4 @ 2.69
        ALLEY CAT CHICK &      10.76 T
        MARLBORO BOX 100       66.49 T
4 @ 70.49
        NEWPORT MENTHU BOX    281.96 T
        TAX                    23.51
        TAX EXEMPTION          23.51-
  **** BALANCE               426.27

AMOUNT          $130.27
CASH BACK $0.00

**********9320
        DEBI              130.27
        CASH              300.00
        CHANGE              4.00
TOTAL NUMBER OF ITEMS SOLD =       17
96 Total Beverage Containers
B. Green&Co Inc. ID:C-273-000
06/13/18 01:15pm 1 8 95 256

CUST: 30183155-GREEN APPLE GROCERY &
ACCOUNT#: 40000261180

Thank You For Shopping at Cash & Carry
           STORE HOURS:
MON-FRI:6A-4P SAT:7A-4P SUN:8A-4P
*****************************
====Thank you for shopping with us====

A.R. 666



**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS WANDA

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:     1/77
30183155-GREEN APPLE GROCE40000261180
2 @ 1.23
    RUTTER'S CHOCOLATE   2.46 F
3 @ 0.99
    PINT CHOCOLATE MIL   2.97 F
4 @ 0.75
    RUTTER'S WHOLE MIL   3.00 F
    SUPER CHILL CREAM   6.25 F
    24 Beverage Containers
    MT.DEW   10.99 B
    24 Beverage Containers
    CLASSIC COKE   9.99 B
    CLASSIC COKE   11.99 B
    24 Beverage Containers
    PEPSI COLA   8.99 B
    ALL CRISP KOSHER P   5.39 F
    ROASTED NO SALT PI   5.49 F
0.38 lb @ 1.99 /lb
WT   GARLIC- WHOLE IMPO   0.76 F
    NEWPORT NON-MENTHO   56.19 T
5 @ 70.49
    NEWPORT MENTH BOX   352.45 T
    TAX   27.04
    TAX EXEMPTION   27.04-
  **** BALANCE   476.92

# AMOUNT  $171.92

CASH BACK $0.00

**\*\*\*\*\*\*\*\*\*\*\*\*9320**

    DEBIT   171.92
    CASH   305.00
    CHANGE   0.00
TOTAL NUMBER OF ITEMS SOLD =   23
72 Total Beverage Containers
B. Green&Co Inc. ID:C-273-000
06/14/18 01:55pm 1 8 115 256

CUST: 30183155-GREEN APPLE GROCERY &
ACCOUNT#: 40000261180

**A.R. 667**

Thank You For Shopping at Cash & Carry



**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS CAITLYN

```
TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:      4/53
30183155-GREEN APPLE GROCE40000261180
3 @ 0.85
       HAUSWALD'S BREAD      2.55 F
2 @ 2.95
       RUTTER'S WHOLE MIL    5.90 F
3 @ 1.55
       RUTTER'S HVD MILK     4.65 F
3 @ 1.09
       RUTTER'S WHOLE MIL    3.27 F
       PEPSI                10.99 B
       24 Beverage Containers
       CLASSIC COKE          9.99 B
       OREOS S/S             5.49 F
       KELL RICE KRISPIES    8.99 F
       NAB S/S NUTTER BUT    5.49 F
       T.K. CHOCOLATE BEL    2.59 F
       TASTYKAKE KOFFEE K    2.59 F
       M&M PEANUT           26.99 F
       1/10 WHITE BAG 150   12.95
4 @ 70.49
       NEWPORT MENTH BOX   281.96
       NEWPORT MENTH BOX    70.49
       WILD ROSES            4.65
       SUNLITE LIGHTERS      5.75
       TAX                  25.43
       TAX EXEMPTION        25.43-
**** BALANCE             465.29
       CASH                470.00
       CHANGE                4.71
TOTAL NUMBER OF ITEMS SOLD =     27
24 Total Beverage Containers
B. Green&Co Inc. ID:C-273-000
06/15/18 11:01am 1 8 56 308

CUST: 30183155-GREEN APPLE GROCERY &
ACCOUNT#: 40000261180

Thank You For Shopping at Cash & Carry
         STORE HOURS:
MON-FRI:6A-4P SAT:7A-4P SUN:8A-4P
```

**A.R. 668**



**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS PATRICIA

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:        5/26
30183155-GREEN APPLE GROCE40000261180
    SUPER CHILL GRAPE      6.25 B
    24 Beverage Containers
    SUPER CHILL STRAWB     6.25 B
    24 Beverage Containers
    SUPER CHILL CREAM      6.25 F
    24 Beverage Containers
3 @ 0.85
    HAUSWALD'S BREAD       2.55 F
6 @ 0.75
    RUTTER'S WHOLE MIL     4.50 F
3 @ 1.23
    RUTTER'S CHOCOLATE     3.69 F
5 @ 70.49
    NEWPORT MENTH BOX    352.45 T
    MARLBORO BOX 100      66.49 T
    TAX                   25.89
    TAX EXEMPTION         25.89-
**** BALANCE                 448.43
    CASH                 100.00
    CASH                 100.00
    CASH                 100.00
    CASH                 100.00
    CASH                  50.00
    CHANGE                 1.57
TOTAL NUMBER OF ITEMS SOLD = 21
**72 Total Beverage Containers**
B. Green&Co Inc. ID:C-273-000
06/17/18 10:53am 1 8 36 241

CUST: 30183155-GREEN APPLE GROCERY &
ACCOUNT#: 40000261180

Thank You For Shopping at Cash & Carry
       STORE HOURS:
MON-FRI:6A-4P SAT:7A-4P SUN:8A-4P
**********************************
====Thank you for shopping with us====
**********************************

**A.R. 669**



**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS SANDRA

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:     1/55
 30183155-GREEN APPLE GROCE40000261180
 2 @ 2.95
        RUTTER'S WHOLE MIL      5.90 F
 2 @ 4.75
        E-FRUTTI MINI BURG      9.50 B
        AIRHEADS GREEN APP      4.69 B
        SUPER CHILL COLA        6.25 B
          24 Beverage Containers
        SUPER CHILL BLACK       6.25 F
          24 Beverage Containers
        SNO-CONE 24 CT         16.99 F
        LINDENS BUTTER CRU      8.59 F
        CLEAR FRUIT KIWI S     13.45 B
        LINDEN CHOC CHIP C      8.59 F
        CLEARFRUIT STRAWBE     13.45 B
 2 @ 0.89
        RUTTER'S ORANGE         1.78 F
 2 @ 0.89
        RUTTER'S PUNCH          1.78 F
        AIRHEADS BITES FRU     11.99 B
        SWEDISH FISH RED        9.55 B
        UTZ SOUR CREAM & O     12.99 F
        WHITE CHEDDAR POPC     12.99 F
 2 @ 1.15
        DART FOAM CUP UNIT      2.30 T
        NEWPORT NON-MENTHO     56.19 T
        MAVERICK MENTHOL B     54.09 T
 3 @ 70.49
        NEWPORT MENTH BOX     211.47 T
        TAX                    23.58
        TAX EXEMPTION          23.58-
  **** BALANCE               468.79
        CASH                  470.00
        CHANGE                  1.21
TOTAL NUMBER OF ITEMS SOLD =     27
48 Total Beverage Containers
B. Green&Co Inc. ID:C-273-000
06/18/18 12:55pm 1 8 84 235          469)

CUST: 30183155-GREEN APPLE GROCERY

**A.R. 670**



**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS LISA

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:      3/21
30183155-GREEN APPLE GROCE40000261180
2 @ 2.95
        RUTTER'S WHOLE MIL       5.90 F
2 @ 1.09
        RUTTER'S WHOLE MIL       2.18 F
2 @ 1.23
        RUTTER'S CHOCOLATE       2.46 F
        SUPER CHILL GINGER       6.25 B
        24 Beverage Containers
        SUPER CHILL ORANGE       6.25 B
        24 Beverage Containers
2 @ 8.99
        PEPSI COLA              17.98 B
        OODLES OF NOODLES        1.99 F
        MIKE & IKE  ORIGIN       2.99 B
2 @ 0.89
        BLUE BONNET MARG Q       1.78 F
        SLIM JIM 3/$1.00 1      25.85 F
        GUSHER'S VARIETY P      10.59 B
4 @ 0.85
        HAUSWALD'S BREAD         3.40 F
        MARLBORO LIGHT BOX      66.59 T
        PALL MALL 100'S BO      62.59 T
4 @ 70.49
        NEWPORT MENTH BOX      281.96 T
        MAVERICK BOX 100'S      54.19 T
        TAX                     30.57
        TAX EXEMPTION           30.57-
 **** BALANCE                  552.95
        CASH                   480.00
        CASH                    75.00
        CHANGE                   2.05
TOTAL NUMBER OF ITEMS SOLD =      27
**48 Total Beverage Containers**
B. Green&Co Inc. ID:C-273-000
06/20/18 08:04am 1 8 23 123

CUST: 30183155-GREEN APPLE GROCERY &
ACCOUNT#: 40000261180

Thank You For Shopping at Cash & Carry



**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS SANDRA

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:        3/87
30183155-GREEN APPLE GROCE40000261180
        SUPER CHILL PINEAP        6.25 F
         24 Beverage Containers
        SUPER CHILL FRUIT         6.25 F
         24 Beverage Containers
        BUMBLEBEE CHUNK LT       25.99 F
4 @ 1.55
        RUTTER'S HVD MILK         6.20 F
3 @ 0.75
        RUTTER'S WHOLE MIL        2.25 F
2 @ 0.99
        PINT CHOCOLATE MIL        1.98 F
        CHOCOLATE CREAM KA        2.59 F
        TASTYKAKE KOFFEE K        2.59 F
        TASTYKAKE CHOCOLAT        2.59 F
        LE CREAM FILLED BT        2.59 F
        TASTYKAKE BUTTERSC        2.59 F
        TASTYKAKE JELLY KR        2.59 F
        FRUIT BY THE FOOT        11.35 B
5 @ 70.49
        NEWPORT MENTH BOX       352.45 T
        MARLBORO BOX 100         66.59 T
        MAVERICK BOX 100'S       54.19 T
        NEWPORT NON-MENTHO       56.29 T
        MAVERICK MENTHOL B       54.19 T
        SUNLITE LIGHTERS          5.75 T
        WILD ROSES                4.65 T
        TAX                      36.33
        TAX EXEMPTION            36.33-
**** BALANCE                669.92
        CASH                     50.00
        CASH                    300.00
        CASH                    150.00
        CASH                    150.00
**AMOUNT       $19.92**
CASH BACK $0.00

**************9320

<div style="text-align:right">**A.R. 672**</div>

        DEBIT                    19.92
        CHANGE                    0.00



**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS PATRICIA

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:      2/15
30183155-GREEN APPLE GROCE40000261180
3 @ 0.85
```
        HAUSWALD'S BREAD        2.55 F
        SUNNY DELIGHT CITR      7.89 F
2 @ 1.99
        PURINA KITTEN CHOW      3.98 T
        HI-C VARIETY PK 40      8.49 B
        40 Beverage Containers
        TASTYKAKE KANDY KA      2.59 F
3 @ 2.79
        FRESH STEP CAT LIT      8.37 T
8 @ 65.55
        NEWPORT MENT BOX 1    524.40 T
        NEWPORT MENTHOL BO     65.55 T
        TAX                    36.65
        TAX EXEMPTION          36.65-
 **** BALANCE                 623.82
        CASH                  100.00
        CASH                  525.00
        CHANGE                  1.18
```
TOTAL NUMBER OF ITEMS SOLD =    20
**40 Total Beverage Containers**
**B. Green&Co Inc. ID:C-273-000**
06/22/18 12:36pm 1 8 89 241

CUST: 30183155-GREEN APPLE GROCERY &
ACCOUNT#: 40000261180

Thank You For Shopping at Cash & Carry
            STORE HOURS:
MON-FRI:6A-4P SAT:7A-4P SUN:8A-4P
*************************************
====Thank you for shopping with us====
*************************************

**A.R. 673**



**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS PATRICIA

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:      6/33
  30183155-GREEN APPLE GROCE40000261180
        TASTYKAKE JELLY KR      2.59 F
        TASTYKAKE KOFFEE K      2.59 F
        T.K. CHOCOLATE BEL      2.59 F
        TASTYKAKE BUTTERSC      2.59 F
        UTZ RED HOT POTATO      7.99 F
        SUPER CHILL GRAPE       6.25 B
           24 Beverage Containers
        SUPER CHILL ROOTBE      6.2ᶠ
           24 Beverage Containers
        SUPER CHILL STRAWB      6.25 B
           24 Beverage Containers
        SPRITE                 11.99 B
           24 Beverage Containers
  4 @ 0.99
        PINT CHOCOLATE MIL      3.96 F
  3 @ 0.75
        RUTTER'S WHOLE MIL      2.25 F
        PEPSI COLA              8.99 B
        KELL RICE KRISPIES      8.99 F
  3 @ 1.75
        DART FOAM CUP UNIT      5.25 T
        DART LID STRAW SLO      1.99 T
        MARLBORO LIGHT BOX     66.59 T
  2 @ 70.49
        NEWPORT MENTH BOX     140.98 T
        TAX                    15.28
        TAX EXEMPTION          15.28-
   **** BALANCE              288.09
        CASH                  300.00
        CHANGE                 11.91
TOTAL NUMBER OF ITEMS SOLD =      25
**96 Total Beverage Containers**
**B. Green&Co Inc. ID:C-273-000**
06/23/18 01:32pm 1 8 84 241

CUST: 30183155-GREEN APPLE GROCERY &
ACCOUNT#: 40000261180

A.R. 674



**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS PATRICIA

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:     1/19
 30183155-GREEN APPLE GROCE40000261180
 2 @ 0.89
        RUTTER'S GRAPE          1.78 F
 2 @ 0.89
        RUTTER'S PUNCH          1.78 F
 3 @ 2.95
        RUTTER'S WHOLE MIL      8.85 F
 2 @ 1.23
        RUTTER'S CHOCOLATE      2.46 F
        MARLBORO BOX 100       66.59 T
        NEWPORT NON-MENTHO     56.29 T
 4 @ 70.49
        NEWPORT MENTH BOX     281.96 T
        MAVERICK MENTHOL B     54.19 T
        WILD ROSES              4.65 T
        EE REUSABLE BAGS        0.20 T
        TAX                    27.84
        TAX EXEMPTION          27.84-
 **** BALANCE               478.75
        CASH                  150.00
        CASH                  260.00
        CASH                   69.00
        CHANGE                  0.25
TOTAL NUMBER OF ITEMS SOLD =      18
06/24/18 12:02pm 1 8 44 241

CUST: 30183155-GREEN APPLE GROCERY &
ACCOUNT#: 40000261180

Thank You For Shopping at Cash & Carry
          STORE HOURS:
MON-FRI:6A-4P SAT:7A-4P SUN:8A-4P
*****************************************
====Thank you for shopping with us====
*****************************************

**A.R. 675**



**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS WANDA

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:      3/39
30183155-GREEN APPLE GROCE4000026l180
3 @ 2.95
        RUTTER'S WHOLE MIL     8.85 F
2 @ 1.83
        RUTTER'S CHOCOLATE     3.66 F
        SUPER CHILL BLACK      6.25 F
          24 Beverage Containers
        SUPER CHILL PINEAP     6.25 F
          24 Beverage Containers
        SUPER CHILL CREAM      6.25 F
          24 Beverage Containers
        SPRITE                11.99 B
          24 Beverage Containers
        1/8 BLACK BAG          6.99 T
        AIR HEADS STRAWBER     4.69 B
        AIRHEADS WATERMELO     4.69 B
        AIRHEADS BLUE RASP     4.69 B
        SWEDISH FISH          14.25 B
        TWIX CARAMEL          22.89 B
        MIKE & IKE  ORIGIN     2.99 B
        PEPSI COLA             8.99 B
        ESSNEVERY VEGETABL    22.39 F
        MT.DEW                10.99 B
          24 Beverage Containers
5 @ 0.85
        HAUSWALD'S BREAD       4.25 F
        MAVERICK MENTHOL B    54.19 T
5 @ 70.49
        NEWPORT MENTH BOX    352.45 T
        NEWPORT MENTH BOX     70.59 T
        BIC LIGHTERS 50CT     43.25 T
        TAX                   36.82
        TAX EXEMPTION         36.82-
  **** BALANCE              671.54

# AMOUNT      $671.54

CASH BACK $0 00

# ***********9320

        DEBIT                671.54
        CHANGE                 0.00
TOTAL NUMBER OF ITEMS SOLD =    32



**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS LISA M

```
30058537-GREEN APPLE GROCE40000261180
4 @ 68.55
        NEWPORT MENTH BOX    274.20 T
4 @ 0.85
        HAUSWALD'S BREAD       3.40 F
        TAX                   16.46
        TAX EXEMPTION         16.46-
****  BALANCE                277.60
        CASH                 280.00
        CHANGE                 2.40
TOTAL NUMBER OF ITEMS SOLD =     8
06/27/17 03:27pm 1 8 114 227

UST: 30058537-GREEN APPLE GROCERY &
ACCOUNT#: 40000261180
```

Thank You For Shopping at Cash & Carry
STORE HOURS:
MON-FRI:6A-4P SAT:7A-4P SUN:8A-4P
************************************
===Thank you for shopping with us====
************************************



**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS PATRICIA

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:     3/72
30183155-GREEN APPLE GRUCE40000261180
2 @ 2.95
        RUTTER'S WHOLE MIL     5.90 F
2 @ 1.55
        RUTTER'S HVD MILK      3.10 F
3 @ 1.23
        RUTTER'S CHOCOLATE     3.69 F
        SUPER CHILL GINGER     6.25 B
          24 Beverage Containers
        PEPSI COLA             7.99 B
2 @ 2.25
        OODLES OF NOODLES      4.50 F
        DEER PARK SPRING W     6.99 B
          24 Beverage Containers
        PEPSI CUBE             7.99 B
          24 Beverage Containers
        HERB'S RED HOT SAU    14.99 F
        SUNNY DELIGHT CITR     7.89 F
        SPRITE                12.99 B
        CLASSIC COKE           9.99 B
        HONEY BBQ CHIPS       12.99 F
        Utz Thin Pretzels     13.49 T
4 @ 0.85
        HAUSWALD'S BREAD       3.40 F
        MARLBORO LIGHT BOX    66.59 T
        MARLBORO BOX 100      66.59 T
        NEWPORT NON-MENTHO    56.29 T
        NEWPORT MENTH BOX     70.59 T
4 @ 70.49
        NEWPORT MENTH BOX    281.96 T
        TAX                   36.47
        TAX EXEMPTION         36.47-
  **** BALANCE               664.17
        CASH                 200.00
        CASH                 300.00
        CASH                 120.00
AMOUNT          $44.17
CASH BACK $0.00
************9320

A.R. 678



**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS PATRICIA

```
  TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:     2/17
  30183155-GREEN APPLE GROCE40000261180
            SALT&VINEGAR CHIP    12.99 F
  2 @ 1.83
            RUTTER'S CHOCOLATE    3.66 F
  3 @ 0.75
            RUTTER'S WHOLE MIL    2.25 F
  6 @ 0.99
            PINT CHOCOLATE MIL    5.94 F
            PEDIGREE CHOICE CU   10.99 T
            CLASSIC COKE         10.99 B
              24 Beverage Containers
            TASTYKAKE JELLY KR    2.59 F
            TASTY KAKE BTR CRE    2.59 F
            TASTYKAKE KOFFEE K    2.59 F
            TASTYKAKE BUTTERSC    2.59 F
            M&M PEANUT           26.99 B
            REESES CUP           19.99 B
            SPRITE               10.99 B
              24 Beverage Containers
            PEPSI COLA            7.99 B
            SUPER CHILL CREAM     6.25 F
              24 Beverage Containers
  3 @ 0.85
            HAUSWALD'S BREAD      2.55 F
            WILD ROSES            4.65 T
            CUTEX TWEEZERS        0.59 T
            MAVERICK MENTHOL G   54.19 T
            MAVERICK BOX 100'S   54.19 T
            MAVERICK MENTHOL B   54.19 T
  4 @ 70.49
            NEWPORT MENTH BOX   281.96 T
            TAX                  32.27
            TAX EXEMPTION        32.27-
    **** BALANCE              581.71
            CASH               400.00
            CASH               100.00
            CASH                85.00
            CHANGE               3.29
  TOTAL NUMBER OF ITEMS SOLD =  35
  72 Total Beverage Containers
```

*582*

**A.R. 679**



**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS PATRICIA

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:        5/18
30183155-GREEN APPLE GROCE40000261180
```
        ALL CRISP KOSHER P      5.75 F
        TASTYKAKE BANANA J      2.59 F
2 @ 2.35
        COSMIC BROWNIE          4.70 F
        L D STAR CRUNCH LA      4.69 F
        SAUDER GRADE A LAR     18.99 F
        SPRITE                 10.99 B
        24 Beverage Containers
        MOUNTAIN DEW BAJA      15.99 B
        24 Beverage Containers
        MINUTE MAID WATERM     10.99 B
        24 Beverage Containers
        MINUTE MAID PEACH      10.99 B
        24 Beverage Containers
        MINUTE MAID ORANGE     10.99 B
        24 Beverage Containers
        SNO-CONE 24 CT         16.99 F
        7LB BAG ICE             4.79
2 @ 1.15
        DART FOAM CUP UNIT      2.30 T
4 @ 70.49
        NEWPORT MENTH BOX     281.96 T
        NEWPORT NON-MENTHO     56.29 T
        TAX                    24.03
        TAX EXEMPTION          24.03-
  **** BALANCE               459.00
        CASH                  460.00
        CHANGE                  1.00
TOTAL NUMBER OF ITEMS SOLD =     20
```
**120 Total Beverage Containers**
**B. Green&Co Inc. ID:C-273-000**
06/29/18 02:44pm 1 8 136 241

CUST: 30183155-GREEN APPLE GROCERY &
ACCOUNT#: 40000261180

Thank You For Shopping at Cash & Carry
STORE HOURS:
MON-FRI:6A-4P SAT:7A-4P SUN:8A-4P

**A.R. 680**



**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS OCTAVIA

```
30183155-GREEN APPLE GROCE40000261180
        NEWPORT MENTH BOX      70.59 T
2 @ 70.49
        NEWPORT MENTH BOX     140.98 T
        TAX                    12.70
        TAX EXEMPTION          12.70-
****  BALANCE                 211.57
        CASH                  220.00
        CHANGE                  8.43
TOTAL NUMBER OF ITEMS SOLD =     3
06/29/18 08:12am 1 8 21 130
```

CUST: 30183155-GREEN APPLE GROCERY &
ACCOUNT#: 40000261180

Thank You For Shopping at Cash & Carry
·STORE HOURS·
MON-FRI:6A-4P SAT:7A-4P SUN:8A-4P ·
*********************************
====Thank you for shopping with us====
*********************************

**A.R. 681**



**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS PATRICIA

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:      1/63
 30183155-GREEN APPLE GROCE40000261180
 2 @ 0.95
          RUTTER'S BLUE RASP      1.90 F
 2 @ 0.95
          RUTTER'S ORANGE         1.90 F
 2 @ 0.95
          RUTTER'S PUNCH          1.90 F
 2 @ 2.95
          RUTTER'S WHOLE MIL      5.90 F
          PEPSI COLA              7.99 B
          MOUNTAIN DEW            7.99 B
          CLASSIC COKE            9.99 B
          SPRITE                 12.99 B
          SUNNY DELIGHT CITR      7.89 F
          TASTYKAKE BUTTERSC      2.59 F
          SUPER CHILL COLA        6.25 B
           24 Beverage Containers
          SUPER CHILL CREAM       6.25 F
           24 Beverage Containers
          SUPER CHILL ROOTBE      6.25 B
           24 Beverage Containers
          SUPER CHILL GRAPE       6.25 B
           24 Beverage Containers
          WILD ROSES              4.65 T
          LUXURY LIGHTS LIGH      4.55 T
 4 @ 70.49
          NEWPORT MENTH BOX     281.96 T
          MAVERICK MENTHOL B     54.19 T
          TAX                    24.19
          TAX EXEMPTION          24.19-
     **** BALANCE              431.39

**AMOUNT        $200.00**
CASH BACK $0.00

**\*\*\*\*\*\*\*\*\*\*\*\*9320**
          DEBIT                 200.00
          CASH                  232.00
          CHANGE                  0.61
TOTAL NUMBER OF ITEMS SOLD =     25
**96 Total Beverage Containers**

A.R. 682



**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS CAITLYN

```
30183155-GREEN APPLE GROCE40000261180
4 @ 70.49
        NEWPORT MENTH BOX      281.96 T
        RUTTER'S WHOLE MIL       2.95 F
2 @ 1.23
        RUTTER'S CHOCOLATE       2.46 F
2 @ 1.09
        RUTTER'S WHOLE MIL       2.18 F
3 @ 0.75
        RUTTER'S WHOLE MIL       2.25 F
2 @ 0.99
        PINT CHOCOLATE MIL       1.98 F
        SUPER CHILL PINEAP       6.25 F
          24 Beverage Containers
        SUPER CHILL STRAWB       6.25 B
          24 Beverage Containers
        SUPER CHILL ORANGE       6.25 B
          24 Beverage Containers
        TAX                     17.67
        TAX EXEMPTION           17.67-
  **** BALANCE                 312.53
VF      COINSTAR CHITS       1,993.26
        CHANGE               1,680.73
TOTAL NUMBER OF ITEMS SOLD =      17
```
**72 Total Beverage Containers**
**B. Green&Co Inc. ID:C-273-000**
07/01/18 08:35am 1 8 17 308

CUST: 30183155-GREEN APPLE GROCERY &
ACCOUNT#: 40000261180

Thank You For Shopping at Cash & Carry
          STORE HOURS:
MON-FRI:6A-4P SAT:7A-4P SUN:8A-4P
************************************
====Thank you for shopping with us====
************************************

**A.R. 683**



TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:     3/36
30183155-GREEN APPLE GROCE40000261180
2 @ 7.99
     PEPSI COLA          15.98 B
3 @ 0.85
     HAUSWALD'S BREAD     2.55 F
4 @ 1.55
     RUTTER'S HVD MILK    6.20 F
     RUTTER'S WHOLE MIL   2.95 F
3 @ 2.69
     ALLEY CAT FISH & T   8.07 T
3 @ 1.99
     PURINA Ch; CHOW.     5.97 T
     PEPSI               11.99 B
     24 Beverage Containers
     AIRHEADS GREEN APP   4.69 B
     AIR HEADS WHITE MY   4.69 B
     HI-C VARIETY PK 40   8.49 B
     40 Beverage Containers
     CLEARFRUIT STRAWBE  11.99 B
     LAFFY TAFFY ASSORT   6.79 B
     SPRITE              10.99 B
     24 Beverage Containers
     CLASSIC COKE        10.99 B
     24 Beverage Containers
     ARIZONA TEA W/ LEM  16.99 B
     24 Beverage Containers
2 @ 16.99
     ARIZONA SWEET TEA   33.98 B
     24 Beverage Containers
     24 Beverage Containers
     3 MUSKETEERS        23.45 B
     STARBURST"FAVE" RE  16.25 B
     KIT KAT             24.89 B
     HARIBO GOLD-BEAR M   4.50 B
     DAVID NACHO CHEESE   6.49 F
     WRIGLEY'S DOUBLEMI   7.79 B
     WRIGLEY'S SPEARMIN   7.79 B
     N&L SOFT BANANA      3.59 B
     NOW & LATER APPLE    3.59 B
     E-FRUTTI MINI BURG   4.75 B
     E FRUTTI SOUR MINI   4.75 B

**A.R. 684**



**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS PATRICIA

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:     2/33
30183155-GREEN APPLE GROCE40000261180
```
          UTZ REGULAR CHIPS      12.99 F
          UTZ CHEESE CURLS       12.99 F
          FAMOUS AMOS CHOC C     13.25 F
2 @ 1.09
          RUTTER'S WHOLE MIL      2.18 F
2 @ 0.75
          RUTTER'S WHOLE MIL      1.50 F
2 @ 1.23
          RUTTER'S CHOCOLATE      2.46 F
8 @ 0.99
          PINT CHOCOLATE MIL      7.92 F
          SUNNY DELIGHT CITR      7.89 F
          GATORADE X FACTOR      10.49 F
            12 Beverage Containers
          ESSNEVERY IWS AMER      9.95 F
          ALL CRISP KOSHER P      5.75 F
          COCONUT JUNIORS         2.59 F
          PEPSI                  11.99 B
            24 Beverage Containers
2 @ 7.99
          PEPSI COLA             15.98 B
          STARBURST TROPICAL     18.99 B
2 @ 0.95
          RUTTER'S ORANGE         1.90 F
2 @ 2.95
          RUTTER'S WHOLE MIL      5.90 F
          SUPER CHILL FRUIT       6.25 F
            24 Beverage Containers
          SUPER CHILL GINGER      6.25 B
            24 Beverage Containers
          SUPER CHILL CREAM       6.25 F
            24 Beverage Containers
2 @ 0.95
          RUTTER'S GRAPE          1.90 F
2 @ 0.95
          RUTTER'S PUNCH          1.90 F
4 @ 70.49
          NEWPORT MENTH BOX     281.96 T
          NEWPORT NON-MENTHO     70.59 T
          MAVERICK BOX 100'S     54.19 T
```

**A.R. 685**



**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS LISA

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:      1/69
30183155-GREEN APPLE GROCE40000261180
```
         SUPER CHILL BLACK       6.25 F
         24 Beverage Containers
         PEPSI COLA              7.99 B
         CLASSIC COKE .          9.99 B
         SPRITE                 10.99 B
         24 Beverage Containers
4 @ 70.49
         NEWPORT MENTH BOX     281.96 T
         WILD ROSES              4.65 T
         TAX                    18.94
       *TAX EXEMPTION           18.94-
**** BALANCE                   321.83
         CASH                  200.00
         CASH                   50.00
         CASH                   50.00
         CASH                   22.00
         CHANGE                  0.17
TOTAL NUMBER OF ITEMS SOLD =      9
```
**48 Total Beverage Containers**
**B. Green&Co Inc. ID:C-273-000**
07/04/18 11:22am 1 8 86 123

CUST: 30183155-GREEN APPLE GROCERY &
ACCOUNT#: 40000261180

Thank You For Shopping at Cash & Carry
          STORE HOURS:
MON-FRI:6A-4P SAT:7A-4P SUN:8A-4P
*************************************
====Thank you for shopping with us====
*************************************

**A.R. 686**



**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS LISA

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:       3/56
30183155-GREEN APPLE GROCE40000261180
```
          RUTTER'S CHOCOLATE    1.23 F
          RUTTER'S WHOLE MIL    1.09 F
2 @ 2.95
          RUTTER'S WHOLE MIL    5.90 F
3 @ 0.85
          HAUSWALD'S BREAD      2.55 F
          SPRITE               12.99 B
          CLASSIC COKE          8.99 B
          MOUNTAIN DEW          7.99 B
          PEPSI COLA            7.99 B
          SUPER CHILL CREAM     6.25 F
          24 Beverage Containers
          SUPER CHILL ROOTBE    6.25 B
          24 Beverage Containers
          LINDENS BUTTER CRU    8.59 F
          TASTYKAKE JELLY KR    2.59 F
          TASTYKAKE CHOCOLAT    2.59 F
          TASTYKAKE KOFFEE K    2.59 F
          TASTYKAKE ICED CUP    2.59 F
          TASTYKAKE ICED CUP    2.59 F
          MAVERICK MENTHOL B   54.29 T
          MARLBORO BOX 100     66.69 T
          PALL MALL 100'S BO   62.69 T
4 @ 70.69
          NEWPORT MENTH BOX   282.76 T
          NEWPORT MENTH BOX    70.69 T
          LUXURY LIGHTS LIGH    4.55 T
          TAX                  35.16
          TAX EXEMPTION        35.16-
**** BALANCE               624.44
          CASH                240.00
          CASH                185.00
          CASH                200.00
          CHANGE                0.56
TOTAL NUMBER OF ITEMS SOLD =     28
```
**48 Total Beverage Containers**
**B. Green&Co Inc. ID:C-273-000**
07/05/18 09:48am 1 8 50 123

**A.R. 687**



**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS PATRICIA

```
30186586-STOP AND GO GROCE40000261205
      NEWPORT NON-MENTHO     70.69 T
      MAVERICK BOX 100'S     54.29 T
      MARLBORO LIGHT BOX     66.69 T
      TAX                    11.51
      TAX EXEMPTION          11.51-
 **** BALANCE               191.67
      CASH                  100.00
      CASH                   92.00
      CHANGE                  0.33
TOTAL NUMBER OF ITEMS SOLD      3
07/05/18 03:04pm 1 8 126 241

CUST: 30186586-STOP AND GO GROCERY L
ACCOUNT#: 40000261205
```

Thank You For Shopping at Cash & Carry
STORE HOURS:
MON-FRI:6A-4P SAT:7A-4P SUN:8A-4P
************************************
====Thank you for shopping with us====
************************************

**A.R. 688**



**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS LISA

30183155-GREEN APPLE GROCE40000261180
```
        SUPER CHILL GRAPE      6.25 B
        24 Beverage Containers
        SUPER CHILL FRUIT      6.25 F
        24 Beverage Containers
        SUPER CHILL COLA       6.25 B
        24 Beverage Containers
        SPRITE                10.99 B
        24 Beverage Containers
        CLASSIC COKE          10.99 B
        24 Beverage Containers
        PEPSI COLA             7.99 B
        MOUNTAIN DEW           7.99 B
2 @ 2.95
        RUTTER'S WHOLE MIL     5.90 F
2 @ 1.55
        RUTTER'S HVD MILK      3.00 F
2 @ 1.09
        RUTTER'S WHOLE MIL     2.18 F
3 @ 0.75
        RUTTER'S WHOLE MIL     2.25 F
5 @ 70.69
        NEWPORT MENTH BOX    353.45 T
        TAX                   24.24
        TAX EXEMPTION         24.24-
  **** BALANCE               423.59
        CASH                 440.00
        CHANGE                16.41
TOTAL NUMBER OF ITEMS SOLD =      21
```
**120 Total Beverage Containers**
**B. Green&Co Inc. ID:C-273-000**
07/06/18 09:13am 1 8 35 123

CUST: 30183155-GREEN APPLE GROCERY &
ACCOUNT#: 40000261180

Thank You For Shopping at Cash & Carry
STORE HOURS:
MON-FRI:6A-4P SAT:7A-4P SUN:8A-4P
**********************************
===Thank you for shopping with us====
**********************************

**A.R. 689**



YOU

TRANSI...
RETRIEVAL NUMBER
30183155-GREEN APPLE .
2 @ 2.95
    RUTTER'S WHOLE MIL      5.90 F
3 @ 1.55
    RUTTER'S HVD MILK       4.65 F
    SUNNY DELIGHT CITR      7.89 F
    OREOS S/S               5.49 F
    KOOL-AID JAMMERS V      7.69 F
    40 Beverage Containers
    SUPER CHILL GINGER      5.25 B
    24 Beverage Containers
    HI-C VARIETY PK 40      8.49 B
    40 Beverage Containers
    CLASSIC COKE            8.99 B
    WILD ROSES              4.65 T
4 @ 70.69
    NEWPORT MENTH BOX     282.76 T
    NEWPORT MENTH BOX      70.69 T
    MARLBORO BOX 100       66.69 T
    TAX                    26.92
    TAX EXEMPTION          26.92-
**** BALANCE             480.14
    CASH                 500.00
    CHANGE                19.86
TOTAL NUMBER OF ITEMS SOLD =    18
**104 Total Beverage Containers**
**B. Green&Co Inc. ID:C-273-000**
07/08/18 11:48am 1 8 49 241

CUST: 30183155-GREEN APPLE GROCERY &
ACCOUNT#: 40000261180

Thank You For Shopping at Cash & Carry
            STORE HOURS:
MON-FRI:6A-4P SAT:7A-4P SUN:8A-4P
*****************************************
====Thank you for shopping with us====
*****************************************

**A.R. 690**



**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS CAITLYN


TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:      3/45
 30183155-GREEN APPLE GROCE40000261180
 3 @ 2.95
          RUTTER'S WHOLE MIL      8.85 F¢
 2 @ 1.09
          RUTTER'S WHOLE MIL      2.18 F
          SUPER CHILL CREAM       6.25 F
            24 Beverage Containers
          SUPER CHILL ROOTBE      6.25 B
            24 Beverage Containers
          SUPER CHILL GRAPE       6.25 B
            24 Beverage Containers
 2 @ 7.99
          PEPSI COLA             15.98 B
          CLEAR FRUIT KIWI S     13.45 B
          CLEARFRUIT STRAWBE     13.45 B
          EVERFRESH TROPICAL     13.85 F
          EVERFRESH APPLE JU     13.85 F
          EVERFRESH CRANBERR     13.85 F
          AIR HEADS WHITE MY      4.69 B
          DAVID NACHO CHEESE      6.49 F
          CHARLESTON CHEWS        6.15 B
          N&L SOFT BANANA         3.59 B
          HARIBO GOLD-BEAR M      4.50 B
          E-FRUTTI MINI BURG      4.75 B
          E FRUTTI SOUR MINI      4.75 B
          TOOTSIE CARAMEL AP      5.45 B
 3 @ 2.33
          O.M. LUNCHABLE TUR      6.99 F
 3 @ 2.29
          O.M. LINCHABLE CHE      6.87 F
          ARIZONA WATERMELON     16.99 B
            24 Beverage Containers
          ARIZONA HALF & HAL     16.99 B
            24 Beverage Containers
          SPRITE                 10.99 B
            24 Beverage Containers
          CLASSIC COKE            8.99 B
 6 @ 70.69
          NEWPORT MENTH BOX     424.14 T
          MARLBORO LIGHT BOX     66.69 T
          BLADE CUTTERS           4.59 B

**A.R. 691**





**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS LISA

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:    2/56
30183155-GREEN APPLE GROCE40000261180

| GIANT NEO ICE CREA | 17.99 F |
| NUTTY BUDDY CONE | 11.99 F |
| SNO-CONE 24 CT | 16.99 F |
| POP UP RAINBOW | 13.49 F |
| 7LB BAG ICE | 4.79 |
| SUPER CHILL BLACK | 6.25 F |
| 24 Beverage Containers | |
| MT.DEW | 11.99 B |
| 24 Beverage Containers | |
| SPRITE | 11.99 B |
| 24 Beverage Containers | |
| CLASSIC COKE | 7.99 B |
| 2 @ 7.99 | |
| SPRITE | 15.98 B |
| UTZ SOUR CREAM & O | 12.99 F |
| ALL CRISP KOSHER P | 5.75 F |
| CLASSIC COKE | 11.99 B |
| 24 Beverage Containers | |
| FROZEN FOOD | 6.89 F |
| MAVERICK MENTHOL B | 54.29 T |
| NEWPORT NON-MENTHO | 56.95 T |
| 4 @ 70.69 | |
| NEWPORT MENTH BOX | 282.76 T |
| SUNLITE LIGHTERS | 4.99 T |
| 2 @ 4.65 | |
| WILD ROSES | 9.30 T |
| TAX | 28.10 |
| TAX EXEMPTION | 28.10- |
| **** BALANCE | 565.36 |
| CASH | 20.00 |
| CASH | 50.00 |
| CASH | 30.00 |
| CASH | 400.00 |
| CASH | 45.51 |
| CASH | 19.00 |
| CASH | 1.00 |
| CHANGE | 0.15 |
| TOTAL NUMBER OF ITEMS SOLD = | 24 |

**96 Total Beverage Containers**

*566* (handwritten, circled)

**A.R. 692**



**CASH & CARRY**
300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS PATRICIA

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:       5/18
30183155-GREEN APPLE GROCE40000261180
4 @ 0.85
    HAUSWALD'S BREAD        3.40 F
3 @ 1.83
    RUTTER'S CHOCOLATE      5.49 F
2 @ 0.99
    PINT CHOCOLATE MIL      1.98 F
4 @ 1.09
    RUTTER'S WHOLE MIL      4.36 F
4 @ 0.75
    RUTTER'S WHOLE MIL      3.00 F
    PEPSI COLA              8.99 B
    MOUNTAIN DEW           10.75 B
    SUNNY DELIGHT CITR      7.89 F
    SUPER CHILL CREAM       6.25 F
    24 Beverage Containers
    JUMBO WRAPPED STRA      4.35 T
    5.5" WOODEN STIRRE      1.85 T
    MAVERICK BOX 100        54.29 T
    MARLBORO LIGHT BOX      66.69 T
    MAVE          OL  B     54.29 T
    NEWP          NI O      56.95 T
4 @ 70.69
    NEWPORT MENTH BOX      282.76 T
    TAX                    32.46
    TAX EXEMPTION          32.46-
  **** BALANCE             573.29

## AMOUNT        $573.29
CASH BACK $0.00

## ***********9320
    DEBIT                 573.29
    CHANGE                  0.00
TOTAL NUMBER OF ITEMS SOLD =     31
**24 Total Beverage Containers**
**B. Green&Co Inc. ID:C-273-000**
07/12/18 10:16am 1 8 59 241

    0183155-GREEN APPLE GRO
     40000261180

**A.R. 693**



**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS LISA

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:      5/13
30183155-GREEN APPLE GROCE40000261180
```
        SUPER CHILL ROOTBE      6.25 B
        24 Beverage Containers
        SUPER CHILL ORANGE      6.25 B
        24 Beverage Containers
        SUPER CHILL COLA        6.25 B
        24 Beverage Containers
        SPRITE                 11.99 B
        24 Beverage Containers
        LINDENS BUTTER CRU      8.59 F
        TASTYKAKE KOFFEE K      2.00 F
        TASTYKAKE BUTTERSC      2.00 F
        TASTYKAKE JELLY KR      2.00 F
        LE CREAM FILLED BT      2.00 F
        CHOCOLATE CREAM KA      2.00 F
        NEWPORT NON-MENTHO     56.95 T
5 @ 70.69
        NEWPORT MENTH BOX     353.45 T
        MAVERICK MENTHOL B     54.29 T
        TAX                    29.73
        TAX EXEMPTION          29.73-
  **** BALANCE                514.02
        CASH                  600.00
        CHANGE                 85.98
```
TOTAL NUMBER OF ITEMS SOLD =     17
**96 Total Beverage Containers**
**B. Green&Co Inc. ID:C-273-00**
07/13/18 10:10am 1 8 59 123

CUST: 30183155-GREEN APPLE GROCERY &
ACCOUNT#: 40000261180

Thank You For Shopping at Cash & Carry
STORE HOURS:
MON-FRI:6A-4P SAT.7A-4P SUN:8A-4P
***********************************
====Thank you for shopping with us====
***********************************

**A.R. 694**



**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS SANDRA

```
30391142-E MART LLC      40000263650
       DEER PARK SPRING W      6.99 B
       24 Beverage Containers
       T.K. CHOC ATE BEL       2.00 F
       SUPER CHILL PINEAP      6.25 F
       24 Beverage Containers
       SUPER CHILL STRAWB      6.25 B
       24 Beverage Containers
       TAX                     0.80
**** BALANCE                  22.29
```

# AMOUNT     $22.29

CASH BACK $0.00

# ************9320

```
       DEBIT                  22.29
       CHANGE                  0.00
TOTAL NUMBER OF ITEMS SOLD        4
```
**72 Total Beverage Containers**
B. Green&Co Inc. ID:C-273-000
07/14/18 02:33pm 1 5 59 235

CUST: 30391142-E MART LLC
ACCOUNT#: 40000263650

Thank You For Shopping at Cash & Carry
            STORE HOURS:
MON-FRI:6A-4P SAT:7A-4P SUN:8A-4P
*************************************
====Thank you for shopping with us====
*************************************

**A.R. 695**



**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS PATRICIA

```
30183155-GREEN APPLE GROCE40000261180
        MARLBORO LIGHT BOX    66.69 T
5 @ 70.69
        NEWPORT MENTH BOX    353.45 T
3 @ 1.83
        RUTTER'S CHOCOLATE     5.49 F
5 @ 0.99
        PINT CHOCOLATE MIL     4.95 F
        RUTTER'S WHOLE MIL     2.95 F
5 @ 0.75
        RUTTER'S WHOLE MIL     3.75 F
        TAX                   25.21
        TAX EXEMPTION         25.21-
   **** BALANCE              437.28
```

# AMOUNT      $437.28
CASH BACK $0.00

# ***********9320
```
        DEBIT                437.28
        CHANGE                 0.00
TOTAL NUMBER OF ITEMS SOLD =    20
07/14/18 01:44pm 1 8 106 241
```

CUST: 30183155-GREEN APPLE GROCERY &
ACCOUNT#: 40000261180

Thank You For Shopping at Cash & Carry
          STORE HOURS:
MON-FRI:6A-4P SAT:7A-4P SUN:8A-4P
*************************************
====Thank you for shopping with us====
*************************************



**CASH & CARRY**
2401 BELAIR ROAD
BALTIMORE, MD
(410) 563-0323
YOUR CASHIER TODAY IS RON

30183155-GREEN APPLE GROCE40000261180
    DEER PARK SPRING W    6.99 B
    24 Beverage Containers
    DEER PARK SPRING W    7.29 B
    40 Beverage Containers
4 @ 7.99
    CLASSIC COKE    31.96 B
    PEPSI COLA    8.99 B
    MARLBORO BOX 100    66.69 T
8 @ 70.69
    Newport    565.52 T
    MAVERICK MENTHOL B    54.29 T
    TAX    44.51
    TAX EXEMPTION    44.51-
**** BALANCE    741.73
    CASH    500.00
    CASH    242.00
    CHANGE    0.27
TOTAL NUMBER OF ITEMS SOLD =    17
**64 Total Beverage Containers**
**B. Green&Co Inc. ID:C-059-000**
07/15/18 02:07pm 1 5 35 144

CUST: 30183155-GREEN APPLE GROCERY &
ACCOUNT#: 40000261180

THANK YOU FOR SHOPPING AT CASH & CARRY
STORE HOURS:
MON-FRI:6AM-4PM  SAT:7AM-3PM  SUN:8AM-
**********************************
====Thank you for shopping with us====
**********************************

**A.R. 697**



**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS CAITLYN

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:       4/17
30183155-GREEN APPLE GROCE40000261180
```
             HI-C VARIETY PK 40     8.49 B
             40 Beverage Containers
             SUPER CHILL FRUIT      6.25 F
             24 Beverage Containers
             SUPER CHILL GRAPE      6.25 B
             24 Beverage Containers
             SUPER CHILL ORANGE     6.25 B
             24 Beverage Containers
             SUPER CHILL CREAM      6.25 F
             24 Beverage Containers
             MOUNTAIN DEW           8.99 B
             PEPSI COLA             8.99 B
             PURINA MEOW MIX       11.79 T
3 @ 0.85
             HAUSWALD'S BREAD       2.55 F
6 @ 0.75
             RUTTER'S WHOLE MIL     4.50 F
2 @ 1.23
             RUTTER'S CHOCOLATE     2.46 F
3 @ 0.99
             PINT CHOCOLATE MIL     2.97 F
             RUTTER'S WHOLE MIL     2.95 F
             SALT&VINEGAR CHIP     12.99 F
             UTZ CHEESE CURLS      12.99 F
             SUNNY DELIGHT CITR     7.89 F
             DUBBLE BUBBLE ORIG     7.39 B
3 @ 2.69
             ALLEY CAT CHICK &      8.07 T
             TASTYKAKE JELLY KR     2.00 F
             E FRUTTI SOUR MINI     4.75 B
             SFT BATCH CHOC CHI     5.89 F
             KELL RICE KRISPIES     8.99 F
             CHEWY LEMONADE PIN     3.35 B
             BOSTON BAKED BEANS     3.35 B
             NAB S/S NUTTER BUT     5.49 F
             OREOS S/S              5.49 F
             AIR HEADS STRAWBER     4.69 B
             AIRHEADS GREEN APP     4.69 B
             SKITTLES ORIGINAL     25.65 B
             MILKY WAY             22.45 B
             MIKE & IKE RED RAG     3.99 B
```

A.R. 698



**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS LISA

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:     1/40
30183155-GREEN APPLE GROCE40000261180
       KOOL-AID JAMMERS V      7.69 F
         40 Beverage Containers
       SUPER CHILL COLA        6.25 B
         24 Beverage Containers
       SUPER CHILL ROOTBE      6.25 B
         24 Beverage Containers
       SUPER CHILL BLACK       6.25 F
         24 Beverage Containers
       7LB BAG ICE             4.79
       SPRITE                 11.99 B
         24 Beverage Containers
       MOUNTAIN DEW            8.99 B
       PEPSI COLA              8.99 B
3 @ 1.83
       RUTTER'S CHOCOLATE      5.49 F
       E-FRUTTI MINI BURG      4.75 B
       TASTYKAKE CHOCOLAT      2.00 F
       CLASSIC COKE           11.99 B
         24 Beverage Containers
       1/10 WHITE BAG          6.99 T
5 @ 70.69
       NEWPORT MENTH BOX     353.45 T
       TAX                    25.18
       TAX EXEMPTION          25.18-
  **** BALANCE               445.87
       CASH                  460.00
       CHANGE                 14.13
TOTAL NUMBER OF ITEMS SOLD =   20
**160 Total Beverage Containers**
B. Green&Co Inc. ID:C-273-000
07/17/18 09:17am 1 8 40 123

CUST: 30183155-GREEN APPLE GROCERY &
ACCOUNT#: 40000261180

Thank You For Shopping at Cash & Carry
          STORE HOURS:
MON-FRI:6A-4P SAT:7A-4P SUN:8A-4P
*****************************************
====Thank you for shopping with us====

**A.R. 699**



**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS LISA

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:      4/27
30183155-GREEN APPLE GROCE40000261180
2 @ 2.39
    OODLES OF NOODLES    4.78 F
    SUPER CHILL PINEAP    6.25 F
    24 Beverage Containers
    SUPER CHILL STRAWB    6.25 **B**
    24 Beverage Containers
    SUPER CHILL CREAM    6.25 F
    24 Beverage Containers
4 @ 0.75
    RUTTER'S WHOLE MIL    3.00 F
5 @ 0.99
    PINT CHOCOLATE MIL    4.95 F
3 @ 1.83
    RUTTER'S CHOCOLATE    5.49 F
    PEPSI    11.99 B
    24 Beverage Containers
    DART LID STRAW SLO    1.99 T
2 @ 1.75
    DART FOAM CUP UNIT    3.50 T
    WILD ROSES    4.65 T
    MAVERICK BOX 100'S    54.29 T
    MAVERICK MENTHOL B    54.29 T
    MARLBORO BOX 100    66.69 T
    NEWPORT NON-MENTHO    56.95 T
3 @ 70.69
    NEWPORT MENTH BOX    212.07 T
    TAX    28.37
    TAX EXEMPTION    28.37-
**** BALANCE    503.39
    CASH    100.00
    CASH    100.00  *(503)*
    CASH    100.00
    CASH    33.00
**AMOUNT**    **$170.39**
CASH BACK $0.00

**\*\*\*\*\*\*\*\*\*\*\*\*9320**

    DEBIT    170.39
    CHANGE    0.00

**A.R. 700**



**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS LISA

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:      4/33
30183155-GREEN APPLE GROCE40000261180
2 @ 0.95
          RUTTER'S GRAPE          1.90 F
2 @ 0.95
          RUTTER'S PUNCH          1.90 F
2 @ 2.95
          RUTTER'S WHOLE MIL      5.90 F
          RUTTER'S HVD MILK       1.55 F
2 @ 1.23
          RUTTER'S CHOCOLATE      2.46 F
4 @ 0.85
          HAUSWALD'S BREAD        3.40 F
          PEPSI COLA              8.99 B
          T.K. CHOCOLATE BEL      2.00 F
          TASTYKAKE CHOCOLAT      2.00 F
          TASTYKAKE KOFFEE K      2.00 F
          SUPER CHILL COLA        6.25 B
           24 Beverage Containers
          SUPER CHILL GINGER      6.25 B
           24 Beverage Containers
          HONEY BBQ CHIPS        12.99 F
          PARTY MIX              12.99 F
9 @ 65.69
          NEWPORT MENT BOX 1    591.21 T
          NEWPORT MENTHOL BO     65.69 T
          NEWPORT NON-MENTHO     56.95 T
          MARLBORO LIGHT BOX     66.69 T
          TAX                    48.13
          TAX EXEMPTION          48.13-
  **** BALANCE                  851.12
          CASH                  420.00
          CASH                  190.00
          CASH                   88.00

**AMOUNT      $153.12**
CASH BACK $0.00

**\*\*\*\*\*\*\*\*\*\*\*\*9320**

          DEBIT                 153.12
          CHANGE                  0.00
TOTAL NUMBER OF ITEMS SOLD =      33

**A.R. 701**



**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS LISA

```
 TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:     1/12
 30183155-GREEN APPLE GROCE40000261180
 3 @ 1.23
        RUTTER'S CHOCOLATE      3.69 F
 6 @ 0.75
        RUTTER'S WHOLE MIL      4.50 F
 8 @ 0.99
        PINT CHOCOLATE MIL      7.92 F
        SUPER CHILL FRUIT       6.25 F
         24 Beverage Containers
        SUPER CHILL ROOTBE      6.25 B
         24 Beverage Containers
        SUPER CHILL CREAM       6.25 F
         24 Beverage Containers
        MT.DEW                 11.99 B
         24 Beverage Containers
        SUNNY DELIGHT CITR      7.89 F
 3 @ 1.12
        GWALTNEY GREAT CHI      3.36 F
        TASTYKAKE JELLY KR      2.00 F
        TASTYKAKE KOFFEE K      2.00 F
        TASTYKAKE KOFFEE K      2.00 F
        TASTYKAKE KANDY KA      2.00 F
        GUSHER'S VARIETY P     10.59 B
        PEPSI COLA              8.99 B
        SAUDER GRADE A/MED     12.75 F
 3 @ 1.83
        RUTTER'S CHOCOLATE      5.49 F
        RUTTER'S WHOLE MIL      2.95 F
        RUTTER'S HVD MILK       1.55 F
        WILD ROSE S             4.65 T
 6 @ 70.69
        NEWPORT MENTH BOX     424.14 T
        NEWPORT NON-MENTHO     56.95 T
        MARLBORO BOX 100       66.69 T
        MAVERICK MENTHOL B     54.29 T
        MAVERICK BOX 100'S     54.29 T
        LUXURY LIGHTS LIGH      4.55 T
        TAX                    42.21
        TAX EXEMPTION          42.21-
 **** BALANCE                 773.98
      CASH                    500.00
```

**A.R. 702**



**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS PATRICIA

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:    1/18
30183155-GREEN APPLE GROCE40000261180
        SUPER CHILL GRAPE    6.25 B
        24 Beverage Containers
        HI-C VARIETY PK 40    8.49 B
        40 Beverage Containers
        SPRITE    7.99 B
2 @ 0.95
        RUTTER'S ORANGE    1.90 F
2 @ 2.95
        RUTTER'S WHOLE MIL    5.90 F
5 @ 0.85
        HAUSWALD'S BREAD    4.25 F
3 @ 70.69
        NEWPORT MENTH BOX    212.07 T
        MARLBORO LIGHT BOX    66.69 T
        NEWPORT NON-MENTHO    56.95 T
        TAX    21.51
        TAX EXEMPTION    21.51-
**** BALANCE    370.49
        CASH    371.00
        CHANGE    0.51
TOTAL NUMBER OF ITEMS SOLD =    17
**64 Total Beverage Containers**
**B. Green&Co Inc. ID:C-273-000**
07/22/18 10:23am 1 8 35 241

CUST: 30183155-GREEN APPLE GROCERY &
ACCOUNT#: 40000261180

Thank You For Shopping at Cash & Carry
        STORE HOURS:
MON-FRI:6A-4P SAT:7A-4P SUN:8A-4P
********************************
====Thank you for shopping with y
********************************

**A.R. 703**



**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS CAITLYN

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:      3/18
  30183155-GREEN APPLE GROCE40000261180
  2 @ 4.69

| | | |
|---|---|---|
| AIR HEADS WHITE MY | 9.38 | B |
| AIR HEADS STRAWBER | 4.69 | B |
| PARTY MIX | 12.99 | F |
| SUPER CHILL CREAM | 6.25 | F |
| 24 Beverage Containers | | |
| SUPER CHILL BLACK | 6.25 | F |
| 24 Beverage Containers | | |
| SUPER CHILL PINEAP | 6.25 | F |
| 24 Beverage Containers | | |
| SUPER CHILL ORANGE | 6.25 | B |
| 24 Beverage Containers | | |
| HARIBO GOLD BEARS | 13.65 | B |
| FRUIT BY THE FOOT | 11.35 | B |
| OREOS S/S | 5.49 | F |
| SOUR PATCH EXTREME | 14.25 | B |
| CHEWY BERRY LEMONH | 3.35 | B |
| CHERRY HEAD .25 | 3.35 | B |
| SOUR PATCH WATERME | 14.25 | B |
| SOUR PATCH KIDS CH | 14.25 | B |
| HARIBO GOLD-BEAR M | 4.50 | B |
| CLEARFRUIT STRAWBE | 13.45 | B |
| CLEARFRUIT ISLAND | 13.45 | B |
| WILD ROSES | 4.65 | T |
| MARLBORO BOX 100 | 66.69 | T |
| MAVERICK MENTHOL B | 54.29 | T |
| 4 @ 70.69 | | |
| NEWPORT MENTH BOX | 282.76 | T |
| NEWPORT MENTH BOX | 70.69 | T |
| TAX | 36.32 | |
| TAX EXEMPTION | 36.32- | |
| **** BALANCE | 642.48 | |
| CASH | 150.00 | |
| CASH | 160.00 | |
| CASH | 40.00 | |
| CASH | 20.00 | |
| CASH | 180.00 | |
| CASH | 5.00 | |

A.R. 704



**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS LISA

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:        4/20
30183155 GREEN APPLE GROCE4000026118C
          SPRITE            11.99 B
          24 Beverage Containers
          HI-C VARIETY PK 40   7.95 B
          40 Beverage Containers
2 @ 2.95
          RUTTER'S WHOLE MIL    5.90 F
          SUPER CHILL STRA!    5.95 B
          24 Beverage Containers
          SUPER CHILL COLA     5.95 B
          24 Beverage Containers
          ALL CRISP KOSHER P   5.75 F
          HERB'S RED HOT SAU  14.99 F
          1/6 SMILE BAG        8.49 T
          1/8 BLACK BAG        6.99 T
          1/8 BLACK SMILE BA   8.25 T
4 @ 0.85
          HAUSWALD'S BREAD     3.40 F
          NEWPORT MENTH BOX   70.69 T
          MARLBORO BOX 100    66.69 T
          NEWPORT NON-MENTHO  56.95 T
5 @ 70.69
          NEWPORT MENTH BOX  353.45 T
          WILD ROSES           4.65 T
          TAX                 36.48
          TAX  EXEMPTION      36.48-
  **** BALANCE              638.04
          CASH               640.00
          CHANGE               1.96
TOTAL NUMBER OF ITEMS SOLD =    24
**112 Total Beverage Containers**
**B. Green&Co Inc. ID:C-273-000**
07/25/18 08:43am 1 8 22 123

CUST: 30183155-GREEN APPLE GROCERY &
ACCOUNT#: 40000261180

Thank You For Shopping at Cash & Carry
          STORE HOURS:
MON-FRI:6A-4P SAT:7A-4P SUN:8A-4P
************************************

**A.R. 705**



**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS PATRICIA

```
   TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:      4/35
  30183155-GREEN APPLE GROCE40000261180
          7LB BAG ICE         4.79
          UTZ REGULAR CHIPS   12.99 F
          UTZ BBQ POTATO CHI  12.99 F
  2 @ 1.83
          RUTTER'S CHOCOLATE   3.6
  5 @ 0.99
          PINT CHOCOLATE MIL   4.95 F
          MT.DEW              12.99 B
          24 Beverage Containers
  3 @ 0.85
          HAUSWALD'S BREAD     2.55 F
          CHOCOLATE CREAM KA   2.59 F
          TASTYKAKE JELLY KR   2.59 F
          TASTYKAKE CHOCOLAT   2.59 F
  3 @ 1.75
          DART FOAM CUP UNIT   5.25 T
          MAVERICK BOX 100'S  54.29 T
          NEWPORT NON-MENTHO  56.95 T
  5 @ 70.69
          NEWPORT MENTH BOX  353.45 T
          MAVERICK MENTHOL B  54.29 T
          EE REUSABLE BAGS     0.20 T
          DART LID LIFT N LO   2.39 T
          TAX                 32.39
          TAX EXEMPTION       32.39-
   **** BALANCE             589.51
          CASH               600.00
          CHANGE              10.49
TOTAL NUMBER OF ITEMS SOLD =    30
24 Total Beverage Containers
B. Green&Co Inc. ID:C-273-000
07/26/18 08:46am 1 8 33 241

CUST: 30183155-GREEN APPLE GROCERY &
ACCOUNT#: 40000261180

Thank You For Shopping at Cash & Carry
          STORE HOURS:
MON-FRI:6A-4P SAT:7A-4P SUN:8A-4P
```

**A.R. 706**



**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS PATRICIA

```
30183155-GREEN APPLE GROCE4000261180
3 @ 1.23
        RUTTER'S CHOCOLATE      3.69 F
4 @ 0.99
        PINT CHOCOLATE MIL      3.96 F
2 @ 2.95
        RUTTER'S WHOLE MIL      5.90 F
        CLASSIC COKE            8.99 B
        SPRITE                  8.99 B
        CLASSIC COKE           11.99 B
        24 Beverage Containers
        SPRITE                 11.99 B
        24 Beverage Containers
        SUPER CHILL FRUIT       5.95 F
        24 Beverage Containers
        WHITE CHEDDAR POPC     12.99 F
        LUXURY LIGHTS LIGH      4.55 T
        NEWPORT NON-MENTHO     56.95 T
5 @ 70.69
        NEWPORT MENTH BOX     353.45 T
        EE REUSABLE BAGS        0.20 T
        TAX                    27.43
        TAX EXEMPTION          27.43-
  **** BALANCE               489.60
        CASH                  100.00
        CASH                  200.00
        CASH                  100.00
        CASH                   90.00
        CHANGE                  0.40
TOTAL NUMBER OF ITEMS SOLD =     23
```
**72 Total Beverage Containers**
**B. Green&Co Inc. ID:C-273-000**
07/27/18 12:42pm 1 8 89 241

CUST: 30183155-GREEN APPLE GROCERY &
ACCOUNT#: 40000261180

Thank You For Shopping at Cash & Carry
STORE HOURS:
MON-FRI:6A-4P SAT:7A-4P SUN:8A-4P
**********************************
====Thank you for shopping with us====

**A.R. 707**



**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS LISA

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:      5/45
30183155-GREEN APPLE GROCE40000261180
2 @ 7.99
    PEPSI COLA            15.98 B
6 @ 0.75
    RUTTER'S WHOLE MIL     4.50 F
    OREOS S/S              5.49 F
    M&M PEANUT            26.99 B
    SUNNY DELIGHT CITR     7.89 F
    HI-C VARIETY PK 40     7.95 B
      40 Beverage Containers
    SUPER CHILL COLA       5.95 B
      24 Beverage Containers
    SUPER CHILL GINGER     5.95 B
      24 Beverage Containers
    SUPER CHILL CREAM      5.95 F
      24 Beverage Containers
4 @ 70.69
    NEWPORT MENTH BOX    282.76 T
    MAVERICK MENTHOL B    54.29 T
    WILD ROSES             4.65 T
    TAX                   24.28
    TAX EXEMPTION         24.28-
**** BALANCE             428.35
    CASH                 100.00
    CASH                 330.00
    CHANGE                 1.65
TOTAL NUMBER OF ITEMS SOLD =    21
**112 Total Beverage Containers**
B. Green&Co Inc. ID:C-273-000
07/28/18 11:50am 1 8 54 123

CUST: 30183155-GREEN APPLE GROCERY &
ACCOUNT#: 40000261180

Thank You For Shopping at Cash & Carry
STORE HOURS:
MON-FRI:6A-4P SAT:7A-4P SUN:8A-4P
************************************
====Thank you for shopping with us====
************************************

**A.R. 708**

539



**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS CAITLYN

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER.      2/23
  30183155-GREEN APPLE GROCE40000261180

```
        GUSHER'S VARIETY P    10.59 B
        TASTYKAKE KOFFEE K     2.59 F
        TASTYKAKE KANDY KA     2.59 F
        T.K. CHOCOLATE BEL     2.59 F
        MOUNTAIN DEW           7.99 B
        PEPSI COLA             7.99 B
        SUPER CHILL GRAPE      5.95 B
          24 Beverage Containers
        SUPER CHILL ROOTBE     5.95 B
          24 Beverage Containers
  6 @ 0.99
        PINT CHOCOLATE MIL     5.94 F
  3 @ 2.95
        RUTTER'S WHOLE MIL     8.85 F
  5 @ 0.85
        HAUSWALD'S BREAD       4.25 F
        NEWPORT NON-MENTHO    56.95 T
  8 @ 70.69
        NEWPORT MENTH BOX    565.52 T
        NEWPORT MENTH BOX     70.69 T
        MARLBORO BOX 100      66.69 T
        MARLBORO LIGHT BOX    66.69 T
        TAX                   51.91
        TAX EXEMPTION         51.91-
  **** BALANCE              891.82
        CASH                 900.00
        CHANGE                 8.18
TOTAL NUMBER OF ITEMS SOLD =    34
```
**48 Total Beverage Containers**
**B. Green&Co Inc. ID:C-273-000**
07/29/18 12:29pm 1 8 54 308

CUST: 30183155-GREEN APPLE GROCERY &
ACCOUNT#: 40000261180

Thank You For Shopping at Cash & Carry
          STORE HOURS:
MON-FRI:6A-4P SAT:7A-4P SUN:8A-4P
**********************************

**A.R. 709**



**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS CAITLYN

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:     3/31
30183155-GREEN APPLE GROCE40000261180
2 @ 2.95
        RUTTER'S WHOLE MIL     5.90 F
3 @ 0.75
        RUTTER'S WHOLE MIL     2.25 F
2 @ 1.23
        RUTTER'S CHOCOLATE     2.46 F
5 @ 0.99
        PINT CHOCOLATE MIL     4.95 F
        7LB BAG ICE            4.79
        MINIATURE PEANUT C    11.99 B
        CHARLESTON CHEWS       6.15 B
        TWIX CARAMEL          22.89 B
        SWEDISH FISH          14.25 B
        AIRHEADS BITES FRU    11.99 B
        SPRITE                11.99 B
        24 Beverage Containers
        SUPER CHILL PINEAP     5.95 F
        24 Beverage Containers
        BOSTON BAKED BEANS     3.35 B
        MIKE & IKE  ORIGIN     3.99 B
        NOW & LATER PINEAP     3.59 B
        NOW&LATER WATERMEL     3.59 B
        NOW & LATER BLUE/R     3.59 B
        E-FRUTTI MINI BURG     4.75 B
        WILD ROSES             4.65 T
5 @ 70.69
        NEWPORT MENTH BOX    353.45 T
        NEWPORT MENTH BOX-    70.69 T
        EE REUSABLE BAGS       0.20 T
        TAX                   31.87
        TAX EXEMPTION         31.87-
  **** BALANCE              557.41
        CASH                 560.00
        CHANGE                 2.59
TOTAL NUMBER OF ITEMS SOLD =    34
**48 Total Beverage Containers**
B. Green&Co Inc. ID:C-273-000
07/30/18 10:04am 1 8 35 308

A.R. 710

CUST: 30183155-GREEN APPLE GROCERY &



**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS LISA

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:     3/21
30183155-GREEN APPLE GROCE40000261180
8 @ 0.99
    PINT CHOCOLATE MIL    7.92 F
3 @ 0.75
    RUTTER'S WHOLE MIL    2.25 F
2 @ 1.23
    RUTTER'S CHOCOLATE    2.46 F
    SUPER CHILL COLA    5.95 B
    24 Beverage Containers
    SUPER CHILL BLACK    5.95 F
    24 Beverage Containers
    PEPSI COLA    7.99 B
3 @ 0.85
    HAUSWALD'S BREAD    2.55 F
    MOUNTAIN DEW    7.99 B
    UTZ SOUR CREAM & O    12.99 F
    UTZ CHEESE CURLS    12.99 F
    CLASSIC COKE    11.99 B
    24 Beverage Containers
    LINDEN CHOC CHIP C    8.59 F
    LINDENS BUTTER CRU    8.59 F
    TASTYKAKE CHOCOLAT    2.59 F
    TWIZZLER STRAWBERR    12.95 B
    MAVERICK BOX 100'S    54.29 T
    MAVERICK MENTHOL B    54.29 T
    NEWPORT NON-MENTHO    56.95 T
4 @ 70.69
    NEWPORT MENTH BOX    282.76 T
2 @ 46.65
    BACKWOOD STOUT    93.30 T
    TAX    35.31
    TAX EXEMPTION    35.31-
  **** BALANCE    655.34
    CASH    560.00
    CASH    100.00
    CHANGE    4.66
TOTAL NUMBER OF ITEMS SOLD =  36
**72 Total Beverage Containers**
B. Green&Co Inc. ID:G-273-000
07/31/18 09:07 = 1 8 75 #27

**A.R. 711**

**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
R CASHIER TODAY IS LISA

TRANSACTION RETRIEVED:
RTLEVAL NUMBER:      1/9
183155 GREEN APPLE GROCE40000261180
@ 2.85
        RUTTER'S WHOLE MIL      8.55 F
        TASTYKAKE CHOC KR       2.15 F
        TASTYKAKE KANDY KA      2.15 F
        VLASIC KOSHER DILL      4.75 F
        DAVID NACHO CHEESE      7.25 F
@ 0.95
        GWALTNEY GREAT CUT      2.85 F
        DART FOAM CUP UNIT      1.75 F
        8 LB BAG ICE            3.99 F
@ 0.85
        HAUSWALD'S BREAD        5.10 F
        MAVERICK MENTHOL B     53.19 T
        NEWPORT MENTHOL BO     64.55 T
@ 64.55
        NEWPORT MEN BOX 1     451.85 T
        TAX                    34.29
        TAX EXEMPTION          34.29-
**** BALANCE               608.13

**OUNT          $560.00**
BACK $0.00

**************9335

        DEBIT                 560.00
        CASH                   60.20
        CHANGE                 12.07
. NUMBER OF ITEMS SOLD =     27
/18 11:56am 1.8 75 123

30183155-GREEN APPLE GROCERY &
NT#: 40000261180

You For Shopping at Cash & Carry
        STORE HOURS:
:I:6A-4P SAT:7A-4P SUN:8A-4P
************************************
lank you for shopping with us----
************************************

**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS CAITLYN

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:     1/58
30183155-GREEN APPLE GROCE40000261180
2 @ 0.99
        RUTTER'S WHOLE MIL      1.98 F
3 @ 2.85
        RUTTER'S WHOLE MIL      8.55 F
        SUPER CHILL GRAPE       6.59 B
        24 Beverage Containers
        SUPER CHILL ROOTBE      6.59 B
        24 Beverage Containers
        SUPER CHILL FRUIT       6.59 F
        24 Beverage Containers
        UTZ REGULAR CHIPS      12.99 F
        CLASSIC COKE           10.99 B
        24 Beverage Containers
        SUNNY DELIGHT BONU     12.99 F
        30 Beverage Containers
        MAVERICK BOX 100'S     53.19 T
4 @ 69.55
        NEWPORT MENTH BOX     278.20 T
        NEWPORT NON-MENTHO     55.29 T
        TAX                    24.66
        TAX EXEMPTION          24.66-
**** BALANCE               453.95

**AMOUNT        $453.95**
CASH BACK $0.00

**************9335

        DEBIT                 453.95
        CHANGE                  0.00
TOTAL NUMBER OF ITEMS SOLD =  17
**222 Total Beverage Containers**
B. Green&Co Inc. ID:C-273-000
02/12/18 12:04pm 1 8 77 308

CUST: 30183155-GREEN APPLE GROCERY &
ACCOUNT#: 40000261180

Thank You For Shopping at Cash & Carry
        STORE HOURS:
MON-FRI 6A-4P SAT:7A-4P SUN 8A-4P
************************************
----Thank you for shopping with us----
************************************



**CASH & CARR**
1300 SOUTH MO
BALTIMORE,
(410) 539-61
YOUR CASHIER TODAY IS P

TRANSACTION RETRIEVE
RETRIEVAL NUMBER:
30183155-GREEN APPLE G
3 @ 2.85
        RUTTER'S WHOLE I
12 @ 0.99
        PINT CHOCOLATE I
        AUSTIN WINDSHIEL
        PURINA MEOW MIX
2 @ 8.99
        PEPSI COLA
        SUPER CHILL CREF
        24 Beverage Con
        SUPER CHILL STRF
        24 Beverage Con
4 @ 69.55
        NEWPORT MENTH BO
        TAX
        TAX EXEMPTION
**** BALANCE
        CASH
        CHANGE
TOTAL NUMBER OF ITEMS SO
**48 Total Beverage Contai**
B. Green&Co Inc. ID:C-27.
02/24/18 02:24pm 1 8 105

CUST: 30183155-GREEN APPL
ACCOUNT#: 40000261180

Thank You For Shopping at
        STORE HOURS:
MON-FRI:6A-4P SAT:7A-4P S
************************************
====Thank you for shoppin
************************************

**A.R. 712**

**Left receipt (partial):**

```
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
CASHIER TODAY IS SANDRA

TRANSACTION RETRIEVED:
EVAL NUMBER      4/68
3155-GREEN APPLE GROCE40000261180
0.85
    HAUSWALD'S BREAD        3.40 F
1.75
    RUITER'S CHOCOLATE      3.50 F
0.69
    RUITER'S WHOLE MIL      5.52 F
0.69
    PINT CHOCOLATE MIL      5.52 F
1.29
    RUITER'S IIVD MILK      2.58 F
2.85
    RUITER'S WHOLE MIL      5.70 F
    SUNNY DELIGHT CITR      7.89 F
    WHITE CHEDDAR POPC     12.99 F
    TASTYKAKE ICED CUP      2.15 F
    TASTYKAKE KOFFEE K      2.15 F
    TASTYKAKE KANDY KA      2.15 F
    NEWPORT MENTH BOX      69.55 T
    MARLBORO LIGHT BOX     65.59 T
    NEWPORT NON-MENTHO     55.29 T
    MAVERICK MENTHOL B     53.19 T
    MARLBORO BOX 100       65.59 T
69.55
    NEWPORT MENTH BOX     278.20 T
    TAX                    35.25
    TAX EXEMPTION          35.25-
** BALANCE               640.96
    CASH                   50.00
    CASH                  601.00
    CHANGE                 10.04
NUMBER OF ITEMS SOLD -      40
/18 02:34pm 1 8 P7/235

30183155-GREEN APPLE GROCERY &
IT#: 40000261180

You For Shopping at Cash & Carry
STORE HOURS:
I:6A 4P SAT:7A-4P SUN:8A-4P
*****************************
ank you for shopping with us====
*****************************
```

**Center receipt:**

```
CASH & CARRY
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS PATRICIA

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:      1/31
30183155-GREEN APPLE GROCE40000261180
2 @ 7.99
    PEPSI COLA             15.98 B
    COCONUT JUNIORS         2.15 F
    KELL RICE KRISPIES      8.99 F
4 @ 0.69
    RUITER'S WHOLE MIL      2.76 F
    LINDENS BUTTER CRU      8.59 F
5 @ 0.85
    HAUSWALD'S BREAD        4.25 F
    NEWPORT MENTH BOX      69.55 T
4 @ 69.55
    NEWPORT MENTH BOX     278.20 T
    TAX                    21.83
    TAX EXEMPTION          21.83-
**** BALANCE             390.47
    CASH                   50.00
    CASH                  341.02
    CHANGE                  0.55
TOTAL NUMBER OF ITEMS SOLD -   19
02/15/18 02:51pm 1 8 105 241

CUST: 30183155-GREEN APPLE GROCERY &
ACCOUNT#: 40000261180

Thank You For Shopping at Cash & Carry
STORE HOURS:
MON-FRI 6A-4P SAT:7A-4P SUN:8A-4P
*********************************
====Thank you for shopping with us====
*********************************
```

**Right receipt (partial):**

```
CASH & CARRY
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS PATRICIA

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:      5/20
30183155-GREEN APPLE GROCE400(
    PARTY MIX
    M&M PEANUT
    SUPER CHILL GRAPE
    24 Beverage Containers
    SUPER CHILL CREAM
    24 Beverage Containers
    NOW & LATER BLUE/R
    N&L SOFT WATERMELO
    NOW & LATER BANANA
    N&L SOFT APPLE
    KELL RICE KRISPIES
    NAB S/S NUTTER BUT
    BOSTON BAKED BEANS
    EVERFRESH STRAWBER
5 @ 0.69
    RUITER'S WHOLE MIL
2 @ 2.85
    RUITER'S WHOLE MIL
2 @ 0.99
    RUITER'S WHOLE MIL
7 @ 0.69
    PINT CHOCOLATE MIL
    TASTYKAKE CHOCOLAT
    TASTYKAKE KOFFEE K
    TASTYKAKE CHOC. KR
    YOU HOO CHOCOLATE        1
    MAVERICK MENTHOL B       5
    MAVERICK BOX 100 5       5
    NEWPORT NON-MENTHO       5
    NEWPORT MENTH BOX        6
    TAX                      1
    TAX EXEMPTION            1
**** BALANCE                36
    CASH                     5
    CASH                    32
    CHANGE
TOTAL NUMBER OF ITEMS SOLD =
48 Total Beverage Containers
B. Green&Co Inc. ID:C-273-000
02/02/18 03:23pm 1 8 122 241

CUST: 30183155-GREEN APPLE GROCEI
ACCOUNT#: 40000261180

Thank You For Shopping at Cash &
STORE HOURS:
MON-FRI:6A-4P SAT:7A-4P SUN:8A-4P
**********************************
====Thank you for shopping with (
**********************************
```

**A.R. 713**



CASH & CARRY
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS PATRICIA

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:      1/33
30183155-GREEN APPLE GROCE40000261180
2 @ 7.99
          PEPSI COLA           15.98 B
          SUPER CHILL CREAM     6.59 F
          24 Beverage Containers
          SUPER CHILL STRAWB    6.59 B
          24 Beverage Containers
          SUPER CHILL COLA      6.59 B
          24 Beverage Containers
          ARIZONA SWEET TEA    16.99 B
          24 Beverage Containers
          EVERFRESH ORANGE J   13.49 F
          TOOTSIE CARAMEL AP    5.45 B
          ARIZONA GREEN TEA    16.99 B
          24 Beverage Containers
          ARIZONA GRAPEADE     16.99 B
          24 Beverage Containers
          NISSIN CHOW MEIN T    7.29 B
          MAVERICK MENTHOL B   53.19 T
          MARLBORO BOX 100     65.59 T
          NEWPORT NON-MENTHO   55.29 T
3 @ 69.55
          NEWPORT MENTH BOX   208.65 T
          TAX                  28.10
          TAX EXEMPTION        28.10-
**** BALANCE                  495.67
          CASH                 50.00
          CASH                460.00
          CHANGE               14.33
TOTAL NUMBER OF ITEMS SOLD -     17
144 Total Beverage Containers
B. Green&Co Inc. ID:C-273-000
02/16/18 02:48pm 1 8 106 241

CUST: 30183155-GREEN APPLE GROCERY &
ACCOUNT# 40000261180

Thank You For Shopping at Cash & Carry
          STORE HOURS:
MON-FRI 6A-4P SAT:7A-4P SUN:8A-4P
*************************************
----Thank you for shopping with us----
*************************************



CASH & CARRY
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS PATRICIA

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER      4/47
30183155 GREEN APPLE GROCE40000261180
3 @ 2.85
          RUTTER'S WHOLE MIL    8.55 F
          UTZ CHEESE CURLS     12.99 F
          PEPSI COLA            7.99 B
          MOUNTAIN DEW          7.99 B
          N&I SOFT BANANA       3.59 B
          AIR HEADS WHITE MY    4.69 B
          MIKE & IKE ORIGIN     3.99 B
          MIKE&IKE TROPICAL     3.99 B
2 @ 2.15
          TASTYKAKE CHOCOLAT    4.30 F
          ESSNEVERY IWS AMER    9.99 F
4 @ 69.55
          NEWPORT MENTH BOX   278.20 T
          TAX                  18.63
          TAX EXEMPTION        18.63-
**** BALANCE                  346.27
          CASH                340.00
          CASH                  6.27
          CHANGE                0.00
TOTAL NUMBER OF ITEMS SOLD -     17
02/14/18 02:15pm 1 8 100 241

CUST: 30183155 GREEN APPLE GROCERY &
ACCOUNT# 40000261180

Thank You For Shopping at Cash & Carry
          STORE HOURS:
MON-FRI 6A-4P SAT:7A-4P SUN:8A-4P
*************************************
----Thank you for shopping with us----
*************************************

YOUR CASHIER

TRANSACTION
RETRIEVAL NUM
30183155 GRE
10 @ 0.85
          HAUSW
          SUPER
          24 B
          SUPER
          24 Be
          SUNNY
4 @ 1.29
          RUTTER
          HARIBO
          SUPER
          24 Be
          UTZ-C V
          40 Bes
          MIKE &
          MIKE &
          AIRHEAD
          SWEDISH
          SWEDISH
          BUTTERF
          TASTYKAK
          TASTYKAK
          REESES C
          AIRHEADS
          AIRHEADS
          AIR HEAD
          TWIZZLER
          NEWPORT
3 @ 69.55
          NEWPORT
          MAVERICK
          NEWPORT N
          TAX
          TAX EXEMP
**** BALANCE
          CASH
          CHANGE
TOTAL NUMBER OF IT
112 Total Beverage
B. Green&Co Inc. I
02/19/18 11:40am 1

CUST: 30183155 GREE
ACCOUNT# 40000251

Thank You For Shopp
          STORE H

A.R. 714
----Thank you for sh



**Receipt 1 (left):**

```
CASH & CARRY
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
CASHIER TODAY IS PATRICIA

TRANSACTION RETRIEVED:
IEVAL NUMBER:      5/16
83155-GREEN APPLE GROCE40000261180
 1.19
    RUTTER'S CHOCOLATE      7.14 F
 1.69
    RUTTER'S CHOCOLATE      3.38 F
 0.99
    PINT CHOCOLATE MIL      5.94 F
    SUNNY DELIGHT CITR      7.89 F
    MINIATURE PEANUT C     11.99 B
    CLASSIC COKE           12.99 B
    24 Beverage Containers
    SPRITE                 12.99 B
    24 Beverage Containers
    SWEDISH FISH RED        9.55 B
    GUSHER'S VARIETY P     10.59 B
 @ 1.75
    DART FOAM CUP UNIT      3.50 T
    DART LID STRAW SLO      1.95 T
 @ 0.85
    HAUSWALD'S BREAD        5.10 F
 @ 70.49
    NEWPORT MENTH BOX     211.47 T
    MARLBORO LIGHT 100     66.49 T
    MAVERICK MENTHOL B     54.09 T
    NEWPORT NON-MENTHO     56.19 T
    TAX                    27.11
    TAX EXEMPTION          27.11-
**** BALANCE             481.25
    CASH                 550  481.25
    CHANGE                  0.00
TOTAL NUMBER OF ITEMS SOLD =   35
8 Total Beverage Containers
B. Green&Co Inc. ID:C-273-000
5/27/18 01:04pm 1 8 83 241

CUST: 30183155-GREEN APPLE GROCERY &
ACCOUNT#: 40000261180

Thank You For Shopping at Cash & Carry
          STORE HOURS:
MON-FRI:6A-4P SAT:7A-4P SUN.8A-4P
*********************************
====Thank you for shopping with us====
*********************************
```

**Receipt 2 (middle):**

```
CASH & CARRY
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS OCTAVIA

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:      4/27
30183155 GREEN APPLE GROCE40000261180
    SUPER CHILL ROOTBE      6 59 B
    24 Beverage Containers
    SUPER CHILL STRAWB      6 59 B
    24 Beverage Containers
    SUPER CHILL GINGER      6 59 B
    24 Beverage Containers
 5 @ 0.85
    HAUSWALD'S BREAD        4.25 F
    SALT&VINEGAR CHIP      12.99 F
    HI C VARIETY PK 40      7.99 B
    40 Beverage Containers
    DEER PARK SPRING W      5 99 B
    24 Beverage Containers
 2 @ 2 59
    TASTYKAKE CHOCOLAT      5.18 F
    COCONUT JUNIORS         2.59 F
    TASTYKAKE CHOCOLAT      2.59 F
    ICE CREAM FILLED BI      2.59 F
    CHOCOLATE CREAM KA      2.59 F
 2 @ 1 75
    DART FOAM CUP UNIT      3.50 T
 2 @ 4.65
    WILD ROSES              9.30 T
    MAGNUM DISPESER BO     20.99
    HAT'S OFF CIGAR 10     15.95 T
 4 @ 69 55
    NEWPORT MENTH BOX     278.20 T
    TAX                    20.45
    TAX EXEMPTION          20 45-
**** BALANCE             394.47
    CASH                 400.00
    CHANGE                  5.53
TOTAL NUMBER OF ITEMS SOLD =   27
136 Total Beverage Containers
B. Green&Co Inc. ID:C-273-000
02/01/18 07:53am 1 8 22 130

CUST: 30183155-GREEN APPLE GROCERY &
ACCOUNT#: 40000261180

Thank You For Shopping at Cash & Carry
          STORE HOURS:
MON-FRI:6A-4P SAT:7A-4P SUN 8A-4P
*********************************
----Thank you for shopping with us====
*********************************
```

**Receipt 3 (right):**

```
CASH & CARRY
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS PATR

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:      4/
30183155 GREEN APPLE GROCE
    UTZ SOUR CREAM & O
    SALT&VINEGAR CHIP
    KELL RICE KRISPIES
    HERB'S 2/1.00 RED
 4 @ 0 69
    RUTTER'S WHOLE MIL
 4 @ 1 75
    RUTTER'S CHOCOLATE
 4 @ 1.29
    RUTTER'S HVD MILK
 4 @ 69.55
    NEWPORT MENTHOL 1
    NEWPORT NON-MENTH
    TAX
    TAX EXEMPTION
**** BALANCE
    CASH          396
    CASH
    CHANGE
TOTAL NUMBER OF ITEMS SOL
02/08/18 12 07pm 1 8 67

CUST: 30183155-GREEN APPL
ACCOUNT#: 40000261180

Thank You For Shopping a
          STORE HOURS:
MON-FRI.6A 4P SAT:7A-4P
*********************************
===-Thank you for shoppi
*********************************
```

A.R. 715





**CASH & CARRY**
00 SOUTH MONROE
BALTIMORE, MD
410) 539-6134
TODAY IS SANDRA

EEN H... | GRUCE40000261180
ORT MENTH BOX        70.49 T
S OFF CIGAR /10      15.95 T

ORT MENTH BOX       211.47 T
UTTI SOUR MINI        3.99 B
ON BAKED BEANS        3.35 B
E HEADS               3.35 B
& LATER BANANA        3.59 B
& LATER BLUE/R        3.59 B
& IKE  OR..IN         3.69 B
                     19.17
EXEMPTION            19.17-
NCE                 319.47
                    320.00
E                     0.53
OF ITEMS SOLD =       11
3pm 1 8 74 235

-GREEN APPLE GROCERY &
0261180

Shopping at Cash & Carry
)RE HOURS:
:AT:7A-4P SUN:8A-4P
*********************
or shopping with us====
*********************

---

**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS PATRICIA

30183155-GREEN APPLE GRUCE40000261180
    NEWPORT NON-MENTHO     56.19 T
4 @ 70.49
    NEWPORT MENTH BOX     281.96 T
    WHITE CHEDDAR POPC     12.99 F
    Utz Thin Pretzels      13.49 F
    UTZ REGULAR CHIPS      12.99 F
6 @ 0.85
    HAUSWALD'S BREAD        5.10 F
    BIG SLICE WATERMEL      4.35 B
    BIG SLICE BLUE/RAS      4.35 B
    TAX                    21.63
    TAX EXEMPTION          21.63-
**** BALANCE             391.42
    CASH                  100.00
    CASH                  300.52
    CHANGE                  9.10
TOTAL NUMBER OF ITEMS SOLD =   16
03/30/18 11:49am 1 8 72 241

CUST: 30183155-GREEN APPLE GROCERY &
ACCOUNT#: 40000261180

Thank You For Shopping at Cash & Carry
STORE HOURS:
MON-FRI.6A-4P SAT:7A-4P SUN:8A-4P
*******************************
----Thank you for shopping with us===
*******************************

---

**CASH & CARRY**
1300 SOUTH MONRO
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS PATR]

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:      3/1
30183155-GREEN APPLE GROCE:
    M&M PEANUT
2 @ 11.89
    9 LIVES CHICKEN
    9 LIVES TURKEY W/G
    CHEWY RED HEADS
    TASTYKAKE ICED CUP
    TASTYKAKE KOFFEE K
    TASTYKAKE CHOCOLAT
    COCONUT JUNIORS
    LE CREAM FILLED BT
    E-FRUTTI MINI BURG
    AIR HEADS WHITE MY
    AIRHEADS WATERMELO
    AIRHEADS GREEN APP
    9 LIVES TUNA&EGG S
3 @ 2.75
    RUTTER'S WHOLE MIL
    HARIBO GOLD BEARS
    SCOOBY DOO FRUIT S
4 @ 70.49
    NEWPORT MENTH BOX    2
    MAVERICK MENTHOL B
    TAX
    TAX EXEMPTION
**** BALANCE
    CASH
    CASH
    CHANGE
TOTAL NUMBER OF ITEMS SOLD =
03/29/18 12:18pm 1 8 78 241

CUST: 30183155-GREEN APPLE GROCER
ACCOUNT#: 40000261180

Thank You For Shopping at Cash &
STORE HOURS
MON-FRI:6A-4P SAT:7A-4P SUN:8A-4P
******************************
====Thank you for shopping with us
******************************

**A.R. 716**



**Receipt 1 (left):**

CASH & CARRY
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
CASHIER TODAY IS PATRICIA

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER      1/74
83155 GREEN APPLE GROCE40000261180
0.95
 RUTTER'S PUNCH   1.90 F
0.95
 RUTTER'S GRAPE   1.90 F
0.89
 PINT CHOCOLATE MI  7.12 F
0.89
 RUTTER'S CHOCOLATE  2.67 F
 SUPER CHILL STRAWB  6.59 B
 24 Beverage Containers
 SUPER CHILL GINGER  6.59 B
 24 Beverage Containers
 SUPER CHILL ORANGE  6.59 B
 24 Beverage Containers
 MOUNTAIN DEW   7.99 B
 PEPSI COLA   7.99 B
 CLASSIC COKE   12.99 B
 24 Beverage Containers
 1/6 BLACK BAG   6.99 I
69.55
 NEWPORT MENTH BOX  139.10 F
 MAVERICK MENTHOL B  53.19 T
 MAVERICK MENTHOL B  50.59 T
 TAX   17.92
 TAX EXEMPTION   17.92
**** BALANCE   312.28
 CASH   315.25
 CHANGE   3.05
TOTAL NUMBER OF ITEMS SOLD 26
Total Beverage Containers
Green&Co Inc. ID:C-273-000
6/18 03:30pm 1 8 130 241

30183155-GREEN APPLE GROCERY &
UNT#: 40000261180

You For Shopping at Cash & Carry
STORE HOURS
MON-FRI:6A-4P SAT:7A-4P SUN:8A-4P
************************************
Thank you for shopping with us====
************************************

**Receipt 2 (middle):**

CASH & CARRY
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS WANDA

30183155 GREEN APPLE GROCE40000261180
4 @ 70.49
 NEWPORT MENTH BOX  281.96 T
 MARLBORO BOX 100  66.49 T
 MARLBORO LIGHT BOX  66.49 T
2 @ 8.99
 PEPSI COLA   17.98 B
 LUXURY LIGHTS LIGH  4.55 T
 TAX   26.25
 TAX EXEMPTION   26.25-
**** BALANCE   437.47

# AMOUNT  $437.47

CASH BACK $0.00

# ************6308
 DEBIT   437.47
 CHANGE   0.00
TOTAL NUMBER OF ITEMS SOLD = 9
03/31/18 01:40pm 1 8 87 256

CUST: 30183155-GREEN APPLE GROCERY &
ACCOUNT#: 40000261180

Thank You For Shopping at Cash & Carry
STORE HOURS:
MON-FRI:6A-4P SAT:7A-4P SUN:8A-4P
************************************
====Thank you for shopping with us====
************************************

**Receipt 3 (right):**

CASH & CARRY
1300 SOUTH MONR
BALTIMORE, MD
(410) 539 6134
YOUR CASHIER TODAY IS CAI

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER: 5
30183155-GREEN APPLE GRO
4 @ 0.85
 HAUSWALD'S BREAD
 HONEY BBQ CHIPS
 UTZ SOUR CREAM &
2 @ 2.75
 RUTTER'S WHOLE MI
2 @ 1.45
 RUTTER'S HVD MILK
2 @ 0.99
 RUTTER'S WHOLE MI
 SUPER CHILL COLA
 24 Beverage Cont
 SUPER CHILL ORANG
 24 Beverage Cont
 SUPER CHILL FRUIT
 24 Beverage Cont
 SAL1&VINEGAR CHIP
 TASTYKAKE CHOCOLA
 TASTYKAKE BUTTERS
 YOO HOO CHOCOLATE
 DOMINO SUGAR 4 LB
4 @ 70.49
 NEWPORT MENTH BOX
 MARLBORO BOX 100
 TAX
 TAX EXEMPTION
 BALANCE
 CASH
 CHANGE
TOTAL NUMBER OF ITEMS SOLD
72 Total Beverage Containe
Green&Co Inc. ID:C-273-
03/26/18 11:13am 1 8 45 3

CUST: 30183155
ACCOUNT#:

Thank You Fo

MON-FRI:6A-4P
*************
--Thank you
*************



**A.R. 717**



**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS LISA M

30604398 GREEN APPLE GROCE 40000261180
3 @ 67.75
NEWPORT MENTO BOX    203.25 T
MAVERICK MENTHOL B    51.39 T
MARLBORO LIGHT BOX    65.79 T
NEWPORT NON MENTHO    52.59 T
TAX                   22.27
TAX EXEMPTION         22.27-
**** BALANCE         371.02
CASH                 360.00
**AMOUNT       $11.02**
CASH BACK $0.00
**\*\*\*\*\*\*\*\*\*\*\*\*9335**
DEBIT                 11.02
CHANGE                0.00
TOTAL NUMBER OF ITEMS SOLD =    6
03/02/17 09:21am 1 8 50 227

CUST: 30604398-GREEN APPLE GROCERY &
ACCOUNT#: 40000261180

Thank You For Shopping at Cash & Carry
STORE HOURS
MON-FRI 6A-9P SAT 7A-9P SUN 8A-9P
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
----Thank you for shopping with us----
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

---

**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS LISA

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:    4/25
30183155-GREEN APPLE GROCE 40000261180
SUPER CHILL GRAPE     6.59 B
  24 Beverage Containers
CLASSIC COKE         12.99 B
  24 Beverage Containers
3 @ 2.75
RUTTER'S WHOLE MIL   `8.25 F
6 @ 0.69
RUTTER'S WHOLE MIL    4.14 F
10 @ 0.99
PINT CHOCOLATE MIL    9.90 F
2 @ 1.45
RUTTER'S HVD MILK     2.90 F
2 @ 0.99
RUTTER'S WHOLE MIL    1.98 F
4 @ 1.19
RUTTER'S CHOCOLATE    4.76 F
4 @ 0.85
HAUSWALD'S BREAD      3.40 F
8 @ 64.55
NEWPORT MENT BOX T  516.40 T
NEWPORT MENTHOL BO   64.55 T
NEWPORT NON MENTHO   55.29 T
TAX                  39.35
TAX EXEMPTION        39.35-
**** BALANCE        691.15
CASH                 50.00
CASH                400.00
CASH                 50.00
CASH                191.00
CASH                  0.15
CHANGE               -0.00
TOTAL NUMBER OF ITEMS SOLD =   43
**48 Total Beverage Containers**
B. Green&Co Inc. ID:C-273-000
03/22/18 08:15am 1 8 19 123

CUST: 30183155-GREEN APPLE GROCERY &
ACCOUNT#: 40000261180

Thank You For Shopping at Cash & Carry
STORE HOURS
MON-FRI 6A-9P SAT 7A-9P SUN 8A-9P
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
----Thank you for shopping with us----
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

---

**CASH &**
1300 SOU
BALTIMO
(410) 53
YOUR CASHIER TODAY

TRANSACTION RETRI
RETRIEVAL NUMBER:
30183155-GREEN APPL
3 @ 0.99
RUTTER'S WHO
6 @ 0.69
RUTTER'S WHO
8 @ 0.89
PINT CHOCOLAT
SUPER CHILL P
  24 Beverage C
SUPER CHILL CH
  24 Beverage C
2 @ 7.99
MOUNTAIN DEW
1/8 BLACK SMILL
SALT&VINEGAR CH
UTZ VERY THIN I
EVERFRESH CRANE
HI-C VARIETY PK
  40 Beverage Co
TASTYKAKE ICED
TASTYKAKE KANDY
TASTYKAKE ICED L
TROLLI EXTREME S
AIRHEADS GREEN A
AIRHEADS WATERME
AIR HEADS WHITE
AIRHEADS CHERRY
N&L SOFT GRAPE
MIKE & IKE ORIGI
4 @ 69.55
NEWPORT MENTO BO
NEWPORT NON-MENTH
TAX
TAX EXEMPTION
**** BALANCE
CASH
CASH
CASH
CASH
CHANGE
TOTAL NUMBER OF ITEMS SOLD
**88 Total Beverage Container**
B. Green&Co Inc. ID:C-273-0
03/08/18 03:38pm 1 8 126 30

CUST: 30183155-GREEN APPLE G
ACCOUNT#: 40000261180

Thank You For Shopping at Ca
STORE HOURS:
MON-FRI:6A-4P SAT:7A-4P SUN
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
----Thank you for shopping
**A.R. 718**\*\*\*\*\*\*\*\*\*\*\*

CASH & CARRY
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS PATRICIA

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:     3/100
30183155-GREEN APPLE GROCE40000261180
2 @ 1.69
      RUTTER'S CHOCOLATE       3.38 F
2 @ 1.19
      RUTTER'S CHOCOLATE       2.38 F
8 @ 0.99
      PINT CHOCOLATE MIL       7.92 F
2 @ 7.99
      CLASSIC COKE            15.98 B
2 @ 7.99
      SPRITE                  15.98 B
      ARIZONA GREEN TEA       16.99 B
      24 Beverage Containers
      TASTYKAKE ICED CUP       2.59 F
      COCONUT JUNIORS          2.59 F
      LE CREAM FILLED BT       2.59 F
      TASTYKAKE KOFFEE K       2.59 F
      KANDY KAKE DARK          2.59 F
      MAVERICK MENTHOL B      53.19 T
3 @ 69.55
      NEWPORT MENTH BOX      208.65 T
      TAX                     18.65
      TAX EXEMPTION           18.65-
**** BALANCE               337.42
AMOUNT            $50.00
CASH BACK $0.00

*************9335

      DEBIT                   50.00
      CASH                   290.00
      CHANGE                   2.58
TOTAL NUMBER OF ITEMS SOLD =    26
24 Total Beverage Containers
B. Green&Co Inc. ID:C-273-000
03/23/18 03:33pm 1 8 124 241

CUST: 30183155-GREEN APPLE GROCERY &
ACCOUNT#: 40000261180

Thank You For Shopping at Cash & Carry
            STORE HOURS:
MON-FRI:6A-4P SAT:7A-4P SUN:8A-4P
***********************************
====Thank you for shopping with us====
***********************************

---

CASH & CARRY
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS CAITLYN

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER       4/10
30183155-GREEN APPLE GROCE40000261180
8 @ 0.99
      PINT CHOCOLATE MIL       7.92 F
      SPRITE                  12.99 B
      24 Beverage Containers
      CLASSIC COKE            12.99 B
      24 Beverage Containers
      SUPER CHILI CREAM        6.59 F
      24 Beverage Containers
      SUPER CHILI BLACK        6.59 F
      24 Beverage Containers
3 @ 69.55
      NEWPORT MENTH BOX      208.65 T
      NEWPORT MENTH BOX       69.55 T
      SUNLITE LIGHTERS         5.75 T
      WILD ROSES               4.65 T
      TAX                     18.88
      TAX EXEMPTION           18.88-
**** BALANCE               335.68
      CASH                   100.00
      CASH                   200.00
      CASH                    36.00
      CHANGE                   0.32
TOTAL NUMBER OF ITEMS SOLD =    18
96 Total Beverage Containers
B. Green&Co Inc. ID:C-273-000
03/25/18 08:21am 1 8 13 308

CUST: 30183155-GREEN APPLE GROCERY &
ACCOUNT#: 40000261180

Thank You For Shopping at Cash & Carry
            STORE HOURS:
MON-FRI:6A-4P SAT:7A-4P SUN:8A-4P
***********************************
====Thank you for shopping with us====
***********************************

---



CASH & CARRY
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS NICOLE

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:       1/76
30183155-GREEN APPLE GROCE4
3 @ 6.59
      SUPER CHILI BLACK
      24 Beverage Containe
      48 Beverage Containe
      SUPER CHILI GRAPE
      24 Beverage Containe
6 @ 1.19
      RUTTER'S CHOCOLATE
5 @ 0.69
      RUTTER'S WHOLE MIL
8 @ 0.99
      PINT CHOCOLATE MIL
      CLASSIC COKE
      24 Beverage Containe
      SPRITE
      24 Beverage Containe
4 @ 7.99
      CLASSIC COKE
3 @ 1.69
      RUTTER'S CHOCOLATE
      MAVERICK BOX 100'S
4 @ 70.49
      NEWPORT MENTH BOX
      NEWPORT MENTH BOX
      TAX
      TAX EXEMPTION
**** BALANCE
      CASH
      CHANGE
TOTAL NUMBER OF ITEMS SOLD
144 Total Beverage Containers
B. Green&Co Inc. ID:C-273-000
03/31/18 12:17pm 1 8 69 252

CUST: 30183155-GREEN APPLE GRO
ACCOUNT#: 40000261180

Thank You For Shopping at Cash
            STORE HOURS:
MON-FRI:6A-4P SAT:7A-4P SUN:8A
***********************************
====Thank you for shopping wit
***********************************

A.R. 719



**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS LISA

30183155-GREEN APPLE GROCL40000261180
    MAVERICK MENTHOL B      53.19 T
3 @ 69.55
    NEWPORT MENTH BOX      208.65 T
3 @ 0.85
    HAUSWALD'S BREAD        2.55 F
2 @ 1.45
    RUTTER'S HVD MILK       2.90 F
8 @ 0.99
    PINT CHOCOLATE MIL      7.92 F
    TAX                    15.72
    TAX EXEMPTION          15.72-
**** BALANCE               279.21
    CASH                   200.00
    CASH                   275.00
    CHANGE                 199.79
TOTAL NUMBER OF ITEMS SOLD =    17
03/02/18 11:16am 1 8 66 123

CUST: 30183155-GREEN APPLE GROCERY &
ACCOUNT#: 40000261180

Thank You For Shopping at Cash & Carry
    STORE HOURS:
MON FRI 6A 4P SAT 7A 4P SUN 8A 4P
***********************************
----Thank you for shopping with us----
***********************************

---



**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS PATRICIA

TRANSACTION RETRIEVED
RETRIEVAL NUMBER:       4/26
30183155-GREEN APPLE GROCL40000261180
    4 @ 0.69
    RUTTER'S WHOLE MIL      2.76 I
3 @ 1.45
    RUTTER'S HVD MILK       4.35 F
    DEER PARK SPRING W      5.85 R
    32 Beverage Containers
    TASTYKAKE CHOCOLAT      1.95 F
    GUSHER'S VARIETY P     13.29 B
    T.K. CHOCOLATE BEL      1.95 F
    TASTYKAKE KOFFEE K      1.95 F
    MESH BATH SPONGE        0.50 T
    MARLBORO BOX 100       65.59 T
3 @ 69.55
    NEWPORT MENTH BOX      208.65 T
    TAX                    17.64
    TAX EXEMPTION          17.64
**** BALANCE               306.84
    CASH                   100.00
    CASH                   220.00
    CHANGE                  13.16
TOTAL NUMBER OF ITEMS SOLD =    17
**32 Total Beverage Containers**
**B. Green&Co Inc. ID:C-273-000**
03/15/18 03:24pm 1 8 114 241

CUST: 30183155 GREEN APPLE GROCERY &
ACCOUNT#: 40000261180

Thank You For Shopping at Cash & Carry
    STORE HOURS:
MON FRI:6A-4P SAT:7A-4P SUN:8A-4P
***********************************
----Thank You for shopping with us----
***********************************

---



C
130
B
(4
YOUR CASHIER

TRANSACTIO
RETRIEVAL NUM
30183155-GRE
6 @ 0.85
    HAUSW
2 @ 2.25
    DUBLE
    SUPER
    24 I
    VLAS
    ALMON
    N&L
    N&L
    MIKE
    MIKE
4 @ 0.69
    RUTT
    SLIM
2 @ 53.19
    MAVE
    NEWP
    NEWP
2 @ 69.55
    NEWP
2 @ 4.65
    RUT
2 @ 1.89
    TRO
    TAX
    TAX
**** BAL
VE    COU
    CHA
TOTAL NUMBE
24 Total Be
B. Green&Co
03/01/18 08

CUST: 30183
ACCOUNT#: 4

Thank You F

MON-FRI:6A
***********
----Thank s
***********

CASH & CARRY
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS CAITLYN

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:      3/14
30183155-GREEN APPLE GROCE40000261180
          SUPER CHILL BLACK       6.59 F
          24 Beverage Containers
          SUPER CHILL ROOTBE      6.59 B
          24 Beverage Containers
          SPRITE                 11.99 B
          MOUNTAIN DEW            7.99 B
          PEPSI COLA              7.99 B
          E-FRUTTI MINI BURG      4.75 B
          E FRUTTI SOUR MINI      4.75 B
          HI-C VARIETY PK 40      7.99 B
          40 Beverage Containers
          SPRITE                 12.99 B
          24 Beverage Containers
2 @ 1.99
          MEOW MIX DRY            3.98 T
4 @ 1.99
          PURINA CAT CHOW.        7.96 T
8 @ 0.89
          PINT CHOCOLATE MIL      7.12 F
3 @ 1.45
          RUTTER'S HVD MILK       4.35 F
          UTZ BBQ POTATO CHI     12.99 F
          HONEY BBQ CHIPS        12.99 F
3 @ 69.55
          NEWPORT MENTH BOX     208.65 T
          NEWPORT MENTH BOX      69.55 T
          NEWPORT NON-MENTHO     55.29 T
          TRIVO COMBO PACK C     35.99 T
          WILD ROSES              4 65 T
          TAX                    27.07
          TAX EXEMPTION          27.07-
          **** BALANCE          495.15
IMOUNT          $495.15
ISH BACK $0.00
************9335
          DEBIT                 495.15
          CHANGE                  0.00
TAL NUMBER OF ITEMS SOLD =       35
? Total Beverage Containers
Green&Co Inc. ID:C-273-000
19/18 08:15am 1 8 18 308

1: 30183155-GREEN APPLE GROCERY &
)UNT#: 40000261180

k You For Shopping at Cash & Carry
          STORE HOURS:
FRI:6A-4P SAT: 7A 4P SUN:8A-4P
****************************
Thank you for shopping with us====
***************************

---

1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS JENNA

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:      2/26
30183155 GREEN APPLE GROCE40000261180
4 @ 0.89
          RUTTER'S CHOCOLATE      3 56 F
          DR. PEPPER              7 99 B
          8 Beverage Containers
          LIPTON BRISK STRAW      7 99 B
          24 Beverage Containers
  @ 2.59
          UM LUNCHABLE RDC/       2 1/1
3 @ 2.29
          UM PEPPERONI PIZZA      6 8/1
3 @ 2.33
          U M LUNCHABLE UAL       6 99 F
          PAY DAY                17 25 B
          FRUIT BY THE FOOT      11 35 B
          BOSTON BAKED BEANS      3 35 B
          HI-C VARIETY PK 40      7 99 B
          40 Beverage Containers
          LIPTON BRISK            7.99 B
          TASTYKAKE GLLY RR       1.95 F
          TASTYKAKE BUTTERSC      1.95 F
          SPRITE                 11 99 B
          24 Beverage Containers
          MOUNTAIN DEW            7.99 B
          YARLSBURG SILLY EAT     6.25 F
          SPORTILES 40% 100'S    50.59 T
          MARLBORO BOX           65.59 T
          PORT MENTH BOX         69 55 T
3 @                              208.65 T
          NEWPORT MENTH BOX
5 @ 46.65
          BACKWOODS SWEET         4 195 F
          BACKWOOD              (BN M
          TAX                    43 12
          TAX EXEMPTION          43 12
          BALANCE               754.10
          CASH                   50 00
          CASH                  150.00
AMOUNT          $554.10
CASH BACK $0.00
************9335
          DEBIT                 554 10
          CHANGE                  0.00
TOTAL NUMBER OF ITEMS SOLD =     36
96 Total Beverage Containers
B Green&Co Inc. ID:C-273-000
05/12/18 03:42pm 1 8 124 115

CUST 30183155 GREEN APPLE GROCERY &
ACCOUNT#: 40000261180

Thank You For Shopping at Cash & Carry
          STORE HOURS
MON FRI 6A-4P SAT 7A 4P SUN 8A 4P
***************************

---

CASH 1
1300 SOI
BALTI
(410)
YOUR CASHIER 100A

TRANSACTION RE
RETRIEVAL NUMBER:
30183155 GREEN (
7 @ 0.89
          PINT CHOO
2 @ 2 65
          RUTTER'S
          SPRITE
          24 Beve
2 @ 7 99
          PEPSI CO
2 @ 7 99
          MOUNTAIN
          MAHOH CO
          MIKE &
          MIKE &
          SKITTLE
3 @ 69.55
          NEWPORT
          WILD RO
          TAX
          TAX EXI
          **** BALANCE
          CASH
          CHANGE
TOTAL NUMBER 0
24 Total Bever
B. Green&Co I
05/17/18 08:1

CUST. 30183155
ACCOUNT#: 400

Thank You For
          S
MON FRI 6A 4P
==============
===Thank you
***************

A.R. 721





**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
HIER TODAY IS CAITLYN

| | |
|---|---|
| 5-GREEN APPLE GROCE40000261180 | |
| 49 | |
| NEWPORT MENTH BOX | 281.96 T |
| NEWPORT NON-MENTHO | 56.19 T |
| SUNNY DELIGHT CITR | 7.89 F |
| TASTYKAKE CHOCOLAT | 2.29 F |
| TASTYKAKE CHOCOLAT | 2.29 F |
| TASTYKAKE KOFFEE K | 2.29 F |
| N&L SOFT CHERRY | 3.59 B |
| E-FRUTTI SOUR MINI | 4.75 B |
| E-FRUTTI MINI BURG | 4.75 B |
| 9 | |
| 1/6 BLACK BAG | 27.96 T |
| TAX | 22.76 |
| TAX EXEMPTION | 22.76- |
| BALANCE | 393.96 |
| CASH | 394.00 |
| CHANGE | 0.04 |

IMBER OF ITEMS SOLD = 18
10:43am 1 8 34 308

0183155-GREEN APPLE GROCERY &
: 40000261180

u For Shopping at Cash & Carry
STORE HOURS:
6A-4P SAT.7A-4P SUN:8A-4P
*********************************
k you for shopping with us====
********************************

---

**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS PATRICIA

| | |
|---|---|
| 30183155 GREEN APPLE GROCE40000261180 | |
| 2 @ 7.99 | |
| MOUNTAIN DEW | 15.98 B |
| 2 @ 7.99 | |
| PEPSI COLA | 15.98 B |
| DEER PARK SPRING W | 5.85 B |
| 32 Beverage Containers | |
| SPRITE | 10.99 B |
| 24 Beverage Containers | |
| 6 @ 0.99 | |
| PINT CHOCOLATE MIL | 5.94 F |
| 3 @ 70.49 | |
| NEWPORT MENTH BOX | 211.47 T |
| TAX | 15.62 |
| TAX EXEMPTION | 15.62- |
| **** BALANCE | 266.21 |

# AMOUNT    $266.21

CASH BACK $0.00

# ************9335

| | |
|---|---|
| DEBIT | 266.21 |
| CHANGE | 0.00 |

TOTAL NUMBER OF ITEMS SOLD = 15
**56 Total Beverage Containers**
B. Green&Co Inc. ID:C-273-000
04/12/18 01:06pm 1 8 96 241

CUST: 30183155-GREEN APPLE GROCERY &
ACCOUNT# : 40000261180

Thank You For Shopping at Cash & Carry
STORE HOURS:
MON FRI:6A-4P SAT:7A-4P SUN 8A-4P
****************************************
-----Thank you for shopping with us-----
****************************************

---

**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS OCTAVIA

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:    573

| | |
|---|---|
| 30183155 GREEN APPLE GROCE40000261180 | |
| 3 @ 1.49 | |
| RUTTER'S HVD MILK | 4 |
| 2 @ 2.83 | |
| RUTTER'S WHOLE MIL | 5 |
| ARIZONA GREEN TEA | 16 |
| 24 Beverage Containers | |
| SUPER CHILL BLACK | 6 |
| 24 Beverage Containers | |
| SUPER CHILL GRAPE | 6 |
| 24 Beverage Containers | |
| TROPICAL FANTASY | 15 |
| 24 Beverage Containers | |
| CLASSIC COKE | 11 |
| 24 Beverage Containers | |
| EVERFRESH CRAN APP | 13 |
| EVERFRESH STRAWBER | 13 |
| AIRHEADS GREEN APP | 4 |
| MIKE & IKE RED RAG | 3 |
| MIKE & IKE BERRY B | 3 |
| SPRITE | 11 |
| 24 Beverage Containers | |
| 2 @ 1.55 | |
| CAFE "G" CUP UNIT | 3 |
| DART LID STRAW SLO | 1 |
| MARLBORO BOX 100 | 66 |
| 4 @ 70.49 | |
| NEWPORT MENTH BOX | 281 |
| MAVERICK BOX 100'S | 54 |
| MAVERICK MENTHOL B | 54 |
| TAX | 32 |
| TAX EXEMPTION | 3 |
| **** BALANCE | 581.5 |
| VF    CUINSTAR CHIL | 1,447. |
| CHANGE | 866. |

TOTAL NUMBER OF ITEMS SOLD = 28
**144 Total Beverage Containers**
B. Green&Co Inc. ID:C-273-000
04/30/18 10:14am 1 8 44 130

CUST: 30183155-GREEN APPLE GROCERY
ACCOUNT# : 40000261180

Thank You For Shopping at Cash & C
STORE HOURS:
MON FRI:6A-4P SAT:7A-4P SUN:8A-4P
****************************************
====Thank you for shopping with us
****************************************

**A.R. 722**

**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
CASHIER TODAY IS OCTAVIA

55-GREEN APPLE GROCE40000261180
```
8 LB BAG ICE              3.99 F
SOUR PATCH EXTREME       14.25 B
CHORE BOY COPPER S       22.59 T
DAVID NACHO CHEESE        5.49 F
DAVID ORIG SUNFLOW        5.49 F
1/10 WHITE BAG            6.99 T
5
DART FOAM CUP UNIT        3.50 T
45
NEWPORT MENT BOX 1      523.60 T
NEWPORT MENTHOL BO       65.45 T
MARLBORO BOX 100         66.49 T
NEWPORT NON MENTHO       56.11 T
MARLBORO LIGHT BOX       66.49 T
SUNLITE LIGHTERS          5.75 T
TAX                      49.88
TAX EXEMPTION            49.88-
BALANCE                 846.27
CASH                    350.00
CASH                    496.27
CHANGE                    0.00
BER OF ITEMS SOLD =        21
09:59am 1 8 42 130
```

3155-GREEN APPLE GROCERY &
40000261180

for Shopping at Cash & Carry
STORE HOURS
4P SAT 7A-4P SUN 8A-4P
**************************
ou for shopping with us----
**************************
3

---

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:    4/14
30183155 GREEN APPLE GROCE40000261180
```
6 @ 0.85
      HAUSWALD'S BREAD        5.10 F
3 @ 1.99
      PURINA KITTEN CHOW      5.97 T
4 @ 1.99
      PURINA CAT CHOW         7.96 T
      ARIZONA SWEET TEA      16.99 B
   24 Beverage Containers
      ARIZONA KIWI STRAW     16.99 B
   24 Beverage Containers
      CLASSIC COKE           11.99 B
      SPRITE                 11.99 B
      SPRITE                 13.49 B
   24 Beverage Containers
      PRINGLES ORIGINAL       5.75 F
      PRINGLES GRAB&GO S      5.75 F
      WRIGLEY'S DOUBLEM1      7.79 B
      WRIGLEY'S BIG RED       7.79 B
      HERB'S RED HOT SAU     14.99 F
      OREOS S/S               5.49 F
      GUSHER'S VARIETY P     10.59 B
      AIRHEADS CHERRY         4.69 B
      AIRHEADS BLUE RASP      4.69 B
      T.K CHOCOLATE DEL       2.29 F
10 @ 0.99
      PINT CHOCOLATE MIL      9.90 F
3 @ 1.75
      RUTTER'S CHOCOLATE      5.25 F
4 @ 70.49
      NEWPORT MENTH BOX     281.96 T
      MAVERICK MENTHOL B     54.09 T
      MAVERICK BOX 100'S     54.09 T
      NEWPORT MENTH BOX      70.49 T
      TAX                    34.90
      TAX EXEMPTION          34.90-
**** BALANCE               636.08
```
# AMOUNT      $350.00
CASH BACK $0.00

\*\*\*\*\*\*\*\*\*\*\*\*2916
```
2L     DEBIT          350.00
13     CASH            90.00
       CASH            40.00
       CASH           160.10
       CHANGE           4.02
TOTAL NUMBER OF ITEMS SOLD =    48
```
72 Total Beverage Containers
B. Green&Co Inc. ID:C-273-000
04/23/18 09:43am 1 8 53 308

CUST: 30183155-GREEN APPLE GROCERY &
ACCOUNT#: 40000261180

Thank You For Shopping at Cash & Carry
STORE HOURS
MON-FRI:6A-4P SAT 7A-4P SUN:8A-4P
**************************
----Thank you for shopping with us----
**************************

---

BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS LISA

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:    3/11
30183155 GREEN APPLE GROCE40000
```
      WHITE CHEDDAR POPC      1
      UTZ RED HOT POTATO
3 @ 2.83
      RUTTER'S WHOLE MIL      7
6 @ 1.19
      RUTTER'S CHOCOLATE      7
3 @ 1.05
      RUTTER'S WHOLE MIL      3
3 @ 1.49
      RUTTER'S HVD MILK       4
      SCHWEPPES GINGERAL      9.
   24 Beverage Containers
      UTZ CHEESE CURLS       12.
      PEPSI                   9.
   24 Beverage Containers
      DR PEPPER               9.9
   24 Beverage Containers
      MIKE & IKE ORIGIN       3 9
      TASTYKAKE ICED CUP      2.2
5 @ 70.49
      NEWPORT MENTH BOX     352.49
      NEWPORT NON-MENTHO     56.19
2 @ 4.65
      WILD ROSES              9 30
      TAX                    27.12
      TAX EXEMPTION          27.12-
**** BALANCE               511.41
```
# AMOUNT      $150.00
CASH BACK $0.00

\*\*\*\*\*\*\*\*\*\*\*\*2916
```
      DEBIT          150.00
      CASH             0.41
      CASH           365.00
      CHANGE           4.00
TOTAL NUMBER OF ITEMS SOLD =    31
```
(511)
72 Total Beverage Containers
B. Green&Co Inc. ID:C-273-000
04/24/18 07:06am 1 8 14 123

CUST: 30183155 GREEN APPLE GROCERY &
ACCOUNT#: 40000261180

Thank You For Shopping at Cash & Carry
STORE HOURS:
MON-FRI:6A-4P SAT:7A-4P SUN:8A-4P
**************************
----Thank you for shopping with us----
**************************

**A.R. 723**



**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS PATRICIA

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER: 3/35
30183155-GREEN APPLE GROCE40000261180
4 @ 0.85
| | |
|---|---|
| HAUSWALD'S BREAD | 3.40 F |
| COCONUT JUNIORS | 2.29 F |
| SUNNY DELIGHT CITR | 7.89 F |

2 @ 4.65
| | |
|---|---|
| WILD ROSES | 9.30 T |
| SUNLITE LIGHTERS | 5.75 T |
| LINDEN CHOC CHIP C | 8.59 F |

3 @ 70.49
| | |
|---|---|
| NEWPORT MENTH BOX | 211.47 T |
| NEWPORT NON-MENTHO | 56.19 T |
| MAVERICK BOX 100'S | 54.09 T |
| MAVERICK MENTHOL B | 54.09 T |
| TAX | 23.46 |
| TAX EXEMPTION | 23.46 |
| **** BALANCE | 513.06 |
| CASH | 0.06 |
| CASH | 415.00 |
| CHANGE | 2.00 |

433

TOTAL NUMBER OF ITEMS SOLD = 16
4/26/18 08:47am 1 8 52 241

CUST: 30183155-GREEN APPLE GROCERY &
ACCOUNT#: 40000261180

Thank You For Shopping at Cash & Carry
STORE HOURS:
MON-FRI:6A-4P SAT:7A-4P SUN:8A-4P
*********************************
====Thank you for shopping with us====
*********************************

---

**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS LISA

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER: 1/29
30183155-GREEN APPLE GROCE40000261180
| | |
|---|---|
| UTZ SOUR CREAM & O | 12.99 F |
| SALT&VINEGAR CHIP | 12.99 F |
| UTZ BBQ POTATO CHI | 12.99 F |

3 @ 2.83
| | |
|---|---|
| RUTTER'S WHOLE MIL | 8.49 F |

6 @ 0.69
| | |
|---|---|
| RUTTER'S WHOLE MIL | 4.14 F |
| SUPER CHILL ROOTBE | 6.25 B |
| 24 Beverage Containers | |
| SUPER CHILL GRAPE | 6.25 B |
| 24 Beverage Containers | |
| SUPER CHILL COLA | 6.25 B |
| 24 Beverage Containers | |
| SUPER CHILL GINGER | 6.25 B |
| 24 Beverage Containers | |
| SUPER CHILL STRAWB | 6.25 B |
| 24 Beverage Containers | |
| N&L SOFT BANANA | 3.59 B |

2 @ 2.29
| | |
|---|---|
| TASTYKAKE KANDY KA | 4.58 F |
| TASTYKAKE BUTTERSC | 2.29 F |
| TASTYKAKE JELLY KR | 2.29 F |
| COCONUT JUNIORS | 2.29 F |
| CHOCOLATE CREAM KA | 2.29 F |
| TASTYKAKE ICED CUP | 2.29 F |
| TASTYKAKE ICED CUP | 2.29 F |
| SPRITE | 11.99 B |
| ALL CRISP KOSHER P | 4.99 F |
| MAVERICK MENTHOL B | 54.09 T |

4 @ 70.49
| | |
|---|---|
| NEWPORT MENTH BOX | 281.96 T |
| NEWPORT NON-MENTHO | 56.19 T |
| TAX | 26.35 |
| TAX EXEMPTION | 26.35 |
| **** BALANCE | 513.98 |
| CASH | 450.00 |
| CASH | 65.00 |
| CHANGE | 1.02 |

514

TOTAL NUMBER OF ITEMS SOLD = 34
120 Total Beverage Containers
B. Green&Co Inc. ID:C-273-000
04/20/18 09:51am 1 8 46 123

CUST: 30183155-GREEN APPLE GROCERY &
ACCOUNT#: 40000261180

Thank You For Shopping at Cash & Carry
STORE HOURS:
MON-FRI 6A-4P SAT 7A-4P SUN 8A-4P
*********************************
====Thank you for shopping with us====
*********************************

---



**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS PATRICIA

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER: 3/49
30183155-GREEN APPLE GROCE400
4 @ 2.83
| | |
|---|---|
| RUTTER'S WHOLE MIL | |
| SPRITE | |
| KELL RICE KRISPIES | |

3 @ 0.85
| | |
|---|---|
| HAUSWALD'S BREAD | |
| MARLBORO BOX 100 | |

4 @ 70.49
| | |
|---|---|
| NEWPORT MENTH BOX | |
| TAX | |
| TAX EXEMPTION | |
| **** BALANCE | |

**AMOUNT** $100.
CASH BACK $0.00
*************933!
| DEBIT | |
|---|---|
| CASH | |
| CHANGE | |

TOTAL NUMBER OF ITEMS SOLD =
04/13/18 02:22pm 1 8 121 241

CUST: 30183155-GREEN APPLE GROC
ACCOUNT#: 40000261180

Thank You For Shopping at Cash
STORE HOURS:
MON-FRI:6A-4P SAT:7A-4P SUN:8A-
*********************************
----Thank you for shopping with
*********************************

**A.R. 724**



**Left receipt (partial):**

```
I & CARRY
SOUTH MONROE
TIMORE, MD
) 539-6134
DAY IS LISA

RETRIEVED:
R:        5/16
APPLE GROCE40000261180
HILL GRAPE        6.59 B
erage Containers
ELIGHT CITR       5.99 F
RK SPRING W       7.25 B
erage Containers
CHOCOLATE        15.99 B

IOCOLATE MIL      9.90 F
IKE KOFFEE K      1.95 F
JUNIORS           1.95 F
MENTH BOX        70.49 T
CK MENTHOL B      54.09 T

MENTH BOX       211.47 T
                 21.96
EMPTION          21.96-
                385.67
      386       300.00
                 86.00
                  0.33
F ITEMS SOLD =    21
age Containers
ic. ID:C-273-000
am 1 8 45 123

S-GREEN APPLE GROCERY &
0261180

Shopping at Cash & Carry
TORE HOURS:
SAT:7A-4P SUN:8A-4P
********************************
for shopping with us====
********************************
```

**Middle receipt:**

```
          CASH . CARRY
       1300 SOUTH MONROE
          BALTIMORE, M
          (410) 5  34
   YOUR CASHIER TODAY J  ISA

    TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:      5/19
30183155-GREEN APPLE GROCE40000261180
6 @ 0.99
        PINT CHOCOLATE MIL   5.94 F
3 @ 0.69
        RUTTER'S WHOLE MIL    2.07 F
        KOOL-AID JAMMERS V    7.69 F
        40 Beverage Containers
        HI C VARIETY PK 40    9.99 B
        10 Beverage Containers
        SPRITE               11.99 B
        24 Beverage Containers
        PEPSI CUBE            8.65 B
        24 Beverage Containers
        SUPER CHILL CREAM     6 25 B
        24 Beverage Containers
        SUPER CHILL PINEAP    6 25
        24 Beverage Containers
        SUPER CHILL ROOTBE    6.25 B
        24 Beverage Cool iners
        SUPER CH   SL         6.25 F
        24 Beverage Conta
        PEPSI                 9
        24 Beverage C     rs
        WRIGLEY'S JUICYFRU    7.79 B
        7.75" CLEAR WRAPP     1.75 T
        DART FOAM CUP 8       0.59 T
        MARLBORO LIGHT BOX   66.49 T
        MARLBORO BOX 100     66.49 T
        NEWPORT MENTH BOX    70 49 T
4 @ 70.49
        NEWPORT MENTH BOX   281.96 T
        TAX                  32.55
        TAX EXEMPTION        32.55-
   **** BALANCE             576.88
AMOUNT           $576.88
CASH BACK $0.00
****x******2916
        DEBIT                576 88
        CHANGE                0.00
TOTAL NUMBER OF ITEMS SOLD =    28
248 Total Beverage Containers
B. Green&Co Inc. ID:C-273-000
04/25/18 08:07am 1 8 21 123

CUST  30183155-GREEN APPLE GROCERY &
ACCOUNT#  40000261180

Thank You For Shopping at Cash & Carry
        STORE HOURS:
MON-FRI:6A-4P SAT:7A 4P SUN:8A-4P
********************************
====Thank you for shopping with us====
********************************
```

**Right receipt:**



```
          CASH & CARRY
       1300 SOUTH MONROE
          BALTIMORE, MD
          (410) 539-6134
   YOUR CASHIER TODAY IS PATRICIA

30183155 GREEN APPLE GROCE40000261180
        MARLBORO BOX 100     66.49 T
        MAVERICK MENTHOL B   54.09 T
4 @ 70.49
        NEWPORT MENTH BOX   281.96 T
        CLASSIC COKE         11.99 B
        24 Beverage Containers
        SPRITE               11.99 B
        24 Beverage Containers
        SUPER CHILL COLA      6.25 B
        24 Beverage Containers
        SUPER CHILL GINGER    6.25 B
        24 Beverage Containers
        SUPER CHILL STRAWB    6.25 B
        24 Beverage Containers
        SUPER CHILL FRUIT     6.25 F
        24 Beverage Containers
        TAX                  26.72
        TAX EXEMPTION        26.72-
   **** BALANCE             451.52
        CASH                100.00
AMOUNT           $351.52
CASH BACK $0
**********2916
        DEBIT               351.52
        CHANGE                0.00
TOTAL NUMBER OF ITEMS SOLD =    12
144 Total Beverage Containers
B. Green&Co Inc. ID:C-273-000
04/27/18 12:01pm 1 8 80 241

CUST: 30183155-GREEN APPLE GROCERY &
ACCOUNT#: 40000261180

Thank You For Shopping at Cash & Carry
        STORE HOURS:
MON-FRI:6A-4P SAT:7A-4P SUN:8A-4P
********************************
====Thank you for shopping with us=
********************************
```

A.R. 725



**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
CASHIER TODAY IS PATRICIA

ANSACTION RETRIEVED:
EVAL NUMBER:      3/98
3155 GREEN APPLE GROCE40000261180
  MINUTE MAID PEACH      10.99 B
  24 Beverage Containers
  MINUTE MAID WATERM     10.99 B
  24 Beverage Containers
  .05
  RUTTER'S WHOLE MIL      2.10 F
  29
  RUTTER'S HVD MILK       2.58 F
  75
  RUTTER'S CHOCOLATE      3.50 F
  DEER PARK SPRING W      6.99 B
  40 Beverage Containers
  PAMPA LONG GRAIN R      9.99 F
  I.E CREAM FILLED BT     1.95 F
  TASTYKAKE KANDY KA      1.95 F
  ).49
  NEWPORT MENTH BOX    281.96 T
  MARLBORO BOX 100      66.49 T
  MAVERICK BOX 100XS    54.09 T
  MAVERICK MENTHO  B    54.09 T
  NEWPORT NON-MENTHO    56.19 T
  NEWPORT MENTH BOX     70.49 T
  TAX                   36.74
  TAX EXEMPTION
  BALANCE               36.74
  CASH                 634.35
  CASH                 200.00
  CASH                 100.00
  CASH                 300.00
  CHANGE                35.00
MBER OF ITEMS SOLD =       0 65
  Beverage Containers       21
&Co Inc. ID:C-273-000
03:14pm 1 8 126 241

83155-GREEN APPLE GROCERY &
 40000261180

For Shopping at Cash & Carry
  STORE HOURS:
)-4P SAT:7A 4P SUN:8A 4P
*******************************
you for shopping with us====
*****************************

---

**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS NICOLE B

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:      6/5
30183155-GREEN APPLE GROCE40000261180
6 @ 0.85
  HAUSWALD'S BREAD       5.10 F
  TASTYKAKE BUTTERSC     2.59 F
  TASTYKAKE KANDY KA     2.59 F
  TASTYKAKE ICED CUP     2.59 F
  CHOCOLATE CREAM KA     2.59 F
  COCONUT JUNIORS        2.59 F
  HERB'S RED HOT SAU    13.99 F
2 @ 1.75
  RUTTER'S CHOCOLATE     3.50 F
  FRUIT BY THE FOOT     11.35 B
  SKITTLES TROPICAL     21.99 B
  FAMOUS AMOS CHOC C    13.25 F
4 @ 1.19
  RUTTER'S CHOCOLATE     4.76 F
3 @ 2.83
  RUTTER'S WHOLE MIL     8.49 F
  SUNNY DELIGHT CITR     7.89 F
  YOO HOO CHOCOLATE     19.99 B
  HI-C FLASH FRUIT P     8.95 F
  40 Beverage Containers
  MIKE & IKE ORIGIN      3.69 B
  LAFFY TAFFY ASSORT     5.99 B
  LINDEN CHOC CHIP C     8.59 F
  PEDIGREE DOG FOOD     10.99 I
  SUPER CHILL FRUIT      6.59 F
  24 Beverage Containers
  TROPICAL FANTASY K    15.59 B
  24 Beverage Containers
  MAVERICK MENTHOL B    54.09 I
3 @ 70.49
  NEWPORT MENTH BOX    211.47 I
  TAX                   21.31
  TAX EXEMPTION         21.31
**** BALANCE          449.21
  CASH                   0.02
VF  COINSTAR POINTS  1,770.19
  CHANGE             1,321.00
TOTAL NUMBER OF ITEMS SOLD =      37
88 Total Beverage Containers
B. Green&Co Inc. ID:C-273-000
04/02/18 11:45am 1 8 102 252

CUST: 30183155-GREEN APPLE GROCERY &
ACCOUNT#: 40000261180

Thank You For Shopping at Cash & Carry
  STORE HOURS:
MON-FRI 6A-4P SAT:7A 4P SUN 8A 4P
**************************************
-- Thank you for shopping with us--
*****************************************

---

**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS CAITLY

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:      1/30
30183155-GREEN APPLE GROCE
3 @ 1.29
  RUTTER'S HVD MILK
6 @ 1.19
  RUTTER'S CHOCOLATE
  MT.DEW
  24 Beverage Conta
  MOUNTAIN DEW
  PEPSI COLA
  PEPSI
  24 Beverage Conta
  CLASSIC COKE
  24 Beverage Cont
  T.K. CHOCOLATE B
  TASTYKAKE KOFFEE
  TASTYKAKE ICED C
  SPRITE
  24 Beverage Con
  NEWPORT NON-MENT
3 @ 70.49
  NEWPORT MENTH BO
  TAX
  TAX EXEMPTION
**** BALANCE
  CASH      345
  CASH
  CASH
  CHANGE
TOTAL NUMBER OF ITEMS S
96 Total Beverage Cont
B. Green&Co Inc. ID:C-
04/15/18 11:57am 1 8 5

CUST: 30183155-GREEN A
ACCOUNT#: 40000261180

Thank You For Shoppin
  STORE HOU
MON-FRI:6A-4P SAT:7A-
*******************************
====Thank you for sh
*****************************

**A.R. 726**





**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS NICOLE B

30183155-GREEN APPLE GROCE40000261180
3 @ 70.49

NEWPORT MENTH BOX
SUPER CHILL GRAPE              211.47 T
24 Beverage Containers           6.59 B
SPRITE
24 Beverage Containers          10.99 B
TAX
TAX EXEMPTION                    13.75
**** BALANCE                    13.75-
CASH              229             229.05
CHANGE                          240.05
AL NUMBER OF ITEMS SOLD          11.00
otal Beverage Containers
een&Co Inc.  ID:C-273-000
/18 01:57pm 1 8 65 29

30183155-GREEN APPLE GROCERY 8
T#: 40000261180

ou For Shopping at Cash & Carry
STORE HOURS:
6A-4P SAT:7A-4P SUN:8A-4P
............................
nks For Shopping with us......
..........................

---

**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS PATRICIA

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:      4/33
30183155-GREEN APPLE GROCE40000261180
3 @ 0.85
       HAUSWALD'S BREAD        2.55 F
6 @ 0.69
       RUTTER'S WHOLE MIL      4.14 F
10 @ 0.99
       PINT CHOCOLATE MIL      9.90 F
       PURINA MEOW MIX        11.79 T
       PRINGLES ORIGINAL       5.75 F
       ALL CRISP KOSHER P      5.25 F
       DAVID NACHO CHEESE      6.49 F
3 @ 1.99
       PURINA CAT CHOW         5.97 T
3 @ 1.99
       PURINA KITTEN CHOW      5.97 T
       SUNNY DELIGHT CITR      5.99 F
3 @ 70.49
       NEWPORT MENTH BOX     211.47 T
       TAX                     14.12
       TAX EXEMPTION           14.12-
***** BALANCE                 275.27
       CASH           275     300.00
       CASH                    75.27
       CHANGE                   0.00
TOTAL NUMBER OF ITEMS SOLD =      33
04/07/18 01:14pm 1 8 100 241

COST  30183155-GREEN APPLE GROCERY 8
ACCOUNT#: 40000261180

Thank You For Shopping at Cash & Carry
STORE HOURS:
MON-FRI:6A-4P SAT:7A-4P SUN:8A-4P
......................................
---Thank you for shopping with us----
...................................

---

C
130
B
(4
YOUR CASHIER

TRANSACTION
RETRIEVAL NUMB
30183155-GREE
     8 LB B
6 @ 0.85
       HAUSWAL
2 @ 1.99
       PEPSI C
       DEER PA
       24 Bev
       SOUR PA
       UTZ REG
       GUSHER'
       LINDENS
       SOUR PA
       SWEDISH
       MARLBOR(
3 @ 70.49
       NEWPORT
       NEWPORT
       NEWPORT
       TAX
       TAX EXEM
**** BALANCE
       CASH
       CASH    L
       CASH
       CHANG
TOTAL NUMBER OF T
**24 Total Beverage**
**B. Green&Co Inc.**
04/09/18 10:56am

COST  30183155-GR
ACCOUNT#  40000261

Thank You For Shop
STORE
MON-FRI:6A-4P SAT:
xxxxxxxxxxxxxxxxxxx
--+-Thank you for
xxxxxxxxxxxxxxxxxx

```
0 SOUTH MONROE
BALTIMORE, MD
(10) 539-6134
TODAY IS PATRICIA

ON RETRIEVED:
MBER:        5/29
REEN APPLE GROCE40000261180
8&VINEGAR CHIP     12.99 F
SI                 10.99 B
   Beverage Containers
ITE                10.99 B
   Beverage Containers
A WATERMELON-SI    13.75 F
   Beverage Containers
E & IKE RED RAG     3.99 B
STYKAKE ICED CUP    1.95 F
E & IKE JOLLY J     3.99 B
KE&IKE TROPICAL     3.99 B
STYKAKE KOFFEE K    1.95 F
STYKAKE LEMON JU    1.95 F
CONUT JUNIORS       1.95 F
W&LATER CHEWY PT    3.59 B
 SOFT APPLE         3.59 B
L SOFT BANANA       3.59 B
RRARA PAN CHEWY     3.35 B
-C VARIETY PK 40    7.99 B
0 Beverage Containers
ERFRESH STRAWBER   13.85 F
JPER CHILL PINEAP   6.59 F
4 Beverage Containers
JPER CHILI STRAWB   6.59 B
24 Beverage Containers
JPER CHILL ORANGE   6.59 B
24 Beverage Containers

AUSWALD'S BREAD     4.25 F
AT'S OFF LIGHT TO  15.95 T
9
EWPORT MENTH BOX  281.96 T
UXURY LIMITS LIGH   4.55 T
AX                 22.31
AX EXEMPTION       22.31-
ALANCE            430.93
CASH              100.00
CASH              331.00
CHANGE              0.07
BER OF ITEMS SOLD    31
1 Beverage Containers
&Co Inc. ID:C-273-000
03:29pm 1 8 112 241

183155-GREEN APPLE GROCERY &
   40000261180

u For Shopping at Cash & Carry
    STORE HOURS:
6A-4P SAT:7A-4P SUN:8A-4P
*************************
nk you for shopping with us====
*************************
```

```
CASH & CARRY
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS PATRICIA

30183155-GREEN APPLE GROCE40000261180
   NEWPORT NON-MENTHO    56.19 T
3 @ 70.49
   NEWPORT MENTH BOX    211.47 T
2 @ 0.89
   RUTTER'S PUNCH         1.78 F
2 @ 0.89
   RUTTER'S GRAPE         1.78 F
   MT.DEW                 9.99 B
   24 Beverage Containers
   PEPSI                  9.99 B
   24 Beverage Containers
6 @ 0.99
   PINT CHOCOLATE MIL     5.94 F
   TASTYKAKE ICED CUP     2.29 F
   TAX                   17.26
   TAX EXEMPTION         17.26-
**** BALANCE            299.43
   CASH                 300.45
   CHANGE                 1.02
TOTAL NUMBER OF ITEMS SOLD    17
48 Total Beverage Containers
B. Green&Co Inc. ID:C-273-000
04/29/18 11:03am 1 8 43 241

CUST: 30183155-GREEN APPLE GROCERY &
ACCOUNT#: 40000261180

Thank You For Shopping at Cash & Carry
    STORE HOURS:
MON-FRI:6A-4P SAT:7A-4P SUN:8A-4P
*****************************
====Thank you for shopping with us====
*****************************
```

```
CASH & CARRY
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS PATRICIA

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:    1/4
30183155-GREEN APPLE GROCE4000026118
6 @ 0.69
   RUTTER'S WHOLE MIL     4.14
6 @ 0.99
   PINT CHOCOLATE MIL     5.94
3 @ 1.05
   RUTTER'S WHOLE MIL     3.15
4 @ 1.29
   RUTTER'S HVD MILK      5.16
   SUPER CHILL FRUIT      6.59
   24 Beverage Containers
2 @ 7.99
   MOUNTAIN DEW          15.98
4 @ 7.99
   PEPSI COLA            31.96 I
   MAMBA CHEWS           16.85 I
   T.K CHOCOLATE BEL      1.95 I
   MIKE & IKE ORIGIN      3.99 I
   SOUR PATCH WATERME    14.25 I
   SUNNY DELIGHT CITR     5.99 F
   MAVERICK MENTHOL B    54.09 T
4 @ 70.49
   NEWPORT MENTH BOX    281.96 T
4 @ 0.85
   HAUSWALD'S BREAD       3.40 F
   TAX                   25.15
   TAX EXEMPTION         25.15-
**** BALANCE            455.40
   CASH                 100.00
   CASH                  55.40
   CASH                 200.00
   CASH                 100.00
   CHANGE                 0.00
TOTAL NUMBER OF ITEMS SOLD =   40
24 Total Beverage Containers
B. Green&Co Inc. ID:C-273-000
04/17/18 11:28am 1 8 58 241

CUST: 30183155-GREEN APPLE GROCERY &
ACCOUNT#: 40000261180

Thank You For Shopping at Cash & Carry
    STORE HOURS:
MON-FRI:6A-4P SAT:7A-4P SUN:8A-4P
*****************************
====Thank you for shopping with us====
*****************************
```

CASH & CARRY
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
SHIER TODAY IS NICOLE B

SACTION RETRIEVED:
3I NUMBER     5/17
J5-GREEN APPLE GROCE40000261180
SAL1&VINEGAR CHIP      12.99 F
UT2 CHEESE CURLS       12.99 F
PEPSI COLA              8.99 B
CLASSIC COKE           10.99 B
  24 Beverage Containers
HI-C VARIETY PK 40      8.49 B
  40 Beverage Containers
SPRITE                 10.99 B
  24 Beverage Containers
SCOOBY DOO FRUIT S     11.25 B
EVERFRESH CRANBERR     13.85 B
JOW & LATER APPLE       3.59 B
IKE & IKE ORIGIN        3.99 B
ASTYKAKE KOFFEE K       2.59 F
LL CRISP KOSHER P       5.39 F

JTTER'S WHOLE MIL       2.76 F
LB BAG ICE              3.99 F
LD ROSES                4.65 T
WPORT NON-MENTHO       56.19 T
LL MALL 100'S BO       62.49 T
RLBORO LIGHT BOX       66.49 T

WPORT MENTH BOX       281.96 T
X                         .81
X EXEMPTION            585   .81
ANCE                        .63
NSTAR CAS             1,978.89
NGE                   1,394.26
R OF ITEMS SOLD =        25
verage Containers
Inc. ID:C-273-000
:13am 1 8 45 252

55-GREEN APPLE GROCERY &
J000261180

r Shopping at Cash & Carry
  STORE HOURS:
P SAT:7A-4P SUN:8A-4P
******************************
J for shopping with us====
******************************


CASH & CARRY
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS LISA

30183155-GREEN APPLE GROCE40000261180
      MARLBORO BOX 100     66.49 T
      NEWPORT NON MENTHO   56.19 T
      NEWPORT MENTH BOX    70.49 T
5 @ 70.49
      NEWPORT MENTH BOX   211.47 T
3 @ 1.79
      RUTTER'S CHOCOLATE    5.37 F
4 @ 1.19
      RUTTER'S CHOCOLATE    4.76 F
10 @ 0.99
      PINT CHOCOLATE MIL    9.90 F
      RUTTER'S WHOLE MIL    2.59 F
      EVERFRESH TROPICAL   13.85 F
      EVERFRESH APPLE JU   13.85 F
      EVERFRESH 40% PINE   13.85 F
2 @ 1.05
      RUTTER'S WHOLE MIL    2.10 F
      TAX                  24.28
      TAX EXEMPTION        24.28-
**** BALANCE            470.91
AMOUNT        $300.91
CASH BACK $0.00

*************9320
       DEBIT              300.91
       CASH               170.00
       CHANGE               0.00
TOTAL NUMBER OF ITEMS SOLD    29
05/18/18 09:57am 1 8 54 123

CUST: 30183155-GREEN APPLE GROCERY &
ACCOUNT# 40000261180

Thank You For Shopping at Cash & Carry
  STORE HOURS
MON-FRI 6A-4P SAT:7A-4P SUN:8A-4P
******************************
--- Thank you for shopping with us====
******************************


CASH & CARRY
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS CAITLYN

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:    8/71
30183155-GREEN APPLE GROCE400002(
      SUPER CHILL PINEAP    5
      24 Beverage Containers
      SUPER CHILL ORANGE    5
      24 Beverage Containers
      SUPER CHILL COLA      5
      24 Beverage Containers
      M&M PEANUT           26
2 @ 1.75
      DART FOAM CUP UNIT    3
      NEWPORT NON-MENTHO   56
5 @ 70.49
      NEWPORT MENTH BOX   35.
      SUNLITE LIGHTERS      
      TAX                   2
      TAX EXEMPTION         2
**** BALANCE             46
AMOUNT        $3.40
CASH BACK $0.00

************9320
       DEBIT
AMOUNT        $337.0
CASH BACK $0.00

************932(
       DEBIT               3
       CASH                1
       CHANGE
TOTAL NUMBER OF ITEMS SOLD =
72 Total Beverage Containers
B. Green&Co Inc. ID:C-273-000
05/25/18 11:17am 1 2 6 308

CUST: 30183155-GREEN APPLE GRO(
ACCOUNT#: 40000261180

Thank You For Shopping at Cash
  STORE HOURS:
MON-FRI:6A-4P SAT:7A-4P SUN:8A
******************************
====Thank you for shopping wit
******************************

A.R. 729

## Receipt 1 (left)

```
...........
(410) 539-6134
OUR CASHIER TODAY IS NICOLE B

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:        4/67
30183155-GREEN APPLE GROCE40000261180
    YOO HOO CHOCOLATE        15.99 B
    SUPER CHILL ROOTBE        6.25 B
      24 Beverage Containers
    TROPICAL FANTASY W       15.59 B
      24 Beverage Containers
    TROPICAL FANTASY F       15.59 B
      24 Beverage Containers
    8 LB BAG ICE              3.99 F
3 @ 2.85
    RUTTER'S WHOLE MIL        8.55 F
2 @ 1.49
    RUTTER'S 1%% MILK         2.98 F
8 @ 0.99
    PINT CHOCOLATE MIL        7.92 F
4 @ 1.19
    RUTTER'S CHOCOLATE        4.76 F
3 @ 0.69
    RUTTER'S WHOLE MIL        2.07 F
    SUNNY DELIGHT CITR        7.89 F
    SUPER CHILL FRUIT         6.25 F
      24 Beverage Containers
    SUPER CHILL ORANGE        6.25 B
      24 Beverage Containers
2 @ 8.99
    PEPSI COLA               17.98 B
    SPRITE                   11.99 B
    CLASSIC COKE             11.99 B
1 @ 0.85
    HAUSWALD'S BREAD          3.40 F
    N&L SOFT BANANA           3.59 B
    N&L SOFT WATERMELO        3.59 B
    FRUIT BY THE FOOT        11.35 B
    PALL MALL 100'S BO       62.49 T
    NEWPORT MENTH BOX        70.49 T
    NEWPORT NON-MENTHO       56.19 T
1 @ 70.49
    NEWPORT MENTH BOX       281.96 T
    TAX                      35.48
    TAX EXEMPTION            35.48-
**** BALANCE              639.10
    CASH                    640.25
    CHANGE                    1.15
TOTAL NUMBER OF ITEMS SOLD   46
20 Total Beverage Containers
B. Green&Co Inc. ID:C-273-000
7/01/18 11:20am 1 8 79 282

CUST: 30183155-GREEN APPLE GROCERY &
ACOUNT#: 40000261180

Thank You For Shopping at Cash & Carry
           STORE HOURS:
MON-FRI:6A-4P SAT:7A-4P SUN:8A-4P
*****************************************
====Thank you for shopping with us====
*****************************************
```

## Receipt 2 (center)

```
CASH & CARRY
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS PATRICIA

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:        1/48
30183155-GREEN APPLE GROCE40000261180
    DR PEPPER                10.99 B
      24 Beverage Containers
    SPRITE                   13.49 B
      24 Beverage Containers
    PEPSI                    10.99 B
      24 Beverage Containers
4 @ 0.99
    PINT CHOCOLATE MIL        3.96 F
2 @ 2.85
    RUTTER'S WHOLE MIL        5.70 F
    MT DEW                   10.99 B
      24 Beverage Containers
2 @ 0.85
    HAUSWALD'S BREAD          1.70 F
    8 LB BAG ICE              3.99 F
    SUNLITE LIGHTERS          5.75 T
    WILD ROSES                4.65 T
3 @ 70.49
    NEWPORT MENTH BOX       211.47 T
    TAX                      16.10
    TAX EXEMPTION            16.10-
**** BALANCE              293.68
    CASH                    300.00
    CHANGE                   16.32
TOTAL NUMBER OF ITEMS SOLD   18
96 Total Beverage Containers
B. Green&Co Inc. ID:C-273-000
05/06/18 11.44am 1 8 46 241

CUST: 30183155-GREEN APPLE GROCERY &
ACCOUNT#: 40000261180

Thank You For Shopping at Cash & Carry
           STORE HOURS:
MON-FRI:6A-4P SAT:7A-4P SUN:8A-4P
*****************************************
====Thank you for shopping with us====
*****************************************
```

## Receipt 3 (right)

```
CASH & CARRY
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS LISA

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:        4/69
30183155-GREEN APPLE GROCE
    UTZ BBQ POTATO CHI
2 @ 8.99
    PEPSI COLA
2 @ 2.25
    OODLES OF NOODLES
2 @ 2.25
    OODLES OF NOODLES
3 @ 1.79
    RUTTER'S CHOCOLATE
3 @ 1.59
    RUTTERS BUTTERMILK
4 @ 0.99
    PINT CHOCOLATE MIL
4 @ 0.69
    RUTTER'S WHOLE MIL
4 @ 0.85
    HAUSWALD'S BREAD
    TASTYKAKE KANDY KA
    NEWPORT NON-MENTHO
5 @ 70.49
    NEWPORT MENTH BOX
    MAVERICK BOX 100'
    MAVERICK MENTHOL
    TAX
    TAX EXEMPTION
**** BALANCE
AMOUNT              $2(
CASH BACK $0.00
**************
    DEBIT
    CASH
    CASH
    CHANGE
TOTAL NUMBER OF ITEMS S(
05/29/18 10:42am 1 8 68

CUST: 30183155-GREEN AP
ACCOUNT#: 40000261180

Thank You For Shopping
           STORE HOURS
MON-FRI:6A-4P SAT:7A-4F
********************
====Thank you for shop
********************
```

**A.R. 730**



**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
OUR CASHIER TODAY IS PATRICIA

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:        6/18
30183155-GREEN APPLE GROCE40000261180
3 @ 2.85
      RUTTER'S WHOLE MIL      8.55 F
      SUPER CHILL CREAM       6.25 F
      24 Beverage Containers
      SUPER CHILL ORANGE      6.25 B
      24 Beverage Containers
2 @ 7.99
      PEPSI COLA             15.98 B
      SUPER CHILL COLA        6.25 B
      24 Beverage Containers
      SPRITE                 11.99 B
      24 Beverage Containers
      ICE CREAM FILLED BT     2.25 F
@ 70.49
      NEWPORT MENTH BOX     281.96 T
      SUNLITE LIGHTERS        5.75 T
      WILD ROSES              4.65 T
      TAX                    19.97
      TAX EXEMPTION          19.97-
**** BALANCE              349.88
**AMOUNT        $349.88

CASH BACK $0.00

:***********9320
      DEBIT                 349.88
      CHANGE                  0.00
TOTAL NUMBER OF ITEMS SOLD =     16
**Total Beverage Containers**
Green&Co Inc. ID:C-273-000
2/18 12:19pm 1 8 92 241

: 30183155-GREEN APPLE GROCERY &
UNT#: 40000261180

k You For Shopping at Cash & Carry
        STORE HOURS:
FRI:6A-4P SAT:7A-4P SUN:8A-4P
***********************************
Thank you for shopping with us****
***********************************

---



**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS CAITLYN

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:        1/52
30183155-GREEN APPLE GROCE40000261180
      HI-C VARIETY PK 40      9.99 B
      40 Beverage Containers
      PEPSI COLA              7.99 B
2 @ 7.99
      CLASSIC COKE           15.98 B
      STRAWBERRY CRUSH       10.99 B
      24 Beverage Containers
8 @ 0.99
      PINT CHOCOLATE MIL      7.92 F
6 @ 0.69
      RUTTER'S WHOLE MIL      4.14 F
      SPRITE                  6.99 B
      24 Beverage Containers
      SPRITE                  7.99 B
2 @ 1.75
      DART FOAM CUP UNIT      3.50 T
4 @ 0.85
      HAUSWALD'S BREAD        3.40 F
      8 LB BAG ICE            3.99 F
4 @ 70.49
      NEWPORT MENTH BOX     281.96 T
      MAVERICK MENTHOL B     54.09 T
      NEWPORT NON-MENTHO     56.19 T
      WILD ROSES              4.65 T
      TAX                    27.62
      TAX EXEMPTION          27.62-
**** BALANCE              479.77
      CASH                  480.00
      CHANGE                  0.23
TOTAL NUMBER OF ITEMS SOLD =     35
**88 Total Beverage Containers**
B. Green&Co Inc. ID:C-273-000
05/13/18 01:38pm 1 8 55 308

CUST: 30183155-GREEN APPLE GROCERY &
ACCOUNT#: 40000261180

Thank You For Shopping at Cash & Carry
        STORE HOURS:
MON-FRI:6A-4P SAT:7A-4P SUN:8A-4P
***********************************
----Thank you for shopping with us****
***********************************

---

**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS OCTAVIA

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:        1/43
30183155 GREEN APPLE GROCE400002E
3 @ 1.79
      RUTTER'S CHOCOLATE        5
3 @ 2.85
      RUTTER'S WHOLE MIL        8
      SUPER CHILL FRUIT        6
      24 Beverage Containers
      SUNNY DELIGHT CITR       7
      PEPSI COLA               7
      SPRITE                  11
      24 Beverage Containers
      CLASSIC COKE            11
      24 Beverage Containers
      SUPER CHILL CREAM        6
      24 Beverage Containers
      UTZ REGULAR CHIPS       12
      UTZ SOUR CREAM & O       12
2 @ 7.99
      CLASSIC COKE            15
      SUPER CHILL COLA         6
      24 Beverage Containers
2 @ 7.99
      SPRITE                   1
      MIKE&IKE TROPICAL
      TASTYKAKE CHOCOLAT
      CHOCOLATE CREAM KA
      MIKE & IKE ORIGIN
      MIKE & IKE RED RAG
      TASTYKAKE ICED CUP
      TASTYKAKE CHOCOLAT
      AIRHEADS BLUE RASP
      E FRUTTI SOUR MINI
      E-FRUTTI MINI BURG
      DR. PEPPER
      24 Beverage Containers
      PEPSI
      24 Beverage Containers
      NEWPORT MENTH BOX
      NEWPORT NON-MENTHO
      MARLBORO BOX 100
4 @ 70.49
      NEWPORT MENTH BOX        2
      TAX
      TAX EXEMPTION
**** BALANCE
      CASH
**AMOUNT        $282.

CASH BACK $0.00
***********932
      DEBIT
      CHANGE
TOTAL NUMBER OF ITEMS SOLD =
168 Total Beverage Containers

A.R. 731



**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
CASHIER TODAY IS NICOLE B

83155-GREEN APPLE GROCE40000261180
SUNNY DELIGHT CITR          7.89 F
DEER PARK SPRING W          7.25 B
24 Beverage Containers
DEER PARK SPRING W          6.99 B
40 Beverage Containers
TAX                         0.86
TAX EXEMPTION               0.86-
**** BALANCE               22.13
************************************

:**********2123

ROVED 001528 001528
MASTERCARD                 22.13
CHANGE                      0.00
AL NUMBER OF ITEMS SOLD =      3
**Total Beverage Containers**
**Green&Co Inc. ID:C-273-000**
'05/18 03:35pm 1 3 87 252

ST: 30183155-GREEN APPLE GROCERY &
COUNT#: 40000261180

ank You For Shopping at Cash & Carry
STORE HOURS:
N-FRI:6A-4P SAT:7A-4P SUN:8A-4P
************************************
==Thank you For shopping with us====
************************************

---



**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS PATRICIA

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:    2/18
30183155-GREEN APPLE GROCE40000261180
SALT&VINEGAR CHIP          12.99 F
SUPER CHILL FRUIT           6.25 F
24 Beverage Containers
SUPER CHILL GINGER          6.25 B
24 Beverage Containers
SUPER CHILL CREAM           6.25 F
24 Beverage Containers
2 @ 1.99
OODLES OF NOODLES           3.98 F
COCONUT JUNIORS             2.59 F
WILD ROSES                  4.65 T
MAVERICK BOX 100'S         54.09 T
MARLBORO BOX 100           66.49 T
NEWPORT MENTH BOX          70.49 T
3 @ 70.49
NEWPORT MENTH BOX         211.47 T
TAX                        24.81
TAX EXEMPTION              24.81-
**** BALANCE              445.50
CASH                      450.00
CHANGE                      4.50
TOTAL NUMBER OF ITEMS SOLD =   14
**72 Total Beverage Containers**
B. Green&Co Inc. ID:C-273-000
05/04/18 02:21pm 1 8 119 241

CUST: 30183155-GREEN APPLE GROCERY &
ACCOUNT#: 40000261180

Thank You For Shopping at Cash & Carry
STORE HOURS:
NON-FRI:6A-4P SAT:7A-4P SUN:8A-4P
************************************
====Thank you for shopping with us====
************************************

---

**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS LISA

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:       1/
30183155 GREEN APPLE GROC
6 @ 1.19
RUTTER'S CHOCOLATE
3 @ 1.79
RUTTER'S CHOCOLATE
4 @ 2.69
ALLEY CAT CHICK &
ALL CRISP KOSHER
HERB'S RED HOT SA
TASTYKAKE KOFFEE
TASTYKAKE BUTTERS
4 @ 6.99
1/6 SMILEY FACE I
DART LID STRAW SI
4 @ 0.85
HAUSWALD'S BREAD
4 @ 70.49
NEWPORT MENTH BO
NEWPORT NON-MENT
MARLBORO BOX 100
MAVERICK MENTHOL
MAVERICK BOX 100
TAX
TAX EXEMPTION
**** BALANCE
**AMOUNT          $5**
CASH BACK $0
******      $**
DEBIT
CASH         5
CHANGE
TOTAL NUMBER OF ITEMS
05/11/18 09:42am 1 8 4

CUST: 30183155-GREEN A
ACCOUNT#: 40000261180

Thank You For Shoppin
STORE HOU
MON-FRI:6A-4P SAT:7A-
***********************
===Thank you for sho
***********************

**A.R. 732**

CASH & CARRY
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS LISA

TRANSACTION RETRIEVED
RETRIEVAL NUMBER:       3/9
30183155-GREEN APPLE GROCE40000261160
    UTZ CHEESE CURL          7.99 F
    SUPER CHILI FROST        6.25 F
    24 Beverage Containers
    SUPER CHILI GINGER       6.25 B
    24 Beverage Containers
    PEPSI                   10.99 B
    24 Beverage Containers
    PEPSI COLA               7.99 B
    MOUNTAIN DEW             7.99 B
    MT DEW                  10.99 B
    24 Beverage Containers
    SPRITE                  11.99 B
    24 Beverage Containers
    CLASSIC COKE             7.99 B
    HARIBO GOLD BEARS       13.65 B
4 @ 0.85
    HAUSWALD'S BREAD         3.40 F
    GUSHER'S VARIETY P      10.59 B
    CHEWY BERRY LEMONH       3.35 B
    AIRHEADS GREEN APP       4.69 B
    AIRHEADS WATERMELO       4.69 B
    TASTYKAKE ICED CUP       2.59 F
    TASTYKAKE KOFFEE K       2.59 F
    COCONUT JUNIORS          2.59 F
    NOW & LATER BLUE/R       3.59 B
4 @ 0.69
    RUTTER'S WHOLE MIL       2.76 F
4 @ 1.19
    RUTTER'S CHOCOLATE       4.76 F
    SPRITE                   7.99 B
    MAVERICK MENTHOL B      54.09 T
    NEWPORT MENTH BOX       70.49 T
5 @ 70.49
    NEWPORT MENTH BOX      352.45 T
    TAX                     35.39
    TAX EXEMPTION           35.39-
    **** BALANCE           627.70
    CASH                   628.00
    CHANGE                   0.30
OTAL NUMBER OF ITEMS SOLD =   38
20 Total Beverage Containers
. Green&Co Inc. ID:C-273-000
./08/18 09:31am 1 8 39 123

IST: 30183155-GREEN APPLE GROCERY &
CCOUNT# 40000261180

ank You For Shopping at Cash & Carry
STORE HOURS:
N-FRI:6A-4P SAT:7A-4P SUN:8A-4P
*******************************
==Thank you for shopping with us====
****************************

---

CASH & CARRY
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS LISA

TRANSACTION RETRIEVED
RETRIEVAL NUMBER:      3/64
30183155 GREEN APPLE GROCE40000261180
    DEER PARK SPRING W       7.25 B
    24 Beverage Containers
    LAFFY TAFFY ASSORT       6.79 B
4 @ 0.85
    HAUSWALD'S BREAD         3.40 F
10 @ 0.99
    PINI CHOCOLATE MIL       9.90 B
6 @ 0.69
    RUTTER'S WHOLE MIL       4.14 F
    PEPSI                   10.99 B
    24 Beverage Containers
    CLASSIC COKE             6.99 B
    24 Beverage Containers
2 @ 6.99
    SPRITE                  13.98 B
    24 Beverage Containers
    24 Beverage Containers
    SPRITE                  13.49 B
    24 Beverage Containers
    SWEDISH FISH RED         9.55 B
    ALL CRISP KOSHER P       5.39 F
    1 K CHOCOLATE BEL        2.59 F
    TASTYKAKE KANDY KA       2.59 F
    NEWPORT NON-MENTHO      56.19 T
    MAVERICK MENTHOL B      54.09 T
4 @ 70.49
    NEWPORT MENTH BOX      281.96 T
    TAX                     27.68
    TAX EXEMPTION           27.68-
    **** BALANCE           489.29
    CASH                   500.30
    CHANGE                  11.01
TOTAL NUMBER OF ITEMS SOLD =    37
144 Total Beverage Containers
B. Green&Co Inc. ID:C-273-000
05/03/18 10:48am 1 8 84 123

CUST: 30183155-GREEN APPLE GROCERY &
ACCOUNT#: 40000261180

Thank You For Shopping at Cash & Carry
STORE HOURS:
MON-FRI:6A-4P SAT:7A-4P SUN:8A-4P
*********************************
====Thank you for shopping with us====
*********************************

---



CASH & CARRY
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS PATRIC

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER        3/54
30183155-GREEN APPLE GROCE4(
2 @ 2.85
    RUTTER'S WHOLE MIL
3 @ 0.99
    PINI CHOCOLATE MIL
5 @ 1.19
    RUTTER'S CHOCOLATE
    PEPSI
    24 Beverage Containe
    SPRITE
    24 Beverage Containe
    SUPER CHILI GRAPE
    24 Beverage Container
    E-FRUTII MINI BURG
    BOSTON BAKED BEANS
2 @ 1.79
    RUTTER'S CHOCOLATE
    MT DEW
    24 Beverage Container
2 @ 1.15
    DARI FOAM CUP UNIT
    MAVERICK MENTHOL B
    NEWPORT NON-MENTHO
4 @ 70.49
    NEWPORT MENTH BOX
    TAX
    TAX EXEMPTION
    **** BALANCE
    CASH
    CASH
    CHANGE
TOTAL NUMBER OF ITEMS SOLD =
96 Total Beverage Containers
B. Green&Co Inc. ID:C-273-000
05/05/18 11:44am 1 8 80 241

CUST: 30183155-GREEN APPLE GROCI
ACCOUNT#: 40000261180

Thank You For Shopping at Cash &
STORE HOURS:
MON-FRI 6A-4P SAT:7A-4P SUN:8A-4
********************************
===Thank you for shopping with
**************************

**A.R. 733**

OUR CASHIER TODAY IS NICOLE B

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:      4/54
30183155-GREEN APPLE GROCE40000261180
4 @ 0.85
        HAUSWALD'S BREAD        3.40 F
        SPRITE                 10.99 B
        24 Beverage Containers
        SUPER CHILL FRUIT       5.99 F
        24 Beverage Containers
        MIKE & IKE BERRY B      3.99 F
        N&L SOFT BANANA         3.59 B
        MIKE & IKE ORIGIN       3.99 B
        8 LB BAG ICE            3.99 F
2 @ 1.39
        DART FOAM CUP UNIT      2.78 T
3 @ 1.79
        RUTTER'S CHOCOLATE      5.37 F
4 @ 1.49
        RUTTER'S HVD MILK       5.96 F
8 @ 0.69
        RUTTER'S WHOLE MIL      5.52 F
4 @ 0.99
        PINT CHOCOLATE MIL      3.96 F
4 @ 1.19
        RUTTER'S CHOCOLATE      4.76 F
        ARIZONA TEA W/ LEM     16.99 B
        24 Beverage Containers
        ARIZONA GREEN TEA      16.99 B
        24 Beverage Containers
4 @ 2.59
        RUTTER'S WHOLE MIL     10.36 F
        TASTYKAKE ICED CUP      2.59 F
        TASTYKAKE JELLY KR      2.59 F
        TASTYKAKE KOFFEE K      2.59 F
        MARLBORO BOX 100       66.49 T
        NEWPORT NON MENTHO     56.19 T
        MAVERICK MENTHOL B     54.09 T
        MAVERICK BOX 100'S     54.09 T
        MAVERICK MENTHOL B     54.09 T
        NEWPORT MENTHOL BO     65.45 T
8 @ 65.45
        NEWPORT MEN BOX 1     523.60 T
        TAX                    56.00
        TAX EXEMPTION          56.00-
****  BALANCE                 990.40
AMOUNT              $990.40
CASH BACK $0.00

€**********9320
        DEBIT                 990.40
        CHANGE                  0.00
TOTAL NUMBER OF ITEMS SOLD =    58
96 Total Beverage Containers
B. Green&Co Inc. ID:C-273-000
05/21/18 12:21pm 1 8 63 252

CUST  30183155-GREEN APPLE GROCERY &
ACCOUNT#  40000261180

Thank You For Shopping at Cash & Carry
        STORE HOURS:

---

**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS LISA

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER      4/22
30183155 GREEN APPLE GROCE40000261180
        UTZ CHEESE CURLS       12.99 F
        GUSHER'S VARIETY P     10.59 B
        ALI CRISP KOSHER P      5.39 F
        SUPER CHILL CREAM       5.99 F
        24 Beverage Containers
        SPRITE                 10.99 B
        24 Beverage Containers
        LD SWISS CAKE ROLL      2.35 F
        LD ZEBRA CAKE           2.35 F
        COSMIC BROWNIE          2.35 F
        MAVERICK MENTHOL B     54.09 T
4 @ 70.49
        NEWPORT MENTH BOX     281.96 T
        MARLBORO LIGHT BOX     66.49 T
        SUNLITE LIGHTERS        5.75 T
        WILD ROSES              4.65 T
        TAX                    26.08
        TAX EXEMPTION          26.08-
****  BALANCE                 465.94
AMOUNT              $465.94
CASH BACK $0.00

**********9320
        DEBIT                 465.94
        CHANGE                  0.00
TOTAL NUMBER OF ITEMS SOLD =    16
48 Total Beverage Containers
B. Green&Co Inc. ID:C-273-000
05/19/18 11:57am 1 8 62 123

CUST  30183155-GREEN APPLE GROCERY &
ACCOUNT#  40000261180

Thank You For Shopping at Cash & Carry
        STORE HOURS:
MON-FRI 6A-4P SAT:7A-4P SUN:8A-4P
**********************************
----Thank you for shopping with us====
**********************************

---

**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS LISA

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:      5/1
30183155-GREEN APPLE GROCE
2 @ 7.99
        PEPSI COLA
        SUPER CHILL GRAPE
        24 Beverage Contai
        SPRITE
        24 Beverage Contai
        BABY RUTH
        SUPER CHILL STRAWB
        24 Beverage Contai
        CLASSIC COKE
        24 Beverage Contai
        MOUNTAIN DEW
2 @ 7.99
        CLASSIC COKE
2 @ 7.99
        SPRITE
        SFT BATCH CHOC CHI
        TASTYKAKE ICED CUP
        COCONUT JUNIORS
        FRUIT BY THE FOOT
        NAB S/S NUTTER BUT
4 @ 0.99
        PINT CHOCOLATE MIL
4 @ 0.85
        HAUSWALD'S BREAD
2 @ 1.15
        DART FOAM CUP UNIT
4 @ 70.49
        NEWPORT MENTH BOX
        TAX
        TAX EXEMPTION
****  BALANCE
        CASH
        CASH
        CHANGE
TOTAL NUMBER OF ITEMS SOLD =
96 Total Beverage Containers
B. Green&Co Inc. ID:C-273-00
05/15/18 11:24am 1 8 60 123

CUST  30183155-GREEN APPLE G
ACCOUNT#  40000261180

Thank You For Shopping at Ca
        STORE HOURS:
MON-FRI:6A-4P SAT:7A-4P SUN:
****************************
----Thank you for shopping w
****************************

**A.R. 734**

**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS LISA

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:      3/52
30183155-GREEN APPLE GROCE40000261180
COCONUT JUNIORS         2.59 F
TASTYKAKE KANDY KA      2.59 F
MIKE & IKE JOLLY J      3.99 B
MIKE & IKE RED RAG      3.99 B
CLASSIC COKE            7.99 B
  24 Beverage Containers
SUPER CHILL COLA        5.99 B
  24 Beverage Containers
SPRITE                 10.99 B
  24 Beverage Containers
3 @ 2.79
FRESH STEP CAT LIT      8.37 T
ALPO PRIME CUT BEE     10.49 T
GATORADE FRUIT PUN     10.49 F
  12 Beverage Containers
MAVERICK MENTHOL B     54.09 T
NEWPORT NON-MENTHO     56.19 T
4 @ 70.49
NEWPORT MENTH BOX     281.96 T
TAX                    26.65
TAX EXEMPTION          26.65-
**** BALANCE          459.72
CASH                  200.00
CASH                  100.00
CASH                  100.00
CASH                   60.00
CHANGE                  0.28
TOTAL NUMBER OF ITEMS SOLD =    18
4 Total Beverage Containers
. Green&Co Inc. ID:C-273-000
5/23/18 10:22am 1 8 48 123

CUST: 30183155-GREEN APPLE GROCERY &
ACCOUNT#: 40000261180

Thank You For Shopping at Cash & Carry
          STORE HOURS:
MON-FRI:6A-4P SAT:7A-4P SUN:8A-4P
**********************************
===Thank you for shopping with us====
**********************************

---

**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS SANDRA

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:      4/60
30183155-GREEN APPLE GROCE40000261180
PARTY MIX              12.99 F
LINDENS BUTTER CRU      8.59 F
SUPER CHILL STRAWB      5.99 B
  24 Beverage Containers
SUPER CHILL CREAM       5.99 F
  24 Beverage Containers
GATORADE COOL BLUE     10.49 F
  12 Beverage Containers
CLEARFRUIT CHERRY      13.45 B
CLEAR FRUIT KIWI S     13.45 B
CLEARFRUIT STRAWBE     13.45 B
E-FRUITI MINI BURG      4.75 B
TASTYKAKE ICED CUP      2.59 F
TASTYKAKE KOFFEE K      2.59 F
TASTYKAKE BUTTERSC      2.59 F
HAT'S OFF CIGAR 10     15.95 T
2 @ 70.49
NEWPORT MENTH BOX     140.98 T
TAX                    12.49
TAX EXEMPTION          12.49-
**** BALANCE          253.85
**AMOUNT    $253.85**
CASH BACK $0.00

**************9320
DEBIT                 253.85
CHANGE                  0.00
TOTAL NUMBER OF ITEMS SOLD =    15
60 Total Beverage Containers
B. Green&Co Inc. ID:C-273-000
05/22/18 12:02pm 1 8 82 235

CUST: 30183155-GREEN APPLE GROCERY &
ACCOUNT#: 40000261180

Thank You For Shopping at Cash & Carry
          STORE HOURS
MON-FRI:6A-4P SAT:7A-4P SUN:8A-4P
**********************************
====Thank you for shopping with us====
**********************************

---

**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS PATRICI

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:      3/76
30183155-GREEN APPLE GROCE4(
GATORADE LEMON LIM
  12 Beverage Contain
TASTYKAKE CHOCOLAT
TASTYKAKE KANDY KA
ORANGE CRUSH
  24 Beverage Contain
3 @ 0.99
PINT CHOCOLATE MIL
4 @ 0.69
RUTTER'S WHOLE MIL
4 @ 1.49
RUTTER'S HVD MILK
2 @ 0.95
RUTTER'S ORANGE
UHR PATCH WATERME
GRAPE CRUSH
  24 Beverage Contain
SPRITE
  24 Beverage Contain
SUPER CHILL BLACK
  24 Beverage Contai
SUPER CHILL GINGER
  24 Beverage Contai
NEWPORT NON-MENTHO
4 @ 70.49
NEWPORT MENTH BOX
TAX
TAX EXEMPTION
**** BALANCE
CASH                   427
CHANGE
TOTAL NUMBER OF ITEMS SOLD
132 Total Beverage Containe
B. Green&Co Inc. ID:C-273-(
05/16/18 11:49am 1 8 74 24

CUST: 30183155-GREEN APPLE
ACCOUNT#: 40000261180

Thank You For Shopping at
          STORE HOURS:
MON-FRI:6A-4P SAT:7A-4P SU
*********************************
===Thank you for shopping
*********************************

**A.R. 735**

**Receipt 1 (left):**

CASH & CARRY
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
CASHIER TODAY IS PATRICIA

83155-GREEN APPLE GROCE40000261180
WILD ROSES                    4.65 T
SUNNY DELIGHT CTTR            7.89 F
HI-C VARIETY PK 40            9 99 B
   40 Beverage Containers
   0.95
RUTTER'S PUNCH                1.90 F
70.49
NEWPORT MENTH BOX          211.47 T
TAX                          13.57
TAX EXEMPTION                13.57-
** BALANCE                  235.90
CASH                        00 00
CHANGE        236           64.10
NUMBER OF ITEMS SOLD          8

tal Beverage Containers
een&Co Inc. ID:C-273-000
'18 12:41pm 1 8 55 241

30183155-GREEN APPLE GROCERY &
T#: 40000261180

You For Shopping at Cash & Carry
        STORE HOURS:
1:6A-4P SAT 7A-4P SUN:8A-4P
************************************
ank you for shopping with us----
************************************

---

**Receipt 2 (middle):**

1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS LISA

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:       4/44
30183155-GREEN APPLE GROCE40000261180
3 @ 1 79
   RUTTER'S CHOCOLATE        5.37 F
   MT DEW                   10 99 B
   24 Beverage Containers
   ORANGE CRUSH             10.99 B
   24 Beverage Containers
   SPRITE                   13 49 B
   24 Beverage Containers
   PEPSI                    10.99 B
   24 Beverage Containers
   DR PEPPER                10.99 B
   24 Beverage Containers
   SUPER CHILL COLA          6.25 B
   24 Beverage Containers
   SUPER CHILL PINEAP        6.25 F
   24 Beverage Containers
2 @ 6 99
   CLASSIC COKE             13.98 B
   24 Beverage Containers
   24 Beverage Containers
   CLASSIC COKE             13.49 B
   24 Beverage Containers
   DAVID NACHO CHEESE        6.49 F
4 @ 0.99
   PINT CHOCOLATE MIL        3.96 F
   FROOTIES PUNCH            4.39 B
   STRAWBERRY LEMONAD        4.39 B
   FROOTIES STRAWBERR        4.39 B
   TOOTSIE ROLL             4.39 B
   FROOTIES WATERMELO        4.39 B
   FROOTIES GRAPE            4.39 B
   FROOTIES BLUE RASP        4.39 B
9 @ 70.49
   NEWPORT MENTH BOX       281.96 T
   MAVERICK BOX 100'S        54.09 T
   SUNLITE LIGHTERS          5 75 T
2 @ 4 65
   WILD ROSES                9 30 T
   TAX                      28.38
   TAX EXEMPTION            28.38-
**** BALANCE               495.07
   CASH                    00 00
   CASH        495         260.00
   CASH                     80.00
AMOUNT        $55.07
CASH BACK $0.00

***********9320

   DEBIT                   55 07
   CHANGE                   0.00
TOTAL NUMBER OF ITEMS SOLD = 33
240 Total Beverage Containers
B. Green&Co Inc. ID:C-273-000
05/02/18 09:56am 1 8 47 123

CUST: 30183155-GREEN APPLE GROCERY &

---

**Receipt 3 (right):**

CASH & CARRY
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS PATRICIA

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:       5/14
30183155-GREEN APPLE GROCE400002
   SNO-CONE 24 CT            16
   TWIZZLER STRAWBERR        12
   POP UP ORANGE BURS        13
   SUPER CHILL BLACK          5
   24 Beverage Containers
   BLUE RIBBON COTTON         7
   KELL RICE KRISPIES         8
   OREOS S/S                  5
   CHARLESTON CHEWS           6
   MINIATURE PEANUT C        11
   HI-C VARIETY PK 40         8
   40 Beverage Containers
   NOW & LATER STRAWB         3
   SWEDISH FISH RED           9
   PWI CUP WATERMELON         7
   GARBERS NUT CONE          10
8 @ 0.99
   PINT CHOCOLATE MIL         7
2 @ 0.95
   RUTTER'S PUNCH             1
   MAVERICK MENTHOL B        54
5 @ 70.49
   NEWPORT MENTH BOX        352
2 @ 15.95
   HAT'S OFF CIGAR 10        31
   TAX                       29
   TAX EXEMPTION             29
**** BALANCE               578
AMOUNT        $578.32
CASH BACK $0.00

***********9320

   DEBIT                    578
   CHANGE                     0
TOTAL NUMBER OF ITEMS SOLD =   3:
64 Total Beverage Containers
B. Green&Co Inc. ID:C-273-000
05/24/18 11:55am 1 8 94 241

CUST: 30183155-GREEN APPLE GROCERY
ACCOUNT#: 40000261180

Thank You For Shopping at Cash & (
        STORE HOURS:
MON-FRI:6A-4P SAT:7A-4P SUN:8A-4P
************************************
----Thank you for shopping with us
************************************

**A.R. 736**





**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS CAITLYN

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:     2/22
30183155-GREEN APPLE GROCE40000261180
UTZ REGULAR CHIPS        12.99 F
PEPSI                    10.99 B
24 Beverage Containers
T.K. CHOCOLATE BEL        2.59 F
CHOCOLATE CREAM KA        2.59 F
TASTYKAKE CHOCOLAT        2.59 F
TASTYKAKE ICED CUP        2.59 F
CLASSIC COKE             10.99 B
24 Beverage Containers
2 @ 0.85
HAUSWALD'S BREAD          1.70 F
DART 24SL LIDS UNI        2.15 T
MAVERICK MENTHOL B       54.09 T
5 @ 70.49
NEWPORT MENTH BOX       352.45 T
TAX                      25.85
TAX EXEMPTION            25.85-
**** BALANCE            455.72
CASH                     56.00
CASH                    400.00
CHANGE                    0.28
TOTAL NUMBER OF ITEMS SOLD = 16
**48 Total Beverage Containers**
B. Green&Co Inc. ID:C-273-000
05/27/18 12:16pm 1 8 44 308

CUST: 30183155-GREEN APPLE GROCERY &
ACCOUNT# 40000261180

Thank You For Shopping at Cash & Carry
STORE HOURS:
MON-FRI:6A 4P SAT:7A-4P SUN:8A 4P
***************************************
----Thank you for shopping with us----
***************************************

---

**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS PATRICIA

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:     2/20
30183155-GREEN APPLE GROCE40000261180
6 @ 1.19
RUTTER'S CHOCOLATE        7.14 F
SUPER CHILL FRUIT         5.99 F
24 Beverage Containers
SUPER CHILL CREAM         5.99 F
24 Beverage Containers
MT.DEW                   10.99 B
24 Beverage Containers
PEPSI                    10.99 B
24 Beverage Containers
SPRITE                   10.99 B
24 Beverage Containers
SUNNY DELIGHT CITR        7.89 F
DEER PARK SPRING W        7.25 B
24 Beverage Containers
CHORE BOY COPPER S       22.59 T
3 @ 70.49
NEWPORT MENTH BOX       211.47 T
MARLBORO BOX 100         66.49 T
WILD ROSES                4.65 T
3 @ 1.59
RUTTERS BUTTERMILK        4.77 F
TAX                      20.73
TAX EXEMPTION            20.73-
**** BALANCE            377.20
MO  CASH                300.00
CASH                     77.20
CHANGE                    0.00
TOTAL NUMBER OF ITEMS SOLD = 22
**144 Total Beverage Containers**
B. Green&Co Inc. ID:C-273-000
05/26/18 11.26am 1 8 80 241

CUST: 30183155-GREEN APPLE GROCERY &
ACCOUNT# 40000261180

Thank You For Shopping at Cash & Carry
STORE HOURS:
MON-FRI:6A 4P SAT:7A-4P SUN:8A 4P
***************************************
----Thank you for shopping with us----
***************************************

---

CASH & C
1300 SOUTH
BALTIMOF
(410) 539
YOUR CASHIER TODAY I

TRANSACTION RETRI
RETRIEVAL NUMBER:
30183155-GREEN APPL
SPRITE
24 Beverage
DIET PEPSI
24 Beverage
MOUNTAIN DEW
SUPER CHILL
24 Beverage
SUPER CHILL S
24 Beverage
SUPER CHILL F
24 Beverage
GUSHER'S VARI
4 @ 1.19
RUTTER'S CHOC
4 @ 0.99
PINT CHOCOLAT
2 @ 0.69
RUTTER'S WHOL
DEER PARK SPR
24 Beverage
6 @ 0.85
HAUSWALD'S BR
4 @ 70.49
NEWPORT MENTH
NEWPORT MENTH
MARLBORO BOX
WILD ROSES
TAX
TAX EXEMPTION
**** BALANCE
**AMOUNT          $**
CASH BACK $0.00

**************
DEBIT
CASH
CHANGE
TOTAL NUMBER OF ITEMS
**144 Total Beverage Con**
B. Green&Co Inc. ID:C-
05/30/18 11:25pm 1 8 7

CUST: 30183155-GREEN A
ACCOUNT# 40000261 80

Thank You For Shopping
STORE HOURS
MON-FRI:6A-4P SAT:7A-4F
****************
----Thank you for shopp
**A:R: 737**********



**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
UR CASHIER TODAY IS CAITLYN

TRANSACTION RETRIEVED:
TRIEVAL NUMBER:      3/37
0183155-GREEN APPLE GROCE40000261180
@ 0.95
    RUTTER'S ORANGE        1.90 F
@ 0.95
    RUTTER'S PUNCH         1.90 F
    HI-C VARIETY PK 40     9.99 B
    40 Beverage Containers
    SUPER CHILL STRAWB     6.25 B
    24 Beverage Containers
    SUPER CHILL CREAM      6.25 F
    24 Beverage Containers
    SUPER CHILL COLA       6.25 B
    24 Beverage Containers
@ 1.99
    OODLES OF NOODLES      3.98 F
@ 1.99
    OODLES OF NOODLES      3.98 F
    MIKE & IKE ORIGIN      3.99 B
    CLASSIC COKE           7.99 B
    SPRITE                 7.99 B
    EVERFRESH ORANGE J    13.85 F
70.49
    NEWPORT MENTH BOX    281.96 T
    MAVERICK BOX 100'S    54.09 T
    NEWPORT NON-MENTHO    56.19 T
    MARLBORO LIGHT BOX    66.49 T
    TAX                   30.08
    TAX EXEMPTION         30.08-
  + BALANCE              533.05
    CASH                   0.10
    CASH                 200.00
    CASH                 200.00
    CASH                  75.00
    CHANGE                 2.05
  MBER OF ITEMS SOLD =      23
  l Beverage Containers
  &Co Inc. ID:C-273-000
  09:40am 1 8 38 308

  83155-GREEN APPLE GROCERY &
  40000261180

  For Shopping at Cash & Carry
    STORE HOURS:
  A-4P SAT:7A-4P SUN:8A-4P
  ****************************
  you for shopping with
  ****************************

---

**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS OCTAVIA

30183155-GREEN APPLE GROCE40000261180
    DEER PARK SPRING W     6.99 B
    40 Beverage Containers
    DEER PARK SPRING W     7.25 B
    24 Beverage Containers
    TAX                    0.86
    TAX EXEMPTION          0.86-
  **** BALANCE            14.24
    CASH                   4.25
    CASH                  20.00
    CHANGE                10.01
TOTAL NUMBER OF ITEMS SOLD =    2
**64 Total Beverage Containers**
B. Green&Co Inc. ID:C-273-000
05/10/18 11:33am 1 5 3 130

CUST: 30183155-GREEN APPLE GROCERY &
ACCOUNT#: 40000261180

Thank You For Shopping at Cash & Carry
    STORE HOURS:
MON-FRI:6A-4P SAT:7A-4P SUN:8A-4P
*********************************
====Thank you for shopping with us====
*********************************

---

BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS OCTA

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:      4/
30183155-GREEN APPLE GROC
10 @ 0.99
    PINT CHOCOLATE MIL
6 @ 0.69
    RUTTER'S WHOLE MIL
    8 LB BAG ICE
    HONEY BBQ CHIPS
    PEPSI COLA
    MOUNTAIN DEW
    CLASSIC COKE
    CLASSIC COKE
    24 Beverage Contain
    SPRITE
    24 Beverage Contair
    SUNNY DELIGHT CITR
    CRUSH GRAPE
    24 Beverage Contain
    24
    HAUSWALD'S BREAD
    SPRITE
    T K CHOCOLATE BEL
    TASTYKAKE CANDY KA
    KLEIN RICE KRISPIES
    LINDENS BUTTER CRU
    OREOS S/S
    CHOCOLATE CHIP COO
2 @ 1.39
    DART FOAM CUP UNIT
2 @ 15.95
    HAT'S OFF CIGAR 10
4 @ 70.49
    NEWPORT MENTH BOX
    TAX
    TAX EXEMPTION
  **** BALANCE
**AMOUNT        $250.**
CASH BACK $0.00
  ***********9320
    DEBIT               2
    CASH                2
    CHANGE
TOTAL NUMBER OF ITEMS SOLD
**72 Total Beverage Containers**
B. Green&Co Inc. ID:C-273-000
05/10/18 10:46am 1 8 77 130

CUST: 30183155-GREEN APPLE GROCE
ACCOUNT#: 40000261180

Thank You For Shopping at Cash &
    STORE HOURS:
MON-FRI:6A-4P SAT:7A-4P SUN:8A-4P
*********************************
====Thank you for shopping with u
*********************************

**A.R. 738**

## Receipt 1 (left)

```
        1300 SOUTH MONROE
          BALTIMORE, MD
          (410) 539-6134
YOUR CASHIER TODAY IS PATRICIA

   TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:      3/72
30183155-GREEN APPLE GROCE40000261180
2 @ 2.95
        RUTTER'S WHOLE MIL      5.90 F
2 @ 1.55
        RUTTER'S HVO MILK       3.10 F
3 @ 1 23
        RUTTER'S CHOCOLATE      3.69 F
        SUPER CHILL GINGER      6.25 B
        24 Beverage Containers
        PEPSI COLA              7.99 B
2 @ 2 25
        OODLES OF NOODLES       4.50 F
        DEER PARK SPRING W      6.99 B
        24 Beverage Containers
        PEPSI CUBE              7.99 B
        24 Beverage Containers
        HERB'S RED HOT SAU     14.99 F
        SUNNY DELIGHT CITR      7.89 F
        SPRITE                 12.99 B
        CLASSIC COKE            9.99 B
        HONEY BBQ CHIPS        12.99 F
        Utz Thin Pretzels      13.49 T
4 @ 0.85
        HAUSWALD'S BREAD        3.40 F
        MARLBORO LIGHT BOX     66.59 T
        MARLBORO BOX 100       66.59 T
        NEWPORT NON-MENTHO     56.29 T
        NEWPORT MENTH BOX      70.59 T
4 @ 70.49
        NEWPORT MENTH BOX     281.96 T
        TAX                    36.47
        TAX EXEMPTION          36.47-
  **** BALANCE               664.17
        CASH                  200.00
        CASH                  300.00
        CASH                  120.00
AMOUNT           $44.17
CASH BACK $0.00
(************9320
        DEBIT                  44.17
        CHANGE                  0.00
TOTAL NUMBER OF ITEMS SOLD =     31
? Total Beverage Containers
  Green&Co Inc. ID:C-273-000
 /27/18 12:50pm 1 8 79 241

CUST: 30183155-GREEN APPLE GROCERY &
COUNT#: 40000261180

ank You For Shopping at Cash & Carry
       STORE HOURS:
 I FRI:6A-4P SAT:7A-4P SUN:8A-4P
 *************************************
 =Thank you for shopping with us====
 *************************************
```

## Receipt 2 (middle)

```
          CASH & CARRY
        1300 SOUTH MONROE
          BALTIMORE, MD
          (410) 539-6134
YOUR CASHIER TODAY IS WANDA

   TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:      3/39
30183155-GREEN APPLE GROCE40000261180
3 @ 2.95
        RUTTER'S WHOLE MIL      8.85 F
2 @ 1.83
        RUTTER'S CHOCOLATE      3.66 F
        SUPER CHILL BLACK       6.25 F
        24 Beverage Containers
        SUPER CHILL PINEAP      6.25 F
        24 Beverage Containers
        SUPER CHILL CREAM       6.25 F
        24 Beverage Containers
        SPRITE                 11.99 B
        24 Beverage Containers
        1/8 BLACK BAG           6.99 T
        AIR HEADS STRAWBER      4.69 B
        AIRHEADS WATERMELO      4.69 B
        AIRHEADS BLUE RASP      4.69 B
        SWEDISH FISH           14.25 B
        TWIX CARAMEL           22.89 B
        MIKE & IKE ORIGIN       2.99 B
        PEPSI COLA              8.99 B
        ESSNEVERY VEGETABL     22.39 F
        MT.DEW                 10.99 B
        24 Beverage Containers
5 @ 0.85
        HAUSWALD'S BREAD        4.25 F
        MAVERICK MENTHOL B     54.19 T
5 @ 70.49
        NEWPORT MENTH BOX     352.45 T
        NEWPORT MENTH BOX      70.59 T
        BIC LIGHTERS 50CT      43.25 T
        TAX                    36.82
        TAX EXEMPTION          36.82-
  **** BALANCE               671.54
AMOUNT          $671.54
CASH BACK $0 00
************9320
        DEBIT                 671.54
        CHANGE                  0.00
TOTAL NUMBER OF ITEMS SOLD =     32
120 Total Beverage Containers
B. Green&Co Inc. ID:C-273-000
06/25/18 10:26am 1 8 59 256

CUST: 30183155-GREEN APPLE GROCERY &
ACCOUNT#: 40000261180

Thank You For Shopping at Cash & Carry
       STORE HOURS:
MON-FRI:6A-4P SAT:7A-4P SUN:8A-4P
*************************************
===-Thank you for shopping with us====
*************************************
```

## Receipt 3 (right)

```
          CASH & CARRY
        1300 SOUTH MONRO
          BALTIMORE, MD
          (410) 539-6134
YOUR CASHIER TODAY IS PATR

   TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:      4/
30183155-GREEN APPLE GROC
        SCHWEPPES GINGER A
        MOUNTAIN DEW
2 @ 7 99
        PEPSI COLA
        UTZ REGULAR CHIPS
        SUPER CHILL COLA
        24 Beverage Contai
2 @ 2 95
        RUTTER'S WHOLE MIL
6 @ 1 23
        RUTTER'S CHOCOLATE
        DEER PARK SPRING W
        40 Beverage Contai
        ESSNEVERY BBQ SAUC
        AIRHEADS BLUE RASP
        ALL CRISP KOSHER P
        HERB'S RED HOT SAU
2 @ 0.85
        HAUSWALD'S BREAD
        SUNLITE LIGHTERS
4 @ 70.49
        NEWPORT MENTH BOX
        NEWPORT MENTH BOX
        NEWPORT NON-MENTHO
        MAVERICK MENTHOL B
        TAX
        TAX EXEMPTION
  **** BALANCE
        CASH
        CASH
        CASH       575
        CASH
        CASH
        CHANGE
TOTAL NUMBER OF ITEMS SOLD =
64 Total Beverage Containers
B. Green&Co Inc. ID:C-273-000
06/05/18 12.35pm 1 8 96 241

CUST: 30183155-GREEN APPLE GROC
ACCOUNT#: 40000261180

Thank You For Shopping at Cash
       STORE HOURS:
MON-FRI 6A-4P SAT:7A-4P SUN 8A-
*************************************
----Thank you for shopping with
*************************************
```

**A.R. 739**

## Receipt 1

CASH & CARRY
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS PATRICIA

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:        1/63
30183155-GREEN APPLE GROCE40000261180
2 @ 0.95
    RUTTER'S BLUE RASP       1.90 F
2 @ 0.95
    RUTTER'S ORANGE          1.90 F
2 @ 0.95
    RUTTER'S PUNCH           1.90 F
2 @ 2.95
    RUTTER'S WHOLE MIL       5.90 F
    PEPSI COLA               7.99 B
    MOUNTAIN DEW             7.99 B
    CLASSIC COKE             9.99 B
    SPRITE                  12.99 B
    SUNNY DELIGHT CITR       7.89 F
    TASTYKAKE BUTTERSC       2.59 F
    SUPER CHILL COLA         6.25 B
    24 Beverage Containers
    SUPER CHILL CREAM        6.25 F
    24 Beverage Containers
    SUPER CHILL ROOTBE       6.25 B
    24 Beverage Containers
    SUPER CHILL GRAPE        6.25 B
    24 Beverage Containers
    WILD ROSES               4.65 T
    LUXURY LIGHTS LIGH       4.55 T
4 @ 70.49
    NEWPORT MENTH BOX      281.96 T
    MAVERICK MENTHOL B      54.19 T
    TAX                     24.19
    TAX EXEMPTION           24.19-
    **** BALANCE           431.39

# AMOUNT      $200.00

CASH BACK $0.00

# ***********9320

    DEBIT                  200.00
    CASH                   232.00
    CHANGE                   0.61
TOTAL NUMBER OF ITEMS SOLD =    25
96 Total Beverage Containers
B. Green&Co Inc. ID:C-273-000
06/30/18 12:53pm 1 8 95 241

CUST: 30183155-GREEN APPLE GROCERY &
ACCOUNT#: 40000261180

Thank You For Shopping at Cash & Carry
STORE HOURS:
MON-FRI:6A-4P SAT:7A-4P SUN:8A-4P
*************************************
====Thank you for shopping with us====
*************************************

## Receipt 2

CASH & CARRY
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS PATRICIA

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:        5/18
30183155-GREEN APPLE GROCE40000261180
    ALL CRISP KOSHER P       5.75 F
    TASTYKAKE BANANA J       2.59 F
2 @ 2.35
    COSMIC BROWNIE           4.70 F
    L D STAR CRUNCH LA       4.69 F
    SAUDER GRADE A LAR      18.99 F
    SPRITE                  10.99 B
    24 Beverage Containers
    MOUNTAIN DEW BAJA       15.99 B
    24 Beverage Containers
    MINUTE MAID WATERM      10.99 B
    24 Beverage Containers
    MINUTE MAID PEACH       10.99 B
    24 Beverage Containers
    MINUTE MAID ORANGE      10.99 B
    24 Beverage Containers
    SNO-CONE 24 CT          16.99 F
    7LB BAG ICE              4.79
2 @ 1.15
    DART FOAM CUP UNIT       2.30 T
4 @ 70.49
    NEWPORT MENTH BOX      281.96 T
    NEWPORT NON-MENTHO      56.29 T
    TAX                     24.03
    TAX EXEMPTION           24.03-
    **** BALANCE           459.00
    CASH                   460.00
    CHANGE                   1.00
TOTAL NUMBER OF ITEMS SOLD =    20
120 Total Beverage Containers
B. Green&Co Inc. ID:C-273-000
06/29/18 02:44pm 1 8 136 241

CUST: 30183155-GREEN APPLE GROCERY &
ACCOUNT#: 40000261180

Thank You For Shopping at Cash & Carry
STORE HOURS:
MON-FRI:6A-4P SAT:7A-4P SUN:8A-4P
*************************************
====Thank you for shopping with us====
*************************************

## Receipt 3

CASH & CARR
1300 SOUTH MO
BALTIMORE,
(410) 539-61
YOUR CASHIER TODAY IS P

TRANSACTION RETRIEVE
RETRIEVAL NUMBER:
30183155-GREEN APPLE (
    SALT&VINEGAR CI
2 @ 1.83
    RUTTER'S CHOCO
3 @ 0.75
    RUTTER'S WHOLE
6 @ 0.99
    PINT CHOCOLATE
    PEDIGREE CHOIC
    CLASSIC COKE
    24 Beverage C
    TASTYKAKE JELL
    TASTY KAKE BTR
    TASTYKAKE KOFF
    TASTYKAKE BUTT
    M&M PEANUT
    REESES CUP
    SPRITE
    24 Beverage (
    PEPSI COLA
    SUPER CHILL CH
    24 Beverage (
3 @ 0.85
    HAUSWALD'S BRI
    WILD ROSES
    CUTEX TWEEZER
    MAVERICK MENT
    MAVERICK BOX
    MAVERICK MENT
4 @ 70.49
    NEWPORT MENTH
    TAX
    TAX EXEMPTION
    **** BALANCE
    CASH
    CASH
    CASH
    CHANGE
TOTAL NUMBER OF ITEM
72 Total Beverage Con
B. Green&Co Inc. ID:(
06/28/18 01:36pm 1 8

CUST: 30183155-GREEN
ACCOUNT#: 4000026118

Thank You For Shoppi
STORE HO
MON-FRI:6A-4P SAT:7A
*************************
====Thank you for sh

A.R. 740 ***********



**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS PATRICIA

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:     1/19
30183155-GREEN APPLE GROCE40000261180
2 @ 0.89
    RUTTER'S GRAPE          1.78 F
2 @ 0.89
    RUTTER'S PUNCH          1.78 F
3 @ 2.95
    RUTTER'S WHOLE MIL      8.85 F
@ 1.23
    RUTTER'S CHOCOLATE      2.46 F
    MARLBORO BOX 100       66.59 T
    NEWPORT NON-MENTHO     56.29 T
@ 70.49
    NEWPORT MENTH BOX     281.96 T
    MAVERICK MENTHOL B     54.19 T
    WILD ROSES              4.65 T
    EE REUSABLE BAGS        0.20 T
    TAX                    27.84
    TAX EXEMPTION          27.84-
*** BALANCE               478.75
    CASH                  150.00
    CASH                  260.00
    CASH                   69.00
    CHANGE                  0.25
NUMBER OF ITEMS SOLD =       18
/18 12:02pm 1 8 44 241

30183155-GREEN APPLE GROCERY &
IT#: 40000261180

You For Shopping at Cash & Carry
      STORE HOURS:
1 6A-4P SAT 7A 4P SUN 8A 4P
*******************************
nk you For shopping with us----
*******************************

---

**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS SANDRA

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:     3/87
30183155-GREEN APPLE GROCE40000261180
    SUPER CHILL PINEAP      6.25 F
    24 Beverage Containers
    SUPER CHILL FRUIT       6.25 F
    24 Beverage Containers
    BUMBLEBEE CHUNK LT     25.99 F
4 @ 1 55
    RUTTER'S HVD MILK       6.20 F
3 @ 0.75
    RUTTER'S WHOLE MIL      2.25 F
2 @ 0.99
    PINT CHOCOLATE MIL      1.98 F
    CHOCOLATE CREAM KA      2.59 F
    TASTYKAKE KOFFEE K      2.59 F
    TASTYKAKE CHOCOLAT      2.59 F
    LE CREAM FILLED BT      2.59 F
    TASTYKAKE BUTTERSC      2.59 F
    TASTYKAKE JELLY KR      2.59 F
    FRUIT BY THE FOOT      11.35 B
5 @ 70.49
    NEWPORT MENTH BOX     352.45 T
    MARLBORO BOX 100       66.59 T
    MAVERICK BOX 100'S     54.19 T
    NEWPORT NON-MENTHO     56.29 T
    MAVERICK MENTHOL B     54.19 T
    SUNLITE LIGHTERS        5.75 T
    WILD ROSES              4.65 T
    TAX                    36.33
    TAX EXEMPTION          36.33-
**** BALANCE              669.92
    CASH                   50.00
    CASH                  300.00
    CASH                  150.00
    CASH                  150.00

**AMOUNT      $19.92**
CASH BACK $0.00

**\*\*\*\*\*\*\*\*\*\*\*9320**
    DEBIT                  19.92
    CHANGE                  0.00
TOTAL NUMBER OF ITEMS SOLD =   30
**48 Total Beverage Containers**
B. Green&Co Inc. ID:C-273-000
06/21/18 01:24pm 1 8 92 235

CUST: 30183155-GREEN APPLE GROCERY &
ACCOUNT#: 40000261180

Thank You For Shopping at Cash & Carry
      STORE HOURS:
MON-FRI 6A-4P SAT 7A-4P SUN 8A-4P
*****************************
====Thank you for shopping with us====
*****************************

---



**CASH & CARRY**
1300 SOUTH MONR
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS PAT

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:     2/
30183155-GREEN APPLE GROC
3 @ 0.85
    HAUSWALD'S BREAD
    SUNNY DELIGHT CITR
2 @ 1 99
    PURINA KITTEN CHOW
    HI-C VARIETY PK 40
    40 Beverage Conta
    TASTYKAKE KANDY KA
3 @ 2.79
    FRESH STEP CAT LIT
8 @ 65.55
    NEWPORT MENT BOX 1
    NEWPORT MENTHOL BO
    TAX
    TAX EXEMPTION
**** BALANCE
    CASH
    CASH
    CHANGE
TOTAL NUMBER OF ITEMS SOLD
**40 Total Beverage Container**
B. Green&Co Inc. ID:C-273-0
06/22/18 12:36pm 1 8 89 241

CUST 30183155-GREEN APPLE
ACCOUNT#: 40000261180

Thank You For Shopping at C
      STORE HOURS:
MON-FRI 6A-4P SAT 7A-4P SUN
*****************************
====Thank you for shopping (
*****************************

**A.R. 741**

CASH & CARRY
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS PATRICIA

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:          5/26
30183155-GREEN APPLE GROCE40000261180
        SUPER CHILL GRAPE        6.25 B
        24 Beverage Containers
        SUPER CHILL STRAWB        6.25 B
        24 Beverage Containers
        SUPER CHILL CREAM         6.25 F
        24 Beverage Containers
@ 0.85
        HAUSWALD'S BREAD          2.55 F
@ 0.75
        RUTTER'S WHOLE MIL        4.50 F
@ 1.23
        RUTTER'S CHOCOLATE        3.69 F
@ 70.49
        NEWPORT MENTH BOX       352.45 T
        MARLBORO BOX 100         66.49 T
        TAX                      25.89
        TAX EXEMPTION            25.89-
****  BALANCE                   448.43
        CASH                    100.00
        CASH                    100.00
        CASH                    100.00
        CASH                    100.00
        CASH                     50.00
        CHANGE                    1.57
NUMBER OF ITEMS SOLD =      21
Total Beverage Containers
een&Co Inc. ID:C-273-000
/18 10:53am 1 8 36 241

30183155-GREEN APPLE GROCERY &
JT#: 40000261180

You For Shopping at Cash & Carry
        STORE HOURS:
I:6A-4P SAT:7A-4P SUN:8A-4P
*******************************
ank you for shopping with us====
*******************************


CASH & CARRY
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS SANDRA

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:          1/55
30183155-GREEN APPLE GROCE40000261180
2 @ 2.95
        RUTTER'S WHOLE MIL        5.90 F
2 @ 4.75
        E-FRUITI MINI BURG        9.50 B
        AIRHEADS GREEN APP        4.69 B
        SUPER CHILL COLA          6.25 B
        24 Beverage Containers
        SUPER CHILL BLACK         6.25 F
        24 Beverage Containers
        SNO-CONE 24 CT           16.99 F
        LINDENS BUTTER CRU        8.59 F
        CLEAR FRUIT KIWI S       13.45 B
        LINDEN CHOC CHIP C        8.59 F
        CLEARFRUIT STRAWBE       13.45 B
2 @ 0.89
        RUTTER'S ORANGE           1.78 F
2 @ 0.89
        RUTTER'S PUNCH            1.78 F
        AIRHEADS BITES FRU       11.99 B
        SWEDISH FISH RED          9.55 B
        UTZ SOUR CREAM & O       12.99 F
        WHITE CHEDDAR POPC       12.99 F
2 @ 1.15
        DART FOAM CUP UNIT        2.30 T
        NEWPORT NON-MENTHO       56.19 T
        MAVERICK MENTHOL B       54.09 T
3 @ 70.49
        NEWPORT MENTH BOX       211.47 T
        TAX                      23.58
        TAX EXEMPTION            23.58-
****  BALANCE                   468.79
        CASH                    470.00
        CHANGE                    1.21
TOTAL NUMBER OF ITEMS SOLD       27
48 Total Beverage Containers
B. Green&Co Inc. ID:C-273-000          469
06/18/18 12:55pm 1 8 84 235

CUST: 30183155-GREEN APPLE GROCERY &
ACCOUNT#: 40000261180

Thank You For Shopping at Cash & Carry
        STORE HOURS:
MON-FRI:6A-4P SAT:7A-4P SUN:8A-4P
*******************************
====Thank you for shopping with us====
*******************************


CASH & CARRY
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS PATRIC

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:          6/33
30183155 GREEN APPLE GROCE4(
        TASTYKAKE JELLY KR
        TASTYKAKE KOFFEE K
        I.K CHOCOLATE DEL
        TASTYKAKE BUTTERSC
        UTZ RED HOT POTATO
        SUPER CHILL GRAPE
        24 Beverage Containe
        SUPER CHILL ROOTBE
        24 Beverage Containe
        SUPER CHILL STRAWB
        24 Beverage Containe
        SPRITE
        24 Beverage Containe
4 @ 0.99
        PINT CHOCOLATE MIL
3 @ 0.75
        RUTTER'S WHOLE MIL
        PEPSI COLA
        KELL RICE KRISPIES
3 @ 1.75
        DART FOAM CUP UNIT
        DART LID STRAW SLO
        MARLBORO LIGHT BOX
2 @ 70.49
        NEWPORT MENTH BOX
        TAX
        TAX EXEMPTION
****  BALANCE
        CASH
        CHANGE
TOTAL NUMBER OF ITEMS SOLD -
96 Total Beverage Containers
B. Green&Co Inc. ID:C-273-00(
06/23/18 01 32pm 1 8 84 241

CUST: 30183155-GREEN APPLE GF
ACCOUNT#: 40000261180

Thank You For Shopping at Cas
        STORE HOURS:
MON-FRI:6A-4P SAT:7A-4P SUN:8
*******************************
====Thank you for shopping wi
*******************************

**A.R. 742**





**Receipt 1 (left column):**

```
CASH & CARRY
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS CAITLYN

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:     4/53
30183155-GREEN APPLE GRUCE40000261180
3 @ 0.85
      HAUSWALD'S BREAD        2.55 F
2 @ 2.95
      RUTTER'S WHOLE MIL      5.90 F
3 @ 1.55
      RUTTER'S HVD MILK       4.65 F
3 @ 1.09
      RUTTER'S WHOLE MIL      3.27 F
      PEPSI                  10.99 B
      24 Beverage Containers
      CLASSIC COKE            9.99 B
      OREOS S/S               5.49 F
      KELL RICE KRISPIES      8.99 F
      NAB S/S NUTTER BUT      5.49 F
      T.K. CHOCOLATE BEL      2.59 F
      TASTYKAKE KOFFEE K      2.59 F
      M&M PEANUT             26.99 F
      1/10 WHITE BAG 150     12.95
4 @ 70.49
      NEWPORT MENTH BOX     281.96
      NEWPORT MENTH BOX      70.49
      WILD ROSES              4.65
      SUNLITE LIGHTERS        5.75
      TAX                    25.43
      TAX EXEMPTION          25.43-
**** BALANCE              465.29
      CASH                  470.00
      CHANGE                  4.71
TOTAL NUMBER OF ITEMS SOLD =   27
24 Total Beverage Containers
1. Green&Co Inc. ID:C-273-000
06/15/18 11:01am 1 8 56 308

UST: 30183155-GREEN APPLE GROCERY &
CCOUNT#: 40000261180

Thank You For Shopping at Cash & Carry
          STORE HOURS:
UN-FRI:6A-4P SAT:7A-4P SUN:8A-4P
************************************
**Thank you for shopping with us**
************************************
```

**Receipt 2 (middle column):**

```
CASH & CARRY
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS LISA M

30058537-GREEN APPLE GROCE40000261180
4 @ 68.55
      NEWPORT MENTH BOX     274.20 T
4 @ 0.85
      HAUSWALD'S BREAD        3.40 F
      TAX                    16.46
      TAX EXEMPTION          16.46-
**** BALANCE              277.60
      CASH                  280.00
      CHANGE                  2.40
TOTAL NUMBER OF ITEMS SOLD =   8
06/27/17 03:27pm 1 8 114 227

UST: 30058537-GREEN APPLE GROCERY &
ACCOUNT#: 40000261180

Thank You For Shopping at Cash & Carry
          STORE HOURS:
MON-FRI 6A-4P SAT 7A-4P SUN:8A-4P
************************************
----Thank you for shopping with us----
************************************
```

**Receipt 3 (right column):**

```
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS LISA

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER       3/83
30183155-GREEN APPLE GROCE4C
      SUPER CHILL ROOTBE
      24 Beverage Containe
      SUPER CHILL ORANGE
      24 Beverage Containe
      SUPER CHILL CREAM
      24 Beverage Containe
      MOUNTAIN DEW
2 @ 7.99
      PEPSI COLA
      CRUSH ORANGE
      24 Beverage Container
      CRUSH GRAPE
      24 Beverage Container
      LINDENS BUTTER CRU
      TASTYKAKE KOFFLE K
      TASTYKAKE BUTTERSC
      T.K CHOCOLATE BEL
      CHOCOLATE CREAM KA
      FRUIT BY THE FOOT
      TASTYKAKE ICED CUP
      HARIBO GOLD BEARS
      CLEARFRUIT CHERRY
      CLASSIC COKE
      24 Beverage Containers
      SPRITE
      24 Beverage Containers
2 @ 2.95
      RUTTER'S WHOLE MIL
4 @ 0.99
      PINT CHOCOLATE MIL
4 @ 0.75
      RUTTER'S WHOLE MIL
5 @ 70.49
      NEWPORT MENTH BOX       3
      CLEAR WRAPPED STRA
      TAX
      TAX EXEMPTION
**** BALANCE
      CASH
      CASH
      CASH
      CHANGE
TOTAL NUMBER OF ITEMS SOLD =
168 Total Beverage Containers
B. Green&Co Inc. ID:C-273-000
06/06/18 11:28am 1 8 66 123

CUST: 30183155-GREEN APPLE GROCE
ACCOUNT#: 40000261180

Thank You For Shopping at Cash &
          STORE HOURS:
MON-FRI 6A-4P SAT 7A-4P SUN:8A-4P
************************************
----Thank you for shopping with u
```

**Receipt 1 (left):**

```
.... SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
CASHIER TODAY IS CAITLYN

ANSACTION RETRIEVED:
EVAL NUMBER:      1/45
3155-GREEN APPLE GROCE40000261180
  PEPSI COLA          7.99 B
  MOUNTAIN DEW        7.99 B
  DEER PARK SPRING W  7.25 B
  24 Beverage Containers
  SUPER CHILL CREAM   6.25 F
  24 Beverage Containers
  YOO HOO CHOCOLATE  15.99 B
  TASTYKAKE LEMON JU  2.25 F
  TASTYKAKE ICED CUP  2.25 F
59
  RUTTERS BUTTERMILK  3.18 F
).49
  NEWPORT MENTH BOX 281.96 T
  MARLBORO BOX 100   66.49 T
  MAVERICK MENTHOL B 54.09 T
  HAI'S OFF CIGAR 10 15.95 T
55
  WILD ROSES          9.30 T
TAX                  28.03
TAX EXEMPIION        28.03-
BALANCE             480.94
CASH                 50.00
CASH                230.00
CASH                  0.04
CASH                205.00
CHANGE                4.10
IBER OF ITEMS SOLD =   18
Beverage Containers
Co Inc. ID:C-273-000
01:06pm 1 8 56 308

33155-GREEN APPLE GROCERY &
40000261180

For Shopping at Cash & Carry
STORE HOURS:
-4P SAT 7A-4P SUN 8A-4P
*******************************
.ou for shopping with us-....
*******************************
```

**Receipt 2 (middle):**

```
CASH & CARRY
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS WANDA

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:    5/27
30183155-GREEN APPLE GROCE40000261180
  UTZ REGULAR CHIPS  12.99 F
  UTZ CHEESE CURLS   12.99 F
  PEPSI              10.99 B
  24 Beverage Containers
  SPRITE             11.99 B
  24 Beverage Containers
  SUPER CHILL FRUIT   6.25 F
  24 Beverage Containers
  SUPER CHILL ORANGE  6.25 B
  24 Beverage Containers
  TASTYKAKE CHOCOLAT  2.25 F
  BOSTON BAKED BEANS  3.35 B
4 @ 2.69
  ALLEY CAT CHICK &  10.76 T
  MARLBORO BOX 100   66.49 T
4 @ 70.49
  NEWPORT MENTH BOX 281.96 T
  TAX                23.51
  TAX EXEMPTION      23.51-
**** BALANCE        426.27
AMOUNT        $130.27
CASH BACK $0.00
*************9320
  DEBIT             130.27
  CASH              300.00
  CHANGE              4.00
TOTAL NUMBER OF ITEMS SOLD =   17
96 Total Beverage Containers
B. Green&Co Inc. ID:C-273-000
06/13/18 01:15pm 1 8 95 256

CUST: 30183155-GREEN APPLE GROCERY &
ACCOUNT#: 40000261180

Thank You For Shopping at Cash & Carry
STORE HOURS:
MON-FRI:6A-4P SAT:7A-4P SUN:8A-4P
********************************
====Thank you for shopping with us====
********************************
```

**Receipt 3 (right):**

```
CASH & CARRY
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS OCTAVIA

30183155-GREEN APPLE GROCE40000261
  NEWPORT MENTH BOX  70.5
2 @ 70.49
  NEWPORT MENTH BOX 140.9
  TAX                12.7
  TAX EXEMPTION      12.7
**** BALANCE        211.5
  CASH              220.0
  CHANGE              8.4
TOTAL NUMBER OF ITEMS SOLD =    3
06/29/18 08:12am 1 8 21 130

CUST: 30183155-GREEN APPLE GROCERY :
ACCOUNT#: 40000261180

Thank You For Shopping at Cash & Car
STORE HOURS:
MON-FRI:6A-4P SAT:7A-4P SUN:8A-4P
********************************
====Thank you for shopping with us=:
********************************
```

A.R. 744





**Receipt 1 (left)**

```
CASH & CARRY
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
HIER TODAY IS LISA

ACTION RETRIEVED.
L NUMBER:          2/9
5-GREEN APPLE GROCE40000261180
DAVID NACHO CHEESE      6.49 F
PEDIGREE DUG FOOD      10.99 T
ALPO PRIME CUT BEE     10.49 T
DEER PARK SPRING W      6.99 B
 40 Beverage Containers
SUNNY DELIGHT CITR      7.89 F
DIET PEPSI              7.99 B
 24 Beverage Containers
Utz Thin Pretzel       13.49 T
UTZ SOUR CREAM & O     12.99 F
SUPER CHILL GRAPE       6.25 B
 24 Beverage Containers
SUPER CHILL ORANGE      6.25 B
 24 Beverage Containers
MOUNTAIN DEW            7.99 B
SUPER BUBBLE 3-FLA      8.15 B
99
PINT CHOCOLATE MIL      3.96 F
8 LB BAG ICE            3.99 F
MAVERICK MENTHOL B     54.09 T
.49
NEWPORT MENTH BOX     281.96 T
TAX                    24.88
TAX EXEMPTION          24.88-
BALANCE               449.96
COINSTAR CHITS        334.52
CASH                  116.00
CHANGE                  0.56
NUMBER OF ITEMS SOLD =    22
 al Beverage Containers
:n&Co Inc. ID:C-273-000
 8 11:32am 1 8 72 1
30183155-GREEN APPLE GROCERY &
r#: 40000261180

You For Shopping at Cash & Carry
     STORE HOURS:
I:6A-4P SAT:7A-4P SUN:8A-4P
*************************************
ank you for shopping with us====
*************************************
```

**Receipt 2 (center)**

```
CASH & CARRY
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS PATRICIA

30183155-GREEN APPLE GROCE400002611 0
 MARLBORO LIGHT BOX    66.49 T
 MARLBORO BOX 100      66.49 T
3 @ 70.49
 NEWPORT MENTH BOX    211.47 T
 UTZ BBQ POTATO CHI    12.99 F
2 @ 2.95
 RUITER'S WHOLE MIL     5.90 F
3 @ 1.55
 RUITER'S HVD MILK      4.65 F
 ARIZONA SWEET TEA     15.99 B
 24 Beverage Containers
 PEPSI                 11.99 B
 24 Beverage Containers
 TAX                   22.35
 TAX EXEMPTION         22.35-
**** BALANCE          395.97
 CASH                 400.02
 CHANGE                 4.05
TOTAL NUMBER OF ITEMS SOLD =   13
48 Total Beverage Containers
B. Green&Co Inc. ID:C-273-000
06.10/18 12:41pm 1 8 62 241

CUST. 30183155-GREEN APPLE GROCERY &
ACCOUNT#: 40000261180

Thank You For Shopping at Cash & Carry
      STORE HOURS:
MON-FRI:6A-4P SAT:7A-4P SUN:8A-4P
*************************************
----Thank you for shopping with us====
*************************************
```

**Receipt 3 (right)**

```
CASH & CARRY
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS LISA

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:       3/21
30183155-GREEN APPLE GROCE40000261
2 @ 2.95
 RUITER'S WHOLE MIL     5.9
2 @ 1.09
 RUITER'S WHOLE MIL     2.1
2 @ 1.23
 RUITER'S CHOCOLATE     2.4
 SUPER CHILL GINGER     6.2
 24 Beverage Containers
 SUPER CHILL ORANGE     6.2
 24 Beverage Containers
2 @ 8.99
 PEPSI COLA            17.9
 DOODLES OF NOODLES     1.9
 MIKE & IKE ORIGIN      2.9
2 @ 0.89
 BLUE BONNET MARG Q     1.7
 SLIM JIM 3/$1.00 1    25.8
 GUSHER'S VARIETY P    10.5
4 @ 0.85
 HAUSWALD'S BREAD       3.4
 MARLBORO LIGHT BOX    66.5
 PALL MALL 100'S BO    62.5
4 @ 70.49
 NEWPORT MENTH BOX    281.9
 MAVERICK BOX 100'S    54.1
 TAX                   30.5
 TAX EXEMPTION         30.5
**** BALANCE          552.9
 CASH                 480.0
 CASH                  75.0
 CHANGE                 2.0
TOTAL NUMBER OF ITEMS SOLD =   27
48 Total Beverage Containers
B. Green&Co Inc. ID:C-273-000
06/20/18 08:04am 1 8 23 123

CUST: 30183155-GREEN APPLE GROCERY &
ACCOUNT#: 40000261180

Thank You For Shopping at Cash & Car
      STORE HOURS:
MON-FRI:6A-4P SAT:7A-4P SUN:8A-4P
*************************************
----Thank you for shopping with us==
*************************************
```

A.R. 745

**Left receipt (partial):**

IMORE, MD
539-6134
RY IS LISA

ETRIEVED:
4/19
APPLE GROCE40000261180
LL BLACK    6.59 F
rage Containers
BF/BAC/CH    11.95 T

HVD MILK    5.96 F

WHOLE MIL    3.96 F

COLATE MIL    4.14 T

CHOCOLATE    3.45 F
T CHIPS    12.99 F
CHOC KR    2.59 F

CHOCOLAT    5.18 F
KRISPIES    8.99 F
E BERRY B    3.29 B
E ORIGIN    3.29 B
BLUE RASP    4.69 B
STRAWBER    4.69 B
GREEN APP    4.69 B
WINTERFR    7.79 B

ENTH BOX    278.20 T
MENTHOL B    53.19 T
BOX 100    65.59 T

S BREAD    3.40 F
    26.25
TION    26.25-
    494.62
    500.00
    5.38
IEMS SOLD =    40
Containers
ID:C-273-000
1 8 20 123

EEN APPLE GROCERY &
1180

pping at Cash & Carry
HOURS:
7A-4P SUN:8A-4P
*********************
shopping with us----
*********************

**Center receipt:**

(410) 539-6134
YOUR CASHIER TODAY IS TRINA

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER    1/6
30183155-GREEN APPLE GROCE40000261180
5 @ 0.85
    HAUSWALD'S BREAD    4.25 F
8 @ 0.69
    PINT CHOCOLATE MIL    5.52 F
    SUPER CHILL CREAM    6.59 F
    24 Beverage Containers
    UTZ REGULAR CHIPS    12.99 F
    TASTYKAKE CHOCOLAT    2.59 F
    HARIBO GOLD BEAR M    4.50 B
    E TRUTTI SOUR MINI    4.75 B
    NEWPORT MENT BOX 1    64.55 T
    NEWPORT MENTH BOX    69.55 T
    MARLBORO LIGHT BOX    65.59 T
2 @ 69.55
    NEWPORT MENTH BOX    139.10 T
    TAX    20.89
    TAX EXEMPTION    20.89
    **** BALANCE    379.98
    CASH    380.00
    CHANGE    0.02
TOTAL NUMBER OF ITEMS SOLD =    23
24 Total Beverage Containers
B. Green&Co Inc. ID:C-273-000
01/28/18 08:05am 1 8 8 115

CUST: 30183155-GREEN APPLE GROCERY &
ACCOUNT#: 40000261180

Thank You For Shopping at Cash & Carry
STORE HOURS:
MON-FRI:6A-4P SAT:7A-4P SUN:8A-4P
*********************************
----Thank you for shopping with us----
*********************************

**Right receipt:**

1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS CAITLYN

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER    4/20
30183155 GREEN APPLE GROCE40000261180
2 @ 0.89
    RUTTER'S BLUE RASP    1.78 F
2 @ 0.89
    RUTTER'S ORANGE    1.78 F
    RUTTER'S PUNCH    0.89 F
    T K CHOCOLATE BEL    2.59 F
7 @ 0.65
    RUTTER'S WHOLE MIL    4.55 F
    ZANTAC 150    11.79
4 @ 69.55
    NEWPORT MENTH BOX    278.20 T
    NEWPORT NON MENTHO    55.29 T
    TAX    20.01
    TAX EXEMPTION    20.01-
    **** BALANCE    356.87

AMOUNT    **$356.87**
CASH BACK $0.00

*************9335
    DEBIT    356.87
    CHANGE    0.00
TOTAL NUMBER OF ITEMS SOLD =    19
01/29/18 08:08am 1 8 19 308

CUST: 30183155-GREEN APPLE GROCERY &
ACCOUNT#: 40000261180

Thank You For Shopping at Cash & Carry
STORE HOURS:
MON-FRI:6A-4P SAT:7A-4P SUN:8A-4P
*********************************
----Thank you for shopping with us----
*********************************

**Bottom receipt (rotated):**

CASH & CARRY
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS LISA

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER    5/18
30183155 GREEN APPLE GROCE40000261180
4 @ 0.69
    PINT CHOCOLATE MIL    2.76 F
2 @ 1.15
    RUTTER'S CHOCOLATE    2.30 F
    IMPACT FANTACY K    15.59 B
    24 Beverage Containers
    1/2 RED 101 POTATO    7.99 F
    NEWPORT NON MENTHO    55.29 T
3 @ 69.55
    NEWPORT MENTH BOX    208.65 T
    NEWPORT MENTH BOX    69.55 T
    TAX    20.95
    TAX EXEMPTION    20.95-
    **** BALANCE    362.13

A.R. 746




**Receipt 1 (left):**

CASH & CARRY
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YUR CASHIER TODAY IS LISA

TRANSACTION RETRIEVED:
IRIEVAL NUMBER      4/24
30183155 GREEN APPLE GROCE40000261180
    ESSNLVERY VEGETABL      24.49 F
    RETT RICE KRISPIES       8.99 F
    HI C VARIETY PK 40       7.99 B
    40 Beverage Containers
    SUPER CHILI PINEAP       6.59 F
    24 Beverage Containers
    SUPER CHILI ORANGE       6.59 B
    24 Beverage Containers
    DART FOAM CUP UNLT       1.39 T
    DART FOAM CUP UNLT       0.89 T
    GUSHER'S VARIETY P      13.29 B
    SCOOBY DOO FRUIT S      11.25 B
    M&M PEANUT              26.99 B
    LAFFY TAFFY ASSORT       6.79 B
    EVERFRESH STRAUBER      13.49 F
    EVERFRESH CRAN APP      13.49 F
    TASTYKAKE KOFFEE K       2.59 F
    SOUR PATCH EXTREME      14.25 B
    MARLBORO BOX 100        65.59 T
    NEWPORT NON MENTHO      55.29 T
@ 69 55
    NEWPORT MENTH BOX     208.65 T
    PALL MALL MENT BLA      61.59 T
    TAX                     28.84
    TAX EXEMPTION           28.84-
**** BALANCE               550.19
    CASH                   500.00
    CASH                    51.00
    CHANGE                   0.81
TAL NUMBER OF ITEMS SOLD -   21
Total Beverage Containers
Green&Co Inc. ID:C-273-000
/25/18 08:08am 1 8 20 123

ST 30183155 GREEN APPLE GROCERY &
COUNT# 40000261180

ank You For Shopping at Cash & Carry
STORE HOURS:
N-FRI 6A-4P SAT 7A-4P SUN 8A-4P
*************************************
=-Thank you for shopping with us-===
**************************************

**Receipt 2 (middle):**

CASH & CARRY
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS LISA

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER      3/22
30183155 GREEN APPLE GRUCE40000261180
    012 SOUR CREAM & O      12.99 F
    SUPER CHILI GRAPE        6.59 B
    24 Beverage Containers
6 @ 0 65
    RUTTER'S WHOLE MIL       3.90 F
    EVERFRESH APPLE JU      13.49 F
    EVERFRESH ORANGE J      13.49 F
    CHOCOLATE CREAM KA       2.59 F
2 @ 2 59
    TASTYKAKE CHOCOLAT       5.18 F
    TK CHOCOLATE BEL         2.59 F
    TASTYKAKE KANDY KA       2.59 F
    LAND O LAKES BTR O       4.99 F
3 @ 64 55
    NEWPORT MINI BOX      193.65 T
    MAVERICK MENTHOL B      53.19 T
CE MD  THERMAL PAPER         1.89 T
2 @ 4 65
    WILD ROS.S               9.30 T
    TAX                     15.66
    TAX EXEMPTION           15.66-
**** BALANCE              322.65

# AMOUNT      $322.65
CASH BACK $0.00

# ***********9335
    DEBIT                  322.65
    CHANGE                   0.00
TOTAL NUMBER OF ITEMS SOLD -   21
24 Total Beverage Containers
B. Green&Co Inc. ID:C-273-000
01/26/18 08:15pm 1 8 18 123

COST: 30183155 GREEN APPLE GROCERY &
ACCOUNT# 40000261180

Thank You For Shopping at Cash & Carry
STORE HOURS:
MON-FRI 6A-4P SAT 7A-4P SUN 8A-4P
**************************************
===Thank you for shopping with us====
**************************************

**Receipt 3 (right):**

CASH & CARRY
1300 SOUTH MONRO
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS LISA

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER      3/
30183155 GREEN APPLE GROC
    SUNNY DELIGHT CLTR
    LINDENS BUTTER CRU
    RIP LIT "F" BOMB
    24 Beverage Conta
    RUTTER'S AVO MILK
2 @ 2 95
    RUTTER'S WHOLE MIL
2 @ 0 99
    RUTTER'S WHOLE MIL
3 @ 0 69
    PINT CHOCOLATE MIL
    ARIZONA GREEN TEA
    24 Beverage Conta
4 @ 64 55
    NEWPORT MINI BOX T
    NEWPORT NON MENTHO
    NEWPORT MENTH BOX
    TAX
    TAX EXEMPTION
**** BALANCE
    CASH
    CASH
    CHANGE
TOTAL NUMBER OF ITEMS SOLD
48 Total Beverage Containe
B. Green&Co Inc. ID:C-273-
01/27/18 08:09am 1 8 16 12

COST: 30183155 GREEN APPLE
ACCOUNT# 40000261180

Thank You For Shopping at
STORE HOURS:
MON-FRI 6A-4P SAT 7A-4P SU
**************************************
===Thank you for shopping
**************************************

**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS CAITLYN

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:     4/27
30183155 GREEN APPLE GROCE40000261180
```
        SALT&VINEGAR CHIP      12.99 F
        UTZ VERY THIN PRET     12.99 F
2 @ 2.95
        RUTTER'S WHOLE MIL      5.90 F
8 @ 0.69
        PINT CHOCOLATE MIL      5.52 F
5 @ 1.15
        RUTTER'S CHOCOLATE      5.75 F
        CHOCOLATE CREAM KA      2.59 F
        TASTYKAKE ICED CUP      2.59 F
        TASTYKAKE ICED CUP      2.59 F
        SOUR PATCH WATERME     14.25 B
        SKITTLE SWEET&SOUR     17.25 B
        NOW&LATER CHEWY PI      3.59 B
        AIRHEADS WATERMELO      4.69 B
        CHARLESTON CHEWS        6.15 B
        MINIATURE PEANUT C     11.99 B
        MAVERICK BOX 100'S     53.19 T
        NEWPORT NON-MENTHO     55.29 T
4 @ 69.55
        NEWPORT MENTH BOX     278.20 T
        NEWPORT NON-MENTHO     55.29 T
        TAX                    30.00
        TAX EXEMPTION          30.00-
**** BALANCE                 550.81
        CASH                   50.00
        CASH                   95.00
```
# AMOUNT          $405.81
CASH BACK $0.00

# ************9335
```
        DEBIT                 405.81
        CHANGE                  0.00
TOTAL NUMBER OF ITEMS SOLD =     33
01/22/18 08:00am 1 8 16 308
```
CUST: 30183155-GREEN APPLE GROCERY &
ACCOUNT#: 40000261180

Thank You For Shopping at Cash & Carry
STORE HOURS:
MON-FRI:6A-4P SAT:7A-4P SUN:8A-4P
************************************
----Thank you for shopping with us----
************************************

---

**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS LISA

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:     2/2
30183155 GREEN APPLE GROCE40000261180
3 @ 2.29
        O M  LINCHABLE CHE      6.87 F
6 @ 1.15
        RUTTER'S CHOCOLATE      6.90 F
6 @ 0.69
        PINT CHOCOLATE MIL      4.14 F
        SUPER CHILL ROOIBE      6.59 B
        24 Beverage Containers
        SUPER CHILL COLA        6.59 B
        24 Beverage Containers
        TASTYKAKE KANDY KA      2.59 F
        T K  CHOCOLATE BEL      2.59 F
        TASTYKAKE CHOCOLAT      2.59 F
        SUNNY DELIGHT CITR      7.89 F
3 @ 0.85
        HAUSWALD'S BREAD        2.55 F
        PALL MALL RED 100      56.59 T
        MAVERICK MENTHOL B     53.19 T
4 @ 69.55
        NEWPORT MENTH BOX     278.20 T
        TAX                    24.07
        TAX EXEMPTION          24.07-
**** BALANCE                 437.28
        CASH                    0.28
        CASH                  440.00
        CHANGE                  3.00
TOTAL NUMBER OF ITEMS SOLD =     30
```
437

**48 Total Beverage Containers**
B. Green&Co Inc. ID:C-273-000
01/23/18 11:11am 1 8 47 123

CUST: 30183155-GREEN APPLE GROCERY &
ACCOUNT#: 40000261180

Thank You For Shopping at Cash & Carry
STORE HOURS:
MON-FRI:6A-4P SAT:7A-4P SUN:8A-4P
************************************
----Thank you for shopping with us----
************************************

---

**CASH & CARR**
1300 SOUTH M(
BALTIMORE,
(410) 539-6
YOUR CASHIER TODAY IS F

TRANSACTION RETRIEVE
RETRIEVAL NUMBER:
30183155 GREEN APPLE G
4 @ 2.95
        RUTTER'S WHOLE
        CRYSTAL HOT SAU
2 @ 0.89
        RUTTER'S ORANGE
2 @ 0.89
        RUTTER'S PUNCH
        EVERFRESH 40% P
        TASTYKAKE KOFFEE
        TASTYKAKE BUTTER
3 @ 0.69
        PINT CHOCOLATE M
2 @ 1.15
        RUTTER'S CHOCOLA
4 @ 69.55
        NEWPORT MENTH BO
        NEWPORT NON-MENT
        NEWPORT MENTH BO
        MAVERICK GOLD BO
        TAX
        TAX EXEMPTION
**** BALANCE
        CASH
        CASH
        CASH
        CHANGE
TOTAL NUMBER OF ITEMS SO
01/24/18 11:36am 1 8 78 2

5

CUST: 30183155-GREEN APPL
ACCOUNT#: 40000261180

Thank You For Shopping at
STORE HOURS:
MON-FRI:6A 4P SAT:7A-4P S
*********************
----Thank you for shopping
*********************



**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS LISA

30183155 GREEN APPLE GROCE40000261180
4 @ 69.55
NEWPORT MENTH BOX        278 20 T
NEWPORT MENTH BOX         69 55 T
TAX                       20 87
TAX EXEMPTION             20 87-
**** BALANCE             347 75
CASH                     100.00

# AMOUNT        $247.75
CASH BACK $0.00

\*\*\*\*\*\*\*\*\*\*\*\*6308
DEBIT                    247 75
CHANGE                     0 00
TOTAL NUMBER OF ITEMS SOLD =      5
01/19/18 11:50am 1 8 70 123

CUST: 30183155-GREEN APPLE GROCERY &
ACCOUNT#: 40000261180

Thank You For Shopping at Cash & Carry
STORE HOURS.
MON-FRI:6A-4P SAT:7A-4P SUN:8A-4P
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
----Thank you for shopping with us----
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

---

**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS LISA

TRANSACTION RETRIEVED.
RETRIEVAL NUMBER:       4/16
30183155 GREEN APPLE GROCE40000261180.
5 @ 0 85
THAISWALD'S BREAD          4.25 F
SUPER CHILI STRAWB         6.59 B
24 Beverage Containers
SUPER CHILI ROOIBE         6 59 B
24 Beverage Containers
YOU HOO CHOCOLATE         15 99 B
2 @ 2 95
RUTTER'S WHOLE MIL         5 90 F
4 @ 0 65
RUTTER'S WHOLE MIL         2 60 F
5 @ 0.69
PINT CHOCOLATE MIL         3.45 F
3 @ 1 15
RUTTER'S CHOCOLATE         3.45 F
EVERFRESH ORANGE J        13 49 F
ORLOS S/S                  5.49 F
T K CHOCOLATE BEE          2.59 F
2 @ 2 59
TASTYKAKE CHOCOLAT         5.18 F
KELI RICE KRISPIES         8 99 F
HAI'S OFF CIGAR 10        15.95 T
MAVERICK MENTHOL B        53.19 T
MAVERICK MENTHOL B        53.19 T
3 @ 69.55
NEWPORT MENTH BOX        208 65 T
2 @ 4 65
WILD ROSES                 9 30 T
TAX                       22.17
TAX EXEMPTION             22 17-
**** BALANCE             424.84
CASH                     425.00
CHANGE                     0.16
TOTAL NUMBER OF ITEMS SOLD =     36
**48 Total Beverage Containers**
**B. Green&Co Inc. ID:C-273-000**
01/20/18 08:17am 1 8 20 123

CUST: 30183155-GREEN APPLE GROCERY &
ACCOUNT#: 40000261180

Thank You For Shopping at Cash & Carry
STORE HOURS.
MON-FRI:6A-4P SAT:7A-4P SUN:8A-4P
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
----Thank you for shopping with us----
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

---

**CASH & CARR**
1300 SOUTH MO
BALTIMORE,
(410) 539-61
YOUR CASHIER TODAY IS C

TRANSACTION RETRIEVE
RETRIEVAL NUMBER:
30183155 GREEN APPLE C
8 @ 0.69
PINT CHOCOLATE
RUTTER'S CHOCO
CLASSIC COKE
24 Beverage C
SPRITE
24 Beverage C
3 @ 69 55
NEWPORT MENTH
NEWPORT NON-ME
MARLBORO BOX 1
TAX
TAX EXEMPTION
**** BALANCE
CASH
CASH
CASH
CHANGE
TOTAL NUMBER OF ITEMS
**48 Total Beverage Cont**
**B. Green&Co Inc. ID:C-**
01/21/18 08:14am 1 8 7

CUST: 30183155 GREEN F
ACCOUNT#: 40000261180

Thank You For Shopping
STORE HOUR
MON-FRI:6A-4P SAT:7A-
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
----Thank you for sho
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

789



CASH & CARRY
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS CAITLYN

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:        4/19
30183155-GREEN APPLE GRUCE40000261180
        MOUNTAIN DEW         7.99 B
2 @ 0 95
        RUTTER'S PUNCH       1.90 F
        RUTTER'S WHOLE MIL   2.95 F
2 @ 1 55
        RUTTER'S HVD MILK    3.10 F
        RUTTER'S CHOCOLATE   1.15 F
        1/6 WHITE SMILEY F   6.99 T
        SUPER CHILL FRUIT    6.59 F
        24 Beverage Containers
        SUPER CHILL GINGER   6.59 B
        24 Beverage Containers
        MAVERICK MENTHOL B   53.19 T
4 @ 69.55
        NEWPORT MENTH BOX    278.20 T
        TAX                  21.18
        TAX EXEMPTION        21.18-
**** BALANCE                 368.65

# AMOUNT        $368.65

CASH BACK $0.00

*************9335

        DEBIT                368.65
        CHANGE               0.00
TOTAL NUMBER OF ITEMS SOLD =  15
**48 Total Beverage Containers**
B. Green&Co Inc. ID:C-273-000
01/11/18 07:34am 1 8 13 308

CUST: 30183155-GREEN APPLE GROCERY &
ACCOUNT#: 40000261180

Thank You For Shopping at Cash & Carry
        STORE HOURS:
MON-FRI 6A-4P SAT:7A-4P SUN:8A-4P
***************************************
====Thank you for shopping with us====
***************************************

---

CASH & CARRY
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS LISA

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:        3/11
30183155-GREEN APPLE GROCE40000261180
        OODLES OF NOODLES    2.25 F
2 @ 2.25
        OODLES OF NOODLES    4.50 F
        LAND O LAKES BTR Q   4.99 F
3 @ 1.15
        RUTTER'S CHOCOLATE   3.45 F
2 @ 1.55
        RUTTER'S HVD MILK    3.10 F
3 @ 0.65
        RUTTER'S WHOLE MIL   1.95 F
5 @ 0.69
        PINT CHOCOLATE MIL   3.45 F
        JUMBO WRAPPED TRAN   1.79 T
4 @ 69.55
        NEWPORT MENTH BOX    278.20 T
        NEWPORT MENTH BOX    69.55 T
        MARLBORO BOX 100     65.59 T
        MARLBORO LIGHT BOX   65.59 T
        TAX                  28.85
        TAX EXEMPTION        28.85-
**** BALANCE                 504.41

# AMOUNT        $100.00

CASH BACK $0.00

*************9335

        DEBIT                100.00
        CASH                 100.00
        CASH                 305.00
        CHANGE               0.59
TOTAL NUMBER OF ITEMS SOLD =  25
01/13/18 08:06am 1 8 13 123

CUST  30183155-GREEN APPLE GROCERY &
ACCOUNT#: 40000261180

Thank You For Shopping at Cash & Carry
        STORE HOURS:
MON-FRI:6A-4P SAT:7A-4P SUN:8A-4P
***************************************
====Thank you for shopping with us====
***************************************

---

CASH & CARRY
1300 SOUTH M
BALTIMORE,
(410) 539-6
YOUR CASHIER TODAY IS

30183155-GREEN APPLE
        NEWPORT NON MEL
        MARLBORO BOX 1
6 @ 64.55
        NEWPORT MENT B
        BACKWOODS SWEE
        TROPICAL FANTA
        24 Beverage C
        TAX
        TAX EXEMPTION
**** BALANCE

# AMOUNT        $

CASH BACK $0.00

***********

        DEBIT
        CHANGE
TOTAL NUMBER OF ITEMS
**24 Total Beverage Cont.**
B. Green&Co Inc. ID:C-
01/17/18 01:12pm 1 8 7

CUST: 30183155-GREEN A
ACCOUNT#: 40000261180

Thank You For Shopping
        STORE HOUR
MON-FRI:6A 4P SAT:7A-4
***********************
====Thank you for shopi
***********************

**A.R. 750**



CASH & CARRY
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS LISA

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:     4/24
30183155-GREEN APPLE GRUCE40000261180
    8 LB BAG ICE          3.99 F
    SUPER CHILL GRAPE    6 59 B
    24 Beverage Containers
    SUPER CHILL PINEAP   6.59 F
    24 Beverage Containers
    UTZ REGULAR CHIPS   12.99 F
    HONEY BBQ CHIPS     12 99 F
    TASTYKAKE BUTTERSC  2.59 F
    CHOCOLATE CREAM KA  2.59 F
    COCONUT JUNIORS     2.59 F
2 @ 2.59
    TASTYKAKE CHOCOLAT  5.18 F
    MARLBORO BOX 100   65.59 T
3 @ 69.55
    NEWPORT MENTH BOX 208.65 T
    NEWPORT MENTH BOX  69.55 T
    TAX              21.03
    TAX EXEMPTION     21.03-
**** BALANCE        399.89
    CASH          400 00
    CHANGE         0.11
TOTAL NUMBER OF ITEMS SOLD =  15
48 Total Beverage Containers
B. Green&Co Inc. ID:C-273-000
01/09/18 07:58am 1 8 20 123

CUST: 30183155-GREEN APPLE GROCERY &
ACCOUNT# 40000261180

Thank You For Shopping at Cash & Carry
STORE HOURS:
MON-FRI:6A-4P SAT:7A-4P SUN:8A-4P
**********************************
====Thank you for shopping with us====
**********************************



CASH & CARRY
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS LISA

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:     3/18
30183155-GREEN APPLE GRUCE40000261180
    CLASSIC COKE     11.99 B
    24 Beverage Containers
    SPRITE         11.99 B
    24 Beverage Containers
    EVERFRESH ORANGE J 13.49 F
2 @ 1 95
    TASTYKAKE CHOCULAT  3 90 F
    SOUR PATCH KIDS    9.55 B
    CHARLESTON CHEWS   6.15 B
    REESES CUP      21.99 B
5 @ 0.85
    HAUSWALD'S BREAD   4 25 F
    MAVERICK BOX 100'S 53.19 T
    NEWPORT NON-MENTHO 55.29 T
3 @ 69 55
    NEWPORT MENTH BOX 208.65 T
    TAX             22 73
    TAX EXEMPTION    22 73-
**** BALANCE        400 44

# AMOUNT        $300.44

CASH BACK $0 00

# ***********9335

    DEBIT          300.44
    CASH          100.00
    CHANGE         0.00
TOTAL NUMBER OF ITEMS SOLD =  18
48 Total Beverage Containers
B. Green&Co Inc. ID:C-273-000
01/12/18 07:34am 1 8 11 123

CUST: 30183155-GREEN APPLE GROCERY &
ACCOUNT# 40000261180

Thank You For Shopping at Cash & Carry
STORE HOURS:
MON-FRI:6A-4P SAT:7A-4P SUN:8A-4P
**********************************
====Thank you for shopping with us====
**********************************



CASH
1300 SO
BALTI
(410)
YOUR CASHIER TODA

TRANSACTION R
RETRIEVAL NUMBER
30183155-GREEN
    SUPER CH
    24 Beve
    SUPER CH
    24 Bev
    CLASSIC
    UTZ SUP
3 @ 0 99
    BUTTER
2 @ 0 95
    BUTTER
4 @ 2 59
    TASTYK
    MIKE &
    AIRHE
    N&L SO
    NOW &
    TROLL
    DARI
4 @ 69 55
    NEWPO
    HAT'S
    TAX
    TAX E
**** BALA
    CASH
    CHAN
TOTAL NUMBER
48 Total Bev
B. Green&Co
01/08/18 07

CUST: 30183
ACCOUNT# 4

Thank You F

MON-FRI:6A
**********
====Thank
**********

**A.R. 751**

CASH & CARRY
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
CSHIER TODAY IS LISA

55 GREEN APPLE GROCE40000261180
I5
SUNNY DELIGHT CITR        7 69 F
PEPSI                    11 99 B
  24 Beverage Containers
MT.DEW                   11.99 B
  24 Beverage Containers
35
RUTTER'S WHOLE MIL        5.90 F
I5
RUTTER'S CHOCOLATE        5 75 F
5
RUTTER'S HVD MILK         3.10 F
NOW&LATER CHEWY MA        3.59 B
NOW&LATER WATERMEL        3.59 B
MIKE&IKE TROPICAL         3.99 B
MIKE & IKE BERRY B        3.99 B
MIKE & IKE RED RAG        3.99 B
GUSHER'S VARIETY P       13.29 B
55
NEWPORT MENTH BOX       278.20 T
TAX                      20.08
TAX EXEMPTION            20.08-
BALANCE                 357.06
CASH                    360.00
CHANGE                    2.94
IBER OF ITEMS SOLD =        22
**Beverage Containers**
Co Inc. ID:C-273-000
08-01am 1 8 12 123

83155-GREEN APPLE GROCERY &
40000251180

For Shopping at Cash & Carry
   STORE HOURS:
3-4P SAT:7A-4P SUN:8A-4P
*******************************
you for shopping with us
*******************

---

1300 SOUTH MONROE
BALTIMORE, MD
(410) 539 6134
YOUR CASHIER TODAY IS LISA

TRANSACTION RETRIEVED
RETRIEVAL NUMBER       1/14
30183155 GREEN APPLE GROCE40000261180
     UTZ CHEESE CURLS        12 99 F
     UTZ BBQ POTATO CHI      12 99 F
2 @ 0 95
     RUTTER'S PUNCH           1 90 F
2 @ 2 59
     TASTYKAKE CHOCOLAT       5 18 F
     TASTYKAKE KANDY KA       2 59 F
     CHOCOLAT CREAM KA        2 59 F
     TASTYKAKE KOFFEE K       2.59 F
     COMBOS CHEDDAR PRE       8 39 F
     OREOS S/S                5 49 F
     HERB'S RED HOT SAU      14.99 F
     MARLBORO BOX 100        65 59 T
     NEWPORT NON MENTHO      55 29 T
     MAVERICK MENTHOL B      53 19 T
3 @ 69 55
     NEWPORT MENTH BOX      208 65 T
     TAX                     22.97
     TAX EXEMPTION           22.97-
****  BALANCE              452.42
     CASH                   455 00
     CHANGE                   2 58
TOTAL NUMBER OF ITEMS SOLD =  18
01/06/18 08 11am 1 8 13 123

CUST: 30183155 GREEN APPLE GROCERY &
ACCOUNT# 40000251180

Thank You For Shopping at Cash & Carry
     STORE HOURS
MON FRI 6A 4P SAT 7A 4P SUN:8A 4P
**********************************
----Thank you for shopping with us----
**********************************

---

CASH & CARRY
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539 6134
YOUR CASHIER TODAY IS OCTAVIA

TRANSACTION RETRIEVED
RETRIEVAL NUMBER       1/3
30183155 GREEN APPLE GROCE4000026118
6 @ 0 85
     HAUSWALD'S BREAD        5 10
6 @ 1 15
     RUTTER'S CHOCOLATE      6.90
8 @ 0.69
     PINT CHOCOLATE MIL      5.52
5 @ 0 65
     RUTTER'S WHOLE MIL      3.25
     SAUDER GRADE A MED     19.89
     TASTYKAKE CHOCOLAT      2.59
8 @ 69.55
     NEWPORT MENTH BOX     278.20
     NEWPORT MENTH BOX      69.55
     WILD ROSES              4 65
     TAX                    21.15
     TAX EXEMPTION          21.15-
****  BALANCE              395.65
     CASH                   400.00
     CHANGE                   4.35
TOTAL NUMBER OF ITEMS SOLD =  33
01/07/18 07:50am 1 8 3 130

CUST: 30183155 GREEN APPLE GROCERY &
ACCOUNT# 40000261180

Thank You For Shopping at Cash & Carr
     STORE HOURS
MON FRI:6A 4P SAT 7A 4P SUN 8A 4P
**********************************
====Thank you for shopping with us===
**********************************

A.R. 752

**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS SANDRA

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER.     3/54
30183155 GREEN APPLE GROCE40000261180
```
PARTY MIX                12.99 F
PLENTY PAPER TOWEL       11.99 F
UTZ RED HOT POTATO        7.99 F
WELCH'S FRUIT SNAC       12.59 F
SOUR PATCH EXTREME       14.25 B
LINDENS BUTTER CRU        8.59 F
REESES CUP               21.99 B
TOOTSIE CARAMEL AP        5.45 B
SPRITE                   10.99 B
  24 Beverage Containers
2 @ 12.95
SCOTT TOILET TISSU       25.90 T
TASTYKAKE CHOC. KR        2.59 F
TASTYKAKE JELLY KR        2.59 F
TASTYKAKE CHOCOLAT        2.59 F
TASTYKAKE ICED CUP        2.59 F
1 @ 2.59
TASTYKAKE CHOCOLAT       10.36 F
KELL RICE KRISPIES        8.99 F
@ 0.85
HAUSWALD'S BREAD          3.40 F
@ 0.95
RUTTER'S PUNCH            1.90 F
@ 0.69
PINT CHOCOLATE MIL        4.14 F
E FRUTTI SOUR MINI        4.75 B
PEANUT CHEW STAND-        3.49 B
BUMBLEBE. CHUNK LT       24.59 F
EVERFRESH STRAWBER       13.49 F
MAVERICK BOX 100'S       53.19 T
MAVERICK GOLD BOX        53.19 T
@ 69.55
NEWPORT MENTH BOX       208.65 T
RIPPLE CHIPS              0.93 F
CHAPEL TEND CARD A       13.59 T
TAX                      24.93
TAX EXEMPTION            24.93-
**** BALANCE            547.75
CASH                    500.00
CASH                     48.00
CHANGE                    0.25
```
AL NUMBER OF ITEMS SOLD = 43
**Total Beverage Containers**
Green&Co Inc. ID:C-273-000
02/18 03:39pm 1 8 125 235

: 30183155 GREEN APPLE GROCERY &
OUNT#: 40000261180

k You For Shopping at Cash & Carry
STORE HOURS:
FRI:6A 4P SAT:7A-4P SUN:8A-4P
**************************************
Thank you for shopping with us====
*************************************

**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS LISA

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER     3/24
30183155 GREEN APPLE GROCE40000261180
```
SALT&VINEGAR CHIP        12.99 F
PEPSI                    11.99 B
  24 Beverage Containers
SUPER CHILI ROOT BE       6.59 B
  24 Beverage Containers
SUPER CHILI CREAM         6.59 F
  24 Beverage Containers
M&M PEANUT               26.99 B
2 @ 2.95
RUTTER'S WHOLE MIL        5.90 F
3 @ 0.65
RUTTER'S WHOLE MIL        1.95 F
4 @ 0.69
PINT CHOCOLATE MIL        2.76 F
3 @ 0.99
RUTTER'S WHOLE MIL        2.97 F
NEWPORT MIN MENTHO       55.29 T
HADWARE MENTHO BOX       69.55 T
MARLBORO BOX 700         65.59 T
5 @ 69.XX
NEWPORT MENTH BOX       208.65 T
TAX                      26.68
TAX EXEMPTION            26.68-
**** BALANCE            477.81
CASH                    480.00
CHANGE                    2.19
```
TOTAL NUMBER OF ITEMS SOLD = 23
**72 Total Beverage Containers**
B. Green&Co Inc. ID:C-273-000
01/03/18 08:02am 1 8 21 123

CUST: 30183155 GREEN APPLE GROCERY &
ACCOUNT# 40000261180

Thank You For Shopping at Cash & Carry
STORE HOURS:
MON-FRI:6A 4P SAT:7A 4P SUN:8A 4P
**************************************
Thank you for shopping with us====
*************************************

**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS OCTAVIA

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:     5/8
30183155 GREEN APPLE GROCE400
```
6 @ 1.15
RUTTER'S CHOCOLATE
8 @ 0.69
PINT CHOCOLATE MIL
DR PEPPER
  24 Beverage Container
TASTYKAKE KUFFEL K
3 @ 2.59
TASTYKAKE CHOCOLAT
SUPER CHILI COLA
  24 Beverage Container
3 @ 0.85
HAUSWALD'S BREAD
3 @ 0.89
PREGNANCY TEST KIT
AMPRO PROTEIN GEL
NEWPORT NON MENTHO
3 @ 69.55
NEWPORT MENTH BOX
TAX
TAX EXEMPTION
**** BALANCE
CASH
CHANGE
```
TOTAL NUMBER OF ITEMS SOLD =
**48 Total Beverage Containers**
B. Green&Co Inc. ID:C-273-000
01/04/18 07:56am 1 8 10 130

CUST: 30183155 GREEN APPLE GROC
ACCOUNT#: 40000261180

Thank You For Shopping at Cash &
STORE HOURS:
MON-FRI:6A-4P SAT:7A-4P SUN:8A-4
*************************************
----Thank you for shopping with
*************************************

A.R. 753

CASH & CARRY
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS CAITLYN

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:      3/31
30183155-GREEN APPLE GROCE40000261180
2 @ 2.95
        RUTTER'S WHOLE MIL      5.90 F
3 @ 0.75
        RUTTER'S WHOLE MIL      2.25 F
2 @ 1.23
        RUTTER'S CHOCOLATE      2.46 F
5 @ 0.99
        PINT CHOCOLATE MIL      4.95 F
        7LB BAG ICE             4.79
        MINIATURE PEANUT C     11.99 B
        CHARLESTON CHEWS        6.15 B
        TWIX CARAMEL           22.89 B
        SWEDISH FISH           14.25 B
        AIRHEADS BITES FRU     11.99 B
        SPRITE                 11.99 B
        24 Beverage Containers
        SUPER COOL PINEAP       5.95 F
        24 Beverage Containers
        BOSTON BAKED BEANS      3.35 B
        MIKE & IKE ORIGIN       3.99 B
        NOW & LATER PINEAP      3.59 B
        NOW&LATER WATERMEL      3.59 B
        NOW & LATER BLUE R      3.59 B
        E-FRUTTI MINI BURG      4.75 B
        WILD ROSES              4.65 T
5 @ 70.69
        NEWPORT MENTH BOX     353.45 T
        NEWPORT MENTH BOX      70.69 T
        EE REUSABLE BAGS        0.20 T
        TAX                    31.87
        TAX EXEMPTION          31.87-
**** BALANCE               557.41
        CASH                  560.00
        CHANGE                  2.59
TOTAL NUMBER OF ITEMS SOLD =     34
48 Total Beverage Containers
B. Green&Co Inc. ID:C-273-000
07/30/18 10:04am 1 8 35 308

CUST: 30183155-GREEN APPLE GROCERY &
ACCOUNT#: 40000261180

Thank You For Shopping at Cash & Carry
        STORE HOURS:
MON-FRI:6A-4P SAT:7A-4P SUN:8A-4P
*******************************************
====Thank you for shopping with us====
*******************************************

CASH & CARRY
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS LISA

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:      1/12
30183155-GREEN APPLE GROCE40000261180
3 @ 1.23
        RUTTER'S CHOCOLATE      3.69 F
6 @ 0.75
        RUTTER'S WHOLE MIL      4.50 F
8 @ 0.99
        PINT CHOCOLATE MIL      7.92 F
        SUPER CHILL FRUIT       6.25 F
        24 Beverage Containers
        SUPER CHILL ROOTBE      6.25 B
        24 Beverage Containers
        SUPER CHILL CREAM       6.25 F
        24 Beverage Containers
        MT DEW                 11.99 B
        24 Beverage Containers
        SUNNY DELIGHT CITR      7.89 F
3 @ 1.12
        GWALTNEY GREAT CHI      3.36 F
        TASTYKAKE JELLY KR      2.00 F
        TASTYKAKE KOFFEE K      2.00 F
        TASTYKAKE KOFFEE K      2.00 F
        TASTYKAKE KANDY KA      2.00 F
        GUSHER'S VARIETY P     10.59 B
        PEPSI COLA              8.99 B
        SAUDER GRADE A/MED     12.75 F
3 @ 1.83
        RUTTER'S CHOCOLATE      5.49 F
        RUTTER'S WHOLE MIL      2.95 F
        RUTTER'S HVD MILK       1.55 F
        WILD ROS                4.65 T
6 @ 70.69
        NEWPORT MENTH BOX
        NEWPORT NON-MENTHO     56.95 T
        MARLBORO BOX 100       66.69 T
        MAVERICK MENTHOL B     54.29 T
        MAVERICK BOX 100'S     54.29 T
        LUXURY LIGHTS LIGH      4.55 T
        TAX                    42.21
        TAX EXEMPTION          42.21-
**** BALANCE              773.98
        CASH                  500.00
        CASH                  280.00
        CHANGE                  6.02
TOTAL NUMBER OF ITEMS SOLD =     49
96 Total Beverage Containers
B. Green&Co Inc. ID:C-273-000
07/21/18 08:08am 1 8 18 123

CUST: 30183155-GREEN APPLE GROCERY &
ACCOUNT#: 40000261180

Thank You For Shopping at Cash & Carry
        STORE HOURS:
MON-FRI:6A-4P SAT:7A-4P SUN:8A-4P **A.R. 754**
*******************************************



**Receipt 1 (left column):**

```
          BALTIMORE, MD
          (410) 539-6134
YOUR CASHIER TODAY IS LISA

   TRANSACTION RETRIEVED.
RETRIEVAL NUMBER:      4/27
30183155-GREEN APPLE GROCE40000261180
2 @ 2.39
       OODLES OF NOODLES      4.78 F
       SUPER CHILL PINEAP     6.25 F
       24 Beverage Containers
       SUPER CHILL STRAWB     6.25 B
       24 Beverage Containers
       SUPER CHILL CREAM      6.25 F
       24 Beverage Containers
4 @ 0.75
       RUTTER'S WHOLE MIL     3.00 F
5 @ 0.99
       PINT CHOCOLATE MIL     4.95 F
3 @ 1.83
       RUTTER'S CHOCOLATE     5.49 F
       PEPSI                 11.99 B
       24 Beverage Containers
       DART LID STRAW SLO     1.99 T
2 @ 1.75
       DART FOAM CUP UNIT     3.50 T
       WILD ROSES             4.65 T
       MAVERICK BOX 100'S    54.29 T
       MAVERICK MENTHOL B    54.29 T
       MARLBORO BOX 100      66.69 T
       NEWPORT NON-MENTHO    56.95 T
3 @ 70.69
       NEWPORT MENTH BOX    212.07 T
       TAX                   28.37
       TAX EXEMPTION         28.37-
**** BALANCE              503.39
       CASH               100.00
       CASH               100.00
       CASH               100.00
       CASH                33.00
 OUNT            $170.39

 BACK $0.00

*********9320
       DEBIT              170.39
       CHANGE               0.00
       NUMBER OF ITEMS SOLD = 29
tal Beverage Containers
een&Co Inc. ID:C-273-000
'18 08:51am 1 8 31 123

30183155-GREEN APPLE GROCERY &
T#: 4000026   00

ou For Shopping at Cash & Carry
       STORE HOURS
   6A-4P SAT 7A-4P SUN 8A-4P
*******************************
 lk you for shopping with us----
*******************************
```

**Receipt 2 (middle column):**

```
          CASH & CARRY
        1300 SOUTH MONROE
          BALTIMORE, MD
          (410) 539-6134
YOUR CASHIER TODAY IS CAITLYN

   TRANSACTION RETRIEVED:
RETRIEVAL NUMBER      2/23
30183155-GREEN APPLE GROCE40000261180
       GUSHER'S VARIETY P    10.59 B
       TASTYKAKE KOFFEL K     2.59 F
       TASTYKAKE KANDY KA     2.59 F
       C.K CHOCOLATE BEL      2.59 F
       MOUNTAIN DEW           7.99 B
       PEPSI COLA             7.99 B
       SUPER CHILL GRAPE      5.95 B
       24 Beverage Containers
       SUPER CHILL ROOTBE     5.95 B
       24 Beverage Containers
6 @ 0.99
       PINT CHOCOLATE MIL     5.94 F
3 @ 2.95
       RUTTER'S WHOLE MIL     8.85 F
5 @ 0.85
       HAUSWALD'S BREAD       4.25 F
       NEWPORT NON MENTHO    56.95 T
8 @ 70.69
       NEWPORT MENTH BOX    565.52 T
       NEWPORT MENTH BOX     70.69 T
       MARLBORO BOX 100      66.69 T
       MARLBORO LIGHT BOX    66.69 T
       TAX                   51.91
       TAX EXEMPTION         51.91-
 **** BALANCE             891.82
       CASH               900.00
       CHANGE               8.18
TOTAL NUMBER OF ITEMS SOLD =   34
48 Total Beverage Containers
B. Green&Co Inc. ID:C-273-000
07/29/18 12:29pm 1 8 54 308

CUST: 30183155-GREEN APPLE GROCERY &
ACCOUNT#: 40000261180

Thank You For Shopping at Cash & Carry
       STORE HOURS
MON-FRI 6A-4P SAT 7A-4P SUN 8A-4P
*******************************
 --Thank you for shopping with us----
*******************************
```

**Receipt 3 (right column):**

```
          CASH & CAR
        1300 SOUTH M
          BALTIMORE,
          (410) 539-6
YOUR CASHIER TODAY IS L

   TRANSACTION RETRIEVE
RETRIEVAL NUMBER:
30183155-GREEN APPLE G
2 @ 7.99
       PEPSI COLA
6 @ 0.75
       RUTTER'S WHOLE M
       OREOS S/S
       M&M PEANUT
       SUNNY DELIGHT CI
       HI-C VARILTY PK
       40 Beverage Cont
       SUPER CHILL COLA
       24 Beverage Cont
       SUPER CHILL GINGE
       24 Beverage Cont
       SUPER CHILL CREAM
       24 Beverage Conta
4 @ 70.69
       NEWPORT MENTH BOX
       MAVERICK MLNTHOL B
       WILD ROSES
       TAX
       TAX EXEMPTION
 **** BALANCE
       CASH
       CASH
       CHANGE
TOTAL NUMBER OF ITEMS SOLD =
112 Total Beverage Container
B. Green&Co Inc. ID:C-273-000
07/28/18 11:50am 1 8 54 123

CUST: 30183155-GREEN APPLE GR
ACCOUNT#: 40000261180

Thank You For Shopping at Cash
       STORE HOURS
MON-FRI 6A-4P SAT 7A-4P SUN 8A
*******************************
 ---Thank you for shopping wit
*******************************
```

A.R. 755



**Receipt 1 (left column):**

CASH & CARRY
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
UR CASHIER TODAY IS PATRICIA

TRANSACTION RETRIEVED:
TRIEVAL NUMBER:      1/18
30183155-GREEN APPLE GROCE40000261180
SUPER CHILL GRAPE        6.25 B
    24 Beverage Containers
HI-C VARIETY PK 40       8.49 B
    40 Beverage Containers
SPRITE                   7.99 B
2 @ 0.95
    RUTTER'S ORANGE      1.90 F
2 @ 2.95
    RUTTER'S WHOLE MIL   5.90 F
5 @ 0.85
    HAUSWALD'S BREAD     4.25 F
3 @ 70.69
    NEWPORT MENTH BOX   212.07 T
    MARLBORO LIGHT BOX   66.69 T
    NEWPORT NON-MENTHO   56.95 T
    TAX                  21.51
    TAX EXEMPTION        21.51-
**** BALANCE           370.49
    CASH               371.00
    CHANGE               0.51
TOTAL NUMBER OF ITEMS SOLD =    17
64 Total Beverage Containers
B. Green&Co Inc. ID:C-273-000
07/22/18 10:23am 1 8 35 241

CUST: 30183155-GREEN APPLE GROCERY &
ACCOUNT#: 40000261180

Thank You For Shopping at Cash & Carry
    STORE HOURS:
MON-FRI:6A-4P SAT:7A-4P SUN:8A-4P
*******************************
====Thank you for shopping with u=
*******************************

**Receipt 2 (middle column):**

(410) 539-6134
YOUR CASHIER TODAY IS LISA

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:      4/20
30183155-GREEN APPLE GROCE40000261180
SPRITE                  11.99 B
    24 Beverage Containers
HI-C VARIETY PK 40       7.95 B
    40 Beverage Containers
2 @ 2.95
    RUTTER'S WHOLE MIL   5.90 F
    SUPER CHILL STRAW    5.95 B
    24 Beverage Containers
    SUPER CHILL COLA     5.95 B
    24 Beverage Containers
    ALL CRISP KOSHER P   5.75 F
    HERB'S RED HOT SAU  14.99 F
    1/6 SMILE BAG        8.49 T
    1/8 BLACK BAG        6.99 T
    1/8 BLACK SMILE BA   8.25 T
4 @ 0.85
    HAUSWALD'S BREAD     3.40 F
    NEWPORT MENTH BOX   70.69 T
    MARLBORO BOX 100    66.69 T
    NEWPORT NON-MENTHO  56.95 T
5 @ 70.69
    NEWPORT MENTH BOX  353.45 T
    WILD ROSES           4.65 T
    TAX                 36.48
    TAX - XEMPTION      36.48-
**** BALANCE          638.04
    CASH              640.00
    CHANGE              1.96
TOTAL NUMBER OF ITEMS SOLD =    24
112 Total Beverage Containers
B. Green&Co Inc. ID:C-273-000
07/25/18 08:43am 1 8 22 123

CUST: 30183155-GREEN APPLE GROCERY &
ACCOUNT#: 40000261180

Thank You For Shopping at Cash & Carry
    STORE HOURS:
MON-FRI:6A-4P SAT:7A-4P SUN:8A-4P
*******************************
====Thank you for shopping with us====
*******************************

**Receipt 3 (right column):**

CASH & CARRY
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS LISA

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:      3/21
30183155-GREEN APPLE GROCE40
8 @ 0.99
    PINT CHOCOLATE MIL
3 @ 0.75
    RUTTER'S WHOLE MIL
2 @ 1.23
    RUTTER'S CHOCOLATE
    SUPER CHILL COLA
    24 Beverage Contain
    SUPER CHILL BLACK
    24 Beverage Contain
    PEPSI COLA
3 @ 0.85
    HAUSWALD'S BREAD
    MOUNTAIN DEW
    UTZ SOUR CREAM & O
    UTZ CHEESE CURLS
    CLASSIC COKE
    24 Beverage Contain
    LINDEN CHOC CHIP C
    LINDENS BUTTER CRU
    TASTYKAKE CHOCOLAT
    TWIZZLER STRAWBERR
    MAVERICK BOX 100'S
    MAVERICK MENTHOL B
    NEWPORT NON MENTHO
4 @ 70.69
    NEWPORT MENTH BOX
2 @ 46.65
    BACKWOOD STOUT
    TAX
    TAX EXEMPTION
**** BALANCE
    CASH
    CASH
    CHANGE
TOTAL NUMBER OF ITEMS
72 Total Beverage Container
B. Green&Co Inc. ID:C-2
07/31/18 09:07am 1 8 35

CUST: 30183155-GREEN APPLE
ACCOUNT#: 40000261180

Thank You For Shopping at
    STORE HOURS:
MON-FRI:6A-4P SAT:7A-4P SU
*******************************
====Thank you for shopping
*******************************

**A.R. 756**

**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
? CASHIER TODAY IS LISA

TRANSACTION RETRIEVED:
RIEVAL NUMBER:     5/13
183155-GREEN APPLE GROCE40000261180
  SUPER CHILL ROOTBE      6.25 B
   24 Beverage Containers
  SUPER CHILL ORANGE      6.25 B
   24 Beverage Containers
  SUPER CHILL COLA        6.25 B
   24 Beverage Containers
  SPRITE                 11.99 B
   24 Beverage Containers
  LINDENS BUTTER CRU      8.59 F
  TASTYKAKE KOFFEE K      2.00 F
  TASTYKAKE BUTTERSC      2.00 F
  TASTYKAKE JELLY KR      2.00 F
  LE CREAM FILLED BI      2.00 F
  CHOCOLATE CREAM KA      2.00 F
  NEWPORT NON-MENTHO     56.95 T
@ 70.69
  NEWPORT MENTH BOX     353.45 T
  MAVERICK MENTHOL B     54.29 T
  TAX                    29.73
  TAX EXEMPTION          29.73-
**** BALANCE            514.02
  CASH                  600.00
  CHANGE                 85.98
TAL NUMBER OF ITEMS SOLD =    17
**Total Beverage Containers**
**Green&Co Inc. ID:C-273-00**
/13/18 10:10am 1 8 59 123

ST: 30183155-GREEN APPLE GROCERY &
COUNT#: 40000261180

ank You For 't   ng at Cash & Carry
       STU-    URS:
N-FRI:6A-4P SAI 7A-4P SUN:8A-4P
*********************************
==Thank you for shopping with us====
*********************************

---

**CASH & CARRY**
300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS PATRICIA

  TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:    5/18
30183155-GREEN APPLE GROCE40000261180
4 @ 0.85
  HAUSWALD'S BREAD        3.40 F
3 @ 1.83
  RUTTER'S CHOCOLATE      5.49 F
2 @ 0.99
  PINT CHOCOLATE MIL      1.98 F
4 @ 1.09
  RUTTER'S WHOLE MIL      4.36 F
4 @ 0.75
  RUTTER'S WHOLE MIL      3.00 F
  PEPSI COLA              8.99 B
  MOUNTAIN DEW           10.75 B
  SUNNY DELIGHT CITR      7.89 F
  SUPER CHILL CREAM       6.25 F
   24 Beverage Containers
  JUMBO WRAPPED STRA      4.35 T
  5.5" WOODEN STIRRE      1.85 T
  MAVERICK BOX 100       54.29 T
  MARLBOH   GHT BOX      66.69 T
  MAV      IL  B         54.29 T
  NEW       HO          56.95 T
4 @ 70.69
  NEWPORT  ΛN BOX       282.76 T
  TAX                    32.46
  TAX EXEMPTION          32.46-
**** BALANCE            573.29
**AMOUNT      $573.29**
CASH BACK $0.00
***********9320
  DEBIT                 573.29
  CHANGE                  0.00
TOTAL NUMBER OF ITEMS SOLD =    31
**24 Total Beverage Containers**
**B. Green&Co Inc. ID:C-273-000**
07/1./18 10:16am 1 8 59 241

    ''183155-GREEN APPLE GRU
  ''    4 40000261180

Thank You For Shopping at Cash & Carry
       STORE HOURS:
MON-FRI:6A-4P SAT:7A-4P SUN:8A-4P
***********************************
====Thank you for shopping with
***********************************

---

**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS PATRICI

  TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:     4/35
30183155-GREEN APPLE GROCE40
   7LB BAG ICI
  UTZ REGULAR CHIPS
  UTZ BBQ POTATO CHI
2 @ 1.83
  RUTTER'S CHOCOLATE
5 @ 0.99
  PINT CHOCOLATE MIL
  MT.DEW
   24 Beverage Containe
3 @ 0.85
  HAUSWALD'S BREAD
  CHOCOLATE CREAM KA
  TASTYKAKE JELLY KR
  TASTYKAKE CHOCOLAT
3 @ 1.75
  DART FOAM CUP UNIT
  MAVERICK BOX 100'S
  NEWPORT NON-MENTHO
5 @ 70.69
  NEWPORT MENTH BOX
  MAVERICK MENTHOL B
  EE REUSABLE BAGS
  DART LTD L  T   LO
  TAX
  TAX EXEMPTION
**** BALANCE
  CASH
  CHANGE
TOTAL NUMBER OF ITEMS SOLD =
**24 Total Beverage Containers**
**B. Green&Co Inc. ID:C-273-00**
07/26/18 08:46am 1 8 33 241

CUST: 30183155-GREEN APPLE G
ACCOUNT#: 40000261180

Thank You For Shopping at Ca
       STORE HOURS:
MON-FRI:6A-4P SAT:7A-4P SUN:
*****************************
====Thank you for shopping w
*****************************

**A.R. 757**

JUR CASHIER TODAY IS CAITLYN

**Column 1 (left):**

```
TRANSACTION RETRIEVED:
:TRIEVAL NUMBER:     4/17
30183155-GREEN APPLE GROCE40000261180
   HI-C VARIETY PK 40      8.49 B
   40 Beverage Containers
   SUPER CHILL FRUIT       6.25 F
   24 Beverage Containers
   SUPER CHILL GRAPE       6.25 B
   24 Beverage Containers
   SUPER CHILL ORANGE      6.25 B
   24 Beverage Containers
   SUPER CHILL CREAM       6.25 F
   24 Beverage Containers
   MOUNTAIN DEW            8.99 B
   PEPSI COLA              8.99 B
   PURINA MEOW MIX        11.79 T
@ 0.85
   HAUSWALD'S BREAD        2.55 F
@ 0.75
   RUTTER'S WHOLE MIL      4.50 F
@ 1 23
   RUTTER'S CHOCOLATE      2 46 F
@ 0 99
   PINT CHOCOLATE MIL      2.97 F
   RUTTER'S WHOLE MIL      2.95 F
   SALT&VINEGAR CHIP      12.99 F
   UTZ CHEESE CURLS       12.99 F
   SUNNY DELIGHT CITR      7.89 F
   DUBBLE BUBBLE ORIG      7.39 B
@ 2 69
   ALLEY CAT CHICK &       8.07 T
   TASTYKAKE JELLY KR      2.00 F
   E FRUTTI SOUR MINI      4.75 B
   SFT BATCH CHOC CHI      5.89 F
   KELL RICE KRISPIES      8.99 F
   CHEWY LEMONADE PIN      3.35 B
   BOSTON BAKED BEANS      3.35 B
   NAB S/S NUTTER BUT      5.49 F
   OREOS S/S               5.49 F
   AIR HEADS STRAWBER      4.69 B
   AIRHEADS GREEN APP      4.69 B
   SKITTLES ORIGINAL      25.65 B
   MILKY WAY              22.45 B
   MIKE & IKE RED RAG      3.99 B
   MIKE & IKE BERRY B      3.99 B
   MIKE & IKE JOLLY J      3.99 B
   MIKE & IKE ORIGIN       3.99 B
   M&M PEANUT             25.99 B
   MILK CHOCO PEANUT       4.25 B
   PEANUT CHEW STAND-      4.25 B
70.69
   NEWPORT MENTH BOX     282.76 T
   NEWPORT NON-MENTHO     56 95 T
   MAVERICK MENTHOL B     54.29 T
   NEWPORT MENTH BOX      70.69 T
   LUXURY LIGHTS LIGH      4.55 T
   WILD ROSES              4.65 T
   TAX                    39.57
   TAX EXEMPTION          39.57-
** BALANCE               749.15
IUNT          $749/15
3ACK $0 00
```

**Column 2 (middle):**

```
       CASH & CARRY
      1300 SOUTH MONROE
       BALTIMORE, MD
       (410) 539-6134
YOUR CASHIER TODAY IS LISA

   TRANSACTION RETRIEVED:
RETRIEVAL NUMBER      1/40
30183155-GREEN APPLE GROCE40000261180
   KOOL-AID JAMMERS V      7.69 F
   40 Beverage Containers
   SUPER CHILL COLA        6.25 B
   24 Beverage Containers
   SUPER CHILL ROOTBE      6.25 B
   24 Beverage Containers
   SUPER CHILL BLACK       6.25 F
   24 Beverage Containers
   7LB BAG ICE             4.79
   SPRITE                 11.99 B
   24 Beverage Containers
   MOUNTAIN DEW            8.99 B
   PEPSI COLA              8.99 B
3 @ 1.83
   RUTTER'S CHOCOLATE      5.49 F
   E-FRUTTI MINI BURG      4.75 B
   TASTYKAKE CHOCOLAT      2.00 F
   CLASSIC COKE           11.99 B
   24 Beverage Containers
   1/10 WHITE BAG          6.99 T
5 @ 70 69
   NEWPORT MENTH BOX     353.45 T
   TAX                    25.18
   TAX EXEMPTION          25.18-
**** BALANCE             445.87
   CASH                  460.00
   CHANGE               ~ 14.13
TOTAL NUMBER OF ITEMS SOLD = 36  20
160 Total Beverage Containers
B. Green&Co Inc. ID:C-273-000
07/17/18 09:17am 1 8 40 123

CUST: 30183155-GREEN APPLE GROCERY &
ACCOUNT#: 40000261180

Thank You For Shopping at Cash & Carry
        STORE HOURS:
MON-FRI:6A-4P SAT:7A-4P SUN:8A-4P
*********************************
====Thank you for shopping with us====
*********************************
```

**Column 3 (right):**

```
       CASH & CARRY
      1300 SOUTH MONROE
       BALTIMORE, MD
       (410) 539-6134
YOUR CASHIER TODAY IS LISA

   TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:      3/56
30183155-GREEN APPLE GROCE4000
   RUTTER'S CHOCOLATE
   RUTTER'S WHOLE MIL
2 @ 2.95
   RUTTER'S WHOLE MIL
3 @ 0.85
   HAUSWALD'S BREAD
   SPRITE
   CLASSIC COKE
   MOUNTAIN DEW
   PEPSI COLA
   SUPER CHILL CREAM
   24 Beverage Containers
   SUPER CHILL ROOTBE
   24 Beverage Containers
   LINDENS BUTTER CRU
   TASTYKAKE JELLY KR
   TASTYKAKE CHOCOLAT
   TASTYKAKE KOFFEE K
   TASTYKAKE ICED CUP
   TASTYKAKE ICED CUP
   MAVERICK MENTHOL B
   MARLBORO BOX 100
   PALL MALL 100'S BO
4 @ 70.69
   NEWPORT MENTH BOX       2
   NEWPORT MENTH BOX
   LUXURY LIGHTS LIGH
   TAX
   TAX EXEMPTION
**** BALANCE                6
   CASH                     2
   CASH                     1
   CASH                     2
   CHANGE
TOTAL NUMBER OF ITEMS SOLD =
48 Total Beverage Containers
B. Green&Co Inc. ID:C-273-000
07/05/18 09:48am 1 8 50 123

CUST: 30183155-GREEN APPLE GROC
ACCOUNT#: 40000261180

Thank You For Shopping at Cash
        STORE HOURS:
MON-FRI:6A-4P SAT:7A-4P SUN:8A-
*********************************
====Thank you for shopping with
*********************************
```

**A.R. 758**



**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
:ER TODAY IS LISA

:TION RETRIEVED:
NUMBER:     1/69
-GREEN APPLE GROCE40000261180
UPER CHILI BLACK        6.25 F
24 Beverage Containers
PEPSI COLA              7.99 B
CLASSIC COKE            9.99 B
SPRITE                 10.99 B
24 Beverage Containers
49
NEWPORT MENTH BOX     281.96 T
WILD ROSES              4.65 T
TAX                    18.94
TAX EXEMPTION          18.94-
BALANCE               321.83
CASH                  200.00
CASH                   50.00
CASH                   50.00
CASH                   22.00
CHANGE                  0.17
NUMBER OF ITEMS SOLD =
sl Beverage Containers
en&Co Inc. ID:C-273-000
18 11:22am 1 8 86 123

30183155-GREEN APPLE GROCERY &
II#: 40000261180

You For Shopping at Cash & Carry
STORE HOURS:
RI:6A-4P SAT:7A-4P SUN:8A-4P
*********************************
hank you for shopping with us====
*********************************

---

**CASH & CARRY**
2401 BELAIR ROAD
BALTIMORE, MD
(410) 563-0323
YOUR CASHIER TODAY IS RON

30183155-GREEN APPLE GROCE40000261180
DEER PARK SPRING W      6.99 B
24 Beverage Containers
DEER PARK SPRING W      7.29 B
40 Beverage Containers
4 @ 7.99
CLASSIC COKE           31.96 B
PEPSI COLA              8.99 B
MARLBORO BOX 100       66.69 T
8 @ 70.69
Newport               565.52 T
MAVERICK MENTHOL B     54.29 T
TAX                    44.51
TAX EXEMPTION          44.51-
**** BALANCE          741.73
CASH                  500.00
CASH                  242.00
CHANGE                  0.27
TOTAL NUMBER OF ITEMS SOLD =    17
**64 Total Beverage Containers**
**B. Green&Co Inc. ID:C-059-000**
07/15/18 02:07pm 1 5 35 144

CUST: 30183155-GREEN APPLE GROCERY &
ACCOUNT#: 40000261180

THANK YOU FOR SHOPPING AT CASH & CARRY
STORE HOURS:
MON-FRI:6AM-4PM  SAT:7AM-3PM  SUN:8AM-
*********************************
====Thank you for shopping with us====
*********************************

---

**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS LISA

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:      4/33
30183155-GREEN APPLE GROCE40000261
2 @ 0.95
RUTTER'S GRAPE          1.9
2 @ 0.95
RUTTER'S PUNCH          1.9
2 @ 2.95
RUTTER'S WHOLE MIL      5.9
RUTTER'S HVD MILK       1.5
2 @ 1.23
RUTTER'S CHOCOLATE      2.4
4 @ 0.85
HAUSWALD'S BREAD        3.4
PEPSI COLA              8.9
T.K. CHOCOLATE BEL      2.0
TASTYKAKE CHOCOLAT      2.0
TASTYKAKE KOFFEE K      2.0
SUPER CHILL COLA        6.
24 Beverage Containers
SUPER CHILL GINGER      6
24 Beverage Containers
HONEY BBQ CHIPS        12.
PARTY MIX              12.
9 @ 65.69
NEWPORT MENT BOX 1    591.
NEWPORT MENTHOL BO/2   65.
NEWPORT NON-MENTHO     56.
MARLBORO LIGHT BOX     66
TAX                    48.
TAX EXEMPTION/2        48.
**** BALANCE          851.
CASH                  420.
CASH                  190.
CASH                   88

# AMOUNT    $153.12
CASH BACK $0.00

# ************9320
DEBIT                 153
CHANGE                  0
TOTAL NUMBER OF ITEMS SOLD =     3
**48 Total Beverage Containers**
**B. Green&Co Inc. ID:C-273-000**
07/19/18 08:40am 1 8 28 123

CUST: 30183155-GREEN APPLE GROCER
ACCOUNT#: 40000261180

Thank You For Shopping at Cash &
STORE HOURS:
MON-FRI:6A-4P SAT:7A-4P SUN:8A-4P
**********A.R. 759**********
====Thank you for shopping with u
*********************************

Left receipt (partial, left edge cut off):

```
SOUTH MONROE
LTIMORE, MD
0) 539-6134
ODAY IS CAITLYN

N RETRIEVED:
BER:        3/45
EN APPLE GROCE40000261180

R'S WHOLE MIL      8.85 FJ

R'S WHOLE MIL      2.18 F
R CHILL CREAM      6.25 F
  Beverage Containers
R CHILL ROOTBE     6.25 B
  Beverage Containers
R CHILL GRAPE      6.25 B
  Beverage Containers

SI COLA           15.98 B
AR FRUIT KIWI S   13.45 B
ARFRUIT STRAWBE   13.45 B
RFRESH TROPICAL   13.85 F
RFRESH APPLE JU   13.85 F
RFRESH CRANBERR   13.85 F
HEADS WHITE MY     4.69 B
ID NACHO CHEESE    6.49 F
RLESTON CHEWS      6.15 B
SOFT BANANA        3.59 B
IBO GOLD-BEAR M    4.50 B
RUTTI MINI BURG    4.75 B
RUTTI SOUR MINI    4.75 B
TSIE CARAMEL AP    5.45 B

LUNCHABLE TUR      6.99 F

LINCHABLE CHE      6.87 F
ZONA WATERMELON   16.99 B
  Beverage Containers
ZONA HALF & HAL   16.99 B
  Beverage Containers
ITE               10.99 B
  Beverage Containers
SSIC COKE          8.99 B

PORT MENTH BOX   424.14 T
LBORO LIGHT BOX   66.69 T
JE CUTTERS         4.59 B
IAC 150           11.79
PORT NON-MENTHO   55.69 T
                  41.66
EXEMPTION         41.66-
3NCE             785.30
NSTAR CHITS      473.32
4                100.00
4                212.00
NGE                0.02
R OF ITEMS SOLD =   43
  everage Containers
  Inc. ID:C-273-000
 :49am 1 8 36 308

155-GREEN APPLE GROCERY &
 )000261180
```

Middle receipt:

**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS PATRICIA

```
30183155-GREEN APPLE GROCE40000261180
  MARLBORO LIGHT BOX   66.69 T
5 @ 70.69
  NEWPORT MENTH BOX   353.45 T
3 @ 1.83
  RUTTER'S CHOCOLATE    5.49 F
5 @ 0.99
  PINT CHOCOLATE MIL    4.95 F
  RUTTER'S WHOLE MIL    2.95 F
5 @ 0.75
  RUTTER'S WHOLE MIL    3.75 F
  TAX                  25.21
  TAX EXEMPTION        25.21-
**** BALANCE          437.28
```

AMOUNT          **$437.28**
CASH BACK $0.00

★★★★★★★★★★★★9320
  DEBIT               437.28
  CHANGE                0.00
TOTAL NUMBER OF ITEMS SOLD = 20
07/14/18 01:44pm 1 8 106 241

CUST: 30183155-GREEN APPLE GROCERY &
ACCOUNT#: 40000261180

Thank You For Shopping at Cash & Carry
STORE HOURS:
MON-FRI:6A-4P SAT:7A-4P SUN:8A-4P
************************************
====Thank you for shopping with us====
************************************

Right receipt:

**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS SANDRA

```
30391142-E MART LLC    400002636
  DEER PARK SPRING W    6.95
  24 Beverage Containers
  T.K CHE  wit BEL      2.00
  SUPER CHILL PINEAP    6.25
  24 Beverage Containers
  SUPER CHILL STRAWB    6.25
  24 Beverage Containers
  TAX                   0.80
**** BALANCE          22.29
```

AMOUNT          **$22.29**
CASH BACK $0.00

★★★★★★★★★★★★9320
  DEBIT                22.29
  CHANGE                0.00
TOTAL NUMBER OF ITEMS SOLD
72 Total Beverage Containers
B. Green&Co Inc. ID:C-273-000
07/14/18 02:33pm 1 5 59 235

CUST: 30391142-E MART LLC
ACCOUNT#: 40000263650

Thank You For Shopping at Cash & Carry
STORE HOURS:
MON-FRI:6A-4P SAT:7A-4P SUN:8A-4P
************************************
====Thank you for shopping with us====
************************************

**A.R. 760**

**Left column:**

(410) 539-6134
ER TODAY IS PATRICIA

TION RETRIEVED:
NUMBER:    2/33
GREEN APPLE GROCE40000261180
2 REGULAR CHIPS      12.99 F
2 CHEESE CURLS       12.99 F
MOUS AMOS CHOC C     13.25 F

TTER'S WHOLE MIL      2.18 F

TTER'S WHOLE MIL      1.50 F

TTER'S CHOCOLATE      2.46 F

IT CHOCOLATE MIL      7.92 F
NY DELIGHT CITR       7.89 F
ORADE X FACTOR       10.49 F
2 Beverage Containers
SNEVERY IWS AMER      9.95 F
CRISP KOSHER P        5.75 F
ONUT JUNIORS          2.59 F
SI                   11.99 B
Beverage Containers

SI COLA              15.98 B
RBURST TROPICAL      18.99 B

TER'S ORANGE          1.90 F

TER'S WHOLE MIL       5.91 F
ER CHILL FRUIT        6.25 F
Beverage Containers
ER CHILL GINGER       6.25 B
Beverage Containers
ER CHILL CREAM        6.25 F
Beverage Containers

TER'S GRAPE           1.90 F

TER'S PUNCH           1.90 F

PORT MENTH BOX      281.96 T
PORT NON-MENTHO      70.59 T
RICK BOX 100'S       54.19 T
BORO BOX 100         66.59 T
S OFF CIGAR 10       15.95 T
                     32.55
EXEMPTION            32.55-
NCE                 656.55
                      0.60
                    600.00
                     40.00
                     16.00
GE                    0.05
OF ITEMS SOLD =      45
verage Containers
Inc. ID:C-273-000
48pm 1 8 126 241

55-GREEN APPLE GROCERY &
000261180

**Center column:**

CASH & CARRY
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS CAITLYN

30183155-GREEN APPLE GROCE40000261180
4 @ 70.49
        NEWPORT MENTH BOX    281.96 T
        RUTTER'S WHOLE MIL     2.95 F
2 @ 1.23
        RUTTER'S CHOCOLATE     2.46 F
2 @ 1.09
        RUTTER'S WHOLE MIL     2.18 F
3 @ 0.75
        RUTTER'S WHOLE MIL     2.25 F
2 @ 0.99
        PINT CHOCOLATE MIL     1.98 F
        SUPER CHILL PINEAP     6.25 F
        24 Beverage Containers
        SUPER CHILL STRAWB     6.25 B
        24 Beverage Containers
        SUPER CHILL ORANGE     6.25 B
        24 Beverage Containers
        TAX                   17.67
        TAX EXEMPTION         17.67-
****  BALANCE               312.53
VF      COINSTAR CHITS     1,993.26
        CHANGE             1,680.73
TOTAL NUMBER OF ITEMS SOLD =    17
72 Total Beverage Containers
B. Green&Co Inc. ID:C-273-000
07/01/18 08:35am 1 8 17 308

CUST: 30183155-GREEN APPLE GROCERY &
ACCOUNT#: 40000261180

Thank You For Shopping at Cash & Carry
STORE HOURS:
MON-FRI:6A-4P SAT:7A-4P SUN:8A-4P
*****************************************
====Thank you for shopping with us====
*****************************************

**Right column:**

BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS CAITLYN

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:    3/36
30183155 GREEN APPLE GROCE40000261180
2 @ 7.99
        PEPSI COLA           15.98 B
3 @ 0.85
        HAUSWALD'S BREAD      2.55 F
4 @ 1 55
        RUTTER'S HVD MILK     6.20 F
        RUTTER'S WHOLE MIL    2.95 F
3 @ 2 69
        ALLEY CAT FISH & T    8.07
3 @ 1 99
        PURINA CM CHOW,       5.97
        PEPSI                11.99
        24 Beverage Containers
        AIRHEADS GREEN APP    4.69
        AIR HEADS WHITE MY    4.69
        HI-C VARIETY PK 40    8.49
        40 Beverage Containers
        CLEARFRUIT STRAWBE   11.99
        LAFFY TAFFY ASSORT    6.79
        SPRITE               10.99
        24 Beverage Containers
        CLASSIC COKE         10.99
        24 Beverage Containers
        ARIZONA TEA W/ LEM   16.99
        24 Beverage Containers
2 @ 16.99
        ARIZONA SWEET TEA    33.98
        24 Beverage Containers
        24 Beverage Containers
        3 MUSKETEERS         23.49
        STARBURST"FAVE" RE   16.29
        KIT KAT              24.89
        HARIBO GOLD-BEAR M    4.59
        DAVID NACHO CHEESE    6.49
        WRIGLEY'S DOUBLEMI    7.79
        WRIGLEY'S SPEARMIN    7.79
        N&L SOFT BANANA       3.59
        NOW & LATER APPLE     3.59
        E-FRUTTI MINI BURG    4.79
        E FRUTTI SOUR MINI    4.79
        N&L SOFT WATERMELO    3.59
        FRUIT BY THE FOOT    11.29
        NOW & LATER BLUE/R    3.59
        GUSHER'S VARIETY P   10.59
5 @ 70 49
        NEWPORT MENTH BOX   352.
        NEWPORT NON-MENTHO    56.
        MARLBORO LIGHT BOX    66.
        MAVERICK MENTHOL B    54.
        WILD ROSES            4.
        MAVERICK MENTHOL B    54
        TAX                   52
        TAX EXEMPTION         52
****  BALANCE              888
        CASH               900
        CHANGE              11
TOTAL NUMBER OF ITEMS SOLD =    5

**A.R. 761**



| | |
|---|---|
| IL NUMBER | |
| 5-GREEN APPLE . | |
| 5 | |
| RUTTER'S WHOLE MIL | 5.90 F |
| 5 | |
| RUTTER'S HVD MILK | 4.65 F |
| SUNNY DELIGHT CITR | 7.89 F |
| OREOS S/S | 5.49 F |
| KOOL-AID JAMMERS V | 7.69 F |
| 40 Beverage Containers | |
| SUPER CHILL GINGER | 5.25 B |
| 24 Beverage Containers | |
| HI-C VARIETY PK 40 | 8.49 B |
| 40 Beverage Containers | |
| CLASSIC COKE | 8.99 B |
| WILD ROSES | 4.65 T |
| 69 | |
| NEWPORT MENTH BOX | 282.76 T |
| NEWPORT MENTH BOX | 70.69 T |
| MARLBORO BOX 100 | 66.69 T |
| TAX | 26.92 |
| TAX EXEMPTION | 26.92- |
| BALANCE | 480.14 |
| CASH | 500.00 |
| CHANGE | 19.86 |
| MBER OF ITEMS SOLD = | 18 |

l Beverage Containers
&Co Inc. ID:C-273-000
11:48am 1 8 49 241

183155-GREEN APPLE GROCERY &
: 40000261180

u For Shopping at Cash & Carry
STORE HOURS:
6A-4P SAT:7A-4P SUN:8A-4P
*******************************
k you for shopping with us====
*******************************

---

**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS LISA

30183155-GREEN APPLE GROCE40000261180

| | | |
|---|---|---|
| SUPER CHILL GRAPE | 6.25 | B |
| 24 Beverage Containers | | |
| SUPER CHILL FRUIT | 6.25 | F |
| 24 Beverage Containers | | |
| SUPER CHILL COLA | 6.25 | B |
| 24 Beverage Containers | | |
| SPRITE | 10.99 | B |
| 24 Beverage Containers | | |
| CLASSIC COKE | 10.99 | B |
| 24 Beverage Containers | | |
| PEPSI COLA | 7.99 | B |
| MOUNTAIN DEW | 7.99 | B |
| 2 @ 2.95 | | |
| RUTTER'S WHOLE MIL | 5.90 | F |
| 2 @ 1.55 | | |
| RUTTER'S HVD MILK | 3.10 | F |
| 2 @ 1.09 | | |
| RUTTER'S WHOLE MIL | 2.18 | F |
| 3 @ 0.75 | | |
| RUTTER'S WHOLE MIL | 2.25 | F |
| 5 @ 70.69 | | |
| NEWPORT MENTH BOX | 353.45 | T |
| TAX | 24.24 | |
| TAX EXEMPTION | 24.24- | |
| **** BALANCE | 423.59 | |
| CASH | 440.00 | |
| CHANGE | 16.41 | |

TOTAL NUMBER OF ITEMS SOLD = 21
120 Total Beverage Containers
B. Green&Co Inc. ID:C-273-000
07/06/18 09:13am 1 8 35 123

CUST: 30183155-GREEN APPLE GROCERY &
ACCOUNT#: 40000261180

Thank You For Shopping at Cash & Carry
STORE HOURS:
MON-FRI:6A-4P SAT:7A-4P SUN:8A-4P
*********************************
===Thank you for shopping with us====
********************************

---

**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS PATRICIA

30186586-STOP AND GO GROCE40000:

| | |
|---|---|
| NEWPORT NON-MENTHO | 7( |
| MAVERICK BOX 100'S | 5( |
| MARLBORO LIGHT BOX | 6( |
| TAX | 11 |
| TAX EXEMPTION | 11 |
| **** BALANCE | 191 |
| CASH | 100 |
| CASH | 92 |
| CHANGE | ( |
| TOTAL NUMBER OF ITEMS SOLD = | 3 |

07/05/18 03:04pm 1 8 126 241

CUST 30186586-STOP AND GO GROCER
ACCOUNT#: 40000261205

Thank You For Shopping at Cash &
STORE HOURS:
MON-FRI:6A-4P SAT:7A-4P SUN:8A-4P
********************************
====Thank you for shopping with u
********************************

**A.R. 762**

BALTIMORE, MD
(410) 539-6134
CASHIER TODAY IS LISA

SACTION RETRIEVED:
AL NUMBER:        2/56
55-GREEN APPLE GROCE40000261180
  GIANT NEO ICE CREA     17.99 F
  NUTTY BUDDY CONE       11.99 F
  SNO-CONE 24 CT         16.99 F
  POP UP RAINBOW         13.49 F
  7LB BAG ICE             4.79
  SUPER CHILL BLACK       6.25 F
    24 Beverage Containers
  MT.DEW                 11.99 B
    24 Beverage Containers
  SPRITE                 11.99 B
    24 Beverage Containers
  CLASSIC COKE            7.99 B
99
  SPRITE                 15.98 B
  UTZ SOUR CREAM & O     12.99 F
  ALL CRISP KOSHER P      5.75 F
  CLASSIC COKE           11.99 B
    24 Beverage Containers
  FROZEN FOOD             6.89 F
  MAVERICK MENTHOL B     54.29 T
  NEWPORT NON-MENTHO     56.95 T
69
  NEWPORT MENTH BOX     282.76 T
  SUNLITE LIGHTERS        4.99 T
5
  WILD ROSES              9.30 T
  TAX                    28.10
  TAX EXEMPTION          28.10-
  BALANCE                65.36
  CASH                   20.00
  CASH                   50.00
  CASH                   30.00
  CASH                  400.00
  CASH                   45.51
  CASH                   19.00
  CASH                    1.00
  HANGE                   0.15
BER OF ITEMS SOLD =        24
**Beverage Containers**
Co Inc. ID:C-273-000
11:14am 1 8 51 123

83155-GREEN APPLE GROCERY &
40000261180

For Shopping at Cash & Carry
  STORE HOURS:
9-4P SAT:7A-4P SUN:8A-4P
*************************
you for shopping with us====
*************************

---

1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS CAITLYN

  TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:       3/18
30183155-GREEN APPLE GRUCE40000261180
2 @ 4.69
  AIR HEADS WHITE MY      9.38 B
  AIR HEADS STRAWBER      4.69 B
  PARTY MIX              12.99 F
  SUPER CHILL CREAM       6.25 F
    24 Beverage Containers
  SUPER CHILL BLACK       6.25 F
    24 Beverage Containers
  SUPER CHILL PINEAP      6.25 F
    24 Beverage Containers
  SUPER CHILL ORANGE      6.25 B
    24 Beverage Containers
  HARIBO GOLD BEARS      13.65 B
  FRUIT BY THE FOOT      11.35 B
  OREOS S/S               5.49 F
  SOUR PATCH EXTREME     14.25 B
  CHEWY BERRY LEMONH      3.35 B
  CHERRY HEAD .25         3.35 B
  SOUR PATCH WATERME     14.25 B
  SOUR PATCH KIDS CH     14.25 B
  HARIBO GOLD-BEAR M      4.50 B
  CLEARFRUIT STRAWBE     13.45 B
  CLEARFRUIT ISLAND      13.45 B
  WILD ROSES              4.65 T
  MARLBORO BOX 100       66.69 T
  MAVERICK MENTHOL D     54.29 T
4 @ 70.69
  NEWPORT MENTH BOX     282.76 T
  NEWPORT MENTH BOX      70.69 T
  TAX                    36.32
  TAX EXEMPTION          36.32-
  **** BALANCE          642.48
  CASH                  150.00
  CASH                  160.00
  CASH                   40.00
  CASH                   20.00
  CASH                  180.00
  CASH                    5.00
  CASH                   45.00
  CASH                   43.00
  CHANGE                  0.52
TOTAL NUMBER OF ITEMS SOLD =  27
96 Total Beverage Containers
B. Green&Co Inc. ID:C-273-000
07/23/18 08:25am 1 8 23 308

CUST: 30183155-GREEN APPLE GROCERY &
ACCOUNT#: 40000261180

Thank You For Shopping at Cash & Carry
  STORE HOURS:
MON-FRI:6A-4P SAT:7A-4P SUN:8A-4P
******************************
====Thank you for shopping with us====
******************************

---

CASH & CARRY
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS PATRICIA

30183155-GREEN APPLE GROCE40000261
3 @ 1.23
  RUTTER'S CHOCOLATE      3.6
4 @ 0.99
  PINT CHOCOLATE MIL      3.9
2 @ 2.95
  RUTTER'S WHOLE MIL      5.9
  CLASSIC COKE            8.9
  SPRITE                  8.9
  CLASSIC COKE           11.9
    24 Beverage Containers
  SPRITE                 11.9
    24 Beverage Containers
  SUPER CHILL FRUIT       5.9
    24 Beverage Containers
  WHITE CHEDDAR POPC     12.5
  LUXURY LIGHTS LIGH      4.5
  NEWPORT NON-MENTHO     56.5
5 @ 70.69
  NEWPORT MENTH BOX     353.
  EE REUSABLE BAGS        0.
  TAX                    27.
  TAX EXEMPTION          27.
  **** BALANCE          489.
  CASH                  100.
  CASH                  200.
  CASH                  100.
  CASH                   90.
  CHANGE                  0.
TOTAL NUMBER OF ITEMS SOLD =   23
72 Total Beverage Containers
B. Green&Co Inc. ID:C-273-000
07/27/18 12:42pm 1 8 89 241

CUST: 30183155-GREEN APPLE GROCERY
ACCOUNT#: 40000261180

Thank You For Shopping at Cash & C
  STORE HOURS:
MON-FRI:6A-4P SAT:7A-4P SUN:8A-4P
******************************
====Thank you for shopping with us====
******************************

A.R. 763

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| IC BROWNIE | 050 | 0.50 | | | 0.3780 | 8.88 |
| E ROUND | 050 | 0.50 | | | 0.3700 | 8.88 |
| A CAKE | 050 | 0.50 | | | 0.3700 | 8.88 |
| BERRY SHRTCK | 050 | 0.50 | | | 0.3700 | 8.88 |
| EY BUNS | 050 | 0.50 | | | 0.3700 | 8.88 |
| C CHIP CR PIE | 050 | 0.50 | | | 0.3700 | 4.44 |

S

119.88

tail Value: 162.00

119.88

TOTAL SALES: 119.88

TOTAL AMOUNT DUE 119.88

proof of delivery for quantities only.

YTD
66    6%
32

ORIGINAL  LAST PAGE

---

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 24 2430083593 ZEBRA CAKE | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 8.88 |
| 24 2430083734 STRWBERRY SHRTCK | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 8.88 |
| 36 2430083938 HONEY BUNS | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 13.32 |
| 24 2430086592 CHOC CHIP CR PIE | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 8.88 |

0.96    124.20

324 Subtotal SNACKS

324 TOTAL SALES Retail Value: 167.88    0.96    124.20

* 0.17 cases sold on promotion    TOTAL SALES: 124.20

TOTAL AMOUNT DUE 124.20

Signature:
Signature signifies proof of delivery for quantities only

| Sales | YTD | |
|---|---|---|
| Thru 05/26 | $2,236 | 4% |
| Last Year | $2,147 | |

ORIGINAL  LAST PAGE

---

SWEENEY DISTRIBUTING
ABINGDON MD 21009
443 243 0288

CASH SALE    Invoice no:
ERY  06/16/16 19.31    Make check to:
Independent Distributor
Sweeney Distributing CO
010202 001574 20060
Cases    0 Units  312

| | | UNIT | UNIT | TOTAL | UNIT NET STORE | |
|---|---|---|---|---|---|---|
| SCRIPTION | | RETAIL | PROMO | PROMO | COST | COST |

SALES

| DONUTS GLAZ | 000* | 0.79 | 0.0800 | 0.96 | 0.5700 | 6.84 |
|---|---|---|---|---|---|---|
| DRY CHOC CHP | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 4.44 |
| UNT FRST 4CT | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 6.66 |
| DNTS PWD 4CT | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 6.66 |
| CRUNCH | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 8.88 |
| IN CREME PIE | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 4.44 |
| AL PIE | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 8.88 |
| BAR | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 13.32 |
| ROLLS | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 4.44 |
| C BROWNIE | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 8.88 |
| ROUND | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 8.88 |
| CAKE | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 8.88 |
| ERRY SHRTCK | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 4.44 |
| BUNS | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 13.32 |
| CHIP CR PIE | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 8.88 |

0.96    117.84

I Value:  159.48    0.96    117.84

n promotion

TOTAL SALES    117.84

TOTAL AMOUNT DUE 117.84

of delivery for quantities only

7%

FINAL  LAST PAGE

---

SWEENEY DISTRIBUTING
ABINGDON MD 21009
443 243 0288

Page  1    Invoice no:
CASH SALE    152550763
GREEN APPLE DELI GROCERY  06/25/18 10.04    Make check to:
2526 WASHINGTON BLVD    Independent Distributor
BALTO. MD 21230    Sweeney Distributing CO.
CUSTOMER# 000616530    010202 001574 20060
    0 Units: 288

| QTY | UPC | DESCRIPTION | UNIT RETAIL | UNIT PROMO | TOTAL PROMO | UNIT NET COST | STORE COST |
|---|---|---|---|---|---|---|---|
| | | RETURNS | | | | | |
| 8 | 2430083785 MINI DONUT CRNCH | 000* | 0.79 | 0.0800 | 0.64 | 0.5700 | -4.56 |
| 6 | 2430086510 DONUT STICKS | 000* | 0.99 | 0.0800 | 0.48 | 0.7300 | -4.38 |

14 Subtotal SNACKS    1.12    -8.94

SALES

| 12 | 2430083785 MINI DONUT CRNCH | 000* | 0.79 | 0.0800 | 0.96 | 0.5700 | 6.84 |
|---|---|---|---|---|---|---|---|
| 12 | 2430086510 DONUT STICKS | 000* | 0.99 | 0.0800 | 0.96 | 0.7300 | 8.76 |
| 24 | 2430080850 MNI FRST 4CT | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 8.88 |
| 24 | 2430080851 MNI DNTS PWD 4CT | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 8.88 |
| 24 | 2430083532 STAR CRUNCH | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 8.88 |
| 12 | 2430083536 FUDGE BROWNIE | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 4.44 |
| 24 | 2430083561 OATMEAL PIE | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 8.88 |
| 24 | 2430083566 NUTTY BAR | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 8.88 |
| 12 | 2430083571 SWISS ROLLS | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 4.44 |
| 24 | 2430083586 COSMIC BROWNIE | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 8.88 |
| 12 | 2430083591 FUDGE ROUND | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 4.44 |
| 12 | 2430083593 ZEBRA CAKE | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 4.44 |
| 48 | 2430083938 HONEY BUNS | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 17.76 |
| 24 | 2430086592 CHOC CHIP CR PIE | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 8.88 |

288 Subtotal SNACKS    1.92    113.28

288 TOTAL SALES Retail Value: 153.36    0.80    104.34

* 0.14 cases sold on promotion

TOTAL SALES:  113.28
TOTAL CREDITS:  -8.94

TOTAL AMOUNT DUE 104.34

Signature:
Signature signifies proof of delivery for quantities only.

| Sales | YTD | |
|---|---|---|
| Thru 06/16 | $2,610 | 8% |
| Last Year | $2,410 | |

ORIGINAL  LAST PAGE

**A.R. 764**

| | 14 | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | 0.00 | | | |
| | | | | 0.00 | | | |
| s | | | | 9.80 | | | |
| | | | **$257.11** | | | | |

**Money Order**

~~signature~~

## DETAIL

### SALES

| | Units | Net | Amount |
|---|---|---|---|
| **2** | | | |
| UT 0-12000-04246-1 | 60 18 20 | 91.00 | |
| | 60 | | 91.00 |
| **2** | | | |
| 028-4 | | | |
| | 24 7.75 | 15.50 | |
| 000-14070-9 | | | |
| | 12 7.75 | 7.75 | |
| | 36 | | 23.25 |
| **/12** | | | |
| 12000-28617-9 | | | |
| | 24 12 50 | 25.00 | |
| | 24 | | 25.00 |
| **5** | | | |
| 2000 04232-0 | | | |
| | 15 16.00 | 16.00 | |
| HE 0-52000-04234-4 | | | |
| | 15 16 00 | 16.00 | |
| | 30 | | 32.00 |
| 56749-0 | | | |
| | 12 7 75 | 7.75 | |
| 00-10190-8 | | | |
| | 12 7 75 | 7.75 | |
| 000-03402-2 | | | |
| | 12 7 75 | 7 75 | |
| 0-03187-8 | | | |
| | 12 7 75 | 7.75 | |
| )-12000-03401-5 | | | |
| | 12 7 75 | 7 75 | |
| 12000-20238-4 | | | |
| | 12 7 75 | 7.75 | |
| MND 0-12000-04273- | | | |
| | 12 7 75 | 7.75 | |
| ND 0-12000-14021-1 | | | |
| | 12 7 75 | 7.75 | |
| 12000-14165-2 | | | |
| | 12 7 75 | 7 75 | |
| 12 0-12000-16123-0 | | | |
| | 12 7 75 | 7.75 | |
| LD 0-12000-16147-6 | | | |
| | 12 7 75 | 7 75 | |
| | 132 | | 85.25 |

**(Single Units)**

| | Units | Amount |
|---|---|---|
| 4 | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2725 | BR PT VANILLA | 8 | 1 | 0.00 | 2.1205 | 0.00 | 16.96 |
| | 077567274731 | | | | | | |
| 65006 | GARB CUP STRAW S | 12 | 1 | 0.00 | 0.7800 | 0.00 | 9.36 |
| | 028367304429 | | | | | | |
| 65012 | GARB CUP CHOC SU | 12 | 1 | 0.00 | 0.7800 | 0.00 | 9.36 |
| | 028367304320 | | | | | | |
| 65016 | FRED, FARM NUT C | 24 | 1 | 0.00 | 0.3900 | 0.00 | 9.36 |
| | 028367300001 | | | | | | |
| 10817 | PO NOV SPIDERMAN | 18 | 1 | 0.00 | 1.1400 | 0.00 | 20.52 |
| | 077567001037 | | | | | | |
| 10816 | PO NOV SPONGE BO | 18 | 1 | 0.00 | 1.1400 | 0.00 | 20.52 |
| | 077567001068 | | | | | | |
| 10982 | PO BIG STICK RED | 24 | 1 | 0.00 | 0.4704 | 0.00 | 11.29 |
| | 077567596673 | | | | | | |
| 2 | DELIVERY FEE | 1 | 1 | 0.00 | 3.9600 | 0.00 | 3.96 |
| | 023269999991 | | | | | | |
| 18034 | J&J BIG CHOCOLAT | 24 | 1 | 0.00 | 0.7060 | 0.00 | 16.94 |
| | 023269146449 | | | | | | |
| 18035 | J&J BIG STRAWBER | 24 | 1 | 0.00 | 0.7060 | 0.00 | 16.94 |
| | 023269146333 | | | | | | |
| 18037 | J&J ICE CREAM SA | 36 | 1 | 0.00 | 0.6658 | 0.00 | 23.97 |
| | 023269000055 | | | | | | |
| 18065 | J&J MINI VANILLA | 48 | 1 | 0.00 | 0.3657 | 0.00 | 17.55 |
| | 023269000093 | | | | | | |
| 18066 | J&J NOV ORANGE C | 24 | 1 | 0.00 | 0.4992 | 0.00 | 11.98 |
| | 023269140058 | | | | | | |
| 18090 | J&J ALMOND CRUNC | 24 | 1 | 0.00 | 0.7420 | 0.00 | 17.81 |
| | 023269140096 | | | | | | |

Total: 16

| | |
|---|---|
| TOTAL SALES: | $240.44 |
| SUB TOTAL: | $240.44 |
| INVOICE TOTAL: | $240.44 |

CUSTOMER SIGNATURE/STORE STAMP

| | |
|---|---|
| BALANCE DUE: | $240.44 |
| CASH / CHECK | |

Anthony Whittico,
SALES REPRESENTATIVE

Invoice Format: 5

Cookies 2/1.00

| | |
|---|---|
| 1 | $ |

Cookies 99 Cents 12ct

| | |
|---|---|
| 1 | $1 |

Cotton Or Pop Corn 24ct

| | |
|---|---|
| 1 | $ |

Cupcake 99cents 12ct

| | |
|---|---|
| 2 | $ |

Cupcakes 99 Cents 6ct

1

Cupcakes 99 Cents 8ct

8

Donuts 50c 12ct

| | |
|---|---|
| 2 | $ |

Honey Buns 2/1.00 36ct

2

Nuts 99 Cents 12ct

| | |
|---|---|
| | Subtotal: |
| | Total: |
| | Payments: |
| | Balance: |
| | Item Count: |

Payments:

Thank you for your b

**A.R. 765**

## Left Column

| QTY EACH | UPC CASE PKG INFO | DESCRIPTION ITEM | EACH COST | --DISCOUNT-- EACH | TOTAL TOTAL AMOUNT | RETAIL AMOUNT |
|---|---|---|---|---|---|---|
| L6 | 447 .50 GM VAN CR 08206700 | | 0.3700 | 0.0000 | 0.00 5.92 | 8.00 |
| 2 | 3 SS TOS NAC CH 04643800 | | 0.8400 | 0.0000 | 0.00 1.68 | 2.38 |
| 2 | 56 SS LAYS RANCH 04643700 | | 0.8400 | 0.0000 | 0.00 1.68 | 2.38 |
| 10 | 16207 .50 CKA DORIT | 1 40REG 07330901 | 0.3700 | 0.0000 | 0.00 14.80 | 20.00 |
| 10 | 16208 .50 NAC DORIT | 1 40REG 07331001 | 0.3700 | 0.0000 | 0.00 14.80 | 20.00 |
| 10 | 16209 .50 DR SPY NA | 1 40REG 07331101 | 0.3700 | 0.0000 | 0.00 14.80 | 20.00 |
| 30 | 16215 .50 SWC DORIT | 2 40REG 07331401 | 0.3700 | 0.0000 | 0.00 29.60 | 40.00 |
| 18 | 16184 .50 FR HNY BB | 1 48REG 07178301 | 0.3700 | 0.0000 | 0.00 17.76 | 24.00 |
| 36 | 16205 .50 HOT CHEET | 2 48REG 07180101 | 0.3700 | 0.0000 | 0.00 35.52 | 48.00 |
| 36 | 16201 .50 CSC RUFFL | 2 48REG 08839401 | 0.3700 | 0.0000 | 0.00 35.52 | 48.00 |
| 30 | 8770 .50 REG FUNYU | 2 40REG 06597901 | 0.3700 | 0.0000 | 0.00 29.60 | 40.00 |
| 10 | 377 .50 FT HOT | 1 40REG 06480801 | 0.3700 | 0.0000 | 0.00 14.80 | 20.00 |
| 10 | 6713 .50 REG MUNCH | 1 40REG 06597701 | 0.3700 | 0.0000 | 0.00 14.80 | 20.00 |
| 6 | 42073 1.69 DR NAC 08059400 | | 1.1800 | 0.0000 | 0.00 7.08 | 10.14 |
| 6 | 60092 1.69 DR POP J 08783000 | | 1.1800 | 0.0000 | 0.00 7.08 | 10.14 |
| 3 | 43634 1.69 DR JKD R 08059600 | | 1.1800 | 0.0000 | 0.00 3.54 | 5.07 |
| 7 | 42054 1.69 LB REG 08049400 | | 1.1800 | 0.0000 | 0.00 8.26 | 11.83 |
| 6 | 43393 1.69 CT FLAMI 08072400 | | 1.1800 | 0.0000 | 0.00 7.08 | 10.14 |
| 2 | 64876 1.69 CT CHPTL 08751000 | | 1.1800 | 0.0000 | 0.00 2.36 | 3.38 |
| 6 | 28204 1.69 REG FUNY 07942700 | | 1.1800 | 0.0000 | 0.00 7.08 | 10.14 |
| 4 | 28212 1.69 HOT FUNY 07942700 | | 1.1800 | 0.0000 | 0.00 4.72 | 6.76 |
| 660 | | | | | 278.48 | 380.36 |

| | |
|---|---|
| TOTAL CASES SOLD: | 14 |
| TOTAL EACHES SOLD: | 60 |
| TOTAL EXTENDED EACHES SOLD: | 660 |

| | | | |
|---|---|---|---|
| GROSS SALES AMOUNT: | $278.48 | GROSS RETURNS: | $0.00 |
| TOTAL SALES DISCOUNT: | -$0.00 | TOTAL RETURN DISCOUNT: | -$0.00 |
| NET SALES: | $278.48 | NET RETURNS: | -$0.00 |

| | |
|---|---|
| NET SALES: | $278.48 |
| LESS NET RETURNS: | $0.00 |

NET TAX: $0.00

**TOTAL DUE: $278.48**

TOTAL RETAIL DOLLARS: $380.36

0960021090627042663817  33

TAX EXEMPTION #: EXEMPT ENTITY

CUSTOMER AGREES TO PAY A... ...OWED TO ROLLING FRITO-LAY SALES LP ("RFLS")
IN ACCORDANCE WITH THE TE... ...BED ABOVE OR ANY OTHER PAYMENT TERMS AS RFLS
MAY ESTABLISH; SALES TO ... ...E CONDITIONED ON COMPLIANCE WITH OUR TERMS.

MANUFACTURER: 28400 FRITO LAY 0028400

| | | |
|---|---|---|
| UNIT COST SUMMARY | **SALES** | 616 @ $0.3700 |
| | | 4 @ $0.8400 40 @ $1.1800 |
| RETAIL PRICE SUMMARY | **SALES** | 616 @ $0.5000 |
| | | 4 @ $1.1900 40 @ $1.6900 |

| | | |
|---|---|---|
| SALES FOR WEEK ENDING 23.Jun.2018 | $137 | 37% |
| SALES FOR WEEK ENDING 23.Jun.2017 | $100 | |
| 2018 YTD SALES | $3,063 | -3% |
| 2017 YTD SALES | $3,174 | |

## Right Column

2576 WASHINGTON BLVD
BALTIMORE, MD 21230-1407
ACCOUNT #: 42069839

#:

**★★SALES★★**

MANUFACTURER: 28400 FRITO-LAY - 0028400

| QTY EACH | UPC CASE PKG INFO | DESCRIPTION ITEM | EACH COST | DISCOUNT EACH | TOTAL TOTAL AMOUNT |
|---|---|---|---|---|---|
| 8 | 447 .50 GM VAN CR 08206700 | | 0.3700 | 0.0000 | 0.00 2 |
| 30 | 16207 .50 CRA DORIT | 2 40REG 07330901 | 0.3700 | 0.0000 | 0.00 29 |
| 10 | 16209 .50 DR SPY NA | 1 40REG 07331101 | 0.3700 | 0.0000 | 0.00 14 |
| 18 | 16205 .50 HOT CHEET | 1 48REG 07180101 | 0.3700 | 0.0000 | 0.00 17 |
| 18 | 16201 .50 CSC RUFFL | 1 48REG 08839401 | 0.3700 | 0.0000 | 0.00 17 |
| 5 | 42071 1.69 DR CPA 08057400 | | 1.1800 | 0.0000 | 0.00 5 |
| 5 | 43393 1.69 CT FLAMI 08072400 | | 1.1800 | 0.0000 | 0.00 5 |
| 2 | 28212 1.69 HOT FUNY 07942700 | | 1.1800 | 0.0000 | 0.00 2 |
| 236 | | | | | 97.0 |

| | |
|---|---|
| TOTAL CASES SOLD: | 5 |
| TOTAL EACHES SOLD: | 20 |
| TOTAL EXTENDED EACHES SOLD: | 236 |

| | | | |
|---|---|---|---|
| GROSS SALES AMOUNT: | $97.04 | GROSS RETURNS: | |
| TOTAL SALES DISCOUNT: | -$0.00 | TOTAL RETURN DISCOUNT: | |
| NET SALES: | $97.04 | NET RETURNS: | |

| | |
|---|---|
| NET SALES: | $97.04 |
| LESS NET RETURNS: | $0.00 |

NET TAX: $0.00

**TOTAL DUE: $97.04**

TOTAL RETAIL DOLLARS: $132.28

TAX EXEMPTION #: EXEMPT ENTITY

CUSTOMER AGREES TO PAY ALL AMOUNTS OWED TO ROLLING FRITO-LAY SALES
IN ACCORDANCE WITH THE TERMS DESCRIBED ABOVE OR ANY OTHER PAYMENT T
MAY ESTABLISH; SALES TO CUSTOMER ARE CONDITIONED ON COMPLIANCE WITH

MANUFACTURER: 28400 FRITO LAY - 0028400

| | | |
|---|---|---|
| UNIT COST SUMMARY | **SALES** | 224 @ $0.3700 |
| | | 12 @ $1.1800 |
| RETAIL PRICE SUMMARY | **SALES** | 224 @ $0.5000 |
| | | 12 @ $1.6900 |

| | | |
|---|---|---|
| SALES FOR WEEK ENDING 16.Jun.2018 | $168 | 2% |
| SALES FOR WEEK ENDING 16.Jun.2017 | $164 | |
| 2018 YTD SALES | $2,926 | -5% |

0960020200620042663818  33

| | |
|---|---|
| 2017 YTD SALES | $3,074 |

```
★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★
★    Thank You For Your Business
★
★    Our Frito-Lay Customer Promis
★      > Always In Stock
★      > Perfect Merchandising
★      > Best Business Partner
★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★
```

DO NOT WRITE BELOW THIS LINE

**A.R. 766**

0960020200620042663822  33

| DESCRIPTION UPC CASE PKG INFO ITEM | EACH COST | DISCOUNT EACH | TOTAL TOTAL AMOUNT | RETAIL AMOUNT |
|---|---|---|---|---|
| 447 .50 UM VAN CR 08206700 | 0.3700 | 0.0000 | 0.00 | 2.96 | 4.00 |
| 3 SS TOS NAC CH 04643800 | 0.8400 | 0.0000 | 0.00 | 4.20 | 5.95 |
| 56 SS LAYS KANCH 04643700 | 0.8400 | 0.0000 | 0.00 | 1.68 | 2.38 |
| 16208 .50 NAC DORIT 140REG 07310002 | 0.3700 | 0.0000 | 0.00 | 14.80 | 20.00 |
| 16209 .50 DR SPY NA 140REG 07331101 | 0.3700 | 0.0000 | 0.00 | 14.80 | 20.00 |
| 16212 DR DM CH LIM 148REG 07181401 | 0.3700 | 0.0000 | 0.00 | 17.76 | 24.00 |
| 16215 .50 SMC DORIT 140REG 07331001 | 0.3700 | 0.0000 | 0.00 | 14.80 | 20.00 |
| 16205 .50 HOT CHEET 2 248REG 07180101 | 0.3700 | 0.0000 | 0.00 | 35.52 | 48.00 |
| 16201 .50 CSC RUFFL 148REG 08819400 | 0.3700 | 0.0000 | 0.00 | 17.76 | 24.00 |
| 42073 1.69 DR NAC 08059400 | 1.1800 | 0.0000 | 0.00 | 4.72 | 6.76 |
| 66052 1.69 DR POP 08878000 | 1.1800 | 0.0000 | 0.00 | 4.72 | 6.76 |
| 43644 1.69 DR TKB H 06055600 | 1.1800 | 0.0000 | 0.00 | 4.72 | 6.76 |
| 63479 1.69 DR FLM H 08661800 | 1.1800 | 0.0000 | 0.00 | 7.08 | 10.14 |
| 63451 1.69 DR TAC H 08584100 | 1.1800 | 0.0000 | 0.00 | 7.08 | 10.14 |
| 43493 1.69 CT FLZM 08077400 | 1.1800 | 0.0000 | 0.00 | 4.72 | 6.76 |
| 64876 1.69 CT TOB H 06751000 | 1.1800 | 0.0000 | 0.00 | 7.08 | 10.14 |
| 66340 1.69 SM CM K 08781900 | 1.1800 | 0.0000 | 0.00 | 3.54 | 5.07 |
| | | | 167.94 | 230.86 |

ES SOLD: 7
HES SOLD: 52
ENDED EACHES SOLD: 364

ES AMOUNT: $167.94  GROSS RETURNS: $0.00
ES DISCOUNT: -$0.00  TOTAL RETURN DISCOUNT: -$0.00

: $167.94  NET RETURNS: $0.00

NET SALES: $167.94
RETURNS: $0.00

$0.00

DUE $167.94

L DOLLARS: $230.86

CK# 188

ION #: EXEMPT ENTITY

REES TO PAY ALL AMOUNTS OWED TO ROLLING FRITO-LAY SALES LP ("RFLS")
NCE WITH THE TERMS DESCRIBED ABOVE OR ANY OTHER PAYMENT TERMS AS RFLS
ISH; SALES TO CUSTOMER ARE CONDITIONED ON COMPLIANCE WITH OUR TERMS.

3410606042663812   33

- CUT HERE -

Pg 2 of 2

R: 28400 FRITO-LAY 0028400

| SUMMARY | **SALES** | 320 @ $0.3700 |
| | 7 @ $0.8400 | 37 @ $1.1800 |
| SUMMARY | **SALES** | 320 @ $0.5000 |
| | 7 @ $1.1900 | 37 @ $1.6900 |

EK ENDING 02.Jun.2018  $198  5%
EK ENDING 02.Jun.2017  $132
ES  $2,664  -3%
ES  $2,773

*************************************
*   Thank You For Your Business    *
*                                  *
*  Our Frito Lay Customer Promise: *
*   > Always In Stock              *
*   > Perfect Merchandising        *

---

BALTIMORE, MD 21230 1407
ACCOUNT #: 42069839

#:

## **SALES**

MANUFACTURER: 28400 FRITO LAY - 0028400

| QTY EACH | DESCRIPTION UPC CASE PKG INFO ITEM | EACH COST | DISCOUNT EACH | TOTAL TOTAL AMOUNT | RET AMO |
|---|---|---|---|---|---|
| 16 447 .50 UM VAN CR 08206700 | 2.1700 | 0.0000 | 0.00 | 5.92 | |
| 40 16208 .50 NAC DORIT 140REG 07310002 | 0.3700 | 0.0000 | 0.00 | 14.80 | 2 |
| 48 16184 .50 EP SPY BA 148REG 07178101 | 0.3700 | 0.0000 | 0.00 | 17.76 | 2 |
| 72 8761 .50 UM PUF 236REG 06596701 | 0.3700 | 0.0000 | 0.00 | 26.64 | 3 |
| 48 16202 .50 CRY CHEET 148REG 07179001 | 0.3700 | 0.0000 | 0.00 | 17.76 | 2 |
| 40 8770 .50 REG FUNYO 140REG 06597901 | 0.3700 | 0.0000 | 0.00 | 14.80 | 2 |
| 40 377 .50 LY HOT 140REG 06486601 | 0.3700 | 0.0000 | 0.00 | 14.80 | 2 |
| 32 8773 .50 REG SMART 132REG 06548701 | 0.3700 | 0.0000 | 0.00 | 11.84 | 1 |
| 6 43634 1.69 DR OKB H 06059600 | 1.1800 | 0.0000 | 0.00 | 7.08 | 10 |
| 3 28.10 1.69 HOT FUNY 07947700 | 1.1800 | 0.0000 | 0.00 | 3.54 | 5 |
| 2 66340 1.69 SM CM K 08781900 | 1.1800 | 0.0000 | 0.00 | 2.36 | 3 |
| 347 | | | | 137.30 | 186. |

TOTAL CASES SOLD: 8
TOTAL EACHES SOLD: 27
TOTAL EXTENDED EACHES SOLD: 347

GROSS SALES AMOUNT: $137.30  GROSS RETURNS: $0
TOTAL SALES DISCOUNT: -$0.00  TOTAL RETURN DISCOUNT: -$0

NET SALES: $137.30  NET RETURNS: -$0.

NET SALES: $137.30
LESS NET RETURNS: $0.00

NET TAX: $0.00

TO AL DUE: $137.30

TOTAL RETAIL DOLLARS: $186.59

CK# 190

TAX EXEMPTION #: EXEMPT ENTITY

CUSTOMER AGREES TO PAY ALL AMOUNTS OWED TO ROLLING FRITO-LAY SALES LP ("RFLS")
IN ACCORDANCE WITH THE TERMS DESCRIBED ABOVE OR ANY OTHER PAYMENT TERMS AS RFLS
MAY ESTABLISH; SALES TO CUSTOMER ARE CONDITIONED ON COMPLIANCE WITH OUR TERMS.

MANUFACTURER: 28400 FRITO-LAY - 0028400

UNIT COST SUMMARY  **SALES**  336 @ $0.3700
                   11 @ $1.1800

0900193206130042663814  33

- - CUT HERE - -

Pg 2 of 2

RETAIL PRICE SUMMARY  **SALES**  336 @ $0.5000
                      11 @ $1.6900

SALES FOR WEEK ENDING 09.Jun.2018  $74  -46%
SALES FOR WEEK ENDING 09.Jun.2017  $138
2018 YTD SALES  $2,758  -5%
2017 YTD SALES  $2,910

****************************************
*   Thank You For Your Business        *
*                                      *
*   Our Frito-Lay Customer Promise:    *
*    > Always In Stock                 *
*    > Perfect Merchandising           *
*    > Best Business Pa                *
****************************************

A.R. 767

| UPC | PRODUCT # | CASES | DESCRIPTION | PRICE | NET | DISCOUNT |
|---|---|---|---|---|---|---|
| 076737122308 | 301 | 2 | 12/16 OZ EF ORANGE JUICE | 13.99 | 13.99 | |
| 076737122421 | 311 | 1 | 12/16 OZ EF CRANBERRY APPLE | 13.99 | 13.99 | |
| 076737122544 | 355 | 2 | 12/16 OZ EF KIWI STRAWBERRY | 13.99 | 13.99 | |
| 042200008554 | 628 | 1 | 24/16OZ RIPIT .99 F-BOMB | 16.99 | 16.59 | 0.40 |
| 042200008833 | 630 | 1 | 24/16OZ RIPIT .99 F-BOMB | 16.99 | 16.59 | 0.40 |
| 042200007212 | 632 | 1 | 24/16OZ RIPIT .99 TRIBUTE | 16.99 | 16.59 | 0.40 |
| 042200008732 | 635 | 1 | 24/16OZ RIPIT X .99 CYP | 16.99 | 16.59 | 0.40 |
| 04220000007 | 637 | 1 | 24/16OZ .99 CHERRY LIME IPIPU | 16.99 | 16.59 | 0.40 |

Cases  NonCases

***NOTE***
Swartz & Sons Dist. will NOT be responsible for
broken cases or shortages after delivery has
been made, ($25.00 fee on all returned checks)

***RETURN POLICY***
We will accept only factory-sealed cases for
refund or exchange within 30 days of purchase
with original Swartz & Sons invoice.

| TAX | |
|---|---|
| AMOUNT DUE | |
| ADJUSTMENTS | 33. |
| TOTAL | 119. |

PAID BY: ( ) CASH  ( ) CHECK#_____

X _____
CUSTOMER SIGNATURE

TODAY'S INVOICE PAID: $

X _____
PRINT NAME

PAST INVOICE(S) PAID: $

**UNPAID INVOICES**

Customer # 23797  Invoice # 353457      Date 06/12/18    Unapplied   A         B        C
GREEN APPLE GROC & DELI                 BAL FWD: 0.00    0.00        0.00     0.00     0.00

2 Ripit

33.18

Return

Swartz & Sons Distributors, Inc                 TOTAL DUE: 0.00

| | 1.00 | 12/3.0 | NONG SHIM BOWL – HOT & SPICY | | 9.99 |
| 3 | 1.00 | 12/3.0 | NONG SHIM BOWL – SPICY CHICKEN | | 9.99 |
| 1 | 7.00 | 32/500 | DEER PARK WATER – 500ML | | 6.50 |
| 2 | 5.00 | 24/700 | DEER PARK 24OZ SPORT | | 7.50 |
| 1 | 1.00 | 1/45ct | KINDER JOY 45CT SIDEKICK | | 48.00 |
| 1 | 1.00 | 25/2PC | NYQUIL COLD & FLU LIQUICAPS – LOOSE | | 12.99 |
| 01 | 1.00 | 25/2PC | PEPTO BISMOL CHEWABLE TABLETS – LOOSE | | 10.49 |
| 1 | 1.00 | 12/1.4 | PRINGLE ORIGINAL 1.4OZ | | 6.99 |
| 2 | 1.00 | 12/1.4 | PRINGLE BBQ 1.4OZ | | 6.99 |
| 3 | 1.00 | 12/1.4 | PRINGLE CHEDDAR 1.4OZ | | 6.99 |
| 4 | 1.00 | 12/1.4 | PRINGLE SOUR CREAM & ONION 1.4OZ | | 6.99 |
| 1 | 1.00 | 20/260 | TIDE POWDER ORIGINAL – 260 GRAMS | | 14.00 |
| 1 | 1.00 | 40PC/O | TROJAN CONDOMS MAGNUM-48' LOOSE#7434 | | 20.49 |
| 1 | 1.00 | 50/2PC | TYLENOL PM – LOOSE 50 | | 17.99 |
| 6 | 1.00 | 6/75OZ | XTRA – TROPICAL PASSION – PURPLE | | 15.00 |
| 2 | 1.00 | 6/75OZ | XTRA – CALYPSO FRESH | | 15.00 |
| | | | ( OUT OF STOCK LIST ) | | |
| 1 | 0.00 | 12/22O | FABULOSO MULTI-USE 22OZ – LAVENDER | | 19.75 |
| 15 | 0.00 | 12/1.4 | PRINGLE PIZZA 1.4OZ | | 6.99 |

CASE: 31.00    TRUCK #: 4 DRIVER : LESTER

SUB TOTAL

35.00 Returned Check Fee

AIMS REGARDING ABOVE SHIPMENT MUST
E WITHIN 24 HOURS FROM DATE OF DELIVERY.

MEMO:

| SUB TOTAL | |
| PREVIOUS BALANC | |
| GRAND TOTAL | |

# ONE SOURCE AMERICA
D'ARCY RD., DISTRICT HEIGHTS, MD 20747  TEL: 301-336-0905 / FAX: 301-336-0907

TO:  GREEN APPLE GROCERY
2526 WASHINGTON BLVD
BALTIMORE, MD 21230  6462886776

DELIVERY : CALL CUSTOMER

| INVOICE # |
| INVOICE DATE |
| SALES REP |
| TERMS |
| PAGE |

| M NO | QTY.SHIP | UNIT/SIZE | DESCRIPTION | PRICE |
|---|---|---|---|---|
| | | | PROMOTION LIST ) | |
| 1 | | | PROMOTION : 25R –BUY 1CASE, GET 25RH169 1CASE FREE | |



**A.R. 769**

| | QTY | UNIT/SIZE | DESCRIPTION | PRICE |
|---|---|---|---|---|
| | | | ........... 172 SIZE DEEP #85149 | 26.0 |
| | 1.00 | 12/6OZ | BUDS BEST - CHOCOLATE CHIP | 9.5 |
| | 1.00 | 12/6OZ | BUDS BEST - PEANUT BUTTER | 9.7 |
| | 1.00 | 12/6OZ | BUDS BEST - BUTTERFINGER CANDY COOKIES | 9.7 |
| | 7.00 | 32/500 | DEER PARK WATER - 500ML | 6.5 |
| | 5.00 | 24/700 | DEER PARK 24OZ SPORT | 7.5 |
| | 1.00 | 10/4LB | DOMINO SUGAR - 4LB | 24.9 |
| | 1.00 | 15/BOX | KINDER JOY 15PCS | 16.0 |
| | 1.00 | 12/3.8 | RITZ ORIGINAL 3.8OZ #3424 | 18.9 |
| | 1.00 | 25/2PC | NYQUIL COLD & FLU LIQUICAPS - LOOSE   P.T | 12.9 |
| | 1.00 | 15/52C | PLENTY PAPER TOWEL | 12.9 |
| | 1.00 | 24/2.7 | RAP RANCH 2.75OZ | 22.2 |
| | 2.00 | 24/2.7 | RAP HONEY JALAPENO 2.75OZ | 22.2 |
| | 1.00 | 24/2.7 | RAP HONEY BBQ 2.75OZ | 22.2 |
| | 1.00 | 36/100 | SCOTT SINGLE BATH TISSUE | 21.0 |
| | 2.00 | 24/500 | TORY VERY VERA 500ML - POMEGRANATE | 20.00 |
| | 1.00 | 24/22. | TROPICAL FANTASY COCKTAIL - WATERMELON | 14.99 |
| | 2.00 | 24/22. | TROPICAL FANTASY COCKTAIL - KIWI STRAWB | 14.99 |
| | 1.00 | 24/22. | TROPICAL FANTASY COCKTAIL - SWEET TEA | 14.99 |
| | 1.00 | 24/22. | TROPICAL FANTASY COCKTAIL - MANGO | 14.99 |
| | 1.00 | 24/22. | TROPICAL FANTASY COCKTAIL-CHERRY LEMONA | 14.99 |
| | 1.00 | 24/22. | TROPICAL FANTASY COCKTAIL-STRWBRRY LEMO | 14.99 |
| | 1.00 | 12/5OZ | UNCLE ALS - CHOCOLATE CHIP | 5.99 |
| | 1.00 | 12/5OZ | UNCLE ALS - OATMEAL | 5.99 |

| 5.00 Returned Check Fee | MEMO: | SUB TOTAL | |
|---|---|---|---|
| MS REGARDING ABOVE SHIPMENT MUST | | PREVIOUS BALANCE | |
| VITHIN 24 HOURS FROM DATE OF DELIVERY | | GRAND TOTAL | |

---

## ONE SOURCE AMERICA

RCY RD., DISTRICT HEIGHTS, MD 20747   TEL: 301-336-0905 / FAX: 301-336-0907

DELIVERY : CALL CUSTOMER

| | INVOICE # |
|---|---|
| | INVOICE DATE |
| | SALES REP |
| | TERMS |
| | PAGE |

): GREEN APPLE GROCERY
2526 WASHINGTON BL TO
BALTIMORE MD 21230 6462006778

| | QTY.SHIP | UNIT/SIZE | DESCRIPTION | PRICE | U |
|---|---|---|---|---|---|
| | 1.00 | 12/5OZ | UNCLE ALS - DOM EX CREMES | 5.99 | |
| | 1.00 | 12/5OZ | UNCLE ALS - STRAWBERRY CREMES | 5.99 | |
| | 1.00 | 12/5OZ | UNCLE ALS - PEANUT BUTTER ' | 5.99 | |
| ASE: | 42.00 | | TRUCK #: 5 DRIVER : IVAN | | |

NOT
PAID

A.R.770

SWEENEY DISTRIBUTING
ABINGDON MD 21009
443 243 0288

## Invoice (top left, partial)

| UPC | DESCRIPTION | | UNIT | | | | STORE COST |
|---|---|---|---|---|---|---|---|
| X083508 | COSMIC BROWNIE | 050 | 0.50 | | | 0.3700 | 13.32 |
| 083591 | FUDGE HOUND | 050 | 0.50 | | | 0.3700 | 4.44 |
| 083734 | STRWBERRY SHRTCK | 050 | 0.50 | | | 0.3700 | 4.44 |
| 083938 | HONEY BUNS | 050 | 0.50 | | | 0.3700 | 13.32 |
| X086592 | CHOC CHIP CR PIE | 050 | 0.50 | | | 0.3700 | 8.88 |

total SNACKS 91.02

AL SALES Retail Value: 123.00    91.02

TOTAL SALES 91.02

TOTAL AMOUNT DUE 91.02

signifies proof of delivery for quantities only

YTD
$3,207  19%
$2,684

ORIGINAL LAST PAGE

## Invoice (top right, partial)

| QTY | UPC | DESCRIPTION | | UNIT | | | STORE COST |
|---|---|---|---|---|---|---|---|
| 36 | 2430083586 | COSMIC BROWNIE | 050 | 0.50 | | 0.3700 | 13.32 |
| 12 | 2430083591 | FUDGE ROUND | 050 | 0.50 | | 0.3700 | 4.44 |
| 12 | 2430083593 | ZEBRA CAKE | 050 | 0.50 | | 0.3700 | 4.44 |
| 12 | 2430083734 | STRWBERRY SHRTCK | 050 | 0.50 | | 0.3700 | 4.44 |
| 48 | 2430083938 | HONEY BUNS | 050 | 0.50 | | 0.3700 | 17.76 |
| 24 | 2430086592 | CHOC CHIP CR PIE | 050 | 0.50 | | 0.3700 | 8.88 |

288 Subtotal SNACKS 106.56

288 TOTAL SALES Retail Value: 144.00    106.56

TOTAL SALES: 106.56

TOTAL AMOUNT DUE 106.56

Signature:
Signature signifies proof of delivery for quantities only

Sales       YTD
Thru 07/14  $3,090  19%
Last Year   $2,605

ORIGINAL LAST PAGE

## Invoice 152550889 (bottom left)

SWEENEY DISTRIBUTING
ABINGDON MD 21009
443 243 0288

1
APPLE DELI GROCERY
WASHINGTON BLVD
MD 21230-
CR# 000616530

CASH SALE
07/09/18 10:38
Make check to:
Independent Dis... 
Sweeney Distributi... 
010202 001574 200...
Cases: 0 Uni     312

Invoice no: 152550889

| UPC | DESCRIPTION | | UNIT RETAIL | UNIT PROMO | TOTAL PROMO | UNIT NET COST | STORE COST |
|---|---|---|---|---|---|---|---|
| 2430083785 | MINI DONUT CRNCH | 000* | 0.79 | 0.0800 | 0.96 | 0.5700 | 6.84 |
| 2430086510 | DONUT STICKS | 000* | 0.94 | 0.0800 | 0.96 | 0.7300 | 8.76 |
| 2430080650 | SBS CHV CHOC CHP | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 4.44 |
| 2430080851 | MNI DNT FRST 4CT | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 6.66 |
| 2430080851 | MNI DNTS PWD 4CT | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 6.66 |
| 2430083532 | STAR CRUNCH | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 13.32 |
| 2430083536 | FUDGE BROWNIE | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 13.32 |
| 2430083546 | RAISIN CREME PIE | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 4.44 |
| 2430083561 | OATMEAL PIE | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 4.44 |
| 2430083566 | NUTTY BAR | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 8.88 |
| 2430083571 | SWISS ROLLS | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 8.88 |
| 2430083586 | COSMIC BROWNIE | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 4.44 |
| 2430083591 | FUDGE ROUND | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 4.44 |
| 2430083593 | ZEBRA CAKE | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 8.88 |
| 2430083734 | STRWBERRY SHRTCK | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 4.44 |
| 2430083938 | HONEY BUNS | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 4.44 |
| 2430086592 | CHOC CHIP CR PIE | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 17.76 |
| | | | | | | | 4.44 |

Subtotal SNACKS 1.92   122.16

TOTAL SALES Retail Value: 165.36   1.92   122.16

0.33 cases sold on promotion

TOTAL SALES 122.16

TOTAL AMOUNT DUE 122.16

signifies proof of delivery for quantities only

YTD
$2,832  13%
$2,497

ORIGINAL LAST PAGE

## Invoice 152550950 (bottom right)

SWEENEY DISTRIBUTING
ABINGDON MD 21009
443 243 0288

Page 1
GREEN APPLE DELI GROCERY
2526 WASHINGTON BLVD
BALTO, MD 21230-
CUSTOMER# 000616530

CASH SALE
07/16/18 10:33
Make check to:
Independent Distributor
Sweeney Distributing CO.
010202 0015/4 20060
Cases: 0 Units: 312

Invoice no: 152550950

| QTY | UPC | DESCRIPTION | | UNIT RETAIL | UNIT PROMO | TOTAL PROMO | UNIT NET COST | STORE COST |
|---|---|---|---|---|---|---|---|---|
| 12 | 2430083526 | MINI DONUTS GLAZ | 000* | 0.79 | 0.0800 | 0.96 | 0.5700 | 6.84 |
| 24 | 2430080650 | MNI DNT FRST 4CT | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 8.88 |
| 24 | 2430080851 | MNI DNTS PWD 4CT | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 8.88 |
| 36 | 2430083532 | STAR CRUNCH | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 13.32 |
| 12 | 2430083546 | RAISIN CREME PIE | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 4.44 |
| 24 | 2430083561 | OATMEAL PIE | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 8.88 |
| 24 | 2430083566 | NUTTY BAR | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 8.88 |
| 24 | 2430083571 | SWISS ROLLS | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 8.88 |
| 24 | 2430083586 | COSMIC BROWNIE | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 8.88 |
| 12 | 2430083591 | FUDGE ROUND | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 4.44 |
| 12 | 2430083593 | ZEBRA CAKE | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 4.44 |
| 12 | 2430083734 | STRWBERRY SHRTCK | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 4.44 |
| 60 | 2430083938 | HONEY BUNS | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 22.20 |
| 12 | 2430086592 | CHOC CHIP CR PIE | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 4.44 |

312 Subtotal SNACKS 0.96   117.84

312 TOTAL SALES Retail Value: 159.48   0.96   117.84

0.17 cases sold on promotion

TOTAL SALES: 117.84

TOTAL AMOUNT DUE 117.84

Signature:
Signature signifies proof of delivery for quantities only.

Sales       YTD
Thru 07/07  $2,967  16%
Last Year   $2,553

ORIGINAL LAST PAGE

A.R. 771

| | | EACH | DISCOUNT | | TOTAL | RETAIL |
|---|---|---|---|---|---|---|
| S NAC CH 04643800 | 0.8400 | 0.0000 | 0.00 | 3.36 | 4.76 |
| CH LIM | 0.3700 | 0.0000 | 0.00 | 17.76 | 24.00 |
| **48REG** 07181401 | | | | | |
| WC DORIT | 0.3700 | 0.0000 | 0.00 | 14.80 | 20.00 |
| **40REG** 07331401 | | | | | |
| K INY 88 | 0.3700 | 0.0000 | 0.00 | 17.76 | 24.00 |
| **48REG** 07178301 | | | | | |
| UM PUF C | 0.3700 | 0.0000 | 0.00 | 13.32 | 18.00 |
| **36REG** 06596701 | | | | | |
| RY CHEET | 0.3700 | 0.0000 | 0.00 | 17.76 | 24.00 |
| **48REG** 07179601 | | | | | |
| OT CHEET | 0.3700 | 0.0000 | 0.00 | 17.76 | 24.00 |
| **48REG** 07180101 | | | | | |
| 3 SLT & | 0.3700 | 0.0000 | 0.00 | 17.76 | 24.00 |
| **48REG** 08818801 | | | | | |
| SC RUFFL | 0.3700 | 0.0000 | 0.00 | 17.76 | 24.00 |
| **48REG** 08839401 | | | | | |
| DR JKD R 08059600 | 1.1800 | 0.0000 | 0.00 | 2.36 | 3.38 |
| CT XXTRA 08070800 | 1.1800 | 0.0000 | 0.00 | 4.72 | 6.76 |
| CT FLAMI 08072400 | 1.1800 | 0.0000 | 0.00 | 3.54 | 5.07 |
| HOT FUNY 07942700 | 1.1800 | 0.0000 | 0.00 | 3.54 | 5.07 |
| 3M CML&C 08783900 | 1.1800 | 0.0000 | 0.00 | 4.72 | 6.76 |
| | | | | 162.84 | 221.80 |

## ☆☆RETURNS☆☆

MANUFACTURER: 28400  FRITO LAY - 0028400

| PTION KG INFO | ITEM | EACH COST | DISCOUNT EACH | TOTAL AMOUNT | RETAIL AMOUNT |
|---|---|---|---|---|---|
| | | | | TOTAL | |
| G LAYS | 08839600 | 0.3700 | 0.0000 | 0.00 | 1.110 | 1.50 |
| T CHPTL | 08751000 | 1.1900 | 0.0000 | 0.00 | 3.545 | 5.07 |
| | | | | | 4.65 | 6.57 |

```
             8
            36
SOLD:      400

        $162.84  GROSS RETURNS:          $4.65 ·
        -$0.00   TOTAL RETURN DISCOUNT:  -$0.00
                                        ==========
        $162.84  NET RETURNS:            -$4.65

        $162.84
         -$4.65

         $0.00


804266381x  33

        --- CUT HERE ---
                                    Pg 2 of 2

        $158.19

        $215.29
```

I ENTITY

ALL AMOUNTS OWED TO ROLLING FRITO-LAY SALES LP ("RFLS")
TERMS DESCRIBED ABOVE OR ANY OTHER PAYMENT TERMS AS RFLS
O CUSTOMER ARE CONDITIONED ON COMPLIANCE WITH OUR TERMS.

RJID LAY / 0028400

```
    **SALES**    $80 @ $0.3700
    4 @ $0.8400   16 @ $1.1800
    **RETURNS**   3 @ $0.3700
    3 @ $1.1800
    **SALES**    380 @ $0.5000
    4 @ $1.1900   16 @ $1.6900
    **RETURNS**   3 @ $0.5000
    3 @ $1.6900

14. 01.2018      $0       0%
14. 01.2017      $0
                 $1,439   7%
```

---

Cupcakes 99 Cents 8ct

| | | | |
|---|---|---|---|
| 4 | | $6.00 | $24.00 |
| Cupcakes 99 Cents 8ct | | | |
| 5 | | $8.00 | $40.00 |
| Danish | | | |
| 4 | | $4.50 | $18.00 |
| Donuts 50c 12ct | | | |
| 2 | | $13.85 | $27.70 |
| Honey Buns 2/1.00 36ct | | | |
| 2 | | $8.35 | $16.70 |
| Nuts 99 Cents 12ct | | | |

| | | |
|---|---|---|
| Subtotal: | | $226.90 |
| Total: | | $226.90 |
| Payments: | | $0.00 |
| Balance: | | $226.90 |
| Item Count: | | 30 |

Payments:

2 KoK(s) 8·75
+ 17·50
244·40

Thank you for your business.

---

SWEENEY DISTRIBUTING
ABINGDON MD 21009
443 243 0268

Page 1

CASH SALE
07/02/18 10:31

GREEN APPLE DELI GROCERY
2526 WASHINGTON BLVD
BALTO, MD 21230
CUSTOMER# 000616530

Invoice no:
152650819

Make check to:
Independent Distributor
Sweeney Distributing CO.
010202 001574 20060
Cases:   0 Units:  360

| QTY | UPC | DESCRIPTION | UNIT RETAIL | UNIT PROMO | TOTAL PROMO | UNIT COST | NET STORE COST |
|---|---|---|---|---|---|---|---|
| | | **SALES** | | | | | |
| 12 | 2430083526 | MINI DONUTS GLAZ 000* | 0.78 | 0.0800 | 0.96 | 0.5700 | 6.84 |
| 12 | 2430078104 | SBS CHY FUG COLD 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 4.44 |
| 12 | 2430078106 | SBS CHY CHOC CHP 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 4.44 |
| 12 | 2430078106 | SBS CHY OAT&HONY 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 6.66 |
| 16 | 2430085850 | MNI DNT FRST 4CT 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 6.66 |
| 16 | 2430080851 | MNI DNTS PWD 4CT 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 8.88 |
| 24 | 2430083552 | STAR CRUNCH 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 4.44 |
| 12 | 2430083546 | RAISIN CREME PIE 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 8.88 |
| 24 | 2430083561 | OATMEAL PIE 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 8.88 |
| 24 | 2430083566 | NUTTY BAR 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 8.88 |
| 36 | 2430083571 | SWISS ROLLS 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 13.32 |
| 36 | 2430083560 | COSMIC BROWNIE 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 13.32 |
| 24 | 2430083591 | FUDGE ROUND 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 8.88 |
| 24 | 2430083559 | ZEBRA CAKE 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 8.88 |
| 12 | 2430083734 | STRAWBERRY SHRTCK 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 4.44 |
| 48 | 2430083938 | HONEY BUNS 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 17.70 |
| 12 | 2430086592 | CHOC CHIP CR PIE 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 4.44 |
| 360 Subtotal SNACKS | | | | | 0.96 | | 135.60 |

| | | | |
|---|---|---|---|
| 360 TOTAL SALES Retail Value: | 183.48 | 0.96 | 135.60 |

* 0.17 cases sold on promotion

TOTAL SALES: 135.60

TOTAL AMOUNT DUE  135.60

**A.R. 772**

CHICAGO, IL 60675 1217
(410) 350 8810

CASH SALES

INVOICE #: O
DIV 04 ROUTE
DATE: 11 Jul.
TIME: 13:37:1

EMPLOYEE: REUBEN SANDERS
EMPLOYEE ID: 03154376

GREEN APPLE
2526 WASHINGTON BLVD
BALTIMORE, MD 21230-1407
ACCOUNT #: 42069839

CUST #:
#:

**SALES**

MANUFACTURER: 28400 FRITO-LAY - 0028400

| QTY EACH | UPC CASE PKG INFO | ITEM | EACH COST | DISCOUNT EACH | TOTAL | TOTAL AMOUNT |
|---|---|---|---|---|---|---|
| 16 | 447 .50 GM VAN CR | 08206700 | 0.3700 | 0.0000 | 0.00 | 5.92 |
| 4 | 3 SS TOS NAC CH | 04643800 | 0.8400 | 0.0000 | 0.00 | 3.36 |
| 4 | 56 SS LAYS RANCH | 04643700 | 0.8400 | 0.0000 | 0.00 | 3.36 |
| 10 | 16207 .50 CRA DORIT 1 40REG | 07330901 | 0.3700 | 0.0000 | 0.00 | 14.80 |
| 30 | 16208 .50 NAC DORIT 2 40REG | 07331001 | 0.3700 | 0.0000 | 0.00 | 29.60 |
| 18 | 16190 .50 REG LAYS 1 48REG | 08836601 | 0.3700 | 0.0000 | 0.00 | 17.76 |
| 18 | 8769 .50 HOT FRIES 1 48REG | 06597801 | 0.3700 | 0.0000 | 0.00 | 17.76 |
| 30 | 8770 .50 REG FUNYU 2 40REG | 06597901 | 0.3700 | 0.0000 | 0.00 | 29.60 |
| 2 | 42071 1.69 DR CRA | 08057400 | 1.1800 | 0.0000 | 0.00 | 2.36 |
| 3 | 43634 1.69 DR 3RD R | 08059600 | 1.1800 | 0.0000 | 0.00 | 3.54 |
| 3 | 63451 1.69 RF JAL R | 08664100 | 1.1800 | 0.0000 | 0.00 | 3.54 |
| 328 | | | | | | 131.60 |

TOTAL CASES SOLD: 7
TOTAL EACHES SOLD:
TOTAL EXTENDED EACHES SOLD: 328

GROSS SALES AMOUNT: $131.60 GROSS RETURNS:
TOTAL SALES DISCOUNT: -$0.00 TOTAL RETURN DISCOUNT:

NET SALES: $131.60 NET RETURNS:

NET SALES: $131.60
LESS NET RETURNS: -$0.00

NET TAX: $0.00

**TOTAL DUE: $131.60**

TOTAL RETAIL DOLLARS: $174.14

TAX EXEMPTION #: EXEMPT ENTITY

CUSTOMER AGREES TO PAY ALL AMOUNTS OWED TO ROLLING FRITO-LAY SALES LP ("
IN ACCORDANCE WITH THE TERMS DESCRIBED ABOVE OR ANY OTHER PAYMENT TERMS
MAY ESTABLISH; SALES TO CUSTOMER ARE CONDITIONED ON COMPLIANCE WITH OUR

MANUFACTURER: 28400 FRITO-LAY - 0028400

UNIT COST SUMMARY **SALES** 312 @ $0.3700
8 @ $0.8400 8 @ $1.1800

RETAIL PRICE SUMMARY **SALES** 312 @ $0.5000
8 @ $1.1900 8 @ $1.6900

09602281071104266381 8 33

CUT HERE

SALES FOR WEEK ENDING 07.Jul.2018 $278 6/%
SALES FOR WEEK ENDING 07.Jul.2017 $166
2018 YTD SALES $3,435 1%

---

MANUFACTURER: 28400 FRITO-LAY - 0028400

| QTY EACH | DESCRIPTION UPC CASE PKG INFO | ITEM | EACH COST | DISCOUNT EACH | TOTAL | TOTAL AMOUNT | RETAIL AMOUNT |
|---|---|---|---|---|---|---|---|
| 10 | 16207 .50 CRA DORIT 1 40REG | 07330901 | 0.3700 | 0.0000 | 0.00 | 14.80 | 20.00 |
| 10 | 16208 .50 NAC DORIT 1 40REG | 07331001 | 0.3700 | 0.0000 | 0.00 | 14.80 | 20.00 |
| 10 | 16209 .50 DR SPY NA 1 40REG | 07331101 | 0.3700 | 0.0000 | 0.00 | 14.80 | 20.00 |
| 36 | 8761 .50 JUM PUF C 1 36REG | 06596701 | 0.3700 | 0.0000 | 0.00 | 13.32 | 18.00 |
| 36 | 360 .50 CT JUM HO 1 36REG | 06479901 | 0.3700 | 0.0000 | 0.00 | 13.32 | 18.00 |
| 18 | 16205 .50 HOT CHEET 1 48REG | 07180101 | 0.3700 | 0.0000 | 0.00 | 17.76 | 24.00 |
| 18 | 8769 .50 HOT FRIES 1 48REG | 06597801 | 0.3700 | 0.0000 | 0.00 | 17.76 | 24.00 |
| 10 | 6713 .50 REG MUNCH 1 40REG | 06597701 | 0.3700 | 0.0000 | 0.00 | 14.80 | 20.00 |
| 6 | 42073 1.69 DR NAC | 08059400 | 1.1800 | 0.0000 | 0.00 | 7.08 | 10.14 |
| 334 | | | | | | 128.44 | 174.14 |

TOTAL CASES SOLD: 8
TOTAL EACHES SOLD: 6
TOTAL EXTENDED EACHES SOLD: 334

GROSS SALES AMOUNT: $128.44 GROSS RETURNS: $0.(
TOTAL SALES DISCOUNT: -$0.00 TOTAL RETURN DISCOUNT: -$0.(

NET SALES: $128.44 NET RETURNS: -$0.(

NET SALES: $128.44
LESS NET RETURNS: -$0.00

NET TAX: $0.00

**TOTAL DUE: $128.44**

TOTAL RETAIL DOLLARS: $174.14

TAX EXEMPTION #: EXEMPT ENTITY

CUSTOMER AGREES TO PAY ALL AMOUNTS OWED TO ROLLING FRITO-LAY SALES LP ("RFLS") IN ACCORDANCE WITH THE TERMS DESCRIBED ABOVE OR ANY OTHER PAYMENT TERMS AS RFLS MAY ESTABLISH; SALES TO CUSTOMER ARE CONDITIONED ON COMPLIANCE WITH OUR TERMS.

MANUFACTURER: 28400 FRITO-LAY - 0028400

UNIT COST SUMMARY **SALES** 328 @ $0.3700
6 @ $1.1800

RETAIL PRICE SUMMARY **SALES** 328 @ $0.5000

09602459072504266381X 33

CUT HERE

Pg 2

6 @ $1.6900

SALES FOR WEEK ENDING 14.Jul.2018 $0 0%
SALES FOR WEEK ENDING 14.Jul.2017 $0
2018 YTD SALES $3,439 3%
2017 YTD SALES $3,341

Thank You For Your Business

Our Frito-Lay Customer Promise:
> Always in Stock
> Perfect Merchandising
> Best Business Partner

DO NOT WRITE BELOW THIS LINE

096024590725042663824 33

| 43 | 506 45 |
| 552 | |
| 0 | 0.00 |
| 0 | 0.00 |
| 0 | |
| s | 0.00 |
| | 0.00 |
| es | 18.60 |

**$525.05**

**Money Order**

*(signature)*

---

## DETAIL

### ALES

| s Units | Net | Amount |
| --- | --- | --- |
| **/12** | | |
| NUT 0-12000-04246-1 | | |
| 5 72 23.65 | 141 90 |
| J 0-12000-02849-6 | | |
| 2 24 23.65 | 47.30 |
| 3 96 | 189.20 |
| **/12** | | |
| 3028-4 | | |
| 2 24 7 75 | 15.50 |
| 2 24 | 15.50 |
| **15** | | |
| 0-13517-6 | | |
| 1 15 16 00 | 16.00 |
| -52000-13513-8 | | |
| 1 15 16 00 | 16 00 |
| 0-52000-13519-0 | | |
| 1 15 16 00 | 16.00 |
| -13515-2 | | |
| 1 15 16.00 | 16.00 |
| 4 60 | 64 00 |
| **S** | | |
| 0-56749-0 | | |
| 3 36 7 75 | 23.25 |
| 2000-10190-8 | | |
| 2 24 7 75 | 15.50 |
| 000-03402-2 | | |
| 1 12 7 75 | 7.75 |
| 0-12000-38419-6 | | |
| 2 24 7 75 | 15 50 |
| 000-03187-8 | | |
| 1 36 7 75 | 23.25 |
| D 0-12000-03401-5 | | |
| 2 24 7 75 | 15.50 |
| 0-12000-20238-4 | | |
| 2 36 7 75 | 23.25 |
| PLMND 0-12000-04273- | | |
| 2 24 7 75 | 15.50 |
| MND 0-12000-14201-1 | | |
| 1 12 7 75 | 7.75 |
| 0-12000-14165-2 | | |
| 2 24 7 75 | 15.50 |
| LN12 0-12000-16123-0 | | |
| 2 36 7 75 | 23 25 |
| M LD 0-12000-16147-6 | | |
| 2 36 7 75 | 23.25 |

---

(middle column)

OS APL J00 0-12000-01119-1
| 20 00 | 1 12 12 00 | 12.00 |

OS CRAN 0-12000-02136-7
| 20 00 | 1 12 12 00 | 12.00 |

| SUBTOTAL | 2 24 | 24 00 |

### 16OZ CN 1/12
PEPSI 0-12000-03028-4
| 30 00 | 2 24 7.75 | 15.50 |

MDEW ICE LL 0-12000-17269-4
| 30 00 | 1 12 7 75 | 7.75 |

| SUBTOTAL | 3 36 | 23.25 |

### 20OZ PL 1/24
MDEW BJA BLST 0-12000-13027-4
| 40.00 | 5 120 18.75 | 93.75 |

| SUBTOTAL | 5 120 | 93.75 |

### 28OZ PL 1/15
GAT BLU 0-52000-13517-6
| 30.00 | 1 15 16 00 | 16.00 |

GAT LL 0-52000-13515-2
| 30.00 | 1 15 16.00 | 16.00 |

| SUBTOTAL | 2 30 | 32.00 |

### 1L PL 1/12S
BRSK FP 0-12000-56749-0
| 20.00 | 2 24 7.75 | 15 50 |

BRSK LMND 0-12000-10190-8
| 20 00 | 1 12 7 75 | 7 75 |

BRSK PK LMND 0-12000-38419-6
| 20.00 | 1 12 7 75 | 7 75 |

BRSK SWT 0-12000-03187-8
| 20.00 | 2 24 7 75 | 15.50 |

BRSK TEA LMND 0-12000-03401-5
| 20.00 | 1 12 7.75 | 7.75 |

LPT BRSK SWL 0-12000-20238-4
| 20 00 | 2 24 7 75 | 15.50 |

7 BRSK TEA TROPLMND 0-12000-04273-
| 20.00 | 1 12 7 75 | 7.75 |

BRSK PNAP PF 0-12000-14165-2
| 20.00 | 1 12 7 75 | 7.75 |

BRSK IT STW MLN12 0-12000-16123-0
| 20.00 | 2 24 7 75 | 15.50 |

1L BRSK TEA WM LD 0-12000-16147-6
| 20.00 | 2 24 7 75 | 15.50 |

| SUBTOTAL | 15 180 | 116 25 |

### 2L PL 1/8S
BRSK FP 0-12000-63840-4
| 20.00 | 3 24 6 95 | 20.85 |

CRSH GRP 0-78000-01356-6
| 20 00 | 2 16 6 95 | 13 90 |

CRSH ORG 0-78000-01336-8
| 20.00 | 5 40 6 95 | 34 75 |

CRSH STRW 0-78000-01371-9
| 20.00 | 2 16 6 95 | 13 90 |

LPT BRSK SWL 0-12000-20237-7
| 20.00 | 5 40 6 95 | 34 75 |

SCHW G ALE 0-78000-20646-3
| 20.00 | 5 40 6 95 | 34 75 |

CRSH PNAP 0-78000-01416-7
| 20 00 | 3 24 6 95 | 20.85 |

| SUBTOTAL | 25 200 | 173 75 |

### 10.1OZ PL 1/8S
FRT SHT APL NASLV 6-99632-00111-2
| 20.00 | 1 24 14 25 | 14.25 |

FRT SHT FP NAS 6-99632-00330-7
| 20.00 | 1 24 14 25 | 14 25 |

| SUBTOTAL | 2 48 | 28.50 |

### 1.48OZ PL 1/20
OKR BIG CHWY PBCC 0-30000-00409-8

---

(right column)

GREEN APPLE DELI
2526 W WASHINGTON BLVD
BALTIMORE, MD 21230

## INVOICE# 20336690 (Origir

**SALES**
===========

| Product# | Product Desc/UPC | U/C | Cases | Units | SugRtl | Price | All |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 2722 | BR PT CHOCOLATE 077567274700 | 8 | 1 | | 0.00 | 2.1205 | |
| 2725 | BR PT VANILLA 077567274731 | 8 | 1 | | 0.00 | 2.1205 | |
| 65006 | GARB CUP STRAW S 028387304429 | 12 | 1 | | 0.00 | 0.7800 | |
| 65012 | GARB CUP CHOC SU 028387304320 | 12 | 1 | | 0.00 | 0.7800 | |
| 65016 | FRED. FARM NUT C 028387300001 | 24 | 1 | | 0.00 | 0.3900 | |
| 78042 | MARS SNICKERS IC 047677482487 | 24 | 1 | | 0.00 | 1.4356 | |
| 10677 | PO NOV RAINBOW P 077567003140 | 24 | 1 | | 0.00 | 1.0558 | |
| 10817 | PO NOV SPIDERMAN 077567001037 | 18 | 1 | | 0.00 | 1.1400 | |
| 10818 | PO NOV SPONGE BO 077567001068 | 18 | 1 | | 0.00 | 1.1400 | |
| 2 | DELIVERY FEE 023269999991 | 1 | 1 | | 0.00 | 3.9600 | |
| 18034 | J&J BIG CHOCOLAT 023269146449 | 24 | 1 | | 0.00 | 0.7060 | |
| 18035 | J&J BIG STRAWBER 023269146333 | 24 | 1 | | 0.00 | 0.7060 | |
| 18037 | J&J ICE CREAM SA 023269000065 | 36 | 1 | | 0.00 | 0.6668 | |
| 18065 | J&J MINI VANILLA 023269000093 | 48 | 1 | | 0.00 | 0.3657 | |
| 18066 | J&J NOV ORANGE C 023269140058 | 24 | 1 | | 0.00 | 0.4992 | |
| 18090 | J&J ALMOND CRUNC 023269140096 | 24 | 1 | | 0.00 | 0.7420 | |

Total: 16

TOTAL SALES:

SUB TOTAL:

INVOICE TOTAL:

CUSTOMER SIGNATURE/STORE STAMP

BALANCE DUE:
CASH / CHECK

Anthony Whittico.
SALES REPRESENTATIVE

Invoice Format: 5

**A.R. 774**

| | QTY | UNIT/SIZE | DESCRIPTION | PRICE |
|---|---|---|---|---|
| | 1.00 | 20/500 | NG ALOE JUICE - 500ML - PINEAPPLE | 20. |
| 08 | 1.00 | 20/500 | NG ALOE JUICE - 500ML - STRAWBERRY | 20. |
| 04 | 1.00 | 12/3.0 | NONG SHIM BOWL - SPICY SHRIMP | 9. |
| 01 | 1.00 | 12/320 | AUSTINS A-1 BLEACH - 32 OZ REGULAR | 11. |
| 01 | 1.00 | 6/960Z | AUSTINS CRYSTAL BLEACH 96OZ - REGULAR | 8. |
| 08 | 1.00 | 6/150M | AXE DEODORANT SPRAY - MUSK | 11.( |
| 10 | 1.00 | 6/150M | AXE DEODORANT SPRAY - EXCITE | 11.( |
| 01 | 1.00 | 8/64oz | CLOROX BLEACH 64OZ CONC | 21.( |
| 03 | 1.00 | 12/300 | CLOROX BLEACH 30OZ - ORIGINAI | 19.! |
| 01 | 6.00 | 32/500 | DEER PARK WATER - 500ML | 6.! |
| 02 | 3.00 | 24/700 | DEER PARK 24OZ SPORT | 7.: |
| 01 | 1.00 | 12/220 | FABULOSO MULTI-USE 22OZ - LAVENDER | 19.7 |
| 03 | 1.00 | 12/220 | FABULOSO MULTI-USE 22OZ - PASSION FRUIT | 19.7 |
| 04 | 1.00 | 20/9PC | HALLS - HONEY LEMON | 14.5 |
| 09 | 1.00 | 12/5.2 | OREO ORIGINAL 5.25OZ #0749 | 18.5 |
| 11 | 1.00 | 6/4oz | OLD WILLIAM GLADE- APPLE CINNAMON #6164 | 4.7 |
| 12 | 1.00 | 6/4oz | OLD WILLIAM GLADE- FRESH LINEN #61125 | 4.7 |
| 14 | 1.00 | 6/4oz | OLD WILLIAM GLADE- LILAC #61190 | 4.7 |
| 01 | 1.00 | 24/4PK | CLEAR BATH TISSUE - 4PK | 35.0 |
| 02 | 1.00 | 45/100 | SCOTT 1000 SHEET SINGLE - 45CT | 24.7 |
| 01 | 1.00 | 12/10C | TAMPAX TAMPONS - SUPER #30833 | 24.9 |
| 01 | 1.00 | 24/22. | TROPICAL FANTASY COCKTAIL - WATERMELON | 14.9 |
| 03 | 1.00 | 24/22. | TROPICAL FANTASY COCKTAIL - FRUIT PUNCH | 14.9 |

35.00 Returned Check Fee

MEMO:

SUB TOTAL

PREVIOUS BALANC

GRAND TOTAL

LAIMS REGARDING ABOVE SHIPMENT MUST
DE WITHIN 24 HOURS FROM DATE OF DELIVERY.

---

## ONE SOURCE AMERICA

D'ARCY RD., DISTRICT HEIGHTS, MD 20747  TEL: 301-336-0905 / FAX: 301-336-0907

| INVOICE # |
| INVOICE DATE |
| SALES REP |
| TERMS |
| PAGE |

TO: GREEN APPLE GROCERY
2526 WASHINGTON BLVD
BALTIMORE, MD 21230 6462006773

DELIVERY : CALL CUSTOMER

| 1 NO | QTY.SHIP | UNIT/SIZE | DESCRIPTION | PRICE |
|---|---|---|---|---|
| | 1.00 | 24/22. | TROPICAL FANTASY COCKTAIL - KIWI STRAWB | 14.9 |
| 9 | 1.00 | 24/22. | TROPICAL FANTASY COCKTAIL - SWEET TEA | 14.99 |
| 7 | 1.00 | 24/22. | TROPICAL FANTASY COCKTAIL-CHERRY LEMONA | 14.99 |
| 6 | 1.00 | 24/22. | TROPICAL FANTASY COCKTAIL-STRWBRRY LEMO | 14.99 |
| | | | ( OUT OF STOCK LIST ) | |
| 1 | 0.00 | 12/7.5 | BLACK JACK SPRAY - BEDBUG & FLEA | 44.00 |
| 1 | 0.00 | 15/52C | PLENTY PAPER TOWEL | 12.95 |
| CASE: | 41.00 | | TRUCK # 5 DRIVER : IVAN | |

A.R. 775

Top-left section:

| | | | | | | |
|---|---|---|---|---|---|---|
| 1083571 SWISS ROLLS | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 8.88 |
| 1083586 COSMIC BROWNIE | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 8.88 |
| 1083591 FUDGE ROUND | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 8.88 |
| 1083593 ZEBRA CAKE | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 8.88 |
| 1083734 STRWBERRY SHRTCK | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 8.88 |
| 1083938 HONEY BUNS | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 13.32 |
| 1086592 CHDC CHIP CR PIE | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 4.44 |

total SNACKS         1.92      129.12

AL SALES Retail Value:   174.96      1.92      129.12

33 cases sold on promotion

                    TOTAL SALES:      129.12

                    TOTAL AMOUNT DUE   129.12

signifies proof of delivery for quantities only.

     YTD
     $2,117    2%
     $2,076

ORIGINAL  LAST PAGE

Top-right section:

| | | | | | | |
|---|---|---|---|---|---|---|
| 24 2430083591 FUDGE ROUND | 050 | 0.50 | | | 0.3700 | 8.88 |
| 24 2430083593 ZEBRA CAKE | 050 | 0.50 | | | 0.3700 | 8.88 |
| 24 2430083734 STRWBERRY SHRTCK | 050 | 0.50 | | | 0.3700 | 13.32 |
| 36 2430083938 HONEY BUNS | 050 | 0.50 | | | 0.3700 | 8.88 |
| 24 2430086592 CHOC CHIP CR PIE | 050 | 0.50 | | | 0.3700 | |

324 Subtotal SNACKS                    119.88

324 TOTAL SALES Retail Value:  162.00            119.88

                    TOTAL SALES    119.88

                    TOTAL AMOUNT DUE   119.88

Signature:
Signature signifies proof of delivery for quantities only.

Sales       YTD
Thru 05/12  $2,028   3%
Last Year   $1,978

ORIGINAL  LAST PAGE

---

Bottom-left section:

SWEENEY DISTRIBUTING
ABINGDON MD 21009
443 243 0288

DELI GROCERY       CASH SALE          Invoice no:
TON BLVD           05/14/18 10:22     152550347
230-                                  Make check to:
00616530                              Independent Distributor
                                      Sweeney Distributing CO.
                                      010202 001574 20060
                                      Cases:   0 Units:  240

| | | | UNIT | | UNIT NET | STORE |
|---|---|---|---|---|---|---|
| PC | DESCRIPTION | | RETAIL | | COST | COST |
| | | | SALES | | | |
| 76108 SBS CHY OAT&HONY | 050 | 0.50 | | | 0.3700 | 4.44 |
| 30050 MNI DNT FRST 4CT | 050 | 0.50 | | | 0.3700 | 4.44 |
| 30851 MNI DNTS PWD 4CT | 050 | 0.50 | | | 0.3700 | 4.44 |
| 33532 STAR CRUNCH | 050 | 0.50 | | | 0.3700 | 8.88 |
| 33546 RAISIN CREME PIE | 050 | 0.50 | | | 0.3700 | 4.44 |
| 33561 OATMEAL PIE | 050 | 0.50 | | | 0.3700 | 8.88 |
| 33566 NUTTY BAR | 050 | 0.50 | | | 0.3700 | 8.88 |
| 33571 SWISS ROLLS | 050 | 0.50 | | | 0.3700 | 4.44 |
| 33586 COSMIC BROWNIE | 050 | 0.50 | | | 0.3700 | 8.88 |
| 33591 FUDGE ROUND | 050 | 0.50 | | | 0.3700 | 8.88 |
| 33593 ZEBRA CAKE | 050 | 0.50 | | | 0.3700 | 8.88 |
| 33734 STRWBERRY SHRTCK | 050 | 0.50 | | | 0.3700 | 4.44 |
| 33938 HONEY BUNS | 050 | 0.50 | | | 0.3700 | 8.88 |

al SNACKS                          88.80

SALES Retail Value:  120.00              88.80

                    TOTAL SALES:     88.80

                    TOTAL AMOUNT DUE  88.80

ifies proof of delivery for quantities only.

     YTD
     $1,914    2%
     $1,875

ORIGINAL  LAST PAGE

---

Bottom-right section:

SWEENEY DISTRIBUTING
ABINGDON MD 21009
443 243 0288

Page  1                             Invoice no:
                                    152550273
                   CASH SALE
GREEN APPLE DELI GROCERY  05/07/18 10:51   Make check to:
2526 WASHINGTON BLVD                Independent Distributor
BALTO, MD 21230-                    Sweeney Distributing CO.
CUSTOMER# 000616530                 010202 001574 20060
                                    Cases:   0 Units:  300

| | | | UNIT | UNIT | TOTAL | UNIT NET | STORE |
|---|---|---|---|---|---|---|---|
| QTY | UPC | DESCRIPTION | RETAIL | PROMO | PROMO | COST | COST |
| | | SALES | | | | | |
| 12 | 2430083526 MINI DUNUTS GLAZ | 000* | 0.79 | 0.0800 | 0.96 | 0.5700 | 6.84 |
| 12 | 2430078106 SBS CHY CHOC CHP | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 4.44 |
| 12 | 2430080850 MNI DNT FRST 4CT | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 4.44 |
| 12 | 2430080851 MNI DNTS PWD 4CT | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 4.44 |
| 24 | 2430083532 STAR CRUNCH | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 8.88 |
| 12 | 2430083536 FUDGE BROWNIE | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 4.44 |
| 12 | 2430083546 RAISIN CREME PIE | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 4.44 |
| 36 | 2430083561 OATMEAL PIE | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 13.32 |
| 36 | 2430083566 NUTTY BAR | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 13.32 |
| 12 | 2430083571 SWISS ROLLS | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 4.44 |
| 24 | 2430083586 COSMIC BROWNIE | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 8.88 |
| 24 | 2430083591 FUDGE ROUND | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 8.88 |
| 12 | 2430083593 ZEBRA CAKE | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 4.44 |
| 12 | 2430083734 STRWBERRY SHRTCK | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 8.88 |
| 24 | 2430083938 HONEY BUNS | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 4.44 |
| 12 | 2430086592 CHOC CHIP CR PIE | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | |

300 Subtotal SNACKS               0.96      113.40

300 TOTAL SALES Retail Value:  153.48    0.96      113.40

*  0.17 cases sold on promotion
                    TOTAL SALES:      113.40

                    TOTAL AMOUNT DUE   113.40

Signature:
Signature signifies proof of delivery for quantities only.

Sales       YTD
Thru 04/28  $1,803   3%
Last Year   $1,758

ORIGINAL  LAST PAGE

A.R. 776

Vendor #:
Store #:
Customer #: 9905494
TAX ID: 15096140
PO #:
ACCOM CODE #

## SALES SUMMARY

|  | Qty | Amount |
|---|---|---|
| Sales |  |  |
| Cases | 18 | 220.20 |
| Total Units | 252 |  |
| Credits |  |  |
| Full Cases | 0 | 0.00 |
| Single Units | 26 | -22.67 |
| Total Units | 26 |  |
| Container Deposits |  | 0.00 |
| Sales Tax |  | 0.00 |
| State/Local Charges |  | 9.05 |
| **Amount Due** |  | **$206.58** |

## TERMS: Money Order

RECEIVED BY:

## ITEM DETAIL

### SALES

Description UPC

| Whisl | Cases | Units | Net | Amount |
|---|---|---|---|---|

**15OZ CN 1/12**
STRBK DSE HZLNUT 0-12000-04246-1
30.00    2    24 23 65    47.30

STRBK DSE VAN 0-12000-02849-6
30.00    1    12 23 65    23.65

SUBTOTAL    3    36    70.95

**16OZ CN 1/12**
PEPSI 0-12000-03028-4
30.00    2    24    7 75    15.50

MDEW 0-12000-02721-5
30.00    1    12    7 75    7 75

SUBTOTAL    3    36    23.25

**20OZ PL 1/24**
MDEW 0-12000-00131-4
40.00    1    24 18 75    18.75

MDEW CD RD 0-12000-00224-3
40.00    1    24 18 75    18.75

SUBTOTAL    2    48    37.50

**20OZ PL 1/24S**
CRSH PCH 0-78000-01405-1
40.00    1    24 18 75    18.75

SUBTOTAL    1    24    18.75

**1L PL 1/12S**
BRSK FP 0-12000-56749-0
20.00    1    12    7 75    7.75

BRSK LMND 0-12000-10190-8
20.00    1    12 7 76    7.75

BRSK SWT 0-12000-03187-8
20.00    1    12    7 75    7.75

BRSK TEA LMND 0-12000-03401-5
20.00    1    12    7 75    7.75

LPT BRSK SWL 0-12000-20238-4
20.00    1    12    7 75    7.75

BRSK TEA CHE LMDE 0-12000-04266-9
20.00    1    12    7 75    7.75

BRSK PNAP PF 0-12000-14165-2
20.00    1    12    7 75    7.75

### SALES

| Product# | Product Desc/UPC | U/C | Cases | Units | SugRt | ce | Allow | Ex(Price |
|---|---|---|---|---|---|---|---|---|
| 2722 | BR PT CHOCOLATE 077567274700 | 8 | 1 |  | 0.00 | 2.1205 | 0.00 | 16.96 |
| 2768 | BR PT REESES 077567275066 | 8 | 1 |  | 0.00 | 2.3677 | 0.00 | 18.94 |
| 10841 | BR PT OREO 077567275059 | 8 | 1 |  | 0.00 | 2.3677 | 0.00 | 18.9? |
| 65006 | GARB CUP STRAW S 028367304429 | 12 | 1 |  | 0.00 | 0.7800 | 0.00 | 9.36 |
| 65012 | GARB CUP CHOC SU 028367304320 | 12 | 1 |  | 0.00 | 0.7800 | 0.00 | 9.36 |
| 65016 | FRED. FARM NUT C 028367300001 | 24 | 1 |  | 0.00 | 0.3900 | 0.00 | 9.36 |
| 78042 | MARS SNICKERS IC 047677482487 | 24 | 1 |  | 0.00 | 1.4356 | 0.00 | 34.45 |
| 10663 | PO NOV LICK A CO 077567020802 | 24 | 1 |  | 0.00 | 0.5785 | 0.00 | 13.88 |
| 10810 | PO NOV SPIDERMAN 077567002846 | 12 | 1 |  | 0.00 | 1.1339 | 0.00 | 13.61 |
| 10818 | PO NOV SPONGE BO 077567001068 | 18 | 1 |  | 0.00 | 1.1400 | 0.00 | 20.52 |
| 2 | DELIVERY FEE 023269999991 | 1 | 1 |  | 0.00 | 3.9600 | 0.00 | 3.96 |
| 18034 | J&J BIG CHOCOLAT 023269146449 | 24 | 1 |  | 0.00 | 0.7060 | 0.00 | 16.94 |
| 18035 | J&J BIG STRAWBER 023269146333 | 24 | 1 |  | 0.00 | 0.7060 | 0.00 | 16.94 |
| 18065 | J&J MINI VANILLA 023269000093 | 48 | 1 |  | 0.00 | 0.3657 | 0.00 | 17.55 |

Total: 14

| | |
|---|---|
| TOTAL SALES: | $220.77 |
| SUB TOTAL: | $220.77 |
| INVOICE TOTAL: | $220.77 |

CUSTOMER SIGNATURE/STORE STAMP

Anthony Whittico,
SALES REPRESENTATIVE

Invoice Format: 5

| | |
|---|---|
| BALANCE DUE: | $220.77 |
| CASH / CHECK | |

**A.R. 777**

# INVOICE# 20335990 (Original)

|  | $4.50 | $13.50 | SALES |

| 12ct | $8.75 | $35.00 |
| n 24ct | $18.00 | $18.00 |
| 2ct | $8.00 | $8.00 |
| 6ct | $4.50 | $18.00 |
| 8ct | $6.00 | $24.00 |
|  | $4.50 | $36.00 |
| 36ct | $13.85 | $27.70 |
| t | $8.35 | $33.40 |

| Product# | Product Desc/UPC | U/C | Cases | Units | SugRtl | Price | Allow | ExtPrice |
|---|---|---|---|---|---|---|---|---|
| 2721 | BR PT BUTTER PEC 077567274847 | 8 | 1 |  | 0.00 | 2.1205 | 0.00 | 16.96 |
| 2725 | BR PT VANILLA 077567274731 | 8 | 1 |  | 0.00 | 2.1205 | 0.00 | 16.96 |
| 2768 | BR PT REESES 077567275066 | 8 | 1 |  | 0.00 | 2.3677 | 0.00 | 18.94 |
| 10841 | BR PT OREO 077567275059 | 8 | 1 |  | 0.00 | 2.3677 | 0.00 | 18.94 |
| 10663 | PO NOV LICK A CO 077567020802 | 24 | 1 |  | 0.00 | 0.5785 | 0.00 | 13.88 |
| 2 | DELIVERY FEE 023269999991 | 1 | 1 |  | 0.00 | 3.9600 | 0.00 | 3.96 |
| 18035 | J&J BIG STRAWBER 023269146333 | 24 | 1 |  | 0.00 | 0.7060 | 0.00 | 16.94 |
| 18037 | J&J ICE CREAM SA 023269000055 | 36 | 1 |  | 0.00 | 0.6658 | 0.00 | 23.97 |
| 18065 | J&J MINI VANILLA 023269000093 | 48 | 1 |  | 0.00 | 0.3657 | 0.00 | 17.55 |
| 18066 | J&J NOV ORANGE C 023269140058 | 24 | 1 |  | 0.00 | 0.4992 | 0.00 | 11.98 |
| 18090 | J&J ALMOND CRUNC 023269140096 | 24 | 1 |  | 0.00 | 0.7420 | 0.00 | 17.61 |

Total: 11

| TOTAL SALES: | $177.89 |
| SUB TOTAL: | $177.89 |
| INVOICE TOTAL: | $177.89 |

CUSTOMER SIGNATURE/STORE STAMP

| BALANCE DUE: | $177.89 |
| CASH / CHECK | |

Anthony Whittico,
SALES REPRESENTATIVE

Invoice Format: 5

| Subtotal: | $297.10 |
| Total: | $297.10 |
| Payments: | $0.00 |
| Balance: | $297.10 |
| Item Count: | 41 |

13.50 -
283.60

ou for your business.

| 1 | Cookies 99 Cents 12ct |
| 2 | Cotton Or Pop Corn 24ct |
| 2 | Cupcakes 99 Cents 6ct |
| 2 | Cupcakes 99 Cents 8ct |
| 4 | Danish |
| 1 | Donuts 50c 12ct |
| 4 | Honey Buns 2/1.00 36ct |
| 2 | Twins Muffins |

Subtotal
Total

Payments
Balanc
Item Coun

Payments:

Thank you for yo

A.R. 778

## Left Column

MANUFACTURER: 28400 FRITO LAY - 0028400

| QTY EACH | UPC CASE PKG INFO | ITEM | EACH COST | DISCOUNT EACH | TOTAL DISCOUNT | TOTAL AMOUNT | RETAIL AMOUNT |
|---|---|---|---|---|---|---|---|
| 8 | 447 .50 GM VAN CR | 08206700 | 0.3700 | 0.0000 | 0.00 | 2.96 | 4.00 |
| 30 | 16207 .50 CFA DORIT | | 0.3700 | 0.0000 | 0.00 | 29.60 | 40.00 |
| | 2 40REG 07330901 | | | | | | |
| 10 | 16209 .50 DE SPY NA | | 0.3700 | 0.0000 | 0.00 | 14.80 | 20.00 |
| | 1 40REG 07331101 | | | | | | |
| 48 | 16205 .50 HOT CHEET | | 0.3700 | 0.0000 | 0.00 | 17.76 | 24.00 |
| | 1 48REG 07180101 | | | | | | |
| 48 | 16201 .50 LSC RUFFL | | 0.3700 | 0.0000 | 0.00 | 17.76 | 24.00 |
| | 1 48REG 08839401 | | | | | | |
| 40 | 8770 .50 REG FUNYU | | 0.3700 | 0.0000 | 0.00 | 14.80 | 20.00 |
| | 1 40REG 06597901 | | | | | | |
| 40 | 6713 .50 REG MUNCH | | 0.3700 | 0.0000 | 0.00 | 14.80 | 20.00 |
| | 1 40REG 06537701 | | | | | | |
| 6 | 42073 1.69 DR NAC | 08059400 | 1.1800 | 0.0000 | 0.00 | 7.08 | 10.14 |
| 6 | 42119 1.69 DR SWT C | 08118500 | 1.1800 | 0.0000 | 0.00 | 7.08 | 10.14 |
| 4 | 42066 1.69 LB DILL | 08052100 | 1.1800 | 0.0000 | 0.00 | 4.72 | 6.76 |
| 6 | 43393 1.69 CT FLAMI | 08072400 | 1.1800 | 0.0000 | 0.00 | 7.08 | 10.14 |
| 5 | 28204 1.69 REG FUNY | 07942300 | 1.1800 | 0.0000 | 0.00 | 5.90 | 8.45 |
| 331 | | | | | | 144.34 | 197.63 |

**RETURNS**

MANUFACTURER: 28400 FRITO-LAY - 0028400

| QTY EACH | UPC CASE PKG INFO | ITEM | EACH COST | DISCOUNT EACH | TOTAL DISCOUNT | TOTAL AMOUNT | RETAIL AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | 16205 .50 HOT CHEET | 07180100 | 0.3700 | 0.0000 | 0.00 | 0.370 | 0.50 |
| 1 | | | | | | 0.37 | 0.50 |

TOTAL CASES SOLD:              7
TOTAL EACHES SOLD:            35
TOTAL EXTENDED EACHES SOLD:  331

GROSS SALES AMOUNT:    $144.34   GROSS RETURNS:               $0.37
TOTAL SALES DISCOUNT:  $0.00     TOTAL RETURN DISCOUNT:       -$0.00

NET SALES:             $144.34   NET RETURNS:                 -$0.37

NET SALES:             $144.34
LESS NET RETURNS:      -$0.37

NET TAX:               $0.00

TOTAL DUE:             $143.97

TOTAL RETAIL DOLLARS:  $197.13

090140805020042663818   33

CUT HERE

Pg 2 of 2

EXEMPTION #: EXEMPT ENTITY

CUSTOMER AGREES TO PAY ALL AMOUNTS OWED TO ROLLING FRITO-LAY SALES LP ("RFLS") IN ACCORDANCE WITH THE TERMS DESCRIBED ABOVE OR ANY OTHER PAYMENT TERMS AS RFLS ESTABLISH; SALES TO CUSTOMER ARE CONDITIONED ON COMPLIANCE WITH OUR TERMS.

MANUFACTURER: 28400 FRITO LAY - 0028400

| | | | |
|---|---|---|---|
| COST SUMMARY | **SALES** | 304 @ $0.3700 | |
| | 27 @ $1.1800 | | |
| | **RETURNS** | 1 @ $0.3700 | |
| PRICE SUMMARY | **SALES** | 304 @ $0.5000 | |
| | 27 @ $1.6900 | | |
| | **RETURNS** | 1 @ $0.5000 | |

SALES FOR WEEK ENDING 28.Apr.2018   $132    0%
SALES FOR WEEK ENDING 28.Apr.2017   $0
2018 YTD SALES                      $2,046   3%
2017 YTD SALES                      $1,987

## Right Column

BALTIMORE, MD 21230 1407
ACCOUNT #: 42069639

**SALES**

MANUFACTURER: 28400 FRITO LAY - 0028400

| QTY EACH | UPC CASE PKG INFO | ITEM | EACH COST | DISCOUNT EACH | TOTAL DISCOUNT | TOTAL AMOUNT | RET. AMO |
|---|---|---|---|---|---|---|---|
| 8 | 447 .50 GM VAN CR | 08206700 | 0.3700 | 0.0000 | 0.00 | 2.96 | |
| 5 | 3 SS TOS NAC CH | 04643800 | 0.8400 | 0.0000 | 0.00 | 4.20 | |
| 2 | 7098 15.0 CON QUE | 05063500 | 2.9400 | 0.0000 | 0.00 | 5.88 | |
| 30 | 16208 .50 NAC DORIT | | 0.3700 | 0.0000 | 0.00 | 29.60 | |
| | 2 40REG 07331001 | | | | | | |
| 10 | 16215 .50 SWC DORIT | | 0.3700 | 0.0000 | 0.00 | 14.80 | |
| | 1 40REG 07331401 | | | | | | |
| 1 | 6408 4.29 SCP TOS | 07256200 | 3.1600 | 0.0000 | 0.00 | 3.16 | |
| 136 | | | | | | 60.60 | |

TOTAL CASES SOLD:              3
TOTAL EACHES SOLD:            16
TOTAL EXTENDED EACHES SOLD:  136

GROSS SALES AMOUNT:    $60.60   GROSS RETURNS:
TOTAL SALES DISCOUNT:  -$0.00   TOTAL RETURN DISCOUNT:

NET SALES:             $60.60   NET RETURNS:

NET SALES:             $60.60
LESS NET RETURNS:      -$0.00

NET TAX:               $0.00

TOTAL DUE:             $60.60

TOTAL RETAIL DOLLARS:  $82.22

TAX EXEMPTION #: EXEMPT ENTITY

CUSTOMER AGREES TO PAY ALL AMOUNTS OWED TO ROLLING FRITO-LAY SALES LP ("RFLS") IN ACCORDANCE WITH THE TERMS DESCRIBED ABOVE OR ANY OTHER PAYMENT TERMS AS RFL MAY ESTABLISH; SALES TO CUSTOMER ARE CONDITIONED ON COMPLIANCE WITH OUR TERMS.

MANUFACTURER: 28400 FRITO-LAY - 0028400

| | | | |
|---|---|---|---|
| UNIT COST SUMMARY | **SALES** | 128 @ $0.3700 | |
| | 5 @ $0.8400 | 2 @ $2.9400 | |
| | 1 @ $3.1600 | | |
| RETAIL PRICE SUMMARY | **SALES** | 128 @ $0.5000 | |
| | 5 @ $1.1900 | 2 @ $3.9900 | |
| | 1 @ $4.2900 | | |

SALES FOR WEEK ENDING 05.May.2018   $151    -46%
SALES FOR WEEK ENDING 05.May.2017   $273
2018 YTD SALES                      $2,197   -3%
2017 YTD SALES                      $2,265

090140910509042663816   33

CUT HERE

Pg 2

```
************************************
*                                  *
*     Thank You For Your Business   *
*                                  *
*  Our Frito-Lay Customer Promise:  *
*     > Always In Stock             *
*     > Perfect Merchandising       *
*     > Best Business Partner       *
************************************
```

DO NOT WRITE BELOW THIS LINE

090140910509042663820   33

**A.R. 779**

HHH.PROD.4.68.12

## Left Column

| QTY EACH | DESCRIPTION UPC CASE PKG INFO ITEM | EACH COST | DISCOUNT EACH | TOTAL DISCOUNT | TOTAL AMOUNT | RETAIL AMOUNT |
|---|---|---|---|---|---|---|
| 8 | 447 .50 GM VAN CR 08206700 | 0.3700 | 0.0000 | 0.00 | 2.96 | 4.00 |
| 4 | 3 SS TOS NAC CH 04643800 | 0.8400 | 0.0000 | 0.00 | 3.36 | 4.76 |
| 72 | 8761 .50 JUM PUF C | 0.3700 | 0.0000 | 0.00 | 26.64 | 36.00 |
| | 2 36REG 06596701 | | | | | |
| 36 | 360 .50 CT JUM HO | 0.3700 | 0.0000 | 0.00 | 13.32 | 18.00 |
| | 1 36REG 06479901 | | | | | |
| 48 | 16205 .50 HOT CHEET | 0.3700 | 0.0000 | 0.00 | 17.76 | 24.00 |
| | 1 48REG 07180101 | | | | | |
| 48 | 16190 .50 REG LAYS | 0.3700 | 0.0000 | 0.00 | 17.76 | 24.00 |
| | 1 48REG 08838601 | | | | | |
| 48 | 16201 .50 CSC RUFFL | 0.3700 | 0.0000 | 0.00 | 17.76 | 24.00 |
| | 1 48REG 08839401 | | | | | |
| 40 | 6713 .50 REG MUNCH | 0.3700 | 0.0000 | 0.00 | 14.80 | 20.00 |
| | 1 40REG 06597701 | | | | | |
| 6 | 42073 1.69 DR NAC 08059400 | 1.1800 | 0.0000 | 0.00 | 7.08 | 10.14 |
| 6 | 43634 1.69 DR JKD R 08059600 | 1.1800 | 0.0000 | 0.00 | 7.08 | 10.14 |
| 6 | 43143 1.69 RF CSC 08067900 | 1.1800 | 0.0000 | 0.00 | 7.08 | 10.14 |
| 6 | 28204 1.69 REG FUNY 09742300 | 1.1800 | 0.0000 | 0.00 | 7.08 | 10.14 |
| 328 | | | | | 142.68 | 195.32 |

### **RETURNS**

MANUFACTURER: 28400 FRITO LAY - 0028400

| QTY EACH | DESCRIPTION UPC CASE PKG INFO ITEM | EACH COST | DISCOUNT EACH | TOTAL DISCOUNT | TOTAL AMOUNT | RETAIL AMOUNT |
|---|---|---|---|---|---|---|
| 1 | 42054 1.69 LB REG 08049400 | 1.1800 | 0.0000 | 0.00 | 1.18s | 1.69 |
| 3 | 43318 1.69 CT CRUNC 08070400 | 1.1800 | 0.0000 | 0.00 | 3.54s | 5.07 |
| 4 | | | | | 4.72 | 6.76 |

TAL CASES SOLD: 7
TAL EACHES SOLD: 36
TAL EXTENDED EACHS SOLD: 328

OSS SALES AMOUNT: $142.68   GROSS RETURNS: $4.72
TAL SALES DISCOUNT: -$0.00   TOTAL RETURN DISCOUNT: -$0.00

T SALES: $142.68   NET RETURNS: -$4.72

T SALES: $142.68
LSS NET RETURNS: -$4.72

ET TAX: $0.00

TO AL DUE: **$137.96**

TAL RETAIL DOLLARS: $188.56

09601677052304266 3818   33

- - - CUT HERE - - -        Pg 2 of 2

X EXEMPTION #: EXEMPT ENTITY

STOMER AGREES TO PAY ALL AMOUNTS OWED TO ROLLING FRITO-LAY SALES LP ("RFLS")
AC CORDANCE WITH THE TERMS DESCRIBED ABOVE OR ANY OTHER PAYMENT TERMS AS RFLS
Y ESTABLISH; SALES TO CUSTOMER ARE CONDITIONED ON COMPLIANCE WITH OUR TERMS.

MANUFACTURER: 28400 FRITO-LAY - 0028400

| T COST SUMMARY | **SALES** | 300 @ $0.3700 |
|---|---|---|
| | 4 @ $0.8400 | 4 @ $1.1800 |
| | **RETURNS** | 4 @ $1.1800 |
| AJ PRICE SUMMARY | **SALES** | 300 @ $0.5000 |
| | 4 @ $1.1900 | 24 @ $0.6900 |
| | **RETURNS** | 4 @ $1.6900 |

| | | |
|---|---|---|
| ES FOR WEEK ENDING 19.May.2018 | $61 | 62% |
| ES FOR WEEK ENDING 19.May.2017 | $161 | |
| 8 YTD SALES | $2,401 | -5% |
| 7 YTD SALES | $2,518 | |

## Right Column

MANUFACTURER: 28400 FRITO-LAY - 0028400

| QTY EACH | DESCRIPTION UPC CASE PKG INFO ITEM | EACH COST | DISCOUNT EACH | TOTAL DISCOUNT | TOTAL AMOUNT | RETAIL AMOUNT |
|---|---|---|---|---|---|---|
| 24 | 447 .50 GM VAN CR 08206700 | 0.3700 | 0.0000 | 0.00 | 8.88 | 12.0 |
| 40 | 16208 .50 NAC DORIT | 0.3700 | 0.0000 | 0.00 | 14.80 | 20. |
| 40 | 16209 .50 DR SPY NA 07331001 | 0.3700 | 0.0000 | 0.00 | 14.80 | 20. |
| | 1 40REG 07331101 | | | | | |
| 40 | 16215 .50 SWC DORIT 07331401 | 0.3700 | 0.0000 | 0.00 | 14.80 | 20. |
| | 1 40REG | | | | | |
| 48 | 16184 .50 FR HNY BB | 0.3700 | 0.0000 | 0.00 | 17.76 | 24. |
| | 1 48REG 07178301 | | | | | |
| 48 | 16205 .50 HOT CHEET 07180101 | 0.3700 | 0.0000 | 0.00 | 17.76 | 24. |
| | 1 48REG | | | | | |
| 40 | 8770 .50 REG FUNYU | 0.3700 | 0.0000 | 0.00 | 14.80 | 20 |
| | 1 40REG 06597901 | | | | | |
| 40 | 377 .50 FY HOT | 0.3700 | 0.0000 | 0.00 | 14.80 | 20 |
| | 1 40REG 06480801 | | | | | |
| 32 | 8773 .50 REG SMART | 0.3700 | 0.0000 | 0.00 | 11.84 | 16 |
| | 1 32REG 06598701 | | | | | |
| 6 | 42071 1.69 DR CRA 08057400 | 1.1800 | 0.0000 | 0.00 | 7.08 | 10 |
| 4 | 43634 1.69 DR JKD R 08059600 | 1.1800 | 0.0000 | 0.00 | 4.72 | 6 |
| 3 | 42054 1.69 LB REG 08049400 | 1.1800 | 0.0000 | 0.00 | 3.54 | 5 |
| 365 | | | | | 145.58 | 197 |

### **RETURNS**

MANUFACTURER: 28400 FRITO-LAY - 0028400

| QTY EACH | DESCRIPTION UPC CASE PKG INFO ITEM | EACH COST | DISCOUNT EACH | TOTAL DISCOUNT | TOTAL AMOUNT | RETAIL AMOUNT |
|---|---|---|---|---|---|---|
| 2 | 16201 .50 CSC RUFFL 08839400 | 0.3700 | 0.0000 | 0.00 | 0.740 | |
| 2 | | | | | 0.74 | |

TOTAL CASES SOLD: 8
TOTAL EACHES SOLD: 37
TOTAL EXTENDED EACHS SOLD: 365

GROSS SALES AMOUNT: $145.58   GROSS RETURNS:
TOTAL SALES DISCOUNT: -$0.00   TOTAL RETURN DISCOUNT:

NET SALES: $145.58   NET RETURNS:

NET SALES: $145.58
LESS NET RETURNS: $0.74

NET TAX: $0.00

TO AL DUE: **$144.84**

TOTAL RETAIL DOLLARS: $195.97

09601587051604266 3818   33

CUT HERE

TAX EXEMPTION #: EXEMPT ENTITY

CUSTOMER AGREES TO PAY ALL AMOUNTS OWED TO ROLLING FRITO-LAY SALES LP ("RF
IN AC CORDANCE WITH THE TERMS DESCRIBED ABOVE OR ANY OTHER PAYMENT TERMS AS
MAY ESTABLISH; SALES TO CUSTOMER ARE CONDITIONED ON COMPLIANCE WITH OUR TE

MANUFACTURER: 28400 FRITO LAY - 0028400

| UNIT COST SUMMARY | **SALES** | 352 @ $0.3700 |
|---|---|---|
| | 13 @ $1.1800 | |
| | **RETURNS** | 2 @ $0.3700 |
| RETAL PRICE SUMMARY | **SALES** | 352 @ $0.5000 |
| | 13 @ $1.6900 | |
| | **RETURNS** | 2 @ $0.5000 |

**A.R. 780**

| | | |
|---|---|---|
| SALES FOR WEEK ENDING 12.May.2018 | $144 | 52% |
| SALES FOR WEEK ENDING 12.May.2017 | $93 | |
| | $341 | -1% |

EMPLOYEE: REUBEN SANDERS
EMPLOYEE ID: 03154376

GREEN APPLE
2526 WASHINGTON BLVD
BALTIMORE, MD 21230-1407
ACCOUNT #: 42069839

CUST #:
#:

**\*\*SALES\*\***

MANUFACTURER: 28400 FRITO-LAY - 0028400

| QTY EACH | DESCRIPTION UPC CASE PKG INFO ITEM | EACH COST | --DISCOUNT-- EACH TOTAL | TOTAL AMOUNT | RETAIL AMOUNT |
|---|---|---|---|---|---|
| 30 | 16207 .50 GFA DORIT 07330900 | 0.3700 | 0.0000 0.00 | 29.60 | 40.00 |
| 10 | 16208 .50 NAC DORIT 07311000 | 0.3700 | 0.0000 0.00 | 14.80 | 20.00 |
| 10 | 16215 .50 SWT DORIT 07771400 | 0.3700 | 0.0000 0.00 | 14.80 | 20.00 |
| 10 | 8770 .50 REG FUNYO 06597900 | 0.3700 | 0.0000 0.00 | 14.80 | 20.00 |
| 200 | | | | 74.00 | 100.00 |

| | |
|---|---|
| TOTAL CASES SOLD: | 0 |
| TOTAL EACHES SOLD: | 200 |
| TOTAL EXTENDED EACHES SOLD: | 200 |

| | | |
|---|---|---|
| GROSS SALES AMOUNT: | $74.00 | GROSS RETURNS: | $0.00 |
| TOTAL SALES DISCOUNT: | -$0.00 | TOTAL RETURN DISCOUNT: | -$0.00 |
| NET SALES: | $74.00 | NET RETURNS: | -$0.00 |

| | |
|---|---|
| NET SALES: | $74.00 |
| LESS NET RETURNS: | -$0.00 |
| NET TAX: | $0.00 |

**TOTAL DUE:** **$74.00**

TOTAL RETAIL DOLLARS: $100.00

TAX EXEMPTION #: EXEMPT ENTITY

CUSTOMER AGREES TO PAY ALL AMOUNTS OWED TO ROLLING FRITO-LAY SALES LP ("RFLS")
IN ACCORDANCE WITH THE TERMS DESCRIBED ABOVE OR ANY OTHER PAYMENT TERMS AS RFLS
MAY ESTABLISH; SALES TO CUSTOMER ARE CONDITIONED ON COMPLIANCE WITH OUR TERMS.

MANUFACTURER: 28400 FRITO-LAY - 0028400

| UNIT COST SUMMARY | \*\*SALES\*\* | 200 @ $0.3700 |
|---|---|---|
| RETAIL PRICE SUMMARY | \*\*SALES\*\* | 200 @ $0.5000 |

| | | |
|---|---|---|
| SALES FOR WEEK ENDING 26.May.2018 | $145 | 19% |
| SALES FOR WEEK ENDING 26.May.2017 | $172 | |
| 2018 YTD SALES | $2,546 | -4% |
| 2017 YTD SALES | $2,640 | |

0960175005300426638 1x    33

CUT HERE

Pg 2 of 2

```
**************************************
*     Thank You For Your Business    *
*                                    *
*   Our Frito-Lay Customer Promise:  *
*        > Always In Stock           *
*        > Perfect Merchandising     *
*        > Best Business Partner      *
**************************************
```

DO NOT WRITE BELOW THIS LINE

0960175005300426638 24    33

HH4.PROD.4.68.18.0

* * * * * * * * * * * * * * END OF REPORT * * * * * * * * * * * * * *

---

| | |
|---|---|
| 1 | 48REG 08839401 |
| 10 8770 .50 REG FUNYO | 0.3700 0.0000 0.00 14.8 |
| | 1 40REG 06597901 |
| 10 6713 .50 REG MUNCH | 0.3700 0.0000 0.00 14.8 |
| | 1 40REG 06597701 |
| 6 42073 1.69 DR NAC 08059400 | 1.1800 0.0000 0.00 7.0 |
| 6 42119 1.69 DR SWT C 08118500 | 1.1800 0.0000 0.00 7.0 |
| 4 42066 1.69 LB DILL 08052100 | 1.1800 0.0000 0.00 4.7 |
| 6 43393 1.69 CT FLAMI 08072400 | 1.1800 0.0000 0.00 7.0 |
| 5 28204 1.69 REG FUNY 07942300 | 1.1800 0.0000 0.00 5.9 |
| 331 | 144.34 |

**\*\*RETURNS\*\***

MANUFACTURER: 28400 FRITO-LAY - 0028400

| QTY EACH | DESCRIPTION UPC CASE PKG INFO ITEM | EACH COST | -DISCOUNT- EACH TOTAL | TOTAL AMOUNT |
|---|---|---|---|---|
| 1 | 16205 .50 HOT CHEET 07180100 | 0.3700 | 0.0000 0.00 | 0. |
| 1 | | | | 0.37 |

| | |
|---|---|
| TOTAL CASES SOLD: | 7 |
| TOTAL EACHES SOLD: | 35 |
| TOTAL EXTENDED EACHES SOLD: | 331 |

| | | |
|---|---|---|
| GROSS SALES AMOUNT: | $144.34 | GROSS RETURNS: |
| TOTAL SALES DISCOUNT: | $0.00 | TOTAL RETURN DISCOUNT: |
| NET SALES: | $144.34 | NET RETURNS: |

| | |
|---|---|
| NET SALES: | $144.34 |
| LESS NET RETURNS: | -$0.37 |
| NET TAX: | $0.00 |

**TOTAL DUE:** **$143.97**

TOTAL RETAIL DOLLARS: $197.13

0960140805020426638 18    33

CUT HERE

TAX EXEMPTION #: EXEMPT ENTITY

CUSTOMER AGREES TO PAY ALL AMOUNTS OWED TO ROLLING FRITO-LAY SALES L
IN ACCORDANCE WITH THE TERMS DESCRIBED ABOVE OR ANY OTHER PAYMENT T
MAY ESTABLISH; SALES TO CUSTOMER ARE CONDITIONED ON COMPLIANCE WITH

MANUFACTURER: 28400 FRITO-LAY - 0028400

| UNIT COST SUMMARY | \*\*SALES\*\* | 304 @ $0.3700 |
|---|---|---|
| | 27 @ $1.1800 | |
| | \*\*RETURNS\*\* | 1 @ $0.3700 |
| RETAIL PRICE SUMMARY | \*\*SALES\*\* | 304 @ $0.5000 |
| | 27 @ $1.6900 | |
| | \*\*RETURNS\*\* | 1 @ $0.5000 |

| | | |
|---|---|---|
| SALES FOR WEEK ENDING 28.Apr.2018 | $132 | 0% |
| SALES FOR WEEK ENDING 28.Apr.2017 | $0 | |
| 2018 YTD SALES | $2,046 | 3% |
| 2017 YTD SALES | $1,987 | |

```
**************************************
*     Thank You For Your Business    *
*                                    *
*   Our Frito-Lay Customer Promis    *
*        > Always In Stock           *
*        > Perfect Merchandising     *
*        > Best Business Partner     *
**************************************
```

DO NOT WRITE BELOW THIS L

A.R. 781

| QTY | UNIT/SIZE | DESCRIPTION | PRICE |
|---|---|---|---|
| 1.00 | 24/160 | ARM & HAMMER BAKING SODA 16OZ | 21.50 |
| 1.00 | 12/3.0 | NONG SHIM BOWL - SHIN | 9.50 |
| 1.00 | 1/10 S | BAG (KOREA) - 8X4X16 - SMALL BLACK 700 | 11.50 |
| 1.00 | 1/8 SI | BAG (KOREA) - 10X5X19 - MEDIUM BLACK 62 | 13.99 |
| 1.00 | 1/6 SI | BAG (KOREA)- 12X7X22 - LARGE BLACK 300C | 11.50 |
| 5.00 | 32/500 | DEER PARK WATER - 500ML | 6.50 |
| 3.00 | 24/700 | DEER PARK 24OZ SPORT | 7.50 |
| 1.00 | 12/10C | GLAD TALL QUICK TIE BLK 30G - 00079 | 33.00 |
| 1.00 | 1/45ct | KINDER JOY 45CT SIDEKICK | 40.50 |
| 1.00 | 12/6OZ | CHIPS AHOY ORIGINAL 6OZ#0752 | 18.99 |
| 1.00 | 12/6.5 | NEWTONS FIG 7.0Z #4225 | 18.99 |
| 1.00 | 12/5.2 | OREO ORIGINAL 5.25OZ #0749 | 18.99 |
| 1.00 | 12/4OZ | PREMIUM ORIGINAL CRACKERS 4OZ #0382 | 18.99 |
| 1.00 | 25/2PC | NYQUIL COLD & FLU LIQUICAPS - LOOSE | 12.99 |
| 1.00 | 15/52C | PLENTY PAPER TOWEL | 12.99 |
| 1.00 | 12/1.4 | PRINGLE ORIGINAL 1.4OZ | 6.99 |
| 1.00 | 24/2.7 | RAP RANCH 2.75OZ | 22.20 |
| 1.00 | 24/2.7 | RAP HONEY BBQ 2.75OZ | 22.20 |
| 1.00 | 36/100 | SCOTT SINGLE BATH TISSUE | 21.00 |
| 1.00 | 1/500 | TORY VERY VERA 500ML - POMEGRANATE | 20.00 |
| 1.00 | 40PC/0 | TROJAN CONDOMS MAGNUM-48' LOOSE#7434 | 20.49 |
| 1.00 | 2-6PK/ | TROJAN CONDOMS MAGNUM-BLACK | 18.50 |

*short* (next to DEER PARK 24OZ SPORT)

| | | |
|---|---|---|
| 5.00 Returned Check Fee | MEMO: | SUB TOTAL |
| MS REGARDING ABOVE SHIPMENT MUST | | PREVIOUS BALANCE |
| WITHIN 24 HOURS FROM DATE OF DELIVERY. | | GRAND TOTAL |

---

## ONE SOURCE AMERICA
ARCY RD., DISTRICT HEIGHTS, MD 20747   TEL: 301-336-0905 / FAX: 301-336-0907

| | |
|---|---|
| | INVOICE # |
| | INVOICE DATE |
| | SALES REP |
| | TERMS |
| | PAGE |

TO:  GREEN APPLE GROCERY                DELIVERY : CALL CUSTOMER
2526 WASHINGTON BLVD
BALTIMORE, MD 21230  6462886776

| NO | QTY.SHIP | UNIT/SIZE | DESCRIPTION | PRICE |
|---|---|---|---|---|
| | 1.00 | 24/22. | TROPICAL FANTASY COCKTAIL - KIWI STRAWB | 14.99 |
| | 1.00 | 24/22. | TROPICAL FANTASY COCKTAIL - SWEET TEA | 14.99 |
| | 1.00 | 24/22. | TROPICAL FANTASY COCKTAIL-CHERRY LEMONA | 14.99 |
| | | | ( OUT OF STOCK LIST ) | |
| | 0.00 | 24/0.1 | BLISTEX MEDICATED LIP BALM 24 PC | 24.00 |
| | 0.00 | 12/1.4 | PRINGLE BBQ 1.4OZ | 6.99 |
| CASE: | 39.00 | | TRUCK #: 3 DRIVER : DARWIN | |

# 593-38

**A.R. 782**

A.R. 783

---

## Receipt 1 (upper right)

GREEN APPLE DELI GROCERY
2526 WASHINGTON BLVD
BALTO. MD 21230-
CUSTOMER# 000616530

Page 1

| QTY | UPC | DESCRIP. |
| --- | --- | --- |
| 24 | 2430000651 | MINI DNTS PND 4CT |
| 24 | 2430003532 | STAR CRUNCH |
| 24 | 2430003536 | FUDGE BROWNIE |
| 24 | 2430003546 | RAISIN CREME PIE |
| 12 | 2430003561 | OATMEAL PIE |
| 24 | 2430003566 | NUTTY BAR |
| 24 | 2430003571 | SWISS ROLLS |
| 12 | 2430003591 | COSMIC BROWNIE |
| 24 | 2430003734 | FUDGE ROUND |
| 24 | 2430003593 | ZEBRA CAKE |

204 TOTAL SALES Retail Va

204 Subtotal SNACKS

Signature:
Signature signifies proof of delivery for quantities only.

TOTAL AMOUNT DUE

| | |
| --- | --- |
| 1.92 | 82.20 |
| | 82.20 |

ORIGINAL

---

## Receipt 2 (right center)

GREEN APPLE DELI GROCERY
2526 WASHINGTON BLVD
BALTO. MD 21230-
CUSTOMER# 000616530

SWEETS DISTRIBUTING
ABINGDON MD 21009
443 243 0288

CASH SALE
04/02/18 09:44

Make check to:
Independent Distributor
Sweeney Distributing CO
010202 001574 20060
Cases: 306

Invoice no:
162549994

| QTY | UPC | DESCRIPTION | UNIT RETAIL | UNIT PROMO | TOTAL PROMO | UNIT NET STORE COST |
| --- | --- | --- | --- | --- | --- | --- |
| 12 | 2430003510 | DONUT STICKS | 050 | 0.50 | 0.0000 | 0.3700 | 7.30 |
| 12 | 2430003765 | MINI DNT FIRST 4CT | 050 | 0.50 | 0.0000 | 0.3700 | 6.84 |
| 24 | 2430000651 | MINI DNTS PND 4CT | 050 | 0.50 | 0.0000 | 0.3700 | 8.76 |
| 24 | 2430003532 | STAR CRUNCH | 050 | 0.50 | 0.0000 | 0.3700 | 4.44 |
| 30 | 2430003536 | FUDGE BROWNIE | 050 | 0.50 | 0.0000 | 0.3700 | 4.44 |
| 24 | 2430003546 | RAISIN CREME PIE | 050 | 0.50 | 0.0000 | 0.3700 | 4.44 |
| 36 | 2430003561 | OATMEAL PIE | 050 | 0.50 | 0.0000 | 0.3700 | 13.32 |
| 24 | 2430003566 | NUTTY BAR | 050 | 0.50 | 0.0000 | 0.3700 | 8.88 |
| 24 | 2430003571 | SWISS ROLLS | 050 | 0.50 | 0.0000 | 0.3700 | 8.88 |
| 12 | 2430003591 | COSMIC BROWNIE | 050 | 0.50 | 0.0000 | 0.3700 | 11.10 |
| 24 | 2430003593 | ZEBRA CAKE | 050 | 0.50 | 0.0000 | 0.3700 | 8.76 |
| 24 | 2430003661 | FUDGE ROUND | 050 | 0.50 | 0.0000 | 0.3700 | 4.44 |
| 12 | 2430003734 | STRWBERRY SHRTCK | 050 | 0.50 | 0.0000 | 0.3700 | 8.88 |
| 24 | 2430003938 | HONEY BUNS | 050 | 0.50 | 0.0000 | 0.3700 | 4.44 |
| 24 | 2430086592 | CHOC CHIP CR PIE | 050 | 0.50 | 0.0000 | 0.3700 | 8.88 |

306 Subtotal SNACKS

TOTAL SALES: 113.28
TOTAL CREDITS: -2.28

TOTAL AMOUNT DUE 111.00

ORIGINAL LAST PAGE

306 TOTAL SALES Retail Value: 153.36

0.33 cases sold on promotion

Signature:
Signature signifies proof of delivery for quantities only.

| Sales Thru 04/07 | YTD | 8X |
| --- | --- | --- |
| Last Year | $1.552 | |
| | $1.444 | |

---

## Receipt 3 (left center)

GREEN APPLE DELI GROCERY
2526 WASHINGTON BLVD
BALTO. MD 21230-
CUSTOMER# 000616530

SWEENEY DISTRIBUTING
ABINGDON MD 21009
443 243 0288

CASH SALE
04/30/18 10:09

Make check to:
Independent Distributor
Sweeney Distributing CO.
010202 001574 20060
Cases: 288

Invoice no:
162550208

Page 1

### RETURNS

| QTY | UPC | DESCRIPTION | UNIT RETAIL | UNIT PROMO | TOTAL PROMO | UNIT NET STORE COST |
| --- | --- | --- | --- | --- | --- | --- |
| 4 | 2430003765 | MINI DONUT CRNCH 000* | 0.79 | 0.0800 | 0.32 | 0.5700 | -2.28 |

4 Subtotal SNACKS -2.28

### SALES

| QTY | UPC | DESCRIPTION | UNIT RETAIL | UNIT PROMO | TOTAL PROMO | UNIT NET STORE COST |
| --- | --- | --- | --- | --- | --- | --- |
| 12 | 2430003765 | MINI DONUT CRNCH 000* | 050 | 0.0800 | 0.96 | 0.5700 | 0.96 |
| 12 | 2430003510 | DONUT STICKS | 050 | 0.0000 | 0.00 | 0.3700 | |
| 12 | 2430078109 | SBS CNY GATEWAY | 050 | 0.0000 | 0.00 | 0.3700 | |
| 12 | 2430000651 | MINI DNTS PND 4CT | 050 | 0.0000 | 0.00 | 0.3700 | |
| 24 | 2430003536 | FUDGE BROWNIE | 050 | 0.0000 | 0.00 | 0.3700 | |
| 24 | 2430003546 | RAISIN CREME PIE | 050 | 0.0000 | 0.00 | 0.3700 | |
| 24 | 2430003561 | OATMEAL PIE | 050 | 0.0000 | 0.00 | 0.3700 | |
| 24 | 2430003566 | NUTTY BAR | 050 | 0.0000 | 0.00 | 0.3700 | |
| 24 | 2430003591 | COSMIC BROWNIE | 050 | 0.0000 | 0.00 | 0.3700 | |
| 24 | 2430003661 | FUDGE ROUND | 050 | 0.0000 | 0.00 | 0.3700 | |
| 24 | 2430003593 | ZEBRA CAKE | 050 | 0.0000 | 0.00 | 0.3700 | |
| 12 | 2430003734 | STRWBERRY SHRTCK | 050 | 0.0000 | 0.00 | 0.3700 | |
| 24 | 2430003938 | HONEY BUNS | 050 | 0.0000 | 0.00 | 0.3700 | |
| 24 | 2430086592 | CHOC CHIP CR PIE | 050 | 0.0000 | 0.00 | 0.3700 | |

288 Subtotal SNACKS 1.92

288 TOTAL SALES Retail Value 153.36

0.28 cases sold on promotion

TOTAL SALES 1.92
TOTAL AMOUNT DUE 1.60

| Sales Thru 04/21 | YTD | 3X |
| --- | --- | --- |
| Last Year | $1.701 | |
| | $1.662 | |

Signature:
Signature signifies proof of delivery for quantities only.

---

## Receipt 4 (upper left)

GREEN APPLE DELI GROCERY
2526 WASHINGTON BLVD
BALTO. MD 21230-
CUSTOMER# 000616530

Page 1

| QTY | UPC | DESCRIP. |
| --- | --- | --- |
| 4 | 2430078109 | SBS CNY GA |
| 12 | 2430000851 | STAR CRONC |
| 12 | 2430003532 | RAISIN CRE |
| 12 | 2430003546 | OATMEAL PI |
| 12 | 2430003566 | NUTTY BAR |
| 24 | 2430003561 | SWISS ROLL |
| 24 | 2430003566 | COSMIC BRO |
| 12 | 2430003591 | FUDGE ROUN |
| 12 | 2430003593 | ZEBRA CAKE |
| 24 | 2430003734 | STRWBERRY |
| 12 | 2430003938 | HONEY BUNS |
| 12 | 2430086592 | CHOC CHIP |

180 Subtotal SNACKS

180 TOTAL SALES Retail Va

Signature:
Signature signifies proof of delivery for quantities only.

| Sales Thru 03/31 | YTD | 6X |
| --- | --- | --- |
| Last Year | $1.435 | |
| | $1.357 | |

ORIGINAL

0 17 cases sold on promotion

TOTAL AMOUNT DUE

| | |
| --- | --- |
| 0.96 | 117.54 |
| 0.96 | 117.54 |

TOTAL SALES: 117.54

## DELIVERY SUMMARY

| ACKAGE | Cases | Units |
|---|---|---|
| 5OZ CN 1/12 | 1 | 12 |
| 5OZ CN 1/12 | 6 | 72 |
| 6OZ CN 1/12 | 1 | 12 |
| 4OZ PL 1/24 | 1 | 24 |
| 8OZ PL 1/15 | 1 | 15 |
| L PL 1/12S | 8 | 96 |
| L PL 1/8S | 12 | 96 |
| 0.1OZ PL 1/24 | 1 | 24 |
| TOTAL | 31 | 351 |

| BRAND | Cases | Units |
|---|---|---|
| **6.5OZ CN 1/12** | | Bay # |
| STRBK DS 0-12000-00177-2 | 1 | 12 |
| TOTAL | 1 | 12 |

| **15OZ CN 1/12** | | Bay # |
|---|---|---|
| STRBK DSE HZLNUT 0-12000-04246-1 | 3 | 36 |
| STRBK DSE VAN 0-12000-02849-6 | 3 | 36 |
| TOTAL | 6 | 72 |

| **16OZ CN 1/12** | | Bay # |
|---|---|---|
| PEPSI 0-12000-03028-4 | 1 | 12 |
| TOTAL | 1 | 12 |

| **24OZ PL 1/24** | | Bay # |
|---|---|---|
| PEPSI 0-12000-02539-6 | 1 | 24 |
| TOTAL | 1 | 24 |

| **28OZ PL 1/15** | | Bay # |
|---|---|---|
| GAT BLU 0-52000-13517-6 | 1 | 15 |
| TOTAL | 1 | 15 |

| **1L PL 1/12S** | | Bay # |
|---|---|---|
| BRSK FP 0-12000-56749-0 | 1 | 12 |
| BRSK LMND 0-12000-10190-8 | 1 | 12 |
| BRSK PK LMND 0-12000-38419-6 | 1 | 12 |
| BRSK RAZ 0-12000-02452-8 | 1 | 12 |
| LPT BRSK SWL 0-12000-20238-4 | 1 | 12 |
| BRSK PNAP PF 0-12000-14165-2 | 1 | 12 |
| BRSK IT STW MLN12 0-12000-16123-0 | 1 | 12 |
| 1L BRSK TEA WM LD 0-12000-16147-6 | 1 | 12 |
| TOTAL | 8 | 96 |

| **2L PL 1/8S** | | Bay # |
|---|---|---|
| MDEW 0-12000-00233-5 | 3 | 24 |
| PEPSI 0-12000-00230-4 | 4 | 32 |
| BRSK FP 0-12000-63840-4 | 1 | 8 |
| CRSH ORG 0-78000-01336-8 | 1 | 8 |
| LPT BRSK SWL 0-12000-20237-7 | 1 | 8 |
| MUG RT BR 0-12000-00935-8 | 1 | 8 |
| MST TWST LL 0-12000-15005-0 | 1 | 8 |
| | 12 | 96 |

---

Cookies 2/1.00    $4.50    $31.58

| | | |
|---|---|---|
| 5 Danish | $8.00 | $40.00 |
| 6 Donuts 50c 12ct | $4.50 | $27.00 |
| 2 Honey Buns 2/1.00 36ct | $13.85 | $27.70 |
| 8 Twins Muffins | $5.90 | $35.40 |

Subtotal: $203.35
Total: $203.35

*171.85*

Payments: $0.00
Balance: $203.35
Item Count: 31

Payments:

Thank you for your business.

---

| | | |
|---|---|---|
| Candies 99 Cents 12ct | | |
| Cookies 2/1.00 | 5 | $4.50 |
| Cupcakes 99 Cents 6ct | 7 | $4.50 |
| Cupcakes 99 Cents 8ct | 2 | $6.00 |
| Danish | 2 | $8.00 |
| Nuts 99 Cents 12ct | 1 | $8.35 |

Subtotal:
Total:

Payments:
Balance:
Item Count:

Payments:

Thank you for your busine

**A.R. 784**

EMPLOYEE ID: 0333437G

GREEN APPLE
2526 WASHINGTON BLVD
BALTIMORE, MD 21230-1407
ACCOUNT #: 42069839

CUST #:
#:

**SALES**

MANUFACTURER: 28400 FRITO-LAY - 0028400

| QTY EACH | DESCRIPTION UPC CASE PKG INFO | ITEM | EACH COST | --DISCOUNT-- EACH | TOTAL TOTAL AMOUNT | RETAIL AMOUNT |
|---|---|---|---|---|---|---|
| 10 16207 | .50 CRA DORIT | | 0.3700 | 0.0000 | 0.00 | 14.80 | 20.00 |
| | 1 40REG | 07330901 | | | | |
| 10 16208 | .50 NAC DORIT | | 0.3700 | 0.0000 | 0.00 | 14.80 | 20.00 |
| | 1 40REG | 07331001 | | | | |
| 10 16215 | .50 SWC DORIT | | 0.3700 | 0.0000 | 0.00 | 14.80 | 20.00 |
| | 1 40REG | 07331401 | | | | |
| 18 16184 | .50 FR HNY BB | | 0.3700 | 0.0000 | 0.00 | 17.76 | 24.00 |
| | 1 48REG | 07178301 | | | | |
| 18 16205 | .50 HOT CHEET | | 0.3700 | 0.0000 | 0.00 | 17.76 | 24.00 |
| | 1 48REG | 07180101 | | | | |
| 10 8770 | .50 REG FUNYU | | 0.3700 | 0.0000 | 0.00 | 14.80 | 20.00 |
| | 1 40REG | 06597901 | | | | |

256                                                        94.72      128.00

| | |
|---|---|
| TOTAL CASES SOLD: | 6 |
| TOTAL EACHES SOLD: | 0 |
| TOTAL EXTENDED EACHES SOLD: | 256 |

| | | | |
|---|---|---|---|
| GROSS SALES AMOUNT: | $94.72 | GROSS RETURNS: | $0.00 |
| TOTAL SALES DISCOUNT: | -$0.00 | TOTAL RETURN DISCOUNT: | -$0.00 |
| NET SALES: | $94.72 | NET RETURNS: | -$0.00 |

| | |
|---|---|
| NET SALES: | $94.72 |
| LESS NET RETURNS: | -$0.00 |
| NET TAX: | $0.00 |

**TOTAL DUE:**  $94.72

TOTAL RETAIL DOLLARS:  $128.00

TAX EXEMPTION #: EXEMPT ENTITY

CUSTOMER AGREES TO PAY ALL AMOUNTS OWED TO ROLLING FRITO-LAY SALES LP ("RFLS")
IN ACCORDANCE WITH THE TERMS DESCRIBED ABOVE OR ANY OTHER PAYMENT TERMS AS RFLS
MAY ESTABLISH; SALES TO CUSTOMER ARE CONDITIONED ON COMPLIANCE WITH OUR TERMS.

MANUFACTURER: 28400 FRITO-LAY - 0028400

| | | |
|---|---|---|
| UNIT COST SUMMARY | **SALES** | 256 @ $0.3700 |
| RETAIL PRICE SUMMARY | **SALES** | 256 @ $0.5000 |

| | | |
|---|---|---|
| SALES FOR WEEK ENDING 07.Apr.2018 | $105 | -41% |
| SALES FOR WEEK ENDING 07.Apr.2017 | $179 | |
| 2018 YTD SALES | $1,736 | 2% |
| 2017 YTD SALES | $1,765 | |

0960011450411042663817  33

- - - - - - - - - - - - - CUT HERE - - - - - - - - - - - - -

Pg 2 of 2

```
************************************
*   Thank You For Your Business    *
*                                  *
*   Our Frito-Lay Customer Promise:*
*      > Always in Stock           *
*      > Perfect Merchandising     *
*      > Best Business Partner     *
************************************
```

DO NOT WRITE BELOW THIS LINE

0960011450411042663821  33

---

EMPLOYEE ID: 0315437G

GREEN APPLE
2526 WASHINGTON BLVD
BALTIMORE, MD 21230-1407
ACCOUNT #: 42069839

CUS
#:

**SALES**

MANUFACTURER: 28400 FRITO-LAY - 0028400

| QTY EACH | DESCRIPTION UPC CASE PKG INFO | ITEM | EACH COST | DISCOUNT EACH | TOTAL |
|---|---|---|---|---|---|
| 16 | 447 .50 QM VAN CR | 08206700 | 0.3700 | 0.0000 | 0.00 |
| 36 | 8761 .50 JUM PUF C | | 0.3700 | 0.0000 | 0.00 |
| | 1 36REG | 06596701 | | | |
| 18 16190 | .50 REG LAYS | | 0.3700 | 0.0000 | 0.00 |
| | 1 48REG | 08838601 | | | |
| 18 16191 | .50 LB SWT HE | | 0.3700 | 0.0000 | 0.00 |
| | 1 48REG | 08839201 | | | |
| 10 6713 | .50 REG MUNCH | | 0.3700 | 0.0000 | 0.0 |
| | 1 40REG | 06597701 | | | |
| 6 43634 | 1.69 DR JKD R | 08059600 | 1.1800 | 0.0000 | 0.0 |
| 6 43143 | 1.69 RF CSC | 08067900 | 1.1800 | 0.0000 | 0.0 |

200

| | |
|---|---|
| TOTAL CASES SOLD: | 4 |
| TOTAL EACHES SOLD: | 28 |
| TOTAL EXTENDED EACHES SOLD: | 200 |

| | | |
|---|---|---|
| GROSS SALES AMOUNT: | $83.72 | GROSS RETURNS: |
| TOTAL SALES DISCOUNT: | -$0.00 | TOTAL RETURN DISCOUNT: |
| NET SALES: | $83.72 | NET RETURNS: |

| | |
|---|---|
| NET SALES: | $83.72 |
| LESS NET RETURNS: | $0.00 |
| NET TAX: | $0.00 |

**TOTAL DUE:**  $83.72

TOTAL RETAIL DOLLARS:  $114.78

TAX EXEMPTION #: EXEMPT ENTITY

CUSTOMER AGREES TO PAY ALL AMOUNTS OWED TO ROLLING FRITO-L
IN ACCORDANCE WITH THE TERMS DESCRIBED ABOVE OR ANY OTHER
MAY ESTABLISH; SALES TO CUSTOMER ARE CONDITIONED ON COMPL

MANUFACTURER: 28400 FRITO-LAY - 0028400

| | | |
|---|---|---|
| UNIT COST SUMMARY | **SALES** | 188 @ $0.3700 |
| | | 12 @ $1.1800 |
| RETAIL PRICE SUMMARY | **SALES** | 188 @ $0.5000 |
| | | 12 @ $1.6900 |

| | |
|---|---|
| SALES FOR WEEK ENDING 31.Mar.2018 | $161 |
| SALES FOR WEEK ENDING 31.Mar.2017 | $50 |
| 2018 YTD SALES | $1,631 |
| 2017 YTD SALES | $1,586 |

0960010640404042663819  33

- - - - - - - - - - - - - CUT HERE - - - - - -

```
************************************
*   Thank You For Your Bu          *
*                                  *
*   Our Frito-Lay Customer         *
*      > Always in Stock           *
*      > Perfect Merchandis        *
*      > Best Business Part        *
************************************
```

A.R. #785 W THIS LIN

42069839

MANUFACTURER: 28400  FRITO-LAY - 0028400

| DESCRIPTION UPC CASE PKG INFO ITEM | EACH COST | --DISCOUNT-- EACH  TOTAL | TOTAL AMOUNT | RETAIL AMOUNT |
|---|---|---|---|---|
| 3 SS TOS NAC CH 04643800 | 0.8400 | 0.0000 | 0.00 | 3.36 | 4.76 |
| 56 SS LAYS RANCH 04643700 | 0.8400 | 0.0000 | 0.00 | 1.68 | 2.38 |
| 098 15.0 CON QUE 05063500 | 2.9400 | 0.0000 | 0.00 | 2.94 | 3.99 |
| 209 .50 DR SPY NA | 0.3700 | 0.0000 | 0.00 | 14.80 | 20.00 |
| 1 40REG 07331101 | | | | | |
| 205 .50 HOT CHEET | 0.3700 | 0.0000 | 0.00 | 17.76 | 24.00 |
| 1 48REG 07180101 | | | | | |
| 201 .50 CSC RUFFL | 0.3700 | 0.0000 | 0.00 | 17.76 | 24.00 |
| 1 48REG 08839401 | | | | | |
| 769 .50 HOT FRIES | 0.3700 | 0.0000 | 0.00 | 17.76 | 24.00 |
| 1 48REG 06597801 | | | | | |
| 377 .50 FY HOT | 0.3700 | 0.0000 | 0.00 | 14.80 | 20.00 |
| 1 40REG 06480801 | | | | | |
| 092 1.69 DR POP J 08783000 | 1.1800 | 0.0000 | 0.00 | 5.90 | 8.45 |
| 634 1.69 DR JKD R 08059600 | 1.1800 | 0.0000 | 0.00 | 5.90 | 8.45 |
| 066 1.69 LB DILL 08052100 | 1.1800 | 0.0000 | 0.00 | 5.90 | 8.45 |
| 774 1.69 CS HOT F 08076800 | 1.1800 | 0.0000 | 0.00 | 5.90 | 8.45 |
| 204 1.69 REG FUNY 07942300 | 1.1800 | 0.0000 | 0.00 | 3.54 | 5.07 |
| 212 1.69 HOT FUNY 07942700 | 1.1800 | 0.0000 | 0.00 | 3.54 | 5.07 |
| 340 1.69 SW CHI& 08783900 | 1.1800 | 0.0000 | 0.00 | 7.08 | 10.14 |
| 408 4.29 SCP TOST 07256200 | 3.1600 | 0.0000 | 0.00 | 1.16 | 4.29 |
| | | | | 131.78 | 181.50 |

| | | |
|---|---|---|
| SOLD: | 5 | |
| SS SOLD: | 40 | |
| TOLD EACHES SOLD: | 264 | |

| AMOUNT: | $131.78 | GROSS RETURNS: | $0.00 |
| DISCOUNT: | -$0.00 | TOTAL RETURN DISCOUNT: | -$0.00 |
| | $131.78 | NET RETURNS: | -$0.00 |

NET SALES: $131.78
RETURNS: -$0.00

$0.00

DUE: $131.78

IL DOLLARS: $181.50

*CK # 261*

ION #: EXEMPT ENTITY

AGREES TO PAY ALL AMOUNTS OWED TO ROLLING FRITO-LAY SALES LP ("RFLS")
ANCE WITH THE TERMS DESCRIBED ABOVE OR ANY OTHER PAYMENT TERMS AS RFLS
ISH; SALES TO CUSTOMER ARE CONDITIONED ON COMPLIANCE WITH OUR TERMS.

ER: 28400  FRITO-LAY - 0028400

2340418042663814   33

-CUT HERE-

Pg 2 of 2

| SUMMARY | \*\*SALES\*\* | 6 @ $0.8400 |
|---|---|---|
| | 1 @ $2.9400 | 224 @ $0.3700 |
| | 32 @ $1.1800 | 1 @ $3.1600 |
| CE SUMMARY | \*\*SALES\*\* | 6 @ $3.9900 |
| | 1 @ $3.9900 | 224 @ $0.5000 |
| | 32 @ $1.6900 | 1 @ $4.2900 |

| | | |
|---|---|---|
| WEEK ENDING 14.Apr.2018 | $84 | 35% |
| WEEK ENDING 14.Apr.2017 | $62 | |
| ALES | $1,820 | 0% |
| ALES | $1,827 | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\* Thank You For Your Business \*
\* \*
\* Our Frito-Lay Customer Promise: \*

---

EMPLOYEE: REUBEN SANDERS
EMPLOYEE ID: 03154376

GREEN APPLE
2526 WASHINGTON BLVD                    CUST #:
BALTIMORE, MD 21230-1407                #:
ACCOUNT #: 42069839

**\*\*SALES\*\***

MANUFACTURER: 28400  FRITO-LAY - 0028400

| QTY DESCRIPTION EACH  UPC CASE PKG INFO ITEM | EACH COST | DISCOUNT EACH | TOTAL AMOUNT | RETAIL AMOUNT |
|---|---|---|---|---|
| 16 447 .50 QN VAN CR 08206700 | 0.3700 | 0.0000 | 0.00 | 5.92 | 8.00 |
| 10 16207 .50 CRA DORIT | 0.3700 | 0.0000 | 0.00 | 14.80 | 20.00 |
| 1 40REG 07330901 | | | | | |
| 10 16208 .50 NAC DORIT | 0.3700 | 0.0000 | 0.00 | 14.80 | 20.00 |
| 1 40REG 07331001 | | | | | |
| 10 16215 .50 SWC DORIT | 0.3700 | 0.0000 | 0.00 | 14.80 | 20.00 |
| 1 40REG 07331401 | | | | | |
| 18 16184 .50 FR HNY BB | 0.3700 | 0.0000 | 0.00 | 17.76 | 24.00 |
| 1 48REG 07178301 | | | | | |
| 18 16202 .50 CRY CHEET | 0.3700 | 0.0000 | 0.00 | 17.76 | 24.00 |
| 1 48REG 07179601 | | | | | |
| 36 360 .50 CT JUM HO | 0.3700 | 0.0000 | 0.00 | 13.32 | 18.00 |
| 1 36REG 06479901 | | | | | |
| 18 8769 .50 HOT FRIES | 0.3700 | 0.0000 | 0.00 | 17.76 | 24.00 |
| 1 48REG 06597801 | | | | | |
| 10 8770 .50 REG FUNYU | 0.3700 | 0.0000 | 0.00 | 14.80 | 20.00 |
| 1 40REG 06597901 | | | | | |
| 5 60092 1.69 DR POP J 08783000 | 1.1800 | 0.0000 | 0.00 | 5.90 | 8.45 |
| 4 43634 1.69 DR JKD R 08059600 | 1.1800 | 0.0000 | 0.00 | 4.72 | 6.76 |
| 2 43774 1.69 CS HOT F 08076800 | 1.1800 | 0.0000 | 0.00 | 2.36 | 3.38 |
| 5 28212 1.69 HOT FUNY 07942700 | 1.1800 | 0.0000 | 0.00 | 5.90 | 8.45 |
| 372 | | | | 150.60 | 205.04 |

| | | |
|---|---|---|
| TOTAL CASES SOLD: | 8 | |
| TOTAL EACHES SOLD: | 32 | |
| TOTAL EXTENDED EACHES SOLD: | 372 | |

| GROSS SALES AMOUNT: | $150.60 | GROSS RETURNS: | $0.00 |
| TOTAL SALES DISCOUNT: | -$0.00 | TOTAL RETURN DISCOUNT: | -$0.00 |
| NET SALES: | $150.60 | NET RETURNS: | -$0.00 |

NET SALES: $150.60
LESS NET RETURNS: -$0.00

NET TAX: $0.00

TOTAL DUE: $150.60

TOTAL RETAIL DOLLARS: $205.04

TAX EXEMPTION #: EXEMPT ENTITY

CUSTOMER AGREES TO PAY ALL AMOUNTS OWED TO ROLLING FRITO-LAY SALES LP ("RFLS")
IN ACCORDANCE WITH THE TERMS DESCRIBED ABOVE OR ANY OTHER PAYMENT TERMS AS RFLS
MAY ESTABLISH; SALES TO CUSTOMER ARE CONDITIONED ON COMPLIANCE WITH OUR TERMS.

MANUFACTURER: 28400  FRITO-LAY - 0028400

0960013180425042663816   33

- CUT HERE -

Pg 2 of 2

| UNIT COST SUMMARY | \*\*SALES\*\* | 356 @ $0.3700 |
|---|---|---|
| | 16 @ $1.1800 | |
| RETAIL PRICE SUMMARY | \*\*SALES\*\* | 356 @ $0.5000 |
| | 16 @ $1.6900 | |

| | | |
|---|---|---|
| SALES FOR WEEK ENDING 21.Apr.2018 | $95 | -41% |
| SALES FOR WEEK ENDING 21.Apr.2017 | $160 | |
| 2018 YTD SALES | $1,914 | |
| 2017 YTD SALES | $1,987 | |

| QTY.SHIP | UNIT/SIZE | DESCRIPTION | | PRICE | UNIT |
|---|---|---|---|---|---|
| 2.00 | 24/700 | DEER PARK 24OZ SPORT | 1/ ✓ | 7.50 | I |
| 1.00 | 24/1LB | DOMINO SUGAR - 1LB | | 26.00 | |
| 1.00 | 24/2LB | DOMINO SUGAR - 2LB | | 46.00 | |
| 1.00 | 12/2PC | DURACELL - AA2 | | 12.00 | |
| 1.00 | 12/2PC | DURACELL - AAA2 | | 12.00 | |
| 1.00 | 15/BOX | KINDER JOY 15PCS | | 18.00 | |
| 1.00 | 12/5.2 | OREO ORIGINAL 5.25OZ #0749 | | 18.99 | |
| 1.00 | 12/ORD | ORAL-B TOOTHBRUSH - SHINY CLEAN SOFT #4 | | 9.00 | |
| 1.00 | 24/4PK | CLEAR BATH TISSUE - 4PK | | 35.00 | |
| 1.00 | 36/100 | SCOTT SINGLE BATH TISSUE | | 23.40 | |
| 1.00 | 12/1CT | S.O.S. HEAVY DUTY SCRUBBER 1CT - 791016 | | 11.25 | |
| 1.00 | 24/22. | TROPICAL FANTASY COCKTAIL - SWEET TEA | | 14.99 | |
| 1.00 | 24/22. | TROPICAL FANTASY COCKTAIL-CHERRY LEMONA | | 14.99 | |
| 1.00 | 25/1PC | ZANTAC 150 TABLETS - LOOSE | | 12.99 | |
| | | ( OUT OF STOCK LIST ) | | | |
| 0.00 | 12/0.0 | KRAZY GLUE TUBE | | 11.45 | |
| 0.00 | 25/2PC | NYQUIL COLD & FLU LIQUICAPS - LOOSE | | 12.99 | |
| SE: (26.00) | | TRUCK #: 5 DRIVER : IVAN | | | |

| Returned Check Fee | MEMO: | SUB TOTAL | |
|---|---|---|---|
| EGARDING ABOVE SHIPMENT MUST | | PREVIOUS BALANCE | |
| N 24 HOURS FROM DATE OF DELIVERY. | | GRAND TOTAL | |

## ONE SOURCE AMERICA
Y RD., DISTRICT HEIGHTS, MD 20747   TEL: 301-336-0905 / FAX: 301-336-0907

| | INVOICE # |
|---|---|
| | INVOICE DATE |
| | SALES REP |
| | TERMS |
| | PAGE |

GREEN APPLE GROCERY
2526 WASHINGTON BLVD
BALTIMORE, MD 21230 6462886776

DELIVERY : CALL CUSTOMER

| QTY.SHIP | UNIT/SIZE | DESCRIPTION | | PRICE | UNIT |
|---|---|---|---|---|---|
| | | | | | |



NOT

**A.R. 787**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| '24 | BR PT STRAWBERRY | 8 | 1 | 0.00 | 2.1205 | 0.00 | 16.96 |
| | 075567274786 | | | | | | |
| '68 | BR PT REESES | 8 | 1 | 0.00 | 2.3677 | 0.00 | 18.94 |
| | 077567275066 | | | | | | |
| 0841 | BR PT OREO | 8 | 1 | 0.00 | 2.3677 | 0.00 | 18.94 |
| | 077567275059 | | | | | | |
| 5006 | GARB CUP STRAW S | 12 | 1 | 0.00 | 0.7800 | 0.00 | 9.36 |
| | 028387304429 | | | | | | |
| 5016 | FRED. FARM NUT C | 24 | 1 | 0.00 | 0.3900 | 0.00 | 9.36 |
| | 028387300001 | | | | | | |
| 0663 | PO NOV LICK A CO | 24 | 1 | 0.00 | 0.5785 | 0.00 | 13.88 |
| | 077567020802 | | | | | | |
| 0672 | PO NOV ORANGE P- | 24 | 1 | 0.00 | 1.0558 | 0.00 | 25.34 |
| | 077567003126 | | | | | | |
| 0811 | PO NOV SPONGE BO | 12 | 1 | 0.00 | 1.1339 | 0.00 | 13.61 |
| | 077567002853 | | | | | | |
| | DELIVERY FEE | 1 | 1 | 0.00 | 3.9600 | 0.00 | 3.96 |
| | 023269999991 | | | | | | |
| 3037 | J&J ICE CREAM SA | 36 | 1 | 0.00 | 0.6658 | 0.00 | 23.97 |
| | 023269000055 | | | | | | |
| 3065 | J&J MINI VANILLA | 48 | 1 | 0.00 | 0.3657 | 0.00 | 17.55 |
| | 023269000093 | | | | | | |
| 3090 | J&J ALMOND CRUNC | 24 | 1 | 0.00 | 0.7420 | 0.00 | 17.81 |
| | 023269140096 | | | | | | |

Total: 12

| | |
|---|---|
| TOTAL SALES: | $189.68 |
| SUB TOTAL: | $189.68 |
| INVOICE TOTAL: | $189.68 |

CUSTOMER SIGNATURE/STORE STAMP

BALANCE DUE: $189.68
CASH / CHECK

Lawrence Taylor,
SALES REPRESENTATIVE

Invoice Format: 5

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 24 | 2430083532 STAR CRUNCH | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 8. |
| 24 | 2430083546 RAISIN CREME PIE | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 8. |
| 36 | 2430083561 OATMEAL PIE | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 13. |
| 24 | 2430083566 NUTTY BAR | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 8. |
| 12 | 2430083571 SWISS ROLLS | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 4. |
| 24 | 2430083586 COSMIC BROWNIE | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 8. |
| 36 | 2430083591 FUDGE ROUND | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 13. |
| 24 | 2430083593 ZEBRA CAKE | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 8. |
| 24 | 2430083734 STRWBERRY SHRTCK | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 8. |
| 36 | 2430083936 HONEY BUNS | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 13. |
| 12 | 2430086592 CHOC CHIP CR PIE | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 4. |

336 Subtotal SNACKS                1.44              129.

336 TOTAL SALES Retail Value    175.62       1.44       129.

* 0.25 cases sold on promotion

TOTAL SALES: 129.84

TOTAL AMOUNT DUE 129.84

Signature:
Signature signifies proof of delivery for quantities only.

| Sales | YTD | |
|---|---|---|
| Thru 02/24 | $880 | 6% |
| Last Year | $834 | |

ORIGINAL   LAST PAGE

Raylicious
15465 Philadelphia, PA
215-533-2525
rayssnacks@yahoo.com

Invoice: 7040

Date: 3/5/18. 2:49 PM

| | | | |
|---|---|---|---|
| | | $35.00 | |
| | $8.75 | | |
| Cookies 99 Cents 12ct | $18.00 | $18.00 | |
| 1 Cotton Or Pop Corn 24ct | $8.00 | $40.00 | |
| 5 Danish | $4.50 | $27.00 | |
| 6 Donuts 50c 12ct | $7.00 | $7.00 | |
| 1 Double Donuts 2/1.00 18ct | $13.85 | $13.85 | |
| 1 Honey Buns 2/1.00 36ct | $4.60 | $4.60 | |
| 1 Pie Variety Flavor | $5.90 | $11.80 | |
| 2 Twins Muffins | | | |

3 Hustos 27.5 = 8.25

Subtotal: $157.25
Total: $157.25

Payments: $0.00
Balance: $157.25
.. Cant: 21

A.R. 788

SALES

| QTY | UPC | DESCRIPTION | UNIT RETAIL | UNIT PROMO | TOTAL PROMO | UNIT NET COST | STORE COST |
|---|---|---|---|---|---|---|---|
| 12 | 2430083526 | MINI DONUTS GLAZ | 0.79 | 0.0800 | 0.96 | 0.5700 | 6.84 |
| 12 | 2430078108 | SBS CKY OAT&HONY | 0.50 | 0.0000 | 0.00 | 0.3700 | 4.44 |
| 12 | 2430080850 | MNI DNT FRST 4CT | 0.50 | 0.0000 | 0.00 | 0.3700 | 4.44 |
| 24 | 2430080851 | MNI DNTS PWD 4CT | 0.50 | 0.0000 | 0.00 | 0.3700 | 8.88 |
| 12 | 2430083532 | STAR CRUNCH | 0.50 | 0.0000 | 0.00 | 0.3700 | 4.44 |
| 12 | 2430083546 | RAISIN CREME PIE | 0.50 | 0.0000 | 0.00 | 0.3700 | 4.44 |
| 24 | 2430083561 | OATMEAL PIE | 0.50 | 0.0000 | 0.00 | 0.3700 | 8.88 |
| 12 | 2430083566 | NUTTY BAR | 0.50 | 0.0000 | 0.00 | 0.3700 | 4.44 |
| 24 | 2430083586 | COSMIC BROWNIE | 0.50 | 0.0000 | 0.00 | 0.3700 | 8.88 |
| 24 | 2430083591 | FUDGE ROUND | 0.50 | 0.0000 | 0.00 | 0.3700 | 8.88 |
| 24 | 2430083593 | ZEBRA CAKE | 0.50 | 0.0000 | 0.00 | 0.3700 | 8.88 |
| 24 | 2430083734 | STRWBERRY SHRTCK | 0.50 | 0.0000 | 0.00 | 0.3700 | 8.88 |
| 24 | 2430086592 | CHOC CHIP CR PIE | 0.50 | 0.0000 | 0.00 | 0.3700 | 4.44 |

212 Subtotal SNACKS 0.96 95.64

212 TOTAL SALES Retail Value: 129.48 0.96 95.64

0.17 cases sold on promotion

TOTAL SALES: 95.64

TOTAL AMOUNT DUE 95.64

ture:
lure signifies proof of delivery for quantities only.

| | YTD | |
|---|---|---|
| 03/17 | $1,228 | 7% |
| Year | $1,152 | |

ORIGINAL   LAST PAGE

---

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 12 | 2430080851 | MNI DNT FRST 4CT | 0.50 | 0.0000 | 0.00 | 0.3700 | |
| 24 | 2430080851 | MNI DNTS PWD 4CT | 0.50 | 0.0000 | 0.00 | 0.3700 | |
| 24 | 2430083532 | STAR CRUNCH | 0.50 | 0.0000 | 0.00 | 0.3700 | |
| 12 | 2430083536 | FUDGE BROWNIE | 0.50 | 0.0000 | 0.00 | 0.3700 | |
| 24 | 2430083546 | RAISIN CREME PIE | 0.50 | 0.0000 | 0.00 | 0.3700 | |
| 36 | 2430083561 | OATMEAL PIE | 0.50 | 0.0000 | 0.00 | 0.3700 | |
| 24 | 2430083566 | NUTTY BAR | 0.50 | 0.0000 | 0.00 | 0.3700 | |
| 24 | 2430083571 | SWISS ROLLS | 0.50 | 0.0000 | 0.00 | 0.3700 | |
| 12 | 2430083586 | COSMIC BROWNIE | 0.50 | 0.0000 | 0.00 | 0.3700 | |
| 12 | 2430083591 | FUDGE ROUND | 0.50 | 0.0000 | 0.00 | 0.3700 | |
| 24 | 2430083593 | ZEBRA CAKE | 0.50 | 0.0000 | 0.00 | 0.3700 | |
| 24 | 2430083734 | STRWBERRY SHRTCK | 0.50 | 0.0000 | 0.00 | 0.3700 | |
| 24 | 2430083938 | HONEY BUNS | 0.50 | 0.0000 | 0.00 | 0.3700 | |

288 Subtotal SNACKS 0.96

288 TOTAL SALES Retail Value: 149.88 0.96

0.17 cases sold on promotion

TOTAL SALES: 110.8

TOTAL AMOUNT DUE 110.88

Signature:
Signature signifies proof of delivery for quantities only.

| Sales | YTD | |
|---|---|---|
| Thru 03/10 | $1,117 | 6% |
| Last Year | $1,058 | |

ORIGINAL   LAST PAGE

---

Page 1

SWEENEY DISTRIBUTING
ASHBURTON MD 21009
443 243 0268

CASH SALE
03/12/18 10:29

Invoice no
152549715

GREEN APPLE DELI GROCERY
2526 WASHINGTON BLVD
BALTO MD 21230-
CUSTOMER# 0006716530

Make check to:
Independent Distributing CO
Sweeney Distributing CO
01/0202 001574 20060
Cases: 2    Units: 288

SALES

| QTY | UPC | DESCRIPTION | UNIT RETAIL | UNIT PROMO | TOTAL PROMO | UNIT NET COST | STORE COST |
|---|---|---|---|---|---|---|---|
| 12 | 2430083526 | MINI DONUTS GLAZ | 0.79 | 0.0800 | 0.96 | 0.5700 | 6.84 |
| 12 | 2430083765 | MINI DONT CINCH | 0.79 | 0.0800 | 0.00 | 0.5700 | 6.84 |
| 12 | 2430087106 | SBS CKY OAT&HONY | 0.50 | 0.0000 | 0.00 | 0.3700 | 4.44 |
| 12 | 2430078108 | MNI DNTS PWD 4CT | 0.50 | 0.0000 | 0.00 | 0.3700 | 4.44 |
| 24 | 2430080861 | STAR CRUNCH | 0.50 | 0.0000 | 0.00 | 0.3700 | 4.44 |
| 12 | 2430083532 | FUDGE BROWNIE | 0.50 | 0.0000 | 0.00 | 0.3700 | 4.44 |
| 24 | 2430083536 | RAISIN CREME PIE | 0.50 | 0.0000 | 0.00 | 0.3700 | 8.88 |
| 24 | 2430083546 | OATMEAL PIE | 0.50 | 0.0000 | 0.00 | 0.3700 | 4.44 |
| 24 | 2430083561 | NUTTY BAR | 0.50 | 0.0000 | 0.00 | 0.3700 | 4.44 |
| 24 | 2430083566 | SWISS ROLLS | 0.50 | 0.0000 | 0.00 | 0.3700 | 8.88 |
| 12 | 2430083586 | COSMIC BROWNIE | 0.50 | 0.0000 | 0.00 | 0.3700 | 4.44 |
| 24 | 2430085991 | FUDGE ROUND | 0.50 | 0.0000 | 0.00 | 0.3700 | 8.88 |
| 24 | 2430083993 | ZEBRA CAKE | 0.50 | 0.0000 | 0.00 | 0.3700 | 8.88 |
| 24 | 2430083734 | STRWBERRY SHRTCK | 0.50 | 0.0000 | 0.00 | 0.3700 | 8.88 |
| 24 | 2430083938 | HONEY BUNS | 0.50 | 0.0000 | 0.00 | 0.3700 | 8.88 |

288 Subtotal SNACKS 1.92 111.36

288 TOTAL SALES Retail Value: 150.96 1.92 111.36

0.33 cases sold on promotion

TOTAL SALES: 111.36

TOTAL AMOUNT DUE 111.36

Signature:
Signature signifies proof of delivery for quantities only.

| Sales | YTD | |
|---|---|---|
| Thru 03/03 | $987 | 6% |
| Last Year | $929 | |

ORIGINAL   LAST PAGE

A.R. 789

| QTY EACH | UPC CASE PKG INFO | DESCRIPTION ITEM | EACH COST | DISCOUNT EACH | TOTAL TOTAL AMOUNT | RETAIL AMOUNT |
|---|---|---|---|---|---|---|
| 32 | 447 .50 | CM VAN CR 08206700 | 0.3700 | 0.0000 | 0.00 | 11.84 | 16.00 |
| 10 | 16207 .50 | CRA DORIT | 0.3700 | 0.0000 | 0.00 | 14.80 | 20.00 |
| | 1 40REG 07330901 | | | | | |
| 30 | 16208 .50 | NAC DORIT | 0.3700 | 0.0000 | 0.00 | 29.60 | 40.00 |
| | 2 40REG 07331001 | | | | | |
| 10 | 16209 .50 | DR SPY NA | 0.3700 | 0.0000 | 0.00 | 14.80 | 20.00 |
| | 1 40REG 07331101 | | | | | |
| 10 | 16215 .50 | SWC DORIT | 0.3700 | 0.0000 | 0.00 | 14.80 | 20.00 |
| | 1 40REG 07331401 | | | | | |
| 18 | 16184 .50 | FR HNY BB | 0.3700 | 0.0000 | 0.00 | 17.76 | 24.00 |
| | 1 48REG 07178301 | | | | | |
| 72 | 8761 .50 | JUM PUF C | 0.3700 | 0.0000 | 0.00 | 26.64 | 36.00 |
| | 2 36REG 06596701 | | | | | |
| 18 | 16204 .50 | CT CHD JA | 0.3700 | 0.0000 | 0.00 | 17.76 | 24.00 |
| | 1 48REG 07180001 | | | | | |
| 18 | 16205 .50 | HOT CHEET | 0.3700 | 0.0000 | 0.00 | 17.76 | 24.00 |
| | 1 48REG 07180101 | | | | | |
| 10 | 8770 .50 | REG FUNYU | 0.3700 | 0.0000 | 0.00 | 14.80 | 20.00 |
| | 1 40REG 06597901 | | | | | |
| 10 | 377 .50 | FY HOT | 0.3700 | 0.0000 | 0.00 | 14.80 | 20.00 |
| | 1 40REG 06480801 | | | | | |
| 10 | 6713 .50 | REG MUNCH | 0.3700 | 0.0000 | 0.00 | 14.80 | 20.00 |
| | 1 40REG 06597701 | | | | | |
| 4 | 42071 1.69 | DP CRA 08057400 | 1.1800 | 0.0000 | 0.00 | 4.72 | 6.76 |
| 4 | 42073 1.69 | DR NAC 08059400 | 1.1800 | 0.0000 | 0.00 | 4.72 | 6.76 |
| 4 | 60092 1.69 | DP POP J 08283000 | 1.1800 | 0.0000 | 0.00 | 4.72 | 6.76 |
| 4 | 43634 1.69 | DR JKD R 08059600 | 1.1800 | 0.0000 | 0.00 | 4.72 | 6.76 |
| 4 | 42066 1.69 | LB DILL 08052100 | 1.1800 | 0.0000 | 0.00 | 4.72 | 6.76 |
| 4 | 43143 1.69 | RF CSC 08067900 | 1.1800 | 0.0000 | 0.00 | 4.72 | 6.76 |
| 4 | 63479 1.69 | RF FLM H 08663800 | 1.1800 | 0.0000 | 0.00 | 4.72 | 6.76 |
| 4 | 43393 1.69 | CT FLAMI 08072400 | 1.1800 | 0.0000 | 0.00 | 4.72 | 6.76 |
| 4 | 43774 1.69 | CS HOT F 08076800 | 1.1800 | 0.0000 | 0.00 | 4.72 | 6.76 |
| 4 | 28204 1.69 | REG FUNY 07942500 | 1.1800 | 0.0000 | 0.00 | 4.72 | 6.76 |
| 4 | 28212 1.69 | HOT FUNY 07942700 | 1.1800 | 0.0000 | 0.00 | 4.72 | 6.76 |

612

262.08 358.36

```
OTAL CASES SOLD:              13
TOTAL EACHES SOLD:           76
TOTAL EXTENDED EACHES SOLD:  612
```

| | | | |
|---|---|---|---|
| SALES AMOUNT: | $262.08 | GROSS RETURNS: | $0.00 |
| TOTAL SALES DISCOUNT: | -$0.00 | TOTAL RETURN DISCOUNT: | -$0.00 |
| NET SALES: | $262.08 | NET RETURNS: | -$0.00 |
| GROSS SALES: | $262.08 | | |
| LESS NET RETURNS: | -$0.00 | | |
| NET TAX: | $0.00 | | |

00600808031404 2663814   33

-CUT HERE-

DUE: $262.08

Pg 2 of 2

ALL DOLLARS: $358.36

TION #: EXEMPT ENTITY

...GREES TO PAY ALL AMOUNTS OWED TO ROLLING FRITO-LAY SALES LP ("RFLS")
... WITH THE TERMS DESCRIBED ABOVE OR ANY OTHER PAYMENT TERMS AS RFLS
...; SALES TO CUSTOMER ARE CONDITIONED ON COMPLIANCE WITH OUR TERMS.

...: 28400  FRITO-LAY - 0028400

| SUMMARY | **SALES** 44 @ $1.1800 | 568 @ $0.3700 |
| E SUMMARY | **SALES** 44 @ $1.6900 | 568 @ $0.5000 |

| EK ENDING 10.Mar.2018 | $130 | 20% |
| K ENDING 10.Mar.2017 | $108 | |
| S | $1,208 | 1% |
| ES | $1,196 | |

---

## SALES SUMMARY

| | Qty | Amount |
|---|---|---|
| Sales | | |
| Cases | 18 | 254.30 |
| Total Units | 234 | |
| Credits | | |
| Full Cases | 0 | 0.00 |
| Single Units | 0 | 0.00 |
| Total Units | 0 | |
| Container Deposits | | 0.00 |
| Sales Tax | | 0.00 |
| State/Local Charges | | 9.30 |
| **Amount Due** | | **$263.60** |

## TERMS: Money Order

RECEIVED BY:

## ITEM DETAIL

### SALES

| Description UPC Whlsl | Cases | Units | Net | Amount |
|---|---|---|---|---|

**12OZ CN 1/12**

| AMP ORGIC TRPBRST 0-12000-17021-8 | | | | |
| 25.00 | 1 | 12 14 00 | | 14.00 |
| SUBTOTAL | 1 | 12 | | 14.00 |

**15OZ CN 1/12**

STRBK DSE HZLNUT 0-12000-04246-1
| 30.00 | 1 | 12 23 65 | | 23.65 |
STRBK DSE VAN 0-12000-02849-6
| 30.00 | 3 | 36 23.65 | | 70.95 |
| SUBTOTAL | 4 | 48 | | 94.60 |

**16OZ CN 1/12**

PEPSI 0-12000-03028-4
| 30.00 | 1 | 12 8.40 | | 8.40 |
MDEW 0-12000-02721-5
| 30.00 | 1 | 12 8.40 | | 8.40 |
PEPSI WCHE 0-12000-14070-9
| 30.00 | 1 | 12 8.40 | | 8 40 |
| SUBTOTAL | 3 | 36 | | 25.20 |

**20OZ PL 1/24**

PEPSI ZR SGR 0-12000-01880-0
| 40.00 | 1 | 24 18 75 | | 18.75 |
| SUBTOTAL | 1 | 24 | | 18.75 |

**28OZ PL 1/15**

GAT BLU 0-52000-13517-6
| 30.00 | 1 | 15 16.00 | | 16 00 |
GAT LL 0-52000-13515-2
| 30.00 | 1 | 15 16 00 | | 16.00 |
| SUBTOTAL | 2 | 30 | | 32 00 |

**1L PL 1/12S**

BRSK FP 0-12000-56749-0
| 20.00 | 1 | 12 7.75 | | 7 75 |
BRSK SWT 0-12000-03187-8
| 20.00 | 1 | 12 7.75 | | 7.75 |
BRSK TEA LMND 0-12000-11407-0
| 20.00 | 1 | 12 7.75 | | 7.75 |
MDEW 0-12000-00297-7

**A.R. 790**

## Left Column

| QTY EACH | DESCRIPTION UPC CASE PKG INFO | ITEM | EACH COST | DISCOUNT EACH | TOTAL | TOTAL AMOUNT | RETAIL AMOUNT |
|---|---|---|---|---|---|---|---|
| 8 | 447 .50 QM VAN CR | 08206700 | 0.3700 | 0.0000 | 0.00 | 2.96 | 4.00 |
| 3 | 3 SS TOS NAC CH | 04643800 | 0.8400 | 0.0000 | 0.00 | 2.52 | 3.57 |
| 2 | 7098 15.0 CON QUE | 05063500 | 2.9400 | 0.0000 | 0.00 | 5.88 | 7.98 |
| 40 | 16208 .50 NAC DORIT | | 0.3700 | 0.0000 | 0.00 | 14.80 | 20.00 |
| | 1 40REG | 07331001 | | | | | |
| 40 | 16209 .50 DR SPY NA | | 0.3700 | 0.0000 | 0.00 | 14.80 | 20.00 |
| | 1 40REG | 07331101 | | | | | |
| 36 | 8761 .50 JUM PUF C | | 0.3700 | 0.0000 | 0.00 | 13.32 | 18.00 |
| | 1 36REG | 06596701 | | | | | |
| 48 | 16188 .50 LB HON BB | | 0.3700 | 0.0000 | 0.00 | 17.76 | 24.00 |
| | 1 48REG | 08838401 | | | | | |
| 40 | 8770 .50 REG FUNYU | | 0.3700 | 0.0000 | 0.00 | 14.80 | 20.00 |
| | 1 40REG | 06597901 | | | | | |
| 5 | 42054 1.69 LB REG | 08049400 | 1.1800 | 0.0000 | 0.00 | 5.90 | 8.45 |
| 3 | 43393 1.69 CT FLAMI | 08072400 | 1.1800 | 0.0000 | 0.00 | 3.54 | 5.07 |
| 4 | 28204 1.69 REG FUNY | 07942300 | 1.1800 | 0.0000 | 0.00 | 4.72 | 6.76 |
| 3 | 28212 1.69 HOT FUNY | 07942700 | 1.1800 | 0.0000 | 0.00 | 3.54 | 5.07 |
| 232 | | | | | | 104.54 | 142.90 |

| | |
|---|---|
| CASES SOLD: | 5 |
| EACHES SOLD: | 28 |
| EXTENDED EACHES SOLD: | 232 |

| | | | |
|---|---|---|---|
| SALES AMOUNT: | $104.54 | GROSS RETURNS: | $0.00 |
| SALES DISCOUNT: | -$0.00 | TOTAL RETURN DISCOUNT: | -$0.00 |
| SALES: | $104.54 | NET RETURNS: | -$0.00 |

| | |
|---|---|
| SALES: | $104.54 |
| NET RETURNS: | -$0.00 |
| VX: | $0.00 |

**AL DUE:** $104.54

RETAIL DOLLARS: $142.90

EMPTION #: EXEMPT ENTITY

ER AGREES TO PAY ALL AMOUNTS OWED TO ROLLING FRITO-LAY SALES LP ("RFLS") ORDANCE WITH THE TERMS DESCRIBED ABOVE OR ANY OTHER PAYMENT TERMS AS RFLS TABLISH; SALES TO CUSTOMER ARE CONDITIONED ON COMPLIANCE WITH OUR TERMS.

CTURER: 28400 FRITO-LAY - 0028400

OST SUMMARY
| | **SALES** | |
|---|---|---|
| | 212 @ $0.3700 | |
| | 3 @ $0.8400 | 2 @ $2.9400 |
| | 15 @ $1.1800 | |

009830328042663819 33

CUT HERE

Pg 2 of 2

PRICE SUMMARY
| | **SALES** | |
|---|---|---|
| | 212 @ $0.5000 | |
| | 3 @ $1.1900 | 2 @ $1.9900 |
| | 15 @ $1.6900 | |

| | | |
|---|---|---|
| OR WEEK ENDING 24.Mar.2018 | $762 | 94% |
| OR WEEK ENDING 24.Mar.2017 | $195 | |
| D SALES | $1,470 | -4% |
| D SALES | $1,536 | |

```
**********************************
*   Thank You For Your Business   *
*                                 *
*   Our Frito-Lay Customer Promise: *
*      > Always in Stock          *
*      > Perfect Merchandising    *
*      > Best Business Partner    *
**********************************
```

DO NOT WRITE BELOW THIS LINE

09830328042663823  33

## Right Column

| QTY EACH | DESCRIPTION UPC CASE PKG INFO | ITEM | EACH COST | DISCOUNT EACH | TOTAL | TOTAL AMOUNT | RETAIL AMOUNT |
|---|---|---|---|---|---|---|---|
| 3 | 3 SS TOS NAC CH | 04643800 | 0.8400 | 0.0000 | 0.00 | 2.52 | |
| 3 | 56 SS LAYS RANCH | 04643700 | 0.8400 | 0.0000 | 0.00 | 2.52 | |
| 80 | 16207 .50 CRA DORIT | | 0.3700 | 0.0000 | 0.00 | 29.60 | 40 |
| | 2 40REG | 07330901 | | | | | |
| 40 | 16215 .50 SWC DORIT | | 0.3700 | 0.0000 | 0.00 | 14.80 | 20 |
| | 1 40REG | 07331401 | | | | | |
| 48 | 16202 .50 CRY CHEET | | 0.3700 | 0.0000 | 0.00 | 17.76 | 24 |
| | 1 48REG | 07179601 | | | | | |
| 48 | 16205 .50 HOT CHEET | | 0.3700 | 0.0000 | 0.00 | 17.76 | 24 |
| | 1 48REG | 07180101 | | | | | |
| 48 | 16201 .50 CSC RUFFL | | 0.3700 | 0.0000 | 0.00 | 17.76 | 24 |
| | 1 48REG | 08839401 | | | | | |
| 48 | 8769 .50 HOT FRIES | | 0.3700 | 0.0000 | 0.00 | 17.76 | 24 |
| | 1 48REG | 06597801 | | | | | |
| 3 | 42071 1.69 DR CRA | 08057400 | 1.1800 | 0.0000 | 0.00 | 3.54 | 5 |
| 4 | 42073 1.69 DR NAC | 08059400 | 1.1800 | 0.0000 | 0.00 | 4.72 | 6 |
| 3 | 60092 1.69 DR POP J | 08781000 | 1.1800 | 0.0000 | 0.00 | 3.54 | 5 |
| 3 | 43634 1.69 DR JKD R | 08059600 | 1.1800 | 0.0000 | 0.00 | 3.54 | 5 |
| 3 | 42066 1.69 LB DILL | 08052100 | 1.1800 | 0.0000 | 0.00 | 3.54 | 5 |
| 3 | 43143 1.69 RF CSC | 08067900 | 1.1800 | 0.0000 | 0.00 | 3.54 | 5 |
| 4 | 63479 1.69 RF FLM H | 08683800 | 1.1800 | 0.0000 | 0.00 | 4.72 | 6 |
| 5 | 43318 1.69 CT CRUNC | 08070400 | 1.1800 | 0.0000 | 0.00 | 5.90 | 8 |
| 4 | 43393 1.69 CT FLAMI | 08072400 | 1.1800 | 0.0000 | 0.00 | 4.72 | 6 |
| 1 | 6408 4.29 SCP TOST | 07256200 | 3.1600 | 0.0000 | 0.00 | 3.16 | 4 |
| 351 | | | | | | 161.40 | 221. |

| | |
|---|---|
| TOTAL CASES SOLD: | 7 |
| TOTAL EACHES SOLD: | 39 |
| TOTAL EXTENDED EACHES SOLD: | 351 |

| | | | |
|---|---|---|---|
| GROSS SALES AMOUNT: | $161.40 | GROSS RETURNS: | $0 |
| TOTAL SALES DISCOUNT: | -$0.00 | TOTAL RETURN DISCOUNT: | -$0 |
| NET SALES: | $161.40 | NET RETURNS: | -$0 |

| | |
|---|---|
| NET SALES: | $161.40 |
| LESS NET RETURNS: | -$0.00 |
| NET TAX: | $0.00 |

**TOTAL DUE:** $161.40

TOTAL RETAIL DOLLARS: $221.51

TAX EXEMPTION #: EXEMPT ENTITY

CUSTOMER AGREES TO PAY ALL AMOUNTS OWED TO ROLLING FRITO-LAY SALES LP ("RFLS") IN ACCORDANCE WITH THE TERMS DESCRIBED ABOVE OR ANY OTHER PAYMENT TERMS AS RFLS MAY ESTABLISH; SALES TO CUSTOMER ARE CONDITIONED ON COMPLIANCE WITH OUR TERMS.

09600090703220420663819  33

CUT HERE

Pg 2 o

MANUFACTURER: 28400 FRITO-LAY - 0028400

UNIT COST SUMMARY
| | **SALES** | |
|---|---|---|
| | 6 @ $0.8400 | |
| | 312 @ $0.3700 | 32 @ $1.1800 |
| | 1 @ $3.1600 | |

RETAIL PRICE SUMMARY
| | **SALES** | |
|---|---|---|
| | 6 @ $1.1900 | |
| | 312 @ $0.5000 | 32 @ $1.6900 |
| | 1 @ $4.2900 | |

| | | |
|---|---|---|
| SALES FOR WEEK ENDING 17.Mar.2018 | $0 | -100% |
| SALES FOR WEEK ENDING 17.Mar.2017 | $206 | |
| 2018 YTD SALES | $1,208 | -14% |
| 2017 YTD SALES | $1,402 | |

```
**********************************
*   Thank You For Your Business   *
*                                 *
*   Our Frito-Lay Customer Promise: *
*      > Always in Stock          *
*      > Perfect Merchandising    *
```

A.R. 791

| UPC | PRODUCT # | CASES | P.O.S. | DESCRIPTION | CASE PRICE | CASE NET | CASE DISCOUNT |
|---|---|---|---|---|---|---|---|
| | 89 | | 9 | BALTIMORE CITY CONTAINER TAX | 0.05 | 0.05 | |
| 076737310170 | 202 | 1 | | 12/20 OZ CLEARFRUIT FRUIT PUN | 13.99 | 13.99 | |
| FREE PRODUCT QUANTITY - 1 CASE | | | | | | | 13.99 |
| 076737310101 | 203 | 1 | | 12/20 OZ CLEARFRUIT STRAWBERR | 13.99 | 13.99 | |
| FREE PRODUCT QUANTITY - 1 CASE | | | | | | | 13.99 |
| 076737310088 | 205 | 1 | | 12/20 OZ CLEARFRUIT PEACH | 13.99 | 13.99 | |
| 076737310194 | 206 | 1 | | 12/20 OZ CLEARFRUIT MANGO | 13.99 | 13.99 | |
| 076737310071 | 207 | 1 | | 12/20 OZ CLEARFRUIT CHERRY | 13.99 | 13.99 | |
| 076737310385 | 212 | 1 | | 12/20 OZ CLEARFRUIT PINEAPPLE | 13.99 | 13.99 | |
| FREE PRODUCT QUANTITY - 1 CASE | | | | | | | 13.99 |
| 076737310361 | 213 | 1 | | 12/20 OZ CLEARFRUIT KIWI STRA | 13.99 | 13.99 | |
| 076737311054 | 214 | 1 | | 12/20 OZ CLEARFRUIT ISLAND BR | 13.99 | 13.99 | |

Cases NonCases
9      96

***NOTE***
Swartz & Sons Dist. will NOT be responsible for
broken cases or shortages after delivery has
been made, ($25.00 fee on all returned checks)

***RETURN POLICY***
We will accept only factory-sealed cases for
refund or exchange within 30 days of purchase
with original Swartz & Sons invoice.

X _____
CUSTOMER SIGNATURE

X _____
PRINT NAME

PAID BY: ( ) CASH ( ) CHECK#_____

TODAY'S INVOICE PAID: $

PAST INVOICE(S) PAID: $

| TAX | |
|---|---|
| AMOUNT DUE | |
| ADJUSTMENTS | |
| TOTAL | |

*187.37*

**UNPAID INVOICES**

Customer # 23797  Invoice # 332305     Date 03/13/18   Unapplied  A        B        C
GREEN APPLE GROC & DELI         BAL FWD: 0.00    0.00    0.00    0.00     0.00

Swartz & Sons Distributors, Inc.                    TOTAL DUE: 0.00

**A.R. 792**

| QTY | UNIT/SIZE | DESCRIPTION | PRICE |
|---|---|---|---|
| 1.00 | 12/60Z | BUDS BEST - GINGER SNAPS | 9.75 |
| 4.00 | 32/500 | DEER PARK WATER - 500ML | 6.50 |
| 2.00 | 24/700 | DEER PARK 24OZ SPORT | 7.50 |
| 0.50 | 48/4.7 | DOVE BAR SOAP 135G - WHITE | 42.99 |
| 0.50 | 48/4.7 | DOVE BAR SOAP 135G - PINK | 42.99 |
| 1.00 | 50/1CT | GILLETTE GOOD NEWS - 30PK - INDIVIDUAL | 12.50 |
| 1.00 | 15/BOX | KINDER JOY 15PCS | 18.00 |
| 1.00 | 8/30Z | OLD WILLIAMS BOX - GREEN APPLE #291112 | 5.20 |
| 1.00 | 8/30Z | OLD WILLIAMS BOX -MOUNTAIN BERRY #29114 | 5.20 |
| 1.00 | 8/30Z | OLD WILLIAMS BOX - RASPBERRY #291143 | 5.20 |
| 1.00 | 20/2.7 | RAP RANCH 2.750Z | 18.50 |
| 1.00 | 20/2.7 | RAP HONEY JALAPENO 2.750Z | 18.50 |
| 1.00 | 20/2.7 | RAP HONEY BBQ 2.750Z | 18.50 |
| 1.00 | 20/2.7 | RAP LOUISIANA HEAT 2.750Z | 18.50 |
| 1.00 | 20/2.7 | RAP NEW YORK DELI CHEDDAR 2.750Z | 18.50 |
| 1.00 | 36/100 | SCOTT SINGLE BATH TISSUE | 23.40 |
| 1.00 | 50/2PC | TYLENOL EXTRA STRENGTH - LOOSE | 13.50 |
| 1.00 | 12/50Z | UNCLE ALS - CHOCOLATE CHIP | 5.99 |
| 1.00 | 12/50Z | UNCLE ALS - OATMEAL | 5.99 |
| 1.00 | 12/50Z | UNCLE ALS - COCONUT BAR | 5.99 |
| 1.00 | 12/50Z | UNCLE ALS - ICED OATMEAL | 5.99 |
| 1.00 | 12/50Z | UNCLE ALS - ICED LEMON | 5.99 |

.00 Returned Check Fee

MEMO:

SUB TOTAL

PREVIOUS BALANCE

GRAND TOTAL

S REGARDING ABOVE SHIPMENT MUST
/ITHIN 24 HOURS FROM DATE OF DELIVERY.

---

## ONE SOURCE AMERICA

RCY RD., DISTRICT HEIGHTS, MD 20747   TEL: 301-336-0905 / FAX: 301-336-0907

): GREEN APPLE GROCERY
2526 WASHINGTON BLVD
BALTIMORE, MD 21230 6462886776

DELIVERY : CALL CUSTOMER

| INVOICE # |
|---|
| INVOICE DATE |
| SALES REP |
| TERMS |
| PAGE |

| O | QTY.SHIP | UNIT/SIZE | DESCRIPTION | PRICE |
|---|---|---|---|---|
| | 1.00 | 12/50Z | UNCLE ALS - BUTTER COOKIES | 5.99 |
| | 1.00 | 12/50Z | UNCLE ALS - LEMON CREMES | 5.99 |
| | 1.00 | 12/50Z | UNCLE ALS - BANANA CREMES | 5.99 |
| CASE | 36.00 | | TRUCK #: 5 DRIVER : IVAN | |

NOT
PAID

**A.R. 793**

| | | | | | |
|---|---|---|---|---|---|
| 77567274847 | | | | | |
| PT VANILLA | 8 | 1 | 0.00 | 2.1205 | 0.00 | 16.96 |
| 77567274731 | | | | | |
| PT REESES | 8 | 1 | 0.00 | 2.3677 | 0.00 | 18.94 |
| 77567275066 | | | | | |
| PT OREO | 8 | 1 | 0.00 | 2.3677 | 0.00 | 18.94 |
| 77567275059 | | | | | |
| D. FARM NUT C | 24 | 1 | 0.00 | 0.3900 | 0.00 | 9.36 |
| 28387300001 | | | | | |
| NOV RAINBOW P | 24 | 1 | 0.00 | 1.0558 | 0.00 | 25.34 |
| 077567003140 | | | | | |
| NOV SPIDERMAN | 12 | 1 | 0.00 | 1.1339 | 0.00 | 13.61 |
| 077567002846 | | | | | |
| .IVERY FEE | 1 | 1 | 0.00 | 3.9600 | 0.00 | 3.96 |
| 123269999991 | | | | | |
| J BIG STRAWBER | 24 | 1 | 0.00 | 0.7060 | 0.00 | 16.94 |
| 123269146333 | | | | | |
| J MINI VANILLA | 48 | 1 | 0.00 | 0.3657 | 0.00 | 17.55 |
| 123269000093 | | | | | |
| J NOV ORANGE C | 24 | 1 | 0.00 | 0.4992 | 0.00 | 11.98 |
| 123269140058 | | | | | |

Total: 11

| | | | | | | |
|---|---|---|---|---|---|---|
| 24 | 2430083593 ZEBRA CAKE | 050 | 0.50 | | 0.3700 | 8.88 |
| 24 | 2430083734 STRWBERRY SHRTCK | 050 | 0.50 | | 0.3700 | 8.88 |
| 24 | 2430083938 HONEY BUNS | 050 | 0.50 | | 0.3700 | 8.88 |
| 12 | 2430086592 CHOC CHIP CR PIE | 050 | 0.50 | | 0.3700 | 4.44 |

288 Subtotal SNACKS

106.56

288 TOTAL SALES Retail Value: 144.00

106.56

TOTAL SALES: 106.56

TOTAL AMOUNT DUE 106.56

Signature:
Signature signifies proof of delivery for quantities only.

| Sales | YTD | |
|---|---|---|
| Thru 01/27 | $388 | -11% |
| Last Year | $435 | |

**ORIGINAL LAST PAGE**

TOTAL SALES: $170.54
SUB TOTAL: $170.54
INVOICE TOTAL: $170.54

SIGNATURE/STORE STAMP

BALANCE DUE: $170.54
CASH / CHECK

Taylor,
PRESENTATIVE

Format: 5

---

Rayllicious
15465 Philadelphia, PA
215-533-2525
rayssnacks8@yahoo.com

Invoice: 6913

Date: 2/19/18, 11:16 AM

| SKU | Qty | Unit Price | Total |
|---|---|---|---|
| Candies 99 Cents 12ct | 12 | $8.35 | $100.20 |
| Cookies 99 Cents 12ct | 5 | $8.75 | $43.75 |
| Danish | 6 | $8.00 | $48.00 |
| Double Donuts 2/1.00 18ct | 1 | $7.00 | $7.00 |
| Honey Buns 2/1.00 36ct | 3 | $13.85 | $41.55 |
| Nuts 99 Cents 12ct | 2 | $8.35 | $16.70 |
| Twins Muffins | 8 | $5.90 | $47.20 |

Subtotal: $304.40
Total: $304.40

Payments: $0.00
Balance: $304.40
Item Count: 37

A.R. 794

## Top-left section

| | | | | | | |
|---|---|---|---|---|---|---|
| 3536 FUDGE BROWNIE | 050 | 0.50 | 0 0000 | 0.00 | 0.3700 | 0.00 |
| 3546 RAISIN CREME PIE | 050 | 0.50 | 0 0000 | 0.00 | 0.3700 | 4.44 |
| 3561 OATMEAL PIE | 050 | 0.50 | 0 0000 | 0.00 | 0.3700 | 4.44 |
| 3566 NUTTY BAR | 050 | 0.50 | 0 0000 | 0.00 | 0.3700 | 13.32 |
| 3571 SWISS ROLLS | 050 | 0.50 | 0 0000 | 0.00 | 0.3700 | 4.44 |
| 3591 FUDGE ROUND | 050 | 0.50 | 0 0000 | 0.00 | 0.3700 | 4.44 |
| 3593 ZEBRA CAKE | 050 | 0.50 | 0 0000 | 0.00 | 0.3700 | 13.32 |
| 3734 STRWBERRY SHRTCK | 050 | 0.50 | 0 0000 | 0.00 | 0.3700 | 8.88 |
| 3938 HONEY BUNS | 050 | 0.50 | 0 0000 | 0.00 | 0.3700 | 8.88 |

al SNACKS                        0.96                  108.96

SALES Retail Value:   147.48        0.64        106.68

cases sold on promotion

TOTAL SALES:     108.96
TOTAL CREDITS:    -2.28

TOTAL AMOUNT DUE     106.68

nifies proof of delivery for quantities only.

YTO
$763     4%
$730

ORIGINAL   LAST PAGE

## Top-right section

| | | | | | | |
|---|---|---|---|---|---|---|
| 12 2430063566 NUTTY BAR | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 0.00 |
| 24 2430063571 SWISS ROLLS | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 4.44 |
| 12 2430063566 COSMIC BROWNIE | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 8.88 |
| 36 2430063591 FUDGE ROUND | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 4.44 |
| 12 2430063593 ZEBRA CAKE | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 13.32 |
| 24 2430063734 STRWBERRY SHRTCK | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 4.44 |
| 36 2430063938 HONEY BUNS | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 8.88 |
| 12 2430066592 CHOC CHIP CK PIE | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 13.32 |
| | | | | 0.00 | 0.3700 | 4.44 |

300 Subtotal SNACKS            1.92           117.72

300 TOTAL SALES Retail Value:   159.36       1.92     117.72

0.33 cases sold on promotion

TOTAL SALES:     117.72

TOTAL AMOUNT DUE     117.72

Signature:
Signature signifies proof of delivery for quantities only.

| Sales | VTO | |
|---|---|---|
| Thru 02/10 | $647 | 2% |
| Last Year | $638 | |

ORIGINAL   LAST PAGE

## Bottom-left section (rotated)

SWEENEY DISTRIBUTING
ABINGDON MD 21009
443 243 0288

Invoice no:
152549421

Page 1,

CASH SALE
02/12/18 10:31

Make check to
Independent Distributor
Sweeny Distributing CO
01002/ 00152/ 20080
Cases     0 Units.      300

GREEN APPLE DELI GROCERY
2526 WASHINGTON BLVD
BALTO MD 21230-
CUSTOMER 000616530

### SALES

| QTY | UPC | DESCRIPTION | UNIT RETAIL | UNIT PROMO | TOTAL PROMO | UNIT COST | NET COST | STORE COST |
|---|---|---|---|---|---|---|---|---|
| 12 | 2430063610 | DONUT STICKS | 0.99 | 0.9500 | 0.95 | 0.7500 | 0.7500 | 8.76 |
| 12 | 2430070104 | SBS CRY FDG COLD | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 4.44 |
| 24 | 2430080851 | MINI DNT FRST 4CT | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 8.88 |
| 24 | 2430080851 | MINI DNS PWD 4CT | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 8.88 |
| 24 | 2430063532 | STAR CRUNCH | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 8.88 |
| 12 | 2430063536 | FUDGE BROWNIE | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 4.44 |
| 24 | 2430063546 | RAISIN CREME PIE | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 8.88 |
| 24 | 2430063561 | OATMEAL PIE | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 8.88 |
| 24 | 2430063566 | NUTTY BAR | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 4.44 |
| 12 | 2430063571 | SWISS ROLLS | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 6.66 |
| 24 | 2430063566 | COSMIC BROWNIE | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 13.32 |
| 36 | 2430063591 | FUDGE ROUND | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 4.44 |
| 12 | 2430063593 | ZEBRA CAKE | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 8.88 |
| 24 | 2430063734 | STRWBERRY SHRTCK | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 4.44 |
| | 2430066592 | CHOC CHIP CK PIE | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 115.32 |

115.32     115.32

300 Subtotal SNACKS

300 TOTAL SALES Retail Value   155.88       0.96       TOTAL SALES:   115.32

0.17 cases sold on promotion

TOTAL AMOUNT DUE     115.32

Signature:
Signature signifies proof of delivery for quantities only.

| Sales | VTD | |
|---|---|---|
| Thru 02/03 | $541 | 1% |
| Last Year | $534 | |

ORIGINAL   LAST PAGE

A.R. 795

## Column 1

| | dor #: |
| e #: |
| tomer #: | 9905494 |
| ID: | 15096140 |
| #: |
| COM CODE #: |

### SALES SUMMARY

| | Qty | Amount |
|---|---|---|
| s | | |
| ases | 15 | 205.60 |
| tal Units | 183 | |
| its | | |
| ll Cases | 0 | 0.00 |
| ngle Units | 0 | 0.00 |
| tal Units | 0 | |
| ainer Deposits | | 0.00 |
| s Tax | | 0.00 |
| e/Local Charges | | 4.95 |
| unt Due | | **$210.55** |

### TERMS: Cash
IVED BY:

---

### ITEM DETAIL

#### SALES

| ription UPC | | | | |
| sl | Cases | Units | Net | Amount |

**OZ CN 1/12**
K DSE VAN 0-12000-02849-6

| 0 | 3 | 36 | 23.65 | 70.95 |
| OTAL | 3 | 36 | | 70.95 |

**OZ PL 1/12**
PL 100 0-12000-07175-1

| 0 | 1 | 12 | 12.00 | 12.00 |
| RG 100 0-12000-07174-4 | | | | |
| 0 | 1 | 12 | 12.00 | 12.00 |
| OTAL | 2 | 24 | | 24.00 |

**OZ PL 1/12**
F EXSWT 0-12000-286 17-9

| | 1 | 12 | 12.50 | 12.50 |
| F SWL 0-12000-28618-6 | | | | |
| | 1 | 12 | 12.50 | 12.50 |
| F SWT 0-12000-28619-3 | | | | |
| | 1 | 12 | 12.50 | 12.50 |
| OTAL | 3 | 36 | | 37.50 |

**Z PL 1/24**
0-12000-00129-1

| | 1 | 24 | 18.75 | 18.75 |
| OTAL | 1 | 24 | | 18.75 |

**Z PL 1/15**
CR FRZ 0-52000-13519-0

| | 1 | 15 | 16.00 | 16.00 |
| TAL | 1 | 15 | | 16.00 |

**L 1/12S**
K LMND 0-12000-38419-6

| | 1 | 12 | 7.75 | 7.75 |
| WT 0-12000-03187-8 | | | | |
| | 1 | 12 | 7.75 | 7.75 |
| TAL | 2 | 24 | | 15.50 |

**1/8S**
0-12000-00233-5

| | 1 | 8 | 8.50 | 8.50 |
| 0-12000-63840-4 | | | | |

## Column 2

Vendor #:
Store #:

| Customer #: | 9905494 |
| TAX ID: | 15096140 |
| PO #: |
| ACCOM CODE #: |

### SALES SUMMARY

| | Qty | Amount |
|---|---|---|
| Sales | | |
| Cases | 15 | 172.30 |
| Total Units | 195 | |
| Credits | | |
| Full Cases | 0 | 0.00 |
| Single Units | 0 | 0.00 |
| Total Units | 0 | |
| Container Deposits | | 0.00 |
| Sales Tax | | 0.00 |
| State/Local Charges | | 7.95 |
| **Amount Due** | | **$180.25** |

### TERMS: Money Order
RECEIVED BY:

---

### ITEM DETAIL

#### SALES

| Description UPC | | | | |
| Whlsl | Cases | Units | Net | Amount |

**15OZ CN 1/12**
STRBK DSE VAN 0-12000-02849-6

| 30.00 | 2 | 24 | 23.65 | 47.30 |
| SUBTOTAL | 2 | 24 | | 47.30 |

**20OZ PL 1/24**
CRSH ORG 0-78000-01328-3

| 40.00 | 1 | 24 | 16.00 | 16.00 |
| SUBTOTAL | 1 | 24 | | 16.00 |

**28OZ PL 1/15**
GAT GLCR CHE 0-52000-10241-3

| 30.00 | 1 | 15 | 16.00 | 16.00 |
| SUBTOTAL | 1 | 15 | | 16.00 |

**1L PL 1/12S**
BRSK FP 0-12000-56749-0

| 20.00 | 1 | 12 | 7.75 | 7.75 |
| BRSK LMND 0-12000-10190-8 | | | | |
| 20.00 | 1 | 12 | 7.75 | 7.75 |
| BRSK PCH T 0-12000-03402-2 | | | | |
| 20.00 | 1 | 12 | 7.75 | 7.75 |
| BRSK SWT 0-12000-03187-8 | | | | |
| 20.00 | 1 | 12 | 7.75 | 7.75 |
| BRSK TEA LMND 0-12000-03401-5 | | | | |
| 20.00 | 1 | 12 | 7.75 | 7.75 |
| LPT BRSK SWL 0-12000-20238-4 | | | | |
| 20.00 | 1 | 12 | 7.75 | 7.75 |
| PEPSI 0-12000-00294-6 | | | | |
| 20.00 | 1 | 12 | 15.50 | 15.50 |
| 7 BRSK TEA TROPLMND 0-12000-04273- | | | | |
| 20.00 | 1 | 12 | 7.75 | 7.75 |
| BRSK TEA BLU LMND 0-12000-14021-1 | | | | |
| 20.00 | 2 | 24 | 7.75 | 15.50 |
| BRSK IT STW MLN12 0-12000-16123-0 | | | | |
| 20.00 | 1 | 12 | 7.75 | 7.75 |
| SUBTOTAL | 11 | 132 | | 93.00 |

### STATE/LOCAL CHARGES

Package     Amount

## Column 3

GROCERY
2526 Washington Blvd
Baltimore, MD 21230

Vendor #:
Store #:

| Customer #: | 9905494 |
| TAX ID: | 15096140 |
| PO #: |
| ACCOM CODE # |

### SALES SUMMARY

| | Qty | Amount |
|---|---|---|
| Sales | | |
| Cases | 14 | 185.70 |
| Total Units | 198 | |
| Credits | | |
| Full Cases | 0 | 0.00 |
| Single Units | 0 | 0.00 |
| Total Units | 0 | |
| Container Deposits | | 0.00 |
| Sales Tax | | 0.00 |
| State/Local Charges | | 5.10 |
| **Amount Due** | | **$190.80** |

### TERMS: Money Order
RECEIVED BY:

---

### ITEM DETAIL

#### SALES

| Description UPC | | | | |
| Whlsl | Cases | Units | Net | Amount |

**15OZ CN 1/12**
STRBK DSE VAN 0-12000-02849-6

| 30.00 | 3 | 36 | 23.65 | 70.95 |
| SUBTOTAL | 3 | 36 | | 70.95 |

**28OZ PL 1/15**
5 GAT FLW PNAPL MGO 0-52000-04141-

| 30.00 | 1 | 15 | 16.00 | 16.00 |
| GAT FLW TDL PNC 0-52000-04142-2 | | | | |
| 30.00 | 1 | 15 | 16.00 | 16.00 |
| SUBTOTAL | 2 | 30 | | 32.00 |

**1L PL 1/12S**
BRSK FP 0-12000-56749-0

| 20.00 | 1 | 12 | 7.75 | 7.75 |
| BRSK PCH T 0-12000-03402-2 | | | | |
| 20.00 | 1 | 12 | 7.75 | 7.75 |
| BRSK TEA LMND 0-12000-03401-5 | | | | |
| 20.00 | 1 | 12 | 7.75 | 7.75 |
| LPT BRSK SWL 0-12000-20238-4 | | | | |
| 20.00 | 1 | 12 | 7.75 | 7.75 |
| 7 BRSK TEA TROPLMND 0-12000-04273- | | | | |
| 20.00 | 1 | 12 | 7.75 | 7.75 |
| BRSK TEA BLU LMND 0-12000-14021-1 | | | | |
| 20.00 | 1 | 12 | 7.75 | 7.75 |
| BRSK IT STW MLN12 0-12000-16123-0 | | | | |
| 20.00 | 1 | 12 | 7.75 | 7.75 |
| SUBTOTAL | 7 | 84 | | 54.25 |

**10.1OZ PL 1/24**
FRT SHT BR BRSTLV 6-99632-00085-6

| 20.00 | 1 | 24 | 14.25 | 14.25 |
| FRT SHT STRW RZLV 6-99632-00100-6 | | | | |
| 20.00 | 1 | 24 | 14.25 | 14.25 |
| SUBTOTAL | 2 | 48 | | 28.50 |

### STATE/LOCAL CHARGES

Package     Amount

A.R. 796

## Left Receipt

| / UPC CASE PKG INFO | DESCRIPTION ITEM | EACH COST | --DISCOUNT-- EACH | TOTAL | TOTAL AMOUNT | RETAIL AMOUNT |
|---|---|---|---|---|---|---|
| I 447 .50 GN VAN CR 08206700 | | 0.3700 | 0.0000 | 0.00 | 8.88 | 12.00 |
| 7098 15.0 CON QUE 05063500 | | 2.9400 | 0.0000 | 0.00 | 5.88 | 7.98 |
| ) 16215 .50 SWC DORIT | | 0.3700 | 0.0000 | 0.00 | 14.80 | 20.00 |
| 1 40REG 07331401 | | | | | | |
| ) 16202 .50 CRY CHEET | | 0.3700 | 0.0000 | 0.00 | 17.76 | 24.00 |
| 1 48REG 07179601 | | | | | | |
| ) 56561 .50 CS BAC CH | | 0.3700 | 0.0000 | 0.00 | 17.76 | 24.00 |
| 1 48REG 08252501 | | | | | | |
| ) 8770 .50 REG FUNYU | | 0.3700 | 0.0000 | 0.00 | 14.80 | 20.00 |
| 1 40REG 06597901 | | | | | | |
| ) 6713 .50 REG MUNCH | | 0.3700 | 0.0000 | 0.00 | 14.80 | 20.00 |
| 1 40REG 06597701 | | | | | | |
| 2 60092 1.69 DR POP ) 08783000 | | 1.1800 | 0.0000 | 0.00 | 2.36 | 3.38 |
| 4 41772 1.69 FR HNY B 08046800 | | 1.1800 | 0.0000 | 0.00 | 4.72 | 6.76 |
| L 6408 4.29 SCP TOST 07256200 | | 3.1600 | 0.0000 | 0.00 | 3.16 | 4.29 |
| == | | | | | ========== | ========== |
| 49 | | | | | 104.92 | 142.41 |

| | |
|---|---|
| ASES SOLD: | 5 |
| ACHES SOLD: | 33 |
| XTENDED EACHES SOLD: | 249 |

| | | | |
|---|---|---|---|
| ALES AMOUNT: | $104.92 | GROSS RETURNS: | $0.00 |
| ALES DISCOUNT: | -$0.00 | TOTAL RETURN DISCOUNT: | -$0.00 |
| ES: | $104.92 | NET RETURNS: | -$0.00 |
| ES: | $104.92 | | |
| T RETURNS: | -$0.00 | | |
| :: | $0.00 | | |

**AL DUE:** $104.92

ETAIL DOLLARS: $142.41

EMPTION #: EXEMPT ENTITY

ER AGREES TO PAY ALL AMOUNTS OWED TO ROLLING FRITO-LAY SALES LP ("RFLS")
RDANCE WITH THE TERMS DESCRIBED ABOVE OR ANY OTHER PAYMENT TERMS AS RFLS
TABLISH; SALES TO CUSTOMER ARE CONDITIONED ON COMPLIANCE WITH OUR TERMS.

TURER: 28400 FRITO-LAY - 0028400

| OST SUMMARY | **SALES** | 240 @ $0.3700 |
|---|---|---|
| | 2 @ $2.9400 | 6 @ $1.1800 |
| | 1 @ $3.1600 | |
| PRICE SUMMARY | **SALES** | 240 @ $0.5000 |
| | 2 @ $3.9900 | 6 @ $1.6900 |

004550214042663381x  33

- - - - - - - - - -CUT HERE- - - - - - - -   Pg 2 of 2

1 @ $4.2900

| | | |
|---|---|---|
| FOR WEEK ENDING 10.Feb.2018 | $189 | 4% |
| FOR WEEK ENDING 10.Feb.2017 | $181 | |
| TO SALES | $651 | -3% |
| TO SALES | $674 | |

```
************************************
*                                  *
*    Thank You For Your Business    *
*                                  *
*    Our Frito-Lay Customer Promise: *
*      > Always in Stock             *
*      > Perfect Merchandising       *
*      > Best Business Partner       *
************************************
```

DO NOT WRITE BELOW THIS LINE

0004550214042663824  33

HH4.PROD.4.68.9.0

## Right Receipt

MANUFACTURER: 28400 FRITO-LAY - 0028400

| QTY EACH UPC CASE PKG INFO | DESCRIPTION ITEM | EACH COST | --DISCOUNT-- EACH | TOTAL | TOTAL AMOUNT | RETAIL AMOUNT |
|---|---|---|---|---|---|---|
| 4 3 SS TOS NAC CH 04643800 | | 0.8400 | 0.0000 | 0.00 | 3.36 | 4.76 |
| 2 56 SS LAYS RANCH 04643700 | | 0.8400 | 0.0000 | 0.00 | 1.68 | 2.38 |
| 1 7098 15.0 CON QUE 05063500 | | 2.9400 | 0.0000 | 0.00 | 2.94 | 3.99 |
| 30 16207 .50 CRA DORIT | | 0.3700 | 0.0000 | 0.00 | 29.60 | 40.00 |
| 2 40REG 07330901 | | | | | | |
| 40 16208 .50 NAC DORIT | | 0.3700 | 0.0000 | 0.00 | 14.80 | 20.00 |
| 1 40REG 07331001 | | | | | | |
| 40 16209 .50 DR SPY NA | | 0.3700 | 0.0000 | 0.00 | 14.80 | 20.00 |
| 1 40REG 07331101 | | | | | | |
| 40 16215 .50 SWC DORIT | | 0.3700 | 0.0000 | 0.00 | 14.80 | 20.00 |
| 1 40REG 07331401 | | | | | | |
| 36 8761 .50 JUM PUF C | | 0.3700 | 0.0000 | 0.00 | 13.32 | 18.00 |
| 1 36REG 06596701 | | | | | | |
| 96 16205 .50 HOT CHEET | | 0.3700 | 0.0000 | 0.00 | 35.52 | 48.00 |
| 2 48REG 07180101 | | | | | | |
| 48 16188 .50 LB HON BB | | 0.3700 | 0.0000 | 0.00 | 17.76 | 24.00 |
| 1 48REG 08838401 | | | | | | |
| 48 16201 .50 CSC RUFFL | | 0.3700 | 0.0000 | 0.00 | 17.76 | 24.00 |
| 1 48REG 08839401 | | | | | | |
| 48 56561 .50 CS BAC CH | | 0.3700 | 0.0000 | 0.00 | 17.76 | 24.00 |
| 1 48REG 08252501 | | | | | | |
| 6 60092 1.69 DR POP J 08783000 | | 1.1800 | 0.0000 | 0.00 | 7.08 | 10.14 |
| 6 43634 1.69 DR JKD R 08059600 | | 1.1800 | 0.0000 | 0.00 | 7.08 | 10.14 |
| 3 42119 1.69 DR SWT C 08118500 | | 1.1800 | 0.0000 | 0.00 | 3.54 | 5.07 |
| 4 43393 1.69 CT FLAMI 08072400 | | 1.1800 | 0.0000 | 0.00 | 4.72 | 6.76 |
| 6 43774 1.69 CS HOT F 08076800 | | 1.1800 | 0.0000 | 0.00 | 7.08 | 10.14 |
| 6 28204 1.69 REG FUNY 07942300 | | 1.1800 | 0.0000 | 0.00 | 7.08 | 10.14 |
| 6 28212 1.69 HOT FUNY 07942700 | | 1.1800 | 0.0000 | 0.00 | 7.08 | 10.14 |
| ---- | | | | | ========== | ========== |
| 520 | | | | | 227.76 | 311.66 |

| | |
|---|---|
| TOTAL CASES SOLD: | 11 |
| TOTAL EACHES SOLD: | 44 |
| TOTAL EXTENDED EACHES SOLD: | 520 |

| | | | |
|---|---|---|---|
| GROSS SALES AMOUNT: | $227.76 | GROSS RETURNS: | $0.00 |
| TOTAL SALES DISCOUNT: | -$0.00 | TOTAL RETURN DISCOUNT: | -$0.00 |
| NET SALES: | $227.76 | NET RETURNS: | -$0.00 |
| NET SALES: | $227.76 | | |
| LESS NET RETURNS: | -$0.00 | | |
| NET TAX: | $0.00 | | |

**TOTAL DUE:** $227.76

TOTAL RETAIL DOLLARS: $311.66

TAX EXEMPTION #: EXEMPT ENTITY

090003610207042663814  33

- - - - - - - - - - - -CUT HERE   Pg 2 of 2

CUSTOMER AGREES TO PAY ALL AMOUNTS OWED TO ROLLING FRITO-LAY SALES LP ("RFLS")
IN ACCORDANCE WITH THE TERMS DESCRIBED ABOVE OR ANY OTHER PAYMENT TERMS AS RFLS
MAY ESTABLISH; SALES TO CUSTOMER ARE CONDITIONED ON COMPLIANCE WITH OUR TERMS.

MANUFACTURER: 28400 FRITO-LAY - 0028400

| UNIT COST SUMMARY | **SALES** | 6 @ $0.8400 |
|---|---|---|
| | 1 @ $2.9400 | 4/6 @ $0.3700 |
| | 37 @ $1.1800 | |
| RETAIL PRICE SUMMARY | **SALES** | 6 @ $1.1900 |
| | 1 @ $3.9900 | 4/6 @ $0.5000 |
| | 37 @ $1.6900 | |

| | | |
|---|---|---|
| SALES FOR WEEK ENDING 03.Feb.2018 | $125 | 76% |
| SALES FOR WEEK ENDING 03.Feb.2017 | $71 | |
| 2018 YTD SALES | $463 | |
| 2017 YTD SALES | $493 | |

**A.R. 797**

MANUFACTURER: 28400 FRITO-LAY - 0028400

| QTY EACH | DESCRIPTION UPC CASE PKG INFO ITEM | EACH COST | --DISCOUNT-- EACH | TOTAL AMOUNT | RETAIL AMOUNT |
|---|---|---|---|---|---|
| 8 | 447 .50 GM VAN CR 08206700 | 0.3700 | 0.0000 | 2.96 | 4.00 |
| 10 | 16207 .50 CRA DORIT | 0.3700 | 0.0000 | 14.80 | 20.00 |
| | 1 40REG 07316901 | | | | |
| 10 | 16208 .50 NAL DORIT | 0.3700 | 0.0000 | 14.80 | 20.00 |
| | 1 40REG 07331001 | | | | |
| 10 | 16209 .50 DO SPY NA | 0.3700 | 0.0000 | 14.80 | 20.00 |
| | 1 40REG 07331101 | | | | |
| 18 | 16205 .50 HOT CHEET | 0.3700 | 0.0000 | 17.76 | 24.00 |
| | 1 48REG 07180101 | | | | |
| 18 | 8769 .50 HOT FRIES | 0.3700 | 0.0000 | 17.76 | 24.00 |
| | 1 48REG 06597801 | | | | |
| 4 | 42071 1.69 DR CRA 08057400 | 1.1800 | 0.0000 | 4.72 | 6.76 |
| 3 | 42066 1.69 LB DILL 08052100 | 1.1800 | 0.0000 | 3.54 | 5.07 |
| 4 | 43318 1.69 CT CRUNC 08070400 | 1.1800 | 0.0000 | 4.72 | 6.76 |
| 235 | | | | 95.86 | 130.59 |

**RETURNS**

MANUFACTURER: 28400 FRITO LAY - 0028400

| QTY EACH | DESCRIPTION UPC CASE PKG INFO ITEM | EACH COST | DISCOUNT EACH | TOTAL AMOUNT | RETAIL AMOUNT |
|---|---|---|---|---|---|
| 2 | 42066 1.69 LB DILL 08052100 | 1.1800 | 0.0000 | 2.36 | 3.38 |
| 2 | | | | 2.36 | 3.38 |

| TOTAL CASES SOLD: | 5 |
|---|---|
| TOTAL EACHES SOLD: | 19 |
| TOTAL EXTENDED EACHES SOLD: | 235 |

| GROSS SALES AMOUNT: | $95.86 | GROSS RETURNS: | $2.36 |
|---|---|---|---|
| TOTAL SALES DISCOUNT: | -$0.00 | TOTAL RETURN DISCOUNT: | -$0.00 |

| NET SALES: | $95.86 | NET RETURNS: | -$2.36 |

| NET SALES: | $95.86 |
|---|---|
| LESS NET RETURNS: | -$2.36 |

| NET TAX: | $0.00 |
|---|---|

| TOTAL DUE: | $93.50 |
|---|---|

TOTAL RETAIL DOLLARS: $127.21

TAX EXEMPTION #: EXEMPT ENTITY

09600547022104266381G   33

Pg 2 of 2
- - - CUT HERE - -

CUSTOMER AGREES TO PAY ALL AMOUNTS OWED TO ROLLING FRITO-LAY SALES LP ("RFLS")
IN ACCORDANCE WITH THE TERMS DESCRIBED ABOVE OR ANY OTHER PAYMENT TERMS RFLS
MAY ESTABLISH; SALES TO CUSTOMER ARE CONDITIONED ON COMPLIANCE WITH OUR TERMS.

MANUFACTURER: 28400 FRITO-LAY - 0028400

| UNIT COST SUMMARY | **SALES** | 224 @ $0.3700 |
|---|---|---|
| | | 11 @ $1.1800 |
| | **RETURNS** | 2 @ $1.1800 |
| RETAIL PRICE SUMMARY | **SALES** | 224 @ $0.5000 |
| | | 11 @ $1.6900 |
| | **RETURNS** | 2 @ $1.6900 |

| SALES FOR WEEK ENDING 17.Feb.2018 | $228 | 11% |
|---|---|---|
| SALES FOR WEEK ENDING 17.Feb.2017 | $105 | |
| 2018 YTD SALES | $879 | 13% |
| 2017 YTD SALES | $779 | |

************************************
*                                  *
*   Thank You For Your Business     *
*                                  *
*   Frito-Lay Customer Promise:     *

---

MANUFACTURER: 28400 FRITO-LAY - 0028400

| QTY EACH | DESCRIPTION UPC CASE PKG INFO ITEM | EACH COST | --DISCOUNT-- EACH | TOTAL AMOUNT | RETAIL AMOUNT |
|---|---|---|---|---|---|
| 31 | 447 .50 GM VAN CR 08206700 | 0.3700 | 0.0000 | 11.47 | 15.50 |
| 3 | 7098 15.0 CON QUE 05063500 | 2.9400 | 0.0000 | 8.82 | 11.97 |
| 10 | 16215 .50 SWC DORIT | 0.3700 | 0.0000 | 14.80 | 20.00 |
| | 1 40REG 07331401 | | | | |
| 48 | 16184 .50 FR HNY BB | 0.3700 | 0.0000 | 17.76 | 24.00 |
| | 1 48REG 07178301 | | | | |
| 96 | 16201 .50 CSC RUFFL | 0.3700 | 0.0000 | 35.52 | 48.00 |
| | 2 48REG 08839401 | | | | |
| 48 | 56561 .50 CS BAC CH | 0.3700 | 0.0000 | 17.76 | 24.00 |
| | 1 48REG 08252501 | | | | |
| 40 | 6713 .50 REG MUNCH | 0.3700 | 0.0000 | 14.80 | 20.00 |
| | 1 40REG 06597701 | | | | |
| 3 | 43393 1.69 CT FLAMI 08072400 | 1.1800 | 0.0000 | 3.54 | 5.07 |
| 3 | 28204 1.69 REG FUNY 07942300 | 1.1800 | 0.0000 | 3.54 | 5.07 |
| 1 | 6408 4.29 SCP TOST 07256200 | 3.1600 | 0.0000 | 3.16 | 4.29 |
| 313 | | | | 131.17 | 177.9 |

**RETURNS**

MANUFACTURER: 28400 FRITO-LAY - 0028400

| QTY EACH | DESCRIPTION UPC CASE PKG INFO ITEM | EACH COST | --DISCOUNT-- EACH | TOTAL AMOUNT | RETAIL AMOUNT |
|---|---|---|---|---|---|
| 2 | 16212 DR DM CH LIM 07181400 | 0.3700 | 0.0000 | 0.74 | 1. |
| 2 | | | | 0.74 | 1. |

| TOTAL CASES SOLD: | 6 |
|---|---|
| TOTAL EACHES SOLD: | 41 |
| TOTAL EXTENDED EACHES SOLD: | 313 |

| GROSS SALES AMOUNT: | $131.17 | GROSS RETURNS: | $ |
|---|---|---|---|
| TOTAL SALES DISCOUNT: | -$0.00 | TOTAL RETURN DISCOUNT: | -$ |

| NET SALES: | $131.17 | NET RETURNS: | -$ |

| NET SALES: | $131.17 |
|---|---|
| LESS NET RETURNS: | -$0.74 |

| NET TAX: | $0.00 |
|---|---|

| TOTAL DUE: | $130.43 |
|---|---|

TOTAL RETAIL DOLLARS: $176.90

TAX EXEMPTION #: EXEMPT ENTITY

09600640022804266381X   33

Pg
- - - - - CUT HERE - -

CUSTOMER AGREES TO PAY ALL AMOUNTS OWED TO ROLLING FRITO-LAY SALES LP ("RFLS"
IN ACCORDANCE WITH THE TERMS DESCRIBED ABOVE OR ANY OTHER PAYMENT TERMS AS RI
MAY ESTABLISH; SALES TO CUSTOMER ARE CONDITIONED ON COMPLIANCE WITH OUR TERM

MANUFACTURER: 28400 FRITO-LAY - 0028400

| UNIT COST SUMMARY | **SALES** | 303 @ $0.3700 |
|---|---|---|
| | | 3 @ $2.9400 | 6 @ $1.1800 |
| | | 1 @ $3.1600 |
| | **RETURNS** | 2 @ $0.3700 |
| RETAIL PRICE SUMMARY | **SALES** | 303 @ $0.5000 |
| | | 3 @ $3.9900 | 6 @ $1.6900 |
| | | 1 @ $4.2900 |
| | **RETURNS** | 2 @ $0.5000 |

| SALES FOR WEEK ENDING 24.Feb.2018 | $105 | -40% |
|---|---|---|
| SALES FOR WEEK ENDING 24.Feb.2017 | $176 | |
| 2018 YTD SALES | $984 | 3% |
| 2017 YTD SALES | $955 | |

**A.R. 798**

************************************

Thank You For Your Business

| QTY.SHIP | UNIT/SIZE | DESCRIPTION | PRICE | UNIT |
|---|---|---|---|---|
| 1.00 | 48/20S | ALUMINUM FOIL ROLL - SMALL - 48CT #8517 | 34.40 | Ø |
| 1.00 | 24/500 | ARIEL POWDER LAUNDRY MATIC - 500G | 26.40 | 1 |
| 1.00 | 6/960Z | AUSTINS CRYSTAL BLEACH 96OZ - REGULAR | 8.10 | 1 |
| 1.00 | 50/ORD | BIC LIGHTER - CHILD GUARD REGULAR | 39.50 | Ø |
| 1.00 | 12/60Z | BUDS BEST - BUTTER COOKIES | 9.75 | Ø |
| 3.00 | 32/500 | DEER PARK WATER - 500ML | 6.50 | Ø |
| 1.00 | 24/700 | DEER PARK 24OZ SPORT | 7.50 | Ø |
| 1.00 | 12/22o | FABULOSO MULTI-USE 22OZ - SPRING FRESH | 19.75 | 1 |
| 1.00 | 12/320 | GATORADE 32OZ - FRUIT PUNCH | 16.00 | 1 |
| 1.00 | 12/320 | GATORADE 32OZ - COOL BLUE | 16.00 | 1 |
| 1.00 | 20/40Z | IRISH SPRING DEO SOAP - ORIGINAL | 12.50 | Ø |
| 1.00 | 48/0.1 | KOOL-AID PACKETS GRAPE #01661 | 14.50 | Ø |
| 1.00 | 48/0.1 | KOOL-AID PACKETS CHERRY #01662 | 14.50 | Ø |
| 1.00 | 48/0.1 | KOOL-AID PACKETS STRW/KIWI #01658 | 14.50 | Ø |
| 1.00 | 48/0.1 | KOOL-AID PACKETS BLCK CHRY #01659 | 14.50 | Ø |
| 1.00 | 48/0.1 | KOOL-AID PACKETS MIX BERRY #01672 | 14.50 | Ø |
| 1.00 | 50/2PC | MOTRIN IB CAPLETS - LOOSE | 12.99 | Ø |
| 1.00 | 12/5.2 | OREO ORIGINAL 5.25OZ #0749 | 18.99 | 1 |
| 1.00 | 12/1.4 | PRINGLE ORIGINAL 1.4OZ | 6.99 | Ø. |
| 1.00 | 12/1.4 | PRINGLE BBQ 1.4OZ | 6.99 | Ø. |
| 1.00 | 12/1.4 | PRINGLE SOUR CREAM & ONION 1.4OZ | 6.99 | Ø. |
| 1.00 | 12/17. | RAID ANT & ROACH KILLER - OUTDOOR FRESH | 43.70 | 3. |

| Returned Check Fee | MEMO: | SUB TOTAL | |
|---|---|---|---|
| GARDING ABOVE SHIPMENT MUST | | PREVIOUS BALANCE | |
| 24 HOURS FROM DATE OF DELIVERY. | | GRAND TOTAL | |

**ONE SOURCE AMERICA**

/ RD., DISTRICT HEIGHTS, MD 20747   TEL: 301-336-0905 / FAX: 301-336-0907

GREEN APPLE GROCERY
2526 WASHINGTON BLVD
BALTIMORE, MD 21230  6462886776

DELIVERY : CALL CUSTOMER

| INVOICE # | |
|---|---|
| INVOICE DATE | |
| SALES REP | |
| TERMS | |
| PAGE | |

| QTY.SHIP | UNIT/SIZE | DESCRIPTION | PRICE | UNIT F |
|---|---|---|---|---|
| 1.00 | 20/2.7 | RAP HONEY BBQ 2.75OZ | 18.50 | Ø. |
| 1.00 | 20/2.7 | RAP NEW YORK DELI CHEDDAR 2.75OZ | 18.50 | Ø. |
| 1.00 | 24/2.7 | RAP HOT CHILI PEPPER LIME CUNCHY CURL | 22.20 | Ø. |
| 1.00 | 24/2.7 | RAP HOT CHEESE FRIES | 22.20 | Ø. |
| 1.00 | 12/1CT | S.O.S. HEAVY DUTY SCRUBBER 1CT - 791016 | 11.25 | Ø. |
| 1.00 | 20/400 | TIDE POWDER ALPINE FRESH - 400G/20 | 22.00 | 1. |
| 1.00 | 24/22. | TROPICAL FANTASY COCKTA - FRUIT PUNCH | 14.99 | Ø. |
| 1.00 | 24/22. | TROPICAL FANTASY COCKTA - KIWI STRAWB | 14.99 | Ø. |
| 1.00 | 24/22. | TROPICAL FANTASY COCKTA - PINEAPPLE | 14.99 | Ø. |
| 1.00 | 24/22. | TROPICAL FANTASY COCKTA CHERRY LEMONA | 14.99 | Ø. |
| 1.00 | 12/15. | TROPICANA - ORANGE | 12.00 | 1. |
| 1.00 | 12/15. | TROPICANA - APPLE | 12.00 | 1. |
| 1.00 | 12/15. | TROPICANA - CRAN COCKTAIL | 12.00 | 1. |
| 1.00 | 12/5oz | UNCLE ALS - CHOCOLATE CREMES | 5.99 | Ø. |
| 45.00 | | TRUCK #: 4 DRIVER : LESTER | | |
| 24.00 | | ( BOTTLE TAX ) | 0.05 | |

**A.R. 799**

| | | | | |
|---|---|---|---|---|
| 1.00 | 25/2PC | PEPTO BISMOL CHEWABLE TABLETS - LOOSE | 10.40 | 0. |
| 1.00 | 24/2.7 | RAP WHITE CHEDDAR A DAB OF RANCH | 22.20 | 0. |
| 1.00 | 24/2.7 | RAP HONEY DEW CHEESE PUFFS | 22.20 | 0. |
| 1.00 | 24/2.7 | RAP HONEY JALAPENO CHEESE PUFFS | 22.20 | 0. |
| 1.00 | 24/22. | TROPICAL FANTASY COCKTAIL - WATERMELON | 14.99 | 0. |
| 1.00 | 24/22. | TROPICAL FANTASY COCKTAIL - KIWI STRAWB | 14.99 | 0. |
| 1.00 | 24/22. | TROPICAL FANTASY COCKTAIL-CHERRY LEMONA | 14.99 | 0. |
| 1.00 | 24/22. | TROPICAL FANTASY COCKTAIL-STRWBRRY LEMO | 14.99 | 0. |
| 1.00 | 25/1PC | ZANTAC 150 TABLETS - LOOSE | 12.99 | 0. |
| 16.00 | | TRUCK #: 3 DRIVER : DARWIN | | |

NOT PAYD
$19X.95

| Returned Check Fee | MEMO: | SUB TOTAL | 9 |
|---|---|---|---|
| ...ARDING ABOVE SHIPMENT MUST 4 HOURS FROM DATE OF DELIVERY. | | PREVIOUS BALANCE | |
| | | GRAND TOTAL | |

**A.R. 800**

Raylicious
15465 Philadelphia, PA
215-533-2525
rayssnacks@yahoo.com

Date: 1/22/18, 12:38 PM Invoice: 6740

| SKU | Qty | Unit Price | Total |
|---|---|---|---|
| | 12 Candies 99 Cents 12ct | $8.35 | $100.20 |
| | 2 Cookies 2/1.00 | $4.50 | $9.00 |
| | 4 Danish | $8.00 | $32.00 |
| | 4 Donuts 50c 12ct | $4.50 | $18.00 |
| | 1 Double Donuts 2/1.00 18ct | $7.00 | $7.00 |
| | 3 Honey Buns 2/1.00 36ct | $13.85 | $41.55 |
| | 2 Pie Variety Flavor | $4.60 | $9.20 |
| | 3 Twins Muffins | $5.90 | $17.70 |

Subtotal: $234.65
Total: $234.65

Payments: $0.00
Balance: $234.65
Item Count: 31

1260 -

| Product# | Product Desc/UPC | U/C | Cases | Units | SugRtl | Price | Allow | ExtPrice |
|---|---|---|---|---|---|---|---|---|
| 428 | BB COOK[illegible] 0070640003556 | 24 | | 1 | 0.00 | 0.5617 | 0.00 | 13.48 |
| 21 | BR PT BUTTER PEC 077567274847 | 8 | | 1 | 0.00 | 2.0588 | 0.00 | 16.47 |
| 768 | BR PT REESES 077567275066 | 8 | | 1 | 0.00 | 2.2988 | 0.00 | 18.39 |
| 0C41 | BR PT OREO 077567275059 | 8 | | 1 | 0.00 | 2.2988 | 0.00 | 18.39 |
| 5016 | FRED. FARM NUT C 028387300001 | 24 | | 1 | 0.00 | 0.3625 | 0.00 | 8.70 |
| 8038 | MARS PT TWIX RED 047677388079 | 8 | | 1 | 0.00 | 2.6713 | 0.00 | 21.37 |
| 10811 | PD NOV SPONGE BD 077567002853 | 12 | | 1 | 0.00 | 1.1008 | 0.00 | 13.21 |
| 2 | DELIVERY FEE 023269999991 | 1 | | 1 | 0.00 | 3.9600 | 0.00 | 3.96 |
| 18034 | J&J BIG CHOCOLAT 023269146449 | 24 | | 1 | 0.00 | 0.6854 | 0.00 | 16.45 |
| 18037 | J&J ICE CREAM SA 023269000055 | 36 | | 1 | 0.00 | 0.6464 | 0.00 | 23.27 |
| 18065 | J&J MINI VANILLA 023269000093 | 48 | | 1 | 0.00 | 0.3550 | 0.00 | 17.04 |

Total: 11

TOTAL SALES: $170.73
SUB TOTAL: $170.73
INVOICE TOTAL: $170.73

BALANCE DUE: CASH / CHECK $170.73

CUSTOMER SIGNATURE/STORE STAMP

Anthony Whittico,
SALES REPRESENTATIVE

Invoice Format: 5

SWEENEY DISTRIBUTING
ABINGDON MD 21009
443 243 0288

1

CASH SALE
01/02/18 10:30

Invoice no:
152549000

APPLE DELI GROCERY
(W)ASHINGTON BLVD
MD 21230-
(CUSTOM)ER# 000616530

Make check to:
Independent Distributor
Sweeney Distributing CO.
010202 001574 20060
Cases: 0 Units: 288

| UPC | DESCRIPTION | | UNIT RETAIL | UNIT PROMO | TOTAL PROMO | UNIT NET COST | STORE COST |
|---|---|---|---|---|---|---|---|
| **RETURNS** | | | | | | | |
| 2430078104 | SBS CHY FDG COCO | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | -0.74 |
| Subtotal SNACKS | | | | | 0.00 | | -0.74 |
| **SALES** | | | | | | | |
| 2430083785 | MINI DONUT CRNCH | 000* | 0.79 | 0.0800 | 0.96 | 0.5700 | 6.84 |
| 2430078108 | SBS CWY OAT&HONY | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 4.44 |
| 2430080850 | MNI DNT FRST 4CT | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 6.66 |
| 2430080851 | MNI DNTS PWD 4CT | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 6.66 |
| 2430083532 | STAR CRUNCH | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 8.88 |
| 2430083546 | RAISIN CREME PIE | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 4.44 |
| 2430083561 | OATMEAL PIE | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 8.88 |
| 2430083566 | NUTTY BAR | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 8.88 |
| 2430083571 | SWISS ROLLS | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 8.88 |
| 2430083586 | COSMIC BROWNIE | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 8.88 |
| 2430083591 | FUDGE ROUND | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 8.88 |
| 2430083693 | ZEBRA CAKE | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 8.88 |
| 2430083734 | STRWBERRY SHRTCK | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 4.44 |
| 2430083938 | HONEY BUNS | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 8.88 |
| 2430086592 | CHOC CHIP CR PIE | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 4.44 |
| Subtotal SNACKS | | | | | 0.96 | | 108.96 |
| TOTAL SALES Retail Value: | | | 147.48 | | 0.96 | | 108.22 |

0.17 cases sold on promotion

A.R. 801

## Receipt 1 (top left)

| QTY | UPC | DESCRIPTION | | UNIT RETAIL | UNIT PROMO | TOTAL PROMO | UNIT NET COST | STORE COST |
|---|---|---|---|---|---|---|---|---|
| 24 | 2430083561 | OATMEAL PIE | 050 | 0.50 | 0.0008 | 0.00 | 0.3700 | 8.88 |
| 36 | 2430083566 | NUTTY BAR | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 13.32 |
| 12 | 2430083571 | SWISS ROLLS | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 4.44 |
| 24 | 2430083586 | COSMIC BROWNIE | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 8.88 |
| 36 | 2430083591 | FUDGE ROUND | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 13.32 |
| 24 | 2430083593 | ZEBRA CAKE | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 8.88 |
| 36 | 2430083734 | STRAWBERRY SHRTCK | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 13.32 |
| 24 | 2430083938 | HONEY BUNS | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 8.88 |
| 24 | 2430086592 | CHOC CHIP CH PIE | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 8.88 |

396 Subtotal SNACKS 1.92 153.24

396 TOTAL SALES Retail Value: 207.36 1.92 153.24

* 0.33 cases sold on promotion

TOTAL SALES: 153.24

TOTAL AMOUNT DUE 153.24

Signature:
Signature signifies proof of delivery for quantities only.

Sales YTD
Thru 01/20 $286 -7%
Last Year $308

ORIGINAL LAST PAGE

## Receipt 2 (top right)

| 12 | 2430083571 | SWISS ROLLS | 050 | 0.50 | | 0.3700 |
|---|---|---|---|---|---|---|
| 12 | 2430083586 | COSMIC BROWNIE | 050 | 0.50 | | 0.3700 |
| 24 | 2430083591 | FUDGE ROUND | 050 | 0.50 | | 0.3700 |
| 12 | 2430083593 | ZEBRA CAKE | 050 | 0.50 | | 0.3700 |
| 12 | 2430083734 | STRAWBERRY SHRTCK | 050 | 0.50 | | 0.3700 |
| 24 | 2430083938 | HONEY BUNS | 050 | 0.50 | | 0.3700 |
| 12 | 2430086592 | CHOC CHIP CH PIE | 050 | 0.50 | | 0.3700 |

222 Subtotal SNACKS

222 TOTAL SALES Retail Value: 111.00

TOTAL SALES: 82

TOTAL AMOUNT DUE 82.14

Signature:
Signature signifies proof of delivery for quantities only.

Sales YTD
Thru 12/23 $4,210 -13%
Last Year $4,863

ORIGINAL LAST PAGE

## Receipt 3 (bottom)

SWEENEY DISTRIBUTING
ABINGDON MD 21009
443 243 9286

Page 1

Invoice no: 152549209

CASH SALE 01/22/18 10:40

Make check to:
Independent Distributor
Sweeney Distributing CO
010202 0015/4 20060
Cases: 0 Units: 264

GREEN APPLE DELI GROLLAW
2526 WASHINGTON BLVD
BALTO MD 21230
CUSTOMER#: 0306116530

SALES

| QTY | UPC | DESCRIPTION | | UNIT RETAIL | UNIT PROMO | TOTAL PROMO | UNIT NET COST | STORE COST |
|---|---|---|---|---|---|---|---|---|
| 12 | 2430086510 | DONUT STICKS | 000* | 0.99 | 0.0000 | 0.96 | 0.7300 | 8.76 |
| 18 | 2430086650 | HNY OAT FROST ACT | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 6.66 |
| 18 | 2430086661 | HNY OATS PNNT ACT | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 6.66 |
| 12 | 2430083552 | STAR CRUNCH | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 4.44 |
| 12 | 2430083556 | RAISIN CREME PIE | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 4.44 |
| 12 | 2430083561 | OATMEAL PIE | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 4.44 |
| 24 | 2430083566 | NUTTY BAR | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 8.88 |
| 24 | 2430083571 | SWISS ROLLS | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 8.88 |
| 24 | 2430083586 | COSMIC BROWNIE | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 8.88 |
| 24 | 2430083591 | FUDGE ROUND | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 8.88 |
| 24 | 2430083593 | ZEBRA CAKE | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 8.88 |
| 24 | 2430083734 | STRAWBERRY SHRTCK | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 8.88 |
| 36 | 2430083938 | HONEY BUNS | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 13.32 |

264 Subtotal SNACKS 0.96 102.00

264 TOTAL SALES Retail Value: 137.88 0.96 102.00

* 0.17 cases sold on promotion

TOTAL SALES: 102.00

TOTAL AMOUNT DUE 102.00

Signature:
Signature signifies proof of delivery for quantities only.

Sales YTD
Thru 01/13 $190 -10%
Last Year $212

ORIGINAL LAST PAGE

A.R. 802

# ONE SOURCE AMERICA

8755 D'ARCY RD., DISTRICT HEIGHTS, MD 20747    TEL:301-336-0905 / FAX:301-336-0907

SOLD TO:    GREEN APPLE GROCERY
2526 WASHINGTON BLVD
BALTIMORE, MD 21230  646-2896775

DELIVERY : CALL CUSTOMER

| ITEM NO | QTY/SHIP | UNIT/SIZE | DESCRIPTION | PRI |
|---------|----------|-----------|-------------|-----|
| | | | < GROCERY LIST > | |
| SDHB401 | 1.00 | 24/120 | HS FLIP TOP SANDWICH BAGS - 120CT | 18 |
| AIR104 | 1.00 | 12/80Z | AIR WICK - APPLE CINNAMON #78519 | 10 |
| AIR109 | 1.00 | 12/80Z | AIR WICK - LAVE& CHAM #05762 | 10 |
| AJA401 | 1.00 | 20/12. | AJAX DISH LIQUID 20/12.60Z - A/B ORANGE | 20 |
| AJA404 | 1.00 | 20/12. | AJAX DISH LIQUID 20/12.60Z-LIME | 20 |
| ALK114 | 1.00 | 48/1pc | ALKA-SELTZER PLUS COLD - LOOSE(48PC)-Shut | 20 |
| GSI106 | 1.00 | 12/3.0 | NONG SHIM BOWL - SHIN | 10 |
| AUS101 | 1.00 | 12/320 | AUSTINS A-1 BLEACH - 32 OZ REGULAR | 10 |
| CLO103 | 1.00 | 12/300 | CLOROX BLEACH 300Z - ORIGINAL | 10 |
| DEE102 | 2.00 | 24/700 | DEER PARK 24OZ SPORT | 10 |
| DOM101 | 1.00 | 24/1LB | DOMINO SUGAR - 1LB | 20 |
| DOM102 | 1.00 | 24/2LB | DOMINO SUGAR - 2LB | 40 |
| DOM103 | 1.00 | 10/4LB | DOMINO SUGAR - 4LB | 2 |
| OLD305 | 1.00 | 8/30Z | OLD WILLIAMS BOX | 2 |
| OLD310 | 1.00 | 8/30Z | OLD WILLIAMS BOX - HONEYDEW MEL #291162 | |
| PAP201 | 1.00 | 24/4PK | CLEAR BATH TISSUE - 4PK | 3 |
| RAP101 | 1.00 | 20/2.7 | RAP RANCH 2.750Z | 1 |
| RAP103 | 1.00 | 20/2.7 | RAP HONEY BBQ 2.750Z | 1 |
| RAP104 | 1.00 | 20/2.7 | RAP LOUISIANA HEAT 2.750Z | 1 |
| TROP07 | 1.00 | 24/22. | TROPICAL FANTASY COCKTAIL - PINEAPPLE | 1 |
| TROP09 | 1.00 | 24/22. | TROPICAL FANTASY COCKTAIL - SWEET TEA | 1 |
| | | | | |
| TOTAL CASE: | 22.00 | | TRUCK #: 7 DRIVER : ALVAREZ | |
| | | | | |
| | | | SUB TOTAL | |
| | | | | |
| | | | < CREDIT LIST > | |
| | | | 1. BUD PEANUT BUTTER $9.75 | |

SANDWICH BAG HS #18.7
WEFUND ITEM
PICK UP SALESMAN-    28.45
$35.00 Returned Check Fee

ALL CLAIMS REGARDING ABOVE SHIPMENT MUST
BE MADE WITHIN 24 HOURS FROM DATE OF DELIVERY

MEMO:

**A.R. 803**

SUB TOTAL
PREVIOUS
GRAND TOT

Left partial column (cut off):

```
#:                    9905494
                      15096140
ODE #:

LES SUMMARY
                Qty      Amount
s               31       293.50
ts             344
es               2       -34.50
nits            19       -14.44
its             67
 Deposits                 0.00
                          0.00
al Charges                3.90
 Due                  $248.46

MS: Money Order
BY

ITEM DETAIL
         SALES
n UPC
   Cases Units  Net  Amount
CN 1/12
SE VAN 0-12000-02849-6
        2   24 23.65   47.30
L       2   24         47.30
1/12S
)-12000-56749-0
        2   24  7.75   15.50
ND 0-12000-10190-8
        1   12  7.75    7.75
HT 0-12000-03402-2
        1   12  7.75    7.75
LMND 0-12000-38419-6
        1   12  7.75    7.75
T 0-12000-03187-8
        2   24  7.75   15.50
LMND 0-12000-03401-5
        1   12  7.75    7.75
SWL 0-12000-20238-4
        1   12  7.75    7.75
TROPLMND 0-12000-04273-
        1   12  7.75    7.75
BLU LMND 0-12000-14021-1
        1   12  7.75    7.75
P PF 0-12000-14165-2
        1   12  7.75    7.75
TW MLN12 0-12000-16123-0
        2   24  7.75   15.50
  14  168        108.50
/8S
'8000-08246-3
        1    8  8.50    8.50
)-12000-00231-1
        1    8  8.50    8.50
2000-00233-5
        4   32  8.50   34.00
RD 0-12000-10542-5
        1    8  8.50    8.50
'000-00230-4
```

---

**ONE SOURCE AMERICA**
8755 D'ARCY RD., DISTRICT HEIGHTS, MD 20747  TEL:301-336-0905 / FAX:301-336-0907

| INVOICE # | 3104.73 |
|---|---|
| INVOICE DATE | 01/20/ |
| SALES REP | KIM, JI |
| TERMS | BILLTO |
| PAGE | 1 |

SOLD TO: GREEN APPLE GROCERY
2526 WASHINGTON BLVD
BALTIMORE, MD 21230 6462885776,

DELIVERY : CALL CUSTOMER

| ITEM NO | QTYSHIP | UNIT/SIZE | DESCRIPTION | PRICE | UNIT PRICE |
|---|---|---|---|---|---|
| | | | ( GROCERY LIST ) | | |
| 5DHS202 | 1.00 | 24/140 | HS TRASH BAGS - 26 GALLON | 18.50 | 0.77 |
| 5DHS401 | 1.00 | 24/120 | HS FLIP TOP SANDWICH BAGS - 120CT | 18.50 | 0.77 |
| ADV101 | 1.00 | 50 2PC | ADVIL TABLETS - LOOSE | 14.00 | 0.28 |
| ALK114 | 1.00 | 48/1pc | ALKA-SELTZER PLUS COLD - LOOSE(48PC) | 14.00 | 0.29 |
| 2AGK101 | 3.00 | 1/10 S | BAG (KOREA) - 9X4X16 - SMALL BLACK 700 | 12.00 | 12.00 |
| 2AGK201 | 2.00 | 1/3 SI | BAG (KOREA) - 10X5X19 - MEDIUM BLACK 62 | 13.99 | 13.99 |
| BEN211 | 1.00 | 50 2TA | BENADRYL ALLERGY - LOOSE 60 | 23.05 | 0.38 |
| CLE101 | 1.00 | 12/0.2 | CLEAR EYES POCKET PAL | 18.50 | 1.54 |
| DAI202 | 1.00 | 96/1pc | DAISY BATH TISSUE 1ROLL | 41.00 | 0.43 |
| DEE101 | 3.00 | 32/500 | DEER PARK WATER - 500ML | 6.50 | 0.20 |
| DEE102 | 1.00 | 24/700 | DEER PARK 24OZ SPORT | 7.50 | 0.31 |
| DUR201 | 1.00 | 12/2PC | DURACELL - AAA2 | 12.00 | 1.00 |
| HAL105 | 1.00 | 20/9PC | HALLS - STRAWBERRY | 14.50 | 0.73 |
| NAB501 | 1.00 | 12/5.2 | NUTTER BUTTER 5.25OZ #3551 | 18.99 | 1.58 |
| NYQ101 | 1.00 | 25/2PC | NYQUIL COLD & FLU LIQUICAPS - LOOSE | 12.00 | 0.52 |
| RAP103 | 1.00 | 20/2.7 | RAP HONEY BBQ 2.75OZ | 18.50 | 0.93 |
| RAP105 | 1.00 | 20/2.7 | RAP NEW YORK DELI CHEDDAR 2.75OZ | 18.50 | 0.93 |
| SCO101 | 1.00 | 36/100 | SCOTT SINGLE BATH TISSUE | 23.40 | 0.65 |
| TROP03 | 1.00 | 24/22. | TROPICAL FANTASY COCKTAIL - FRUIT PUNCH | 14.95 | 0.62 |
| | | | ( OUT OF STOCK LIST ) | | |
| ZAN102 | 0.00 | 25/1PC | ZANTAC 150 TABLETS - LOOSE | 12.99 | 0.52 |
| TOTAL CASE | 24.00 | | TRUCK #: 5 DRIVER : TION | | |

A.R. 804

| QTY EACH | DESCRIPTION UPC CASE PKG INFO | ITEM | EACH COST | --DISCOUNT-- EACH  TOTAL AMOUNT | TOTAL AMOUNT | RETAIL AMOUNT |
|---|---|---|---|---|---|---|
| 2 | 7098 15.0 CON QUE | 05063300 | 2.9400 | 0.0000  0.00 | 5.88 | 7.98 |
| 10 | 16207 .50 CRA DORIT | | 0.3700 | 0.0000  0.00 | 14.80 | 20.00 |
| | 1 40REG 07330901 | | | | | |
| 10 | 16215 .50 SWC DORIT | | 0.3700 | 0.0000  0.00 | 14.80 | 20.00 |
| | 1 40REG 07331401 | | | | | |
| 72 | 8761 .50 JUM PUF C | | 0.3700 | 0.0000  0.00 | 26.64 | 36.00 |
| | 2 36REG 06598701 | | | | | |
| 48 | 8769 .50 HOT FRIES | | 0.3700 | 0.0000  0.00 | 17.76 | 24.00 |
| | 1 48REG 06597801 | | | | | |
| 10 | 6713 .50 REG MUNCH | | 0.3700 | 0.0000  0.00 | 14.80 | 20.00 |
| | 1 40REG 06597701 | | | | | |
| 6 | 92329 1.69 DR BLAZE 08842000 | | 1.1800 | 0.0000  0.00 | 7.08 | 10.14 |
| 6 | 43634 1.69 DR JKD R 08059600 | | 1.1800 | 0.0000  0.00 | 7.08 | 10.14 |
| 5 | 42119 1.69 SWT C 08118500 | | 1.1800 | 0.0000  0.00 | 5.90 | 8.45 |
| 3 | 43393 1 69 CT FLAMI 08072400 | | 1.1800 | 0.0000  0.00 | 3.54 | 5.07 |
| 2 | 6408 4.29 SCP TOST 07256200 | | 3.1600 | 0.0000  0.00 | 6.32 | 8.58 |
| 264 | | | | | 124.60 | 170.36 |

---

| | |
|---|---|
| TOTAL CASES SOLD: | 6 |
| TOTAL EACHES SOLD: | 24 |
| TOTAL EXTENDED EACHES SOLD: | 264 |

| | | | |
|---|---|---|---|
| GROSS SALES AMOUNT: | $124.60 | GROSS RETURNS: | $0.00 |
| TOTAL SALES DISCOUNT: | -$0.00 | TOTAL RETURN DISCOUNT: | -$0.00 |
| NET SALES: | $124.60 | NET RETURNS: | -$0.00 |

NET SALES: $124.60
LESS NET RETURNS: -$0.00

NET TAX: $0.00

TOTAL DUE: $124.60

TOTAL RETAIL DOLLARS: $170.36

TAX EXEMPTION #: EXEMPT ENTITY

CUSTOMER AGREES TO PAY ALL AMOUNTS OWED TO ROLLING FRITO-LAY SALES LP ("RFLS") IN ACCORDANCE WITH THE TERMS DESCRIBED ABOVE OR ANY OTHER PAYMENT TERMS AS RFLS MAY ESTABLISH; SALES TO CUSTOMER ARE CONDITIONED ON COMPLIANCE WITH OUR TERMS.

MANUFACTURER: 28400  FRITO-LAY - 0028400

| UNIT COST SUMMARY | **SALES** | 2 @ $2.9400 |
|---|---|---|
| | 240 @ $0.3700 | 20 @ $1.1800 |
| | 2 @ $3.1600 | |
| RETAIL PRICE SUMMARY | **SALES** | 2 @ $3.9900 |

09600184012404266381 2   33

- - - CUT HERE - - -

Pg 2 of 2

240 @ $0.5000   20 @ $1.6900
2 @ $4.2900

| | | |
|---|---|---|
| SALES FOR WEEK ENDING 20.Jan.2018 | $76 | 0% |
| SALES FOR WEEK ENDING 20.Jan.2017 | $0 | |
| 2018 YTD SALES | $161 | -12% |
| 2017 YTD SALES | $183 | |

```
**********************************
*                                *
*   Thank You For Your Business   *
*                                *
*  Our Frito-Lay Customer Promise: *
*     > Always In Stock           *
*     > Perfect Merchandising     *
*     > Best Business Partner     *
**********************************
```

DO NOT WRITE BELOW THIS LINE

09600184012404266382 7   33

---

Vendor #:
Store #:
Customer #                9905494
TAX ID:                  15096140
PO #:
ACCOM CODE #

## SALES SUMMARY

| | Qty | Amount |
|---|---|---|
| Sales | | |
| Cases | 18 | 250.25 |
| Total Units | 228 | |
| Credits | | |
| Full Cases | 0 | 0.00 |
| Single Units | 0 | 0.00 |
| Total Units | 0 | |
| Container Deposits | | 0.00 |
| Sales Tax | | 0.00 |
| State/Local Charges | | 7.80 |
| **Amount Due** | | **$258.05** |

### TERMS: Money Order

RECEIVED BY

*(signature)*

## ITEM DETAIL

### SALES

| Description UPC Whsl | Cases | Units | Net | Amount |
|---|---|---|---|---|

**15OZ CN 1/12**
STRBK DSE MCHA 0-12000-02845-8
30.00   1   12 23.65   23 65
STRBK DSE VAN 0-12000-02849-6
30.00   3   36 23.65   70.95
STRBK DSE COF 0-12000-02847-2
30.00   1   12 23.65   23 65
SUBTOTAL   5   60   118.25

**18.5OZ PL 1/12**
LIT PLF EXSWT 0-12000-28617-9
25.00   1   12 12.50   12 50
SUBTOTAL   1   12   12.50

**20OZ PL 1/24**
MDEW ICE 0-12000-17085-0
40.00   1   24 18.75   18.75
SUBTOTAL   1   24   18.75

**1L PL 1/12S**
BRSK FP 0-12000-56749-0
20.00   1   12  7.75   7 75
BRSK PCH T 0-12000-03402-2
20.00   1   12  7.75   7 75
BRSK PK LMND 0-12000-38419-6
20.00   1   12  7.75   7 75
BRSK SWT 0-12000-03187-8
20.00   1   12  7.75   7 75
BRSK TEA LMND 0-12000-03401-5
20.00   1   12  7.75   7.75
LPT BRSK SWL 0-12000-20238-4
20.00   1   12  7.75   7.75
MDEW 0-12000-00297-7
20.00   1   12 15.50   15 50
PEPSI 0-12000-00294-6
20.00   1   12 15.50   15 50
7 BRSK TEA TROPLMND 0-12000-04273-
20.00   1   12  7.75   7.75
BRSK PNAP PF 0-12000-04273
20.00   1   12  7.75   7 75

BRSK IT STW MLN12 0-12000-16123-0

## Left Column

| QTY EACH | UPC CASE PKG INFO ITEM | EACH COST | DISCOUNT EACH | TOTAL AMOUNT | RETAIL AMOUNT |
|---|---|---|---|---|---|
| 4 | 3 SS TOS NAC CH 04643800 | 0.8400 | 0.0000 | 0.00 | 3.36 | 4.76 |
| 10 | 16207 .50 CRA DORIT 07330900 | 0.3700 | 0.0000 | 0.00 | 14.80 | 20.00 |
| 10 | 16/08 .50 NAC DORIT 07331000 | 0.3700 | 0.0000 | 0.00 | 14.80 | 20.00 |
| 10 | 16209 .50 DR   NA 07331100 | 0.3700 | 0.0000 | 0.00 | 14.80 | 20.00 |
| 18 | 16204 .50 CT     IA 07180000 | 0.3700 | 0.0000 | 0.00 | 17.76 | 24.00 |
| 2 | 43634 1.69 DR W.D R 08059600 | 1.1800 | 0.0000 | 0.00 | 2.36 | 3.38 |
| 3 | 43503 1.69 CT JUM P 08061300 | 1.1800 | 0.0000 | 0.00 | 3.54 | 5.07 |
| 4 | 43774 1.69 CS HOT F 08076800 | 1.1800 | 0.0000 | 0.00 | 4.72 | 6.76 |
| 181 |  |  |  | 76.14 | 103.97 |

```
N CASES SOLD:            0
N EACHES SOLD:          181
N EXTENDED EACHES SOLD: 181
```

| | |
|---|---|
| SALES AMOUNT: | $76.14 | GROSS RETURNS: | $0.00 |
| SALES DISCOUNT: | -$0.00 | TOTAL RETURN DISCOUNT: | -$0.00 |
| SALES: | $76.14 | NET RETURNS: | -$0.00 |
| SALES: | $76.14 | | |
| NET RETURNS: | -$0.00 | | |
| TAX: | $0.00 | | |

**AL DUE:  $76.14**

RETAIL DOLLARS:  $103.97

XEMPTION #: EXEMPT ENTITY

MER AGREES TO PAY ALL AMOUNTS OWED TO ROLLING FRITO-LAY SALES LP ("RFLS")
CORDANCE WITH THE TERMS DESCRIBED ABOVE OR ANY OTHER PAYMENT TERMS AS RFLS
STABLISH; SALES TO CUSTOMER ARE CONDITIONED ON COMPLIANCE WITH OUR TERMS.

ACTURER: 28400 FRITO-LAY - 0028400

| COST SUMMARY | **SALES** | 4 @ $0.8400 |
| | 168 @ $0.3700 | 9 @ $1.1800 |
| PRICE SUMMARY | **SALES** | 4 @ $1.1900 |
| | 168 @ $0.5000 | 9 @ $1.6900 |

| | | |
|---|---|---|
| FOR WEEK ENDING 06.Jan.2018 | $100 | 2% |
| FOR WEEK ENDING 06.Jan.2017 | $98 | |
| TD SALES | $6,384 | -16% |
| TD SALES | $7,578 | |

000110110042663815   33

-CUT HERE-

```
********************************
*  Thank You For Your Business  *
*                               *
*  Our Frito-Lay Customer Promise: *
*      > Always in Stock        *
*      > Perfect Merchandising  *
*      > Best Business Partner  *
********************************
```

DO NOT WRITE BELOW THIS LINE

0011011004266382X   33

HH4.PROD.4.68.9.0

* * * * * * * * * * * * * END OF REPORT * * * * * * * * * * * * *

## Right Column

MANUFACTURER: 28400 FRITO-LAY - 0028400

| QTY EACH | UPC CASE PKG INFO ITEM | EACH COST | DISCOUNT EACH | TOTAL AMOUNT | RETAIL AMOUNT |
|---|---|---|---|---|---|
| 2 | 3 SS TOS NAC CH 04643800 | 0.8400 | 0.0000 | 0.00 | 1.68 | 2. |
| 2 | 56 SS LAYS RANCH 04643700 | 0.8400 | 0.0000 | 0.00 | 1.68 | 2. |
| 2 | 7098 15.0 CON QUE 05063500 | 2.9400 | 0.0000 | 0.00 | 5.88 | 7. |
| 10 | 16207 .50 CRA DORIT 07330901 | 0.3700 | 0.0000 | 0.00 | 14.80 | 20.( |
| | 1 40REG |
| 10 | 16208 .50 NAC DORIT 07331001 | 0.3700 | 0.0000 | 0.00 | 14.80 | 20.( |
| | 1 40REG |
| 10 | 16215 .50 SWC DORIT 07331401 | 0.3700 | 0.0000 | 0.00 | 14.80 | 20.( |
| | 1 40REG |
| 18 | 16184 .50 FR HNY BB 07178301 | 0.3700 | 0.0000 | 0.00 | 17.76 | 24.( |
| | 1 48REG |
| 36 | 8761 .50 JUM PUF C 06596701 | 0.3700 | 0.0000 | 0.00 | 13.32 | 18.( |
| | 1 36REG |
| 18 | 16202 .50 CRY CHEET 07179601 | 0.3700 | 0.0000 | 0.00 | 17.76 | 24.( |
| | 1 48REG |
| 18 | 16201 .50 CSC RUFFL 08839401 | 0.3700 | 0.0000 | 0.00 | 17.76 | 24.( |
| | 1 48REG |
| 10 | 8770 .50 REG FUNYU 06597901 | 0.3700 | 0.0000 | 0.00 | 14.80 | 20.( |
| | 1 40REG |
| 10 | 377 .50 FY HOT 06480801 | 0.3700 | 0.0000 | 0.00 | 14.80 | 20.( |
| | 1 40REG |
| 2 | 42119 1.69 DR SWT C 08118500 | 1.1800 | 0.0000 | 0.00 | 2.36 | 3.3 |
| 3 | 43143 1.69 RF CSC 08067900 | 1.1800 | 0.0000 | 0.00 | 3.54 | 5.( |
| 2 | 43503 1.69 CT JUM P 08061300 | 1.1800 | 0.0000 | 0.00 | 2.36 | 3.3 |
| 2 | 43393 1.69 CT FLAMI 08072400 | 1.1800 | 0.0000 | 0.00 | 2.36 | 3.3 |
| 3 | 41772 1.69 FR HNY B 08046800 | 1.1800 | 0.0000 | 0.00 | 3.54 | 5.( |
| 2 | 43774 1.69 CS HOT F 08076800 | 1.1800 | 0.0000 | 0.00 | 2.36 | 3.3 |
| 6 | 67054 1.99 DR NAC C 08871200 | 1.4000 | 0.0000 | 0.00 | 8.40 | 11.9 |
| 6 | 67055 1.99 DR CRA C 08870600 | 1.4000 | 0.0000 | 0.00 | 8.40 | 11.9 |
| 412 |  |  |  | 183.16 | 250.2 |

**\*\* RETURNS \*\***

MANUFACTURER: 28400 FRITO-LAY - 0028400

| QTY EACH | UPC CASE PKG INFO ITEM | EACH COST | DISCOUNT EACH | TOTAL AMOUNT | RETAIL AMOUNT |
|---|---|---|---|---|---|
| 16 | 16186 .50 REG FRITO 07178500 | 0.3700 | 0.0000 | 0.00 | 5.92S | 8.0 |
| 16 |  |  |  | 5.92 | 8.0 |

```
TOTAL CASES SOLD:            9
TOTAL EACHES SOLD:          32
TOTAL EXTENDED EACHES SOLD: 417
```

| | |
|---|---|
| GROSS SALES AMOUNT: | $183.16 | GROSS RETURNS: | $5.( |
| TOTAL SALES DISCOUNT: | -$0.00 | TOTAL RETURN DISCOUNT: | -$0.( |
| NET SALES: | $183.16 | NET RETURNS: | -$5.( |

09000088011704266381X   33

- - - CUT HERE - - -

| | |
|---|---|
| NET SALES: | $183.16 |
| LESS NET RETURNS: | -$5.92 |
| NET TAX: | $0.00 |

**TOTAL DUE:  $177.24**

TOTAL RETAIL DOLLARS:  $242.28

TAX EXEMPTION #: EXEMPT ENTITY

CUSTOMER AGREES TO PAY ALL AMOUNTS OWED TO ROLLING FRITO-LAY SALES LP ("RFLS")
IN ACCORDANCE WITH THE TERMS DESCRIBED ABOVE OR ANY OTHER PAYMENT TERMS AS RFLS
MAY ESTABLISH; SALES TO CUSTOMER ARE CONDITIONED ON COMPLIANCE WITH OUR TERMS.

MANUFACTURER: 28400 FRITO-LAY - 0028400

**A.R. 806**

Left and right columns merged below.

| | | Cost | Each | Total Amount | Amount |
|---|---|---|---|---|---|
| 40 16207 .50 CRA DORIT | | 0.3700 | 0.0000 | 0.00 14.80 | 20.00 |
| 1 40REG 07330901 | | | | | |
| 40 16208 .50 NAC DORIT | | 0.3700 | 0.0000 | 0.00 14.80 | 20.00 |
| 1 40REG 07331001 | | | | | |
| 40 16215 .50 SWC DORIT | | 0.3700 | 0.0000 | 0.00 14.80 | 20.00 |
| 1 40REG 07331401 | | | | | |
| 40 8770 .50 REG FUNYU | | 0.3700 | 0.0000 | 0.00 14.80 | 20.00 |
| 1 40REG 06597901 | | | | | |
| 40 6713 .50 REG MUNCH | | 0.3700 | 0.0000 | 0.00 14.80 | 20.00 |
| 1 40REG 06597701 | | | | | |
| 3 43634 1.69 DR JKD R 08059600 | | 1.1800 | 0.0000 | 0.00 3.54 | 5.07 |
| 3 43143 1.69 RF CSC 08067900 | | 1.1800 | 0.0000 | 0.00 3.54 | 5.07 |
| 3 43393 1.69 CT FLAMI 08072400 | | 1.1800 | 0.0000 | 0.00 3.54 | 5.07 |
| 209 | | | | 84.62 | 115.21 |

CASES SOLD: 5
EACHES SOLD: 9
EXTENDED EACHES SOLD: 209

SALES AMOUNT: $84.62   GROSS RETURNS: $0.00
SALES DISCOUNT: -$0.00   TOTAL RETURN DISCOUNT: -$0.00

SALES: $84.62   NET RETURNS: -$0.00

SALES: $84.62
NET RETURNS: -$0.00

TAX: $0.00

TOTAL DUE: $84.62

RETAIL DOLLARS: $115.21

EXEMPTION #: EXEMPT ENTITY

CUSTOMER AGREES TO PAY ALL AMOUNTS OWED TO ROLLING FRITO-LAY SALES LP ("RFLS") IN ACCORDANCE WITH THE TERMS DESCRIBED ABOVE OR ANY OTHER PAYMENT TERMS AS RFLS ESTABLISH; SALES TO CUSTOMER ARE CONDITIONED ON COMPLIANCE WITH OUR TERMS.

MANUFACTURER: 28400 FRITO-LAY - 0028400

| COST SUMMARY | **SALES** | 200 @ $0.3700 |
| | 9 @ $1.1800 | |
| PRICE SUMMARY | **SALES** | 200 @ $0.5000 |
| | 9 @ $1.6900 | |

SALES FOR WEEK ENDING 30.Dec.2017 $101 -28%
SALES FOR WEEK ENDING 30.Dec.2016 $141

6099160103042663814   33

- - - - - - - - - - - CUT HERE -

Pg 2 of 2

YTD SALES $6,284 -15%
YTD SALES $7,363

```
***********************************
*    Thank You For Your Business  *
*                                 *
*  Our Frito-Lay Customer Promise:*
*    > Always in Stock            *
*    > Perfect Merchandising      *
*    > Best Business Partner      *
***********************************
```

DO NOT WRITE BELOW THIS LINE

6099160103042663829   33

HH4.PROD.4.68.6.0

+ + + + + + + + + + + + + + + END OF REPORT + + + + + + + + + + + + + + +

---

| | | | | |
|---|---|---|---|---|
| 3 7098 15.0 CON QUE 05063500 | 2.9400 | 0.0000 | 0.00 8.82 | |
| 30 16208 .50 NAC DORIT | 0.3700 | 0.0000 | 0.00 29.60 | |
| 2 40REG 07331001 | | | | |
| 18 16184 .50 FR HNY BB | 0.3700 | 0.0000 | 0.00 17.76 | |
| 1 48REG 07178301 | | | | |
| 18 16204 .50 CT CHD JA | 0.3700 | 0.0000 | 0.00 17.76 | |
| 1 48REG 07180001 | | | | |
| 18 16205 .50 HOT CHEET | 0.3700 | 0.0000 | 0.00 17.76 | |
| 1 48REG 07180101 | | | | |
| 18 16190 .50 REG LAYS | 0.3700 | 0.0000 | 0.00 17.76 | |
| 1 48REG 08838601 | | | | |
| 18 16201 .50 CSC RUFFL | 0.3700 | 0.0000 | 0.00 17.76 | |
| 1 48REG 08839401 | | | | |
| 30 8770 .50 REG FUNYU | 0.3700 | 0.0000 | 0.00 29.60 | |
| 2 40REG 06597901 | | | | |
| 10 377 .50 FY HOT | 0.3700 | 0.0000 | 0.00 14.80 | |
| 1 40REG 06480801 | | | | |
| 2 42073 1.69 DR NAC 08059400 | 1.1800 | 0.0000 | 0.00 2.36 | |
| 3 42066 1.69 LB DILL 08052100 | 1.1800 | 0.0000 | 0.00 3.54 | |
| 4 43774 1.69 CS HOT F 08076800 | 1.1800 | 0.0000 | 0.00 4.72 | |
| 2 6408 4.29 SCP TOST 07256200 | 3.1600 | 0.0000 | 0.00 6.32 | |
| 454 | | | | 188.56 |

TOTAL CASES SOLD: 10
TOTAL EACHES SOLD: 14
TOTAL EXTENDED EACHES SOLD: 454

GROSS SALES AMOUNT: $188.56   GROSS RETURNS:
TOTAL SALES DISCOUNT: -$0.00   TOTAL RETURN DISCOUNT:

NET SALES: $188.56   NET RETURNS:

NET SALES: $188.56
LESS NET RETURNS: -$0.00

NET TAX: $0.00

TOTAL DUE: $188.56

TOTAL RETAIL DOLLARS: $255.76

TAX EXEMPTION #: EXEMPT ENTITY

CUSTOMER AGREES TO PAY ALL AMOUNTS OWED TO ROLLING FRITO-LAY SALES LP ("RF IN ACCORDANCE WITH THE TERMS DESCRIBED ABOVE OR ANY OTHER PAYMENT TERMS AS MAY ESTABLISH; SALES TO CUSTOMER ARE CONDITIONED ON COMPLIANCE WITH OUR TE

MANUFACTURER: 28400 FRITO-LAY - 0028400

0960027001131042663811   33

CUT HERE

| UNIT COST SUMMARY | **SALES** | 3 @ $2.9400 |
| | 440 @ $0.3700 | 9 @ $1.1800 |
| | 2 @ $3.1600 | |
| RETAIL PRICE SUMMARY | **SALES** | 3 @ $3.9900 |
| | 440 @ $0.5000 | 9 @ $1.6900 |
| | 2 @ $4.2900 | |

SALES FOR WEEK ENDING 27.Jan.2018 $177 -26%
SALES FOR WEEK ENDING 27.Jan.2017 $240
2018 YTD SALES $338 -20%
2017 YTD SALES $422

```
***********************************
*    Thank You For Your Business  *
*                                 *
*  Our Frito-Lay Customer Promise:*
*    > Always in Stock            *
*    > Perfect Merchandising      *
*    > Best Business Partner      *
***********************************
```

**A.R. 807**

DO NOT WRITE BELOW THIS