**<u>Exhibit C</u>**
**(Administrative Record)**

# PART 5 OF 5

TIME: 17:17:13

EMPLOYEE: REUBEN SANDERS **0411619 RCVD 7/2/18**
EMPLOYEE ID: 03154376

(51)

GREEN APPLE
2526 WASHINGTON BLVD
BALTIMORE, MD 21230-1407
ACCOUNT #: 42069839

CUST #:
#:

## ⁑SALES⁑

MANUFACTURER: 28400  FRITO LAY - 0028400

| QTY EACH | DESCRIPTION / UPC CASE PKG INFO ITEM | EACH COST | DISCOUNT EACH | TOTAL AMOUNT | RETAIL AMOUNT |
|---|---|---|---|---|---|
| 8 | 447 .50 QN VAN CR 06206700 | 0.3700 | 0.0000 | 2.96 | 4.00 |
| 30 | 16207 .50 CRA DORIT | 0.3700 | 0.0000 | 29.60 | 40.00 |
| | 2 40REG 07330901 | | | | |
| 10 | 16209 .50 DR SPY HA | 0.3700 | 0.0000 | 14.80 | 20.00 |
| | 1 40REG 07311101 | | | | |
| 18 | 16205 .50 HOT CHEET | 0.3700 | 0.0000 | 17.76 | 24.00 |
| | 1 48REG 07180101 | | | | |
| 18 | 16201 .50 CSC RUFFL | 0.3700 | 0.0000 | 17.76 | 24.00 |
| | 1 48REG 08839401 | | | | |
| 10 | 8770 .50 REG FUNYU | 0.3700 | 0.0000 | 14.80 | 20.00 |
| | 1 40REG 06597901 | | | | |
| 10 | 6713 .50 REG MUNCH | 0.3700 | 0.0000 | 14.80 | 20.00 |
| | 1 40REG 06597701 | | | | |
| 6 | 42073 1.69 DR NAC 08059400 | 1.1800 | 0.0000 | 7.08 | 10.14 |
| 6 | 42119 1.69 DR SWT C 08118500 | 1.1800 | 0.0000 | 7.08 | 10.14 |
| 4 | 42066 1.69 1B DILL 08052100 | 1.1800 | 0.0000 | 4.72 | 6.76 |
| 6 | 43393 1.69 CT FLAMI 08072400 | 1.1800 | 0.0000 | 7.08 | 10.14 |
| 5 | 28204 1.69 REG FUNY 07942300 | 1.1800 | 0.0000 | 5.90 | 8.45 |
| 331 | | | | 144.34 | 197.63 |

## ⁑RETURNS⁑

MANUFACTURER: 28400  FRITO LAY - 0028400

| QTY EACH | DESCRIPTION / UPC CASE PKG INFO ITEM | EACH COST | DISCOUNT EACH | TOTAL AMOUNT | RETAIL AMOUNT |
|---|---|---|---|---|---|
| 1 | 16205 .50 HOT CHEET 07180100 | 0.3700 | 0.0000 | 0.37b | 0.50 |
| 1 | | | | 0.37 | 0.50 |

TOTAL CASES SOLD:            7
TOTAL EACHES SOLD:          35
TOTAL EACH AND EACHES SOLD: 331

GROS: SALES AMOUNT:        $144.34   TOTAL RETURNS:              $0.37
TOTAL SALES DISCOUNT:        $0.00   TOTAL RETURN DISCOUNT:     -$0.00

**A.R. 1078**

NET SALES:                  $144.34  NET RETURNS.              $0.37

NET SALES:                  $144.34
LESS NET RETURNS:           **0411819 RCVD 7/2/19**          ⑤②

NET TAX:                    $0.00
                            =============

TOTAL DUE:                  $143.97

TOTAL RETAIL DOLLARS:       $197.13


0960140805020042663818   33

TAX EXEMPTION #: EXEMPT ENTITY

CUSTOMER AGREES TO PAY ALL AMOUNTS OWED TO ROLLING FRITO-LAY SALES LP ("RFLS")
IN ACCORDANCE WITH THE TERMS DESCRIBED ABOVE OR ANY OTHER PAYMENT TERMS AS RFLS
MAY ESTABLISH; SALES TO CUSTOMER ARE CONDITIONED ON COMPLIANCE WITH OUR TERMS.

MANUFACTURER: 28400  FRITO LAY   0028400
========================================================================

UNIT COST SUMMARY          **SALES**      304 @ $0.3700
                           27 @ $1.1800
                           **RETURNS**      1 @ $0.3700
RETAIL PRICE SUMMARY       **SALES**      304 @ $0.5000
                           27 @ $1.6900
                           **RETURNS**      1 @ $0.5000

SALES FOR WEEK ENDING 28.Apr..2018        $142      0%
SALES FOR WEEK ENDING 28.Apr..2017         $0
2018 YTD SALES                            $2,046     3%
2017 YTD SALES                            $1,987

```
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
*        Thank You For Your Business         *
*                                            *
*     Our Frito-Lay Customer Promise:        *
*        > Always In Stock                   *
*        > Perfect Merchandising             *
*        > Best Business Partner             *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
```

DO NOT WRITE BELOW THIS LINE
========================================================================

0960140805020042663822   33

**A.R. 1079**



04116131RCVD 7/2/19

79 REMITTANCE DR. - SUITE 1217
CHICAGO, IL 60675-1217
(410) 350-8810

CASH SALES

INVOICE #: 09609916
DIV 04 ROUTE 26638
DATE: 03.Jan.2018
TIME: 12:22:30

EMPLOYEE: REUBEN SANDERS
EMPLOYEE ID: 03154376

GREEN APPLE
2526 WASHINGTON BLVD
BALTIMORE, MD 21230-1407
ACCOUNT #: 42069839

CUST #:
#:

**\*\*SALES\*\***

MANUFACTURER: 28400  FRITO-LAY - 0028400

| QTY EACH | UPC | CASE | PKG INFO | ITEM | EACH COST | --DISCOUNT-- EACH | TOTAL TOTAL AMOUNT | RETAIL AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 40 | 16207 | .50 | CRA DORIT | | 0.3700 | 0.0000 | 0.00 14.80 | 20.00 |
| | | 1 40REG | | 07330901 | | | | |
| 40 | 16208 | .50 | NAC DORIT | | 0.3700 | 0.0000 | 0.00 14.80 | 20.00 |
| | | 1 40REG | | 07331001 | | | | |
| 40 | 16215 | .50 | SWC DORIT | | 0.3700 | 0.0000 | 0.00 14.80 | 20.00 |
| | | 1 40REG | | 07331401 | | | | |
| 40 | 8770 | .50 | REG FUNYU | | 0.3700 | 0.0000 | 0.00 14.80 | 20.00 |
| | | 1 40REG | | 06597901 | | | | |
| 40 | 6713 | .50 | REG MUNCH | | 0.3700 | 0.0000 | 0.00 14.80 | 20.00 |
| | | 1 40REG | | 06597701 | | | | |
| 3 | 43634 | 1.69 | DR JKD R | | 08059600 | 1.1800 | 0.0000 | 0.00 3.54 | 5.07 |
| 3 | 43143 | 1.69 | RF CSC | 08067900 | 1.1800 | 0.0000 | 0.00 3.54 | 5.07 |
| 3 | 43393 | 1.69 | CT FLAMI | 08072400 | 1.1800 | 0.0000 | 0.00 3.54 | 5.07 |
| 209 | | | | | | | 84.62 | 115.21 |

TOTAL CASES SOLD:            5
TOTAL EACHES SOLD:           9
TOTAL EXTENDED EACHES SOLD:  209

GROSS SALES AMOUNT:      $84.62    GROSS RETURNS:               $0.00
TOTAL SALES DISCOUNT:    -$0.00    TOTAL RETURN DISCOUNT:      -$0.00

NET SALES:               $84.62    NET RETURNS:                -$0.00

**A.R. 1080**

| | |
|---|---|
| NET SALES: | $84.62 |
| LESS NET RETURNS: | -$0.00 |
| NET TAX: | $0.00 |

**0411619 RCVD 7/2/19**

(54)

===========

**TOTAL DUE:** **$84.62**

TOTAL RETAIL DOLLARS: $115.21

TAX EXEMPTION #: EXEMPT ENTITY

CUSTOMER AGREES TO PAY ALL AMOUNTS OWED TO ROLLING FRITO-LAY SALES LP ("RFLS") IN ACCORDANCE WITH THE TERMS DESCRIBED ABOVE OR ANY OTHER PAYMENT TERMS AS RFLS MAY ESTABLISH; SALES TO CUSTOMER ARE CONDITIONED ON COMPLIANCE WITH OUR TERMS.

MANUFACTURER: 28400  FRITO-LAY - 0028400

===========================================================

| | | |
|---|---|---|
| UNIT COST SUMMARY | **SALES** | 200 @ $0.3700 |
| | 9 @ $1.1800 | |
| RETAIL PRICE SUMMARY | **SALES** | 200 @ $0.5000 |
| | 9 @ $1.6900 | |

| | | |
|---|---|---|
| SALES FOR WEEK ENDING 30.Dec.2017 | $101 | -28% |
| SALES FOR WEEK ENDING 30.Dec.2016 | $141 | |

096099160103042663814   33

- - - - - - - - - - - - - - - - - -CUT HERE- - - - - - - - - - - - - - - - - -

Pg 2 of 2

| | | |
|---|---|---|
| 2017 YTD SALES | $6,284 | -15% |
| 2016 YTD SALES | $7,363 | |

```
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
*     Thank You For Your Business                *
*                                                        *
*   Our Frito-Lay Customer Promise:              *
*        > Always In Stock                       *
*        > Perfect Merchandising                 *
*        > Best Business Partner                 *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
```

DO NOT WRITE BELOW THIS LINE

===========================================================

096099160103042663829   33

HH4.PROD.4.68.6.0

**A.R. 1081**

75 REMITTANCE DR. - SUITE 1217
CHICAGO, IL 60675-1217
(410) 350-8810

CASH SALES

INVOICE #: **09600011**
DIV 04 ROUTE 26638
DATE: 10.Jan.2018
TIME: 15:14:58

EMPLOYEE: REUBEN SANDERS
EMPLOYEE ID: 03154376

GREEN APPLE
2526 WASHINGTON BLVD
BALTIMORE, MD 21230-1407
ACCOUNT #: 42069839

CUST #:
#:

**\*\*SALES\*\***

MANUFACTURER: 28400  FRITO-LAY - 0028400 

| QTY EACH | UPC CASE PKG INFO | DESCRIPTION ITEM | EACH COST | --DISCOUNT-- EACH | TOTAL | TOTAL AMOUNT | RETAIL AMOUNT |
|---|---|---|---|---|---|---|---|
| 4 | 3 SS | TOS NAC CH 04643800 | 0.8400 | 0.0000 | 0.00 | 3.36 | 4.76 |
| 40 | 16207 .50 | CRA DORIT 07330900 | 0.3700 | 0.0000 | 0.00 | 14.80 | 20.00 |
| 40 | 16208 .50 | NAC DORIT 07331000 | 0.3700 | 0.0000 | 0.00 | 14.80 | 20.00 |
| 40 | 16209 .50 | DR F'Y NA 07331100 | 0.3700 | 0.0000 | 0.00 | 14.80 | 20.00 |
| 48 | 16204 .50 | CT LAD JA 07180000 | 0.3700 | 0.0000 | 0.00 | 17.76 | 24.00 |
| 2 | 43634 1.69 | DR JKD R 08059600 | 1.1800 | 0.0000 | 0.00 | 2.36 | 3.38 |
| 3 | 43503 1.69 | CT JUM P 08061300 | 1.1800 | 0.0000 | 0.00 | 3.54 | 5.07 |
| 4 | 43774 1.69 | CS HOT F 08076800 | 1.1800 | 0.0000 | 0.00 | 4.72 | 6.76 |
| 181 | | | | | | 76.14 | 103.97 |

| | | |
|---|---|---|
| TOTAL CASES SOLD: | 0 | |
| TOTAL EACHES SOLD: | 181 | |
| TOTAL EXTENDED EACHES SOLD: | 181 | |

| | | | |
|---|---|---|---|
| GROSS SALES AMOUNT: | $76.14 | GROSS RETURNS: | $0.00 |
| TOTAL SALES DISCOUNT: | -$0.00 | TOTAL RETURN DISCOUNT: | -$0.00 |
| NET SALES: | $76.14 | NET RETURNS: | -$0.00 |

NET SALES: $76.14

**A.R. 1082**

NET TAX:                    $0.00

**0411619 RCVD 7/2/19**          (56)

TOTAL DUE:                 $76.14

TOTAL RETAIL DOLLARS:      $103.97

TAX EXEMPTION #: EXEMPT ENTITY

CUSTOMER AGREES TO PAY ALL AMOUNTS OWED TO ROLLING FRITO-LAY SALES LP ("RFLS")
IN ACCORDANCE WITH THE TERMS DESCRIBED ABOVE OR ANY OTHER PAYMENT TERMS AS RFLS
MAY ESTABLISH; SALES TO CUSTOMER ARE CONDITIONED ON COMPLIANCE WITH OUR TERMS.

MANUFACTURER: 28400  FRITO-LAY  0028400


| UNIT COST SUMMARY | **SALES** | 4 @ $0.8400 |
| | 168 @ $0.3700 | 9 @ $1.1800 |
| RETAIL PRICE SUMMARY | **SALES** | 4 @ $1.1900 |
| | 168 @ $0.5000 | 9 @ $1.6900 |

| SALES FOR WEEK ENDING 06.Jan.2018 | $100 | 2% |
| SALES FOR WEEK ENDING 06.Jan.2017 | $98 | |
| 2018 YTD SALES | $6,384 | -16% |
| 2017 YTD SALES | $7,578 | |

0960001101100426663815   33

- - - - - - - - - - - - - - - - -CUT HERE- - - - - - - - - - - - - - - - -

Pg 2 of 2

```
***********************************
*   Thank You For Your Business   *
*                                 *
*   Our Frito-Lay Customer Promise:*
*      > Always in Stock          *
*      > Perfect Merchandising    *
*      > Best Business Partner    *
***********************************
```

DO NOT WRITE BELOW THIS LINE

0960001101100426382x   33

HH4.PROD.4.68.9.0

**A.R. 1083**



FRITO-LAY
75 REMITTANCE DR. - SUITE 1217
CHICAGO, IL 60675-1217
(410) 350-8810

CASH SALES

INVOICE #: **09600088**
DIV 04 ROUTE 26638
DATE: 17.Jan.2018
TIME: 12:26:40

EMPLOYEE: REUBEN SANDERS
EMPLOYEE ID: 03154376

GREEN APPLE
2526 WASHINGTON BLVD
BALTIMORE, MD 21230-1407
ACCOUNT #: 42069839

CUST #:
#:

**\*\*SALES\*\***

MANUFACTURER: 28400 FRITO-LAY - 0028400

| QTY EACH | UPC | CASE PKG INFO | ITEM | EACH COST | --DISCOUNT-- EACH | TOTAL | TOTAL AMOUNT | RETAIL AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 2 | 3 | SS TOS NAC CH | 04643800 | 0.8400 | 0.0000 | 0.00 | 1.68 | 2.38 |
| 2 | 56 | SS LAYS RANCH | 04643700 | 0.8400 | 0.0000 | 0.00 | 1.68 | 2.38 |
| 2 | 7098 | 15.0 CON QUE | 05063500 | 2.9400 | 0.0000 | 0.00 | 5.88 | 7.98 |
| 10 | 16207 | .50 CRA DORIT 1 40REG | 07330901 | 0.3700 | 0.0000 | 0.00 | 14.80 | 20.00 |
| 10 | 16208 | .50 NAC DORIT 1 40REG | 07331001 | 0.3700 | 0.0000 | 0.00 | 14.80 | 20.00 |
| 10 | 16215 | .50 SWC DORIT 1 40REG | 07331401 | 0.3700 | 0.0000 | 0.00 | 14.80 | 20.00 |
| 18 | 16184 | .50 FR HNY BB 1 48REG | 07178301 | 0.3700 | 0.0000 | 0.00 | 17.76 | 24.00 |
| 36 | 8761 | .50 JUM PUF C 1 36REG | 06596701 | 0.3700 | 0.0000 | 0.00 | 13.32 | 18.00 |
| 18 | 16202 | .50 CRY CHEET 1 48REG | 07179601 | 0.3700 | 0.0000 | 0.00 | 17.76 | 24.00 |
| 18 | 16201 | .50 CSC RUFFL 1 48REG | 08839401 | 0.3700 | 0.0000 | 0.00 | 17.76 | 24.00 |
| 10 | 8770 | .50 REG FUNYU 1 40REG | 06597901 | 0.3700 | 0.0000 | 0.00 | 14.80 | 20.00 |
| 10 | 377 | .50 FY HOT 1 40REG | 06480801 | 0.3700 | 0.0000 | 0.00 | 14.80 | 20.00 |
| 2 | 42119 | 1.69 DR SWT C | 08118500 | 1.1800 | 0.0000 | 0.00 | 2.36 | 3.38 |
| 3 | 43143 | 1.69 RF CSC | 08067900 | 1.1800 | 0.0000 | 0.00 | 3.54 | 5.07 |
| 2 | 43503 | 1.69 CT JUM P | 08061300 | 1.1800 | 0.0000 | 0.00 | 2.36 | 3.38 |
| 2 | 43393 | 1.69 CT FLAMI | 08072400 | 1.1800 | 0.0000 | 0.00 | 2.36 | 3.38 |
| 3 | 41772 | 1.69 FR HNY B | 08046800 | 1.1800 | 0.0000 | 0.00 | 3.54 | 5.07 |
| 2 | 43774 | 1.69 CS HOT F | 08076800 | 1.1800 | 0.0000 | 0.00 | 2.36 | 3.38 |
| 6 | 67054 | 1.99 DR NAC C | 08871200 | 1.4000 | 0.0000 | 0.00 | 8.40 | 11.94 |
| 6 | 67055 | 1.99 DR CRA C | 08870600 | 1.4000 | 0.0000 | 0.00 | 8.40 | 11.94 |
| 412 | | | | | | | 183.16 | 250.28 |

**A.R. 1084**

**✦✦RETURNS✦✦**

MANUF 04-11-63-500 RC AV DAV 7/20 08400



| QTY EACH | DESCRIPTION UPC CASE PKG INFO | ITEM | EACH COST | --DISCOUNT-- EACH TOTAL AMOUNT | | TOTAL AMOUNT | RETAIL AMOUNT |
|---|---|---|---|---|---|---|---|
| L6 | 16186 .50 REG FRITO | 07178500 | 0.3700 | 0.0000 | 0.00 | 5.92s | 8.00 |
| 16 | | | | | | 5.92 | 8.00 |

| | | |
|---|---|---|
| TOTAL CASES SOLD: | 9 | |
| TOTAL EACHES SOLD: | 32 | |
| TOTAL EXTENDED EACHES SOLD: | 412 | |

| | | | |
|---|---|---|---|
| GROSS SALES AMOUNT: | $183.16 | GROSS RETURNS: | $5.92 |
| TOTAL SALES DISCOUNT: | -$0.00 | TOTAL RETURN DISCOUNT: | -$0.00 |
| NET SALES: | $183.16 | NET RETURNS: | -$5.92 |

09G00088011704266381x   33

· · · · · · · · · · · · · · · · · · CUT HERE · · · · · · · · · · · · · · · ·

Pg 2 of 2

| | |
|---|---|
| NET SALES: | $183.16 |
| LESS NET RETURNS: | -$5.92 |
| NET TAX: | $0.00 |

**TOTAL DUE:**   **$177.24**

TOTAL RETAIL DOLLARS:   $242.28

TAX EXEMPTION #: EXEMPT ENTITY

CUSTOMER AGREES TO PAY ALL AMOUNTS OWED TO ROLLING FRITO-LAY SALES LP ("RFLS")
IN ACCORDANCE WITH THE TERMS DESCRIBED ABOVE OR ANY OTHER PAYMENT TERMS AS RFLS
MAY ESTABLISH; SALES TO CUSTOMER ARE CONDITIONED ON COMPLIANCE WITH OUR TERMS.

MANUFACTURER: 28400  FRITO-LAY - 0028400

**A.R. 1085**

**0411619 RCVD 7/2/19**



**CASH & CHRRY**
1400 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS OCTAVIA

```
30183155-GREEN APPLE GROCE40000261180
        DEER PARK SPRING W       6.99 B
        40 Beverage Containers
        DEER PARK SPRING W       7.25 B
        24 Beverage Containers
        TAX                      0.86
        TAX EXEMPTION            0.86-
****    BALANCE                 14.24
        CASH                     4.25
        CASH                    20.00
        CHANGE                  10.01
TOTAL NUMBER OF ITEMS SOLD =       2
```
**64 Total Beverage Containers**
B. Green&Co Inc. ID:C-273-000
05/10/18 11:33am 1 5 3 130

CUST: 30183155-GREEN APPLE GROCERY &
ACCOUNT#: 40000261180

Thank You For Shopping at Cash & Carry
STORE HOURS:
MON-FRI:6A-4P SAT:7A-4P SUN:8A-4P
*********************************
====Thank you for shopping with us====
*********************************

**A.R. 1086**

**0411619 RCVD 7/2/19**



**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS CAITLYN

30183155-GREEN APPLE GROCE40000261180
4 @ 70.49
```
        NEWPORT MENTH BOX      281.96 T
        NEWPORT NON-MENTHO      56.19 T
        SUNNY DELIGHT CITR       7.89 F
        TASTYKAKE CHOCOLAT       2.29 F
        TASTYKAKE CHOCOLAT       2.29 F
        TASTYKAKE KOFFEE K       2.29 F
        N&L SOFT CHERRY          3.59 B
        E FRUTTI SOUR MINI       4.75 B
        E-FRUTTI MINI BURG       4.75 B
4 @ 6.99
        1/6 BLACK BAG           27.96 T
        TAX                     22.76
        TAX EXEMPTION           22.76-
  **** BALANCE                 393.96
        CASH                   394.00
        CHANGE                   0.04
```
TOTAL NUMBER OF ITEMS SOLD =    16
04/22/18 10:43am 1 8 34 308

CUST  30183155-GREEN APPLE GROCERY &
ACCOUNT#: 40000261180

Thank You For Shopping at Cash & Carry
STORE HOURS:
MON-FRI:6A-4P SAT:7A-4P SUN:8A-4P
*****************************
****Thank you for shopping with us****

**A.R. 1087**



CASH & CARRY
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS NICOLE B

30183155-GREEN APPLE GROCE40000261180
3 @ 70.49
            NEWPORT MENOL BOX      211.47 T
            SUPER CHILL GRAPE        6.59 B
            24 Beverage Containers
            SPRITE                  10.99 B
            24 Beverage Containers
            TAX                     13.75
            TAX EXEMPTION           13.75-
**** BALANCE                       229.05
            CASH                   240.05
            CHANGE                  11.00
TOTAL NUMBER OF ITEMS SOLD =        5
48 Total Beverage Containers
B. Green&Co Inc. ID:C-273-000
04/08/18 01:57pm 1 8 65 25

COST  30183155-GREEN APPLE GROCERY &
ACCOUNT#: 40000261180

Thank You For Shopping at Cash & Carry
            STORE HOURS
MON-FRI 6A-4P SAT 7A-4P SUN:8A-4P
**********************************
----Thank you for shopping with us----
**********************************

**A.R. 1088**



CASH & CARRY
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS SANDRA

30183155-GREEN APPLE GROCE40000261180
NEWPORT MENTH BOX        70.49 T
HAT'S OFF CIGAR 20       15.95 T
3 @ 70.49
NEWPORT MENTH BOX       211.47 T
E FRUTTI SOUR MINI        3.99 B
BOSTON BAKED BEANS        3.35 B
APPLE HEADS               3.35 B
NOW & LATER BANANA        3.59 B
NOW & LATER BLUE/R        3.59 B
MIKE & IKE  ORIGIN        3.69 B
TAX                      19.17
TAX EXEMPTION            19.17-
**** BALANCE            319.47
CASH                    320.00
CHANGE                    0.53
TOTAL NUMBER OF ITEMS SOLD =    11
03/28/18 12:33pm 1 8 74 235

CUST  30183155-GREEN APPLE GROCERY &
ACCOUNT#: 40000261180

Thank You For Shopping at Cash & Carry
STORE HOURS
MON-FRI 6A-4P SAT 7A-4P SUN:8A-4P
*********************************
****Thank you for shopping with us****
*********************************



**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS LISA M

30604398 GREEN APPLE GROCE 40000261180
3 9 67 75

| | | |
|---|---|---|
| NEWPORT MENTH BOX | 203.25 | T |
| MAVERICK MENTHOL B | 51.39 | T |
| MARLBORO LIGHT BOX | 63.79 | T |
| NEWPORT NON MENTHO | 52.59 | T |
| TAX | 22.27 | |
| TAX EXEMPTION | 22.27 | |
| **** BALANCE | 371.02 | |
| CASH | 360.00 | |

# AMOUNT    $11.02
CASH BACK $0.00

\*\*\*\*\*\*\*\*\*\*\*\*\*\*9335

| | | |
|---|---|---|
| DEBIT | 11.02 | |
| CHANGE | 0.00 | |

TOTAL NUMBER OF ITEMS SOLD - 6
03/02/17 09:21am 1 8 50 227

CUST: 30604398 GREEN APPLE GROCERY &
ACCOUNT#: 40000261180

Thank You For Shopping at Cash & Carry
STORE HOURS:
MON-FRI 6A-4P SAT 7A-4P SUN 8A-4P
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
====Thank you for shopping with us====
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**A.R. 1090**



CASH & CARRY
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539 6134
YOUR CASHIER TODAY IS LISA

30183155 GREEN APPLE GROC 40000261
    MAVERICK MENTHOL B    53.1
3 @ 69.55
    NEWPORT MENTH BOX   208.6
3 @ 0.85
    HAUSWALD'S BREAD    2.5
2 @ 1.45
    RUTTER'S HVD MILK   2.9
8 @ 0.99
    PINT CHOCOLATE MLK  7.9.
    TAX    15.7.
    TAX EXEMPTION   15.7.
**** BALANCE    275.2
    CASH    200.00
    CASH    275.00
    CHANGE    199.75
TOTAL NUMBER OF ITEMS SOLD =  17
03/02/18 11:16am 1 8 66 123

CUST 30183155-GREEN APPLE GROCERY &
ACCOUNT# 40000261180

Thank You For Shopping at Cash & Car
STORE HOURS
MON-FRI 6A-4P SAT 7A-4P SUN 8A-4P
*********************************
----Thank you for shopping with us--
*********************************

**A.R. 1091**



0411619 RCVD 7/2/19

**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS PATRICIA

30186586-STOP AND GO GROCE40000261205

| | | |
|---|---|---|
| | NEWPORT NON-MENTHO | 70.69 T |
| | MAVERICK BOX 100'S | 54.29 T |
| | MARLBORO LIGHT BOX | 66.69 T |
| | TAX | 11.51 |
| | TAX EXEMPTION | 11.51- |
| **** | BALANCE | 191.67 |
| | CASH | 100.00 |
| | CASH | 92.00 |
| | CHANGE | 0.33 |

TOTAL NUMBER OF ITEMS SOLD = 3
07/05/18 03:04pm 1 8 126 241

CUST: 30186586-STOP AND GO GROCERY L
ACCOUNT#: 40000261205

Thank You For Shopping at Cash & Carry
STORE HOURS:
MON-FRI:6A-4P SAT:7A-4P SUN:8A-4P
************************************
----Thank you for shopping with us====
************************************

0411619 RCVD 7/2/19

CASH & CARRY
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS LISA M

30058537-GREEN APPLE GROCE40000261180
4 @ 68.55

| | | |
|---|---|---|
| | NEWPORT MENTH BOX | 274.20 T |
| 4 @ 0.85 | | |
| | HAUSWALD'S BREAD | 3.40 F |
| | TAX | 16.46 |
| | TAX EXEMPTION | 16.46- |
| **** | BALANCE | 277.60 |
| | CASH | 280.00 |
| | CHANGE | 2.40 |

TOTAL NUMBER OF ITEMS SOLD = 8
06/27/17 03:27pm 1 8 114 227

CUST: 30058537-GREEN APPLE GROCERY &
ACCOUNT#: 40000261180

Thank You For Shopping at Cash & Carry
STORE HOURS:
MON-FRI:6A-4P SAT:7A-4P SUN:8A-4P
************************************
===Thank you for shopping with us====

**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS OCTAVIA

30183155-GREEN APPLE GROCE40000261180
```
        NEWPORT MENTH BOX      70.59 T
2 @ 70.49
        NEWPORT MENTH BOX     140.98 T
        TAX                    12.70
        TAX EXEMPTION          12.70-
**** BALANCE                  211.57
        CASH                  220.00
        CHANGE                  8.43
TOTAL NUMBER OF ITEMS SOLD =      3
06/29/18 08:12am 1 8 21 130
```

CUST  30183155-GREEN APPLE GROCERY &
ACCOUNT#: 40000261180

Thank You For Shopping at Cash & Carry
STORE HOURS:
MON-FRI 6A-4P SAT 7A-4P SUN 8A-4P
*********************************
====Thank you for shopping with us====
*********************************

**A.R. 1094**

Sales Rep:        Herbert Bellock



08/16/19 RCVD 7/27/19

Route #:        5902
TRID/CID:        019142/2

# INVOICE

## # 00569858
07/31/2018 02:43 PM

## GREEN APPLE DELI & GROCERY

2526 Washington Blvd
Baltimore, MD 21230

Vendor #:
Store #:
Customer #:        9905494
TAX ID:        15096140
PO #:
ACCOM CODE #:

## SALES SUMMARY

|  | Qty | Amount |
|---|---|---|
| **Sales** | | |
| Cases | 43 | 506.45 |
| Total Units | 552 | |
| **Credits** | | |
| Full Cases | 0 | 0.00 |
| Single Units | 0 | 0.00 |
| Total Units | 0 | |
| Container Deposits | | 0.00 |
| Sales Tax | | 0.00 |
| State/Local Charges | | 18.60 |
| **Amount Due** | | **$525.05** |

## TERMS: Money Order

RECEIVED BY:

A.R. 1095

# GREEN APPLE DELI & GROCERY

2526 Washington Blvd
Baltimore, MD 21230

Vendor #:
Store #
Customer #:                    9905494
TAX ID                        15096140
PO #:
ACCOM CODE #:

## SALES SUMMARY

|                      | Qty | Amount   |
|----------------------|-----|----------|
| Sales                |     |          |
| Cases                | 23  | 256.50   |
| Total Units          | 282 |          |
| Credits              |     |          |
| Full Cases           | 0   | 0.00     |
| Single Units         | 14  | -9.19    |
| Total Units          | 14  |          |
| Container Deposits   |     | 0.00     |
| Sales Tax            |     | 0.00     |
| State/Local Charges  |     | 9.80     |
| **Amount Due**       |     | **$257.11** |

## TERMS: Money Order

RECEIVED BY:

**A.R. 1096**



**PEPSI BEVERAGES COMPANY**

6751 Alexander Bell Drive
Columbia, MD 21046
Contact #: (443) 367-9458

| Sales Rep: | Bylly Tarver |
|---|---|
| Route #: | 5903 |
| NRID/CID: | 613141/0 |

# INVOICE

**# 27088454**
01/17/2018 01:56 PM

## GREEN APPLE DELI & GROCERY

2526 Washington Blvd
Baltimore, MD 21230

Vendor #:
Store #:
Customer #:                           9905494
TAX ID:                              15096140
PO #:
ACCOM CODE #:

## SALES SUMMARY

|  | Qty | Amount |
|---|---|---|
| Sales |  |  |
|   Cases | 18 | 250.25 |
|   Total Units | 228 |  |
| Credits |  |  |
|   Full Cases | 0 | 0.00 |
|   Single Units | 0 | 0.00 |
|   Total Units | 0 |  |
| Container Deposits |  | 0.00 |
| Sales Tax |  | 0.00 |
| State/Local Charges |  | 7.80 |
| **Amount Due** |  | **$256.05** |

## TERMS: Money Order

RECEIVED BY:

*Mallol*

**A.R. 1097**

**2L PL 1/8S**

BRSK FP 0-12000-63840-4
20.00   3   24  6.95   20.85

6411619 RC'VD 7/2/19

CRSH GRP 0-78000-01356-6
20.00   2   16  6.95   13.90

CRSH ORG 0-78000-01336-8
20.00   5   40  6.95   34.75

CRSH STRW 0-78000-01371-9
20.00   2   16  6.95   13.90

LPT BRSK SWL 0-12000-20237-7
20.00   5   40  6.95   34.75

SCHW G ALE 0-78000-20646-3
20.00   5   40  6.95   34.75

CRSH PNAP 0-78000-01416-7
20.00   3   24  6.95   20.85

SUBTOTAL   25   200     173.75

**10.1OZ PL 1/24**

FRT SHT APL NASLV 6-99632-00111-2
20.00   1   24 14.25   14.25

FRT SHT FP NAS 6-99632-00330-7
20.00   1   24 14.25   14.25

SUBTOTAL   2   48     28.50

**1.48OZ PL 1/20**

QKR BIG CHWY PBCC 0-30000-00409-8
15.00   1   20  9.90   9.90

SUBTOTAL   1   20     9.90

**1.23OZ PL 1/24**

QKR YGRT BAR BBRY 0-30000-00046-5
20.00   1   24 11.88   11.88

SUBTOTAL   1   24     11.88

## STATE/LOCAL CHARGES

| Package | Amount |
| --- | --- |
| Baltimore Container Tax - .05 | |
| 16OZ CN 1/12 | 1.80 |
| 1L PL 1/12S | 7.80 |
| 20OZ PL 1/24 | 6.00 |
| 28OZ PL 1/15 | 1.50 |
| SUBTOTAL | 17.10 |

**Amount Due**
for this Invoice:     **$657.78**

A.R. 1098



**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS LISA

TRANSACTION RETRIEVED
RETRIEVAL NUMBER:        1/69
30183155-GREEN APPLE GROCE 40000261180
  SUPER CHILL BLACK       6.25 F
  24 Beverage Containers
  PEPSI COLA              7.99 B
  CLASSIC COKE            9.99 B
  SPRITE                 10.99 B
  24 Beverage Containers
4 @ 70.49
  NEWPORT MENTH BOX     281.96 T
  WILD ROSES              4.65 T
  TAX                    18.94
  TAX EXEMPTION          18.94-
 **** BALANCE              321.83
  CASH          *       200.00
  CASH                   50.00
  CASH                   50.00
  CASH                   22.00
  CHANGE                  0.17
TOTAL NUMBER OF ITEMS SOLD =    5
**48 Total Beverage Containers**
**B. Green&Co Inc. ID:C-273-000**
07/04/18 11:22am 1 8 86 123

CUST: 30183155-GREEN APPLE GROCERY &
ACCOUNT#: 40000261180

Thank You For Shopping at Cash & Carry
STORE HOURS:
MON-FRI:6A-4P SAT:7A-4P SUN:8A-4P
*****************************************
====Thank you for shopping with us====
*****************************************

**A.R. 1099**

# ITEM DETAIL

0411619 RCVD 7/2/19

## SALES

Description UPC

| Whisl | Cases | Units | Net | Amount |
|-------|-------|-------|-----|--------|

### 15OZ CN 1/12

STRBK DSE MCHA 0-12000-02845-8

| 30.00 | 1 | 12 | 23.65 | 23.65 |

STRBK DSE VAN 0-12000-02849-6

| 30.00 | 3 | 36 | 23.65 | 70.95 |

STRBK DSE COF 0-12000-02847-2

| 30.00 | 1 | 12 | 23.65 | 23.65 |

| SUBTOTAL | 5 | 60 | | 118.25 |

### 18.5OZ PL 1/12

LIT PLF EXSWT 0-12000-28617-9

| 25.00 | 1 | 12 | 12.50 | 12.50 |

| SUBTOTAL | 1 | 12 | | 12.50 |

### 20OZ PL 1/24

MDEW ICE 0-12000-17085-0

| 40.00 | 1 | 24 | 18.75 | 18.75 |

| SUBTOTAL | 1 | 24 | | 18.75 |

### 1L PL 1/12S

BRSK FP 0-12000-56749-0

| 20.00 | 1 | 12 | 7.75 | 7.75 |

BRSK PCH T 0-12000-03402-2

| 20.00 | 1 | 12 | 7.75 | 7.75 |

BRSK PK LMND 0-12000-36419-6

| 20.00 | 1 | 12 | 7.75 | 7.75 |

BRSK SWT 0-12000-03187-8

| 20.00 | 1 | 12 | 7.75 | 7.75 |

BRSK TEA LMND 0-12000-03401-5

| 20.00 | 1 | 12 | 7.75 | 7.75 |

LPT BRSK SWL 0-12000-20238-4

| 20.00 | 1 | 12 | 7.75 | 7.75 |

MDEW 0-12000-00297-7

| 20.00 | 1 | 12 | 15.50 | 15.50 |

PEPSI 0-12000-00294-6

| 20.00 | 1 | 12 | 15.50 | 15.50 |

7 BRSK TEA TROPLMND 0-12000-04273-

| 20.00 | 1 | 12 | 7.75 | 7.75 |

BRSK PNAP PF 0-12000-14165-2

| 20.00 | 1 | 12 | 7.75 | 7.75 |

BRSK IT STW MLN12 0-12000-16123-0

| 20.00 | 1 | 12 | 7.75 | 7.75 |

| SUBTOTAL | 11 | 132 | | 100.75 |

## STATE/LOCAL CHARGES

| Package | Amount |
|---------|--------|
| **Baltimore Container Tax - .05** | |
| 18.5OZ PL 1/12 | 0.60 |
| 1L PL 1/12S | 6.00 |
| 20OZ PL 1/24 | 1.20 |
| SUBTOTAL | 7.80 |

| Amount Due for this Invoice: | $258.05 |

**A.R. 1100**



CASH & CARRY
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539 6134
YOUR CASHIER TODAY IS LISA

TRANSACTION RETRIEVED
RETRIEVAL NUMBER        1/14
50183196 GREEN APPLE GROC 40000261180
        012 CHEESE CURLS     12 99 F
        012 BBQ POTATO CHI    12 99 F
2 @ 0 95
        BUTLER'S PUNCH         1 90 F
2 @ 2 59
        TASTYKAKE CHOCORAT     5 18 F
        TASTYKAKE KANDY KA     2 59 F
        CHOCOLAT  CREAM KA     2 59 F
        TASTYKAKE FRUITI K     2 59 F
        COMBOS CHEDDAR PRE     8 39 F
        OREOS S/S             5 49 F
        HERB'S OLD HOT SAU    14 99 F
        MARLBORO BOX 100      65 59 T
        NEWPORT NON MENTHO    55 29 T
        MAVERICK MENTHOL B    53 19 T
3 @ 69 55
        NEWPORT MENTH BOX    208 65 T
        TAX                   22 97
        TAX EXEMPTION         22 97-
    **** BALANCE            452 42
        CASH                455 00
        CHANGE                2 58
TOTAL NUMBER OF ITEMS SOLD -    18
01/06/18 08 11am I 8 13 123

COST  50183196 GREEN APPLE GROCERY &
ACCOUNT#  40000261180

Thank You for Shopping at Cash & Carry
          STORE HOURS
MON FRI 6A 4P SAT 7A 4P SUN 8A 4P
************************************
----Thank you for shopping with us----
************************************

**A.R. 1101**

041(C/9) RCVD 7/2/19



**PBC**

**PEPSI BEVERAGES COMPANY**

6751 Alexander Bell Drive
Columbia, MD 21046
Contact #: (443) 367-9458

| Sales Rep: | Devroy Haughton |
|---|---|
| Route #: | 5531 |
| NRID/CID: | 613121/1 |

# INVOICE

**# 23718357**
01/29/2018 02:37 PM

## GREEN APPLE DELI & GROCERY

2526 Washington Blvd
Baltimore, MD 21230

Vendor #:
Store #:
Customer #:                    9905494
TAX ID:                         15096140
PO #:
ACCOM CODE #:

## SALES SUMMARY

|  | Qty | Amount |
|---|---|---|
| Sales | | |
| Cases | 31 | 293.50 |
| Total Units | 344 | |
| Credits | | |
| Full Cases | 2 | -34.50 |
| Single Units | 19 | -14.44 |
| Total Units | 67 | |
| Container Deposits | | 0.00 |
| Sales Tax | | 0.00 |
| State/Local Charges | | 3.90 |
| **Amount Due** | | **$248.46** |

## TERMS: Money Order

RECEIVED BY:

**A.R. 1102**

## SALES

| Description UPC Whsl | Cases | Units | Net | Amount |
|---|---|---|---|---|

### 15OZ CN 1/12
STRBK DSE HZLNUT 0-12000-04246-1
| 30.00 | 6 | 72 | 23.65 | 141.90 |

STRBK DSE VAN 0-12000-02849-6
| 30.00 | 2 | 24 | 23.65 | 47.30 |

| SUBTOTAL | 8 | 96 | | 189.20 |

### 16OZ CN 1/12
PEPSI 0-12000-03028-4
| 30.00 | 2 | 24 | 7.75 | 15.50 |

| SUBTOTAL | 2 | 24 | | 15.50 |

### 28OZ PL 1/15
GAT BLU 0-52000-13517-6
| 30.00 | 1 | 15 | 16.00 | 16.00 |

GAT FT PNCH 0-52000-13513-8
| 30.00 | 1 | 15 | 16.00 | 16.00 |

GAT GLCR FRZ 0-52000-13519-0
| 30.00 | 1 | 15 | 16.00 | 16.00 |

GAT LL 0-52000-13515-2
| 30.00 | 1 | 15 | 16.00 | 16.00 |

| SUBTOTAL | 4 | 60 | | 64.00 |

### 1L PL 1/12S
BRSK FP 0-12000-56749-0
| 20.00 | 3 | 36 | 7.75 | 23.25 |

BRSK LMND 0-12000-10190-8
| 20.00 | 2 | 24 | 7.75 | 15.50 |

BRSK PCH T 0-12000-03402-2
| 20.00 | 1 | 12 | 7.75 | 7.75 |

BRSK PK LMND 0-12000-38419-6
| 20.00 | 2 | 24 | 7.75 | 15.50 |

BRSK SWT 0-12000-03187-8
| 20.00 | 3 | 36 | 7.75 | 23.25 |

BRSK TEA LMND 0-12000-03401-5
| 20.00 | 2 | 24 | 7.75 | 15.50 |

LPT BRSK SWL 0-12000-20238-4
| 20.00 | 3 | 36 | 7.75 | 23.25 |

7 BRSK TEA TROPLMND 0-12000-04273-
| 20.00 | 2 | 24 | 7.75 | 15.50 |

BRSK TEA BLU LMND 0-12000-14021-1
| 20.00 | 1 | 12 | 7.75 | 7.75 |

BRSK PNAP PF 0-12000-14165-2
| 20.00 | 2 | 24 | 7.75 | 15.50 |

BRSK IT STW MLN12 0-12000-16123-0
| 20.00 | 3 | 36 | 7.75 | 23.25 |

1L BRSK TEA WM LD 0-12000-16147-6
| 20.00 | 3 | 36 | 7.75 | 23.25 |

| SUBTOTAL | 27 | 324 | | 209.25 |

### 10.1OZ PL 1/24
FRT SHT BRY BST 6-99632-00085-6
| 20.00 | 1 | 24 | 14.25 | 14.25 |

FRT SHT FP NAS 6-99632-00330-7
| 20.00 | 1 | 24 | 14.25 | 14.25 |

| SUBTOTAL | 2 | 48 | | 28.50 |

## STATE/LOCAL CHARGES

| Package | Amount |
|---|---|
| **Baltimore Container Tax - .05** | |
| 16OZ CN 1/12 | 1.20 |
| 1L PL 1/12S | 14.40 |
| 28OZ PL 1/15 | 3.00 |
| SUBTOTAL | 18.60 |

**Amount Due for this Invoice:** **$525.05**

A.R. 1103

## SALES

| Description UPC Whlsl | Cases | Units | Net | Amount |
|---|---|---|---|---|

### 15OZ CN 1/12

STRBK DSE VAN 0-12000-02849-6

| 30.00 | 2 | 24 | 23.65 | 47.30 |
|---|---|---|---|---|
| SUBTOTAL | 2 | 24 | | 47.30 |

### 1L PL 1/12S

BRSK FP 0-12000-56749-0

| 20.00 | 2 | 24 | 7.75 | 15.50 |
|---|---|---|---|---|

BRSK LMND 0-12000-10190-8

| 20.00 | 1 | 12 | 7.75 | 7.75 |
|---|---|---|---|---|

BRSK PCH T 0-12000-03402-2

| 20.00 | 1 | 12 | 7.75 | 7.75 |
|---|---|---|---|---|

BRSK PK LMND 0-12000-38419-6

| 20.00 | 1 | 12 | 7.75 | 7.75 |
|---|---|---|---|---|

BRSK SWT 0-12000-03187-8

| 20.00 | 2 | 24 | 7.75 | 15.50 |
|---|---|---|---|---|

BRSK TEA LMND 0-12000-03401-5

| 20.00 | 1 | 12 | 7.75 | 7.75 |
|---|---|---|---|---|

LPT BRSK SWL 0-12000-20238-4

| 20.00 | 1 | 12 | 7.75 | 7.75 |
|---|---|---|---|---|

7 BRSK TEA TROPL MND 0-12000-04273-

| 20.00 | 1 | 12 | 7.75 | 7.75 |
|---|---|---|---|---|

BRSK TEA BLU LMND 0-12000-14021-1

| 20.00 | 1 | 12 | 7.75 | 7.75 |
|---|---|---|---|---|

BRSK PNAP PF 0-12000-14165-2

| 20 00 | 1 | 12 | 7 75 | 7.75 |
|---|---|---|---|---|

BRSK IT STW MLN12 0-12000-16123-0

| 20.00 | 2 | 24 | 7.75 | 15.50 |
|---|---|---|---|---|
| SUBTOTAL | 14 | 168 | | 108.50 |

### 2L PL 1/8S

DRPEP 0-78000-08246-3

| 20.00 | 1 | 8 | 8.50 | 8.50 |
|---|---|---|---|---|

DT PEPSI 0-12000-00231-1

| 20.00 | 1 | 8 | 8.50 | 8.50 |
|---|---|---|---|---|

MDEW 0-12000-00233-5

| 20.00 | 4 | 32 | 8.50 | 34.00 |
|---|---|---|---|---|

MDEW CD RD 0-12000-10542-5

| 20.00 | 1 | 8 | 8.50 | 8.50 |
|---|---|---|---|---|

PEPSI 0-12000-00230-4

| 20.00 | 4 | 32 | 8.50 | 34.00 |
|---|---|---|---|---|

PEPSI WCHE 0-12000-00311-0

| 20.00 | 1 | 8 | 8.50 | 8.50 |
|---|---|---|---|---|

LPT BRSK SWL 0-12000-20237-7

| 20.00 | 1 | 8 | 7.20 | 7.20 |
|---|---|---|---|---|
| SUBTOTAL | 13 | 104 | | 109.20 |

### 10.1OZ PL 1/24

FRT SHT APL NASLV 6-99632-00111-2

| 20.00 | 1 | 24 | 14 25 | 14.25 |
|---|---|---|---|---|

FRT SHT FP NAS 6-99632-00330-7

| 20 00 | 1 | 24 | 14.25 | 14.25 |
|---|---|---|---|---|
| SUBTOTAL | 2 | 48 | | 28.50 |

## CREDITS (Full Cases)

| Description UPC | Cases | Units | Net | Amount |
|---|---|---|---|---|

### 20OZ PL 1/24

MDEW VLTG RAZ 0-12000-02862-5

| | 1 | 24 | 18.75 | -18.75 |
|---|---|---|---|---|

CBSH OBC 0-78000-01228-2

A.R. 1104



**0411319 RCVD 7/2/19**

## PBC

**PEPSI BEVERAGES COMPANY**

6751 Alexander Bell Drive
Columbia, MD 21'148
Contact #: (443) 367-9458

| | |
|---|---|
| Sales Rep: | Franklin Braswell |
| Route #: | 5531 |
| NRID/CID: | 613121/6 |

# INVOICE

### # 28380004
02/12/2018 04:38 PM

## GREEN APPLE DELI & GROCERY

2526 Washington Blvd
Baltimore, MD 21230

Vendor #:
Store #:
Customer #:         9905494
TAX ID:         15096140
PO #:
ACCOM CODE #:

## SALES SUMMARY

| | Qty | Amount |
|---|---|---|
| Sales | | |
|   Cases | 15 | 172.30 |
|   Total Units | 195 | |
| Credits | | |
|   Full Cases | 0 | 0.00 |
|   Single Units | 0 | 0.00 |
|   Total Units | 0 | |
| Container Deposits | | 0.00 |
| Sales Tax | | 0.00 |
| State/Local Charges | | 7.95 |
| **Amount Due** | | **$180.25** |

## TERMS: Money Order

RECEIVED BY:

A.R. 1105

## SALES

| Description UPC<br>Whlsl | Cases | Units | Net | Amount |
|---|---|---|---|---|
| **15OZ CN 1/12** | | | | |
| STRBK DSE VAN 0-12000-02849-6 | | | | |
| 30.00 | 2 | 24 | 23.65 | 47.30 |
| SUBTOTAL | 2 | 24 | | 47.30 |
| **20OZ PL 1/24** | | | | |
| CRSH ORG 0-78000-01328-3 | | | | |
| 40.00 | 1 | 24 | 16.00 | 16.00 |
| SUBTOTAL | 1 | 24 | | 16.00 |
| **28OZ PL 1/15** | | | | |
| GAT GLCR CHE 0-52000-10241-3 | | | | |
| 30.00 | 1 | 15 | 16.00 | 16.00 |
| SUBTOTAL | 1 | 15 | | 16.00 |
| **1L PL 1/12S** | | | | |
| BRSK FP 0-12000-56749-0 | | | | |
| 20.00 | 1 | 12 | 7.75 | 7.75 |
| BRSK LMND 0-12000-10190-8 | | | | |
| 20.00 | 1 | 12 | 7.75 | 7.75 |
| BRSK PCH T 0-12000-03402-2 | | | | |
| 20.00 | 1 | 12 | 7.75 | 7.75 |
| BRSK SWT 0-12000-03187-8 | | | | |
| 20.00 | 1 | 12 | 7.75 | 7.75 |
| BRSK TEA LMND 0-12000-03401-5 | | | | |
| 20.00 | 1 | 12 | 7.75 | 7.75 |
| LPT BRSK SWL 0-12000-20238-4 | | | | |
| 20.00 | 1 | 12 | 7.75 | 7.75 |
| PEPSI 0-12000-00294-6 | | | | |
| 20.00 | 1 | 12 | 15.50 | 15.50 |
| 7 BRSK TEA TROPLMND 0-12000-04273- | | | | |
| 20.00 | 1 | 12 | 7.75 | 7.75 |
| BRSK TEA BLU LMND 0-12000-14021-1 | | | | |
| 20.00 | 2 | 24 | 7.75 | 15.50 |
| BRSK IT STW MLN12 0-12000-16123-0 | | | | |
| 20.00 | 1 | 12 | 7.75 | 7.75 |
| SUBTOTAL | 11 | 132 | | 93.00 |

## STATE/LOCAL CHARGES

| Package | Amount |
|---|---|
| **Baltimore Container Tax - .05** | |
| 1L PL 1/12S | 6.00 |
| 20OZ PL 1/24 | 1.20 |
| 28OZ PL 1/15 | 0.75 |
| SUBTOTAL | 7.95 |

| **Amount Due** | |
|---|---|
| for this Invoice: | $180.25 |

A.R. 1106



04/18/19 RCVD 7/2/19

**PBC**

**PEPSI BEVERAGES COMPANY**
6751 Alexander Bell Drive
Columbia, MD 21046
Contact #: (443) 367-9458

| | |
|---|---|
| Sales Rep: | Aaron_columbia Smith |
| Route #: | 6531 |
| NRID/CID: | 613121/8 |

# INVOICE

### # 94526161
02/20/2018 04:05 PM

## GREEN APPLE DELI & GROCERY

2526 Washington Blvd
Baltimore, MD 21230

Vendor #:
Store #:
Customer #:                    9905494
TAX ID:                        15096140
PO #:
ACCOM CODE #

## SALES SUMMARY

| | Qty | Amount |
|---|---|---|
| **Sales** | | |
| Cases | 14 | 185.70 |
| Total Units | 198 | |
| **Credits** | | |
| Full Cases | 0 | 0.00 |
| Single Units | 0 | 0.00 |
| Total Units | 0 | |
| Container Deposits | | 0.00 |
| Sales Tax | | 0.00 |
| State/Local Charges | | 5.10 |
| **Amount Due** | | **$190.80** |

## TERMS: Money Order

RECEIVED BY:

A.R. 1107

## ITEM DETAIL

## SALES

Description UPC
| Whsl | Cases | Units | Net | Amount |
|------|-------|-------|-----|--------|

### 15OZ CN 1/12

STRBK DSE VAN 0-12000-02849-6
| 30.00 | 3 | 36 | 23.65 | 70.95 |
| SUBTOTAL | 3 | 36 | | 70.95 |

### 28OZ PL 1/15

5 GAT FLW PNAPL MGO 0-52000-04141-5
| 30.00 | 1 | 15 | 16.00 | 16.00 |

GAT FLW TDL PNC 0-52000-04142-2
| 30.00 | 1 | 15 | 16.00 | 16.00 |
| SUBTOTAL | 2 | 30 | | 32.00 |

### 1L PL 1/12S

BRSK FP 0-12000-56749-0
| 20.00 | 1 | 12 | 7.75 | 7.75 |

BRSK PCH T 0-12000-03402-2
| 20.00 | 1 | 12 | 7.75 | 7.75 |

BRSK TEA LMND 0-12000-03401-5
| 20.00 | 1 | 12 | 7.75 | 7.75 |

LPT BRSK SWL 0-12000-20238-4
| 20.00 | 1 | 12 | 7.75 | 7.75 |

7 BRSK TEA TROPLMND 0-12000-04273-
| 20.00 | 1 | 12 | 7.75 | 7.75 |

BRSK TEA BLU LMND 0-12000-14021-1
| 20.00 | 1 | 12 | 7.75 | 7.75 |

BRSK IT STW MLN12 0-12000-16123-0
| 20.00 | 1 | 12 | 7.75 | 7.75 |
| SUBTOTAL | 7 | 84 | | 54.25 |

### 10.1OZ PL 1/24

FRT SHT BR BRSTLV 6-99632-00085-6
| 20.00 | 1 | 24 | 14.25 | 14.25 |

FRT SHT STRW RZLV 6-99632-00100-6
| 20.00 | 1 | 24 | 14.25 | 14.25 |
| SUBTOTAL | 2 | 48 | | 28.50 |

## STATE/LOCAL CHARGES

| Package | Amount |
|---------|--------|
| **Baltimore Container Tax - .05** | |
| 1L PL 1/12S | 3.60 |
| 28OZ PL 1/15 | 1.50 |
| SUBTOTAL | 5.10 |

| | |
|---|---|
| **Amount Due** | |
| **for this Invoice:** | **$190.80** |

**A.R. 1108**



0411819 RGVD 7/2/19

**PBC**

**PEPSI BEVERAGES COMPANY**

8751 Alexander Bell Drive
Columbia, MD 21046
Contact #: (443) 367-8458

| | |
|---|---|
| Sales Rep: | Devroy Haughton |
| Route #: | 5531 |
| NRID/CID: | 613121/3 |

# INVOICE

### # 95866211
02/26/2018 06:41 PM

## GREEN APPLE DELI & GROCERY

2526 Washington Blvd
Baltimore, MD 21230

Vendor #:
Store #:
Customer #:                 9905494
TAX ID                      15096140
PO #:
ACCOM CODE #:

## SALES SUMMARY

| | Qty | Amount |
|---|---|---|
| Sales | | |
| Cases | 15 | 205.60 |
| Total Units | 183 | |
| Credits | | |
| Full Cases | 0 | 0.00 |
| Single Units | 0 | 0.00 |
| Total Units | 0 | |
| Container Deposits | | 0.00 |
| Sales Tax | | 0.00 |
| State/Local Charges | | 4.95 |
| **Amount Due** | | **$210.55** |

## TERMS: Cash

RECEIVED BY:



A.R. 1109

## ITEM DETAIL

## SALES

| Description UPC Whlsl | Cases | Units | Net | Amount |
|---|---|---|---|---|

### 15OZ CN 1/12

STRBK DSE VAN 0-12000-02849-6

| 30.00 | 3 | 36 | 23.65 | 70.95 |
|---|---|---|---|---|
| SUBTOTAL | 3 | 36 | | 70.95 |

### 15.2OZ PL 1/12

OS APL 100 0-12000-07175-1

| 20.00 | 1 | 12 | 12.00 | 12.00 |
|---|---|---|---|---|

OS ORG 100 0-12000-07174-4

| 20.00 | 1 | 12 | 12.00 | 12.00 |
|---|---|---|---|---|
| SUBTOTAL | 2 | 24 | | 24.00 |

### 18.5OZ PL 1/12

LIT PLF EXSWT 0-12000-28617-9

| 25.00 | 1 | 12 | 12.50 | 12.50 |
|---|---|---|---|---|

LIT PLF SWL 0-12000-28618-6

| 25.00 | 1 | 12 | 12.50 | 12.50 |
|---|---|---|---|---|

LIT PLF SWT 0-12000-28619-3

| 25.00 | 1 | 12 | 12.50 | 12.50 |
|---|---|---|---|---|
| SUBTOTAL | 3 | 36 | | 37.50 |

### 20OZ PL 1/24

PEPSI 0-12000-00129-1

| 40.00 | 1 | 24 | 18.75 | 18.75 |
|---|---|---|---|---|
| SUBTOTAL | 1 | 24 | | 18.75 |

### 28OZ PL 1/15

GAT GLCR FRZ 0-52000-13519-0

| 30.00 | 1 | 15 | 16.00 | 16.00 |
|---|---|---|---|---|
| SUBTOTAL | 1 | 15 | | 16.00 |

### 1L PL 1/12S

BRSK PK LMND 0-12000-38419-6

| 20.00 | 1 | 12 | 7.75 | 7.75 |
|---|---|---|---|---|

BRSK SWT 0-12000-03187-8

| 20.00 | 1 | 12 | 7.75 | 7.75 |
|---|---|---|---|---|
| SUBTOTAL | 2 | 24 | | 15.50 |

### 2L PL 1/8S

MDEW 0-12000-00233-5

| 20.00 | 1 | 8 | 8.50 | 8.50 |
|---|---|---|---|---|

BRSK FP 0-12000-63840-4

| 20.00 | 1 | 8 | 7.20 | 7.20 |
|---|---|---|---|---|

MUG RT BR 0-12000-00935-8

| 20.00 | 1 | 8 | 7.20 | 7.20 |
|---|---|---|---|---|
| SUBTOTAL | 3 | 24 | | 22.90 |

## STATE/LOCAL CHARGES

| Package | Amount |
|---|---|
| **Baltimore Container Tax - .05** | |
| 18.5OZ PL 1/12 | 1.80 |
| 1L PL 1/12S | 1.20 |
| 20OZ PL 1/24 | 1.20 |
| 28OZ PL 1/15 | 0.75 |
| SUBTOTAL | 4.95 |

| Amount Due for this Invoice: | $210.55 |
|---|---|

**A.R. 1110**



04/11/19 RD 07/2/19

## PEPSI BEVERAGES COMPANY
6751 Alexander Bell Drive
Columbia, MD 21046
Contact #: (443) 387-0458

| Sales Rep: | Aaron_columbia Smith |
| Route #: | 5531 |
| NRID/CID: | 613121/1 |

# INVOICE
## # 96775711
03/19/2018 04:10 PM

## GREEN APPLE DELI & GROCERY
2526 Washington Blvd
Baltimore, MD 21230

Vendor #:
Store #:
Customer #:      9905494
TAX ID:      15096140
PO #:
ACCOM CODE #:

## SALES SUMMARY

| | Qty | Amount |
|---|---|---|
| Sales | | |
|   Cases | 18 | 254.30 |
|   Total Units | 234 | |
| Credits | | |
|   Full Cases | 0 | 0.00 |
|   Single Units | 0 | 0.00 |
|   Total Units | 0 | |
| Container Deposits | | 0.00 |
| Sales Tax | | 0.00 |
| State/Local Charges | | 9.30 |
| **Amount Due** | | **$263.60** |

## TERMS: Money Order
RECEIVED BY:

A.R. 1111



## ITEM DETAIL
0411619 RCVD 7/2/19
## SALES

| Description UPC Whlsl | Cases | Units | Net | Amount |
|---|---|---|---|---|

### 12OZ CN 1/12
3 AMP ORGIC TRPBRST 0-12000-17021-8
| 25.00 | 1 | 12 | 14.00 | 14.00 |
| SUBTOTAL | 1 | 12 | | 14.00 |

### 15OZ CN 1/12
STRBK DSE HZLNUT 0-12000-04246-1
| 30.00 | 1 | 12 | 23.65 | 23.65 |

STRBK DSE VAN 0-12000-02849-6
| 30.00 | 3 | 36 | 23.65 | 70.95 |
| SUBTOTAL | 4 | 48 | | 94.60 |

### 16OZ CN 1/12
PEPSI 0-12000-03028-4
| 30.00 | 1 | 12 | 8.40 | 8.40 |

MDEW 0-12000-02721-5
| 30.00 | 1 | 12 | 8.40 | 8.40 |

PEPSI WCHE 0-12000-14070-9
| 30.00 | 1 | 12 | 8.40 | 8.40 |
| SUBTOTAL | 3 | 36 | | 25.20 |

### 20OZ PL 1/24
PEPSI ZR SGR 0-12000-01880-0
| 40.00 | 1 | 24 | 18.75 | 18.75 |
| SUBTOTAL | 1 | 24 | | 18.75 |

### 28OZ PL 1/15
GAT BLU 0-52000-13517-6
| 30.00 | 1 | 15 | 16.00 | 16.00 |

GAT LL 0-52000-13515-2
| 30.00 | 1 | 15 | 16.00 | 16.00 |
| SUBTOTAL | 2 | 30 | | 32.00 |

### 1L PL 1/12S
BRSK FP 0-12000-56749-0
| 20.00 | 1 | 12 | 7.75 | 7.75 |

BRSK SWT 0-12000-03187-8
| 20.00 | 1 | 12 | 7.75 | 7.75 |

BRSK TEA LMND 0-12000-03401-5
| 20.00 | 1 | 12 | 7.75 | 7.75 |

MDEW 0-12000-00297-7
| 20.00 | 1 | 12 | 15.50 | 15.50 |

PEPSI 0-12000-00294-6
| 20.00 | 1 | 12 | 15.50 | 15.50 |

BRSK TEA BLU LMND 0-12000-14021-1
| 20.00 | 1 | 12 | 7.75 | 7.75 |

1L BRSK TEA WM LD 0-12000-16147-6
| 20.00 | 1 | 12 | 7.75 | 7.75 |
| SUBTOTAL | 7 | 84 | | 69.75 |

## STATE/LOCAL CHARGES

| Package | Amount |
|---|---|
| **Baltimore Container Tax - .05** | |
| 12OZ CN 1/12 | 0.60 |
| 16OZ CN 1/12 | 1.80 |
| 1L PL 1/12S | 4.20 |
| 20OZ PL 1/24 | 1.20 |
| 28OZ PL 1/15 | 1.50 |
| SUBTOTAL | 9.30 |

**Amount Due**

A.R. 1112



**PBC**

**PEPSI BEVERAGES COMPANY**

6751 Alexander Bell Drive
Columbia, MD 21046
(443) 367-9458

| | |
|---|---|
| Cust Rep: | Aaron_columbia Smith |
| Route #: | 5531 |
| NRID: | 613121 |

PRODUCT PICK LIST FOR INV#:

44361655

03/03/2019 12:15 PM

GREEN APPLE DELI & GROCERY
2426 Washington Blvd
Baltimore, MD 21230

Driver #
Employee #          sm054.A

## NOT AN INVOICE

## DELIVERY SUMMARY

| PACKAGE | Cases | Units |
|---|---|---|
| 6.5OZ CN 1/12 | 1 | 12 |
| 15OZ CN 1/12 | 6 | 72 |
| 16OZ CN 1/12 | 1 | 12 |
| 24OZ PL 1/24 | 1 | 24 |
| 28OZ PL 1/15 | 1 | 15 |
| 1L PL 1/12S | 8 | 96 |
| 2L PL 1/8S | 12 | 96 |
| 10.1OZ PL 1/24 | 1 | 24 |
| TOTAL | 31 | 351 |

| BRAND | Cases | Units |
|---|---|---|
| **6.5OZ CN 1/12** | Bay # | |
| STRBK DS | 1 | 12 |
| 0-12000-00177-2 | | |
| TOTAL | 1 | 12 |

| | Cases | Units |
|---|---|---|
| **15OZ CN 1/12** | Bay # | |
| STRBK DSE HZLNUT | 3 | 36 |
| 0-12000-04246-1 | | |
| STRBK DSE VAN | 3 | 36 |
| 0-12000-02849-6 | | |
| TOTAL | 6 | 72 |

| | Cases | Units |
|---|---|---|
| **16OZ CN 1/12** | Bay # | |
| PEPSI | 1 | 12 |
| 0-12000-03028-4 | | |
| TOTAL | 1 | 12 |

| | Cases | Units |
|---|---|---|
| **24OZ PL 1/24** | Bay # | |
| PEPSI | 1 | 24 |
| 0-12000-02539-6 | | |
| TOTAL | 1 | 24 |

| | Cases | Units |
|---|---|---|
| **28OZ PL 1/15** | Bay # | |
| GAT BLU | 1 | 15 |
| 0-52000-13517-6 | | |
| TOTAL | 1 | 15 |

**A.R. 1113**

## 1L PL 1/12S

| | | Bay # |
|---|---|---|
| BRSK FP 0-12000-16840-8 | 1 | 12 |
| BRSK LMND 0-12000-10190-8 | 1 | 12 |
| BRSK PK LMND 0-12000-38419-6 | 1 | 12 |
| BRSK RAZ 0-12000-02452-8 | 1 | 12 |
| LPT BRSK SWL 0-12000-20238-4 | 1 | 12 |
| BRSK PNAP PF 0-12000-14165-2 | 1 | 12 |
| BRSK IT STW MLN12 0-12000-16123-0 | 1 | 12 |
| 1L BRSK TEA WM LD 0-12000-16147-6 | 1 | 12 |
| TOTAL | 8 | 96 |

**RCVD 7/2/19**

## 2L PL 1/8S

| | | Bay # |
|---|---|---|
| MDEW 0-12000-00233-5 | 3 | 24 |
| PEPSI 0-12000-00230-4 | 4 | 32 |
| BRSK FP 0-12000-63840-4 | 1 | 8 |
| CRSH ORG 0-78000-01336-8 | 1 | 8 |
| LPT BRSK SWL 0-12000-20237-7 | 1 | 8 |
| MUG RT BR 0-12000-00935-8 | 1 | 8 |
| MST TWST LL 0-12000-15005-0 | 1 | 8 |
| TOTAL | 12 | 96 |

## 10.1OZ PL 1/24

| | | Bay # |
|---|---|---|
| FRT SHT APL NASLV 6-99632-00111-2 | 1 | 24 |
| TOTAL | 1 | 24 |

## RETURN SUMMARY

| PACKAGE | Full Cases | Single Units | Total Units |
|---|---|---|---|
| 20OZ PL 1/24 | 1 | 0 | 24 |
| TOTAL | 1 | 0 | 24 |

## Full Cases

| BRAND | Cases | Units |
|---|---|---|
| **20OZ PL 1/24** | | |
| PEPSI ZR SGR 0-12000-01880-0 | 1 | 24 |
| TOTAL | 1 | 24 |

A.R. 1114



04/16/19 RCVD 7/2/19

## PBC

**PEPSI BEVERAGES COMPANY**
6751 Alexander Bell Drive
Columbia, MD 21046
Contact #: (443) 367-9458

| Sales Rep: | Devroy Haughton |
|---|---|
| Route #: | 5531 |
| NRID/CID: | 613121/2 |

# INVOICE

**# 46814254**
05/24/2018 01:43 PM

## GREEN APPLE DELI & GROCERY

2526 Washington Blvd
Baltimore, MD 21230

Vendor #:
Store #:
Customer #:        9905494
TAX ID:        15096140
PO #:
ACCOM CODE #:

## SALES SUMMARY

|  | Qty | Amount |
|---|---|---|
| Sales |  |  |
| Cases | 18 | 220.20 |
| Total Units | 252 |  |
| Credits |  |  |
| Full Cases | 0 | 0.00 |
| Single Units | 26 | -22.67 |
| Total Units | 26 |  |
| Container Deposits |  | 0.00 |
| Sales Tax |  | 0.00 |
| State/Local Charges |  | 9.05 |
| **Amount Due** |  | **$206.58** |

## TERMS: Money Order

RECEIVED BY:

**A.R. 1115**

## SALES

| Description UPC Whlsl | Cases | Units | Net | Amount |
|---|---|---|---|---|

### 15OZ CN 1/12

STRBK DSE HZL NUT 0-12000-04246-1
| 30.00 | 2 | 24 | 23.65 | 47.30 |

STRBK DSE VAN 0-12000-02849-6
| 30.00 | 1 | 12 | 23.65 | 23.65 |

| SUBTOTAL | 3 | 36 | | 70.95 |

### 16OZ CN 1/12

PEPSI 0-12000-03028-4
| 30.00 | 2 | 24 | 7.75 | 15.50 |

MDEW 0-12000-02721-5
| 30.00 | 1 | 12 | 7.75 | 7.75 |

| SUBTOTAL | 3 | 36 | | 23.25 |

### 20OZ PL 1/24

MDEW 0-12000-00131-4
| 40.00 | 1 | 24 | 18.75 | 18.75 |

MDEW CD RD 0-12000-00224-3
| 40.00 | 1 | 24 | 18.75 | 18.75 |

| SUBTOTAL | 2 | 48 | | 37.50 |

### 20OZ PL 1/24S

CRSH PCH 0-78000-01405-1
| 40.00 | 1 | 24 | 18.75 | 18.75 |

| SUBTOTAL | 1 | 24 | | 18.75 |

### 1L PL 1/12S

BRSK FP 0-12000-56749-0
| 20.00 | 1 | 12 | 7.75 | 7.75 |

BRSK LMND 0-12000-10190-8
| 20.00 | 1 | 12 | 7.75 | 7.75 |

BRSK SWT 0-12000-03187-8
| 20.00 | 1 | 12 | 7.75 | 7.75 |

BRSK TEA LMND 0-12000-03401-5
| 20.00 | 1 | 12 | 7.75 | 7.75 |

LPT BRSK SWL 0-12000-20238-4
| 20.00 | 1 | 12 | 7.75 | 7.75 |

BRSK TEA CHE LMDE 0-12000-04266-9
| 20.00 | 1 | 12 | 7.75 | 7.75 |

BRSK PNAP PF 0-12000-14165-2
| 20.00 | 1 | 12 | 7.75 | 7.75 |

BRSK IT STW MLN12 0-12000-16123-0
| 20.00 | 1 | 12 | 7.75 | 7.75 |

1L BRSK TEA WM LD 0-12000-16147-6
| 20.00 | 1 | 12 | 7.75 | 7.75 |

| SUBTOTAL | 9 | 108 | | 69.75 |

## CREDITS (Single Units)

| Description UPC | Units | Amount |
|---|---|---|

### 16OZ CN 1/12

MDEW KS MD GRP 0-12000-15116-3
| | 4 | -4.03 |

MDEW KS MGO LM 0-12000-16215-2
| | 8 | -8.07 |

| SUBTOTAL | 12 | -12.10 |

### 20OZ PL 1/24

MDEW CD RD 0-12000-00224-3
| | 2 | -1.56 |

MDEW VLTG RAZ 0-12000-02862-5

**A.R. 1116**



0411619 RCVD 7/2/19

CASH & CARRY
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539 6134
YOUR CASHIER TODAY IS LISA

TRANSACTION RETRIEVED
RETRIEVAL NUMBER 5/18
3018315 GREEN APPLE E40000261180
4 @ 0.69
PINT CHOCOLATE MIL 2.76 F
2 @ 1.15
FOTIER'S CHOCOLATE 2.30 F
TROPICAL FANTASY K 15.59 B
24 Beverage Containers
GIZ RED HOT POTATO 7.99 F
NEWPORT NON MENTHO 55.29 T
3 @ 69.55
NEWPORT MENTH BOX 208.65 T
NEWPORT MENTH BOX 69.55 T
TAX 20.95
TAX EXEMPTION 20.95-
**** BALANCE 362.13
CASH 23.00
CASH 27.00
CASH 315.00
CHANGE 2.87
TOTAL NUMBER OF ITEMS SOLD = 13
24 Total Beverage Containers
B. Green&Co Inc. ID:C-273-000
01/31/18 08:05am 1 8 15 123

**CASH & CARRY**
1500 SOUTH MONROE
BALTIMORE, MD
(410) 539-6154
YOUR CASHIER TODAY IS CAITLYN

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER        1/9
59183155 GREEN APPLE GROCE40000261180
8 @ 0.69
        PINT CHOCOLATE MIX       5.52 F
        KUTTER'S CHOCOLATE       1.15 F
        CLASSIC COKE            11.99 B
        24 Beverage Containers
        SPRITE                  11.99 B
        24 Beverage Containers
3 @ 69.55
        NEWPORT MENTH BOX      208.65 T
        NEWPORT NON MENTHO      55.29 T
        MARLBORO BOX 100        65.59 T
        TAX                     21.22
        TAX EXEMPTION           21.22-
  **** BALANCE               360.18
        CASH                    50.00
        CASH                   300.00
        CASH                    11.00
        CHANGE                   0.82
TOTAL NUMBER OF ITEMS SOLD =    16
**48 Total Beverage Containers**
**B. Green&Co Inc. ID:C-273-000**
01/21/18 08.14am 1 8 7 308

COST: 59183155 GREEN APPLE GROCERY &
ACCOUNT#  40000261180

Thank You For Shopping at Cash & Carry
        STORE HOURS:
MON-FRI 6A-4P SAT 7A-4P SUN 8A-4P
*********************************
****Thank you for shopping with us****
*********************************
                 788

**A.R. 1118**



CASH & CARRY
1800 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS LISA

30183155 GREEN APPLE GROCE 40000261180
SUNNY DELIGHT CITR        7.69 F
PEPSI                    11.99 B
  24 Beverage Containers
MT DEW                   11.99 B
  24 Beverage Containers
2 @ 2.95
RUTTER'S WHOLE MIL        5.90 F
5 @ 1.15
RUTTER'S CHOCOLATE        5.75 F
2 @ 1.55
RUTTER'S HVD MILK         3.10 F
NOW&LATER CHEWY HA        3.59 B
NOW&LATER WATERMEL        3.59 B
MIKE&IKE TROPICAL         3.99 B
MIKE & IKE BERRY B        3.99 B
MIKE & IKE RED RAG        3.99 B
GUSHER'S VARIETY P       13.29 B
4 @ 69.55
NEWPORT MENTH BOX       278.20 T
TAX                      20.08
TAX EXEMPTION            20.08-
**** BALANCE            357.06
CASH                    360.00
CHANGE                    2.94
TOTAL NUMBER OF ITEMS SOLD =    22
**48 Total Beverage Containers**
**B. Green&Co Inc. ID:C-273-000**
01/05/18 08:01am 1 6 12 123

CUST: 30183155-GREEN APPLE GROCERY &
ACCOUNT# 40000261180

Thank You For Shopping at Cash & Carry
STORE HOURS
MON-FRI 6A-4P SAT 7A-4P SUN 8A-4P
*****************************************
****Thank you for shopping with us

**A.R. 1119**

**0411619 RCVD 7/2/19**
Raylicious
15465 Philadelphia, PA
215-533-2525
rayssnacks@yahoo.com

Date: 5/1/18, 1:20 PM          Invoice: 7428

| SKU | Qty | Unit Price | Total |
|-----|-----|-----------|-------|
| | 4 | $8.35 | $33.40 |
| Candies 99 Cents 12ct | | | |
| | 1 | $8.75 | $8.75 |
| Cookies 99 Cents 12ct | | | |
| | 2 | $18.00 | $36.00 |
| Cotton Or Pop Corn 24ct | | | |
| | 2 | $4.50 | $9.00 |
| Cupcakes 99 Cents 6ct | | | |
| | 2 | $6.00 | $12.00 |
| Cupcakes 99 Cents 8ct | | | |
| | 4 | $8.00 | $32.00 |
| Danish | | | |
| | 1 | $4.50 | $4.50 |
| Donuts 50c 12ct | | | |
| | 4 | $13.85 | $55.40 |
| Honey Buns 2/1.00 36ct | | | |
| | 2 | $5.90 | $11.80 |
| Twins Muffins | | | |

| | | |
|---|---|---|
| Subtotal: | | $202.85 |
| Total: | | $202.85 |
| Payments: | | $0.00 |
| Balance: | | $202.85 |
| Item Count: | | 22 |

Payments:

Thank you for your business.

**A.R. 1120**

Raylicious
15465 Philadelphia, PA
215-533-2525
rayssnacks@yahoo.c··

Date: 4/16/18, 9:51 AM                    nvoice:

| SKU | Qty | Unit Price | Total |
|-----|-----|-----------|-------|
| | 10 | $8.35 | $83.50 |
| Candies 99 Cents 12ct | | | |
| | 5 | $4.50 | $22.50 |
| Cookies 2/1.00 | | | |
| | 7 | $4.50 | $31.50 |
| Cupcakes 99 Cents 6ct | | | |
| | 2 | $6.00 | $12.00 |
| Cupcakes 99 Cents 8ct | | | |
| | 2 | $8.00 | $16.00 |
| Danish | | | |
| | 1 | $8.35 | $8.35 |
| Nuts 99 Cents 12ct | | | |

|  |  |
|--|--|
| Subtotal: | $173.85 |
| Total: | $173.85 |
| Payments: | $0.00 |
| Balance: | $173.85 |
| Item Count: | |

22 ~~25~~ 27

Payments:

151 85

Thank you for your business.

**A.R. 1121**

**0411619 RCVD 7/2/19** Raylicious
15465 Philadelphia, PA
215-533-2525
rayssnacks@yahoo.com

Date: 4/2/18, 2:01 PM          Invoice: 72

| SKU | Qty | Unit Price | Tot |
|---|---|---|---|
| Candies 99 Cents 12ct | 5 | $8.35 | $41. |
| Cookies 2/1.00 | 7 | $4.50 | $31. |
| Danish | 5 | $8.00 | $40. |
| Donuts 50c 12ct | 6 | $4.50 | $27. |
| Honey Buns 2/1.00 36ct | 2 | $13.85 | $27. |
| Twins Muffins | 6 | $5.90 | $35. |

Subtotal: $203.
Total: $203.

Payments: $0.0
Balance: $203.
Item Count:

*171.85*

Payments:

Thank you for your business.

**A.R. 1122**

**0411619 RCVD 7/2/19**

Raylicious
15465 Philadelphia, PA
215-533-2525
rayssnacks@yahoo.com

Date: 3/5/18, 2:49 PM                  Invoice: 7040

| SKU | Qty | Unit Price | Total |
|-----|-----|-----------|-------|
| 4 | | $8.75 | $35.00 |
| Cookies 99 Cents 12ct | | | |
| 1 | | $18.00 | $18.00 |
| Cotton Or Pop Corn 24ct | | | |
| 5 | | $8.00 | $40.00 |
| Danish | | | |
| 6 | | $4.50 | $27.00 |
| Donuts 50c 12ct | | | |
| 1 | | $7.00 | $7.00 |
| Double Donuts 2/1.00 18ct | | | |
| 1 | | $13.85 | $13.85 |
| Honey Buns 2/1.00 36ct | | | |
| 1 | | $4.60 | $4.60 |
| Pie Variety Flavor | | | |
| 2 | | $5.90 | $11.80 |
| Twins Muffins | | | |

3 Hustos  275 = 8.25

|  |  |
|--|--|
| Subtotal: | $157.25 |
| Total: | $157.25 |
| Payments: | $0.00 |
| Balance: | $157.25 |
| Item Count: | 21 |

Payments:          165.50

Thank you for your business.

A.R. 1123

Raylicious
, 15465 Philadelphia, PA
215-533-2525
rayssnacks@yahoo.com

Date: 2/19/18, 11:16 AM                Invoice: 6913

| SKU | Qty | Unit Price | Total |
|-----|-----|------------|-------|
| | 12 | $8.35 | $100.20 |
| Candies 99 Cents 12ct | | | |
| | 5 | $8.75 | $43.75 |
| Cookies 99 Cents 12ct | | | |
| | 6 | $8.00 | $48.00 |
| Danish | | | |
| | 1 | $7.00 | $7.00 |
| Double Donuts 2/1.00 18ct | | | |
| | 3 | $13.85 | $41.55 |
| Honey Buns 2/1.00 36ct | | | |
| | 2 | $8.35 | $16.70 |
| Nuts 99 Cents 12ct | | | |
| | 8 | $5.90 | $47.20 |
| Twins Muffins | | | |

|  |  |
|--|--|
| Subtotal: | $304.40 |
| Total: | $304.40 |
| Payments: | $0.00 |
| Balance: | $304.40 |
| Item Count: | 37 |

Payments:

Thank you for your business.

**A.R. 1124**

Raylicious

15465 Philadelphia, PA
215-533-2525
rayssnacks@yahoo.com

Date: 1/22/18, 12:38 PM                    Invoice: 6740

| SKU | Qty | Unit Price | Total |
|---|---|---|---|
| Candies 99 Cents 12ct | 12 | $8.35 | $100.20 |
| Cookies 2/1.00 | 2 | $4.50 | $9.00 |
| Danish | 4 | $8.00 | $32.00 |
| Donuts 50c 12ct | 4 | $4.50 | $18.00 |
| Double Donuts 2/1.00 18ct | 1 | $7.00 | $7.00 |
| Honey Buns 2/1.00 36ct | 3 | $13.85 | $41.55 |
| Pie Variety Flavor | 2 | $4.60 | $9.20 |
| Twins Muffins | 3 | $5.90 | $17.70 |

|  |  |
|---|---|
| Subtotal: | $234.65 |
| Total: | $234.65 |
| Payments: | $0.00 |
| Balance: | $234.65 |
| Item Count: | 31 |

260 -
221.05

Payments:

Thank you for your business.

A.R. 1125

Ray's Foods
15465 Philadelphia, PA
215-533-2525
rayssnacks@yahoo.com

Date: 7/23/18, 9:28 AM          Invoice: 7955

| SKU | Qty | Unit Price | Total |
|-----|-----|-----------|-------|
| 10 | | $8.35 | $83.50 |
| Candies 99 Cents 12ct | | | |
| 1 | | $8.00 | $8.00 |
| Cupcake 99cents 12ct | | | |
| 2 | | $4.50 | $9.00 |
| Cupcakes 99 Cents 6ct | | | |
| 4 | | $6.00 | $24.00 |
| Cupcakes 99 Cents 8ct | | | |
| 5 | | $8.00 | $40.00 |
| Danish | | | |
| 4 | | $4.50 | $18.00 |
| Donuts 50c 12ct | | | |
| 2 | | $13.85 | $27.70 |
| Honey Buns 2/1.00 36ct | | | |
| 2 | | $8.35 | $16.70 |
| Nuts 99 Cents 12ct | | | |

|  |  |
|--|--|
| Subtotal: | $226.90 |
| Total: | $226.90 |
| Payments: | $0.00 |
| Balance: | $226.90 |
| Item Count: | 30 |

Payments:

2 Kokis 8.75
+ 17.50
244.40

Thank you for your business

**A.R. 1126**

Ray's Too
15465 Philadelphia, PA
215-533-2525
rayssnacks@yahoo.com

Date: 6/26/18, 1:17 PM              Invoice: 7786

| SKU | Qty | Unit Price | Total |
|-----|-----|-----------|-------|
| | 10 | $8.35 | $83.50 |
| Candies 99 Cents 12ct | | | |
| | 4 | $13.00 | $52.00 |
| Candy Bell | | | |
| | 2 | $4.50 | $9.00 |
| Cookies 2/1.00 | | | |
| | 1 | $8.75 | $8.75 |
| Cookies 99 Cents 12ct | | | |
| | 1 | $18.00 | $18.00 |
| Cotton Or Pop Corn 24ct | | | |
| | 1 | $8.00 | $8.00 |
| Cupcake 99cents 12ct | | | |
| | 2 | $4.50 | $9.00 |
| Cupcakes 99 Cents 6ct | | | |
| | 1 | $6.00 | $6.00 |
| Cupcakes 99 Cents 8ct | | | |
| | 8 | $4.50 | $36.00 |
| Donuts 50c 12ct | | | |
| | 2 | $13.85 | $27.70 |
| Honey Buns 2/1.00 36ct | | | |
| | 2 | $8.35 | $16.70 |
| Nuts 99 Cents 12ct | | | |

|  |  |
|---|---|
| Subtotal: | $274.65 |
| Total: | $274.65 |
| Payments: | $0.00 |
| Balance: | $274.65 |
| Item Count: | 34 |

Payments:

Thank you for your business.

A.R. 1127

**Raylicious**
15465 Philadelphia, PA
215-533-2525
rayssnacks@yahoo.com

Date: 5/29/18, 1:11 PM          Invoice: 7625

| SKU | Qty | Unit Price | Total |
|---|---|---|---|
| | 10 | $8.35 | $83.50 |
| Candies 99 Cents 12ct | | | |
| | 3 | $4.50 | $13.50 |
| Cookies 2/1.00 | | | |
| | 4 | $8.75 | $35.00 |
| Cookies 99 Cents 12ct | | | |
| | 1 | $18.00 | $18.00 |
| Cotton Or Pop Corn 24ct | | | |
| | 1 | $8.00 | $8.00 |
| Cupcake 99cents 12ct | | | |
| | 4 | $4.50 | $18.00 |
| Cupcakes 99 Cents 6ct | | | |
| | 4 | $6.00 | $24.00 |
| Cupcakes 99 Cents 8ct | | | |
| | 8 | $4.50 | $36.00 |
| Donuts 50c 12ct | | | |
| | 2 | $13.85 | $27.70 |
| Honey Buns 2/1.00 36ct | | | |
| | 4 | $8.35 | $33.40 |
| Nuts 99 Cents 12ct | | | |

|  | |
|---|---|
| Subtotal: | $297.10 |
| Total: | $297.10 |
| Payments: | $0.00 |
| Balance: | $297.10 |
| Item Count: | 41 |

Payments:

13.50 -
283.60

Thank you for your business.

A.R. 1128

0411619 RCVD 7/2/19



CASH & CARRY
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS OCTAVIA

TRANSACTION RETRIEVED
RETRIEVAL NUMBER:      5/8
30183155 GREEN APPLE GROCE 40000261180
6 @ 1.15
        BUTLER'S CHOCOLATE        6.90 F
8 @ 0.69
        PINT CHOCOLATE MLK        5.52 F
        DR. PEPPER               11.99 B
        24 Beverage Containers
        TASTYKAKE KOFFEE K        2.59 F
3 @ 2.59
        TASTYKAKE CHOCOLAT        7.77 F
        SUPER CHILL COLA          6.59 B
        24 Beverage Containers
3 @ 0.85
        HAUSWALD'S BREAD          2.55 F
3 @ 0.39
        PREGNANCY TEST KIT        2.67 T
        AMPRO PROTLIN GEL         0.95 T
        NEWPORT NON MENTHO       55.29 T
3 @ 69.55
        NEWPORT MENTH BOX       208.65 T
        TAX                      17.17
        TAX EXEMPTION            17.17-
**** BALANCE                    311.47
        CASH                    315.00
        CHANGE                    3.53
TOTAL NUMBER OF ITEMS SOLD =     31
**48 Total Beverage Containers**
B. Green&Co Inc. ID:C-273-000
01/04/18 07:56am 1 8 10 130

CUST: 30183155 GREEN APPLE GROCERY &
ACCOUNT# 40000261180

Thank You For Shopping at Cash & Carry
        STORE HOURS
MON-FRI 6A-4P SAT 7A-4P SUN 8A-4P
*******************************
----Thank you for shopping with us----

**A.R. 1129**



CASH & CARRY
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS LISA

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER      3/24
36183155 GREEN APPLE GROCE40000261180
    SALT&VINEGAR CHIP        12.99 F
    PEPSI                     11.99 B
    24 Beverage Containers
    SUPER CHILL ROOTBE         6.59 B
    24 Beverage Containers
    SUPER CHILL CREAM          6.59 F
    24 Beverage Containers
    M&M PEANUT                26.99 B
2 @ 2.95
    RUTTER'S WHOLE MIL         5.90 F
3 @ 0.65
    RUTTER'S WHOLE MIL         1.95 F
4 @ 0.69
    PINT CHOCOLATE MIL         2.76 F
3 @ 0.99
    RUTTER'S WHOLE MIL         2.97 F
    NEWPORT NON MENTHO        55.29 T
    NEWPORT MENTH BOX         69.55 T
    MARLBORO BOX 100          65.59 T
3 @ 69.55
    NEWPORT MENTH BOX        208.65 T
    TAX                       26.68
    TAX EXEMPTION             26.68-
**** BALANCE                 477.81
    CASH                     480.00
    CHANGE                     2.19
TOTAL NUMBER OF ITEMS SOLD =    23
72 Total Beverage Containers
B. Green&Co Inc. ID:C-273-000
01/05/18 08:02am 1 8 21 123

COST  36183155 GREEN APPLE GROCERY &
ACCOUNT# 40000251180

Thank You For Shopping at Cash & Carry
            STORE HOURS:
MON-FRI 6A-9P SAT 7A-9P SUN 8A-9P
**********************************
----Thank you for shopping with us----
**********************************

**A.R. 1130**

0411619 RCVD 7/2/19



**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS LISA

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:     2/2
30183155 GREEN APPLE GROCE 40000261180
3 @ 2 29
          O.M  FINCHABLE CHE        6.87 F
6 @ 1 15
          RUTTER'S CHOCOLATE        6.90 F
6 @ 0.69
          PINT CHOCOLATE MIL        4.14 F
          SUPER CHILL ROOTBE        6.59 B
          24 Beverage Containers
          SUPER CHILL COLA         6.59 B
          24 Beverage Containers
          TASTYKAKE KANDY KA       2.59 F
          T K  CHOCOLATE BEL       2.59 F
          TASTYKAKE CHOCOLAT       2.59 F
          SUNNY DELIGHT CITR       7.89 F
3 @ 0.85
          HAUSWALD'S BREAD         2.55 F
          PALL MALL RED 100       56.59 T
          MAVERICK MENTHOL B      53.19 T
4 @ 69 55
          NEWPORT MENTH BOX      278.20 T
          TAX                     24.07
          TAX EXEMPTION           24.07-
    **** BALANCE                 437.28
          CASH                     0.28
          CASH                   440.00
          CHANGE                   3.00
TOTAL NUMBER OF ITEMS SOLD =        30
**48 Total Beverage Containers**
B. Green&Co Inc. ID:C-273-000
01/23/18 11 11am 1 8 47 123

CUST  30183155 GREEN APPLE GROCERY &
ACCOUNT#  40000261180

Thank You For Shopping at Cash & Carry
          STORE HOURS:
MON-FRI 6A-4P SAT 7A-4P SUN 8A-4P
*************************************
****Thank You For Shopping With us****
*************************************

**A.R. 1131**



**0411619 RCVD 7/2/19**

**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS LISA

TRANSACTION RETRIEVED
RETRIEVAL NUMBER:        4/16
30183155 GREEN APPLE GROCE 40000261180
5 @ 0.85
     HAUSWALD'S BREAD          4.25 F
     SUPER CHILL STRAWB        6.59 B
     24 Beverage Containers
     SUPER CHILL ROOTBE        6.59 B
     24 Beverage Containers
     YOO HOO CHOCOLATE        15.99 B
2 @ 2.95
     ROTTER'S WHOLE MIL        5.90 F
4 @ 0.65
     ROTTER'S WHOLE MIL        2.60 F
5 @ 0.69
     PINT CHOCOLATE MIL        3.45 F
3 @ 1.15
     ROTTER'S CHOCOLATE        3.45 F
     EVERFRESH ORANGE J       13.49 F
     OREOS S/S                 5.49 F
     T.K. CHOCOLATE BET        2.59 F
2 @ 2.59
     TASTYKAKE CHOCOLAT        5.18 F
     KELL RICE KRISPIES        8.99 F
     HAT'S OFF CIGAR 10       15.95 T
     MAVERICK MENTHOL B       53.19 T
     MAVERICK MENTHOL B       53.19 T
3 @ 69.55
     NEWPORT MENTH BOX       208.65 T
2 @ 4.65
     WILD ROSES                9.30 T
     TAX                      22.17
     TAX EXEMPTION            22.17-
**** BALANCE              424.84
     CASH                    425.00
     CHANGE                    0.16
TOTAL NUMBER OF ITEMS SOLD =     36
**48 Total Beverage Containers**
B. Green&Co Inc. ID:C-273-000
01/20/18 08:17am 1 8 20 123

CUST  30183155 GREEN APPLE GROCERY &
ACCOUNT# 40000261180

Thank You For Shopping at Cash & Carry
STORE HOURS
MON-FRI 6A-4P SAT 7A-4P SUN:8A-4P

**A.R. 1132**

# ITEM DETAIL

~~0411619 RCVD 7/2/19~~

## SALES

| Description UPC Whlsl | Cases | Units | Net | Amount |
|---|---|---|---|---|

### 15OZ CN 1/12
STRBK DSE HZLNUT 0-12000-04246-1

| 30.00 | 5 | 60 | 18.20 | 91.00 |
|---|---|---|---|---|
| SUBTOTAL | 5 | 60 | | 91.00 |

### 16OZ CN 1/12
PEPSI 0-12000-03028-4

| 30.00 | 2 | 24 | 7.75 | 15.50 |
|---|---|---|---|---|

PEPSI WCHE 0-12000-14070-9

| 30.00 | 1 | 12 | 7.75 | 7.75 |
|---|---|---|---|---|
| SUBTOTAL | 3 | 36 | | 23.25 |

### 18.5OZ PL 1/12
LIT PLF EXSWT 0-12000-28617-9

| 25.00 | 2 | 24 | 12.50 | 25.00 |
|---|---|---|---|---|
| SUBTOTAL | 2 | 24 | | 25.00 |

### 28OZ PL 1/15
GAT ZRO ORG 0-52000 04232-0

| 30.00 | 1 | 15 | 16.00 | 16.00 |
|---|---|---|---|---|

GAT ZRO GLCR CHE 0-52000-04234-4

| 30.00 | 1 | 15 | 16.00 | 16.00 |
|---|---|---|---|---|
| SUBTOTAL | 2 | 30 | | 32.00 |

### 1L PL 1/12S
BRSK FP 0-12000-56749-0

| 20.00 | 1 | 12 | 7.75 | 7.75 |
|---|---|---|---|---|

BRSK I MND 0-12000-10190-8

| 20.00 | 1 | 12 | 7.75 | 7.75 |
|---|---|---|---|---|

BRSK PCH T 0-12000-03402-2

| 20.00 | 1 | 12 | 7.75 | 7.75 |
|---|---|---|---|---|

BRSK SWT 0-12000-03187-8

| 20.00 | 1 | 12 | 7.75 | 7.75 |
|---|---|---|---|---|

BRSK TEA LMND 0-12000-03401-5

| 20.00 | 1 | 12 | 7.75 | 7.75 |
|---|---|---|---|---|

LPT BRSK SWL 0-12000-20238-4

| 20.00 | 1 | 12 | 7.75 | 7.75 |
|---|---|---|---|---|

7 BRSK TEA TROPLMND 0-12000-04273-

| 20.00 | 1 | 12 | 7.75 | 7.75 |
|---|---|---|---|---|

BRSK TEA BLU LMND 0-12000-14021-1

| 20.00 | 1 | 12 | 7.75 | 7.75 |
|---|---|---|---|---|

BRSK PNAP PF 0-12000-14165-2

| 20.00 | 1 | 12 | 7.75 | 7.75 |
|---|---|---|---|---|

BRSK IT STW MLN12 0-12000-16123-0

| 20.00 | 1 | 12 | 7.75 | 7.75 |
|---|---|---|---|---|

1L BRSK TEA WM LD 0-12000-16147-6

| 20.00 | 1 | 12 | 7.75 | 7.75 |
|---|---|---|---|---|
| SUBTOTAL | 11 | 132 | | 85.25 |

## CREDITS (Single Units)

| Description UPC | Units | Amount |
|---|---|---|

### 20OZ PL 1/24
BRSK SWL 0-12000-00369-1

| | 7 | -4.59 |
|---|---|---|

LIT LMND 0-12000-62990-7

| | 4 | -2.63 |
|---|---|---|

LIT PCH 0-12000-11223-2

| | 3 | -1.97 |
|---|---|---|
| SUBTOTAL | 14 | -9.19 |

## STATE/LOCAL CHARGES

| Package | Amount |
|---|---|
| Baltimore Container Tax - .05 | |
| 16OZ CN 1/12 | 1.80 |
| 18.5OZ PL 1/12 | 1.20 |
| 1L PL 1/12S | 6.00 |
| 20OZ PL 1/24 | -0.70 |
| 28OZ PL 1/15 | 1.50 |
| SUBTOTAL | 9.80 |

| Amount Due for this Invoice: | $257.11 |
|---|---|

A.R. 1133



0411619 RCVD 7/2/19

CASH & CARRY
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS PATRICIA

TRANSACTION RETRIEVED
RETRIEVAL NUMBER: 1/48
30183155-GREEN APPLE GROCE40000261180

| | | |
|---|---|---|
| | DR PEPPER | 10.99 B |
| | 24 Beverage Containers | |
| | SPRITE | 13.49 B |
| | 24 Beverage Containers | |
| | PEPSI | 10.99 B |
| | 24 Beverage Containers | |
| 4 @ 0.99 | | |
| | PINT CHOCOLATE MIL | 3.96 F |
| 2 @ 2.85 | | |
| | RUTTER'S WHOLE MIL | 5.70 F |
| | MT DEW | 10.99 B |
| | 24 Beverage Containers | |
| 2 @ 0.85 | | |
| | HAUSWALD'S BREAD | 1.70 F |
| | 8 LB BAG ICE | 3.99 F |
| | SUNLITE LIGHTERS | 5.75 T |
| | WILD ROSES | 4.65 T |
| 3 @ 70.49 | | |
| | NEWPORT MENTH BOX | 211.47 T |
| | TAX | 16.10 |
| | TAX EXEMPTION | 16.10- |
| **** | BALANCE | 283.68 |
| | CASH | 300.00 |
| | CHANGE | 16.32 |

TOTAL NUMBER OF ITEMS SOLD = 18

292

96 Total Beverage Containers
B. Green&Co Inc. ID:C-273-000
05/06/18 11:44am 1 8 46 241

CUST 30183155-GREEN APPLE GROCERY &
ACCOUNT# 40000261180

Thank You For Shopping at Cash & Carry
STORE HOURS
MON-FRI 6A-4P SAT 7A-4P SUN 8A-4P
************************************

**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS PATRICIA

TRANSACTION RETRIEVED
RETRIEVAL NUMBER:      3/54
30183155 GREEN APPLE GROCE 40000261180
2 @ 2.85
        RUTTER'S WHOLE MIL      5.70 F
3 @ 0.99
        PINT CHOCOLATE MIL      2.97 F
5 @ 1.19
        RUTTER'S CHOCOLATE      5.95 F
        PEPSI                  10.99 B
        24 Beverage Containers
        SPRITE                 13.49 B
        24 Beverage Containers
        SUPER CHILL GRAPE       6.25 B
        24 Beverage Containers
        E-FRUTTI MINI BURG      4.75 B
        BOSTON BAKED BEANS      3.35 B
2 @ 1.79
        RUTTER'S CHOCOLATE      3.58 F
        MT DEW                 10.99 B
        24 Beverage Containers
2 @ 1.15
        DART FOAM CUP UNIT      2.30 T
        MAVERICK MENTHOL B     54.09 T
        NEWPORT NON-MENTHO     56.19 T
4 @ 70.49
        NEWPORT MENTH BOX     281.96 T
        TAX                    26.67
        TAX EXEMPTION          26.67-
***** BALANCE                 462.56
        CASH                    0.56
        CASH                  465.00
        CHANGE                  3.00
TOTAL NUMBER OF ITEMS SOLD =    26
**96 Total Beverage Containers**
B  Green&Co Inc. ID:C-273-000
05/05/18 11 44am 1 8 80 241

COST: 30183155 GREEN APPLE GROCERY &
ACCOUNT#: 40000261180

Thank You For Shopping at Cash & Carry
        STORE HOURS.
MON-FRI.6A-4P SAT:7A-4P SUN:8A-4P
**********************************
----Thank you for shopping with us----

**A.R. 1135**





CASH & CARRY
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS NICOLE B

30183155-GREEN APPLE GROCE40000261180
  SUNNY DELIGHT CITR  7.89 F
  DEER PARK SPRING W  7.25 B
  24 Beverage Containers
  DEER PARK SPRING W  6.99 B
  40 Beverage Containers
  TAX      0.86
  TAX EXEMPTION   0.86-
 **** BALANCE    22.13
****************************************

**\*\*\*\*\*\*\*\*\*\*\*\*\*2123**

APPROVED 001528 001528
  MASTERCARD    22.13
  CHANGE      0.00
TOTAL NUMBER OF ITEMS SOLD = 3
**64 Total Beverage Containers**
**B. Green&Co Inc. ID:C-273-000**
05/05/18 03:35pm 1 3 87 252

CUST: 30183155-GREEN APPLE GROCERY &
ACCOUNT#: 40000261180

Thank You For Shopping at Cash & Carry
    STORE HOURS
MON-FRI:6A-4P SAT:7A-4P SUN:8A-4P
****************************************
====Thank you for shopping with us====
****************************************

**A.R. 1136**



0411619 RCVD 7/2/19

**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS PATRICIA

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER: 2/18
30183155-GREEN APPLE GROCE40000261180

| | | |
|---|---|---|
| | SALT&VINEGAR CHIP | 12.99 F |
| | SUPER CHILL FRUIT | 6.25 F |
| | 24 Beverage Containers | |
| | SUPER CHILL GINGER | 6.25 B |
| | 24 Beverage Containers | |
| | SUPER CHILL CREAM | 6.25 F |
| | 24 Beverage Containers | |
| 2 @ 1.99 | | |
| | OODLES OF NOODLES | 3.98 F |
| | COCONUT JUNIORS | 2.59 F |
| | WILD ROSES | 4.65 T |
| | MAVERICK BOX 100'S | 54.09 T |
| | MARLBORO BOX 100 | 66.49 T |
| | NEWPORT MENTH BOX | 70.49 T |
| 3 @ 70.49 | | |
| | NEWPORT MENTH BOX | 211.47 T |
| | TAX | 24.81 |
| | TAX EXEMPTION | 24.81- |
| **** | BALANCE | 445.50 |
| | CASH | 450.00 |
| | CHANGE | 4.50 |

446

TOTAL NUMBER OF ITEMS SOLD = 14
**72 Total Beverage Containers**
**B. Green&Co Inc. ID:C-273-000**
05/04/18 02 21pm 1 8 119 241

CUST 30183155-GREEN APPLE GROCERY &
ACCOUNT#: 40000261180

Thank You For Shopping at Cash & Carry
STORE HOURS
MON-FRI 6A-4P SAT:7A-4P SUN:8A-4P
**************************************
====Thank you for shopping with us====
**************************************

A.R. 1137

CASH & CARRY
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS LISA

TRANSACTION RETRIEVED
RETRIEVAL NUMBER:      3/64
30183155 GREEN APPLE GROCE40000261180
          DEEP PARK SPRING W      7.25 B
          24 Beverage Containers
          LAFFY TAFFY ASSORT      6.79 B
4 @ 0.85
          HAUSWALD'S BREAD        3.40 F
10 @ 0.99
          PINT CHOCOLATE MIL      9.90 F
6 @ 0.69
          RUTTER'S WHOLE MIL      4.14 F
          PEPSI                  10.99 B
          24 Beverage Containers
          CLASSIC COKE            6.99 B
          24 Beverage Containers
2 @ 6.99
          SPRITE                 13.98 B
          24 Beverage Containers
          24 Beverage Containers
          SPRITE                 13.49 B
          24 Beverage Containers
          SWEDISH FISH RED        9.55 B
          ALL CRISP KOSHER P      5.39 F
          T.K  CHOCOLATE BEL      2.59 F
          TASTYKAKE KANDY KA      2.59 F
          NEWPORT NON-MENTHO     56.19 T
          MAVERICK MENTHOL B     54.09 T
4 @ 70.49
          NEWPORT MENTH BOX     281.96 T
          TAX                    27.68
          TAX EXEMPTION          27.68-
***** BALANCE                   489.29
          CASH                  500.30
          CHANGE                 11.01
TOTAL NUMBER OF ITEMS SOLD =      37
144 Total Beverage Containers
B. Green&Co Inc. ID:C-273-000
05/03/18 10:48am 1 8 84 123

CUST  30183155-GREEN APPLE GROCERY &
ACCOUNT#  40000261180

Thank You For Shopping at Cash & Carry

0411619 RCVD 7/2/19
MON-FRI 6A-4P SAT 7A-4P SUN 8A-4P

A.R. 1138



**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS LISA

TRANSACTION RETRIEVED
RETRIEVAL NUMBER:    4/44
30183155-GREEN APPLE GROCE 4000026118O
3 @ 1.79
        BUTTER'S CHOCOLATE      5.37 F
        MT DEW                 10.99 B
        24 Beverage Containers
        ORANGE CRUSH           10.99 B
        24 Beverage Containers
        SPRITE                 13.49 B
        24 Beverage Containers
        PEPSI                  10.99 B
        24 Beverage Containers
        DR. PEPPER             10.99 B
        24 Beverage Containers
        SUPER CHILL COLA        6.25 B
        24 Beverage Containers
        SUPER CHILL PINEAP      6.25 F
        24 Beverage Containers
2 @ 6.99
        CLASSIC COKE           13.98 B
        24 Beverage Containers
        24 Beverage Containers
        CLASSIC COKE           13.49 B
        24 Beverage Containers
        DAVID NACHO CHEESE      6.49 F
4 @ 0.99
        PINT CHOCOLATE MIL      3.96 F
        FROOTIES PUNCH          4.39 B
        STRAWBERRY LEMONAD      4.39 B
        FROOTIES STRAWBERR      4.39 B
        TOOTSIE ROLL            4.39 B
        FROOTIES WATERMELO      4.39 B
        FROOTIES GRAPE          4.39 B
        FROOTIES BLUE RASP      4.39 B
4 @ 70.49
        NEWPORT MENTH BOX     281.96 T
        MAVERICK BOX 100'S     54.09 T
        SUN LITE LIGHTERS       5.75 T
2 @ 4.65
        WILD ROSES              9.30 T
        TAX                    28.38
        TAX EXEMPTION          28.38-
**** BALANCE                  495.07
        CASH                   00.00
        CASH                  260.00
        CASH                   80.00
**AMOUNT        $55.07**
CASH BACK $0.00

*************9320

        DEBIT                  55.07
        CHANGE                  0.00
TOTAL NUMBER OF ITEMS SOLD =   33
240 Total Beverage Containers
B. Green&Co Inc. ID:C-273-000
05/02/18 09:56am 1 8 47 123

COST: 30183155-GREEN APPLE GROCERY &
ACCOUNT#: 4000026118O

Thank You For Shopping at Cash & Carry
STORE HOURS:
MON-FRI 6A-4P SAT 7A-4P SUN 8A-4P
*******************************
----Thank you for shopping with us----

**A.R. 1139**



**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6154
YOUR CASHIER TODAY IS NICOLE B

TRANSACTION RETRIEVED
RETRIEVAL NUMBER:      4/67
30183155 GREEN APPLE GROCE 40000261180
    YOO HOO CHOCOLATE       15.99 D
    SUPER CHILL ROOIBE       6.25 B
    24 Beverage Containers
    TROPICAL FANTASY W      15.59 B
    24 Beverage Containers
    TROPICAL FANTASY F      15.59 B
    24 Beverage Containers
    8 LB BAG ICE             3.99 F
3 @ 2.85
    RUTTER'S WHOLE MIL       6.55 F
2 @ 1.49
    RUTTER'S HVD MILK        2.98 F
8 @ 0.99
    PINT CHOCOLATE MIL       7.92 F
4 @ 1.19
    RUTTER'S CHOCOLATE       4.76 F
3 @ 0.69
    RUTTER'S WHOLE MIL       2.07 F
    SUNNY DELIGHT CITR       7.89 F
    SUPER CHILL FRUIT        6.25 F
    24 Beverage Containers
    SUPER CHILL ORANGE       6.25 B
    24 Beverage Containers
2 @ 8.99
    PEPSI COLA              17.98 B
    SPRITE                  11.99 B
    CLASSIC COKE            11.99 B
4 @ 0.85
    HAUSWALD'S BREAD         3.40 F
    N&L SOFT BANANA          3.59 B
    N&L SOFT WATERMELO       3.59 B
    FRUIT BY THE FOOT       11.35 B
    PALL MALL 100'S BO      62.49 T
    NEWPORT MENTH BOX       70.45 T
    NEWPORT NON MENTHO      56.19 T
4 @ 70.49
    NEWPORT MENTH BOX      281.96 T
    TAX                     35.48
    TAX EXEMPTION           35.48-
**** BALANCE              639.10
    CASH                   640.25
    CHANGE                   1.15
TOTAL NUMBER OF ITEMS SOLD      46
120 Total Beverage Containers
B. Green&Co Inc. 10-C-273-000
05/01/18 11:20am 1 8 79 252

COST: 30183155-GREEN APPLE GROCERY &
ACCOUNT#: 40000261180

Thank You For Shopping at Cash & Carry
STORE HOURS
MON FRI 6:00 AM 5:00 PM 100 AM AP

****Thank you for shopping with us****

A.R. 1140

041516198 RCVD 7/3/19



**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 559-6134
YOUR CASHIER TODAY IS OCTAVIA

TRANSACTION RETRIEVED
RETRIEVAL NUMBER:      573
30183155-GREEN APPLE GROCE 40000261180
1 @ 1.49
        RUTTER'S HVD MILK         4.47 F
2 @ 2.83
        RUTTER'S WHOLE MIL        5.66 F
        ARIZONA GREEN TEA        16.99 B
        24 Beverage Containers
        SUPER CHILL BLACK         6.25 F
        24 Beverage Containers
        SUPER CHILL GRAPE         6.25 F
        24 Beverage Containers
        TROPICAL FANTASY         15.59 B
        24 Beverage Containers
        CLASSIC COKE             11.99 B
        24 Beverage Containers
        EVERFRESH CRAN APP       13.89
        EVERFRESH STRAWBER       13.89
        AIRHEADS GREEN APP        4.69
        MIKE & IKE RED BAG        3.99
        MIKE & IKE BERRY B        3.99
        SPRITE                   11.99 B
        24 Beverage Containers
2 @ 1.55
        CAFE "G" CUP UNIT         3.10 T
        DART LID STRAW SLO        1.95 T
        MARLBORO BOX 100         66.49 T
4 @ 70.49
        NEWPORT MENTH BOX       281.96 T
        MAVERICK BOX 100'S       54.09 T
        MAVERICK MENTHOL B       54.09 T
        TAX                      52.23
        TAX EXEMPTION            52.23-
  **** BALANCE               581.24
   VF  COINSTAR CREDI       1,447.30
        CHANGE                  866.06
TOTAL NUMBER OF ITEMS SOLD =      26
**144 Total Beverage Containers**
B. Green&Co Inc. ID:C-273-000
04/30/18 10:14am 1 8 44 130

CUST  30183155-GREEN APPLE GROCERY &
ACCOUNT#: 40000261180

Thank You For Shopping at Cash & Carry
STORE HOURS
MON-FRI 6A-4P SAT 7A-4P SUN 8A-4P
*******************************
-----Thank you for shopping with us****

**A.R. 1141**

0411161 RCVD 7/2/18
581



**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS PATRICIA

```
30183155-GREEN APPLE GROCE40000261180
        NEWPORT NON-MENTHO    56.19 T
3 @ 70.49
        NEWPORT MENTH BOX    211.47 T
2 @ 0.89
        RUTTER'S PUNCH        1.78 F
2 @ 0.89
        RUTTER'S GRAPE        1.78 F
        MT.DEW                9.99 B
     24 Beverage Containers
        PEPSI                 9.99 B
     24 Beverage Containers
6 @ 0.99
        PINT CHOCOLATE MIL    5.94 F
        TASTYKAKE ICED CUP    2.29 F
        TAX                  17.26
        TAX EXEMPTION        17.26-
  **** BALANCE             299.43
        CASH                300.45
        CHANGE                1.02
TOTAL NUMBER OF ITEMS SOLD    17
48 Total Beverage Containers
B. Green&Co Inc. ID:C-273-000
04/29/18 11:03am 1 8 43 241

CUST: 30183155-GREEN APPLE GROCERY &
ACCOUNT#: 40000261180

Thank You For Shopping at Cash & Carry
        STORE HOURS:
MON-FRI:6A-4P SAT:7A-4P SUN:8A-4P
*****************************************
****Thank you for shopping with us****
*****************************************
```

**A.R. 1142**

**0411619 RCVD 7/2/19**



**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS PATRICIA

30183155 GREEN APPLE GRHCE40000261180
    MARLBORO BOX 100   66.49 T
    MAVERICK MENTHOL B  54.09 T
4 @ 70.49
    NEWPORT MENTH BOX  281.96 T
    CLASSIC COKE    11.99 B
    24 Beverage Containers
    SPRITE      11.99 B
    24 Beverage Containers
    SUPER CHILL COLA   6.25 B
    24 Beverage Containers
    SUPER CHILL GINGER  6.25 B
    24 Beverage Containers
    SUPER CHILL STRAWB  6.25 B
    24 Beverage Containers
    SUPER CHILL FRUIT  6.25 F
    24 Beverage Containers
    TAX     26.72
    TAX EXEMPTION    26.72-
**** BALANCE    *478*  451.52
    CASH    100.00

# AMOUNT $351.52

CASH BACK $0.00

✳✳✳✳✳✳✳✳✳✳✳✳✳2916
    DEBIT    351.52
    CHANGE    0.00
TOTAL NUMBER OF ITEMS SOLD =  12
**144 Total Beverage Containers**
B. Green&Co Inc. ID:C-273-000
04/27/18 12:01pm 1 8 80 241

CUST 30183155-GREEN APPLE GROCERY &
ACCOUNT# 40000261180

Thank You For Shopping at Cash & Carry
STORE HOURS:
MON-FRI:6A-4P SAT:7A-4P SUN:8A-4P
✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳
====Thank you for shopping with us=-

**A.R. 1143**



0411619 RCVD 7/2/1*

**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS PATRICIA

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:       3/35
 30183155 GREEN APPLE GROCE40000261180
4 @ 0.85
        HAUSWALD'S BREAD        3.40 F
        COCONUT JUNIORS         2.29 F
        SUNNY DELIGHT CTTN      7.89 F
2 @ 4.65
        WILD ROSES              9.30 T
        SUNLITE LIGHTERS        5.75 T
        LINDEN CHOC CHIP C      8.59 F
3 @ 70.49
        NEWPORT MENTH BOX     211.47 T
        NEWPORT NON MENTHOL    56.19 T
        MAVERICK BOX 100'S     54.09 T
        MAVERICK MENTHOL B     54.09 T
        TAX                    23.46
        TAX EXEMPTION          23.46-
 ***** BALANCE                413.06
        CASH                    0.06
        CASH                  415.00
        CHANGE                  2.00
TOTAL NUMBER OF ITEMS SOLD =     16
04/26/18 08:47am   2 52 241

CUST: 30183155-GREEN APPLE GROCERY &
ACCOUNT#: 40000261180

Thank You For Shopping at Cash & Carry
           STORE HOURS
MON-FRI:6A-4P SAT:7A-4P SUN:8A-4P
***********************************
****thank you for shopping with us****

**A.R. 1144**



0411679 RCVD 7/2/1?

CASH - CARRY
1300 SOUTH ......E
BALTI RE, /
(410) 5    34
YOUR CASHIER TODAY  ISA

TRANSACTION RETRIEVED
RETRIEVAL NUMBER:      5/19
30183155-GREEN APPLE GROCE40000261180
6 @ 0.99
        PINT CHOCOLATE MIL     5.94 F
3 @ 0.69
        RUTTER'S WHOLE MIL     2.07 F
        KOOL AID JAMMERS V     7.69 F
        40 Beverage Containers
        HI-C VARIETY PK 40     9.99 B
        10 Beverage Containers
        SPRITE                11.99 B
        24 Beverage Containers
        PEPSI CUBE             8.65 B
        24 Beverage Containers
        SUPER CHILL CREAM      6.25 F
        24 Beverage Containers
        SUPER CHILL PINEAP     6.25
        24 Beverage Containers
        SUPER CHILL ROOTBE     6.25 B
        24 Beverage Containers
        SUPER CH   ..          6.25 F
        24 Beverage Conte
        PEPSI                  ?
        24 Beverage C     .
        WRIGLEY'S JUICYFRU     7.79 B
        7.75" CLEAR WRAPPE     1.75 T
        DART FOAM CUP 80Z      0.59 T
        MARLBORO LIGHT BOX    66.49 T
        MARLBORO BOX 100      66.49 T
        NEWPORT MENTH BOX     70.49 T
4 @ 70.49
        NEWPORT MENTH BOX    281.96 T
        TAX                   32.55
        TAX EXEMPTION         32.55-
        **** BALANCE         576.88

AMOUNT       $576.88

CREDIT ... - - .

X X X X X X X X X X X X X *2916

        DEBIT                576.88
        CHANGE                 0.00
.....  NUMBER OF ITEMS SOLD -    28
248 Total Beverage Containers
& Green&Co Inc. ID:C-273-000
.. 25/13 08.07am 1 8 21.125

LOG: 30183155-GREEN APPLE GROCERY &
ACCOUNT#: 40000261180

Thank You For Shopping at Cash & Carry
        STORE HOURS
MON-FRI 6A-4P SAT 7A-4P SUN 8A-4P
*****************************************
----Thank you for shopping with us----

**A.R. 1145**



0411618 RCVD 7/2/19

**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS LISA

TRANSACTION RETRIEVED.
RETRIEVAL NUMBER:        3/11
30183155 GREEN APPLE GROCE46000261180
    WHITE CHEDDAR POPC      12.99 F
    UTZ RED HOT POTATO       7.99 F
3 @ 2.83
    RUTTER'S WHOLE MIL       8.49 F
6 @ 1.19
    RUTTER'S CHOCOLATE       7.14 F
3 @ 1.05
    RUTTER'S WHOLE MIL       3.15 F
3 @ 1.49
    RUTTER'S H/B MILK        4.47 F
    SCHWEPPES GINGERAI       9.99 B
    24 Beverage Containers
    UTZ CHEESE CURLS        12.99 F
    PEPSI                    9.99 B
    24 Beverage Containers
    DR. PEPPER               9.99 B
    24 Beverage Containers
    MIKE & IKE  ORIGIN       3.99 B
    TASTYKAKE ICED CUP       2.29 F
5 @ 70.49
    NEWPORT MENTH BOX      352.45 T
    NEWPORT NON-MENTHO      56.19 T
2 @ 4.65
    WILD ROSES               9.30 T
    TAX                     27.12
    TAX EXEMPTION           27.12-
  **** BALANCE               511.41

# AMOUNT       $150.00
CASH BACK $0.00

**\*\*\*\*\*\*\*\*\*\*\*\*2916**
    DEBIT                  150.00
    CASH                     0.41
    CASH                   365.00
    CHANGE                   4.00
TOTAL NUMBER OF ITEMS SOLD = 37
**72 Total Beverage Containers**
B. Green&Co Inc. ID:C-273-000
04/24/18 07:06am 1 8 14 123

CUST: 30183155 GREEN APPLE GROCERY &
ACCOUNT#: 40000261180

Thank You For Shopping at Cash & Carry
STORE HOURS:
MON-FRI:6A-4P SAT 7A-4P SUN:8A-4P
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
----Thank you for shopping with us----

**A.R. 1146**

0411819 RCVD 7/2/18



CASH & CARRY
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539 6134
YOUR CASHIER TODAY IS CAITLYN

TRANSACTION RETRIEVED
ORIGINAL NUMBER      4/14
30183155 GREEN APPLE GROC140000261180
6 @ 0.85
    HAUSWALD'S BREAD      5.10 F
3 @ 1.99
    PURINA KITTEN CHOW    5.97 T
4 @ 1.99
    PURINA CAT CHOW       7.96 T
    ARIZONA SWEET TEA    16.99 B
    24 Beverage Containers
    ARIZONA KIWI STRAW   16.99 B
    24 Beverage Containers
    CLASSIC COKE         11.99 B
    SPRITE               11.99 B
    SPRITE               13.49 B
    24 Beverage Containers
    PRINGLES ORIGINAL     5.75 F
    PRINGLES GRAB&GO S    5.75 F
    WRIGLEY'S DOUBLEMI    7.79 B
    WRIGLEY'S BIG RED     7.79 B
    HERB'S RED HOT SAU   14.99 F
    OREOS S/S             5.49 F
    GUSHER'S VARIETY P   10.59 B
    AIRHEADS CHERRY       4.69 B
    AIRHEADS BLUE RASP    4.69 B
    1 K  CHOCOLATE DEL    2.29 F
10 @ 0.99
    PINT CHOCOLATE MIL    9.90 F
3 @ 1.75
    RUTTER'S CHOCOLATE    5.25 F
4 @ 70.49
    NEWPORT MENTH BOX   281.96 T
    MAVERICK MENTHOL B   54.09 T
    MAVERICK BOX 100'S   54.09 T
    NEWPORT MENTH BOX    70.49 T
    TAX                  34.90
    TAX EXEMPTION        34.90-
    **** BALANCE        636.08

AMOUNT      $350.00
CASH BACK $0.00

************2916

           DEBIT        350.00
           CASH          90.00
           CASH          40.00
           CASH         160.10
           CHANGE         4.02
TOTAL NUMBER OF ITEMS SOLD =   48
72 Total Beverage Containers
B. Green&Co Inc  ID:C-273-000
04/23/18 09:43am T @ 53 308

CUST: 30183155 GREEN APPLE GROCERY &
ACCOUNT#: 40000261180

Thank You For Shopping at Cash & Carry
STORE HOURS
MON-FRI 6A-4P SAT 7A-4P SUN:8A-4P
************************************
****Thank you for shopping with us****
************************************



A.R. 1147



0411619 RCVD 7/2/1_

**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 535 6134
YOUR CASHIER TODAY IS LISA

TRANSACTION RETRIEVED
RETRIEVAL NUMBER:        1/29
30183155 GREEN APPLE GROCE 40000261180
    QTZ SOUR CREAM & O     12.99 F
    SALT&VINEGAR CHIP       12.99 F
    QTZ BBQ POTATO CHI      12.99 F
5 @ 2.83
    RUTTER'S WHOLE MIL       8.49 F
6 @ 0.69
    RUTTER'S WHOLE MIL       4.14 F
    SUPER CHILL WATER        6.25 B
    24 Beverage Containers
    SUPER CHILL GRAPE        6.25 B
    24 Beverage Containers
    SUPER CHILL COLA         6.25 B
    24 Beverage Containers
    SUPER CHILL GINGER       6.25 B
    24 Beverage Containers
    SUPER CHILL STRAWB       6.25 B
    24 Beverage Containers
    N&L SOFT BANANA          3.59 B
2 @ 2.29
    TASTYKAKE KANDY KA       4.58 F
    TASTYKAKE BUTTERSC       2.29 F
    TASTYKAKE JELLY KR       2.29 F
    COCONUT JUNIORS          2.29 F
    CHOCOLATE CREAM KA       2.29 F
    TASTYKAKE ICED CUP       2.29 F
    TASTYKAKE ICED CUP       2.29 F
    SPRITE                  11.99 B
    ALL CRISP KOSHER P       4.99 F
    MAVERICK MENTHOL B      54.09 T
4 @ 70.49
    NEWPORT MENTH BOX      281.96 T
    NEWPORT NON-MENTHO      56.19 T
    TAX                     26.35
    TAX EXEMPTION           26.35-
**** BALANCE              513.98
    CASH                   450.00
    CASH                    65.00
    CHANGE                   1.02
TOTAL NUMBER OF ITEMS SOLD    34
**120 Total Beverage Containers**
B Green&Co Inc. ID:C-273-000
09/20/18 09:51am 1 8 #6 123

CUST: 30183155-GREEN APPLE GROCERY &
ACCOUNT#: 40000261180

Thank You For Shopping at Cash & Carry
STORE HOURS
MON-FRI 6A-4P SAT 7A-4P SUN 8A-4P
******************************
-- Thank you for shopping with us ****

**A.R. 1148**



**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS OCTAVIA

30183155 GREEN APPLE GROCE 4000261180

| | |
|---|---|
| 8 LB BAG ICE | 3.99 F |
| SOUR PATCH EXTREME | 14.25 B |
| CHORE BOY COPPER S | 22.59 T |
| DAVID NACHO CHEESE | 5.49 F |
| DAVID ORIG SUNFLOW | 5.49 F |
| 1/10 WHITE BAG | 6.99 T |
| 2 @ 1.75 | |
| DART FOAM CUP UNIT | 3.50 T |
| 8 @ 65.45 | |
| NEWPORT MENT BOX 1 | 523.60 T |
| NEWPORT MENTHOL BO | 65.45 T |
| MARLBORO BOX 100 | 66.49 T |
| NEWPORT NON-MENTHO | 56.19 T |
| MARLBORO LIGHT BOX | 66.49 T |
| SUNLITE LIGHTERS | 5.75 T |
| TAX | 49.88 |
| TAX EXEMPTION | 49.88- |
| **** BALANCE | 846.27 |
| CASH | 350.00 |
| CASH | 496.27 |
| CHANGE | 0.00 |

TOTAL NUMBER OF ITEMS SOLD = 21
04/18/18 09:59am 1 8 42 130

CUST 30183155 GREEN APPLE GROCERY &
ACCOUNT# 4000261180

Thank You For Shopping at Cash & Carry
STORE HOURS
MON-FRI:6A-4P SAT:7A-4P SUN 8A-4P
*******************************************
----Thank you for shopping with us----
*******************************************

A.R. 1149



**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS PATRICIA

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:        1/4
30183155-GREEN APPLE GROCE40000261180
6 @ 0.69
```
     RUTTER'S WHOLE MIL      4.14 F
6 @ 0.99
     PINT CHOCOLATE MIL      5.94 F
3 @ 1.05
     RUTTER'S WHOLE MIL      3.15 F
4 @ 1.29
     RUTTER'S HVD MILK       5.16 F
     SUPER CHILL FRUIT       6.59 F
     24 Beverage Containers
2 @ 7.99
     MOUNTAIN DEW           15.98 B
4 @ 7.99
     PEPSI COLA             31.96 B
     MAMBA CHEWS            16.85 B
     T K  CHOCOLATE BEL      1.95 F
     MIKE & IKE  ORIGIN      3.99 B
     SOUR PATCH WATERME     14.25 B
     SUNNY DELIGHT CITR      5.99 F
     MAVERICK MENTHOL B     54.09 T
4 @ 70.49
     NEWPORT MENTH BOX     281.96 T
4 @ 0.85
     HAUSWALD'S BREAD        3.40 F
     TAX                    25.15
     TAX EXEMPTION          25.15-
**** BALANCE              455.40
     CASH                  100.00
     CASH                   55.40
     CASH                  200.00
     CASH                  100.00
     CHANGE                  0.00
TOTAL NUMBER OF ITEMS SOLD =     40
```
**24 Total Beverage Containers**
B  Green&Co Inc. ID:C-273-000
04/17/18 11:28am 1 8 58 241

CUST: 30183155 GREEN APPLE GROCERY 8
ACCOUNT#: 40000261180

Thank You For Shopping at Cash & Carry
STORE HOURS
MON-FRI 6A-4P SAT 7A-4P SUN 8A-4P
*******************************************
****Thank you for shopping with us****
*******************************************

**A.R. 1150**



**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS CAITLYN

TRANSACTION RETRIEVED
RETRIEVAL NUMBER    1/30
30183155 GREEN APPLE GROCE40000261180
3 @ 1.29
      RUTTER'S HVD MILK        3.87 F
6 @ 1.19
      RUTTER'S CHOCOLATE       7.14 F
      MT DEW                  10.99 B
      24 Beverage Containers
      MOUNTAIN DEW             7.99 B
      PEPSI COLA               7.99 B
      PEPSI                   10.99 B
      24 Beverage Containers
      CLASSIC COKE            10.99 B
      24 Beverage Containers
      1 K CHOCOLATE DEL        1.95 F
      TASTYKAKE KOFFEE K       1.95 F
      TASTYKAKE ICED CUP       1.95 F
      SPRITE                  10.99 B
      24 Beverage Containers
      NEWPORT NON-MENTHO      56.19 T
3 @ 70.49
      NEWPORT MENTH BOX      211.47 T
      TAX                     15.66
      TAX EXEMPTION           19.66-
**** BALANCE                 344.46
      CASH                     0.46
      CASH                   300.00
      CASH                    44.00
      CHANGE                   0.00
TOTAL NUMBER OF ITEMS SOLD =   22
**96 Total Beverage Containers**
B. Green&Co Inc. ID:C-273-000
04/15/18 11:57am 1 8 50 308

LIST  30183155-GREEN APPLE GROCERY 8
ACCOUNT#  40000261180

Thank You For Shopping at Cash & Carry
STORE HOURS
MON-FRI 6A-4P SAT 7A-4P SUN 8A-4P
******** ************ ********
Thank you for shopping with us****
******************************

A.R. 1151



CASH & CARRY
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS LISA

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:      5716
30183155-GREEN APPLE GROCE40000261180
        SUPER CHILL GRAPE      6.59 B
        24 Beverage Containers
        SUNNY DELIGHT CITR     5.99 F
        DEER PARK SPRING W     7.25 B
        24 Beverage Containers
        YOO HOO CHOCOLATE     15.99 B
10 @ 0.99
        PINT CHOCOLATE MIL     9.90 F
        TASTYKAKE KOFFEE K     1.95 F
        COCONUT JUNIORS        1.95 F
        NEWPORT MENTH BOX     70.49 T
        MAVERICK MENTHOL B    54.09 T
3 @ 70.49
        NEWPORT MENTH BOX    211.47 T
        TAX                   21.96
        TAX EXEMPTION        -21.96-
   **** BALANCE              385.67
        CASH                 300.00
        CASH                  86.00
        CHANGE                 0.33
TOTAL NUMBER OF ITEMS SOLD :     21
**48 Total Beverage Containers**
B. Green&Co Inc. ID:C-273-000
04/14/18 10:34am 1 8 45 123

CUST: 30183155-GREEN APPLE GROCERY &
ACCOUNT#: 40000261180

Thank You For Shopping at Cash & Carry
        STORE HOURS:
MON-FRI 6A-4P SAT 7A-4P SUN 8A-4P
***************************************
****Thank you for shopping with us****
***************************************

A.R. 1152



**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS PATRICIA

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:        3/49
30183155-GREEN APPLE GROCE40000261180
4 @ 2.83
        ROTTER'S WHOLE MIL      11.32 F
        SPRITE                  11.99 B
        KELL RICE KRISPIES       8.99 F
3 @ 0.85
        HAUSWALD'S BREAD         2.55 F
        MARLBORO BOX 100        66.49 T
4 @ 70.49
        NEWPORT MENTH BOX      281.96 T
        TAX                     21.63
        TAX EXEMPTION           21.63-
    **** BALANCE               483.30

## AMOUNT    $100.00
CASH BACK $0.00

**×××××××××××9335**
        DEBIT                  100.00
        CASH                   283.30
        CHANGE                   0.00
TOTAL NUMBER OF ITEMS SOLD =    14
04/13/18 02:22pm 1 8 121 241

COST: 30183155-GREEN APPLE GROCERY &
ACCOUNT#: 40000261180

Thank You For Shopping at Cash & Carry
        STORE HOURS:
MON-FRI:6A-4P SAT:7A-4P SUN:8A-4P
*******************************
****Thank you for shopping with us****
*******************************

**A.R. 1153**



CASH & CARRY
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS PATRICIA

30183155 GREEN APPLE GROCE 40000261180
2 @ 7.99
            MOUNTAIN DEW          15.98 B
2 @ 7.99
       PEPSI COLA                 15.98 B
       DEER PARK SPRING W          5.85 B
            32 Beverage Containers
       SPRITE                     10.99 B
            24 Beverage Containers
6 @ 0.99
       PINT CHOCOLATE MIL          5.94 F
5 @ 70.49
       NEWPORT MENTH BOX         211.47 T
       TAX                        15.62
       TAX EXEMPTION              15.62-
    **** BALANCE                 266.21

# AMOUNT        $266.21

CASH BACK $0.00

## ××××××××××××××9335

            DEBIT                 266.21
            CHANGE                  0.00
TOTAL NUMBER OF ITEMS SOLD         15
**56 Total Beverage Containers**
B. Green&Co Inc. ID:C-273-000
04/12/18 01:06pm 1 8 96 241

CUST  30183155 GREEN APPLE GROCERY &
ACCOUNT# 40000261180

Thank You For Shopping at Cash & Carry
        STORE HOURS
MON FRI 6A-4P SAT 7A-4P SUN 8A-4P
***********************************
------Thank you for shopping with us------
***********************************

**A.R. 1154**



**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS CAITLYN

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:        3/40
30183155-GREEN APPLE GROCL4000026
        8 LB BAG ICE              3.
6 @ 0.85
        HAUSWALD'S BREAD          5.
2 @ 7.99
        PEPSI COLA               15.5
        DEER PARK SPRING W        7.2
        24 Beverage Containers
        SOUR PATCH WATERME       14.2
        UTZ REGULAR CHIPS        12.9
        GUSHER'S VARIETY P       10.5
        LINDENS BUTTER CRU        8.5
        SOUR PATCH KIDS CH       14.2
        SWEDISH FISH             14.25
        MARLBORO LIGHT BOX       66.4!
3 @ 70.49
        NEWPORT MENTH BOX       211.47
        NEWPORT NON MENTHO       56.15
        NEWPORT MENTH BOX        70.49
        TAX                      28.88
        TAX EXEMPTION            28.88
  ***** BALANCE                 511.88
        CASH                    400.00
        CASH                    100.00
        CASH                     12.00
        CHANGE                    0.12
TOTAL NUMBER OF ITEMS SOLD =       22
24 Total Beverage Containers
1. Green&Co Inc. 10:C-273-000
14/09/18 10.56am 1 8 53 308

DST  30183155 GREEN APPLE GROCERY &
CCOUNT#  4000026.1180

Thank You For Shopping at Cash & Carry
STORE HOURS:
M-FRI 6A-4P SAT 7A-4P SUN 8A-4P
(*********************************
--Thank you for shopping with us**--
*********************************

**A.R. 1155**



**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS PATRICIA

TRANSACTION RETRIEVED
RETRIEVAL NUMBER:        4/33
30183155-GREEN APPLE GROCE40000261180
3 @ 0.85
        HAUSWALD'S BREAD        2.55 F
6 @ 0.69
        RUTTER'S WHOLE MIL      4.14 F
10 @ 0.99
        PINT CHOCOLATE MIL      9.90 F
        PURINA MEOW MIX        11.79 T
        PRINGLES ORIGINAL       5.75 F
        ALL CRISP KOSHER P      5.25 F
        DAVID NACHO CHEESE      6.49 F
3 @ 1.99
        PURINA CAT CHOW         5.97 T
3 @ 1.99
        PURINA KITTEN CHOW      5.97 T
        SUNNY DELIGHT CITR      5.99 F
3 @ 70.49
        NEWPORT MENTH BOX     211.47 T
        TAX                    14.12
        TAX EXEMPTION          14.12-
****  BALANCE                 275.27
        CASH                  200.00
        CASH                   75.27
        CHANGE                  0.00
TOTAL NUMBER OF ITEMS SOLD =    33
04/07/18 01:14PM 1 8 100 241

CUST  30183155-GREEN APPLE GROCERY &
ACCOUNT#  40000261180

Thank You For Shopping at Cash & Carry
STORE HOURS
MON-FRI 6A-4P SAT 7A-4P SUN 8A-4P
***************************************
-----Thank you for shopping with us-----
***************************************

**A.R. 1156**



0411618 RCVD 7/2/1?

**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS PATRICIA

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:        3/98
30183155 GREEN APPLE GROCE 40060261180
          MINUTE MAID PEACH      10.99 B
          24 Beverage Containers
          MINUTE MAID WATERM     10.99 B
          24 Beverage Containers
2 @ 1.05
          RUTTER'S WHOLE MIL      2.10 F
2 @ 1.29
          RUTTER'S HVL MILK      2.58 F
2 @ 1.75
          RUTTER'S CHOCOLATE      3.50 F
          DEER PARK SPRING W      6.99 B
          40 Beverage Containers
          PAMPA LONG GRAIN R      9.99 F
          LE CREAM FILLED BT      1.95 F
          TASTYKAKE KANDY KA      1.95 F
4 @ 70.49
          NEWPORT MENTH BOX     281.96 T
          MARLBORO BOX 100       66.49 T
          MAVERICK BOX 100's     54.09 T
          MAVERICK MENTH B       54.09 T
          NEWPORT NON MENTHO     56.19 T
          NEWPORT MENTH BOX      70.49 T
          TAX                    36.74
          TAX EXEMPTION          36.74
**** BALANCE                    634.35
          CASH                  260.00
          CASH                  100.00
          CASH                  300.00
          CASH                   35.00
          CHANGE                  0.65
TOTAL NUMBER OF ITEMS SOLD =       21
**88 Total Beverage Containers**
B. Green&Co Inc. ID:C-273-000
04/06/18 03:14pm 1 8 126 241

CUST  30183155 GREEN APPLE GROCERY &
ACCOUNT#: 40060261180

Thank You For Shopping at Cash & Carry
STORE HOURS
MON-FRI 6A-4P SAT 7A-4P SUN 8A-4P
****************************************
****Thank you for shopping with us****

**A.R. 1157**



0411619 RCVD 7/2/19

**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS PATRICIA

TRANSACTION RETRIEVED
RETRIEVAL NUMBER:        5/29
30183155-GREEN APPLE GROCE40000261180

| | | |
|---|---|---|
| SALT&VINEGAR CHIP | 12.99 | F |
| PEPSI | 10.99 | B |
| 24 Beverage Containers | | |
| SPRITE | 10.99 | B |
| 24 Beverage Containers | | |
| CIRA WATERMELON-ST | 13.75 | F |
| 12 Beverage Containers | | |
| MIKE & IKE RED RAG | 3.99 | B |
| TASTYKAKE ICED CUP | 1.95 | F |
| MIKE & IKE JOLLY J | 3.99 | B |
| MIKE&IKE TROPICAL | 3.99 | B |
| TASTYKAKE KOFFEE K | 1.95 | F |
| TASTYKAKE LEMON JU | 1.95 | F |
| COCONUT JUNIORS | 1.95 | F |
| NOW&LATER CHEWY PI | 3.59 | B |
| N&L SOFT APPLE | 3.59 | B |
| N&L SOFT BANANA | 3.59 | B |
| FERRARA PAN CHEWY | 3.35 | B |
| HI-C VARIETY PK 40 | 7.99 | B |
| 40 Beverage Containers | | |
| EVERFRESH STRAWBER | 13.85 | F |
| SUPER CHILL PINEAP | 6.59 | F |
| 24 Beverage Containers | | |
| SUPER CHILL STRAWB | 6.59 | B |
| 24 Beverage Containers | | |
| SUPER CHILL ORANGE | 6.59 | B |
| 24 Beverage Containers | | |

5 @ 0.85

| | | |
|---|---|---|
| HAUSWALD'S BREAD | 4.25 | F |
| HAT'S OFF CIGAR 10 | 15.95 | T |

4 @ 70.49

| | | |
|---|---|---|
| NEWPORT MENTH BOX | 281.96 | T |
| LUXURY LIGHTS LIGH | 4.55 | T |
| TAX | 22.31 | |
| TAX EXEMPTION | 22.31- | |
| **** BALANCE | 430.93 | |
| CASH | 100.00 | |
| CASH | 331.00 | |
| CHANGE | 0.07 | |

TOTAL NUMBER OF ITEMS SOLD -    31
172 Total Beverage Containers
B. Green&Co Inc. ID:C-273-000
04/06/18 03:29pm 1 8 112 241

CUST: 30183155-GREEN APPLE GROCERY &
ACCOUNT# 40000261180

Thank You For Shopping at Cash & Carry
STORE HOURS
MON-FRI 6A-4P SAT 7A-4P SUN 8A-4P
****************************************
****Thank you for shopping with us****
****************************************

**A.R. 1158**

0411619 RCVD 7/2/19

CASH & CARRY
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS NICOLE B

TRANSACTION RETRIEVED
RETRIEVAL NUMBER: 6/5
30183155-GREEN APPLE GROC.40000261180
6 @ 0.85

| | | |
|---|---|---|
| HAUSWALD'S BREAD | 5.10 | F |
| TASTYKAKE BUTTERSC | 2.59 | F |
| TASTYKAKE KANDY KA | 2.59 | F |
| TASTYKAKE ICED CUP | 2.59 | F |
| CHOCOLATE CREAM KA | 2.59 | F |
| COCONUT JUNIORS | 2.59 | F |
| HERB'S RED HOT SAU | 13.99 | F |
| 2 @ 1.75 | | |
| RUTTER'S CHOCOLATE | 3.50 | F |
| FRUIT BY THE FOOT | 11.35 | B |
| SKITTLES TROPICAL | 21.99 | B |
| FAMOUS AMOS CHOC C | 13.25 | F |
| 4 @ 1.19 | | |
| RUTTER'S CHOCOLATE | 4.76 | F |
| 3 @ 2.83 | | |
| RUTTER'S WHOLE MIL | 8.49 | F |
| SUNNY DELIGHT CITR | 7.89 | F |
| YOO HOO CHOCOLATE | 19.99 | B |
| HI-C FLASH FRUIT P | 8.95 | F |
| 40 Beverage Containers | | |
| MIKE & IKE ORIGIN | 3.69 | B |
| LAFFY TAFFY ASSORT | 5.99 | B |
| LINDEN CHOC CHIP C | 8.59 | F |
| PEDIGREE DOG FOOD | 10.99 | T |
| SUPER CHILL FRUIT | 6.59 | F |
| 24 Beverage Containers | | |
| TROPICAL FANTASY K | 15.59 | B |
| 24 Beverage Containers | | |
| MAVERICK MENTHOL B | 54.09 | T |
| 3 @ 70.49 | | |
| NEWPORT MENTH BOX | 211.47 | T |
| TAX | 21.31 | |
| TAX EXEMPTION | 21.31- | |
| **** BALANCE | 449.21 | |
| CASH | 0.02 | |
| VF COINSTAR CHITS | 1,770.19 | |
| CHANGE | 1,321.00 | |

449

TOTAL NUMBER OF ITEMS SOLD = 37
88 Total Beverage Containers
B. Green&Co Inc. ID:C-273-000
04/02/18 11:45am 1 8 102 252

CUST: 30183155-GREEN APPLE GROCERY &
ACCOUNT#: 40000261180

Thank You For Shopping at Cash & Carry
STORE HOURS
MON-FRI 6A-4P SAT 7A-4P SUN 8A-4P
****************************************
----Thank you for shopping with us----

**0411619 RCVD 7/2/19**





**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS WANDA

30183155-GREEN APPLE GROCE 40000261180
4 @ 70.49

| | |
|---|---|
| NEWPORT MENTH BOX | 281.96 T |
| MARLBORO BOX 100 | 66.49 T |
| MARLBORO LIGHT BOX | 66.49 T |

2 @ 8.99

| | |
|---|---|
| PEPSI COLA | 17.98 B |
| LUXURY LIGHTS LIGH | 4.55 T |
| TAX | 26.25 |
| TAX EXEMPTION | 26.25- |
| **** BALANCE | 437.47 |

# AMOUNT      $437.47

CASH BACK $0.00

# ✱✱✱✱✱✱✱✱✱✱✱✱✱6308

| | |
|---|---|
| DEBIT | 437.47 |
| CHANGE | 0.00 |

TOTAL NUMBER OF ITEMS SOLD = 9
03/31/18 01:40PM 1 8 87 256

CUST: 30183155-GREEN APPLE GROCERY &
ACCOUNT#: 40000261180

Thank You For Shopping at Cash & Carry
STORE HOURS:
MON-FRI:6A-4P SAT 7A-4P SUN:8A-4P
✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱  ✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱
✱✱✱✱Thank you for shopping with us✱✱✱✱
✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱

**A.R. 1160**



**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS PATRICIA

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:       3/15
30183155-GREEN APPLE GROCE40000261180
    M&M PEANUT              26.99 B
2 @ 11.89
    9 LIVES CHICKEN         23.78 T
    9 LIVES TURKEY W/G      11.89 T
    CHEWY RED HEADS          3.35 B
    TASTYKAKE ICED CUP       2.59 F
    TASTYKAKE KOFFEE K       2.59 F
    TASTYKAKE CHOCOLAT       2.59 F
    COCONUT JUNIORS          2.59 F
    LE CREAM FILLED BI       2.59 F
    E-FRUTTI MINI BURG       3.99 B
    AIR HEADS WHITE MY       4.69 B
    AIRHEADS WATERMELO       4.69 B
    AIRHEADS GREEN APP       4.69 B
    9 LIVES TUNA&EGG S      11.89 T
3 @ 2.75
    RUTTER'S WHOLE MIL       8.25 F
    HARIBO GOLD BEARS       13.65 B
    SCOOBY DOO FRUIT S      11.25 B
4 @ 70.49
    NEWPORT MENTH BOX      281.96 T
    MAVERICK MENTHOL B      54.09 T
    TAX                     27.42
    TAX EXEMPTION           27.42-
**** BALANCE                478.11
    CASH                   100.00
    CASH                   380.11
    CHANGE                   2.00
TOTAL NUMBER OF ITEMS SOLD =    25
03/29/18 12:18pm 1 8 78 241

CUST: 30183155-GREEN APPLE GROCERY &
ACCOUNT#: 40000261180

Thank You For Shopping at Cash & Carry
STORE HOURS:
MON-FRI:6A-4P SAT:7A-4P SUN:8A-4P
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
====Thank you for shopping with us====
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

**A.R. 1161**



**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS PATRICIA

30183155-GREEN APPLE GROCE 40000261180
```
           NEWPORT NON-MENTHO      56.19 T
4 @ 70.49
           NEWPORT MENTH BOX      281.96 T
           WHITE CHEDDAR POPC      12.99 T
           Utz Thin Pretzels       13.49 T
           UTZ REGULAR CHIPS       12.99 F
6 @ 0.85
           HAUSWALD'S BREAD         5.10 F
           BIG SLICE WATERMEL       4.35 B
           BIG SLICE BLUE RAS       4.35 B
           TAX                     21.63
           TAX EXEMPTION           21.63-
***** BALANCE                     391.42
           CASH                   100.00
           CASH                   300.52
           CHANGE                   9.10
TOTAL NUMBER OF ITEMS SOLD =          16
```
03/30/18 11:49am 1 8 72 241

CUST: 30183155-GREEN APPLE GROCERY &
ACCOUNT#: 40000261180

Thank You For Shopping at Cash & Carry
STORE HOURS:
MON-FRI 6A-4P SAT 7A-4P SUN 8A-4P
************************************
***-Thank you for shopping with us---
************************************

**A.R. 1162**



**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS NICOLE B

TRANSACTION RETRIEVED
RETRIEVAL NUMBER:      1776
30183155-GREEN APPLE GROCE40000261180
3 @ 6.59
         SUPER CHILL BLACK      19.77 F
         24 Beverage Containers
         48 Beverage Containers
         SUPER CHILL GRAPE       6.59 B
         24 Beverage Containers
6 @ 1.19
         RUTTER'S CHOCOLATE      7.14 F
5 @ 0.69
         RUTTER'S WHOLE MILK     3.45 F
8 @ 0.99
         PINT CHOCOLATE MILK     7.92 F
         CLASSIC COKE           12.99 B
         24 Beverage Containers
         SPRITE                 12.99 B
         24 Beverage Containers
4 @ 7.99
         CLASSIC COKE           31.96 B
3 @ 1.69
         RUTTER'S CHOCOLATE      5.07 F
         MAVERICK BOX 100'S     54.09 T
4 @ 70.49
         NEWPORT MENTH BOX     281.96 T
         NEWPORT MENTH BOX      70.49 T
         TAX                    28.27
         TAX EXEMPTION          28.27-
  **** BALANCE               514.42
         CASH                  520.00
         CHANGE                  5.58
TOTAL NUMBER OF ITEMS SOLD       38
144 Total Beverage Containers
B. Green&Co Inc. IU:C-273-000
03/31/18 12:17pm 1 8 69 252

CUST  30183155 GREEN APPLE GROCERY &
ACCOUNT# 40000261180

Thank You For Shopping at Cash & Carry
STORE HOURS
MON FRI 6A 4P SAT 7A 4P SUN 8A 4P
***************************************
----Thank you For shopping with us----
***************************************

**A.R. 1163**



**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS PATRICIA

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:      5/16
30183155-GREEN APPLE GROCE4000026118O
6 @ 1.19
        RUTTER'S CHOCOLATE       7.14 F
2 @ 1.69
        RUTTER'S CHOCOLATE       3.38 F
6 @ 0.99
        PINT CHOCOLATE MIL       5.94 F
        SUNNY DELIGHT CITR       7.89 F
        MINIATURE PEANUT C      11.99 B
        CLASSIC COKE            12.99 B
         24 Beverage Containers
        SPRITE                  12.99 B
         24 Beverage Containers
        SWEDISH FISH RED         9.55 B
        GUSHER'S VARIETY P      10.59 B
2 @ 1.75
        DART FOAM CUP UNIT       3.50 T
        DART LID STRAW SLO       1.95 T
6 @ 0.85
        HAUSWALD'S BREAD         5.10 F
3 @ 70.49
        NEWPORT MENTH BOX      211.47 T
        MARLBORO LIGHT 100      66.49 T
        MAVERICK MENTHOL B      54.09 T
        NEWPORT NON-MENTHO      56.19 T
        TAX                     27.11
        TAX EXEMPTION           27.11-
  **** BALANCE               481.25
        CASH                  481.25
        CHANGE                   0.00
TOTAL NUMBER OF ITEMS SOLD          35

*550*

48 Total Beverage Containers
B. Green&Co Inc. ID:C-273-0001
03/27/18 01:04pm 1 8 83 241

CUST: 30183155-GREEN APPLE GROCERY &
ACCOUNT#: 40000261180

Thank You For Shopping at Cash & Carry
        STORE HOURS:
MON-FRI:6A-4P SAT:7A-4P SUN:8A-4P
***********************************
****Thank you for shopping with us****

**A.R. 1164**



**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS CAITLYN

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:      5/2
30183156-GREEN APPLE GRUCE40600261160
4 @ 0.85
     HANSWALD'S BREAD        3.40 F
     HONEY BBQ CHIPS        12.99 F
     UTZ SOUR CREAM & O     12.99 F
2 @ 2.75
     RUTTER'S WHOLE MIL      5.50 F
2 @ 1.45
     RUTTER'S TWO MILK       2.90 F
2 @ 0.99
     RUTTER'S WHOLE MIL      1.98 F
     SUPER CHILI COLA        6.59 B
     24 Beverage Containers
     SUPER CHILI ORANGE      6.59 B
     24 Beverage Containers
     SUPER CHILI FRUIT       6.59 F
     24 Beverage Containers
     SALT&VINEGAR CHIP      12.99 F
     TASTYKAKE CHOCOLAT      2.59 F
     TASTYKAKE BUTTERSC      2.59 F
     YOO HOO CHOCOLATE      15.99 B
     DOMINO SUGAR 4 LB      19.95 F
4 @ 70.49
     NEUR 1 MONTH BOX      281.96 T
     MAV    BOX 100'S       54.09 T
     19                     21.92
     AX EXEMPTION           21.92-
     BALANCE               449.69
     CASH      _450_       460.00
     CHANGE                 10.31
TOTAL NUMBER OF ITEMS SOLD     25
72 Total Beverage Containers
Green8Co Inc. ID:C-273-000
03/26/18 11:13am 1 8 45 308

CUST  30183156
ACCOUNT:

Thank You Fc

MON-FRI 6A-4P
************
-- thank you
**************

**A.R. 1165**



**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS CAITLYN

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:      4/10
30183155-GREEN APPLE GROCE40000261180
8 @ 0.99
         PINT CHOCOLATE MIL      7.92 F
         SPRITE                 12.99 B
         24 Beverage Containers
         CLASSIC COKE           12.99 B
         24 Beverage Containers
         SUPER CHILI CREAM       6.59 F
         24 Beverage Containers
         SUPER CHILL BLACK       6.59 F
         24 Beverage Containers
3 @ 69.55
         NEWPORT MENTH BOX     208.65 T
         NEWPORT MENTH BOX      69.55 T
         SUNLITE LIGHTERS        5.75 T
         WILD ROSES              4.65 T
         TAX                    18.88
         TAX EXEMPTION          18.88-
   **** BALANCE              335.68
         CASH                  100.00
         CASH                  200.00
         CASH                   36.00
         CHANGE                  0.32
TOTAL NUMBER OF ITEMS SOLD =    18
**96 Total Beverage Containers**
**B. Green&Co Inc. ID:C-273-000**
03/25/18 08:21am 1 8 13 306

CUST  30183155-GREEN APPLE GROCERY &
ACCOUNT#  40000261180

Thank You For Shopping at Cash & Carry
        STORE HOURS:
MON-FRI 6A-4P SAT 7A-4P SUN 8A-4P
***************************************
****Thank you for shopping with us****

**A.R. 1166**



CASH & CARRY
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS PATRICIA

TRANSACTION RETRIEVED
RETRIEVAL NUMBER        3/100
30183155-GREEN APPLE GROCE40000261180
2 @ 1.69
    RUTTER'S CHOCOLATE        3.38 F
2 @ 1.19
    RUTTER'S CHOCOLATE        2.38 F
8 @ 0.99
    PINT CHOCOLATE MIL        7.92 F
2 @ 7.99
    CLASSIC COKE             15.98 B
2 @ 7.99
    SPRITE                   15.98 B
    ARIZONA GREEN TEA        16.99 B
    24 Beverage Containers
    TASTYKAKE ICED CUP        2.59 F
    COCONUT JUNIORS          2.59 F
    LE CREAM FILLED BI        2.59 F
    TASTYKAKE KOFFEE K        2.59 F
    KANDY KAKE DARK          2.59 F
    MAVERICK MENTHOL B       53.19 T
3 @ 69.55
    NEWPORT MENTH BOX       208.65 T
    TAX                      18.65
    TAX EXEMPTION            18.65-
    **** BALANCE            337.42

AMOUNT        $50.00
CASH BACK $0.00

**************9335
    DEBIT                    50.00
    CASH                    290.00
    CHANGE                    2.58
TOTAL NUMBER OF ITEMS SOLD =    26
24 Total Beverage Containers
B. Green&Co Inc. ID:C-273-000
03/23/18 03:33pm 1 8 124 241

CUST  30183155-GREEN APPLE GROCERY &
ACCOUNT#: 40000261180

Thank You For Shopping at Cash & Carry
STORE HOURS
MON-FRI 6A-4P SAT:7A-4P SUN:8A-4P
*********************************
****Thank you for shopping with us****

**A.R. 1167**



```
              CASH & CARRY
            1300 SOUTH MONROE
             BALTIMORE, MD
             (410) 539-6134
       YOUR CASHIER TODAY IS LISA

         TRANSACTION RETRIEVED
   RETRIEVAL NUMBER:        4/25
    30183155 GREEN APPLE GROCE40000261180
         SUPER CHILL GRAPE       6.59 B
         24 Beverage Containers
         CLASSIC CORE           12.99 B
         24 Beverage Containers
   3 @ 2.75
         RUTTER'S WHOLE MIL       8.25 F
   6 @ 0.69
         RUTTER'S WHOLE MIL       4.14 F
   10 @ 0.99
         PINT CHOCOLATE MIL       9.90 F
   2 @ 1.45
         RUTTER'S HVD MILK        2.90 F
   2 @ 0.99
         RUTTER'S WHOLE MIL       1.98 F
   4 @ 1.19
         RUTTER'S CHOCOLATE       4.76 F
   4 @ 0.85
         HAUSWALD'S BREAD         3.40 F
   8 @ 64.55
         NEWPORT MENT BOX T     516.40 T
         NEWPORT MENTHOL 80      64.55 T
         NEWPORT NON-MENTHO      55.29 T
         TAX                     39.35
         TAX EXEMPTION           39.35-
   **** BALANCE                 691.15
         CASH                    50.00
         CASH                   400.00
         CASH                    50.00
         CASH                   191.00
         CASH                     0.15
         CHANGE                   0.00
   TOTAL NUMBER OF ITEMS SOLD      43
   48 Total Beverage Containers
   B. Green&Co Inc. ID:C-273-000
   03/22/18 08 15am 1 8 19 123

   CUST: 30183155-GREEN APPLE GROCERY &
   ACCOUNT#: 40000261180

   Thank You For Shopping at Cash & Carry
             STORE HOURS
   MON-FRI 6A-4P SAT 7A-4P SUN 8A-4P
   ****************************************
   ****Thank you for shopping with us****
```

**A.R. 1168**



**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS CAITLYN

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:      3/14
30183155-GREEN APPLE GROCE40000261180
```
        SUPER CHILL BLACK       6.59 F
        24 Beverage Containers
        SUPER CHILL ROOTBE      6.59 B
        24 Beverage Containers
        SPRITE                 11.99 B
        MOUNTAIN DEW            7.99 B
        PEPSI COLA              7.99 B
        E-FRUTTI MINI BURG      4.75 B
        E FRUTTI SOUR MINI      4.75 B
        HI-C VARIETY PK 40      7.99 B
        40 Beverage Containers
        SPRITE                 12.99 B
        24 Beverage Containers
2 @ 1.99
        MEOW MIX DRY            3.98 T
4 @ 1.99
        PURINA CAT CHOW         7.96 T
8 @ 0.89
        PINT CHOCOLATE MIL      7.12 F
3 @ 1.45
        RUTTER'S HVD MILK       4.35 F
        UTZ BBQ POTATO CHI     12.99 F
        HONEY BBQ CHIPS        12.99 F
3 @ 69.55
        NEWPORT MENTH BOX     208.65 T
        NEWPORT MENTH BOX      69.55 T
        NEWPORT NON-MENTHO     55.29 T
        TRIVO COMBO PACK C     35.99 T
        WILD ROSES              4.65 T
        TAX                    27.07
        TAX EXEMPTION          27.07-
   **** BALANCE              495.15
```

# AMOUNT        $495.15

CASH BACK $0.00

# ************9335
```
        DEBIT                 495.15
        CHANGE                  0.00
```
TOTAL NUMBER OF ITEMS SOLD =   35
**112 Total Beverage Containers**
B. Green&Co Inc. ID:C-273-000
03/19/18 08:15am 1 8 18 308

CUST: 30183155-GREEN APPLE GROCERY &
ACCOUNT# 40000261180

Thank You For Shopping at Cash & Carry
STORE HOURS:
MON-FRI:6A-4P SAT:7A-4P SUN:8A-4P
*************************************
****Thank you for shopping with us****
*************************************

**A.R. 1169**



**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS NICOLE B

TRANSACTION RETRIEVED
RETRIEVAL NUMBER:          1/14
5018X155-GREEN APPLE  00GT560050267 1:
7 @ 0.89
        PINT CHOCOLATE MILK        6.23
4 @ 2.29
        BOTTER'S DAIRY MILK        8.25
        SPRITE                    12.95
        24 Beverage Containers
2 @ 7.99
        PEPSI COLA                15.95
2 @ 7.99
        MOUNTAIN DEW              15.9
        MANBA CLAUS               16.8
        MIKE & IKE BERRY B         3.9
        MIKE & IKE  LEMON          3.9
        SKITTLES WILDBERRY        25.6
3 @ 69.55
        NEWPORT MENTHOL BOX      208.6
        WILD ROSES                 4.1
        TAX                       18
        TAX EXEMPTION             18.
  ****  BALANCE                  323.
        CASH                     340.
        CHANGE                    17.
TOTAL NUMBER OF ITEMS SOLD =      2:
24 Total Beverage Containers
B. Green&Co Inc. ID:C-273-000
05/17/18 08:12am 1 8 16 252

CUST: 5018X155-GREEN APPLE GROCER
ACCOUNT#: 48000261180

Thank You For Shopping at Cash &
            STORE HOURS
MON-FRI:6A-4P 5A:7A-4P SUN:8A-4P
*******************************
    Thank you for shopping with
*******************************

**A.R. 1170**



**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS PATRICIA

TRANSACTION RETRIEVED
RETRIEVAL NUMBER: 1/74
30183155 GREEN MILE CONE 4000261160
2 @ 0.95
    RUTTER'S PUNCH     1.90 F
2 @ 0.95
    RUTTER'S GRAPE     1.90 F
8 @ 0.89
    PINT CHOCOLATE MILK   7.12 F
3 @ 0.89
    RUTTER'S FRUITPUNCH  2.67 F
    SUPER CHILL STRAWB  6.59 B
    24 Beverage Containers
    SUPER CHILL WINTER  6.59 B
    24 Beverage Containers
    SUPER CHILL ORANGE  6.59 B
    24 Beverage Containers
    MOUNTAIN DEW     7.99 B
    PEPSI COLA      7.99 B
    CLASSIC COKE    12.99 B
    24 Beverage Containers
    1/6 BLACK BAG    6.99 T
2 @ 62.55
    NEWPORT MENTH BOX  139.10 T
    MAVERICK MENTHOL B  53.19 T
    MAVERICK MENTHOL B  50.59 T
    TAX           17.92
    TAX EXEMPTION    17.92-
**** BALANCE      $12.20
    CASH        $15.25
    CHANGE       3.05
TOTAL NUMBER OF ITEMS SOLD  26
**96 Total Beverage Containers**
**B. Green&Co Inc. ID:C-273-000**
03/16/18 03:30pm 1 8 130 241

CUST: 30183155 GREEN APPLE GROCERY &
ACCOUNT#: 4000261160

Thank You For Shopping at Cash & Carry
STORE HOURS
MON-FRI:6A-4P SAT-7A-4P SUN:8A-4P
**********************************************
****Thank You For shopping with us****
**********************************************

**A.R. 1171**



CASH & CARRY
1300 SOUTH MONROE
BALTIMORE  MD
(410) 539-6134
YOUR CASHIER TODAY IS PATRICIA

TRANSACTION RETRIEVED
RETRIEVAL NUMBER:    4726
30183155-GREEN APPLE GROCE40000261180
4 @ 0.69
        RUTTER'S WHOLE MIL      2.76 F
3 @ 1.45
        RUTTER'S HVD MILK       4.35 F
        DEER PARK SPRING W      5.85 B
    32 Beverage Containers
        TASTYKAKE CHOCOLAT      1.95 F
        GUSHER'S VARIETY P     13.29 B
        T.K. CHOCOLATE BEL      1.95 F
        TASTYKAKE KOFFEE K      1.95 F
        MESH BATH SPONGE        0.50 T
        MARLBORO BOX 100       65.59 T
3 @ 69.55
        NEWPORT MENTH BOX     208.65 T
        TAX                    17.64
        TAX EXEMPTION          17.64-
    **** BALANCE              306.84
        CASH                  100.00
        CASH                  220.00
        CHANGE                 13.16
TOTAL NUMBER OF ITEMS SOLD =   17
32 Total Beverage Containers
B. Green&Co Inc. ID:C-273-000
07/15/18 03:24pm 1 8 114 241

CUST  30183155 GREEN APPLE GROCERY &
ACCOUNT#: 40000261180

Thank You For Shopping at Cash & Carry
        STORE HOURS
MON-FRI:6A-4P SAT 7A-4P SUN:8A-4P
***********************************
****Thank you for shopping with us****

**A.R. 1172**



0411679 RSVD 7/2/19

CASH & CARRY
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS IN MR

TRANSACTION RETRIEVED
RETRIEVAL NUMBER      2/26
20183155 GREEN APPLE GROCE 40000261180
4 @ 0.89
          BUTLER'S CHOCOLATE      3 56 T
          DR. PEPPER              7 99 B
          8 Beverage Containers
          LIPTON BRISK STRAW      7 99 B
          24 Beverage Containers
3 @ 2.59
          OM LONGABLE 100Z        7 77 T
3 @ 2.29
          OM PEPERONI PIZZA       6 87 T
3 @ 2.33
          O M LONGABLE QUE        6 99 T
          PAY DAY                17 25 B
          FRUIT BY THE FOOT      11 35 B
          BOSTON BAKED BEANS      3 35 B
          HI-C VARIETY PK 40      7 99 B
          40 Beverage Containers
          LIPTON BRISK            7 99 B
          TASTYKOOL BUTTER        1 95 F
          TASTYKAKE BUTTERSC      1 95 F
          SPRITE                 11 99 B
          24 Beverage Containers
          MOUNTAIN DEW            7 99 B
          YAKISOBA SPICY CHI      6 25 F
          MAVERICK BOX 100'S     50 59 T
          MARLBORO BOX 72 C      65 59 T
          FORT MENTH BOX         69 55 T
5 @
          NEWPORT MENTH BOX     246 65 T
4 @ 16.65
          BACKWOODS SWEET A       3 T 96 T
          BACKWOODS SWEET GRAM     3 T
          TAX                       45
          TAX EXEMPTION          43 17
          BALANCE               754 10
          CASH                   50 00
          CASH                  150 00

AMOUNT     $554.10
CASH BACK 16 00

*************9335
          DEBIT                 564 10
          CHANGE                  0 00
TOTAL NUMBER OF ITEMS SOLD =     36
96 Total Beverage Containers
B Green&Co Inc. ID:C-273-000
05/12/18 3 42pm 1 8 129 115

CUST  20183155 GREEN APPLE GROCERY &
ACCOUNT# 40000261180

Thank You For Shopping at Cash & Carry
STORE HOURS
MON-FRI 6A-4P SAT 7A-4P SUN 8A-4P
*********************************
*** Thank You for shopping with us ***

**A.R. 1173**



**0411619 RCVD 7/2/19**

**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS CAITLYN

TRANSACTION RETRIEVED
RETRIEVAL NUMBER     5734
30183155-GREEN APPLE GROC 40000261180
3 @ 0.99
    RUTTER'S WHOLE MIL       2.97 F
6 @ 0.69
    RUTTER'S WHOLE MIL       4.14 F
8 @ 0.89
    PINT CHOCOLATE MIL       7.12 F
    SUPER CHILL PINEAP       6.59 F
    24 Beverage Containers
    SUPER CHILL CREAM        6.59 F
    24 Beverage Containers
2 @ 7.99
    MOUNTAIN DEW            15.98 B
    T/8 BLACK SMILE BA       8.25 T
    SALT&VINEGAR CHIP       12.99 F
    UTZ VERY THIN PRET      12.99 F
    EVERFRESH CRANBERR      13.85 F
    HI-C VARIETY PK 40       7.99 B
    40 Beverage Containers
    TASTYKAKE ICED CUP       1.95 F
    TASTYKAKE KANDY KA       1.95 F
    TASTYKAKE ICED CUP       1.95 F
    TROLLI EXTREME SOU       3.35 B
    AIRHEADS GREEN APP       4.69 B
    AIRHEADS WATERMELO       4.69 B
    AIR HEADS WHITE MY       4.69 B
    AIRHEADS CHERRY          4.69 B
    N&L SOFT GRAPE           3.59 B
    MIKE & IKE  ORIGIN       3.99 B
3 @ 69.55
    NEWPORT MENTH BOX      208.65 T
    NEWPORT NON-MEDIUM      55.29 T
    TAX                     19.56
    TAX EXEMPTION           19.56-
  **** BALANCE             398.94
    CASH                   300.00
    CASH                    60.00
    CASH                    25.00
    CASH                    14.00
    CHANGE                   0.06
TOTAL NUMBER OF ITEMS SOLD =    40
**88 Total Beverage Containers**
B. Green&Co Inc. ID:C-273-000
03/08/18 03:38PM 1 8 126 308

CUST: 30183155-GREEN APPLE GROCERY &
ACCOUNT#: 40000261180

Thank You For Shopping at Cash & Carry
STORE HOURS
MON-FRI:6A-4P SAT: 7A-4P SUN:8A-4P
*****************************************
****Thank you for shopping with us*****

**A.R. 1174**



0411619 RCVD 7/2/19

**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS OCTAVIA

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER: 1/27
30183155-GREEN APPLE GROCE400002
6 @ 0.85
DAUSWALD'S BREAD 5
2 @ 2.25
OODLES OF NOODLES 4
SUPER CHILL COLA 6
24 Beverage Containers
VLASIC KOSHER DILL 4
ALMOND JOY 2!
N&L SOFT APPLE
N&L SOFT WATERMELO
MIKE & IKE ORIGIN
MIKE & IKE RED RAG
4 @ 0.69
RUTTER'S WHOLE MIL
SLIM JIM 3/$1.00 1 2
2 @ 55.19
MAVERICK BOX 100'S 10
NEWPORT NON-MENTHO 5
NEWPORT MENTH BOX 6
2 @ 69.55
NEWPORT MENTH BOX 13
2 @ 4.65
WILD ROSES
@ 1.39
TROJAN ENZ LUBRI
TAX
TAX EXEMPTION
**** BALANCE 4
VF COINSTAR CHITS 1.4
CHANGE 9
TOTAL NUMBER OF ITEMS SOLD =
**24 Total Beverage Containers**
**B. Green&Co Inc. ID:C-273-000**
03/01/18 08:45am 1 8 29 130

CUST: 30183155-GREEN APPLE GROC
ACCOUNT#: 40000261180

Thank You For Shopping at Cash
STORE HOURS:
MON-FRI 6A-4P SAT-7A-4P SUN:8A
*******************************
---Thank you for shopping will

A.R. 1175

**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS PATRICIA

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:     4/69
30183155 GREEN APPLE GROCE40000261180
3 @ 2.85
          RUTTER'S WHOLE MIL     8.55 F
12 @ 0.99
          PINT CHOCOLATE MIL     11.88 F
          AUSTIN WINDSHIELD      2.35 T
          PURINA MEOW MIX        11.79 T
2 @ 8.99
          PEPSI COLA             17.98 B
          SUPER CHILL CREAM      6.59 F
          24 Beverage Containers
          SUPER CHILL STRAWB     6.59 B
          24 Beverage Containers
4 @ 69.55
          NEWPORT MENTH BOX      278.20 T
          TAX                    19.02
          TAX EXEMPTION          19.02-
****  BALANCE                    343.93
          CASH                   345.00
          CHANGE                 1.07
TOTAL NUMBER OF ITEMS SOLD =   25
**48 Total Beverage Containers**
B. Green&Co Inc. ID:C-273-000
02/24/18 02:24pm 1 8 105 241

CUST: 30183155-GREEN APPLE GROCERY &
ACCOUNT#: 40000261180

Thank You For Shopping at Cash & Carry
STORE HOURS
MON-FRI:6A-4P SAT:7A-4P SUN:8A-4P
*******************************
=---Thank you for shopping with us=---
*******************************

**A.R. 1176**



0411619 REV 7/2/19

**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6139
YOUR CASHIER TODAY IS NICOLE B

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:        4762
30183155 GREEN APPLE GROCE400002
10 @ 0.85

| | |
|---|---|
| HAUSWALD'S BREAD | 8 |
| SUPER CHILL GRAPE | 6 |
| 24 Beverage Containers | |
| SUPER CHILL FRUIT | 6 |
| 24 Beverage Containers | |
| SUNNY DELIGHT CITR | 7 |

4 @ 1.29

| | |
|---|---|
| RUTTER'S 1HD MILK | 5 |
| HARIBO GOLD BEARS | 13 |
| SUPER CHILL ROOTBE | 6 |
| 24 Beverage Containers | |
| HI-C VARIETY PK 40 | 7 |
| 40 Beverage Containers | |
| MIKE & IKE ORIGIN | 3.9 |
| MIKE & IKE JOLLY J | 3.9 |
| AIRHEADS BITES FRU | 11.9 |
| SWEDISH FISH RED | 9.5 |
| SWEDISH FISH | 14.2 |
| BUTTERFINGERS | 17.9 |
| TASTYKAKE CHOCLATE | 0.99 |
| TASTYKAKE ICED CUP | 2.15 |
| REESES CUP | 17.95 |
| AIRHEADS BLUE RASP | 4.65 |
| AIRHEADS GREEN APP | 4.69 |
| AIR HEADS STRAWBER | 4.69 |
| TWIZZLER STRAWBERR | 12.95 |
| NEWPORT MENTH BOX | 69.55 |

3 @ 69.55

| | |
|---|---|
| NEWPORT MENTH BOX | 208.65 |
| MAVERICK MENTHOL B | 53.19 |
| NEWPORT NON MENTHO | 55.29 |
| TAX | 31.70 |
| TAX EXEMPTION | 31.70- |
| **** BALANCE | 559.51 |
| CASH | 560.00 |
| CHANGE | 0.19 |

THE NUMBER OF ITEMS SOLD =    39
12 Total Beverage Containers
Green&Co Inc. ID:C-273-000
7/19/18 11:40am 1 8 58 252

ST  30183155 GREEN APPLE GROCERY &
COUNTN 400002251180

ank You for Shopping at Cash & Carry
STORE HOURS
FRI 6A-4P SAT 7A-4P SUN 8A-4P
*******************************
-thank you for shopping with us****



**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS PATRICIA

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:      1/33
30183155 GREEN APPLE GROCE40000261180
2 @ 7.99
```
        PEPSI COLA          15.98 B
        SUPER CHILL CREAM    6.59 F
        24 Beverage Containers
        SUPER CHILL STRAWB   6.59 B
        24 Beverage Containers
        SUPER CHILL COLA     6.59 B
        24 Beverage Containers
        ARIZONA SWEET TEA   16.99 B
        24 Beverage Containers
        EVERFRESH ORANGE J  13.49 F
        TOOTSIE CARAMEL AP   5.45 B
        ARIZONA GREEN TEA   16.99 B
        24 Beverage Containers
        ARIZONA GRAPEADE    16.99 B
        24 Beverage Containers
        NISSIN CHOW MEIN T   7.29 F
        MAVERICK MENTHOL B  53.19 T
        MARLBORO BOX 100    65.59 T
        NEWPORT NON-MENTHO  55.29 T
3 @ 69.55
        NEWPORT MENTH BOX  208.65 T
        TAX                 28.10
        TAX EXEMPTION       28.10-
 **** BALANCE             495.67
        CASH                50.00
        CASH               460.00
        CHANGE              14.33
TOTAL NUMBER OF ITEMS SOLD =    17
```
**144 Total Beverage Containers**
B. Green&Co Inc. ID:C-273-000
02/16/18 02:48pm 1 8 106 241

COST  30183155 GREEN APPLE GROCERY 8
ACCOUNT# 40000261180

Thank You For Shopping at Cash & Carry
STORE HOURS:
MON-FRI 6A-4P SAT 7A-4P SUN 8A-4P
**************************************
****Thank you for shopping with us****

**A.R. 1178**



**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS PATRICIA

```
    TRANSACTION RETRIEVED
RETRIEVAL NUMBER:        1/31
  30183155-GREEN APPLE GROCE40000261180
  2 @ 7.99
        PEPSI COLA            15.98 B
        COCONUT JUNIORS        2.15 F
        KELL RICE KRISPIES     8.99 F
  4 @ 0.69
        RUTTER'S WHOLE MIL     2.76 F
        LINDENS BUTTER CRU     8.59 F
  5 @ 0.85
        HAUSWALD'S BREAD       4.25 F
        NEWPORT MENTH BOX     69.55 T
  4 @ 69.55
        NEWPORT MENTH BOX    278.20 T
        TAX                   21.83
        TAX EXEMPTION         21.83-
  **** BALANCE             390.47
        CASH                  50.00
        CASH                 341.02
        CHANGE                 0.55
TOTAL NUMBER OF ITEMS SOLD -     19
02/15/18 02:51PM 1 8 105 241
```

411

CUST: 30183155 GREEN APPLE GROCERY &
ACCOUNT# 40000261180

Thank You For Shopping at Cash & Carry
          STORE HOURS:
MON-FRI 6A-4P SAT 7A-4P SUN 8A-4P
*********************************
----Thank you for shopping with us----
*********************************

0411619 RCVD 7/2/19

**A.R. 1179**



**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS PATRICIA

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER      4/47
 50183155 GREEN APPLE GROCE 40000261180
3 @ 2.85
        RUTTER'S WHOLE MIL        8.55 F
        UTZ CHEESE CURLS         12.99 F
        PEPSI COLA                7.99 B
        MOUNTAIN DEW              7.99 B
        N&L SOFT BANANA           3.59 B
        AIR HEADS WHITE MY        4.69 B
        MIKE & IKE  ORIGIN        3.99 B
        MIKE&IKE TROPICAL         3.99 B
2 @ 2.15
        TASTYKAKE CHOCOLAT        4.30 F
        ESSNEVERY TWS AMER        9.99 F
4 @ 69.55
        NEWPORT MENTH BOX       278.20 T
        TAX                      18.63
        TAX EXEMPTION            18.63-
 **** BALANCE                   346.27
        CASH                    340.00
        CASH                      6.27
        CHANGE                    0.00
TOTAL NUMBER OF ITEMS SOLD =     17
02/14/18 02:15pm 1 8 100 241

COST: 50183155 GREEN APPLE GROCERY &
ACCOUNT#: 40000261180

Thank You For Shopping at Cash & Carry
          STORE HOURS:
MON-FRI 6A-4P SAT-7A-4P SUN:8A-4P
*********************************
----Thank you for shopping with us----
*********************************

**A.R. 1180**



**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS SANDRA

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:       4/68
30183155 GREEN APPLE GROCE40000261180
4 @ 0.85
        HAUSWALD'S BREAD          3.40 F
2 @ 1.75
        RUTTER'S CHOCOLATE        3.50 F
8 @ 0.69
        RUTTER'S WHOLE MIL        5.52 F
8 @ 0.69
        PINT CHOCOLATE MIL        5.52 F
2 @ 1.29
        RUTTER'S HVD MILK         2.58 F
2 @ 2.85
        RUTTER'S WHOLE MIL        5.70 F
        SUNNY DELIGHT CITR        7.89 F
        WHITE CHEDDAR POPC       12.99 F
        TASTYKAKE ICED CUP        2.15 F
        TASTYKAKE KOFFEE K        2.15 F
        TASTYKAKE KANDY KA        2.15 F
        NEWPORT MENTH BOX        69.55 T
        MARLBORO LIGHT BOX       65.59 T
        NEWPORT NON MENTHO       55.29 T
        MAVERICK MENTHOL B       53.19 T
        MARLBORO BOX 100         65.59 T
4 @ 69.55
        NEWPORT MENTH BOX       278.20 T
        TAX                      35.25
        TAX EXEMPTION            35.25-
 **** BALANCE                   640.96
        CASH                     50.00
        CASH                    601.00
        CHANGE                   10.04
TOTAL NUMBER OF ITEMS SOLD =      40
02/13/18 02:34PM 1 8 07 235

CUST: 30183155 GREEN APPLE GROCERY &
ACCOUNT#: 40000251180

Thank You For Shopping at Cash & Carry
STORE HOURS
MON-FRI 6A-4P SAT 7A-4P SUN:8A-4P
*************************************
----Thank you for shopping with us----

**A.R. 1181**



**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS CAITLYN

TRANSACTION RETRIEVED!
RETRIEVAL NUMBER      1758
  30183155 GREEN APPLE GROCE40000261180
2 @ 0.99
          RUTTER'S WHOLE MIL      1.98 F
3 @ 2.85
          RUTTER'S WHOLE MIL      8.55 F
          SUPER CHILL GRAPE       6.59 B
          24 Beverage Containers
          SUPER CHILL ROOTBE      6.59 B
          24 Beverage Containers
          SUPER CHILL FRUIT       6.59 F
          24 Beverage Containers
          UTZ REGULAR CHIPS      12.99 F
          CLASSIC COKE           10.99 B
          24 Beverage Containers
          SUNNY DELIGHT BUNO     12.99 F
          30 Beverage Containers
          MAVERICK BOX 100'S     53.19 T
4 @ 69.55
          NEWPORT MENTH BOX     278.20 T
          NEWPORT NON-MENTHO     55.29 T
          TAX                    24.66
          TAX EXEMPTION          24.66-
   **** BALANCE                 453.95

**AMOUNT      $453.95**
CASH BACK $0.00

**************9335
          DEBIT              453.95
          CHANGE               0.00
TOTAL NUMBER OF ITEMS SOLD      17
**222 Total Beverage Containers**
B. Green&Co Inc. ID:C-273-000
02/12/18 12:04pm 1 8 77 308

CUST  30183155-GREEN APPLE GROCERY &
ACCOUNT#  40000261180

Thank You For Shopping at Cash & Carry
          STORE HOURS
MON-FRI 6A-4P SAT 7A-4P SUN 8A-4P
*****************************************
****Thank you For shopping with us****

**A.R. 1182**



**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS LISA

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:          1/9
50185155 GREEN APPLE GROCE40000261180
3 @ 2.85
        RUTTER'S WHOLE MIL      8.55 F
        TASTYKAKE CHOC KR       2.15 F
        TASTYKAKE KANDY KA      2.15 F
        VLASIC KOSHER DILL      4.75 F
        DAVID NACHO CHEESE      7.25 F
3 @ 0.95
        QUALITY GREAT CHI       2.85 F
        DART FOAM CUP DRLI      1.75 T
        8 LB BAG ICE            3.99 F
6 @ 0.85
        HAUSWALD'S BREAD        5.10 F
        MAVERICK MENTHOL B     53.19 T
        NEWPORT MENTHOL BO     64.55 T
7 @ 64.55
        NEWPORT MEN BOX 1     451.85 T
        TAX                    34.29
        TAX EXEMPTION          34.29-
    **** BALANCE              608.13
**AMOUNT         $560.00**
CASH BACK $0.00
**\*\*\*\*\*\*\*\*\*\*\*\*\*9335**
        DEBIT                 560.00
        CASH                   60.20
        CHANGE                 12.07
TOTAL NUMBER OF ITEMS SOLD -     27
02/09/18 11:36am 1 8 75 123

CUST  50185155 GREEN APPLE GROCERY &
ACCOUNT#  40000261180

Thank You For Shopping at Cash & Carry
          STORE HOURS
MON-FRI 6A-4P SAT 7A-4P SUN 8A-4P
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
----Thank you for shopping with us----
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**A.R. 1183**



0411669 RCVD 7/2/18

**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS PATRICIA

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER      4775
  30183155 GREEN APPLE GROCE 40000261180
        UTZ SOUR CREAM & O      12.99 F
        SALT&VINEGAR CHIP       12.99 F
        KELL RICE KRISPIES       8.99 F
        HERB'S 2/1.00 REB       12.99 F
  4 @ 0.69
        RUTTER'S WHOLE MIL       2.76 F
  4 @ 1.75
        RUTTER'S CHOCOLATE       7.00 F
  4 @ 1.29
        RUTTER'S HVD MILK        5.16 F
  4 @ 69.55
        NEWPORT MENTHOL 10     278.20 T
        NEWPORT NON-MENTHO      55.29 T
        TAX                     20.01
        TAX EXEMPTION           20.01-
  **** BALANCE                 396.37
        CASH                     0.37
        CASH                   400.00
        CHANGE                   4.00
TOTAL NUMBER OF ITEMS SOLD =     21
02/08/18 12:07pm 1 8 67 241

CUST: 30183155-GREEN APPLE GROCERY &
ACCOUNT#: 40000261180

Thank You For Shopping at Cash & Carry
        STORE HOURS:
MON-FRI 6A-4P SAT 7A-4P SUN 8A-4P
*****************************
----Thank you for shopping with us----

**A.R. 1184**



**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS PATRICIA

TRANSACTION RETRIEVED
RETRIEVAL NUMBER:        5742
30183155 GREEN APPLE GROCE40000261
6 @ 1.19
        RUTTER'S CHOCOLATE      7.1
3 @ 0.69
        RUTTER'S WHOLE MIL      2.0
5 @ 0.69
        PINT CHOCOLATE MIL      3.4
        SUPER CHILL STRAWB      6 5
        24 Beverage Containers
        SUPER CHILL CREAM       6.5
        24 Beverage Containers
        SUPER CHILL COLA        6 5
        24 Beverage Containers
        PEPSI COLA              7.9
        MOUNTAIN DEW            7.9
3 @ 2.59
        TASTYKAKE CHOCOLAT      7.7
        ANDY CAPP HOT FRIE      0.7
        LINDEN CHOC CHIP C      8.5
2 @ 4.65
        WILD ROSES              9.3
3 @ 69.55
        NEWPORT MENTH BOX     208.6
        TAX                    14.8
        TAX EXEMPTION          14.8
        **** BALANCE          283.4

# AMOUNT      $235.00
CASH BACK $0.00

**************9335
        DEBIT                 235.0
        CASH                   60.0
        CHANGE                 11 5
TOTAL NUMBER OF ITEMS SOLD =    29
**72 Total Beverage Containers**
B. Green&Co Inc. ID:C-273-000
02/07/18 03:46pm 1 8 113 241

CUST  30183155 GREEN APPLE GROCERY &
ACCOUNT# 40000261180

Thank You For Shopping at Cash & Car
        STORE HOURS:
MON-FRI 6A-4P SAT 7A-4P SUN 8A-4P
**************************************
====Thank you for shopping with us==

**A.R. 1185**



**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
OUR CASHIER TODAY IS SANDRA

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:        6/52
30183155 GMLEN APPLE GROCE40000261180
   UTZ CHEESE CURLS           12.99 F
5 @ 9.85
   HAUSWALD'S BREAD            4.25 F
2 @ 0.89
   RUTTER'S PUNCH             1.78 F
2 @ 0.89
   RUTTER'S ORANGE            1.78 F
   TASTYKAKE JELLY KK         2.59 F
   TASTYKAKE KANDY KA         2.59 F
   TASTYKAKE CHOC  KK         2.59 F
   TASTYKAKE KOFFEL K         2.59 F
2 @ 2.59
   TASTYKAKE CHOCOCAT         5.18 F
   COCONUT JUNIORS            2.59 F
   MAMBA CHEWS              *16.85 B
   CHARLESTON CHEWS           6.15 B
   TASTYKAKE ICED CUP         2.59 F
   MIKE & IKE RED BAG        *3.29 B
   MIKE & IKE  ORIGIN        *3.29 B
   CHOCOLATE CREAM KA        *2.59 F
   LAFFY TAFFY ASSORT         6.79 B
   E-FRUTTI MINI BURG         4.75 B
   GISHER'S VARIETY P        13.29 B
   FRUIT BY THE FOOT         11.35 B
   KELL RICE KRISPIES         8.99 F
   OREOS 5/5                  5.49 F
   TROPICAL CHEWY LEM         3.35 B
   FERRARA FAN CHEWY          3.35 B
   CHERRY HEAD  25            3.35 B
1 @ 0.69
   PINT CHOCOLATE-MIL         2.76 F
1 @ 0.99
   RUTTER'S WHOLE MIL         1.98 F
1 @ 0.69
   RUTTER'S WHOLE MIL         2.07 F
3 1 49
   RUTTER'S BVD MILK          4.47 F
   SUNNY DELIGHT CITR         7.89 F
   NEWPORT  IGHT MENT        69.55 T
   NEWPORT MENTH BOX         69.55 T
8 69 55
   NEWPORT MENTH BOX        139.10 T
   TAX                       21.25
   TAX EXEMPTION             21.25-
**** BALANCE                431.77
MOUNT         $431.77
SH BACK $0.00

***********9335
   DEBIT                    431.77
   CHANGE                     0.00
TAL NUMBER OF ITEMS SOLD -   49
/05/18 03 27pm 1 8 105 235

SI  30183155 GMEN APPLE GROCERY &
COUNT#: 40000261180

ank You For Shopping at Cash & Carry
STORE HOURS
M-FRI 6A-9P SAT 7A-4P SUN 8A-4P

**A.R. 1186**



**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS OCTAVIA

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:      2763
30185155 GREEN APPLE GROCE40000261180
6 @ 1.19
          RUTTER'S CHOCOLATE        7.14 F
8 @ 0.69
          PINT CHOCOLATE MIL        5.52 F
          EE CAT LITTER BAG         1.99 T
          SAUDER GRADE A MED       19.95 F
2 @ 2.69
          ALLEY CAT CHICK &         5.38 T
2 @ 2.69
          ALLEY CAT FISH & T        5.38 T
4 @ 1.99
          MEOW MIX DRY              7.96 T
          SPRITE                    7.99 B
          LINDENS BUTTER CRU        8.59 F
          TASTYKAKE KANDY KA        2.59 F
          MARLBORO BOX 100         65.59 T
          NEWPORT NON-MENTHO       55.29 T
          MAVERICK MENTHOL B       53.19 T
          TAX                      12.17
          TAX EXEMPTION            12.17-
     **** BALANCE               246.56
          CASH                    250.00
          CHANGE                    3.44
TOTAL NUMBER OF ITEMS SOLD =        30
02/03/18 03:20pm 1 8 106 130

CUST  30185155 GREEN APPLE GROCERY &
ACCOUNT# 40000261180

Thank You For Shopping at Cash & Carry
              STORE HOURS
MON-FRI 6A-4P SAT 7A-4P SUN:8A-4P
**********************************
----Thank you for shopping with us----
**********************************

**A.R. 1187**



**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS PATRICIA

TRANSACTION RETRIEVED
RETRIEVAL NUMBER:     5/20
3018319 GREEN APPLE GROCE40000261180
        PARTY MIX              12.99 F
        M&M PEANUT             26.99 B
        SUPER CHILL GRAPE       6.59 B
        24 Beverage Containers
        SUPER CHILL CREAM       6.59 F
        24 Beverage Containers
        NOW & LATER BLUE/R      3.59 B
        N&L SOFT WATERMELO      3.59 B
        NOW & LATER BANANA      3.59 B
        N&L SOFT APPLE          3.59 B
        KELL RICE KRISPIES      8.99 F
        NAB S/S NUTTER BUT      5.49 F
        BOSTON BAKED BEANS      3.35 B
        EVERFRESH STRAWBER     13.49 F
5 @ 0.69
        RUTTER'S WHOLE MIL      3.45 F
2 @ 2.85
        RUTTER'S WHOLE MIL      5.70 F
2 @ 0.99
        RUTTER'S WHOLE MIL      1.98 I
7 @ 0.69
        PINT CHOCOLATE MIL      4.83 F
        TASTYKAKE CHOCOLAT      2.59 F
        TASTYKAKE KOFFEE K      2.59 F
        TASTYKAKE CHOC KR       2.59 F
        YOO HOO CHOCOLATE      15.99 B
        MAVERICK MENTHOL B     53.19 T
        MAVERICK BOX 100'S     53.19 T
        NEWPORT NON MENTHO     55.29 T
        NEWPORT MENTH BOX      69.55 T
        TAX                    17.91
        TAX EXEMP              17.91-
**** BALANCE                  369.78
        CASH                   50.00
        CASH                  320.00
        CHANGE                  0.22
TOTAL NUMBER OF ITEMS SOLD -   36
48 Total Beverage Containers
B. Green&Co Inc. ID:C-273-000
02/02/18 05:29pm 1 8 122 241

CUST: GREEN APPLE GROCERY &
ACCOUNT: 40000261180

Thank You For Shopping at Cash & Carry
        STORE HOURS
MON-FRI 6A-4P SAT 7A-4P SUN 8A-4P
*****************************************
-----Thank you for shopping with us-----
*****************************************

**A.R. 1188**



CASH & CARRY
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS OCTAVIA

TRANSACTION RETRIEVED
RETRIEVAL NUMBER     4/27
30183155 GREEN APPLE GROCE 40000261180
SUPER CHILL ROOTBE      6.59 B
 24 Beverage Containers
SUPER CHILL STRAWB      6.59 B
 24 Beverage Containers
SUPER CHILL GINGER      6.59 B
 24 Beverage Containers
5 @ 0.85
HAUSWALD'S BREAD        4.25 F
SALT&VIN GAR CHIP      12.99 F
RC C VARIETY PK 40      7.99 B
 40 Beverage Containers
DEER PARK SPRING W      5.99 B
 24 Beverage Containers
2 @ 2.59
TASTYKAKE CHOCOLAT      5.18 F
COCONUT JUNIORS         2.59 F
TASTYKAKE CHOCOLAT      2.59 F
ICE CREAM FILLED BT     2.59 F
CHOCOLATE CREAM KA      2.59 F
2 @ 1.75
DART FOAM CUP UNIT      3.50 T
2 @ 4.65
WILD ROSES              9.30 T
MAGNUM DISPESER BO     20.99
HAT'S OFF CIGAR 10     15.95 T
4 @ 69.55
NEWPORT MENTH BOX     278.20 T
TAX                    20.45
TAX EXEMPTION          20.45-
**** BALANCE          394.47
CASH                  400.00
CHANGE                  5.53
TOTAL NUMBER OF ITEMS SOLD =   27
136 Total Beverage Containers
B. Green&Co Inc. ID:C-273-000
02/01/18 07 53am 1 8 22 130

CUST  30183155-GREEN APPLE GROCERY &
ACCOUNT# 40000261180

Thank You For Shopping at Cash & Carry
STORE HOURS
MON-FRI 6A-4P SAT 7A-4P SUN 8A-4P
*****************************
-----Thank you for shopping with us*****

**A.R. 1189**



0411619 RCVD 7/2/18

**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS SANDRA

TRANSACTION RETRIEVED
RETRIEVAL NUMBER:     3754
30183155 GREEN APPLE GROCE40000261180

| | |
|---|---|
| PARTY MIX | 12.99 F |
| PLENTY PAPER TOWEL | 11.99 F |
| UTZ RED KIT POTATO | 7.99 F |
| WELCH'S FRUIT SNAC | 12.59 F |
| SOUR PATCH EXTREME | 14.25 B |
| LINDOLS BUTTER CRU | 8.59 F |
| REESES CUP | 21.99 B |
| FOOTSIE CARAMEL AP | 5.45 B |
| SPRITE | 10.99 B |
| 24 Beverage Containers | |
| 2 @ 12.95 | |
| SCOTT TOILET TISSU | 25.90 T |
| TASTYKAKE CHOC KR | 2.59 F |
| TASTYKAKE JELLY KR | 2.59 F |
| TASTYKAKE CHOCOLAT | 2.59 F |
| TASTYKAKE ICED CUP | 2.59 F |
| 4 @ 2.59 | |
| TASTYKAKE CHOCOLAT | 10.36 F |
| KELL RIC KRISPIES | 8.99 F |
| 4 @ 0.85 | |
| HAUSWALD'S BREAD | 3.40 F |
| 2 @ 0.95 | |
| RUTTER'S PUNCH | 1.90 F |
| 6 @ 0.69 | |
| PINT CHOCOLATE MIL | 4.14 F |
| E FRUTTI SOUR MINI | 4.75 B |
| PEANUT CHEW STAND | 3.49 B |
| BUMBLEBEE CHUNK LI | 24.59 F |
| EVEREREST STRAWBER | 13.49 F |
| MAVERICK BOX 100'S | 53.19 T |
| MAVERICK GOLD BOX | 53.19 T |
| 3 @ 69.55 | |
| NEWPORT MENTH BOX | 208.65 T |
| RIPPLE CHIPS | 0.93 F |
| CHAMEL TEND CARD A | 13.59 T |
| TAX | 24.93 |
| TAX EXEMPTION | 24.93- |
| **** BALANCE | 547.75 |
| CASH | 500.00 |
| CASH | 48.00 |
| CHANGE | 0.25 |

TOTAL NUMBER OF ITEMS SOLD =     43
**24 Total Beverage Containers**
B. Green&Co Inc. ID:C-273-000
01/02/18 03:39pm 1 8 125 235

CUST# 30183155 GREEN APPLE GROCERY &
ACCOUNT# 40000261180

Thank You For Shopping at Cash & Carry
STORE HOURS
MON-FRI 6A-4P SAT 7A-4P SUN 8A-4P
*********************************
****Thank you for shopping with us****

**A.R. 1190**



0411619 RCVD 7/2/18

**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS CAITLYN

TRANSACTION RETRIEVED
RETRIEVAL NUMBER:      3/18
  30183155-GREEN APPLE GRJCE40000261180
2 @ 4.69
```
          AIR HEADS WHITE MY     9.38 B
          AIR HEADS STRAWBER     4.69 B
          PARTY MIX             12.99 F
          SUPER CHILL CREAM      6.25 F
          24 Beverage Containers
          SUPER CHILL BLACK      6.25 F
          24 Beverage Containers
          SUPER CHILI PINEAP     6.25 F
          24 Beverage Containers
          SUPER CHILL ORANGE     6.25 B
          24 Beverage Containers
          HARIBO GOLD BEARS     13.65 B
          FRUIT BY THE FOOT     11.35 B
          OREOS S/S              5.49 F
          SOUR PATCH EXTREME    14.25 B
          CHEWY BERRY LEMONH     3.35 B
          CHERRY HEAD 25         3.35 B
          SOUR PATCH WATERME    14.25 B
          SOUR PATCH KIDS CH    14.25 B
          HARIBO GOLD-BEAR M     4.50 B
          CLEARFRUIT STRAWBE    13.45 B
          CLEARFRUIT ISLAND     13.45 B
          WILD ROSES             4.65 T
          MARLBORO BOX 100      66.69 T
          MAVERICK MENTHOL B    54.29 T
4 @ 70.69
          NEWPORT MENTH BOX    282.76 T
          NEWPORT MENTH BOX     70.69 T
          TAX                   36.32
          TAX EXEMPTION         36.32-
     **** BALANCE             642.48
          CASH                 150.00
          CASH                 160.00
          CASH                  40.00
          CASH                  20.00
          CASH                 180.00
          CASH                   5.00
          CASH                  45.00
          CASH                  43.00
          CHANGE                 0.52
TOTAL NUMBER OF ITEMS SOLD =     27
```
96 Total Beverage Containers
B. Green&Co Inc. ID:C-273-000
07/23/18 08:25am 1 8 23 308

CUST: 30183155-GREEN APPLE GROCERY &
ACCOUNT#: 40000261180

Thank You For Shopping at Cash & Carry
STORE HOURS
MON-FRI 6A-4P SAT.7A-4P SUN.8A-4P
*********************************
----Thank you for shopping with us====

**A.R. 1191**



**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS PATRICIA

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:     1/18
  30183155-GREEN APPLE GROCE40000261180
        SUPER CHILL GRAPE       6.25 B
        24 Beverage Containers
        HI-C VARIETY PK 40      8.49 B
        40 Beverage Containers
        SPRITE                  7.99 B
2 @ 0.95
        RUTTER'S ORANGE         1.90 F
2 @ 2.95
        RUTTER'S WHOLE MIL      5.90 F
5 @ 0.85
        HAUSWALD'S BREAD        4.25 F
3 @ 70.69
        NEWPORT MENTH BOX     212.07 T
        MARLBORO LIGHT BOX     66.69 T
        NEWPORT NON-MENTHO     56.95 T
        TAX                    21.51
        TAX EXEMPTION          21.51-
  **** BALANCE                370.49
        CASH                  371.00
        CHANGE                  0.51
TOTAL NUMBER OF ITEMS SOLD =    17
**64 Total Beverage Containers**
B. Green&Co Inc. ID:C-273-000
07/22/18 10:23am 1 8 35 241

CUST  30183155-GREEN APPLE GROCERY &
ACCOUNT#: 40000261180

Thank You For Shopping at Cash & Carry
          STORE HOURS:
MON-FRI 6A-4P SAT:7A-4P SUN:8A-4P
***********************************
****Thank you for shopping with us
***********************************

**A.R. 1192**



**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS LISA

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER          1/12
30183155-GREEN APPLE GROCE40000261180
3 @ 1.23
    RUTTER'S CHOCOLATE         3.69 F
6 @ 0.75
    RUTTER'S WHOLE MIL         4.50 F
8 @ 0.99
    PINT CHOCOLATE MIL         7.92 F
    SUPER CHILL FRUIT          6.25 F
      24 Beverage Containers
    SUPER CHILL ROOTBE         6.25 B
      24 Beverage Containers
    SUPER CHILL CREAM          6.25 F
      24 Beverage Containers
    MT DEW                    11.99 B
      24 Beverage Containers
    SUNNY DELIGHT CITR         7.89 F
3 @ 1.12
    GWALTNEY GREAT CHI         3.36 F
    TASTYKAKE JELLY KR         2.00 F
    TASTYKAKE KOFFEE K         2.00 F
    TASTYKAKE KOFFEE K         2.00 F
    TASTYKAKE KANDY KA         2.00 F
    GUSHER'S VARIETY P        10.59 B
    PEPSI COLA                 8.99 B
    SAUDER GRADE A/MED        12.75 F
3 @ 1.83
    RUTTER'S CHOCOLATE         5.49 F
    RUTTER'S WHOLE MI          2.95 F
    RUTTER'S HVD MILK          1.55 F
    WILD ROS                   4.65 T
6 @ 70.69
    NEWPORT MENTH BOX        424.14 T
    NEWPORT NON-MENTHO        56.95 T
    MARLBORO BOX 100          66.69 T
    MAVERICK MENTHOL B        54.29 T
    MAVERICK BOX 100's        54.29 T
    LUXURY LIGHTS LIGH         4.55 T
    TAX                       42.21
    TAX EXEMPTION             42.21-
**** BALANCE               773.98
    CASH                     500.00
    CASH                     280.00
    CHANGE                     6.02
TOTAL NUMBER OF ITEMS SOLD =       49
96 Total Beverage Containers
D. Green&Go Inc. ID C-273-000
07/21/18 08:08am 1 8 18 123

CUST: 30183155-GREEN APPLE GROCERY &
ACCOUNT# 40000261180

Thank You For Shopping at Cash & Carry
STORE HOURS:
MON-FRI:6A-4P SAT:7A-4P SUN:8A-4P
***************************************
****Thank you for shopping with us****

**A.R. 1193**



**0411619 RCVD 7/2/19**

**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS LISA

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:     4/33
30183155-GREEN APPLE GROCE40000261180
2 @ 0.95

| | |
|---|---|
| RUTTER'S GRAPE | 1.90 F |

2 @ 0.95

| | |
|---|---|
| RUTTER'S PUNCH | 1.90 F |

2 @ 2.95

| | |
|---|---|
| RUTTER'S WHOLE MIL | 5.90 F |
| RUTTER'S HVD MILK | 1.55 F |

2 @ 1.23

| | |
|---|---|
| RUTTER'S CHOCOLATE | 2.46 F |

4 @ 0.85

| | |
|---|---|
| HAUSWALD'S BREAD | 3.40 F |
| PEPSI COLA | 8.99 B |
| T.K. CHOCOLATE BEL | 2.00 F |
| TASTYKAKE CHOCOLAT | 2.00 F |
| TASTYKAKE KOFFEE K | 2.00 F |
| SUPER CHILL COLA | 6.25 B |
| 24 Beverage Containers | |
| SUPER CHILL GINGER | 6.25 B |
| 24 Beverage Containers | |
| HONEY BBQ CHIPS | 12.99 F |
| PARTY MIX | 12.99 F |

9 @ 65.69

| | |
|---|---|
| NEWPORT MEN BOX 1 | 591.21 T |
| NEWPORT MENTHOL BO | 65.69 T |
| NEWPORT NON-MENTHO | 56.95 T |
| MARLBORO LIGHT BOX | 66.69 T |
| TAX | 48.13 |
| TAX EXEMPTION | 48.13- |
| **** BALANCE | 851.12 |
| CASH | 420.00 |
| CASH | 190.00 |
| CASH | 88.00 |

# AMOUNT     $153.12
CASH BACK $0.00

**\*\*\*\*\*\*\*\*\*\*\*\*9320**

| | |
|---|---|
| DEBIT | 153.12 |
| CHANGE | 0.00 |

TOTAL NUMBER OF ITEMS SOLD = 33
48 Total Beverage Containers
B. Green&Co Inc. ID:C-273-000
07/19/18 08.40am 1 8 28 123

CUST: 30183155-GREEN APPLE GROCERY &
ACCOUNT#: 40000261180

Thank You For Shopping at Cash & Carry
STORE HOURS:
MON-FRI:6A-4P SAT:7A-4P SUN:8A-4P
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*Thank you for shopping with us\*\*\*\*

A.R. 1194



0411619 RCVD 7/2/19

**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS LISA

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:         4/27
30183155-GREEN APPLE GROCE40000261180
2 @ 2.39
    OODLES OF NOODLES      4.78 F
    SUPER CHILL PINEAP     6.25 F
    24 Beverage Containers
    SUPER CHILL STRAWB     6.25 B
    24 Beverage Containers
    SUPER CHILL CREAM      6.25 F
    24 Beverage Containers
4 @ 0.75
    RUTTER'S WHOLE MIL     3.00 F
5 @ 0.99
    PINT CHOCOLATE MIL     4.95 F
3 @ 1.83
    RUTTER'S CHOCOLATE     5.49 F
    PEPSI                 11.99 B
    24 Beverage Containers
    DART LID STRAW SLO     1.99 T
2 @ 1.75
    DART FOAM CUP UNTI     3.50 T
    WILD ROSES             4.65 T
    MAVERICK BOX 100'S    54.29 T
    MAVERICK MENTHOL B    54.29 T
    MARLBORO BOX 100      66.69 T
    NEWPORT NON-MENTHO    56.95 T
3 @ 70.69
    NEWPORT MENTH BOX    212.07 T
    TAX                   28.37
    TAX EXEMPTION         28.37-
**** BALANCE              503.39
    CASH                 100.00
    CASH                 200.00
    CASH                 100.00
    CASH                  33.00

## AMOUNT    $170.39

CASH BACK $0.00

## ************9320

    DEBIT                170.39
    CHANGE                 0.00
TOTAL NUMBER OF ITEMS SOLD =    29
**96 Total Beverage Containers**
B. Green&Co Inc. ID:C-273-000
07/18/18 08:51am 1 8 31 123

CUST  30183155-GREEN APPLE GROCERY &
ACCOUNT#  400002

Thank You For Shopping at Cash & Carry
STORE HOURS
MON-FRI 6A-4P SAT 7A-4P SUN 8A-4P
***********************************
****Thank you for shopping with us****

A.R. 1195



CASH & CARRY
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS LISA

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:        1/40
  30183155-GREEN APPLE GROCE40000261180
        KOOL-AID JAMMERS V      7.69 F
        40 Beverage Containers
        SUPER CHILL COLA        6.25 B
        24 Beverage Containers
        SUPER CHILL ROOTBE      6.25 B
        24 Beverage Containers
        SUPER CHILL BLACK       6.25 F
        24 Beverage Containers
        7LB BAG ICE             4.79
        SPRITE                 11.99 B
        24 Beverage Containers
        MOUNTAIN DEW            8.99 B
        PEPSI COLA              8.99 B
  3 @ 1.83
        RUTTER'S CHOCOLATE      5.49 F
        E-FRUTTI MINI BURG      4.75 B
        TASTYKAKE CHOCOLAT      2.00 F
        CLASSIC COKE           11.99 B
        24 Beverage Containers
        1/10 WHITE BAG          6.99 T
  5 @ 70.69
        NEWPORT MENTH BOX     353.45 T
        TAX                    25.18
        TAX EXEMPTION          25.18-
  **** BALANCE              445.87
        CASH                  460.00
        CHANGE                 14.13
TOTAL NUMBER OF ITEMS SOLD =    20
**160 Total Beverage Containers**
B. Green&Co Inc. ID:C-273-000
07/17/18 09:17am 1 8 40 123

CUST: 30183155-GREEN APPLE GROCERY &
ACCOUNT#: 40000261180

Thank You For Shopping at Cash & Carry
        STORE HOURS:
MON-FRI:6A-4P SAT 7A-4P SUN:8A-4P
*************************·***************
====Thank you for shopping with us====

**A.R. 1196**



```
              CASH & CARRY
           1300 SOUTH MONROE
             BALTIMORE, MD
             (410) 539-6134
   YOUR CASHIER TODAY IS LISA

     TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:      5/13
  30183155-GREEN APPLE GROCE40000261180
        SUPER CHILL ROOTBE     6.25 B
        24 Beverage Containers
        SUPER CHILL ORANGE     6.25 B
        24 Beverage Containers
        SUPER CHILL COLA       6.25 B
        24 Beverage Containers
        SPRITE                11.99 B
        24 Beverage Containers
        LINDENS BUTTER CRU     8.59 F
        TASTYKAKE KOFFEE K     2.00 F
        TASTYKAKE BUTTERSC     2.00 F
        TASTYKAKE JELLY KR     2.00 F
        LE CREAM FILLED BT     2.00 F
        CHOCOLATE CREAM KA     2.00 F
        NEWPORT NON-MENTHO    56.95 T
5 @ 70.69
        NEWPORT MENTH BOX    353.45 T
        MAVERICK MENTHOL B    54.29 T
        TAX                   29.73
        TAX EXEMPTION         29.73-
   **** BALANCE              514.02
        CASH                 600.00
        CHANGE                85.98
TOTAL NUMBER OF ITEMS SOLD =     17
96 Total Beverage Containers
B. Green&Co Inc. ID:C-273-00
07/13/18 10:10am 1 8 59 123

CUST: 30183155-GREEN APPLE GROCERY &
ACCOUNT#: 40000261180

Thank You For      ng at Cash & Carry
          STO     URS:
MON-FRI:6A-4P SA  /A-4P SUN:8A-4P
**************************************
====Thank     For shopping with us====
**************************************
```

**A.R. 1197**



**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS SANDRA

30391142-E MART LLC      40000263650
  DEER PARK SPRING W        6.99 B
  24 Beverage Containers
  T K CHE   GE BE          2.00 F
  SUPER CHILL PINEAP        6.25 F
  24 Beverage Containers
  SUPER CHILL STRAUB        6.25 B
  24 Beverage Containers
  TAX                      0.80
  **** BALANCE            22.29

AMOUNT      $22.29
CASH BACK $0.00

************9320
  DEBIT                   22.29
  CHANGE                   0.00
TOTAL NUMBER OF ITEMS SOLD       4
**72 Total Beverage Containers**
B. Green&Co Inc. ID:C-273-000
07/14/18 02:33pm 1 5 59 235

CUST  30391142-E MART LLC
ACCOUNT#  40000263650

Thank You For Shopping at Cash & Carry
    STORE HOURS:
MON-FRI:6A-4P SAT:7A-4P SUN:8A-4P
*********************************
====Thank you for shopping with us====
*********************************

**A.R. 1198**



**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS PATRICIA

30183155-GREEN APPLE GROCE40000261180
        MARLBORO LIGHT BOX      66.69 T
5 @ 70.69
        NEWPORT MENTH BOX      353.45 T
3 @ 1.83
        RUTTER'S CHOCOLATE       5.49 F
5 @ 0.99
        PINT CHOCOLATE MIL       4.95 F
        RUTTER'S WHOLE MIL       2.95 F
5 @ 0.75
        RUTTER'S WHOLE MIL       3.75 F
        TAX                     25.21
        TAX EXEMPTION           25.21-
  **** BALANCE               437.28

AMOUNT         $437.28
CASH BACK $0.00

***********9320
        DEBIT                  437.28
        CHANGE                   0.00
TOTAL NUMBER OF ITEMS SOLD =   20
07/14/18 01:44pm 1 8 106 241

CUST: 30183155-GREEN APPLE GROCERY &
ACCOUNT#  40000261180

Thank You For Shopping at Cash & Carry
        STORE HOURS:
MON-FRI:6A-4P SAT:7A-4P SUN:8A-4P
************************************
====Thank you for shopping with us====
************************************

**A.R. 1199**



CASH & CARRY
2401 BELAIR ROAD
BALTIMORE, MD
(410) 563-0323
YOUR CASHIER TODAY IS RON

30183155-GREEN APPLE GROCE40000261180
    DEER PARK SPRING W        6.99 B
    24 Beverage Containers
    DEER PARK SPRING W        7.29 B
    40 Beverage Containers
4 @ 7.99
    CLASSIC COKE             31.96 B
    PEPSI COLA                8.99 B
  — MARLBORO BOX 100         66.69 T
— 8 @ 70.69
    Newport                 565.52 T
    —MAVERICK MENTHOL E       54.29 T
    TAX                      44.51
    TAX EXEMPTION           -44.51-
**** BALANCE                741.73
    CASH                    500.00
    CASH                    242.00
    CHANGE                    0.27
TOTAL NUMBER OF ITEMS SOLD =    17
**64 Total Beverage Containers**
B. Green&Co Inc. ID:C-059-000
07/15/18 02:07PM 1 5 35 144

CUST: 30183155-GREEN APPLE GROCERY &
ACCOUNT#: 40000261180

THANK YOU FOR SHOPPING AT CASH & CARRY
              STORE HOURS:
MON-FRI:6AM-4PM  SAT:7AM-3PM  SUN:8AM-
*********************************
====Thank you for shopping with us====
*********************************

**A.R. 1200**

**0411619 RCVD 7/2/19**



YOU

TRANS
RETRIEVAL NUMBER
30183155-GREEN APPLE
2 @ 2 95
        RUTTER'S WHOLE MIL      5.90 F
3 @ 1.55
        RUTTER'S HVD MILK       4.65 F
        SUNNY DELIGHT CITR      7.89 F
        OREOS S/S               5.49 F
        KOOL-AID JAMMERS V      7.69 F
        40 Beverage Containers
        SUPER CHILL GINGER      5.25 B
        24 Beverage Containers
        HI-C VARIETY PK 40      8.49 B
        40 Beverage Containers
        CLASSIC COKE            8.99 B
        WILD ROSES              4.65 T
4 @ 70.69
        NEWPORT MENTH BOX     282.76 T
        NEWPORT MENTH BOX      70.69 T
        MARLBORO BOX 100       66.69 T
        TAX                    26.92
        TAX EXEMPTION          26.92-
  **** BALANCE               480.14
        CASH                  500.00
        CHANGE                 19.86
TOTAL NUMBER OF ITEMS SOLD =   18
**104 Total Beverage Containers**
B. Green&Co Inc. ID:C-273-000
07/08/18 11 48am 1 8 49 241

CUST: 30183155-GREEN APPLE GROCERY &
ACCOUNT#: 40000261180

Thank You For Shopping at Cash & Carry
            STORE HOURS:
MON-FRI:6A-4P SAT:7A-4P SUN:8A-4P
*******************************************
====Thank you for shopping with us====
*******************************************

**A.R. 1201**



**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS LISA

```
30183155-GREEN APPLE GROCE40000261180
       SUPER CHILL GRAPE      6.25 B
       24 Beverage Containers
       SUPER CHILL FRUIT      6.25 F
       24 Beverage Containers
       SUPER CHILL COLA       6.25 B
       24 Beverage Containers
       SPRITE                10.95 B
       24 Beverage Containers
       CLASSIC COKE          10.95 B
       24 Beverage Containers
       PEPSI COLA             7.95 B
       MOUNTAIN DEW           7.95 B
2 @ 2.95
       RUTTER'S WHOLE MIL     5.90 F
2 @ 1.55
       RUTTER'S HVD MILK      3.10 F
2 @ 1.09
       RUTTER'S WHOLE MIL     2.18 F
3 @ 0.75
       RUTTER'S WHOLE MIL     2.25 F
5 @ 70.69
       NEWPORT MENTH BOX    353.45 T
       TAX                   24.24
       TAX EXEMPTION         24.24-
  **** BALANCE              423.59
       CASH                 440.00
       CHANGE                16.41
TOTAL NUMBER OF ITEMS SOLD =    21
120 Total Beverage Containers
B. Green&Co Inc. ID:C-273-000
07/06/18 09:13am 1 8 35 123
```

CUST  30183155-GREEN APPLE GROCERY &
ACCOUNT#  40000261180

Thank You For Shopping at Cash & Carry
STORE HOURS:
MON-FRI:6A-4P SAT 7A-4P SUN 8A-4P
*********************************
****Thank you for shopping with us****
*********************************

**A.R. 1202**



**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS LISA

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:        3/56
30183155-GREEN APPLE GROCE40000261180
        RUTTER'S CHOCOLATE      1.23 F
        RUTTER'S WHOLE MIL      1.09 F
2 @ 2.95
        RUTTER'S WHOLE MIL      5.90 F
3 @ 0.85
        HAUSWALD'S BREAD        2.55 F
        SPRITE                 12.99 B
        CLASSIC COKE            8.99 B
        MOUNTAIN DEW            7.99 B
        PEPSI COLA              7.99 B
        SUPER CHILL CREAM       6.25 F
        24 Beverage Containers
        SUPER CHILL ROOTBE      6.25 B
        24 Beverage Containers
        LINDENS BUTTER CRU      8.59 F
        TASTYKAKE JELLY KR      2.59 F
        TASTYKAKE CHOCOLAT      2.59 F
        TASTYKAKE KOFFEE K      2.59 F
        TASTYKAKE ICED CUP      2.59 F
        TASTYKAKE ICED CUP      2.59 F
        MAVERICK MENTHOL B     54.29 T
        MARLBORO BOX 100       66.69 T
        PALL MALL 100'S BO     62.69 T
4 @ 70.69
        NEWPORT MENTH BOX     282.76 T
        NEWPORT MENTH BOX      70.69 T
        LUXURY LIGHTS LIGH      4.55 T
        TAX                    35.16
        TAX EXEMPTION          35.16-
**** BALANCE              624.44
        CASH                  240.00
        CASH                  185.00
        CASH                  200.00
        CHANGE                  0.56
TOTAL NUMBER OF ITEMS SOLD =    28
48 Total Beverage Containers
B. Green&Co Inc. ID:C-273-000
07/05/18 09:48am 1 8 50 123

CUST: 30183155-GREEN APPLE GROCERY &
ACCOUNT#: 40000261180

Thank You For Shopping at Cash & Carry
        STORE HOURS:
MON-FRI 6A-4P SAT 7A-4P SUN 8A-4P
*********************************
----Thank you for shopping with us----
*********************************

**A.R. 1203**



0411679 RCVD 7/2/1?

**CASH & CARRY**

1300 SOUTH MONROE

BALTIMORE, MD

(410) 539-6134

YOUR CASHIER TODAY IS CAITLYN

30183155-GREEN APPLE GROCE40000261180

4 @ 70.49

| | | |
|---|---|---|
| NEWPORT MENTH BOX | 281.96 | T |
| RUTTER'S WHOLE MIL | 2.95 | F |

2 @ 1.23

| | | |
|---|---|---|
| RUTTER'S CHOCOLATE | 2.46 | F |

2 @ 1.09

| | | |
|---|---|---|
| RUTTER'S WHOLE MIL | 2.18 | F |

3 @ 0.75

| | | |
|---|---|---|
| RUTTER'S WHOLE MIL | 2.25 | F |

2 @ 0.99

| | | |
|---|---|---|
| PINT CHOCOLATE MIL | 1.98 | F |
| SUPER CHILL PINEAP | 6.25 | F |
| 24 Beverage Containers | | |
| SUPER CHILL STRAWB | 6.25 | B |
| 24 Beverage Containers | | |
| SUPER CHILL ORANGE | 6.25 | B |
| 24 Beverage Containers | | |
| TAX | 17.67 | |
| TAX EXEMPTION | 17.67- | |
| **** BALANCE | 312.53 | |
| VF   COINSTAR CHITS | 1,993.26 | |
| CHANGE | 1,680.73 | |

TOTAL NUMBER OF ITEMS SOLD = 17

**72 Total Beverage Containers**

**B. Green&Co Inc. ID:C-273-000**

07/01/18 08:35am 1 8 17 308

CUST: 30183155-GREEN APPLE GROCERY &

ACCOUNT#: 40000261180

Thank You For Shopping at Cash & Carry

STORE HOURS

MON-FRI:6A-4P SAT:7A-4P SUN:8A-4P

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**A.R. 1204**



0411619 RCVD 7/2/1

**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS PATRICIA

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:      3/72
 30183155 GREEN APPLE GROCE40000261180
2 @ 2.95
        RUTTER'S WHOLE MIL       5.90 F
2 @ 1.55
        RUTTER'S HVD MILK        3.10 F
3 @ 1.23
        RUTTER'S CHOCOLATE       3.69 F
        SUPER CHILL GINGER       6.25 B
        24 Beverage Containers
        PEPSI COLA               7.99 B
2 @ 2.25
        DODLES OF NNODLES        4.50 F
        DEER PARK SPRING W       6.99 B
        24 Beverage Containers
        PEPSI CUBE               7.99 B
        24 Beverage Containers
        HERB'S RED HOT SAU      14.99 F
        SUNNY DELIGHT CITR       7.89 F
        SPRITE                  12.99 B
        CLASSIC COKE             9.99 B
        HONEY BBQ CHIPS         12.99 F
        Utz Thin Pretzels       13.49 T
4 @ 0.85
        HAUSWALD'S BREAD         3.40 F
        MARLBORO LIGHT BOX      66.59 T
        MARLBORO BOX 100        66.59 T
        NEWPORT NON MENTHO      56.29 T
        NEWPORT MENTH BOX       70.59 T
4 @ 70.49
        NEWPORT MENTH BOX      281.96 T
        TAX                     36.47
        TAX EXEMPTION           36.47-
    **** BALANCE              664.17
    **** CASH                 200.00
         CASH                 300.00
         CASH                 120.00
AMOUNT            $44.17
CASH BACK $0.00
*************9320
        DEBIT                   44.17
        CHANGE                   0.00
TOTAL NUMBER OF ITEMS SOLD =     31
**72 Total Beverage Containers**
B. Green&Co Inc. ID:C-273-000
06/27/18 12:50pm 1 8 79 241

CUST  30183155-GREEN APPLE GROCERY &
ACCOUNT#: 40000261180

Thank You For Shopping at Cash & Carry
        STORE HOURS
MON-FRI 6A-4P SAT 7A-4P SUN 8A-4P
*****************************************
-----Thank you for shopping with us-----

A.R. 1205



CASH & CARRY
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS PATRICIA

TRANSACTION RETRIEVED
RETRIEVAL NUMBER        1/63
  30183155-GREEN APPLE GROCE40000261180
  2 @ 0.95
        RUTTER'S BLUE RASP      1.90 F
  2 @ 0.95
        RUTTER'S ORANGE         1.90 F
  2 @ 0.95
        RUTTER'S PUNCH          1.90 F
  2 @ 2.95
        RUTTER'S WHOLE MIL      5.90 F
        PEPSI COLA              7.99 B
        MOUNTAIN DEW            7.99 B
        CLASSIC COKE            9.99 B
        SPRITE                 12.99 B
        SUNNY DELIGHT CITR      7.89 F
        TASTYKAKE BUTTERSC      2.59 F
        SUPER CHILL COLA        6.25 B
        24 Beverage Containers
        SUPER CHILL CREAM       6.25 F
        24 Beverage Containers
        SUPER CHILL ROOTBE      6.25 B
        24 Beverage Containers
        SUPER CHILL GRAPE       6.25 B
        24 Beverage Containers
        WILD ROSES              4.65 T
        LUXURY LIGHTS LIGH      4.55 T
  4 @ 70.49
        NEWPORT MENTH BOX     281.96 T
        MAVERICK MENTHOL B     54.19 T
        TAX                    24.19
        TAX EXEMPTION          24.19-
  **** BALANCE              431.39

AMOUNT        $200.00
CASH BACK $0.00

***********9320
        DEBIT                 200.00
        CASH                  232.00
        CHANGE                  0.61
TOTAL NUMBER OF ITEMS SOLD      25
96 Total Beverage Containers
B. Green&Co Inc. ID:C-273-000
06/19/18 12:55pm 1 8 95 241

CUST  30183155-GREEN APPLE GROCERY &
ACCOUNT#  40000261180

Thank You For Shopping at Cash & Carry
STORE HOURS
MON-FRI 6A-4P SAT 7A-4P SUN 8A-4P
*******RCVD 7/12/19 041619****
****Thank you for shopping with us****
************************************

A.R. 1206



**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS PATRICIA

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:        2/17
30183155-GREEN APPLE GROCE40000261180
      SALT&VINEGAR CHIP      12.99 F
2 @ 1.83
      RUTTER'S CHOCOLATE      3.66 F
3 @ 0.75
      RUTTER'S WHOLE MIL      2.25 F
6 @ 0.99
      PINT CHOCOLATE MIL      5.94 F
      PEDIGREE CHOICE CU     10.99 T
      CLASSIC COKE           10.99 B
      24 Beverage Containers
      TASTYKAKE JELLY KR      2.59 F
      TASTY KAKE BIR CRE      2.59 F
      TASTYKAKE KOFFEE K      2.59 F
      TASTYKAKE BUTTERSC      2.59 F
      M&M PEANUT             26.39 B
      REESES CUP            19.99 B
      SPRITE                10.99 B
      24 Beverage Containers
      PEPSI COLA             7.99 B
      SUPER CHILL CREAM      6.25 F
      24 Beverage Containers
3 @ 0.85
      HAUSWALD'S BREAD       2.55 F
      WILD ROSES             4.65 T
      CUTEX TWEEZERS         0.59 T
      MAVERICK MENTHOL G    54.19 T
      MAVERICK BOX 100'S    54.19 T
      MAVERICK MENTHOL B    54.19 T
4 @ 70.49
      NEWPORT MENTH BOX    281.96 T
      TAX                   32.27
      TAX EXEMPTION         32.27-
**** BALANCE              581.71
      CASH                 400.00
      CASH                 100.00
      CASH                  85.00
      CHANGE                 3.29
TOTAL NUMBER OF ITEMS SOLD =    35
72 Total Beverage Containers
B. Green&Co Inc. ID:C-273-000
06/28/18 01:36pm 1 8 105 241

COST  30183155-GREEN APPLE GROCERY 8
ACCOUNT#  40000261180

Thank You For Shopping at Cash & Carry
         STORE HOURS
MON-FRI:6A-4P SAT:7A-4P SUN:8A-4P
*********************************
****Thank you For shopping with us****
         *********************

**A.R. 1207**



**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS PATRICIA

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:      5/18
  30183155-GREEN APPLE GROCE40000261180

| | | |
|---|---|---|
| ALL CRISP KOSHER P | 5.75 | F |
| TASTYKAKE BANANA J | 2.59 | F |

2 @ 2.35

| | | |
|---|---|---|
| COSMIC BROWNIE | 4.70 | F |
| L D STAR CRUNCH LA | 4.69 | F |
| SAUDER GRADE A LAR | 18.99 | F |
| SPRITE | 10.99 | B |
| 24 Beverage Containers | | |
| MOUNTAIN DEW BAJA | 15.99 | B |
| 24 Beverage Containers | | |
| MINUTE MAID WATERM | 10.99 | B |
| 24 Beverage Containers | | |
| MINUTE MAID PEACH | 10.99 | B |
| 24 Beverage Containers | | |
| MINUTE MAID ORANGE | 10.99 | B |
| 24 Beverage Containers | | |
| SNO-CONE 24 CT | 16.99 | F |
| 7LB BAG ICE | 4.79 | |

2 @ 1.15

| | | |
|---|---|---|
| DART FOAM CUP UNIT | 2.30 | T |

4 @ 70.49

| | | |
|---|---|---|
| NEWPORT MENTH BOX | 281.96 | T |
| NEWPORT NON-MENTHO | 56.29 | T |
| TAX | 24.03 | |
| TAX EXEMPTION | 24.03- | |
| **** BALANCE | 459.00 | |
| CASH | 460.00 | |
| CHANGE | 1.00 | |

TOTAL NUMBER OF ITEMS SOLD -   20
**120 Total Beverage Containers**
B. Green&Co Inc. ID:C-273-000
06/29/18 02:44pm 1 8 136 241

CUST- 30183155-GREEN APPLE GROCERY &
ACCOUNT# 40000261180

Thank You For Shopping at Cash & Carry
STORE HOURS:
MON-FRI:6A-4P SAT:7A-4P SUN:8A-4P
*************************** **********
====Thank you for shopping with us====

**A.R. 1208**



**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS WANDA

TRANSACTION RETRIEVED
RETRIEVAL NUMBER:        3/39
30183155-GREEN APPLE GROCE40000261180
3 @ 2.95
 RUTTER'S WHOLE MIL 8.85 F
2 @ 1.83
 RUTTER'S CHOCOLATE 3.66 F
 SUPER CHILL BLACK 6.25 F
  24 Beverage Containers
 SUPER CHILL PINEAP 6.25 F
  24 Beverage Containers
 SUPER CHILL CREAM 6.25 F
  24 Beverage Containers
 SPRITE 11.99 B
  24 Beverage Containers
 1/8 BLACK BAG 6.99 T
 AIR HEADS STRAWBER 4.69 B
 AIRHEADS WATERMELO 4.69 B
 AIRHEADS BLUE RASP 4.69 B
 SWEDISH FISH 14.25 B
 TWIX CARAMEL 22.89 B
 MIKE & IKE ORIGIN 2.99 B
 PEPSI COLA 8.99 B
 ESSNEVERY VEGETABL 22.39 F
 MT DEW 10.99 B
  24 Beverage Containers
5 @ 0.85
 HAUSWALD'S BREAD 4.25 F
 MAVERICK MENTHOL B 54.19 T
5 @ 70.49
 NEWPORT MENTH BOX 352.45 T
 NEWPORT MENTH BOX 70.59 T
 BIC LIGHTERS 50CT 43.25 T
 TAX 36.82
 TAX EXEMPTION 36.82-
**** BALANCE 671.54

# AMOUNT $671.54

CASH BACK $0.00

# ************9320

 DEBIT 671.54
 CHANGE 0.00
TOTAL NUMBER OF ITEMS SOLD = 32
120 Total Beverage Containers
B. Green&Co Inc. ID:C-273-000
06/25/18 10:26am 1 8 59 256

CUST: 30183155-GREEN APPLE GROCERY &
ACCOUNT# 40000261180

Thank You For Shopping at Cash & Carry
STORE HOURS
MON-FRI 6A-4P SAT 7A-4P SUN 8A-4P
**********************************************
****Thank you for shopping with us****
**********************************************

**A.R. 1209**



**CASH & CARRY**

1300 SOUTH MONROE

BALTIMORE, MD

(410) 539-6134

YOUR CASHIER TODAY IS PATRICIA

TRANSACTION RETRIEVED:

RETRIEVAL NUMBER:      1/19

30183155-GREEN APPLE GROCE 40000261180

2 @ 0.89

    RUTTER'S GRAPE    1.78 F

2 @ 0.89

    RUTTER'S PUNCH    1.78 F

3 @ 2.95

    RUTTER'S WHOLE MIL    8.85 F

2 @ 1.23

    RUTTER'S CHOCOLATE    2.46 F

    MARLBORO BOX 100    66.59 T

    NEWPORT NON-MENTHO    56.29 T

4 @ 70.49

    NEWPORT MENTH BOX   281.96 T

    MAVERICK MENTHOL B   54.19 T

    WILD ROSES    4.65 T

    EE REUSABLE BAGS    0.20 T

    TAX    27.84

    TAX EXEMPTION   27.84-

**** BALANCE    478.75

    CASH    150.00

    CASH    260.00

    CASH    69.00

    CHANGE    0.25

TOTAL NUMBER OF ITEMS SOLD =    18

06/24/18 12:02pm 1 8 44 241

CUST: 30183155-GREEN APPLE GROCERY &

ACCOUNT# 40000261180

Thank You For Shopping at Cash & Carry

STORE HOURS:

MON-FRI 6A-8P SAT 7A-8P SUN 8A-4P

041619 RCVD 7/2/19

*******************************

====Thank you for shopping with us====

**A.R. 1210**



**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS PATRICIA

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:          6/33
30183155-GREEN APPLE GROCE40000261180

| | |
|---|---|
| TASTYKAKE JELLY KR | 2.59 F |
| TASTYKAKE KOFFEE K | 2.59 F |
| T K CHOCOLATE BEL | 2.59 F |
| TASTYKAKE BUTTERSC | 2.59 F |
| UTZ RED HOT POTATO | 7.99 F |
| SUPER CHILL GRAPE | 6.25 B |
| 24 Beverage Containers | |
| SUPER CHILL ROOTBE | 6.2? |
| 24 Beverage Containers | |
| SUPER CHILL STROWB | 6.25 B |
| 24 Beverage Containers | |
| SPRITE | 11.99 B |
| 24 Beverage Containers | |

4 @ 0.99
| | |
|---|---|
| PINT CHOCOLATE MIL | 3.96 F |

5 @ 0.75
| | |
|---|---|
| RUTTER'S WHOLE MIL | 2.25 F |
| PEPSI COLA | 8.99 B |
| KELL RICE KRISPIES | 8.99 F |

3 @ 1.75
| | |
|---|---|
| DART FOAM CUP UNIT | 5.25 T |
| DART 110 STRAW SLO | 1.99 T |
| MARLBORO LIGHT BOX | 66.59 T |

2 @ 70.49
| | |
|---|---|
| NEWPORT MENTH BOX | 140.98 T |
| TAX | 15.28 |
| TAX EXEMPTION | 15.28- |
| **** BALANCE | 288.09 |
| CASH | 300.00 |
| CHANGE | 11.91 |

TOTAL NUMBER OF ITEMS SOLD = 25
96 Total Beverage Containers
B. Green&Co Inc. ID:C-273-000
06/23/18 01:32pm 1 8 84 241

CUST: 30183155-GREEN APPLE GROCERY &
ACCOUNT#: 40000261180

Thank You For Shopping at Cash & Carry
STORE HOURS:
MON-FRI 6A-4P SAT 7A-4P SUN 8A-4P
************************************
----Thank you for shopping with us----

**A.R. 1211**

**0411619 RCVD 7/2/19**



**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS PATRICIA

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:     2/15
  30183155-GREEN APPLE GROCE40000261180
  3 @ 0.85
        HAUSWALD'S BREAD          2.55 F
        SUNNY DELIGHT CITR        7.89 F
  2 @ 1.99
        PURINA KITTEN CHOW        3.98 T
        HI-C VARIETY PK 40        8.49 B
        40 Beverage Containers
        TASTYKAKE KANDY KA        2.59 F
  3 @ 2.79
        FRESH STEP CAT LIT        8.37 T
  8 @ 65.55
        NEWPORT MENT BOX T      524.40 T
        NEWPORT MENTHOL BO       65.55 T
        TAX                      36.65
        TAX EXEMPTION            36.65-
  **** BALANCE                  623.82
        CASH                    100.00
        CASH                    525.00
        CHANGE                    1.18
TOTAL NUMBER OF ITEMS SOLD =       20
**40 Total Beverage Containers**
B. Green&Co Inc. ID:C-273-000
06/22/18 12:36pm 1 8 89 241

COST  30183155-GREEN APPLE GROCERY &
ACCOUNT#  40000261180

Thank You For Shopping at Cash & Carry
      STORE HOURS.
MON-FRI:6A-4P SAT:7A-4P SUN:8A-4P
*****************************************
*****Thank you for shopping with us*****
*****************************************

**A.R. 1212**



**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS SANDRA

TRANSACTION RETRIEVED
RETRIEVAL NUMBER:    3/87
30183155-GREEN APPLE GROCE40000261180
SUPER CHILI PINEAP        6.25 F
24 Beverage Containers
SUPER CHILI FRUIT        6.25 F
24 Beverage Containers
BUMBLEBEE CHUNK LT       25.99 F
4 @ 1.55
RUTTER'S HVD MILK         6.20 F
3 @ 0.75
RUTTER'S WHOLE MIL        2.25 F
2 @ 0.99
PINT CHOCOLATE MIL        1.98 F
CHOCOLATE CREAM KA        2.59 F
TASTYKAKE KOFFEE K        2.59 F
TASTYKAKE CHOCOLAT        2.59 F
LE CREAM FILLED BT        2.59 F
TASTYKAKE BUTTERSC        2.59 F
TASTYKAKE JELLY KR        2.59 F
FRUIT BY THE FOO1        11.35 B
5 @ 70.49
NEWPORT MENTH BO        352.45 T
MARLBORO BOX 100        66.59 T
MAVERICK BOX 100'S       54.19 T
NEWPORT NON-MENTHO       56.29 T
MAVERICK MENTHOL B       54.19 T
SUNLITE LIGHTERS          5.75 T
WILD ROSES                4.65 T
TAX                      36.33
TAX EXEMPTION            36.33-
**** BALANCE            669.92
CASH                     50.00
CASH                    300.00
CASH                    150.00
CASH                    150.00

## AMOUNT    $19.92

CASH BACK $0.00

## ************9320

DEBIT                    19.92
CHANGE                    0.00
TOTAL NUMBER OF ITEMS SOLD =    30
**48 Total Beverage Containers**
B. Green&Co Inc. ID:C-273-000
06/21/18 01:24pm 1 8 92 235

CUST 30183155-GREEN APPLE GROCERY &
ACCOUNT#: 40000261180

Thank You For Shopping at Cash & Carry
STORE HOURS
MON-FRI 6A-4P SAT 7A-4P SUN 8A-4P
***********************************
----Thank you for shopping with us----

**A.R. 1213**



0411679 RCVD 7/2/19

**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS LISA

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:        3/21
30183155-GREEN APPLE GROCE40000261180
2 @ 2.95
　　　RUTTER'S WHOLE MIL      5.90 F
2 @ 1.09
　　　RUTTER'S WHOLE MIL      2.18 F
2 @ 1.23
　　　RUTTER'S CHOCOLATE      2.46 F
　　　SUPER CHILL GINGER      6.25 B
　　　24 Beverage Containers
　　　SUPER CHILL ORANGE      6.25 B
　　　24 Beverage Containers
2 @ 8.99
　　　PEPSI COLA             17.98 B
　　　OODLES OF NOODLES       1.99 F
　　　MIKE & IKE ORIGIN       2.99 B
2 @ 0.89
　　　BLUE BONNET MARG Q      1.78 F
　　　SLIM JIM 3/$1.00 1     25.85 F
　　　GUSHER'S VARIETY P     10.59 B
4 @ 0.85
　　　HAUSWALD'S BREAD        3.40 F
　　　MARLBORO LIGHT BOX     66.59 T
　　　PALL MALL 100'S BO     62.59 T
4 @ 70.49
　　　NEWPORT MENTH BOX     281.96 T
　　　MAVERICK BOX 100'S     54.19 T
　　　TAX                    30.57
　　　TAX EXEMPTION          30.57-
**** BALANCE               552.95
　　　CASH                  480.00
　　　CASH                   75.00
　　　CHANGE                  2.05
TOTAL NUMBER OF ITEMS SOLD =     27
**48 Total Beverage Containers**
B. Green&Co Inc. ID:C-273-000
06/20/18 08:04am 1 8 23 123

CUST: 30183155-GREEN APPLE GROCERY &
ACCOUNT#: 40000261180

Thank You For Shopping at Cash & Carry
STORE HOURS
MON-FRI:6A-4P SAT:7A-4P SUN:8A-4P
*******************************
****Thank you for shopping with us****

A.R. 1214



**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS SANDRA

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:      1/55
30183155-GREEN APPLE GRUCE40000261180
2 @ 2.95
    RUTTER'S WHOLE MIL    5.90 F
2 @ 4.75
    E-FRUITI MINI BURG    9.50 B
    AIRHEADS GREEN APP    4.69 B
    SUPER CHILL COLA    6.25 B
    24 Beverage Containers
    SUPER CHILL BLACK    6.25 F
    24 Beverage Containers
    SNO-CONE 24 CT    16.99 F
    LINDENS BUTTER CRU    8.59 F
    CLEAR FRUIT KIWI S    13.45 B
    LINDEN CHOC CHIP C    8.59 F
    CLEARFRUIT STRAWBE    13.45 B
2 @ 0.89
    RUTTER'S ORANGE    1.78 F
2 @ 0.89
    RUTTER'S PUNCH    1.78 F
    AIRHEADS BITES FRU    11.99 B
    SWEDISH FISH RED    9.55 B
    UTZ SOUR CREAM & O    12.99 F
    WHITE CHEDDAR POPC    12.99 F
2 @ 1.15
    DART FOAM CUP UNIT    2.30 T
    NEWPORT NON-MENTHO    56.19 T
    MAVERICK MENTHOL B    54.09 T
3 @ 70.49
    NEWPORT MENTH BOX    211.47 T
    TAX    23.58
    TAX EXEMPTION    23.58-
**** BALANCE    468.79
    CASH    470.00
    CHANGE    1.21
TOTAL NUMBER OF ITEMS SOLD    27
48 Total Beverage Containers
B. Green&Co Inc. ID:C-273-000
06/18/18 12:55pm 1 8 84 235    469

CUST: 30183155-GREEN APPLE GROCERY &
ACCOUNT#: 40000261180

Thank You For Shopping at Cash & Carry
STORE HOURS:
MON-FRI 6A-4P SAT:7A-4P SUN:8A-4P
**********************************
----Thank you for shopping with us----
**********************************

**A.R. 1215**



CASH & CARRY
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS PATRICIA

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:      5/26
30183155 GREEN APPLE GROCE40000261180
           SUPER CHILL GRAPE      6.25 B
           24 Beverage Containers
           SUPER CHILL STRAWB     6.25 B
           24 Beverage Containers
           SUPER CHILL CREAM      6.25 F
           24 Beverage Containers
3 @ 0.85
           HAUSWALD'S BREAD       2.55 F
6 @ 0.75
           RUTTER'S WHOLE MIL     4.50 F
3 @ 1.23
           RUTTER'S CHOCOLATE     3.69 F
5 @ 70.49
           NEWPORT MENTH BOX    352.45 T
           MARLBORO BOX 100      66.49 T
           TAX                    25.89
           TAX EXEMPTION          25.89-
    **** BALANCE                 448.43
           CASH                  100.00
           CASH                  100.00
           CASH                  100.00
           CASH                  100.00
           CASH                   50.00
           CHANGE                  1.57
TOTAL NUMBER OF ITEMS SOLD =    21
72 Total Beverage Containers
B. Green&Co Inc. ID:C-273-000
06/17/18 10:53am 1 8 36 241

CUST  30183155-GREEN APPLE GROCERY &
ACCOUNT#  40000261180

Thank You For Shopping at Cash & Carry
STORE HOURS
MON-FRI:6A-4P SAT:7A-4P SUN:8A-4P

**A.R. 1216**



CASH & CARRY
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS PATRICIA

30183155-GREEN APPLE GROCE400002611 0
          MARLBORO LIGHT BOX       66 49 T
          MARLBORO BOX 100         66 49 T
3 @ 70 49
          NEWPORT MENTH BOX       211 47 T
          UTZ BBQ POTATO CHI       12.99 F
2 @ 2.95
          RUTTER'S WHOLE MIL        5 90 F
3 @ 1 55
          RUTTER'S HVD MILK         4 65 F
          ARIZONA SWEET TEA        15.99 B
          24 Beverage Containers
          PEPSI                    11 99 B
          24 Beverage Containers
          TAX                      22 35
          TAX EXEMPTION            22 35-
**** BALANCE                      396 97
          CASH                    400 02
          CHANGE                    4 05
TOTAL NUMBER OF ITEMS SOLD =        13

**48 Total Beverage Containers**
B. Green&Co Inc. ID C 273-000
06/10/18 12:41pm 1 8 62 241

CUST: 30183155-GREEN APPLE GROCERY &
ACCOUNT#: 40000261180

Thank You For Shopping at Cash & Carry
STORE HOURS
MON-FRI:6A-4P SAT:7A-4P SUN:8A-4P
......04/18/19 RCVD 7/2/19......
--Thank you for shopping with us****
......................................

A.R. 1217



**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS CAITLYN

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:      4/53
30183155-GREEN APPLE GROCE40000261180
  3 @ 0.85
      HAUSWALD'S BREAD         2.55 F
  2 @ 2.95
      RUTTER'S WHOLE MIL       5.90 F
  3 @ 1.55
      RUTTER'S HVD MILK        4.65 F
  3 @ 1.09
      RUTTER'S WHOLE MIL       3.27 F
      PEPSI                   10.99 B
      24 Beverage Containers
      CLASSIC COKE             9.99 B
      OREOS S/S                5.49 F
      KELL RICE KRISPIES       8.99 F
      NAB S/S NUTTER BUT       5.49 F
      T.K. CHOCOLATE BEL       2.59 F
      TASTYKAKE KOFFEE K       2.59 F
      M&M PEANUT              26.99 E
      1/10 WHITE BAG 150      12.95
  4 @ 70.49
      NEWPORT MENTH BOX      281.96
      NEWPORT MENTH BOX       70.49
      WILD ROSES               4.65
      SUNLITE LIGHTERS         5.75
      TAX                     25.43
      TAX EXEMPTION           25.43-
**** BALANCE                 465.29
      CASH                   470.00
      CHANGE                   4.71
TOTAL NUMBER OF ITEMS SOLD =      27
24 Total Beverage Containers
B. Green&Co Inc. ID:C-273-000
06/15/18 11:01am 1 8 56 308

CUST: 30183155-GREEN APPLE GROCERY &
ACCOUNT#: 40000261180

Thank You For Shopping at Cash & Carry
STORE HOURS:
MON-FRI:6A-4P SAT:7A-4P SUN:8A-4P
*********************************
----Thank you for shopping with us****
*********************************

**A.R. 1218**



**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS WANDA

TRANSACTION RETRIEVED.
RETRIEVAL NUMBER:      1/77
30183155-GREEN APPLE GROCE40000261180
2 @ 1.23
          RUTTER'S CHOCOLATE      2.46 F
3 @ 0.99
          PINT CHOCOLATE MIL      2.97 F
4 @ 0.75
          RUTTER'S WHOLE MIL      3.00 F
          SUPER CHILL CREAM       6.25 F
          24 Beverage Containers
          MT DEW                 10.99 B
          24 Beverage Containers
          CLASSIC COKE            9.99 B
          CLASSIC COKE           11.99 B
          24 Beverage Containers
          PEPSI COLA              8.99 B
          ALL CRISP KOSHER P      5.39 F
          ROASTED NO SALT PI      5.49 F
0.38 lb @ 1.99 /lb
WT        GARLIC- WHOLE IMPO      0.76 F
          NEWPORT NON-MENTHO     56.19 T
5 @ 70.49                          6
          NEWPORT MENTH BOX     352.45 T
          TAX                     27.04
          TAX EXEMPTION           27.04-
    **** BALANCE                 476.92

AMOUNT          $171.92
CASH BACK $0.00

✗✗✗✗✗✗✗✗✗✗✗✗✗9320
          DEBIT        171.92
          CASH      4/77 305.00
          CHANGE        0.00
TOTAL NUMBER OF ITEMS SOLD =      23
72 Total Beverage Containers
B. Green&Co Inc. ID:C-273-000
06/14/18 01:55pm 1 8 115 256

CUST: 30183155-GREEN APPLE GROCERY &
ACCOUNT#: 40000261180

Thank You For Shopping at Cash & Carry
STORE HOURS
MON-FRI 6A-4P SAT 7A-4P SUN 8A-4P
✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗✗

**A.R. 1219**

0411679 RCVD 7/2/18



**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS PATRICIA

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:      5/55
50183155-GREEN APPLE GROCE40000261180
   8 LB BAG ICE           3.99 F
2 @ 0.95
   RUTTER'S ORANGE         1.90 F
4 @ 0.75
   RUTTER'S WHOLE MIL      3.00 F
6 @ 0.99
   PINT CHOCOLATE MIL      5.94 F
   SUNNY DELIGHT CITR      7.89 F
   SNO-CONE 24 CT        16.99 F
3 @ 7.29
   NISSIN BF TERYIAKE    21.87 F
   SUPER CHILL CREAM      6.25 F
   24 Beverage Containers
   PEPSI                 11.99 B
   24 Beverage Containers
   HI-C VARIETY PK 40     8.49 B
   40 Beverage Containers
   T.K. CHOCOLATE BEL     2.25 F
   MT.DEW                11.99 B
   24 Beverage Containers
   BLUE RIBBON COTTON     7.95 F
   MAVERICK MENTHOL B    54.09 T
   NEWPORT MENTH BOX     70.49 T
5 @ 70.49
   NEWPORT MENTH BOX    352.45 T
   TAX                   30.57
   TAX EXEMPTION         30.57-
**** BALANCE              587.53
   CASH                   0.53
   CASH                 600.00
   CHANGE                13.00
TOTAL NUMBER OF ITEMS SOLD =    31
**112 Total Beverage Containers**
B. Green&Co Inc. ID:C-273-000
06/09/18 12:07pm 1 8 92 241

COST  50183155-GREEN APPLE GROCERY &
ACCOUNT#  40000261180

Thank You For Shopping at Cash & Carry
STORE HOURS:
MON-FRI 6A-4P SAT 7A-4P SUN 8A-4P
*********************************
====Thank you for shopping with us====

**A.R. 1220**



**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS PATRICIA

TRANSACTION RETRIEVED
RETRIEVAL NUMBER:     4/75
30183155-GREEN APPLE GROCE 40000261180
   MT.DEW    11.99 B
   24 Beverage Containers
   SPRITE    11.99 B
   24 Beverage Containers
   SUPER CHILL GRAPE 6.25 B
   24 Beverage Containers
   CLEARFRUIT STRAUBE 13.45 B
2 @ 2.95
   RUTTER'S WHOLE MIL 5.90 F
2 @ 1.23
   RUTTER'S CHOCOLATE 2.46 F
2 @ 1.55
   RUTTER'S HVD MILK 3.10 F
4 @ 0.99
   PINT CHOCOLATE MIL 3.96 F
   CLASSIC COKE  11.99 B
   24 Beverage Containers
   ARIZONA GREEN TEA 15.99 B
   24 Beverage Containers
   GUSHER'S VARIETY P 10.59 B
2 @ 0.85
   HAUSWALD'S BREAD 1.70 F
   TASTYKAKE ICED CUP 2.25 F
5 @ 70.49
   NEWPORT MENTH BOX 352.45 T
   MAVERICK BOX 100'S 54.09 T
   TAX    29.33
   TAX EXEMPTION  29.33-
**** BALANCE  508.16
 CASH    100.00
 CASH    420.16
 CHANGE   12.00
TOTAL NUMBER OF ITEMS SOLD = 26
**120 Total Beverage Containers**
B. Green&Co Inc. ID:C-273-000
06/08/18 12:46pm 1 8 87 241

CUST: 30183155-GREEN APPLE GROCERY &
ACCOUNT#: 40000261180

Thank You For Shopping at Cash & Carry
STORE HOURS:
MON-FRI 6A-4P SAT 7A-4P SUN 8A-4P
***** 041619 RCVD 7/2/19 ********
****Thank you for shopping with us****

**A.R. 1221**



0411619 RCVD 7/2/19

**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS WANDA

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER: 5/27
30183155-GREEN APPLE GROCE40000261180

| | | |
|---|---|---|
| | UTZ REGULAR CHIPS | 12.99 F |
| | UTZ CHEESE CURLS | 12.99 F |
| | PEPSI | 10.99 B |
| | 24 Beverage Containers | |
| | SPRITE | 11.99 B |
| | 24 Beverage Containers | |
| | SUPER CHILL FRUIT | 6.25 F |
| | 24 Beverage Containers | |
| | SUPER CHILL ORANGE | 6.25 B |
| | 24 Beverage Containers | |
| | TASTYKAKE CHOCOLAT | 2.25 F |
| | BOSTON BAKED BEANS | 3.35 B |
| 4 @ 2.69 | | |
| | ALLEY CAT CHICK & | 10.76 T |
| | MARLBORO BOX 100 | 66.49 T |
| 4 @ 70.49 | | |
| | NEWPORT MENTH BOX | 281.96 T |
| | TAX | 23.51 |
| | TAX EXEMPTION | 23.51- |
| **** | BALANCE | 426.27 |

AMOUNT $130.27
CASH BACK $0.00
************9320

| | |
|---|---|
| DEBIT | 130.27 |
| CASH | 300.00 |
| CHANGE | 4.00 |

426

TOTAL NUMBER OF ITEMS SOLD = 17
**96 Total Beverage Containers**
**B. Green&Co Inc. ID:C-273-000**
06/13/18 01:15pm 1 8 95 256

CUST 30183155-GREEN APPLE GROCERY &
ACCOUNT#: 40000261180

Thank You For Shopping at Cash & Carry
STORE HOURS:
MON-FRI:6A-4P SAT:7A-4P SUN 8A-4P
************************************
====Thank you for shopping with us====
************************************

A.R. 1222

0411648-RCVD-7/2/18

**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS LISA

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER        3/83
30183155-GREEN APPLE GROCE40000261180
       SUPER CHILL ROOTBE       6.25 B
          24 Beverage Containers
       SUPER CHILL ORANGE       6.25 B
          24 Beverage Containers
       SUPER CHILL CREAM        6.25 F
          24 Beverage Containers
       MOUNTAIN DEW             7.99 B
2 @ 7.99
       PEPSI COLA              15.98 B
       CRUSH ORANGE             7.99 B
          24 Beverage Containers
       CRUSH GRAPE              7.99 B
          24 Beverage Containers
       LINDENS BUTTER CRU       8.59 F
       TASTYKAKE KOFFEE K       2.25 F
       TASTYKAKE BUTTERSC       2.25 F
       T.K  CHOCOLATE BEL       2.25 F
       CHOCOLATE CREAM KA       2.25 F
       FRUIT BY THE FOOT       11.35 B
       TASTYKAKE ICED CUP       2.25 F
       HARIBO GOLD BEARS       13.65 B
       CLEARFRUIT CHERRY       13.45 B
       CLASSIC COKE            11.99 B
          24 Beverage Containers
       SPRITE                  11.99 B
          24 Beverage Containers
2 @ 2.95
       RUTTER'S WHOLE MIL       5.90 F
4 @ 0.99
       PINT CHOCOLATE MIL       3.96 F
4 @ 0.75
       RUTTER'S WHOLE MIL       3.00 F
5 @ 70.49
       NEWPORT MENTH BOX      352.45 T
       CLEAR WRAPPED STRA       2.65 T
       TAX                     28.20
       TAX EXEMPTION           28.20-
  **** BALANCE                508.93
       CASH                    50.00
       CASH                   400.00
       CASH                    60.00
       CHANGE                   1.07
TOTAL NUMBER OF ITEMS SOLD =    35
**168 Total Beverage Containers**
B. Green&Co Inc. ID:C-273-000
06/06/18 11 28am 1 8 66 123

CUST  30183155-GREEN APPLE GROCERY &
ACCOUNT# 40000261180

Thank You For Shopping at Cash & Carry
       STORE HOURS
MON FRI 6A-4P SAT 7A-4P SUN 8A-4P
*****************************************
****Thank you for shopping with us****

**A.R. 1223**



0411619 RCVD 7/2/19

**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS PATRICIA

TRANSACTION RETRIEVED
RETRIEVAL NUMBER:         4/77
30183155-GREEN APPLE GROCE40000261180

| | | |
|---|---|---|
| SCHWEPPES GINGER A | 7.99 | B |
| MOUNTAIN DEW | 7.99 | B |

2 @ 7.99

| | | |
|---|---|---|
| PEPSI COLA | 15.98 | B |
| UTZ REGULAR CHIPS | 12.99 | F |
| SUPER CHILL COLA | 6.25 | B |
| 24 Beverage Containers | | |

2 @ 2.95

| | | |
|---|---|---|
| RUTTER'S WHOLE MIL | 5.90 | F |

6 @ 1.23

| | | |
|---|---|---|
| RUTTER'S CHOCOLATE | 7.38 | F |
| DEER PARK SPRING W | 7.29 | B |
| 40 Beverage Containers | | |
| ESSNEVERY BBQ SAUC | 7.99 | F |
| AIRHEADS BLUE RASP | 3.99 | B |
| ALL CRISP KOSHER P | 5.39 | F |
| HERB'S RED HOT SAU | 14.99 | F |

2 @ 9.85

| | | |
|---|---|---|
| HAUSWALD'S BREAD | 1.70 | F |
| SUNLITE LIGHTERS | 5.75 | T |

4 @ 70.49

| | | |
|---|---|---|
| NEWPORT MENTH BOX | 281.96 | T |
| NEWPORT MENTH BOX | 70.49 | T |
| NEWPORT NON-MENTHO | 56.19 | T |
| MAVERICK MENTHOL B | 54.09 | T |
| TAX | 31.08 | |
| TAX EXEMPTION | 31.08- | |
| **** BALANCE | 574.31 | |
| CASH | 50.00 | |
| CASH | 20.00 | |
| CASH | 00.00 | |
| CASH | 100.00 | |
| CASH | 105.00 | |
| CHANGE | 0.69 | |

*575*

TOTAL NUMBER OF ITEMS SOLD -      29
64 Total Beverage Containers
B. Green&Co Inc. ID:C-273-000
06/05/18 12:35pm 1 8 96 241

CUST: 30183155-GREEN APPLE GROCERY &
ACCOUNT#: 40000261180

Thank You For Shopping at Cash & Carry
STORE HOURS
MON-FRI 6A-4P SAT 7A-4P SUN 8A-4P
*****************************************
*****Thank you for shopping with us*****
*****************************************

**A.R. 1224**



0411619 RCVD 7/2/19

**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS CAITLYN

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:        1/45
  30183155-GREEN APPLE GROCE40000261180
        PEPSI COLA              7.99 B
        MOUNTAIN DEW            7.99 B
        DEER PARK SPRING W      7.25 B
        24 Beverage Containers
        SUPER CHILL CREAM       6.25 F
        24 Beverage Containers
        YOO HOO CHOCOLATE      15.99 B
        TASTYKAKE LEMON JU      2.25 F
        TASTYKAKE ICED CUP      2.25 F
2 @ 1.59
        RUTTERS BUTTERMILK      3.18 F
4 @ 70.49
        NEWPORT MENTH BOX     281.96 T
        MARLBORO BOX 100       66.49 T
        MAVERICK MENTHOL B     54.09 T
        HAT'S OFF CIGAR 10     15.95 T
2 @ 4.65
        WILD ROSES              9.30 T
        TAX                    28.03
        TAX EXEMPTION          28.03-
  **** BALANCE               480.94
        CASH                   50.00
        CASH                  230.00
        CASH                    0.04
        CASH                  205.00
        CHANGE                  4.10
TOTAL NUMBER OF ITEMS SOLD =      18
48 Total Beverage Containers
B. Green&Co Inc. ID:C-273-000
06/03/18 01:06pm 1 8 56 308

CUST: 30183155-GREEN APPLE GROCERY &
ACCOUNT# 40000261180

Thank You For Shopping at Cash & Carry
        STORE HOURS:
MON-FRI:6A-4P SAT:7A-4P SUN:8A-4P
****************************************
----Thank you for shopping with us----
****************************************

**A.R. 1225**



**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS LISA

TRANSACTION RETRIEVED.
RETRIEVAL NUMBER:        2/9
  30183155-GREEN APPLE GROCE40000261180
        DAVID NACHO CHEESE     6.49 F
        PEDIGREE DOG FOOD     10.99 T
        ALPO PRIME CUT BEE    10.49 T
        DEER PARK SPRING W     6.99 B
        40 Beverage Containers
        SUNNY DELIGHT CITR     7.89 F
        DIET PEPSI             7.99 B
        24 Beverage Containers
        Utz Thin Pretzel      13.49 T
        UTZ SOUR CREAM & O    12.99 F
        SUPER CHILL GRAPE      6.25 B
        24 Beverage Containers
        SUPER CHILL ORANGE     6.25 B
        24 Beverage Containers
        MOUNTAIN DEW           7.99 B
        SUPER BUBBLE 3-FLA     8.15 B
  4 @ 0.99
        PINT CHOCOLATE MIL     3.96 F
        8 LB BAG ICE           3.99 F
        MAVERICK MENTHOL B    54.09 T
  4 @ 70.49
        NEWPORT MENTH BOX    281.96 T
        TAX                   24.88
        TAX EXEMPTION         24.88-
  **** BALANCE              449.96
  VF    COINSTAR CHITS       334.52
        CASH                 116.00
        CHANGE                 0.56
  TOTAL NUMBER OF ITEMS SOLD =   22
  **112 Total Beverage Containers**
  B. Green&Co Inc. ID:C-273-000
  06/01/18 11:32am 1 8 72 1

  CUST: 30183155-GREEN APPLE GROCERY &
  ACCOUNT#: 40000261180

  Thank You For Shopping at Cash & Carry
             STORE HOURS:
  MON-FRI:6A-4P SAT:7A-4P SUN:8A-4P
  ********************************
  ====Thank you for shopping with us====

**A.R. 1226**

**0411619 RCVD 7/2/19**



**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS CAITLYN

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:      2/22
30183155-GREEN APPLE GROCE40000261180
   UTZ REGULAR CHIPS       12.99 F
   PEPSI                   10.99 B
   24 Beverage Containers
   T.K. CHOCOLATE BEL       2.59 F
   CHOCOLATE CREAM KA       2.59 F
   TASTYKAKE CHOCOLAT       2.59 F
   TASTYKAKE ICED CUP       2.59 F
   CLASSIC COKE            10.99 B
   24 Beverage Containers
2 @ 0.85
   HAUSWALD'S BREAD         1.70 F
   DART 24SL LIDS UNI       2.15 T
   MAVERICK MENTHOL B      54.09 T
5 @ 70.49
   NEWPORT MENTH BOX      352.45 T
   TAX                     25.85
   TAX EXEMPTION           25.85-
**** BALANCE                455.72
   CASH                    56.00
   CASH                   400.00
   CHANGE                   0.28
TOTAL NUMBER OF ITEMS SOLD = 16
**48 Total Beverage Containers**
B. Green&Co Inc. ID:C-273-000
05/27/18 12:16PM 1 8 44 308

CUST  30183155-GREEN APPLE GROCERY &
ACCOUNT# 40000261180

Thank You For Shopping at Cash & Carry
STORE HOURS
MON-FRI:6A-4P SAT 7A-4P SUN:8A-4P
*****************************************
----Thank you for shopping with us----
*****************************************

**A.R. 1227**



**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS CAITLYN

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:         1/52
30183155-GREEN APPLE GROCE40000261180
    HI-C VARIETY PK 40        9.99 B
      40 Beverage Containers
    PEPSI COLA               7.99 B
2 @ 7.99
    CLASSIC COKE             15.98 B
    STRAWBERRY CRUSH         10.99 B
      24 Beverage Containers
8 @ 0.99
    PINT CHOCOLATE MIL        7.92 F
6 @ 0.69
    RUTTER'S WHOLE MIL        4.14 F
    SPRITE                    6.99 B
      24 Beverage Containers
    SPRITE                    7.99 B
2 @ 1.75
    DART FOAM CUP UNIT        3.50 T
4 @ 0.85
    HAUSWALD'S BREAD          3.40 F
    8 LB BAG ICE              3.99 F
4 @ 70.49
    NEWPORT MENTH BOX       281.96 T
    MAVERICK MENTHOL B       54.09 T
    NEWPORT NON-MENTHO       56.19 T
    WILD ROSES                4.65 T
    TAX                      27.62
    TAX EXEMPTION            27.62-
  **** BALANCE             479.77
    CASH                   480.00
    CHANGE                   0.23
TOTAL NUMBER OF ITEMS SOLD =    35
**88 Total Beverage Containers**
B. Green&Co Inc. ID:C-273-000
05/13/18 01:38pm 1 8 55 308

CUST: 30183155-GREEN APPLE GROCERY &
ACCOUNT#: 40000261180

Thank You For Shopping at Cash & Carry
STORE HOURS:
MON-FRI:6A-4P SAT:7A-4P SUN:8A-4P
****************************************
****Thank you for shopping with us****
****************************************

**A.R. 1228**



0411619 RCVD 7/2/19

CASH & CARRY
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS PATRICIA

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER: 6/18
30183155-GREEN APPLE GROCE40000261180

| | | |
|---|---|---|
| 3 @ 2.85 | | |
| | RUTTER'S WHOLE MIL | 8.55 F |
| | SUPER CHILL CREAM | 6.25 F |
| | 24 Beverage Containers | |
| | SUPER CHILL ORANGE | 6.25 B |
| | 24 Beverage Containers | |
| 2 @ 7.99 | | |
| | PEPSI COLA | 15.98 B |
| | SUPER CHILL COLA | 6.25 B |
| | 24 Beverage Containers | |
| | SPRITE | 11.99 B |
| | 24 Beverage Containers | |
| | LE CREAM FILLED BT | 2.25 F |
| 4 @ 70.49 | | |
| | NEWPORT MENTH BOX | 281.96 T |
| | SUNLITE LIGHTERS | 5.75 T |
| | WILD ROSES | 4.65 T |
| | TAX | 19.97 |
| | TAX EXEMPTION | 19.97- |
| | **** BALANCE | 349.88 |

AMOUNT $349.88
CASH BACK $0.00
************9320

| | |
|---|---|
| DEBIT | 349.88 |
| CHANGE | 0.00 |

TOTAL NUMBER OF ITEMS SOLD = 16
**96 Total Beverage Containers**
**B. Green&Co Inc. ID:C-273-000**
05/12/18 12:19pm 1 8 92 241

CUST: 30183155-GREEN APPLE GROCERY &
ACCOUNT#: 40000261180

Thank You For Shopping at Cash & Carry
STORE HOURS:
MON-FRI:6A-4P SAT:7A-4P SUN:8A-4P
*************************************
====Thank you for shopping with us====
*************************************

A.R. 1229

**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS LISA

TRANSACTION RETRIEVED.
RETRIEVAL NUMBER:     1/38
30183155-GREEN APPLE GROCE40000261180
6 @ 1.19
         RUTTER'S CHOCOLATE      7.14 F
3 @ 1.79
         RUTTER'S CHOCOLATE      5.37 F
4 @ 2.69
         ALLEY CAT CHICK &      10.76 T
         ALL CRISP KOSHER P      5.39 F
         HERB'S RED HOT SAU     14.99 F
         TASTYKAKE KOFFEE K      2.25 F
         TASTYKAKE BUTTERSC      2.25 F
4 @ 6.99
         1/6 SMILEY FACE BA     27.96 T
         DART LID STRAW SLO      1.95 T
4 @ 0.85
         HAUSWALD'S BREAD        3.40 F
4 @ 70.49
         NEWPORT MENTH BOX     281.96 T
         NEWPORT NON-MENTHO     56.19 T
         MARLBORO BOX 100       66.49 T
         MAVERICK MENTHOL 6     54.09 T
         MAVERICK BOX 100'S     54.09 T
         TAX                    33.21
         TAX EXEMPTION          33.21-
**** BALANCE                   594.28

# AMOUNT     $500.28
CASH BACK $0

****** ****9320
         DEBIT               500.28
         CASH      594      100.00
         CHANGE                6.00
TOTAL NUMBER OF ITEMS SOLD       34
05/11/18 09:42am 1 8 41 123

CUST: 30183155-GREEN APPLE /GROCERY &
ACCOUNT# 40000261180

Thank You For Shopping at Cash & Carry
          STORE HOURS
MON-FRI 6A-4P SAT 7A-4P SUN 8A-4P
*****************************************
----thank you for shopping with us----
*****************************************

**A.R. 1230**



**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS SANDRA

TRANSACTION RETRIEVED.
RETRIEVAL NUMBER:        4760
30183155-GREEN APPLE GROCE40000261180
PARTY MIX              12.99 F
LINDENS BUTTER CRU      8.59 F
SUPER CHILL STRAUB      5.99 B
24 Beverage Containers
SUPER CHILL CREAM       5.99 F
24 Beverage Containers
GATORADE COOL BLUE     10.49 F
12 Beverage Containers
CLEARFRUIT CHERRY      13.45 B
CLEAR FRUIT KIWI S     13.45 B
CLEARFRUIT STRAWBE     13.45 B
E-FRUITI MINI BURG      4.75 B
TASTYKAKE ICED CUP      2.59 F
TASTYKAKE KOFFEE K      2.59 F
TASTYKAKE BUTTERSC      2.59 F
HAT'S OFF CIGAR 10     15.95 T
2 @ 70.49
NEWPORT MENTH BOX     140.98 T
TAX                    12.49
TAX EXEMPTION          12.49-
**** BALANCE          253.85

# AMOUNT     $253.85

CASH BACK $0.00

# ************9320

DEBIT               253.85
CHANGE                0.00
TOTAL NUMBER OF ITEMS SOLD =    15
**60 Total Beverage Containers**
B. Green&Co Inc. ID:C-273-000
05/22/18 12:02pm 1 8 82 235

CUST  30183155-GREEN APPLE GROCERY &
ACCOUNT#: 40000261180

Thank You For Shopping at Cash & Carry

0411619 RCVD 7/2/19

MON-FRI:6A-4P SAT:7A-4P SUN:8A-4P
*********************************

**A.R. 1231**



**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS LISA

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:        4/54
30183155-GREEN APPLE GROCE40000261180
         SPRITE           10.99 B
         24 Beverage Containers
         DIET PEPSI        7.99 B
         24 Beverage Containers
         MOUNTAIN DEW      7.99 B
         SUPER CHILL GINGER 5.99 B
         24 Beverage Containers
         SUPER CHILL STRAWB 5.99 B
         24 Beverage Containers
         SUPER CHILL BLACK  5.99 F
         24 Beverage Containers
         GUSHER'S VARIETY P 10.59 B
4 @ 1.19
         RUTTER'S CHOCOLATE  4.76 F
4 @ 0.99
         PINT CHOCOLATE MIL  3.96 F
2 @ 0.69
         RUTTER'S WHOLE MIL  1.38 F
         DEER PARK SPRING W  7.25 B
         24 Beverage Containers
6 @ 0.85
         HAUSWALD'S BREAD    5.10 F
4 @ 70.49
         NEWPORT MENTH BOX 281.96 T
         NEWPORT MENTH BOX  70.49 T
         MARLBORO BOX 100   66.49 T
         WILD ROSES          4.65 T
         TAX                28.83
         TAX EXEMPTION      28.83-
····* BALANCE             501.57

# AMOUNT     $251.57
CASH BACK $0.00

# ************9320
         DEBIT            251.57
         CASH             250.00
         CHANGE             0.00
TOTAL NUMBER OF ITEMS SOLD =    31
**144 Total Beverage Containers**
B. Green&Co Inc. ID:C-273-000
05/30/18 11:25:46 1 8 70 123

CUST. 30183155-GREEN APPLE GROCERY &
ACCOUNT#: 40000261180

Thank You For Shopping at Cash & Carry
STORE HOURS:
MON-FRI 6A-4P SAT 7A-4P SUN 8A-4P

**A.R. 1232**



**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS LISA

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:      4769
30183155-GREEN APPLE GROCE40000261180
        UTZ BBQ POTATO CHI    12.99 F
2 @ 8.99
        PEPSI COLA            17.98 B
2 @ 2.25
        OODLES OF NOODLES       4.50 F
2 @ 2.25
        OODLES OF NOODLES       4.50 F
3 @ 1.79
        RUTTER'S CHOCOLATE      5.37 F
3 @ 1.59
        RUTTERS BUTTERMILK      4.77 F
4 @ 0.99
        PINT CHOCOLATE MIL      3.96 F
4 @ 0.69
        RUTTER'S WHOLE MIL      2.76 F
4 @ 0.85
        HAUSWALD'S BREAD        3.40 F
        TASTYKAKE KANDY KA      2.59 F
        NEWPORT NON-MENTHO     56.19 T
5 @ 70.49
        NEWPORT MENTH BOX     352.45 T
        MAVERICK BOX 100'S     54.09 T
        MAVERICK MENTHOL B     54.09 T
        TAX                    32.09
        TAX EXEMPTION          32.09-
        **** BALANCE          579.64

# AMOUNT    $200.64

CASH BACK $0.00

# ************9320

        DEBIT                 200.64
        CASH                  100.00
        CASH                  280.00
        CHANGE                  1.00
TOTAL NUMBER OF ITEMS SOLD =    34
05/29/18 10:42am 1 8 68 123

CUST  30183155-GREEN APPLE GROCERY &
ACCOUNT#: 40000261180

Thank You For Shopping at Cash & Carry
            STORE HOURS:
MON-FRI:6A-4P SAT 7A-4P SUN:8A-4P
***********************************
****Thank you for shopping with us****

**A.R. 1233**

**0411619 RCVD 7/2/19**



CASH & CARRY
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS NICOLE B

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:     5/17
  30183155 GREEN APPLE GROCE40000261180
     SALT&VINEGAR CHIP    12.99 F
     UTZ CHEESE CURLS     12.99 F
     PEPSI COLA            8.99 B
     CLASSIC COKE         10.99 B
     24 Beverage Containers
     HI-C VARIETY PK 40    8.49 B
     40 Beverage Containers
     SPRITE               10.99 B
     24 Beverage Containers
     SCOOBY DOO FRUIT S   11.25 B
     EVERFRESH CRANBERR   13.85 F
     NOW & LATER APPLE     3.59 B
     MIKE & IKE ORIGIN     3.99 B
     TASTYKAKE KOFFEE K    2.59 F
     ALL CRISP KOSHER P    5.39 F
  4 @ 0.69
     RUTTER'S WHOLE MIL    2.76 F
     8 LB BAG ICE          3.99 F
     WILD ROSES            4.65 T
     NEWPORT NON MENTHO   56.19 T
     PALL MALL 100'S BO   62.49 T
     MARLBORO LIGHT BOX   66.49 T
  4 @ 70.49
     NEWPORT MENTH BOX   281.96 T
     TAX                  31.81
     TAX EXEMPTION       585. 31.81-
  **** BALANCE            584.63
  VI COINSTAR CHIS      1,978.89
     CHANGE             1,394.26
TOTAL NUMBER OF ITEMS SOLD =   25
**88 Total Beverage Containers**
B. Green&Co Inc. ID:C-273-000
05/28/18 11:13am 1 8 45 252

CUST: 30183155-GREEN APPLE GROCERY &
ACCOUNT#: 40000261180

Thank You For Shopping at Cash & Carry
STORE HOURS
MON-FRI 6A-4P SAT 7A-4P SUN 8A-4P
***Thank you for shopping with us***

**A.R. 1234**



**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS PATRICIA

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER        2/20
30183155 GREEN APPLE GROCE40000261180
6 @ 1.19

|  |  |
|---|---|
| RUTTER'S CHOCOLATE | 7.14 F |
| SUPER CHILL FRUIT | 5.99 F |
| 24 Beverage Containers | |
| SUPER CHILL CREAM | 5.99 F |
| 24 Beverage Containers | |
| MT.DEW | 10.99 B |
| 24 Beverage Containers | |
| PEPSI | 10.99 B |
| 24 Beverage Containers | |
| SPRITE | 10.99 B |
| 24 Beverage Containers | |
| SUNNY DELIGHT CITR | 7.89 F |
| DEER PARK SPRING W | 7.25 B |
| 24 Beverage Containers | |
| CHORE BOY COPPER S | 22.59 T |

3 @ 70.49

|  |  |
|---|---|
| NEWPORT MENTH BOX | 211.47 T |
| MARLBORO BOX 100 | 66.49 T |
| WILD ROSES | 4.65 T |

3 @ 1.59

|  |  |
|---|---|
| RUTTERS BUTTERMILK | 4.77 F |
| TAX | 20.73 |
| TAX EXEMPTION | 20.73- |
| **** BALANCE | 377.20 |
| MO  CASH | 300.00 |
| CASH | 77.20 |
| CHANGE | 0.00 |

TOTAL NUMBER OF ITEMS SOLD = 22
144 Total Beverage Containers
B. Green&Co Inc. ID:C-273-000
05/26/18 11 26am 1 8 80 241

COST  30183155 GREEN APPLE GROCERY &
ACCOUNT# 40000261180

Thank You For Shopping at Cash & Carry
STORE HOURS:
MON-FRI 6A-4P SAT 7A-4P SUN 8A-4P
*********************************
----Thank you for shopping with us----

**A.R. 1235**



**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS CAITLYN

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:      8/71
 30183155 GREEN APPLE GROCE40000261180
        SUPER CHILL PINEAP      5.99 F
        24 Beverage Containers
        SUPER CHILL ORANGE      5.99 B
        24 Beverage Containers
        SUPER CHILL COLA        5.99 B
        24 Beverage Containers
        M&M PEANUT             26.99 B
 2 @ 1.75
        DART FOAM CUP UNIT      3.50 T
        NEWPORT NON-MENTHO.    56.19 T
 5 @ 70.49
        NEWPORT MENTH BOX     352.45 T
        SUNLITE LIGHTERS        5.75 T
        TAX                    27.42
        TAX EXEMPTION          27.42-
   **** BALANCE              462.85

AMOUNT        $3.40
CASH BACK $0.00

************9320
        DEBIT                   3.40
AMOUNT       $337.00
CASH BACK $0.00

************9320
        DEBIT                 337.00
        CASH                  140.00
        CHANGE                 17.55
TOTAL NUMBER OF ITEMS SOLD =    13
**72 Total Beverage Containers**
B. Green&Co Inc. ID:C-273-000
05/25/18 11.17am 1 2 6 308

CUST: 30183155-GREEN APPLE GROCERY &
ACCOUNT#: 40000261180

Thank You For Shopping at Cash & Carry
STORE HOURS:
MON-FRI:6A-4P SAT:7A-4P SUN.8A-4P
*******************************
****Thank you for shopping with us****
*******************************

**A.R. 1236**



**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS PATRICIA

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:      5/14
30183155-GREEN APPLE GROCE40000261180
```
        SNO-CONE 24 CT        16.99 F
        TWIZZLER STRAWBERR     12.95 B
        POP UP ORANGE BURS     13.49 F
        SUPER CHILL BLACK       5.99 F
        24 Beverage Containers
        BLUE RIBBON COTTON      7.95 F
        KELL RICE KRISPIES      8.99 F
        OREOS S/S               5.49 F
        CHARLESTON CHEWS        6.15 B
        MINIATURE PEANUT C     11.99 B
        HI-C VARIETY PK 40      8.49 B
        40 Beverage Containers
        NOW & LATER STRAWB      3.59 B
        SWEDISH FISH RED        9.55 B
        PVI CUP WATERMELON      7.49 F
        GARBERS NUT CONE       10.95 F
8 @ 0.99
        PINT CHOCOLATE MIL      7.92 F
2 @ 0.95
        RUTTER'S PUNCH          1.90 F
        MAVERICK MENTHOL B     54.09 T
5 @ 70.49
        NEWPORT MENTH BOX     352.45 T
2 @ 15.95
        HAT'S OFF CIGAR 10     31.90 T
        TAX                    29.47
        TAX EXEMPTION          29.47-
   **** BALANCE              578.32
```
# AMOUNT      $578.32
CASH BACK $0.00
# ************9320
```
        DEBIT                 578.32
        CHANGE                  0.00
TOTAL NUMBER OF ITEMS SOLD =     32
```
**64 Total Beverage Containers**
B. Green&Co Inc. ID:C-273-000
05/24/18 11:55am 1 8 94 241

CUST  30183155-GREEN APPLE GROCERY &
ACCOUNT#: 40000261180

Thank You For Shopping at Cash & Carry
STORE HOURS:
MON-FRI:6A-4P SAT 7A-4P SUN:8A-4P
***********************************
***Thank you for shopping with us***
.....................................

**A.R. 1237**



**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS LISA

TRANSACTION RETRIEVED
RETRIEVAL NUMBER:      3/52
30183155-GREEN APPLE GROCE40000261180

| | | |
|---|---|---|
| COCONUT JUNIORS | 2.59 | F |
| TASTYKAKE KANDY KA | 2.59 | F |
| MIKE & IKE JOLLY J | 3.99 | B |
| MIKE & IKE RED BAG | 3.99 | B |
| CLASSIC COKE | 7.99 | B |
| 24 Beverage Containers | | |
| SUPER CHILL COLA | 5.99 | B |
| 24 Beverage Containers | | |
| SPRITE | 10.99 | B |
| 24 Beverage Containers | | |

3 @ 2.79

| | | |
|---|---|---|
| FRESH STEP CAT LIT | 8.37 | T |
| ALPO PRIME CUT BEE | 10.49 | T |
| GATORADE FRUIT PUN | 10.49 | F |
| 12 Beverage Containers | | |
| MAVERICK MENTHOL B | 54.09 | T |
| NEWPORT NON-MENTHO | 56.19 | T |

4 @ 70.49

| | | |
|---|---|---|
| NEWPORT MENTH BOX | 281.96 | T |
| TAX | 26.65 | |
| TAX EXEMPTION | 26.65- | |
| ***** BALANCE | 459.72 | |
| CASH | 200.00 | |
| CASH | 100.00 | |
| CASH | 100.00 | |
| CASH | 60.00 | |
| CHANGE | 0.28 | |

TOTAL NUMBER OF ITEMS SOLD =    18
84 Total Beverage Containers
B. Green&Co Inc. ID:C-273-000
05/23/18 10:22am 1 8 48 123

CUST: 30183155-GREEN APPLE GROCERY &
ACCOUNT#: 40000261180

Thank You For Shopping at Cash & Carry
STORE HOURS
MON-FRI 6A-4P SAT 7A-4P SUN 8A-4P
*****************************************
*****Thank you for shopping with us*****

**A.R. 1238**

04 11619 RCVD 7/2/19



**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS LISA

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:        2/56
30183155-GREEN APPLE GROCE40000261180
        GIANT NEO ICE CREA    17.99 F
        NUTTY BUDDY CONE      11.99 F
        SNO-CONE 24 CT        16.99 F
        POP UP RAINBOW        13.49 F
        7LB BAG ICE            4.79
        SUPER CHILL BLACK      6.25 F
        24 Beverage Containers
        MT DEW               11.99 B
        24 Beverage Containers
        SPRITE               11.99 B
        24 Beverage Containers
        CLASSIC COKE          7.99 B
2 @ 7.99
        SPRITE               15.98 B
        UTZ SOUR CREAM & O    12.99 F
        ALL CRISP KOSHER P     5.75 F
        CLASSIC COKE         11.99 B
        24 Beverage Containers
        FROZEN FOOD            6.89 F
        MAVERICK MENTHOL B    54.29 T
        NEWPORT NON-MENTHO    56.95 T
4 @ 70.69
        NEWPORT MENTH BOX    282.76 T
        SUNLITE LIGHTERS       4.99 T
2 @ 4.65
        WILD ROSES             9.30 T
        TAX                   28.10
        TAX EXEMPTION         28.10-
****  BALANCE                565.36
        CASH                  20.00
        CASH                  50.00
        CASH                  30.00
        CASH                 400.00
        CASH                  45.51
        CASH                  19.00
        CASH                   1.00
        CHANGE                 0.15
TOTAL NUMBER OF ITEMS SOLD =   24
**96 Total Beverage Containers**
B. Green&Co Inc. ID:C-273-000
07/11/18 11:14am 1 8 51 123

CUST  30183155-GREEN APPLE GROCERY &
ACCOUNT#: 40000261180

Thank You For Shopping at Cash & Carry
STORE HOURS:
MON-FRI:6A-4P SAT:7A-4P SUN:8A-4P
*****************************************
====Thank you for shopping with us====

**A.R. 1239**



0411618 RCVD 7/2/18

CASH & CARRY
1300 SOUTH MONROE
BALTIMORE, MD
(410) 559-6134
YOUR CASHIER TODAY IS NICOLE B

TRANSACTION RETRIEVED
RETRIEVAL NUMBER:        4/54
 30183166 GREEN APPLE GROCE4000026118O
4 @ 0.85
          HAUSWALD'S BREAD            3.40 F
          SPRITE                     10.99 B
          24 Beverage Containers
          SUPER CHILL FRUIT           5.99 F
          24 Beverage Containers
          MIKE & IKE BERRY B          3.99 B
          N&L SOFT BANANA             3.59 B
          MIKE & IKE ORIGIN           3.99 B
          8 LB BAG ICE                3.99 F
2 @ 1.39
          DART FOAM CUP UNIT          2.78 T
3 @ 1.79
          RUTTER'S CHOCOLATE          5.37 F
4 @ 1.49
          RUTTER'S HVD MILK           5.96 F
8 @ 0.69
          RUTTER'S WHOLE MIL          5.52 F
4 @ 0.99
          PINT CHOCOLATE MIL          3.96 F
4 @ 1.19
          RUTTER'S CHOCOLATE          4.76 F
          ARIZONA TEA W/ LEM         16.99 B
          24 Beverage Containers
          ARIZONA GREEN TEA          16.99 B
          24 Beverage Containers
4 @ 2.59
          RUTTER'S WHOLE MIL         10.36 F
          TASTYKAKE ICED CUP          2.59 F
          TASTYKAKE JELLY KR          2.59 F
          TASTYKAKE KOFFEE K          2.59 F
          MARLBORO BOX 100           66.49 T
          NEWPORT NON MENTHO         56.19 T
          MAVERICK MENTHOL B         54.09 T
          MAVERICK BOX JOE'S         54.09 T
          MAVERICK MENTHOL B         54.09 T
          NEWPORT MENTHOL BO         65.45 T
8 @ 65.45
          NEWPORT MENT BOX 1        523.60 T
          TAX                        56.00
          TAX EXEMPTION              56.00
          **** BALANCE              990.40

# AMOUNT        $990.40

CASH BACK $0.00

# ************9320

          DEBIT                     990.40
          CHANGE                      0.00
TOTAL NUMBER OF ITEMS SOLD =     58
96 Total Beverage Containers
B. Green&Co Inc. ID:C-273-000
05/21/18 12:21pm 1 8 63 252

 FROM  30183166 GREEN APPLE GROCERY &
 ACCOUNT# 4000026118O

Thank You For Shopping at Cash & Carry
          STORE HOURS

**A.R. 1240**



**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS PATRICIA

30183155-GREEN APPLE GROCE40000261180
    WILD ROSES         4.65 T
    SUNNY DELIGHT CTTR    7.89 F
    HI-C VARIETY PK 40    9.99 B
    40 Beverage Containers
2 @ 0.95
    RUTTER'S PUNCH     1.90 F
3 @ 70.49
    NEWPORT MENTH BOX  211.47 T
    TAX             13.57
    TAX EXEMPTION     13.57-
**** BALANCE      435.90
    CASH         500.00
    CHANGE       64.10
TOTAL NUMBER OF ITEMS SOLD =   8
40 Total Beverage Containers
B. Green&Co Inc. ID:C-273-000
05/20/18 12:41pm 1 8 55 241

CUST: 30183155-GREEN APPLE GROCERY &
ACCOUNT#: 40000261180

Thank You For Shopping at Cash & Carry
STORE HOURS:
MON-FRI:6A-4P SAT:7A-4P SUN:8A-4P
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
====Thank you for shopping with us====
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

*236* (handwritten, circled)

**A.R. 1241**



**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS LISA

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:      4/22
 30183155 GREEN APPLE GROCE 40000261180

| | | |
|---|---|---|
| UTZ CHEESE CURLS | 12.99 | F |
| GUSHER'S VARIETY P | 10.59 | B |
| ALL CRISP KOSHER P | 5.39 | F |
| SUPER CHILI CREAM | 5.99 | F |
| 24 Beverage Containers | | |
| SPRITE | 10.99 | B |
| 24 Beverage Containers | | |
| LD SWISS CAKE ROLL | 2.35 | F |
| LD ZEBRA CAKE | 2.35 | F |
| COSMIC BROWNIE | 2.35 | F |
| MAVERICK MENTHOL B | 54.09 | T |

4 @ 70.49

| | | |
|---|---|---|
| NEWPORT MENTH BOX | 281.96 | T |
| MARLBORO LIGHT BOX | 66.49 | T |
| SUNLITE LIGHTERS | 5.75 | T |
| WILD ROSES | 4.65 | T |
| TAX | 26.08 | |
| TAX EXEMPTION | 26.08- | |
| **** BALANCE | 465.94 | |

# AMOUNT      $465.94

CASH BACK $0.00

# ************9320

| | |
|---|---|
| DEBIT | 465.94 |
| CHANGE | 0.00 |

TOTAL NUMBER OF ITEMS SOLD =    16
**48 Total Beverage Containers**
B  Green&Co Inc. ID:C-273-000
05/19/18 11:57am 1 8 62 123

CUST  30183155-GREEN APPLE GROCERY &
ACCOUNT#  40000261180

Thank You For Shopping at Cash & Carry
STORE HOURS:
MON-FRI 6A-4P SAT 7A-4P SUN 8A-4P
****************/****************
***Thank you for shopping with us*****

**A.R. 1242**



**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS LISA

30183155 GREEN APPLE GROCE40000261180
     MARLBORO BOX 100    66.49 T
     NEWPORT NON-MENTHO   56.19 T
     NEWPORT MENTH BOX    70.49 T
3 @ 70.49
     NEWPORT MENTH BOX   211.47 T
5 @ 1.79
     RUTTER'S CHOCOLATE    5.37 F
4 @ 1.19
     RUTTER'S CHOCOLATE    4.76 F
10 @ 0.99
     PINT CHOCOLATE MIL    9.90 F
     RUTTER'S WHOLE MIL    2.59 F
     EVERFRESH TROPICAL   13.85 F
     EVERFRESH APPLE JU   13.85 F
     EVERFRESH 40% PINE   13.85 F
2 @ 1.05
     RUTTER'S WHOLE MIL    2.10 F
     TAX             24.28
     TAX EXEMPTION     24.28-
  **** BALANCE       470.91

# AMOUNT   $300.91

CASH BACK $0.00

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*9320**

    DEBIT     300.91
    CASH     170.00
    CHANGE     0.00
TOTAL NUMBER OF ITEMS SOLD  29
05/18/18 09 57am 1 8 54 123

COST 30183155 GREEN APPLE GROCERY &
ACCOUNT# 40000261180

Thank You For Shopping at Cash & Carry
STORE HOURS
MON-FRI 7AM TO... 04119/19 RCVD 7/2/19

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***
****Thank you for shopping with us****

**A.R. 1243**



**0411619 RCVD 7/2/19**

**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS PATRICIA

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:      3/76
30183155-GREEN APPLE GROCE40000261180
    GATORADE LEMON LIM   10.49 F
      12 Beverage Containers
    TASTYKAKE CHOCOLAT    2.59 F
    TASTYKAKE KANDY KA    2.59 F
    ORANGE CRUSH      10.99 B
      24 Beverage Containers
3 @ 0.99
    PINT CHOCOLATE MIL    2.97 F
4 @ 0.69
    RUTTER'S WHOLE MIL    2.76 F
4 @ 1.49
    RUTTER'S HVD MILK    5.96 F
2 @ 0.95
    RUTTER'S ORANGE     1.90 F
    WR PATCH WATERME  14.25 B
    GRAPE CRUSH      10.99 B
      24 Beverage Containers
    SPRITE        10.99 B
      24 Beverage Containers
    SUPER CHILL BLACK    5.99 F
      24 Beverage Containers
    SUPER CHILL GINGER   5.99 B
      24 Beverage Containers
    NEWPORT NON-MENTHO  56.19 T
4 @ 70.49
    NEWPORT MENTH BOX  281.96 T
    TAX          23.49
    TAX EXEMPTION     23.49-
**** BALANCE       426.61
    CASH        430.00
    CHANGE        3.39
TOTAL NUMBER OF ITEMS SOLD =      27

**427**

132 Total Beverage Containers
B. Green&Co Inc. ID:C-273-000
05/16/18 11:49am 1 8 74 241

CUST: 30183155-GREEN APPLE GROCERY &
ACCOUNT#: 40000261180

Thank You For Shopping at Cash & Carry
    STORE HOURS:
MON-FRI 6A-4P SAT 7A-4P SUN 8A-4P
*************************************
****Thank You For shopping with us****

**A.R. 1244**



**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS LISA

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:          5/18
  30183155-GREEN APPLE GROCE40000261180
  2 @ 7.99
          PEPSI COLA              15.98 B
          SUPER CHILL GRAPE        6.25 B
          24 Beverage Containers
          SPRITE                   6.99 B
          24 Beverage Containers
          BABY RUTH               12.29 B
          SUPER CHILL STRAWB       6.25 B
          24 Beverage Containers
          CLASSIC COKE             6.99 B
          24 Beverage Containers
          MOUNTAIN DEW             7.99 B
  2 @ 7.99
          CLASSIC COKE            15.98 B
  2 @ 7.99
          SPRITE                  15.98 B
          SFT BATCH CHOC CHI       5.89 F
          TASTYKAKE ICED CUP       2.25 F
          COCONUT JUNIORS          2.25 F
          FRUIT BY THE FOOT       11.35 B
          NAB S/S NUTTER BUT       5.49 F
  4 @ 0.99
          PINT CHOCOLATE MIL       3.96 F
  4 @ 0.85
          HAUSWALD'S BREAD         3.40 F
  2 @ 1.15
          DART FOAM CUP UNIT       2.30 T
  4 @ 70.49
          NEWPORT MENTH BOX      281.96 T
          TAX                     23.42
          TAX EXEMPTION           23.42-
  **** BALANCE                   413.55
          CASH                    13.55
          CASH                   400.00
          CHANGE                   0.00
TOTAL NUMBER OF ITEMS SOLD =    31
**96 Total Beverage Containers**
B. Green&Co Inc. ID:C-273-000
05/15/18 11:24am 1 8 60 123

CUST. 30183155-GREEN APPLE GROCERY &
ACCOUNT#: 40000261180

Thank You For Shopping at Cash & Carry
            STORE HOURS:
MON-FRI:6A-4P SAT:7A-4P SUN:8A-4P
*************************************
----Thank you for shopping with us----

**A.R. 1245**





CASH & CARRY
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539 6134
YOUR CASHIER TODAY IS CAITLYN

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER    2/23
  30183155-GREEN APPLE GROCE40000261180
          GUSHER'S VARIETY P      10.59 B
          TASTYKAKE KAFFEL K       2.59 F
          TASTYKAKE KANDY KA       2.59 F
          T K  CHOCOLATE BEL       2.59 F
          MOUNTAIN DEW             7.99 B
          PEPSI COLA               7.99 B
          SUPER CHILL GRAPE        5.95 B
          24 Beverage Containers
          SUPER CHILL ROOTBL       5.95 B
          24 Beverage Containers
   6 @ 0.99
          PINT CHOCOLATE MIL       5.94 F
   3 @ 2.95
          RUTTER'S WHOLE MIL       8.85 F
   5 @ 0.85
          HAUSWALD'S BREAD         4.25 F
          NEWPORT NON MENTHO      56.95 T
   8 @ 70.69
          NEWPORT MENTH BOX      565.52 T
          NEWPORT MENTH BOX       70.69 T
          MARLBORO BOX 100        66.69 T
          MARLBORO LIGHT BOX      66.69 T
          TAX                     51.91
          TAX EXEMPTION           51.91-
   **** BALANCE               891.82
          CASH                   900.00
          CHANGE                   8.18
TOTAL NUMBER OF ITEMS SOLD =     34
48 Total Beverage Containers
B. Green&Co Inc. ID:C-273-000
07/29/18 12:29pm 1 8 54 308

CUST: 30183155 GREEN APPLE GROCERY &
ACCOUNT#: 40000261180

Thank You For Shopping at Cash & Carry
          STORE HOURS
MON-FRI:6A-4P SAT:7A-4P SUN:8A-4P
*****************************************
====Thank you for shopping with us====
*****************************************

**A.R. 1246**



**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS LISA

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:      5/45
30183155-GREEN APPLE GROCE 40000261180
2 @ 7.99
           PEPSI COLA          15.98 B
6 @ 0.75
           RUTTER'S WHOLE MIL    4.50 F
           OREOS S/S            5.49 F
           M&M PEANUT          26.99 B
           SUNNY DELIGHT CITR    7.89 F
           HI-C VARITY PK 40     7.95 B
           40 Beverage Containers
           SUPER CHILL COLA      5.95 B
           24 Beverage Containers
           SUPER CHILL GINGER    5.95 B
           24 Beverage Containers
           SUPER CHILL CREAM     5.95 F
           24 Beverage Containers
4 @ 70.69
           NEWPORT MENTH BOX   282.76 T
           MAVERICK MENTHOL B   54.29 T
           WILD ROSES            4.65 T
           TAX                  24.28
           TAX EXEMPTION        24.28-
     **** BALANCE             428.35
           CASH                100.00
           CASH                330.00
           CHANGE                1.65
TOTAL NUMBER OF ITEMS SOLD =     21
**112 Total Beverage Containers**
B. Green&Co Inc. ID:C-273-000
07/28/18 11:50am 1 8 54 123

CUST: 30183155-GREEN APPLE GROCERY &
ACCOUNT#: 40000261180

Thank You For Shopping at Cash & Carry
STORE HOURS:
MON-FRI:6A-4P SAT:7A-4P SUN:8A-4P
*****************************************
====Thank you for shopping with us====

**A.R. 1247**

0411619 RQVD 7/12/18



**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS PATRICIA

30183155-GREEN APPLE GROCE4000261180

```
                        3 @ 1 23
ROUTER'S CHOCOLATE           3.69 F
                        4 @ 0 99
PINT CHOCOLATE MIL           3.96 F
                        2 @ 2.95
ROUTER'S WHOLE MIL           5.90 F
CLASSIC COKE                 8.99 B
SPRITE                       8.99 B
CLASSIC COKE                11.99 B
   24 Beverage Containers
SPRITE                      11.99 B
   24 Beverage Containers
SUPER CHILL FRUIT            5.95 B
   24 Beverage Containers
WHITE CHEDDAR POPC          12.99 F
LUXURY LIGHTS LIGH           4 55 T
NEWPORT NON-MENTHO          56.96 T
                        5 @ 70.69
NEWPORT MENTH BOX          353.45 T
EE REUSABLE BAGS             0.20 T
TAX                         27.43
TAX EXEMPTION               27.43-
****  BALANCE              489.60
CASH                       100.00
CASH                       200.00
CASH                       100.00
CASH                        90.00
CHANGE                       0.40
```



```
TOTAL NUMBER OF ITEMS SOLD =   23
72 Total Beverage Containers
B. GreenBCo Inc. ID:C-273-000
07/27/18 12:42PM 1 8 89 241
```

CUST: 30183155-GREEN APPLE GROCERY &
ACCOUNT# 4000261180

Thank You For Shopping at Cash & Carry
STORE HOURS:
MON-FRI:6A-4P SAT:7A-4P SUN:8A-4P

****Thank You For Shopping with us****



**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS PATRICIA

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:        4/35
  30183155 GREEN APPLE GROCE40000261180
          7LB BAG ICE          4.79
          UTZ REGULAR CHIPS    12.99 F
          UTZ BBQ POTATO CHI   12.99 F
  2 @ 1.83
          RUTTER'S CHOCOLATE    3.7
  5 @ 0.99
          PINT CHOCOLATE MIL    4.95 F
          MT DEW               12.99 B
          24 Beverage Containers
  3 @ 0.85
          HAUSWALD'S BREAD      2.55 F
          CHOCOLATE CREAM KA    2.59 F
          TASTYKAKE JELLY KR    2.59 F
          TASTYKAKE CHOCOLAT    2.59 F
  3 @ 1.75
          DART FOAM CUP UNIT    5.25 T
          MAVERICK BOX 100'S   54.29 T
          NEWPORT NON-MENTHO   56.95 T
  5 @ 70.69
          NEWPORT MENTH BOX   353.45 T
          MAVERICK MENTHOL B   54.29 T
          EE REUSABLE BAGS      0.20 T
          DART LID LIFT N LO    2.39 T
          TAX                  32.39
          TAX EXEMPTION        32.39-
   **** BALANCE             589.51
          CASH                600.00
          CHANGE               10.49
TOTAL NUMBER OF ITEMS SOLD =    30
24 Total Beverage Containers
B. Green&Co Inc. ID:C-273-000
07/26/18 08:46am 1 8 33 241

CUST: 30183155 GREEN APPLE GROCERY &
ACCOUNT#: 40000261180

Thank You For Shopping at Cash & Carry
         STORE HOURS:
MON-FRI:6A-4P SAT:7A-4P SUN:8A-4P
*******************************************
----Thank you for shopping with us----

**A.R. 1249**

0411619 RCVD 7/2/19



**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS LISA

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:       4/20
30183155 GREEN APPLE GROCE 4000026118G

| | | |
|---|---|---|
| SPRITE | 11.99 | B |
| 24 Beverage Containers | | |
| HI-C VARIETY PK 40 | 7.95 | B |
| 40 Beverage Containers | | |
| 2 @ 2.95 | | |
| RUITER'S WHOLE MIL | 5.90 | F |
| SUPER CHILL STRAW | 5.95 | B |
| 24 Beverage Containers | | |
| SUPER CHILL COLA | 5.95 | B |
| 24 Beverage Containers | | |
| ALL CRISP KOSHER P | 5.75 | F |
| HERB'S RED HOT SAU | 14.99 | F |
| 1/6 SMILE BAG | 8.49 | T |
| 1/8 BLACK BAG | 6.99 | T |
| 1/8 BLACK SMILE BA | 8.25 | T |
| 4 @ 0.85 | | |
| HAUSWALD'S BREAD | 3.40 | F |
| NEWPORT MENTH BOX | 70.69 | T |
| MARLBORO BOX 100 | 66.69 | T |
| NEWPORT NON-MENTHO | 56.95 | T |
| 5 @ 70.69 | | |
| NEWPORT MENTH BOX | 353.45 | T |
| WILD ROSES | 4.65 | T |
| TAX | 36.48 | |
| TAX EXEMPTION | 36.48- | |
| **** BALANCE | 638.04 | |
| CASH | 640.00 | |
| CHANGE | 1.96 | |

TOTAL NUMBER OF ITEMS SOLD = 24
**112 Total Beverage Containers**
B. Green&Co Inc. ID:C-273-000
07/25/18 08:43am 1 8 22 123

CUST# 30183155 GREEN APPLE GROCERY &
ACCOUNT#: 40000261180

Thank You For Shopping at Cash & Carry
STORE HOURS:
MON-FRI 6A-4P SAT 7A-4P SUN 8A-4P
*****************************************
*****Thank you for shopping with us*****
*****************************************

**A.R. 1250**



**0411619 RCVD 7/2/19**

CASH & CARRY
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS LISA

TRANSACTION RETRIEVED.
RETRIEVAL NUMBER      4/19
30183155 GREEN APPLE GROC 40000261180
 SUPER CHILL BLACK 6.59 F
 24 Beverage Containers
 PEDIGREE BF/BAC/CD 11.95 T
4 @ 1.49
 RUTTER'S RVD MILK 5.96 F
4 @ 0.99
 RUTTER'S WHOLE MIL 3.96 F
6 @ 0.69
 PINT CHOCOLATE MIL 4.14 F
3 @ 1.15
 RUTTER'S CHOCOLATE 3.45 F
 HONEY BBQ CHIPS 12.99 F
 TASTYKAKE CHOC KR 2.59 F
2 @ 2.59
 TASTYKAKE CHOCOLAT 5.18 F
 KELL RICE KRISPIES 8.99 F
 MIKE & IKE BERRY B 3.29 B
 MIKE & IKE ORIGIN 3.29 B
 AIRHEADS BLUE RASP 4.69 B
 AIR HEADS STRAWBER 4.69 B
 AIRHEADS GREEN APP 4.69 B
 WRIGLEY'S WINTERFR 7.79 B
4 @ 69.55
 NEWPORT MENTH BOX 278.20 T
 MAVERICK MENTHOL B 53.19 T
 MARLBORO BOX 100 65.59 T
4 @ 0.85
 HAUSWALD'S BREAD 3.40 F
 TAX 26.25
 TAX EXEMPTION 26.25-
**** BALANCE 994.62
 CASH 500.00
 CHANGE 5.38
TOTAL NUMBER OF ITEMS SOLD = 40
24 Total Beverage Containers
B. Green&Co Inc. ID:C-273-000
01/30/18 07:58am 1 8 20 123

CUST: 30183155-GREEN APPLE GROCERY &
ACCOUNT# 40000261180

Thank You For Shopping at Cash & Carry
STORE HOURS.
MON-FRI 6A-4P SAT:7A-4P SUN:8A-4P
*********************************
----Thank you for shopping with us----

**A.R. 1251**



**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539 6134
YOUR CASHIER TODAY IS IRINA

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER       1/6
30183155 GREEN APPLE GROCE 40000261180
5.0 0.85
        HAUSWALD'S BREAD        4.       F
8 0 0 69
        PINT CHOCOLATE MIL      5.55  F
        SUPER CHILL CREAM       6.5    F
        24 Beverage Containers
        UTZ REGULAR CHIPS      12.95  F
        TASTYKAKE CHOCOLAT      2.     F
        HARIBO GOLD BEAR M      4.5   B
        E FRUTTI SOUR MINI      4.     B
        NEWPORT MENT BOX 1     64.55  T
        NEWPORT MENTH BOX      69.55  T
        MARLBORO LIGHT BOX     65.59  T
2 0 69.55
        NEWPORT MENTH BOX     139.10  T
        TAX                    20.89
        TAX EXEMPTION          20.89-
  **** BALANCE               379.98
        CASH                  380.00
        CHANGE                  0.02
TOTAL NUMBER OF ITEMS SOLD =    23
**24 Total Beverage Containers**
B. Green&Co Inc. ID:C-273-000
01/28/18 08 03am 1 8 8 115

CUST: 30183155 GREEN APPLE GROCERY &
ACCOUNT# 40000261180

Thank You For Shopping at Cash & Carry
STORE HOURS
MON-FRI 6A 4P SAT 7A 4P SUN 8A 4P
*********************************************
***-Thank you for shopping with us-***
................................

A.R. 1252



**CASH & CARRY**
1500 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS LISA

TRANSACTION RETRIEVED
RETRIEVAL NUMBER:      3/16
30183155 GREEN APPLE GROC140000261180
        SUNNY DELIGHT CTR        7.89 F
        LINDENS BUTTER CRU       8.59 F
        RIP IT "F" BOMB         17.49 B
        24 Beverage Containers
        RUTTER'S OVO MILK        1.49 F
2 @ 2.95
        RUTTER'S WHOLE MIL       5.90 F
2 @ 0.99
        RUTTER'S WHOLE MIL       1.98 F
3 @ 0.69
        PINT CHOCOLATE MIL       2.07 F
        ARIZONA GREEN TEA       16.99 B
        24 Beverage Containers
4 @ 64.55
        NEWPORT MENT BOX 1     258.20 T
        NEWPORT NON MENTHO      55.29 T
        NEWPORT MENTH BOX       69.55 T
        TAX                     25.06
        TAX EXEMPTION           25.06-
****  BALANCE                  445.44
        CASH                   400.00
        CASH                    46.00
        CHANGE                   0.56
TOTAL NUMBER OF ITEMS SOLD =      18
**48 Total Beverage Containers**
B. Green&Co Inc. ID:C-273-000
01/27/18 08:09am 1 8 16 123

COST  30183155 GREEN APPLE GROCERY &
ACCOUNT#  400002 1180

Thank You For Shopping at Cash & Carry
        STORE HOURS
MON-FRI 6A-4P SAT 7A-9P SUN 8A-4P
.............................................
----Thank you for shopping with us----
.............................................

**A.R. 1253**



CASH & CARRY
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS LISA

TRANSACTION RETRIEVED
RETRIEVAL NUMBER          3/22
30183155 GREEN APPLE GROCE40000261180
        012 SOUR CREAM & O     12.99 F
        SUPER CHILL GRAPE       6.59 B
        24 Beverage Containers
6 @ 0.65
        ROTTER'S WHOLE MILK     3.90 F
        EVEREREST APPLE JU     13.49 F
        EVEREREST ORANGE J     13.49 F
        CHOCOLATE CREAM KA      2.59 F
2 @ 2.59
        TASTYKAKE CHOCOLAT      5.18 F
        T K  CHOCOLATE BLE      2.59 F
        TASTYKAKE KANDY KA      2.59 F
        FANTA FIXES BTR O       4.99 F
3 @ 64.55
        NEWPORT MENT BOX      193.65 T
        MAVERICK MENTHOL B     53.19 T
CT MD  THERMAL PAPER           1.89 T
2 @ 4.65
        WILD ROS S             9.30 T
        TAX                   15.66
        TAX EXEMPTION         15.66-
**** BALANCE             322.65

# AMOUNT        $322.65
CASH BACK $0.00

# \*\*\*\*\*\*\*\*\*\*\*\*\*9335
        DEBIT                 322.65
        CHANGE                  0.00
TOTAL NUMBER OF ITEMS SOLD =    21
24 Total Beverage Containers
B. Green&Co Inc. ID:C-273-000
01/26/18 08:15am 1 8 18 123

CUST  30183155 GREEN APPLE GROCERY &
ACCOUNT#  40000261180

Thank You For Shopping at Cash & Carry
        STORE HOURS:
MON-FRI 6A-4P SAT 7A-4P SUN 8A-4P
*************************************
---Thank you for shopping with us----
*************************************

**A.R. 1254**



CASH & CARRY
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539 6134
YOUR CASHIER TODAY IS CAITLYN

TRANSACTION RETRIEVED
RETRIEVAL NUMBER      4/20
30183155 GREEN APPLE GROCE40000261180
2 @ 0.89
     RUTTER'S BLUE RASP      1.78 F
2 @ 0.89
     RUTTER'S ORANGE         1.78 F
     RUTTER'S PUNCH          0.89 F
     T K CHOCOLATE BEL       2.59 F
7 @ 0.65
     RUTTER'S WHOLE MIL      4.55 F
     ZANTAC 150             11.79
4 @ 69.55
     NEWPORT MENTH BOX     278.20 T
     NEWPORT NON MENTHO     55.29 T
     TAX                    20.01
     TAX EXEMPTION          20.01-
**** BALANCE              356.87

## AMOUNT        $356.87

CASH BACK $0.00

## ************9335

     DEBIT                 356.87
     CHANGE                  0.00
TOTAL NUMBER OF ITEMS SOLD =    19
01/29/18 08:08am 1 8 19 508

CUST  30183155 GREEN APPLE GROCERY &
ACCOUNT#: 40000261180

Thank You For Shopping at Cash & Carry
          STORE HOURS:
MON-FRI 6A-4P SAT 7A-4P SUN 8A-4P
*************************************
----Thank you for shopping with us----

**A.R. 1255**



**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS LISA

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER        4/24
30183155 GREEN APPLE GROCE 46000261180

| | | |
|---|---|---|
| ESSNEVERY VEGETABL | 24.49 | F |
| KELL RICE KRISPIES | 8.99 | F |
| HI-C VARIETY PK 40 | 7.99 | B |
| 40 Beverage Containers | | |
| SUPER CHILL PINEAP | 6.59 | F |
| 24 Beverage Containers | | |
| SUPER CHILL ORANGE | 6.59 | B |
| 24 Beverage Containers | | |
| DART FOAM CUP UNIT | 1.39 | T |
| DART FOAM CUP UNIT | 0.89 | T |
| GUSHER'S VARIETY P | 13.29 | B |
| SCOOBY DOO FRUIT S | 11.25 | B |
| M&M PEANUT | 26.99 | B |
| LAFFY TAFFY ASSORT | 6.79 | B |
| EVERFRESH STRAWBER | 13.49 | F |
| EVERFRESH CRAN APP | 13.49 | F |
| TASTYKAKE KOFFEE K | 2.59 | F |
| SOUR PATCH EXTREME | 14.25 | B |
| MARLBORO BOX 100 | 65.59 | T |
| NEWPORT NON MENTHO | 55.29 | T |
| 3 @ 69.55 | | |
| NEWPORT MENTH BOX | 208.65 | T |
| PALL MALL MENT BLA | 61.59 | T |
| TAX | 28.84 | |
| TAX EXEMPTION | 28.84- | |
| **** BALANCE | 550.19 | |
| CASH | 500.00 | |
| CASH | 51.00 | |
| CHANGE | 0.81 | |

TOTAL NUMBER OF ITEMS SOLD =     21
**88 Total Beverage Containers**
B. Green&Co Inc. ID:C-273-000
01/25/18 08:08am 1 8 20 123

CUST: 30183155 GREEN APPLE GROCERY &
ACCOUNT#: 46000261180

Thank You For Shopping at Cash & Carry
STORE HOURS:
MON-FRI 6A-4P SAT 7A-4P SUN 8A-4P
************************************
----Thank you for shopping with us----

**A.R. 1256**



**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS PATRICIA

TRANSACTION RETRIEVED
RETRIEVAL NUMBER:        674
30183155 GREEN APPLE GROCE 40000261180
4 @ 2.95
    RUTTER'S WHOLE MIL       11.80 F
    CRYSTAL HOT SAUCE        11.75 F
2 @ 0.89
    RUTTER'S ORANGE           1.78 F
2 @ 0.89
    RUTTER'S PUNCH            1.78 F
    EVERFRESH 40% PINE       13.49 F
    TASTYKAKE KOFFEE K        2.59 F
    TASTYKAKE BUTTERSC        2.59 F
3 @ 0.69
    PINT CHOCOLATE MIL        2.07 F
2 @ 1.15
    RUTTER'S CHOCOLATE        2.30 F
4 @ 69.55
    NEWPORT MENTH BOX       278.20 T
    NEWPORT NON MENTHO       55.29 T
    NEWPORT MENTH BOX        69.55 T
    MAVERICK GOLD BOX        53.19 T
    TAX                      27.38
    TAX EXEMPTION            27.38-
 **** BALANCE                506.38
    CASH                     50.00
    CASH                    400.00
    CASH                     57.00
    CHANGE                    0.62

*(handwritten: 5-07 circled)*

TOTAL NUMBER OF ITEMS SOLD =    24
01/24/18 11:30am 1 8 78 241

CUST: 30183155-GREEN APPLE GROCERY &
ACCOUNT# 40000261180

Thank You For Shopping at Cash & Carry
STORE HOURS:
MON-FRI 6A-4P SAT-7A-4P SUN-8A-4P
*************************************
====Thank you for shopping with us====

**A.R. 1257**



**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS PATRICIA

30183155 GREEN APPLE GROCE 40000261180

| | |
|---|---|
| NEWPORT NON MENTHO | 55.29 T |
| MARLBORO BOX 100 | 65.59 T |

6 @ 64.55

| | |
|---|---|
| NEWPORT MENT BOX 1 | 387.30 T |
| BACKWOODS SWEET AR | 45.29 T |
| TROPICAL FANTASY K | 15.59 B |
| 24 Beverage Containers | |
| TAX | 34.15 |
| TAX EXEMPTION | 34.15- |
| **** BALANCE | 569.06 |

# AMOUNT    $569.06

CASH BACK $0.00

# ************9335

| | |
|---|---|
| DEBIT | 569.06 |
| CHANGE | 0.00 |
| TOTAL NUMBER OF ITEMS SOLD = | 10 |

**24 Total Beverage Containers**
B. Green&Co Inc. ID:C-273-000
01/17/18 01:12pm 1 8 71 241

CUST 30183155-GREEN APPLE GROCERY &
ACCOUNT# 40000261180

Thank You For Shopping at Cash & Carry
STORE HOURS:
MON-FRI 6A-4P SAT 7A-4P SUN 8A-4P
*********************************
----Thank you for shopping with us----
*********************************

**A.R. 1258**



0411615 RCVD 7/2/19

**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS CAITLYN

TRANSACTION RETRIEVED
RETRIEVAL NUMBER:        4/27
30183155 GREEN APPLE GROCE40000261180
        SALT&VINEGAR CHIP        12.99 F
        UTZ VERY THIN PRET       12.99 F
2 @ 2.95
        RUTTER'S WHOLE MIL        5.90 F
8 @ 0.69
        PINT CHOCOLATE MIL        5.52 F
5 @ 1.15
        RUTTER'S CHOCOLATE        5.75 F
        CHOCOLATE CREAM KA        2.59 F
        TASTYKAKE ICED CUP        2.59 F
        TASTYKAKE ICED CUP        2.59 F
        SOUR PATCH WATERML       14.25 B
        SKITTLE SWEET&SOUR       17.25 B
        NOW&LATER CHEWY PI        3.59 B
        AIRHEADS WATERMELO        4.69 B
        CHARLESTON CHEWS          6.15 B
        MINIATURE PEANUT C       11.99 B
        MAVERICK BOX 100'S       53.19 T
        NEWPORT NON-MENTHO       55.29 T
4 @ 69.55
        NEWPORT MENTH BOX       278.20 T
        NEWPORT NON-MENTHO       55.29 T
        TAX                      30.00
        TAX EXEMPTION            30.00-
  **** BALANCE               550.81
        CASH                     50.00
        CASH                     95.00

# AMOUNT      $405.81

CASH BACK $0.00

# ************9335
        DEBIT                   405.81
        CHANGE                    0.00
TOTAL NUMBER OF ITEMS SOLD =      33
01/22/18 08:00am 1 8 16 308

CUST: 30183155 GREEN APPLE GROCERY &
ACCOUNT#  40000261180

Thank You For Shopping at Cash & Carry
            STORE HOURS:
MON-FRI 6A-4P SAT 7A-4P SUN 8A-4P
*************************************
****Thank you for shopping with us****

A.R. 1259



**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS LISA

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:        3/11
30183155 GREEN APPLE GROCE 40000261180
        DODLES OF NOODLES        2.25 F
2 @ 2.25
        DODLES OF NOODLES        4.50 F
        LAND O LAKES BTR Q       4.99 F
3 @ 1.15
        RUTTER'S CHOCOLATE       3.45 F
2 @ 1.55
        RUTTER'S HVD MILK        3.10 F
3 @ 0.65
        RUTTER'S WHOLE MIL       1.95 F
5 @ 0.69
        PINT CHOCOLATE MIL       3.45 F
        JUMBO WRAPPED TRAN       1.79 T
4 @ 69.55
        NEWPORT MENTH BOX      278.20 T
        NEWPORT MENTH BOX       69.55 T
        MARLBORO BOX 100        65.59 T
        MARLBORO LIGHT BOX      65.59 T
        TAX                     28.85
        TAX EXEMPTION           28.85-
    **** BALANCE             504.41

AMOUNT        $100.00
CASH BACK $0.00

\*\*\*\*\*\*\*\*\*\*\*\*9335
        DEBIT              100.00
        CASH               100.00
        CASH               305.00
        CHANGE               0.59
TOTAL NUMBER OF ITEMS SOLD =     25
01/13/18 08:06AM 1 8 13 123

CUST: 30183155 GREEN APPLE GROCERY &
ACCOUNT# 40000261180

Thank You For Shopping at Cash & Carry
STORE HOURS:
MON-FRI 6A-4P SAT 7A-4P SUN 8A-4P
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**A.R. 1260**

**0411619 RCVD 7/2/19**



**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS LISA

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:      3/18
  30183155 GREEN APPLE GROCE 40000261180
         CLASSIC COKE          11 99 B
         24 Beverage Containers
         SPRITE                11 99 B
         24 Beverage Containers
         EVERFRESH ORANGE J     13 49 F
  2 @ 1.95
         TASTYKAKE CHOCOLAT      3 90 F
         SOUR PATCH KIDS         9 55 B
         CHARLESTON CHEWS        6 15 B
         REESES CUP             21 99 B
  5 @ 0.85
         HAUSWALD'S BREAD        4 25 F
         MAVERICK BOX 100'S     53 19 T
         NEWPORT NON-MENTHO     55 29 T
  3 @ 69.55
         NEWPORT MENTH BOX     208 65 T
         TAX                    22 73
         TAX EXEMPTION          22 73-
  **** BALANCE               400 44

# AMOUNT      $300.44

CASH BACK $0 00

# ************9335
         DEBIT                 300.44
         CASH                  100.00
         CHANGE                  0.00
TOTAL NUMBER OF ITEMS SOLD =      18
**48 Total Beverage Containers**
B. Green&Co Inc. ID:C-273-000
01/12/18 07:34am 1 8 11 123

CUST: 30183155 GREEN APPLE GROCERY &
ACCOUNT#: 40000261180

Thank You For Shopping at Cash & Carry
STORE HOURS:
MON-FRI 6A-4P SAT 7A-4P SUN 8A-4P
*****************************************
----Thank you for shopping with us----
*****************************************

**A.R. 1261**



**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS CAITLYN

```
TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:        4/19
 30183155-GREEN APPLE GROCE40000261180
     MOUNTAIN DEW            7.99 B
2 @ 0.95
     RUTTER'S PUNCH          1.90 F
     RUTTER'S WHOLE MIL      2.95 F
2 @ 1.55
     RUTTER'S HVO MILK       3.10 F
     RUTTER'S CHOCOLATE      1.15 F
     1/6 WHITE SMILEY F      6.99 T
     SUPER CHILL FRUIT       6.59 F
     24 Beverage Containers
     SUPER CHILL GINGER      6.59 B
     24 Beverage Containers
     MAVERICK MENTHOL B     53.19 T
4 @ 69.55
     NEWPORT MENTH BOX     278.20 T
     TAX                    21.18
     TAX EXEMPTION          21.18-
 **** BALANCE              368.65
```

# AMOUNT      $368.65

CASH BACK $0.00

# ✱✱✱✱✱✱✱✱✱✱✱✱✱9335

```
     DEBIT                 368.65
     CHANGE                  0.00
TOTAL NUMBER OF ITEMS SOLD =    15
```

**48 Total Beverage Containers**
**B. Green&Co Inc. ID:C-273-000**
01/11/18 07:34am 1 8 13 308

CUST: 30183155-GREEN APPLE GROCERY &
ACCOUNT#: 40000261180

Thank You For Shopping at Cash & Carry
        STORE HOURS
MON-FRI 6A-4P SAT 7A-4P SUN:8A-4P
✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱✱
----Thank you for shopping with us----

**A.R. 1262**



0413619 RCVD 7/2/19

**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS LISA

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:            4/24
 30183155 GREEN APPLE GROCE 40000261180
            8 LB BAG ICE          3.99 F
            SUPER CHILL GRAPE      6.59 B
            24 Beverage Containers
            SUPER CHILL PINEAP     6.59 F
            24 Beverage Containers
            UTZ REGULAR CHIPS     12.99 F
            HONEY BBQ CHIPS       12.99 F
            TASTYKAKE BUTTERSC     2.59 F
            CHOCOLATE CREAM KA     2.59 F
            COCONUT JUNIORS        2.59 F
 2 @ 2.59
            TASTYKAKE CHOCOLAT     5.18 F
            MARLBORO BOX 100      65.59 T
 3 @ 69.55
            NEWPORT MENTH BOX    208.65 T
            NEWPORT MENTH BOX     69.55 T
            TAX                   21.03
            TAX EXEMPTION         21.03-
      **** BALANCE              399.89
            CASH                 400.00
            CHANGE                 0.11
TOTAL NUMBER OF ITEMS SOLD =     15
**48 Total Beverage Containers**
B. Green&Co Inc. ID:C-273-000
01/09/18 07:58am I 8 20 123

CUST  30183155 GREEN APPLE GROCERY &
ACCOUNT#: 40000261180

Thank You For Shopping at Cash & Carry
STORE HOURS:
MON-FRI 6A-4P SAT 7A-4P SUN 8A-4P
***********************************
====Thank You for shopping with us====
      ............................

**A.R. 1263**



0411619 RCVD 7/2/19

**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539 6134
YOUR CASHIER TODAY IS CAITLYN

TRANSACTION RETRIEVED.
RETRIEVAL NUMBER 4/20
30183155 GREEN APPLE GROCE40000261

| | | |
|---|---|---|
| | SUPER CHILL ROOTBE | 6.5 |
| | 24 Beverage Containers | |
| | SUPER CHILL CREAM | 6.5 |
| | 24 Beverage Containers | |
| | CLASSIC COKE | 7.5 |
| | UTZ SOUR CREAM & O | 12.5 |
| 3 @ 0.99 | | |
| | RUTTER'S WHOLE MIL | 2. |
| 2 @ 0.95 | | |
| | RUTTER'S PUNCH | 1. |
| 4 @ 2.59 | | |
| | TASTYKAKE CHOCOLAT | 10 |
| | MIKE & IKE ORIGIN | 3 |
| | AIRHEADS BLUE RASP | 4 |
| | N&L SOFT APPLE | 3 |
| | NOW & LATER BLUE/R | 3 |
| | TROLLI EXTREME SOU | 3 |
| | DART FOAM CUP UNIT | C |
| 4 @ 69.55 | | |
| | NEWPORT MENTH BOX | 27 |
| | HAT'S OFF CIGAR 10 | 1 |
| | TAX | 1 |
| | TAX EXEMPTION | 1 |
| | **** BALANCE | 36 |
| | CASH | 38 |
| | CHANGE | |

TOTAL NUMBER OF ITEMS SOLD -
**48 Total Beverage Containers**
**B. Green&Co Inc. ID:C-273-000**
01/08/18 07:57am 1 8 9 308

CUST: 30183155 GREEN APPLE GROC
ACCOUNT#: 40000261180

Thank You For Shopping at Cash
STORE HOURS
MON-FRI:6A-4P SAT 7A-4P SUN:8A
*****************************
----Thank you for shopping wi
*****************************

**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS OCTAVIA

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER     1/3
30183155 GREEN APPLE GROCE 4000026118
6 @ 0.85
    HAUSWALD'S BREAD          5.10
6 @ 1.15
    RUTTER'S CHOCOLATE        6.90 T
8 @ 0.69
    PINT CHOCOLATE MIL        5.52
5 @ 0.65
    RUTTER'S WHOLE MIL        3.25
    SAUDER GRADE A MED       19.89
    TASTYKAKE CHOCOLAT        2.59
4 @ 69.55
    NEWPORT MENTH BOX       278.20 T
    NEWPORT MENTH BOX        69.55 T
    WILD ROSES                4.65 T
    TAX                      21.15
    TAX EXEMPTION            21.15-
**** BALANCE                395.65
    CASH                    400.00
    CHANGE                    4.35
TOTAL NUMBER OF ITEMS SOLD -   35
01/07/18 07:50am 1 8 3 130

CUST: 30183155 GREEN APPLE GROCERY &
ACCOUNT#: 4000026118D

Thank You For Shopping at Cash & Carry
        STORE HOURS
MON-FRI 6A-4P SAT 7A-4P SUN 8A-4P
*****************************************
----Thank you for shopping with us----
*****************************************

0411619-RCVD 7/2/19

A.R. 1265


0411619 RCVD 7/2/19

**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS OCTAVIA

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:        4/66
30183155-GREEN APPLE GROCE40000261180
10 @ 0.99
        PINT CHOCOLATE MIL      9.90 F
6 @ 0.69
        RUTTER'S WHOLE MIL      4.14 F
        8 LB BAG ICE            3.99 F
        HONEY BBQ CHIPS        12.99 F
        PEPSI COLA              7.99 B
        MOUNTAIN DEW            7.99 B
        CLASSIC COKE            7.99 B
        CLASSIC COKE            6.99 B
        24 Beverage Containers
        SPRITE                  6.99 B
        24 Beverage Containers
        SUNNY DELIGHT CITR      7.89 F
        CRUSH GRAPE             7.99 A
        24 Beverage Containers
        ...
        HAUSWALD'S BREAD        3.40 F
        SPRITE                  7.99 B
        T.K. CHOCOLATE BEL      2.25 F
        TASTYKAKI CANDY KA      2.25 F
        KEL  RICE KRISPIES      x.99 F
        LINDENS BUTTER COO      8.59 F
        OREOS S/S               5.49 F
        CHOCOLATE CHIP COO      5.49 F
2 @ 1.39
        DART FOAM CUP UNIT      2.78 T
2 @ 15.95
        HAT'S OFF CIGAR 10     31.90 T
4 @ 70.49
        NEWPORT MENTH BOX     281.96 T
        TAX                    22.24
        TAX EXEMPTION          22.24-
  **** BALANCE                445.94

**AMOUNT        $250.94**
CASH BACK $0.00
***********9320
        DEBIT                 250.94
        CASH                  200.00
        CHANGE                  5.00
TOTAL NUMBER OF ITEMS SOLD      94
72 Total Beverage Containers
B. Green&Co Inc. ID:C-273-000
05/10/18 10:46am 1 8 77 150

CUST 30183155-GREEN APPLE GROCERY &
ACCOUNT#: 40000261180

Thank You For Shopping at Cash & Carry
        STORE HOURS:
MON-FRI 6A-4P SAT 7A-4P SUN 8A-4P
*******************************************
****Thank you for shopping with us****
*******************************************

**A.R. 1266**



**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539 6134
YOUR CASHIER TODAY IS LISA

TRANSACTION RETRIEVAL
RETRIEVAL NUMBER:          9
30183155-GREEN APPLE GROCERY 0448261180

| | |
|---|---|
| UTZ CHEESE CURL | 7.99 F |
| SUPER CHILI FINGER | 6.25 F |
| 24 Beverage Containers | |
| SUPER CHILI GINGER | 6.25 B |
| 24 Beverage Containers | |
| PEPSI | 10.99 B |
| 24 Beverage Containers | |
| PEPSI COLA | 7.99 B |
| MOUNTAIN DEW | 7.99 B |
| MT DEW | 10.99 B |
| 24 Beverage Containers | |
| SPRITE | 11.99 B |
| 24 Beverage Containers | |
| CLASSIC COKE | 7.99 B |
| HARIBO GOLD BEARS | 13.65 B |
| 4 @ 0.85 | |
| HAUSWALD'S BREAD | 3.40 F |
| GUSHER'S VARIETY P | 10.59 B |
| CHEWY BERRY LEMONAD | 3.35 B |
| AIRHEADS GREEN APP | 4.69 B |
| AIRHEADS WATERMELO | 4.69 B |
| TASTYKAKE ICED CUP | 2.59 F |
| TASTYKAKE KOFFEE K | 2.59 F |
| COCONUT JUNIORS | 2.59 F |
| NOW & LATER BLUE/R | 3.59 B |
| 4 @ 0.69 | |
| RUTTER'S WHOLE MIL | 2.76 F |
| 4 @ 1.19 | |
| RUTTER'S CHOCOLATE | 4.76 F |
| SPRITE | 7.99 B |
| MAVERICK MENTHOL B | 54.09 T |
| NEWPORT MENTH BOX | 70.49 T |
| 5 @ 70.49 | |
| NEWPORT MENTH BOX | 352.45 T |
| TAX | 35.39 |
| TAX EXEMPTION | 35.39- |
| **** BALANCE | 627.70 |
| CASH | 628.00 |
| CHANGE | 0.30 |

TOTAL NUMBER OF ITEMS SOLD = 38
120 Total Beverage Containers
B. Green&Co Inc. ID:C-273-000
05/08/18 09:31am 1 8 39 123

CUST: 30183155-GREEN APPLE GROCERY &
ACCOUNT# 40000261180

Thank You For Shopping at Cash & Carry
STORE HOURS:
MON-FRI 6A-4P SAT 7A-4P SUN 8A-4P
*************************************
***Thank you for shopping with us***

**A.R. 1267**



**0411619 RCVD 7/2/19**

**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS CAITLYN

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:       3/37
30183155-GREEN APPLE GROCE40000261180
2 @ 0.95
        RUTTER'S ORANGE        1.90 F
2 @ 0.95
        RUTTER'S PUNCH         1.90 F
        HI-C VARIETY PK 40     9.99 B
        40 Beverage Containers
        SUPER CHILL STRAWB     6.25 B
        24 Beverage Containers
        SUPER CHILL CREAM      6.25 F
        24 Beverage Containers
        SUPER CHILL COLA       6.25 B
        24 Beverage Containers
2 @ 1.99
        DODLES OF NOODLES      3.98 F
2 @ 1.99
        DODLES OF NOODLES      3.98 F
        MIKE & IKE ORIGIN      3.99 B
        CLASSIC COKE           7.99 B
        SPRITE                 7.99 B
        EVERFRESH ORANGE J    13.85 F
4 @ 70.49
        NEWPORT MENTH BOX    281.96 T
        MAVERICK BOX 100'S    54.09 T
        NEWPORT NON-MENTHO    56.19 T
        MARLBORO LIGHT BOX    66.49 T
        TAX                    30.08
        TAX EXEMPTION          30.08-
****  BALANCE               533.05
        CASH                    0.10
        CASH                  200.00
        CASH                  200.00
        CASH                   75.00
        CHANGE                  2.05
TOTAL NUMBER OF ITEMS SOLD =    23
112 Total Beverage Containers
B. Green&Co Inc. ID:C-273-000
05/07/18 09:40am 1 8 38 308

CUST  30183155-GREEN APPLE GROCERY &
ACCOUNT#  40000261180

Thank You For Shopping at Cash & Carry
STORE HOURS:
MON-FRI 6A-4P SAT:7A-4P SUN:8A-4P
*=*3*=*3**3*=3*3*3*3*3*3*3*3*
****Thank you for shopping with
*****3**3**3**3**3**3**3**3

**A.R. 1268**



**0411619 RCVD 7/2/19**

**CASH & CARRY**
1400 SOUTH MONROE
BALTIMORE, MD
(410) 539-6154
YOUR CASHIER TODAY IS LISA

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:      3/21
30183155-GREEN APPLE GROCE 40000261180
8 @ 0.99
          PINT CHOCOLATE MIL       7.92 F
3 @ 0.75
          RUTTER'S WHOLE MIL       2.25 F
2 @ 1.23
          RUTTER'S CHOCOLATE       2.46 F
          SUPER CHILL COLA         5.95 B
          24 Beverage Containers
          SUPER CHILL BLACK        5.95 F
          24 Beverage Containers
          PEPSI COLA               7.99 B
3 @ 0.85
          HAUSWALD'S BREAD         2.55 F
          MOUNTAIN DEW             7.99 B
          UTZ SOUR CREAM & O      12.99 F
          UTZ CHEESE CURLS        12.99 F
          CLASSIC COKE            11.99 B
          24 Beverage Containers
          LINDEN CHOC CHIP C       8.59 F
          LINDENS BUTTER CRU       8.59 F
          TASTYKAKE CHOCOLAT       2.59 F
          TWIZZLER STRAWBERR      12.95 B
          MAVERICK BOX 100'S      54.29 T
          MAVERICK MENTHOL B      54.29 T
          NEWPORT NON MENTHO      56.95 T
4 @ 70.69
          NEWPORT MENTH BOX      282.76 T
2 @ 46.65
          BACKWOOD STOGI          93.30 T
          TAX                     35.31
          TAX EXEMPTION           35.31-
   **** BALANCE                  654.34
          CASH                   560.00
          CASH                   100.00
          CHANGE                   4.66
TOTAL NUMBER OF ITEMS SOLD =      36
**72 Total Beverage Containers**
B. Green&Co Inc. ID:G-278-000
07/31/18 09:07am 1 8 35 123

CUST: 30183155 GREEN APPLE GROCERY &
ACCOUNT#: 40000261180

Thank You For Shopping at Cash & Carry
STORE HOURS
MON-FRI:6A-4P SAT:7A-4P SUN:8A-4P
*****************************************
-----Thank you for shopping with us-----
...........................*************

**A.R. 1269**



**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS CAITLYN

TRANSACTION RETRIEVED
RETRIEVAL NUMBER      3/31
30183155-GREEN APPLE GROCE40000261180
2 @ 2.95
        RUTTER'S WHOLE MIL      5.90 F
3 @ 0.75
        RUTTER'S WHOLE MIL      2.25 F
2 @ 1.23
        RUTTER'S CHOCOLATE      2.46 F
5 @ 0.99
        PINT CHOCOLATE MIL      4.95 F
        7LB BAG ICE             4.79
        MINIATURE PEANUT C     11.99 B
        CHARLESTON CHEWS        6.15 B
        TWIX CARAMEL           22.89 B
        SWEDISH FISH           14.25 B
        AIRHEADS BITES FRU     11.99 B
        SPRITE                 11.99 B
        24 Beverage Containers
        SUPER CHILL PINEAP      5.95 F
        24 Beverage Containers
        BOSTON BAKED BEANS      3.35 B
        MIKE & IKE ORIGIN       3.99 B
        NOW & LATER PINEAP      3.59 B
        NOW&LATER WATERMEL      3.59 B
        NOW & LATER REGULAR     3.59 B
        E-FRUTTI MINI BURG      4.75 B
        WILD ROSES              4.65 T
5 @ 70.69
        NEWPORT MENTH BOX     353.45 T
        NEWPORT MENTH BOX      70.69 T
        EE REUSABLE BAGS        0.20 T
        TAX                    31.87
        TAX EXEMPTION          31.87-
    **** BALANCE              557.41
        CASH                  560.00
        CHANGE                  2.59
TOTAL NUMBER OF ITEMS SOLD =     34
**48 Total Beverage Containers**
B. Green&Co Inc. ID:C-273-000
07/30/18 10:04am 1 8 35 308

CUST: 30183155-GREEN APPLE GROCERY &
ACCOUNT#: 40000261180

Thank You For Shopping at Cash & Carry
STORE HOURS
MON-FRI:6A-4P SAT 7A-4P SUN:8A-4P
*************************************
====Thank you for shopping with us====
*************************************

**A.R. 1270**



**CASH & CARRY**
300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS PATRICIA

TRANSACTION RETRIEVED
RETRIEVAL NUMBER:        5/18
30183155-GREEN APPLE GROCE40000261180
4 @ 0.85
   HAUSWALD'S BREAD        3.40 F
3 @ 1.83
   RUTTER'S CHOCOLATE       5.49 F
2 @ 0.99
   PINT CHOCOLATE MIL       1.98 F
4 @ 1.09
   RUTTER'S WHOLE MIL       4.36 F
4 @ 0.75
   RUTTER'S WHOLE MIL       3.00 F
   PEPSI COLA              8.99 B
   MOUNTAIN DEW           10.75 B
   SUNNY DELIGHT CITR      7.89 F
   SUPER CHILL CREAM       6.25 F
   24 Beverage Containers
   JUMBO WRAPPED STRA      4.35 T
   5.5" WOODEN STIRRE      1.85 T
   MAVERICK BOX 100       54.29 T
   MARLBO   GHT B         66.69 T
   MAV            B       54.29 T
   NEW           100      56.95 T
4 @ 70.69
   NEWPORT            282.76 T
   TAX                    32.46
   TAX EXEMPTION          32.46-
   **** BALANCE          573.29

# AMOUNT     $573.29

CASH BACK $0.00

************9320
   DEBIT                 573.29
   CHANGE                  0.00
TOTAL NUMBER OF ITEMS SOLD =    31
24 Total Beverage Containers
B. Green&Co Inc. ID:C-273-000
07/1. 18 10:16am 1 8 59 241

   183155-GREEN APPLE GRU
   3  40000261180

Thank You For Shopping at Cash & Carry
   STORE HOURS
MON-FRI 6A-4P SAT 7A-4P SUN 8A-4P
***************************
****Thank you for shopping with

**A.R. 1271**



**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS OCTAVIA

TRANSACTION RETRIEVED
RETRIEVAL NUMBER: 1/43
30183155-GREEN APPLE GROCE40000261180
3 @ 1.79
    RUTTER'S CHOCOLATE     5.37 F
3 @ 2.85
    RUTTER'S WHOLE MIL     8.55 F
    SUPER CHILL FRUIT     6.25 F
    24 Beverage Containers
    SUNNY DELIGHT CITR     7.89 F
    PEPSI COLA     7.99 B
    SPRITE     11.99 B
    24 Beverage Containers
    CLASSIC COKE     11.99 B
    24 Beverage Containers
    SUPER CHILL CREAM     6.25 F
    24 Beverage Containers
    UTZ REGULAR CHIPS     12.99 F
    UTZ SOUR CREAM & O     12.99 F
2 @ 7.99
    CLASSIC COKE     15.98 B
    SUPER CHILL COLA     6.25 B
    24 Beverage Containers
2 @ 7.99
    SPRITE     15.98 B
    MIKE&IKE TROPICAL     3.99 B
    TASTYKAKE CHOCOLAT     2.25 F
    CHOCOLATE CREAM KA     2.25 F
    MIKE & IKE ORIGIN     3.99 B
    MIKE & IKE RED RAG     3.99 B
    TASTYKAKE ICED CUP     2.25 F
    TASTYKAKE CHOCOLAT     2.25 F
    AIRHEADS BLUE RASP     4.69 B
    E FRUTTI SOUR MINI     4.75 B
    E-FRUTTI MINI BURG     4.75 B
    DR. PEPPER     10.99 B
    24 Beverage Containers
    PEPSI     10.99 B
    24 Beverage Containers
    NEWPORT MENTH BOX     70.49 T
    NEWPORT NON-MENTHO     56.19 T
    MARLBORO BOX 100     66.49 T
4 @ 70.49
    NEWPORT MENTH BOX     281.96 T
    TAX     35.61
    TAX EXEMPTI     35.61-
**** BALANCE    662.74
    CASH     380.00

# AMOUNT    $282.74

CASH BACK $0.00

**************9320

    DEBIT     282.74
    CHANGE     0.00
TOTAL NUMBER OF ITEMS SOLD =    38
168 Total Beverage Containers
B. Green&Co Inc. ID:C-273-000
05/19/18 09:58am 1 8 65 130

CUST 30183155-GREEN APPLE GROCERY &
ACCOUNT: 40000261180

Thank You For Shopping at Cash & Carri
STORE HOURS
MON-FRI:6A-4P SAT:7A-4P SUN:8A-4P

**A.R. 1272**



0411640 RCVD 7/2/18

**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS CAITLYN

TRANSACTION RETRIEVED
RETRIEVAL NUMBER:      3/36
30183155-GREEN APPLE GROCE40000261180
2 @ 7.99
    PEPSI COLA               15.98 B
3 @ 0.85
    HAUSWALD'S BREAD          2.55 F
4 @ 1.55
    RUTTER'S H/D MILK         6.20 F
    RUTTER'S WHOLE MIL        2.95 F
3 @ 2.69
    ALLEY CAT FISH & T        8.07 T
3 @ 1.99
    PURINA D. CHOW            5.97 T
    PEPSI                    11.99 B
    24 Beverage Containers
    AIRHEADS GREEN APP        4.69 B
    AIR HEADS WHITE MY        4.69 B
    HI-C VARIETY PK 40        8.49 B
    40 Beverage Containers
    CLEARFRUIT STRAWBE       11.99 B
    LAFFY TAFFY ASSORT        6.79 B
    SPRITE                   10.99 B
    24 Beverage Containers
    CLASSIC COKE             10.99 B
    24 Beverage Containers
    ARIZONA TEA W/ LEM       16.99 B
    24 Beverage Containers
2 @ 16.99
    ARIZONA SWEET TEA        33.98 B
    24 Beverage Containers
    24 Beverage Containers
    3 MUSKETEERS             23.45 B
    STARBURST FAVE RE        16.25 B
    KIT KAT                  24.89 B
    HARIBO GOLD BEAR M        4.50 B
    DAVID NACHO CHEESE        6.49 F
    WRIGLEY'S DOUBLEMI        7.79 B
    WRIGLEY'S SPEARMIN        7.79 B
    N&L SOFT BANANA           3.59 B
    NOW & LATER APPLE         3.59 B
    E-FRUTTI MINI BURG        4.75 B
    E FRUTTI SOUR MINI        4.75 B
    N&L SOFT WATERMELO        3.59 B
    FRUIT BY THE FOOT        11.35 B
    NOW & LATER BLUE/R        3.59 B
    GUSHER'S VARIETY P       10.59 B
5 @ 70.49
    NEWPORT MENTH BOX       352.45 T
    NEWPORT NON-MENTHO       56.29 T
    MARLBORO LIGHT BOX       66.59 T
    MAVERICK MENTHOL B       54.19 T
    WILD ROSES                4.65 T
    MAVERICK MENTHOL B       54.19 T
    TAX                      52.23
    TAX EXEMPTION            52.23-
    CASH                    900.00
    CHANGE                   11.37
TOTAL NUMBER OF ITEMS SOLD =     52
**184 Total Beverage Containers**
B. Green&Co Inc. ID:C-273-000
07/02/18 08:53am 1 8 36 308

CUST  30183155-GREEN APPLE GROCERY &
ACCOUNT: 40000261180

Thank You For Shopping at Cash & Carry
STORE HOURS:
MON-FRI 6A-4P SAT 7A-4P SUN 8A-3P

**A.R. 1273**



**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE MD
(410) 539-6134
YOUR CASHIER TODAY IS PATRICIA

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER 2733
30183155-GREEN APPLE GROCL40000261180

| | | |
|---|---|---|
| UTZ REGULAR CHIPS | 12.99 | F |
| UTZ CHEESE CURLS | 12.99 | F |
| FAMOUS AMOS CHOC C | 13.25 | F |
| 2 @ 1.09 | | |
| RUTTER'S WHOLE MIL | 2.18 | F |
| 2 @ 0.75 | | |
| RUTTER'S WHOLE MIL | 1.50 | F |
| 2 @ 1.23 | | |
| RUTTER'S CHOCOLATE | 2.46 | F |
| 8 @ 0.99 | | |
| PINT CHOCOLATE MIL | 7.92 | F |
| SUNNY DELIGHT CITR | 7.89 | F |
| GATORADE X FACTOR | 10.49 | F |
| 12 Beverage Containers | | |
| ESSNEVERY 1US AMER | 9.95 | F |
| ALL CRISP KOSHER P | 5.75 | F |
| COCONUT JUNIORS | 2.59 | F |
| PEPSI | 11.99 | B |
| 24 Beverage Containers | | |
| 2 @ 7.99 | | |
| PEPSI COLA | 15.98 | B |
| STARBURST TROPICAL | 18.99 | B |
| 2 @ 0.95 | | |
| RUTTER'S ORANGE | 1.90 | F |
| 2 @ 2.95 | | |
| RUTTER'S WHOLE MIL | 5.91 | F |
| SUPER CHILL FRUIT | 6.25 | F |
| 24 Beverage Containers | | |
| SUPER CHILL GINGER | 6.25 | B |
| 24 Beverage Containers | | |
| SUPER CHILL CREAM | 6.25 | F |
| 24 Beverage Containers | | |
| 2 @ 0.__ | | |
| RUTTER'S GRAPE | 1.90 | F |
| 2 @ 0.95 | | |
| RUTTER'S PUNCH | 1.90 | F |
| 4 @ 70.49 | | |
| NEWPORT MENTH BOX | 281.96 | T |
| NEWPORT NON-MENTHO | 70.59 | T |
| MAVERICK BOX 100'S | 54.19 | T |
| MARLBORO BOX 100 | 66.59 | T |
| HAT'S OFF CIGAR 10 | 15.95 | T |
| TAX | 32.55 | |
| TAX EXEMPTION | 32.55- | |
| **** BALANCE | 656.55 | |
| CASH | 0.60 | |
| CASH | 600.00 | |
| CASH | 40.00 | |
| CASH | 16.00 | |
| CHANGE | 0.05 | |

TOTAL NUMBER OF ITEMS SOLD = 45
**108 Total Beverage Containers**
B. Green&Co Inc. ID:C-273-000
07/03/18 01:48pm 1 8 126 241

CUST: 30183155-GREEN APPLE GROCERY &
ACCOUNT: 40000261180

Thank You For Shopping at Cash & Carry
STORE HOURS
MON-FRI 6A-4P SAT 7A-4P SUN 8A-4P

**A.R. 1274**



0411619-RCVD 7/2/19

**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS CAITLYN

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER: 3/45
30183155-GREEN APPLE GROCE40000261180

| | | |
|---|---|---|
| 3 @ 2.95 | | |
| | RUTTER'S WHOLE MIL | 8.85 F |
| 2 @ 1.09 | | |
| | RUTTER'S WHOLE MIL | 2.18 F |
| | SUPER CHILL CREAM | 6.25 F |
| | 24 Beverage Containers | |
| | SUPER CHILL ROUIBE | 6.25 B |
| | 24 Beverage Containers | |
| | SUPER CHILL GRAPE | 6.25 B |
| | 24 Beverage Containers | |
| 2 @ 7.99 | | |
| | PEPSI COLA | 15.98 B |
| | CLEAR FRUIT KIWI S | 13.45 B |
| | CLEARFRUIT STRAWBE | 13.45 B |
| | EVERFRESH TROPICAL | 13.85 F |
| | EVERFRESH APPLE JU | 13.85 F |
| | EVERFRESH CRANBERR | 13.85 F |
| | AIR HEADS WHITE MY | 4.69 B |
| | DAVID NACHO CHEESE | 6.49 F |
| | CHARLESTON CHEWS | 6.15 B |
| | N&L SOFT BANANA | 3.59 B |
| | HARIBO GOLD-BEAR M | 4.50 B |
| | E-FRUITI MINI BURG | 4.75 B |
| | E FRUTTI SOUR MINI | 4.75 B |
| | TOOTSIE CARAMEL AP | 5.45 B |
| 3 @ 2.33 | | |
| | O.M. LUNCHABLE TUR | 6.99 F |
| 3 @ 2.29 | | |
| | O.M. LINCHABLE CHE | 6.87 F |
| | ARIZONA WATERMELON | 16.99 B |
| | 24 Beverage Containers | |
| | ARIZONA HALF & HAL | 16.99 B |
| | 24 Beverage Containers | |
| | SPRITE | 10.99 B |
| | 24 Beverage Containers | |
| | CLASSIC COKE | 8.99 B |
| 6 @ 70.69 | | |
| | NEWPORT MENTH BOX | 424.14 T |
| | MARLBORO LIGHT BOX | 66.69 T |
| | BLADE CUTTERS | 4.59 B |
| | ZANTAC 150 | 11.79 |
| PE | NEWPORT NON MENTHO | 55.69 T |
| | TAX | 41.66 |
| | TAX EXEMPTION | 41.66- |
| **** | BALANCE | 785.30 |
| VF | COINSTAR CHITS | 473.32 |
| MO | CASH | 100.00 |
| | CASH | 212.00 |
| | CHANGE | 0.02 |

TOTAL NUMBER OF ITEMS SOLD = 43
**144 Total Beverage Containers**
**B. Green&Co Inc. ID:C-273-000**
07/09/18 09:49am 1 8 36 308

CUST: 30183155-GREEN APPLE GROCERY &
ACCOUNT#: 40000261180

Thank You For Shopping at Cash & Carry
STORE HOURS

**CASH & CARRY**
1300 SOUTH MONROE
BALTIMORE, MD
(410) 539-6134
YOUR CASHIER TODAY IS CAITLYN

TRANSACTION RETRIEVED:
RETRIEVAL NUMBER:      4/17
50183155-GREEN APPLE CHOCE40Q00261180
    HI-C VARIETY PK 40      8.49 B
      40 Beverage Containers
    SUPER CHILL FRUIT       6.25 F
      24 Beverage Containers
    SUPER CHILL GRAPE       6.25 B
      24 Beverage Containers
    SUPER CHILL ORANGE      6.25 B
      24 Beverage Containers
    SUPER CHILL CREAM       6.25 F
      24 Beverage Containers
    MOUNTAIN DEW            8.99 B
    PEPSI COLA              8.99 B
    PURINA MEOW MIX        11.79 T
3 @ 0.85
    HAUSWALD'S BREAD        2.55 F
6 @ 0.75
    RUTTER'S WHOLE MIL      4.50 F
2 @ 1.23
    RUTTER'S CHOCOLATE      2.46 F
3 @ 0.99
    PINT CHOCOLATE MIL      2.97 F
    RUTTER'S WHOLE MIL      2.95 F
    SALT&VINEGAR CHIP      12.99 F
    UTZ CHEESE CURLS       12.99 F
    SUNNY DELIGHT CITR      7.89 F
    DUBBLE BUBBLE ORIG      7.39 B
3 @ 2.69
    ALLEY CAT CHICK &       8.07 T
    TASTYKAKE JELLY KR      2.00 F
    E FRUTTI SOUR MINI      4.75 B
    SFT BATCH CHOC CHI      5.89 F
    KELL RICE KRISPIES      8.99 F
    CHEWY LEMONADE PIN      3.35 B
    BOSTON BAKED BEANS      3.35 B
    NAB S/S NUTTER BUT      5.49 F
    OREOS S/S               5.49 F
    AIR HEADS STRAWBER      4.69 B
    AIRHEADS GREEN APP      4.69 C
    SKITTLES ORIGINAL      26.65 B
    MILKY WAY              22.45 B
    MIKE & IKE RED RAG      3.99 B
    MIKE & IKE BERRY B      3.99 B
    MIKE & IKE JOLLY J      3.99 B
    MIKE & IKE  ORIGIN      3.99 B
    M&M PEANUT             25.99 B
    MILK CHOCO PEANUT       4.25 B
    PEANUT CHEW STAND       4.25 B
4 @ 70.69
    NEWPORT MENTH BOX     282.76 T
    NEWPORT NON-MENTHO     56.95 T
    MAVERICK MENTHOL B     54.29 T
    NEWPORT MENTH BOX      70.69 T
    LUXURY LIGHTS LIGH      4.55 T
    WILD ROSES             4.65 T
    TAX                   39.57
    TAX EXEMPTION         39.57-
  **** BALANCE            749.15
**AMOUNT    $749 15**
CASH BACK $0.00
************9320
    DEBIT                 749.15
    CHANGE                  0.00
TOTAL NUMBER OF ITEMS SOLD =   58
136 Total Beverage Containers
B. Green&Co Inc. ID:C-273-000
07/16/18 09:07am 1 8 28 30?

**A.R. 1276**

SWEENEY DISTRIBUTING
ARLINGTON MD 21009
443-245-6286

04116/19 RCVD 7/2/19

CASH SALE

Invoice no:
152560144

GREEN APPLE DELI GROCERY          04/23/18 11:11    Make check to:
2526 WASHINGTON BLVD                               Independent Distributor
BALTO, MD 21230-                                   Sweeney Distributing CO.
CUSTOMER# 000616530                                010202 001574 20060
                                                   Cases:    0 Units:  276

| QTY | UPC | DESCRIPTION | UNIT RETAIL | | UNIT COST | NET STORE COST |
|---|---|---|---|---|---|---|
| | | **SALES** | | | | |
| 24 | 2430060851 | MINI DNTS PWD 4CT | 050 | 0.50 | 0.3700 | 8.88 |
| 24 | 2430083532 | STAR CRUNCH | 050 | 0.50 | 0.3700 | 8.88 |
| 24 | 2430083536 | FUDGE BROWNIE | 050 | 0.50 | 0.3700 | 8.88 |
| 24 | 2430083546 | RAISIN CREME PIE | 050 | 0.50 | 0.3700 | 8.88 |
| 12 | 2430083561 | OATMEAL PIE | 050 | 0.50 | 0.3700 | 4.44 |
| 24 | 2430083566 | NUTTY BAR | 050 | 0.50 | 0.3700 | 8.88 |
| 12 | 2430083571 | SWISS ROLLS | 050 | 0.50 | 0.3700 | 4.44 |
| 24 | 2430083586 | COSMIC BROWNIE | 050 | 0.50 | 0.3700 | 8.88 |
| 24 | 2430083591 | FUDGE ROUND | 050 | 0.50 | 0.3700 | 8.88 |
| 24 | 2430083593 | ZEBRA CAKE | 050 | 0.50 | 0.3700 | 8.88 |
| 24 | 2430083734 | STRWBERRY SHRTCK | 050 | 0.50 | 0.3700 | 8.88 |
| 36 | 2430083938 | HONEY BUNS | 050 | 0.50 | 0.3700 | 13.32 |

276 Subtotal SNACKS                                                102.12

276 TOTAL SALES Retail Value:      138.00

                                   TOTAL SALES:        102.12

                 TOTAL AMOUNT DUE               102.12

**A.R. 1277**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 12 | 2430083532 STAR CRUNCH | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 4.44 |
| 12 | 2430083546 RAISIN CREME PIE | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 4.44 |
| 12 | 2430083561 OATMEAL | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 4.44 |
| 24 | 2430083566 NUTTY BAR | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 8.88 |
| 12 | 2430083571 SWISS ROLLS | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 4.44 |
| 24 | 2430083586 COSMIC BROWNIE | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 8.88 |
| 12 | 2430083691 FUDGE ROUND | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 4.44 |
| 12 | 2430083693 ZEBRA CAKE | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 4.44 |
| 36 | 2430083938 HONEY BUNS | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 13.32 |
| 12 | 2430086592 CHOC CHIP CR PIE | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 4.44 |

```
 204  Subtotal SNACKS                              1.92            82.20


 204  TOTAL SALES Retail Value:   111.36           1.92            82.20

 *     0.33 cases sold on promotion
                                          TOTAL SALES:         82.20

                              TOTAL AMOUNT DUE                 82.20


Signature:
Signature signifies proof of delivery for quantities only.

Sales        YTD
Thru 04/07   $1,552    8%
Last Year    $1,444
```

ORIGINAL   LAST PAGE

A.R. 1278

SWEENEY DISTRIBUTING
ABINGDON MD 21009
443 243 0286

**0411619 RCVD 7/2/19**

CASH SALE

Invoice no:
152550208

GREEN APPLE DELI GROCERY        04/30/18 10.09
2526 WASHINGTON BLVD
BALTO, MD 21230
CUSTOMER# 000616530

Make check to:
Independent Distributor
Sweeney Distributing CO.
010202 001574 20060
Cases:    0 Units:   288

| QTY | UPC | DESCRIPTION | UNIT RETAIL | UNIT PROMO | TOTAL PROMO | UNIT NET COST | STORE COST |
|---|---|---|---|---|---|---|---|
| | | **RETURNS** | | | | | |
| 4 | 2430083785 | MINI DONUT CRNCH 000* | 0.79 | 0.0800 | 0.32 | 0.5700 | -2.28 |
| 4 | | Subtotal SNACKS | | | 0.32 | | -2.28 |
| | | **SALES** | | | | | |
| 12 | 2430083785 | MINI DONUT CRNCH 000* | 0.79 | 0.0800 | 0.96 | 0.5700 | 6.84 |
| 12 | 2430086610 | DONUT STICKS 000* | 0.99 | 0.0800 | 0.96 | 0.7300 | 8.76 |
| 12 | 2430076106 | SBS CWY OAT&HONY | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 4.44 |
| 12 | 2430080650 | ANI DNT FRST 4CT | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 4.44 |
| 12 | 2430080651 | ANI DNTS PWD 4CT | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 4.44 |
| 24 | 2430083536 | FUDGE BROWNIE | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 8.88 |
| 24 | 2430083546 | RAISIN CREME PIE | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 8.88 |
| 24 | 2430083561 | OATMEAL PIE | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 8.88 |
| 24 | 2430083566 | NUTTY BAR | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 8.88 |
| 24 | 2430083586 | COSMIC BROWNIE | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 8.88 |
| 24 | 2430083591 | FUDGE ROUND | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 8.88 |
| 24 | 2430083593 | ZEBRA CAKE | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 8.88 |
| 12 | 2430083734 | STRWBERRY SHRTCK | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 4.44 |
| 24 | 2430083938 | HONEY BUNS | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 8.88 |
| 24 | 2430086592 | CHOC CHIP CR PIE | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 8.88 |
| 288 | | Subtotal SNACKS | | | 1.92 | | 113.28 |
| 288 | | TOTAL SALES Retail Value: | 153.36 | | 1.60 | | 111.00 |

* 0.28 cases sold on promotion

TOTAL SALES:        113.28
TOTAL CREDITS:      -2.28

TOTAL AMOUNT DUE    111.00

Signature:
Signature signifies proof of delivery for quantities only.

| Sales | YTD | |
|---|---|---|
| Thru 04/21 | $1,701 | 3% |
| Last Year | $1,652 | |

**ORIGINAL    LAST PAGE**

A.R. 1279

SWEENEY DISTRIBUTING
ABINGDON MD 21009
443 243-0288

**0411619 RCVD 7/2/19**

CASH SALE

Invoice no:
152550273

GREEN APPLE DELI GROCERY          05/07/18 10:51      Make check to:
2626 WASHINGTON BLVD                                   Independent Distributor
BALTO, MD 21230·                                       Sweeney Distributing CO.
CUSTONER# 000616530                                    010202 001574 20060
                                                       Cases:    0 Units:  300

| QTY | UPC | DESCRIPTION | UNIT RETAIL | UNIT PROMO | TOTAL PROMO | UNIT NET COST | STORE COST |
|-----|-----|-------------|-------------|-----------|------------|---------------|------------|
|     |     | **SALES**   |             |           |            |               |            |
| 12 | 2430083526 | MINI DONUTS GLAZ 000* | 0.79 | 0.0800 | 0.96 | 0.5700 | 6.84 |
| 12 | 2430078106 | SBS CHY CHOC CHP 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 4.44 |
| 12 | 2430080850 | KNI DNT FRST 4CT 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 4.44 |
| 12 | 2430080851 | KNI DNTS PWD 4CT 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 4.44 |
| 24 | 2430083532 | STAR CRUNCH 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 8.88 |
| 12 | 2430083536 | FUDGE BROWNIE 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 4.44 |
| 12 | 2430083546 | RAISIN CREME PIE 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 4.44 |
| 36 | 2430083561 | OATMEAL PIE 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 13.32 |
| 36 | 2430083566 | NUTTY BAR 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 13.32 |
| 12 | 2430083571 | SWISS ROLLS 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 4.44 |
| 24 | 2430083586 | COSMIC BROWNIE 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 8.88 |
| 24 | 2430083591 | FUDGE ROUND 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 8.88 |
| 24 | 2430083593 | ZEBRA CAKE 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 8.88 |
| 12 | 2430083734 | STRWBERRY SHRTCK 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 4.44 |
| 24 | 2430083938 | HONEY BUNS 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 8.88 |
| 12 | 2430086592 | CHOC CHIP CR PIE 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 4.44 |

300 Subtotal SNACKS                                        0.96              113.40

300 TOTAL SALES Retail Value:      153.46                  0.96              113.40

* 0.17 cases sold on promotion
                                           TOTAL SALES:        113.40

                        TOTAL AMOUNT DUE        113.40

Signature:
Signature signifies proof of delivery for quantities only.

Sales        YTD
Thru 04/28   $1,803   3%
Last Year    $1,758

ORIGINAL   LAST PAGE

**A.R. 1280**

SWEENEY DISTRIBUTING
ABINGDON MD 21099
**DETAILS RCVD 7/2/19**
443 243 0288

CASH SALE

EEN APPLE DELI GROCERY        05/21/18 10:39
26 WASHINGTON BLVD
LTO, MD 21230-
JSTOMER# 000616530

Invoice no:
152550416

Make check to:
Independent Distributor
Sweeney Distributing CO.
010202 001574 20060
Cases:   0 Units:   324

| QTY | UPC | DESCRIPTION | UNIT RETAIL | UNIT COST | NET STORE COST |
|-----|-----|-------------|-------------|-----------|----------------|
| | | **SALES** | | | |
| 12 | 2430078106 | SBS CHV CHOC CHP | 050 0.50 | 0.3700 | 4.44 |
| 12 | 2430080850 | WNI DNT FRST 4CT | 050 0.50 | 0.3700 | 4.44 |
| 24 | 2430080851 | WNI DNTS PWD 4CT | 050 0.50 | 0.3700 | 8.88 |
| 24 | 2430083532 | STAR CRUNCH | 050 0.50 | 0.3700 | 8.88 |
| 12 | 2430083536 | FUDGE BROWNIE | 050 0.50 | 0.3700 | 4.44 |
| 12 | 2430083546 | RAISIN CREME PIE | 050 0.50 | 0.3700 | 4.44 |
| 24 | 2430083561 | OATMEAL PIE | 050 0.50 | 0.3700 | 8.88 |
| 24 | 2430083566 | NUTTY BAR | 050 0.50 | 0.3700 | 8.88 |
| 24 | 2430083571 | SWISS ROLLS | 050 0.50 | 0.3700 | 8.88 |
| 24 | 2430083586 | COSMIC BROWNIE | 050 0.50 | 0.3700 | 8.88 |
| 24 | 2430083591 | FUDGE ROUND | 050 0.50 | 0.3700 | 8.88 |
| 24 | 2430083593 | ZEBRA CAKE | 050 0.50 | 0.3700 | 8.88 |
| 24 | 2430083734 | STRWBERRY SHRTCK | 050 0.50 | 0.3700 | 8.88 |
| 36 | 2430083938 | HONEY BUNS | 050 0.50 | 0.3700 | 13.32 |
| 24 | 2430086592 | CHOC CHIP CR PIE | 050 0.50 | 0.3700 | 8.88 |

324 Subtotal SNACKS                                              119.88

324 TOTAL SALES Retail Value:     162.00                         119.88

TOTAL SALES:     119.88

TOTAL AMOUNT DUE     119.88

Signature:
Signature signifies proof of delivery for quantities only.

| Sales | YTD | |
|-------|-----|---|
| Thru 05/12 | $2,028 | 3% |
| Last Year | $1,976 | |

ORIGINAL    LAST PAGE

**A.R. 1281**

SWEENEY DISTRIBUTING
ABINGDON MD 21009

**04116492RCVD 7/2/19**

CASH SALE

Invoice no:
152550347

GREEN APPLE DELI GROCERY
2526 WASHINGTON BLVD
BALTO, MD 21230-
CUSTOMER# 000616530

05/14/18 10:22

Make check to:
Independent Distributor
Sweeney Distributing CO.
010202 001574 20060
Cases:   0 Units:   240

| + QTY | UPC | DESCRIPTION | UNIT RETAIL | UNIT COST | NET STORE COST |
|---|---|---|---|---|---|
| | | **SALES** | | | |
| 12 | 2430078108 | SBS CWY OAT&HONY 050 | 0.50 | 0.3700 | 4.44 |
| 12 | 2430080850 | MNI DNT FRST 4CT 050 | 0.50 | 0.3700 | 4.44 |
| 12 | 2430080851 | MNI DNTS PWD 4CT 050 | 0.50 | 0.3700 | 4.44 |
| 24 | 2430083532 | STAR CRUNCH   050 | 0.50 | 0.3700 | 8.88 |
| 12 | 2430083546 | RAISIN CREME PIE 050 | 0.50 | 0.3700 | 4.44 |
| 24 | 2430083561 | OATMEAL PIE   050 | 0.50 | 0.3700 | 8.88 |
| 24 | 2430083566 | NUTTY BAR   050 | 0.50 | 0.3700 | 8.88 |
| 12 | 2430083571 | SWISS ROLLS   050 | 0.50 | 0.3700 | 4.44 |
| 24 | 2430083586 | COSMIC BROWNIE 050 | 0.50 | 0.3700 | 8.88 |
| 24 | 2430083591 | FUDGE ROUND   050 | 0.50 | 0.3700 | 8.88 |
| 24 | 2430083593 | ZEBRA CAKE   050 | 0.50 | 0.3700 | 8.88 |
| 12 | 2430083734 | STRWBERRY SHRTCK 050 | 0.50 | 0.3700 | 4.44 |
| 24 | 2430083938 | HONEY BUNS   050 | 0.50 | 0.3700 | 8.88 |

------

240 Subtotal SNACKS                                             88.80

                                                        ---------
240 TOTAL SALES Retail Value:    120.00                    88.80

                              TOTAL SALES:        88.80

                              TOTAL AMOUNT DUE    88.80

Signature:
Signature signifies proof of delivery for quantities only.

| Sales | YTD | |
|---|---|---|
| Thru 05/05 | $1,914 | 2% |
| Last Year | $1,875 | |

**ORIGINAL   LAST PAGE**

A.R. 1282

SWEENEY DISTRIBUTING
ABINGDON MD 21009
04118494R0/D 7/2/19

Invoice no:
152550545

CASH SALE        05/05/18 10:05

GREEN APPLE DELI GROCERY
2526 WASHINGTON BLVD
BALTO, MD 21230-
CUSTOMER# 000616530

Make check to:
Independent Distributor
Sweeney Distributing CO.
010202 001574 20060
Cases:      0 Units:   324

| QTY | UPC | DESCRIPTION | UNIT RETAIL | UNIT PROMO | TOTAL PROMO | UNIT NET COST | STORE COST |
|---|---|---|---|---|---|---|---|
| | | **SALES** | | | | | |
| 12 | 2430066510 | DONUT STICKS | 000* | 0.99 | 0.0000 | 0.96 | 0.7300 | 8.76 |
| 12 | 2430078106 | SBS CHV CHOC CHP | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 4.44 |
| 12 | 2430080850 | WNI DNT FRST 4CT | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 4.44 |
| 12 | 2430080851 | WNI DNTS PWD 4CT | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 4.44 |
| 24 | 2430083532 | STAR CRUNCH | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 8.88 |
| 12 | 2430083536 | FUDGE BROWNIE | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 4.44 |
| 12 | 2430083546 | RAISIN CREME PIE | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 4.44 |
| 24 | 2430083661 | OATMEAL PIE | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 8.88 |
| 24 | 2430083566 | NUTTY BAR | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 8.88 |
| 24 | 2430083571 | SWISS ROLLS | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 8.88 |
| 24 | 2430083586 | COSMIC BROWNIE | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 8.88 |
| 24 | 2430083591 | FUDGE ROUND | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 8.88 |
| 24 | 2430083593 | ZEBRA CAKE | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 8.88 |
| 24 | 2430083734 | STRWBERRY SHRTCK | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 8.88 |
| 36 | 2430083936 | HONEY BUNS | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 13.32 |
| 24 | 2430086592 | CHOC CHIP CR PIE | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 8.88 |

324 Subtotal SNACKS                                  0.96              124.20

324 TOTAL SALES Retail Value:      167.88          0.96              124.20

*      0.17 cases sold on promotion

                                        TOTAL SALES:        124.20

                    TOTAL AMOUNT DUE            124.20

Signature:
Signature signifies proof of delivery for quantities only.

| Sales | YTD | |
|---|---|---|
| Thru 05/26 | $2,236 | 4% |
| Last Year | $2,147 | |

ORIGINAL   LAST PAGE

A.R. 1283

**SWEENEY DISTRIBUTING**
0411671
443 243 0266

0411671

CASH SALE

Invoice no:
152550609

GREEN APPLE DELI GROCERY
2526 WASHINGTON BLVD
BALTO, MD 21230-
CUSTOMER# 000616530

06/11/18 10:05

Make check to:
Independent Distributor
Sweeney Distributing CO.
010202 001574 20060
Cases:    0 Units:   324

| QTY | UPC | DESCRIPTION | UNIT RETAIL | UNIT COST | NET STORE COST |
|-----|-----|-------------|-------------|-----------|----------------|

**SALES**

| QTY | UPC | DESCRIPTION | UNIT RETAIL | UNIT COST | NET STORE COST |
|-----|-----|-------------|-------------|-----------|----------------|
| 12 | 2430078104 | SBS CHY FDG COCO 050 | 0.50 | 0.3700 | 4.44 |
| 12 | 2430078106 | SBS CHY CHOC CHP 060 | 0.50 | 0.3700 | 4.44 |
| 12 | 2430078108 | SBS CHY OAT&HONY 050 | 0.50 | 0.3700 | 4.44 |
| 12 | 2430080850 | MNI DNT FRST 4CT 050 | 0.50 | 0.3700 | 4.44 |
| 12 | 2430080851 | MNI DNTS PWD 4CT 050 | 0.50 | 0.3700 | 4.44 |
| 24 | 2430083532 | STAR CRUNCH 050 | 0.50 | 0.3700 | 8.88 |
| 24 | 2430083536 | FUDGE BROWNIE 050 | 0.50 | 0.3700 | 8.88 |
| 12 | 2430083545 | RAISIN CREME PIE 050 | 0.50 | 0.3700 | 4.44 |
| 36 | 2430083561 | OATMEAL PIE 050 | 0.50 | 0.3700 | 13.32 |
| 24 | 2430083566 | NUTTY BAR 060 | 0.50 | 0.3700 | 8.88 |
| 12 | 2430083571 | SWISS ROLLS 050 | 0.50 | 0.3700 | 4.44 |
| 24 | 2430083586 | COSMIC BROWNIE 060 | 0.50 | 0.3780 | 8.88 |
| 24 | 2430083591 | FUDGE ROUND 050 | 0.50 | 0.3700 | 8.88 |
| 24 | 2430083593 | ZEBRA CAKE 050 | 0.50 | 0.3700 | 8.88 |
| 24 | 2430083734 | STRWBERRY SHRTCK 050 | 0.50 | 0.3700 | 8.88 |
| 24 | 2430083938 | HONEY BUNS 060 | 0.50 | 0.3700 | 8.88 |
| 12 | 2430086592 | CHOC CHIP CR PIE 050 | 0.50 | 0.3700 | 4.44 |

324 Subtotal SNACKS                                      119.88

324 TOTAL SALES Retail Value:   162.00                   119.88

                                   TOTAL SALES:    119.88

                                   TOTAL AMOUNT DUE    119.88

Signature:
Signature signifies proof of delivery for quantities only.

| Sales | YTD | |
|-------|-----|---|
| Thru 06/02 | $2,366 | 6% |
| Last Year | $2,232 | |

ORIGINAL    LAST PAGE

A.R. 1284

ABINGDON MD 21009
443 243 0288

0411619 RGMSE 7/2/19

Invoice no:
152650682

GREEN APPLE DELI GROCERY
2526 WASHINGTON BLVD
BALTO, MD 21230-
CUSTOMER# 000616530

06/18/18 10:31

Make check to:
Independent Distributor
Sweeney Distributing CO.
010202 001574 20060

Cases:    0 Units:    312

| QTY | UPC | DESCRIPTION | UNIT RETAIL | UNIT PROMO | TOTAL PROMO | UNIT NET COST | STORE COST |
|---|---|---|---|---|---|---|---|
| | | **SALES** | | | | | |
| 12 | 2430083526 | MINI DONUTS GLAZ | 000* | 0.79 | 0.0800 | 0.96 | 0.5700 | 6.84 |
| 12 | 2430078106 | SBS CHV CHOC CHP | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 4.44 |
| 18 | 2430060850 | MNI DNT FRST 4CT | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 6.66 |
| 18 | 2430060851 | MNI DNTS PWD 4CT | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 6.66 |
| 24 | 2430083532 | STAR CRUNCH | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 8.88 |
| 12 | 2430083546 | RAISIN CREME PIE | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 4.44 |
| 24 | 2430083661 | OATMEAL PIE | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 8.88 |
| 36 | 2430083566 | NUTTY BAR | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 13.32 |
| 12 | 2430083571 | SWISS ROLLS | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 4.44 |
| 24 | 2430083586 | COSMIC BROWNIE | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 8.88 |
| 24 | 2430083591 | FUDGE ROUND | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 8.88 |
| 24 | 2430083593 | ZEBRA CAKE | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 8.88 |
| 12 | 2430083734 | STRWBERRY SHTCK | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 4.44 |
| 36 | 2430063938 | HONEY BUNS | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 13.32 |
| 24 | 2430086592 | CHOC CHIP CR PIE | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 8.88 |

312 Subtotal SNACKS                                        0.96          117.84

312 TOTAL SALES Retail Value:      159.48                  0.96          117.84

*      0.17 cases sold on promotion

                                          TOTAL SALES:          117.84

                                          TOTAL AMOUNT DUE       117.84

Signature:
Signature signifies proof of delivery for quantities only.

| Sales | YTD | |
|---|---|---|
| Thru 06/09 | $2,490 | 7% |
| Last Year | $2,319 | |

## ORIGINAL   LAST PAGE

**A.R. 1285**

SWEENEY DISTRIBUTING
ABINGDON MD 21009
443 243 0286

**0411619 RCVD 7/2/19**

CASH SALE

Invoice no:
152550753

GREEN APPLE DELI GROCERY
2526 WASHINGTON BLVD
BALTO, MD 21230-
CUSTOMER# 000616530

06/25/18 10:04

Make check to:
Independent Distributor
Sweeney Distributing CO.
010202 001574 20060

Cases:  0 Units:  288

| QTY | UPC | DESCRIPTION | | UNIT RETAIL | UNIT PROMO | TOTAL PROMO | UNIT NET COST | STORE COST |
|-----|-----|-------------|---|-------------|------------|-------------|---------------|------------|
| | | **RETURNS** | | | | | | |
| 8 | 2430083785 | MINI DONUT CRNCH | 000* | 0.79 | 0.0800 | 0.64 | 0.5700 | -4.56 |
| 6 | 2430086510 | DONUT STICKS | 000* | 0.99 | 0.0800 | 0.48 | 0.7300 | -4.38 |
| 14 | | Subtotal SNACKS | | | | 1.12 | | -8.94 |
| | | **SALES** | | | | | | |
| 12 | 2430083785 | MINI DONUT CRNCH | 000* | 0.79 | 0.0800 | 0.96 | 0.5700 | 6.84 |
| 12 | 2430086510 | DONUT STICKS | 000* | 0.99 | 0.0800 | 0.96 | 0.7300 | 8.76 |
| 24 | 2430080850 | MNI DNT FRST 4CT | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 8.88 |
| 24 | 2430080851 | MNI DNTS PWD 4CT | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 8.88 |
| 24 | 2430083532 | STAR CRUNCH | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 8.88 |
| 12 | 2430083536 | FUDGE BROWNIE | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 4.44 |
| 24 | 2430083561 | OATMEAL PIE | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 8.88 |
| 24 | 2430083566 | NUTTY BAR | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 8.88 |
| 12 | 2430083571 | SWISS ROLLS | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 4.44 |
| 24 | 2430083586 | COSMIC BROWNIE | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 8.88 |
| 12 | 2430083591 | FUDGE ROUND | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 4.44 |
| 12 | 2430083593 | ZEBRA CAKE | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 4.44 |
| 48 | 2430083938 | HONEY BUNS | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 17.76 |
| 24 | 2430086592 | CHOC CHIP CR PIE | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 8.88 |
| 288 | | Subtotal SNACKS | | | | 1.92 | | 113.28 |
| 288 | | TOTAL SALES Retail Value: | | 153.36 | | 0.80 | | 104.34 |

*   0.14 cases sold on promotion

TOTAL SALES:          113.28
TOTAL CREDITS:         -8.94

TOTAL AMOUNT DUE       104.34

Signature:
Signature signifies proof of delivery for quantities only.

| Sales | YTD | |
|-------|-----|---|
| Thru 06/16 | $2,610 | 8% |
| Last Year | $2,410 | |

**ORIGINAL   LAST PAGE**

A.R. 1286

SWEENEY DISTRIBUTING
ABINGDON MD 21009
443 243 0288

**0411619 RCVD 7/2/19**
CASH SALE

Invoice no:
152550819

GREEN APPLE DELI GROCERY
2526 WASHINGTON BLVD
BALTO, MD 21230
CUSTOMER# 000616530

07/02/18 10:31

Make check to:
Independent Distributor
Sweeney Distributing CO.
010202 001574 20060
Cases:    0  Units:   360

| QTY | UPC | DESCRIPTION | UNIT RETAIL | UNIT PROMO | TOTAL PROMO | UNIT NET COST | STORE COST |
|-----|-----|-------------|-------------|------------|-------------|---------------|------------|
| | | **SALES** | | | | | |
| 12 | 2430083526 | MINI DONUTS GLAZ 000* | 0.79 | 0.0800 | 0.96 | 0.5700 | 6.84 |
| 12 | 2430078104 | SBS CHY FDG COCO | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 4.44 |
| 12 | 2430078106 | SBS CHY CHOC CHP | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 4.44 |
| 12 | 2430078108 | SBS CHY OAT&HONY | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 4.44 |
| 18 | 2430080850 | MNI DNT FRST 4CT | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 6.66 |
| 18 | 2430080851 | MNI DNTS PWD 4CT | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 6.66 |
| 24 | 2430083532 | STAR CRUNCH | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 8.88 |
| 12 | 2430083546 | RAISIN CREME PIE | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 4.44 |
| 24 | 2430083561 | OATMEAL PIE | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 8.88 |
| 24 | 2430083566 | NUTTY BAR | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 8.88 |
| 36 | 2430083571 | SWISS ROLLS | 050 | 0.50* | 0.0000 | 0.00 | 0.3700 | 13.32 |
| 36 | 2430083586 | COSMIC BROWNIE | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 13.32 |
| 24 | 2430083591 | FUDGE ROUND* | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 8.88 |
| 24 | 2430083593 | ZEBRA CAKE | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 8.88 |
| 12 | 2430083734 | STRWBERRY SHRTCK | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 4.44 |
| 48 | 2430083938 | HONEY BUNS | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 17.76 |
| 12 | 2430086692 | CHOC CHIP CR PIE | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 4.44 |

360 Subtotal SNACKS                                      0.96              135.60

360 TOTAL SALES Retail Value:      183.48               0.96              135.60

  0.17 cases sold on promotion

                                        TOTAL SALES:              135.60

                           TOTAL AMOUNT DUE                       135.60

Signature:
Signature signifies proof of delivery for quantities only.

| Sales | YTD | |
|-------|-----|--|
| Thru 06/23 | $2,727 | 11% |
| Last Year | -$2,450 | |

**ORIGINAL   LAST PAGE**

**A.R. 1287**

SWEENEY DISTRIBUTING
ABINGDON MD 21009
443 742-9200

Page 1                    0411619 RCVD 7/2/19          Invoice no:
                              CASH SALE                    152550869

GREEN, APPLE DELI GROCERY    07/09/18  10.38    Make check to:
2526 WASHINGTON BLVD                            Independent Dis.       .r
BALTO, MD 21230-                                Sweeney Distributi.    .).
CUSTOMER#  000616530                            010202 001574 2001
                                                Cases:    0 Uni     312

|      |            |                       | UNIT   | UNIT   | TOTAL  | UNIT NET | STORE  |
| QTY  | UPC        | DESCRIPTION           | RETAIL | PROMO  | PROMO  | COST     | COST   |
|------|------------|-----------------------|--------|--------|--------|----------|--------|
|      |            | **SALES**             |        |        |        |          |        |
| 12   | 2430083785 | MINI DONUT CRNCH 000* | 0.79   | 0.0800 | 0.96   | 0.5700   | 6.84   |
| 12   | 2430086510 | DONUT STICKS     000* | 0.191  | 0.0800 | 0.96   | 0.7300   | 8.76   |
| 12   | 2430076106 | SBS CHY CHOC CHP  050 | 0.50   | 0.0000 | 0.00   | 0.3700   | 4.44   |
| 18   | 2430080850 | MNI DNT FRST 4CT  050 | 0.50   | 0.0000 | 0.00   | 0.3700   | 6.66   |
| 18   | 2430080851 | MNI DNTS PWD 4CT  050 | 0.50   | 0.0000 | 0.00   | 0.3700   | 6.66   |
| 36   | 2430083532 | STAR CRUNCH        050 | 0.50  | 0.0000 | 0.00   | 0.3700   | 13.32  |
| 12   | 2430083536 | FUDGE BROWNIE      050 | 0.50  | 0.0000 | 0.00   | 0.3700   | 4.44   |
| 12   | 2430083546 | RAISIN CREME PIE  050 | 0.50   | 0.0000 | 0.00   | 0.3700   | 4.44   |
| 24   | 2430083561 | OATMEAL PIE        050 | 0.50  | 0.0000 | 0.00   | 0.3700   | 8.88   |
| 24   | 2430083566 | NUTTY BAR          050 | 0.50  | 0.0000 | 0.00   | 0.3700   | 8.88   |
| 12   | 2430083571 | SWISS ROLLS        050 | 0.50  | 0.0000 | 0.00   | 0.3700   | 4.44   |
| 12   | 2430083586 | COSMIC-BROWNIE     050 | 0.50  | 0.0000 | 0.00   | 0.3700   | 4.44   |
| 24   | 2430083591 | FUDGE ROUND        050 | 0.50  | 0.0000 | 0.00   | 0.3700   | 8.88   |
| 12   | 2430083593 | ZEBRA CAKE         050 | 0.50  | 0.0000 | 0.00   | 0.3700   | 4.44   |
| 12   | 2430083734 | STRWBERRY SHRTCK  050 | 0.50   | 0.0000 | 0.00   | 0.3700   | 4.44   |
| 48   | 2430083936 | HONEY BUNS         050 | 0.50  | 0.0000 | 0.00   | 0.3700   | 17.76  |
| 12   | 2430086592 | CHOC CHIP CR PIE  050 | 0.50   | 0.0000 | 0.00   | 0.3700   | 4.44   |
| ---- |            |                       |        |        | ------ |          | ------ |
|      |            | 312 Subtotal SNACKS   |        |        | 1.92   |          | 122.16 |
|      |            |                       |        |        | ------ |          | ------ |
|      |            | 312 TOTAL SALES Retail Value: | 165.36 |   | 1.92   |          | 122.16 |

*      0.33 cases sold on promotion

                                        TOTAL SALES:        122.16

                              TOTAL AMOUNT DUE             122.16


Signature:  C:
Signature signifies proof of delivery for quantities only.

Sales          YTD
Thru 06/30    $2,832    13%
Last Year     $2,497


            ORIGINAL   LAST PAGE

SWEENEY DISTRIBUTING
ABINGDON MD 21009
443-243-0280

0411619 RCVD 7/2/19   Invoice no:
152550950

CASH SALE

GREEN APPLE DELI GROCERY   07/16/18 10.33   Make check to:
2526 WASHINGTON BLVD                        Independent Distributor
BALTO, MD 21230-                            Sweeney Distributing CO.
CUSTOMER# 000616530                         010202 0015/4 20060
                                            Cases:    0 Units:   312

| QTY | UPC | DESCRIPTION | UNIT RETAIL | UNIT PROMO | TOTAL PROMO | UNIT NET COST | STORE COST |
|---|---|---|---|---|---|---|---|
| | | **SALES** | | | | | |
| 12 | 2430083526 | MINI DONUTS GLAZ 000* | 0.79 | 0.0800 | 0.96 | 0.5700 | 6.84 |
| 24 | 2430080650 | WNI DNT FRST 4CT | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 8.88 |
| 24 | 2430080651 | WNI DNTS PWD 4CT | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 8.88 |
| 36 | 2430083532 | STAR CRUNCH | 050 | 0.50 | 0.0001 | 0.00 | 0.3700 | 13.32 |
| 12 | 2430083546 | RAISIN CREME PIE | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 4.44 |
| 24 | 2430083561 | OATMEAL PIE | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 8.88 |
| 24 | 2430083566 | NUTTY BAR | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 8.88 |
| 24 | 2430083571 | SWISS ROLLS | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 8.88 |
| 24 | 2430083586 | COSMIC BROWNIE | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 8.88 |
| 12 | 2430083591 | FUDGE ROUND | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 4.44 |
| 12 | 2430083593 | ZEBRA CAKE | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 4.44 |
| 12 | 2430083734 | STRWBERRY SHRTCK | 050 | 0.60 | 0.0000 | 0.00 | 0.3700 | 4.44 |
| 60 | 2430083938 | HONEY BUNS | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 22.20 |
| 12 | 2430086692 | CHOC CHIP CR PIE | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 4.44 |

312 Subtotal SNACKS                                    0.96              117.84

312 TOTAL SALES Retail Value:   159.48                 0.96              117.84

*   0.17 cases sold on promotion

                                        TOTAL SALES:              117.84

                         TOTAL AMOUNT DUE              117.84

Signature:
Signature signifies proof of delivery for quantities only.

Sales          YTD
Thru 07/07    $2,967    16%
Last Year     $2,553


                ORIGINAL   LAST PAGE


                                                      A.R. 1289

SWEENEY DISTRIBUTING
ABINGDON, MD 21009
04116449 RCVD 7/2/19

CASH SALE
07/23/18 10:28

Invoice no:
152551026

GREEN APPLE DELI GROCERY
2526 WASHINGTON BLVD
BALTO, MD 21230-
CUSTOMER# 000616630

Make check to:
Independent Distributor
Sweeney Distributing CO.
010202 001574 20060
Cases:    0 Units:    288

| QTY | UPC | DESCRIPTION | UNIT RETAIL | UNIT COST | NET COST | STORE COST |
|---|---|---|---|---|---|---|
| | | **SALES** | | | | |
| 12 | 2430078104 | SBS CHY FDG CCLD | 050 | 0.50 | 0.3700 | 4.44 |
| 12 | 2430078106 | SBS CHY CHOC CHP | 050 | 0.50 | 0.3700 | 4.44 |
| 6 | 2430080850 | MNI DNT FRST 4CT | 050 | 0.50 | 0.3700 | 2.22 |
| 6 | 2430080851 | MNI DNTS PWD 4CT | 050 | 0.50 | 0.3700 | 2.22 |
| 24 | 2430083532 | STAR CRUNCH | 050 | 0.50 | 0.3700 | 8.88 |
| 12 | 2430083536 | FUDGE BROWNIE | 050 | 0.50 | 0.3700 | 4.44 |
| 24 | 2430083546 | RAISIN CREME PIE | 050 | 0.50 | 0.3700 | 8.88 |
| 24 | 2430083561 | OATMEAL PIE | 050 | 0.50 | 0.3700 | 8.88 |
| 24 | 2430083566 | NUTTY BAR | 050 | 0.50 | 0.3700 | 8.88 |
| 36 | 2430083586 | COSMIC BROWNIE | 050 | 0.50 | 0.3700 | 13.32 |
| 12 | 2430083591 | FUDGE ROUND | 050 | 0.50 | 0.3700 | 4.44 |
| 12 | 2430083593 | ZEBRA CAKE | 050 | 0.50 | 0.3700 | 4.44 |
| 12 | 2430083734 | STRWBERRY SHRTCK | 050 | 0.50 | 0.3700 | 4.44 |
| 48 | 2430083938 | HONEY BUNS | 050 | 0.50 | 0.3700 | 17.76 |
| 24 | 2430086692 | CHOC CHIP CR PIE | 050 | 0.50 | 0.3700 | 8.88 |

288 Subtotal SNACKS                                   106.56

288 TOTAL SALES Retail Value:    144.00             106.56

                              TOTAL SALES:        106.55

                         TOTAL AMOUNT DUE         106.56

Signature:
Signature signifies proof of delivery for quantities only.

| Sales | YTD | |
|---|---|---|
| Thru 07/14 | $3,090 | 19% |
| Last Year | $2,605 | |

ORIGINAL   LAST PAGE

A.R. 1290

SWEENEY DISTRIBUTING
ABINGDON MD 21009
04116193RCVD 7/2/19

Page 1

Invoice no:
152551095

CASH SALE

GREEN APPLE DELI GROCERY          07/30/18 10:29
2525 WASHINGTON BLVD
BALTO, MD 21230-
CUSTOMER# 000616530

Make check to:
Independent Distributor
Sweeney Distributing CO.
010202 001574 20060
Cases:    0 Units:    246

| QTY | UPC | DESCRIPTION | UNIT RETAIL | | UNIT NET COST | STORE COST |
|---|---|---|---|---|---|---|
| | | **SALES** | | | | |
| 6 | 2430080850 | MNI DNT FRST 4CT | 050 | 0.50 | 0.3700 | 2.22 |
| 12 | 2430080851 | MNI DNTS PWD 4CT | 050 | 0.60 | 0.3700 | 4.44 |
| 36 | 2430083532 | STAR CRUNCH | 050 | 0.50 | 0.3700 | 13.32 |
| 12 | 2430083536 | FUDGE BROWNIE | 050 | 0.50 | 0.3700 | 4.44 |
| 24 | 2430083546 | RAISIN CREME PIE | 050 | 0.50 | 0.3700 | 8.88 |
| 24 | 2430083561 | OATMEAL PIE | 050 | 0.50 | 0.3700 | 8.88 |
| 12 | 2430083566 | NUTTY BAR | 050 | 0.50 | 0.3700 | 4.44 |
| 36 | 2430083586 | COSMIC BROWNIE | 050 | 0.50 | 0.3700 | 13.32 |
| 12 | 2430083591 | FUDGE ROUND | 050 | 0.50 | 0.3700 | 4.44 |
| 12 | 2430083734 | STRWBERRY SHRTCK | 050 | 0.50 | 0.3700 | 4.44 |
| 36 | 2430083938 | HONEY BUNS | 050 | 0.50 | 0.3700 | 13.32 |
| 24 | 2430086592 | CHOC CHIP CR PIE | 050 | 0.50 | 0.3700 | 8.88 |

246 Subtotal SNACKS                                          91.02

246 TOTAL SALES Retail Value:    123.00                      91.02

                              TOTAL SALES:          91.02

                              TOTAL AMOUNT DUE      91.02

Signature:
Signature signifies proof of delivery for quantities only.

| Sales | YTD | |
|---|---|---|
| Thru 07/21 | $3,207 | 19% |
| Last Year | $2,684 | |

ORIGINAL   LAST PAGE

A.R. 1291

SWEENEY DISTRIBUTING
ABINGDON MD 21009
443 243 0288

CASH SALE                    Invoice no:
01/02/18 10:30               152549000

GREEN APPLE DELI GROCERY     Make check to:
2526 WASHINGTON BLVD         Independent Distributor
BALTO, MD 21230-             Sweeney Distributing CO.
CUSTOMER#  000616530         010202 0015/4 20060
                             Cases:   0 Units:    288

| QTY | UPC | DESCRIPTION | UNIT RETAIL | UNIT PROMO | TOTAL PROMO | UNIT NET COST | STORE COST |
|---|---|---|---|---|---|---|---|
| | | **RETURNS** | | | | | |
| 2 | 2430078104 | SBS CHY FDG COCO | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | -0.74 |
| 2 | | Subtotal SNACKS | | | | 0.00 | | -0.74 |
| | | **SALES** | | | | | | |
| 12 | 2430083785 | MINI DONUT CRNCH | 000* | 0.79 | 0.0800 | 0.96 | 0.5700 | 6.84 |
| 12 | 2430078108 | SBS CHY OAT&HONY | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 4.44 |
| 18 | 2430080950 | MNI DNT FRST 4CT | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 6.66 |
| 18 | 2430080851 | MNI DNTS PWD 4CT | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 6.66 |
| 24 | 2430083632 | STAR CRUNCH | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 8.88 |
| 12 | 2430083546 | RAISIN CREME PIE | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 4.44 |
| 24 | 2430083561 | OATMEAL PIE | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 8.88 |
| 24 | 2430083566 | NUTTY BAR | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 8.88 |
| 24 | 2430083571 | SWISS ROLLS | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 8.88 |
| 24 | 2430083586 | COSMIC BROWNIE | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 8.88 |
| 24 | 2430083591 | FUDGE ROUND | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 8.88 |
| 24 | 2430083593 | ZEBRA CAKE | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 8.88 |
| 12 | 2430083734 | STRWBERRY SHRTCK | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 4.44 |
| 24 | 2430083938 | HONEY BUNS | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 8.88 |
| 12 | 2430086592 | CHOC CHIP CR PIE | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 4.44 |
| 288 | | Subtotal SNACKS | | | | 0.96 | | 108.96 |

288 TOTAL SALES Retail Value:    147.48        0.96        108.22

' 0.17 cases sold on promotion

                    TOTAL SALES:      108.96
                    TOTAL CREDITS:     -0.74

            TOTAL AMOUNT DUE          108.22

Signature: ...
Signature signifies proof of delivery for quantities only.

| les | YTD | |
|---|---|---|
| thru 12/23 | $4,210 | -13% |
| Last Year | $4,863 | |

ORIGINAL  LAST PAGE

A.R. 1292

SWEENEY DISTRIBUTING
ABINGDON MD 21009
443 243-0206

**0411619 RCVD 7/2/19**

CASH SALE

Invoice no:
152549066

GREEN APPLE DELI GROCERY        01/08/18 10:05
2526 WASHINGTON BLVD
BALTO, MD 21230-
CUSTOMER# 000616630

Make check to:
Independent Distributor
Sweeney Distributing CO.
010202 001574 20060
Cases:    0 Units:    222

| QTY | UPC | DESCRIPTION | | UNIT RETAIL | UNIT COST | NET STORE COST |
|---|---|---|---|---|---|---|
| | | **SALES** | | | | |
| 12 | 2430076106 | SBS CHY CHOC CHP | 050 | 0.50 | 0.3700 | 4.44 |
| 12 | 2430076108 | SBS CHY OAT&HONY | 050 | 0.50 | 0.3700 | 4.44 |
| 6 | 2430060850 | MNI DNT FRST 4CT | 050 | 0.50 | 0.3700 | 2.22 |
| 12 | 2430083532 | STAR CRUNCH | 050 | 0.50 | 0.3700 | 4.44 |
| 12 | 2430083536 | FUDGE BROWNIE | 050 | 0.50 | 0.3700 | 4.44 |
| 12 | 2430083546 | RAISIN CREME PIE | 050 | 0.50 | 0.3700 | 4.44 |
| 24 | 2430083561 | OATMEAL PIE | 050 | 0.50 | 0.3700 | 8.88 |
| 24 | 2430083566 | NUTTY BAR | 050 | 0.50 | 0.3700 | 8.88 |
| 12 | 2430083571 | SWISS ROLLS | 050 | 0.50 | 0.3700 | 4.44 |
| 12 | 2430083586 | COSMIC BROWNIE | 050 | 0.50 | 0.3700 | 4.44 |
| 24 | 2430083591 | FUDGE ROUND | 050 | 0.50 | 0.3700 | 8.88 |
| 12 | 2430083593 | ZEBRA CAKE | 050 | 0.50 | 0.3700 | 4.44 |
| 12 | 2430083734 | STRWBERRY SHRTCK | 050 | 0.50 | 0.3700 | 4.44 |
| 24 | 2430083938 | HONEY BUNS | 050 | 0.50 | 0.3700 | 8.88 |
| 12 | 2430086992 | CHOC CHIP CR PIE | 050 | 0.50 | 0.3700 | 4.44 |

222 Subtotal SNACKS                                                          82.14

222 TOTAL SALES Retail Value:    111.00                                      82.14

TOTAL SALES:      82.14

TOTAL AMOUNT DUE      82.14

Signature:
Signature signifies proof of delivery for quantities only.

| Sales | YTD | |
|---|---|---|
| Thru 12/23 | $4,210 | -13% |
| Last Year | $4,863 | |

**ORIGINAL   LAST PAGE**

**A.R. 1293**

SWEENEY DISTRIBUTING
ABINGDON MD 21009
443-243-2840

**04116'19 RCVD 7/2/19**

CASH SALE

Invoice no:
152549209

GREEN APPLE DELI GROCERY
2526 WASHINGTON BLVD
BALTO, MD 21230-
CUSTOMER#, 000616530

01/22/18 10:40

Make check to:
Independent Distributor
Sweeney Distributing CO.
010202 001574 20060
Cases:    0 Units:    264

| QTY | UPC | DESCRIPTION | UNIT RETAIL | UNIT PROMO | TOTAL PROMO | UNIT NET COST | STORE COST |
|---|---|---|---|---|---|---|---|
| | | **SALES** | | | | | |
| 12 | 2430086510 | DONUT STICKS | 000* 0.99 | 0.0800 | 0.96 | 0.7300 | 8.76 |
| 18 | 2430080650 | MNI DNT FRST 4CT | 050 0.50 | 0.0000 | 0.00 | 0.3700 | 6.66 |
| 18 | 2430080651 | MNI DNTS PWD 4CT | 050 0.50 | 0.0000 | 0.00 | 0.3700 | 6.66 |
| 12 | 2430083532 | STAR CRUNCH | 050 0.50 | 0.0000 | 0.00 | 0.3700 | 4.44 |
| 12 | 2430083546 | RAISIN CREME PIE | 050 0.50 | 0.0000 | 0.00 | 0.3700 | 4.44 |
| 12 | 2430083561 | OATMEAL PIE | 050 0.50 | 0.0000 | 0.00 | 0.3700 | 4.44 |
| 24 | 2430083566 | NUTTY BAR | 050 0.50 | 0.0000 | 0.00 | 0.3700 | 8.88 |
| 24 | 2430083571 | SWISS ROLLS | 050 0.50 | 0.0000 | 0.00 | 0.3700 | 8.88 |
| 24 | 2430083586 | COSMIC BROWNIE | 050 0.50 | 0.0000 | 0.00 | 0.3700 | 8.88 |
| 24 | 2430083591 | FUDGE ROUND | 050 0.50 | 0.0000 | 0.00 | 0.3700 | 8.88 |
| 24 | 2430083593 | ZEBRA CAKE | 050 0.50 | 0.0000 | 0.00 | 0.3700 | 8.88 |
| 24 | 2430083734 | STRWBERRY SHRTCK | 050 0.50 | 0.0000 | 0.00 | 0.3700 | 8.88 |
| 36 | 2430083938 | HONEY BUNS | 050 0.50 | 0.0000 | 0.00 | 0.3700 | 13.32 |

```
    264 Subtotal SNACKS                        0.96                102.00


    264 TOTAL SALES Retail Value:   137.88     0.96                102.00

*      0.17 cases sold on promotion
                                       TOTAL SALES:             102.00

                              TOTAL AMOUNT DUE            102.00
```

Signature: _____
Signature signifies proof of delivery for quantities only.

| Sales | YTD | |
|---|---|---|
| Thru 01/13 | $190 | -10% |
| Last Year | $212 | |

ORIGINAL   LAST PAGE

A.R. 1294

**0411619 RCVD 7/2/19**

SWEENEY DISTRIBUTING
ABINGDON MD 21009
443 243 0288

e  Ý

Invoice no:
152549277

CASH SALE
01/29/18 10:10

EN APPLE DELI GROCERY
6 WASHINGTON BLVD
TO, MD 21230-
STOWER#  000616530

Make check to:
Independent Distributor
Sweeney Distributing CO.
010202 001574 20060
Cases:        0 Units:    396

| QTY | UPC | DESCRIPTION | UNIT RETAIL | UNIT PROMO | TOTAL PROMO | UNIT NET COST | STORE COST |
|-----|-----|-------------|-------------|------------|-------------|---------------|------------|
| | | **SALES** | | | | | |
| 12 | 2430083526 | MINI DONUTS GLAZ | 000* | 0.79 | 0.0800 | 0.96 | 0.5700 | 6.84 |
| 12 | 2430086510 | DONUT STICKS | 000* | 0.99 | 0.0800 | 0.96 | 0.7300 | 8.76 |
| 12 | 2430078106 | SBS CHY CHOC CHP | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 4.44 |
| 12 | 2430078108 | SBS CHY OAT&HONY | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 4.44 |
| 24 | 2430086850 | MNI ONT FRST 4CT | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 8.88 |
| 24 | 2430080851 | MNI ONTS PWD 4CT | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 8.88 |
| 36 | 2430083532 | STAR CRUNCH | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 13.32 |
| 24 | 2430083546 | RAISIN CREME PIE | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 8.88 |
| 24 | 2430083561 | OATMEAL PIE | 050 | 0.50 | 0.0008 | 0.00 | 0.3700 | 8.88 |
| 36 | 2430083566 | NUTTY BAR | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 13.32 |
| 12 | 2430083571 | SWISS ROLLS | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 4.44 |
| 24 | 2430083586 | COSMIC BROWNIE | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 8.88 |
| 36 | 2430083591 | FUDGE ROUND | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 13.32 |
| 24 | 2430083593 | ZEBRA CAKE | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 8.88 |
| 36 | 2430083734 | STRWBERRY SHRTCK | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 13.32 |
| 24 | 2430083938 | HONEY BUNS | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 8.88 |
| 24 | 2430086592 | CHOC CHIP CR PIE | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 8.88 |

```
. . . . .                                          . . . . . . . .    . . . . . . . . .
396 Subtotal SNACKS                                       1.92               153.24

                                                   . . . . . . . .    . . . . . . . . .
396 TOTAL SALES Retail Value:        207.36               1.92               153.24
```

*    0.33 cases sold on promotion

TOTAL SALES:         153.24

TOTAL AMOUNT DUE          153.24

Signature:
Signature signifies proof of delivery for quantities only.

| Sales | YTD | |
|-------|-----|---|
| Thru 01/20 | $286 | -7% |
| Last Year | $308 | |

**ORIGINAL   LAST PAGE**

A.R. 1295

SWEENEY DISTRIBUTING
ABINGDON MD 21009

04116 PROD 7/2/19

CASH SALE

Invoice no:
152549347

GREEN APPLE DELI GROCERY          02/05/18 10:31
2626 WASHINGTON BLVD
BALTO, MD 21230-
CUSTOMER# 000616530

Make check to:
Independent Distributor
Sweeney Distributing CO.
010202 001574 20060
Cases:\   0 Units:   288

| QTY | UPC | DESCRIPTION | UNIT RETAIL | | UNIT COST | NET STORE COST |
|---|---|---|---|---|---|---|
| | | SALES | | | | |
| 12 | 2430078108 | SBS CWY OAT&HONY | 050 | 0.50 | 0.3700 | 4.44 |
| 24 | 2430080851 | NNI DNTS PWD 4CT | 050 | 0.50 | 0.3700 | 8.88 |
| 12 | 2430083532 | STAR CRUNCH | 050 | 0.50 | 0.3700 | 4.44 |
| 12 | 2430083536 | FUDGE BROWNIE | 050 | 0.50 | 0.3700 | 4.44 |
| 12 | 2430083546 | RAISIN CREME PIE | 050 | 0.50 | 0.3700 | 4.44 |
| 24 | 2430083561 | OATMEAL PIE | 050 | 0.50 | 0.3700 | 8.88 |
| 36 | 2430083566 | NUTTY BAR | 050 | 0.50 | 0.3700 | 13.32 |
| 24 | 2430083571 | SWISS ROLLS | 050 | 0.50 | 0.3700 | 8.88 |
| 24 | 2430083586 | COSMIC BROWNIE | 050 | 0.50 | 0.3700 | 8.88 |
| 24 | 2430083591 | FUDGE ROUND | 050 | 0.50 | 0.3700 | 8.88 |
| 24 | 2430083593 | ZEBRA CAKE | 050 | 0.50 | 0.3700 | 8.88 |
| 24 | 2430083734 | STRWBERRY SHRTCK | 050 | 0.50 | 0.3700 | 8.88 |
| 24 | 2430083938 | HONEY BUNS | 050 | 0.50 | 0.3700 | 8.88 |
| 12 | 2430086592 | CHOC CHIP CR PIE | 050 | 0.50 | 0.3700 | 4.44 |

288 Subtotal SNACKS                                                   106.56

288 TOTAL SALES Retail Value:     144.00                              106.56

TOTAL SALES:        106.56

TOTAL AMOUNT DUE        106.56

Signature:
Signature signifies proof of delivery for quantities only.

Sales        YTD
Thru 01/27   $388   -11%
Last Year    $435

ORIGINAL   LAST PAGE

A.R. 1296

SWEENEY DISTRIBUTING
ABINGDON MD 21009
04116649 RC&D 7/2/19

CASH SALE
02/12/18 10:31

Invoice no:
152549421

GREEN APPLE DELI GROCERY
2526 WASHINGTON BLVD
BALTO, MD 21230·
CUSTOMER# 000616530

Make check to:
Independent Distributor
Sweeney Distributing CO.
010202 001574 20060
Cases:    0 Units:    300

| QTY | UPC | DESCRIPTION | UNIT RETAIL | UNIT PROMO | TOTAL PROMO | UNIT NET COST | STORE COST |
|---|---|---|---|---|---|---|---|
| | | **SALES** | | | | | |
| 12 | 2430086510 | DONUT STICKS | 000* 0.99 | 0.0800 | 0.96 | 0.7300 | 8.76 |
| 12 | 2430078104 | SBS CHY FDG COCO | 050 0.50 | 0.0000 | 0.00 | 0.3700 | 4.44 |
| 24 | 2430080850 | WNI DNT FRST 4CT | 050 0.50 | 0.0000 | 0.00 | 0.3700 | 8.88 |
| 24 | 2430080851 | WNI DNTS PWD 4CT | 050 0.50 | 0.0000 | 0.00 | 0.3700 | 8.88 |
| 24 | 2430083532 | STAR CRUNCH | 050 0.50 | 0.0000 | 0.00 | 0.3700 | 8.88 |
| 12 | 2430083536 | FUDGE BROWNIE | 050 0.50 | 0.0000 | 0.00 | 0.3700 | 4.44 |
| 24 | 2430083546 | RAISIN CREME PIE | 050 0.50 | 0.0000 | 0.00 | 0.3700 | 8.88 |
| 24 | 2430083561 | OATMEAL PIE | 050 0.50 | 0.0000 | 0.00 | 0.3700 | 8.88 |
| 24 | 2430083566 | NUTTY BAR | 050 0.50 | 0.0000 | 0.00 | 0.3700 | 8.88 |
| 12 | 2430083571 | SWISS ROLLS | 050 0.50 | 0.0000 | 0.00 | 0.3700 | 4.44 |
| 24 | 2430083586 | COSMIC BROWNIE | 050 0.50 | 0.0000 | 0.00 | 0.3700 | 8.88 |
| 36 | 2430083591 | FUDGE ROUND | 050 0.50 | 0.0000 | 0.00 | 0.3700 | 13.32 |
| 12 | 2430083593 | ZEBRA CAKE | 050 0.50 | 0.0000 | 0.00 | 0.3700 | 4.44 |
| 24 | 2430083734 | STRWBERRY SHRTCK | 050 0.50 | 0.0000 | 0.00 | 0.3700 | 8.88 |
| 12 | 2430086592 | CHOC CHIP CR PIE | 050 0.50 | 0.0000 | 0.00 | 0.3700 | 4.44 |

300 Subtotal SNACKS                       0.96                115.32

300 TOTAL SALES Retail Value:   155.88      0.96                115.32

*   0.17 cases sold on promotion

TOTAL SALES:        115.32

TOTAL AMOUNT DUE        115.32

Signature:
Signature signifies proof of delivery for quantities only.

| Sales | YTD | |
|---|---|---|
| Thru 02/03 | $541 | 1% |
| Last Year | $534 | |

ORIGINAL    LAST PAGE

A.R. 1297

SWEENEY DISTRIBUTING
ABINGDON MD 21009
041143181763VD 7/2/19

CASH SALE                          Invoice no:
                                   152549491
GREEN APPLE DELI GROCERY    02/19/18 10:21    Make check to:
2526 WASHINGTON BLVD                          Independent Distributor
BALTO, MD 21230-                              Sweeney Distributing CO.
CUSTOMER# 000616530                           010202 001574 20050
                                              Cases:   0 Units:   300

| QTY | UPC | DESCRIPTION | UNIT RETAIL | UNIT PROMO | TOTAL PROMO | UNIT NET COST | STORE COST |
|---|---|---|---|---|---|---|---|
| | | **SALES** | | | | | |
| 12 | 2430083526 | MINI DONUTS GLAZ | 000* 0.79 | 0.0800 | 0.96 | 0.5700 | 6.84 |
| 12 | 2430086510 | DONUT STICKS | 000* 0.99 | 0.0800 | 0.96 | 0.7300 | 8.76 |
| 12 | 2430078108 | SBS CNY OAT&HONY | 050 0.50 | 0.0000 | 0.00 | 0.3700 | 4.44 |
| 24 | 2430080851 | KNI DNTS PWD 4CT | 050 0.50 | 0.0000 | 0.00 | 0.3700 | 8.88 |
| 24 | 2430083532 | STAR CRUNCH | 050 0.50 | 0.0000 | 0.00 | 0.3700 | 8.88 |
| 12 | 2430083536 | FUDGE BROWNIE | 050 0.50 | 0.0000 | 0.00 | 0.3700 | 4.44 |
| 12 | 2430083546 | RAISIN CREME PIE | 050 0.50 | 0.0000 | 0.00 | 0.3700 | 4.44 |
| 24 | 2430083561 | OATMEAL PIE | 050 0.50 | 0.0000 | 0.00 | 0.3700 | 8.88 |
| 12 | 2430083566 | NUTTY BAR | 050 0.50 | 0.0000 | 0.00 | 0.3700 | 4.44 |
| 24 | 2430083571 | SWISS ROLLS | 050 0.50 | 0.0000 | 0.00 | 0.3700 | 8.88 |
| 12 | 2430083586 | COSMIC BROWNIE | 050 0.50 | 0.0000 | 0.00 | 0.3700 | 4.44 |
| 36 | 2430083591 | FUDGE ROUND | 050 0.50 | 0.0000 | 0.00 | 0.3700 | 13.32 |
| 12 | 2430083593 | ZEBRA CAKE | 050 0.50 | 0.0000 | 0.00 | 0.3700 | 4.44 |
| 24 | 2430083734 | STRWBERRY SHRTCK | 050 0.50 | 0.0000 | 0.00 | 0.3700 | 8.88 |
| 36 | 2430083938 | HONEY BUNS | 050 0.50 | 0.0000 | 0.00 | 0.3700 | 13.32 |
| 12 | 2430086692 | CHOC CHIP CR PIE | 050 0.50 | 0.0000 | 0.00 | 0.3700 | 4.44 |

```
300  Subtotal SNACKS                          1.92              117.72


300  TOTAL SALES Retail Value:    159.36      1.92              117.72
```

*     0.33 cases sold on promotion

                                        TOTAL SALES:      117.72

                          TOTAL AMOUNT DUE           117.72


Signature:
Signature signifies proof of delivery for quantities only.


Sales          YTD
Thru 02/10     $647    2%
Last Year      $636



                    ORIGINAL   LAST PAGE


A.R. 1298

SWEENEY DISTRIBUTING
ABINGDON MD 21009
04116494 RCVD 7/2/19

CASH SALE

GREEN APPLE DELI GROCERY    03/05/18 10:59
2526 WASHINGTON BLVD
BALTO, MD 21230-
CUSTOMER# 000616530

Invoice no:
152549642

Make check to:
Independent Distributor
Sweeney Distributing CO.
010202 001574 20060
Cases:    0 Units:    336

| QTY | UPC | DESCRIPTION | UNIT RETAIL | UNIT PROMO | TOTAL PROMO | UNIT NET COST | STORE COST |
|-----|-----|-------------|-------------|------------|-------------|---------------|------------|
| | | **SALES** | | | | | |
| 6 | 2430083526 | MINI DONUTS GLAZ 000* | 0.79 | 0.0800 | 0.48 | 0.5700 | 3.42 |
| 12 | 2430086510 | DONUT STICKS 000* | 0.99 | 0.0800 | 0.96 | 0.7300 | 8.76 |
| 18 | 2430080850 | MINI DNT FRST 4CT 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 6.66 |
| 24 | 2430080851 | MINI DNTS PWD 4CT 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 8.88 |
| 24 | 2430083632 | STAR CRUNCH 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 8.88 |
| 24 | 2430083546 | RAISIN CREME PIE 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 8.88 |
| 36 | 2430083561 | OATMEAL PIE 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 13.32 |
| 24 | 2430083566 | NUTTY BAR 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 8.88 |
| 24 | 2430083571 | SWISS ROLLS 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 8.88 |
| 12 | 2430083586 | COSMIC BROWNIE 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 4.44 |
| 36 | 2430083591 | FUDGE ROUND 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 13.32 |
| 24 | 2430083593 | ZEBRA CAKE 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 8.88 |
| 24 | 2430083734 | STRWBERRY SHRTCK 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 8.88 |
| 36 | 2430083938 | HONEY BUNS 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 13.32 |
| 12 | 2430086592 | CHOC CHIP CR PIE 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 4.44 |

336 Subtotal SNACKS                                     1.44              129.84

336 TOTAL SALES Retail Value    175.62                  1.44              129.84

*    0.25 cases sold on promotion

                                        TOTAL SALES:         129.84

                            TOTAL AMOUNT DUE         129.84

Signature:
Signature signifies proof of delivery for quantities only.

| Sales | YTD | |
|-------|-----|---|
| Thru 02/24 | $880 | 6% |
| Last Year | $834 | |

**ORIGINAL   LAST PAGE**

A.R. 1299

SWEENEY DISTRIBUTING
ABINGDON, MD 21009
04116 14 ROAD 7/2/19

CASH SALE

Invoice no:
152549715

GREEN APPLE DELI GROCERY
2526 WASHINGTON BLVD
BALTO, MD 21230
CUSTOMER# 000616530

03/12/18 10:29

Make check to:
Independent Distributor
Sweeney Distributing CO.
010202 001574 20060
Cases:     0 Units:     288

| QTY | UPC | DESCRIPTION | UNIT RETAIL | UNIT PROMO | TOTAL PROMO | UNIT COST | NET STORE COST |
|---|---|---|---|---|---|---|---|
| | | **SALES** | | | | | |
| 12 | 2430083526 | MINI DONUTS GLAZ 000* | 0.79 | 0.0800 | 0.96 | 0.5700 | 6.84 |
| 12 | 2430083785 | MINI DONUT CRNCH 000* | 0.79 | 0.0800 | 0.96 | 0.5700 | 6.84 |
| 12 | 2430078106 | SBS CHY CHOC CHP 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 4.44 |
| 12 | 2430078108 | SBS CHY OAT&HONY 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 4.44 |
| 24 | 2430080851 | MNI DNTS PWD 4CT 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 8.88 |
| 12 | 2430083532 | STAR CRUNCH 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 4.44 |
| 12 | 2430083536 | FUDGE BROWNIE 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 4.44 |
| 12 | 2430083546 | RAISIN CREME PIE 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 4.44 |
| 24 | 2430083561 | OATMEAL PIE 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 8.88 |
| 24 | 2430083566 | NUTTY BAR 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 8.88 |
| 24 | 2430083571 | SWISS ROLLS 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 8.88 |
| 12 | 2430083586 | COSMIC BROWNIE 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 4.44 |
| 24 | 2430083691 | FUDGE ROUND 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 8.88 |
| 24 | 2430083693 | ZEBRA CAKE 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 8.88 |
| 24 | 2430083734 | STRAWBERRY SHRTCK 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 8.88 |
| 24 | 2430083938 | HONEY BUNS 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 8.88 |

288 Subtotal SNACKS                                     1.92              111.35

288 TOTAL SALES Retail Value:      150.96               1.92              111.35

*      0 33 cases sold on promotion

TOTAL SALES:              111.36

TOTAL AMOUNT DUE          111.36

Signature:
Signature signifies proof of delivery for quantities only.

Sales          YTD
Thru 03/03     $987    6%
Last Year      $929

ORIGINAL   LAST PAGE

**A.R. 1300**

SWEENEY DISTRIBUTING
ABINGDON, MD 21009
04116 148 73-080 7/2/19

CASH SALE                              Invoice no:
                                        152549792

GREEN APPLE DELI GROCERY    03/19/18 10:05    Make check to:
2526 WASHINGTON BLVD                          Independent Distributor
BALTO, MD 21230-                              Sweeney Distributing CO.
CUSTOMER# 000616530                           010202 001574 20060
                                              Cases:    0 Units:    288

| QTY | UPC | DESCRIPTION | UNIT RETAIL | UNIT PROMO | TOTAL PROMO | UNIT NET COST | STORE COST |
|---|---|---|---|---|---|---|---|
| | | SALES | | | | | |
| 12 | 2430086510 | DONUT STICKS | 000* | 0.99 | 0.0000 | 0.96 | 0.7300 | 8.76 |
| 12 | 2430080850 | WNI DNT FRST 4CT | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 4.44 |
| 24 | 2430080851 | WNI DNTS PWD 4CT | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 8.88 |
| 24 | 2430083532 | STAR CRUNCH | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 8.88 |
| 12 | 2430083536 | FUDGE BROWNIE | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 4.44 |
| 24 | 2430083546 | RAISIN CREME PIE | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 8.88 |
| 36 | 2430083561 | OATMEAL PIE | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 13.32 |
| 24 | 2430083566 | NUTTY BAR | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 8.88 |
| 24 | 2430083571 | SWISS ROLLS | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 8.88 |
| 12 | 2430083586 | COSMIC BROWNIE | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 4.44 |
| 12 | 2430083591 | FUDGE ROUND | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 4.44 |
| 24 | 2430083593 | ZEBRA CAKE | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 8.88 |
| 24 | 2430083734 | STRWBERRY SHRTCK | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 8.88 |
| 24 | 2430083938 | HONEY BUNS | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 8.88 |

288 Subtotal SNACKS                              0.96                110.88

288 TOTAL SALES Retail Value:     149.88          0.96                110.88

*    0.17 cases sold on promotion
                                    TOTAL SALES:          110.88

                          TOTAL AMOUNT DUE            110.88

Signature:
Signature signifies proof of delivery for quantities only.

Sales            YTD
Thru 03/10    $1,117    6%
Last Year     $1,058

ORIGINAL    LAST PAGE

**A.R. 1301**

SWEENEY DISTRIBUTING
ABINGDON MD 21009

**04116934 RCVD 7/2/19**

CASH SALE

Invoice no:
152549860

GREEN APPLE DELI GROCERY       03/26/18 10:14       Make check to:
2526 WASHINGTON BLVD                                Independent Distributor
BALTO, MD 21230-                                    Sweeney Distributing CO.
CUSTOMER# 000616530                                 010202 001574 20060
                                                    Cases:    0 Units:   252

| QTY | UPC | DESCRIPTION | UNIT RETAIL | UNIT PROMO | TOTAL PROMO | UNIT NET COST | STORE COST |
|---|---|---|---|---|---|---|---|
| | | **SALES** | | | | | |
| 12 | 2430083526 | MINI DONUTS GLAZ 000* | 0.79 | 0.0000 | 0.96 | 0.5/00 | 6.84 |
| 12 | 2430078108 | SBS CINY OAT&HONY | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 4.44 |
| 12 | 2430080650 | MNI DNT FRST 4CT | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 4.44 |
| 24 | 2430080851 | MNI DNTS PRO 4CT | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 8.88 |
| 12 | 2430083532 | STAR CRUNCH | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 4.44 |
| 12 | 2430083546 | RAISIN CREME PIE | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 4.44 |
| 24 | 2430083561 | OATMEAL PIE | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 8.88 |
| 12 | 2430083566 | NUTTY BAR | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 4.44 |
| 24 | 2430083586 | COSMIC BROWNIE | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 8.88 |
| 24 | 2430083591 | FUDGE ROUND | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 8.88 |
| 24 | 2430083593 | ZEBRA CAKE | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 8.88 |
| 24 | 2430083734 | STRWBERRY SHRTCK | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 8.88 |
| 24 | 2430083938 | HONEY BUNS | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 8.88 |
| 12 | 2430086592 | CHOC CHIP CR PIE | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 4.44 |

252 Subtotal SNACKS                                        0.96                  95.64

252 TOTAL SALES Retail Value:       129.48               0.96                  95.64

*    0.17 cases sold on promotion

                                        TOTAL SALES:              95.64

                        TOTAL AMOUNT DUE               95.64

Signature:
Signature signifies proof of delivery for quantities only.

Sales           YTD
Thru 03/17     $1,228      7%
Last Year      $1,152

**ORIGINAL    LAST PAGE**

**A.R. 1302**

SWEENEY DISTRIBUTING
ABINGDON MD 21009
443 243-0288

**0411619 RCVD 7/2/19**

CASH SALE

Invoice no:
152549934

GREEN APPLE DELI GROCERY          04/02/18 09:44      Make check to:
2626 WASHINGTON BLVD                                  Independent Distributor
BALTO, MD 21230-                                      Sweeney Distributing CO.
CUSTOMER# 000616530                                   010202 001574 20060
                                                      Cases:    0 Units:   306

| QTY | UPC | DESCRIPTION | UNIT RETAIL | UNIT PROMO | TOTAL PROMO | UNIT NET COST | STORE COST |
|-----|-----|-------------|-------------|------------|-------------|---------------|------------|
| | | **SALES** | | | | | |
| 12 | 2430086510 | DONUT STICKS | 000* 0.99 | 0.0800 | 0.96 | 0.7300 | 8.76 |
| 24 | 2430086650 | MINI DNT FRST 4CT | 050 0.50 | 0.0000 | 0.00 | 0.3700 | 8.88 |
| 30 | 2430086651 | MINI DNTS PWD 4CT | 050 0.50 | 0.0000 | 0.00 | 0.3700 | 11.10 |
| 24 | 2430083532 | STAR CRUNCH | 050 0.50 | 0.0000 | 0.00 | 0.3700 | 8.88 |
| 24 | 2430083546 | RAISIN CREME PIE | 050 0.50 | 0.0000 | 0.00 | 0.3700 | 8.88 |
| 36 | 2430083561 | OATMEAL PIE | 050 0.50 | 0.0000 | 0.00 | 0.3700 | 13.32 |
| 24 | 2430083566 | NUTTY BAR | 050 0.50 | 0.0000 | 0.00 | 0.3700 | 8.88 |
| 12 | 2430083571 | SWISS ROLLS | 050 0.50 | 0.0000 | 0.00 | 0.3700 | 4.44 |
| 24 | 2430083586 | COSMIC BROWNIE | 050 0.50 | 0.0000 | 0.00 | 0.3700 | 8.88 |
| 24 | 2430083591 | FUDGE ROUND | 050 0.50 | 0.0000 | 0.00 | 0.3700 | 8.88 |
| 24 | 2430083593 | ZEBRA CAKE | 050 0.50 | 0.0000 | 0.00 | 0.3700 | 8.88 |
| 12 | 2430083734 | STRWBERRY SHRTCK | 050 0.50 | 0.0000 | 0.00 | 0.3700 | 4.44 |
| 24 | 2430083938 | HONEY BUNS | 050 0.50 | 0.0000 | 0.00 | 0.3700 | 8.88 |
| 12 | 2430086692 | CHOC CHIP CR PIE | 050 0.50 | 0.0000 | 0.00 | 0.3700 | 4.44 |

    306 Subtotal SNACKS                              0.96                117.54

    306 TOTAL SALES Retail Value:    158.88          0.96                117.54

*      0.17 cases sold on promotion
                                          TOTAL SALES:        117.54

                                          TOTAL AMOUNT DUE    117.54


Signature:
Signature signifies proof of delivery for quantities only.


Sales           YTD
Thru 03/24    $1,339    8%
Last Year     $1,240


               **ORIGINAL   LAST PAGE**



A.R. 1303

SWEENEY DISTRIBUTING
ABINGDON MD 21009

0411619 RCVD 7/2/19

CASH SALE
02/26/18 10:41

Invoice no:
152549570

GREEN APPLE DELI GROCERY
2526 WASHINGTON BLVD
BALTO, MD 21230-
CUSTOMER# 000516530

Make check to:
Independent Distributor
Sweeney Distributing CO.
010202 001574 20060
Cases:    0 Units:    288

| QTY | UPC | DESCRIPTION | UNIT RETAIL | UNIT PROMO | TOTAL PROMO | UNIT COST | NET STORE COST |
|---|---|---|---|---|---|---|---|
| | | **RETURNS** | | | | | |
| 4 | 2430083785 | MINI DONUT CRNCH 000* | 0.79 | 0.0800 | 0.32 | 0.5700 | -2.28 |
| 4 | Subtotal SNACKS | | | | 0.32 | | -2.28 |
| | | **SALES** | | | | | |
| 12 | 2430083785 | MINI DONUT CRNCH 000* | 0.79 | 0.0800 | 0.96 | 0.5700 | 6.84 |
| 12 | 2430078106 | SBS CRY OAT&HONY | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 4.44 |
| 24 | 2430080860 | WNI ONT FRST 4CT | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 8.88 |
| 24 | 2430080861 | WNI ONTS PWD 4CT | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 8.88 |
| 24 | 2430083532 | STAR CRUNCH | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 8.88 |
| 12 | 2430083636 | FUDGE BROWNIE | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 4.44 |
| 12 | 2430083546 | RAISIN CREME PIE | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 4.44 |
| 36 | 2430083661 | OATMEAL PIE | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 13.32 |
| 12 | 2430083566 | NUTTY BAR | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 4.44 |
| 12 | 2430083571 | SWISS ROLLS | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 4.44 |
| 36 | 2430083591 | FUDGE ROUND | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 13.32 |
| 24 | 2430083593 | ZEBRA CAKE | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 8.88 |
| 24 | 2430083734 | STRWBERRY SHRTCK | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 8.88 |
| 24 | 2430083938 | HONEY BUNS | 050 | 0.50 | 0.0000 | 0.00 | 0.3700 | 8.88 |
| 288 | Subtotal SNACKS | | | | 0.96 | | 108.96 |

288 TOTAL SALES Retail Value:    147.48        0.64        106.68

\*    0.11 cases sold on promotion

TOTAL SALES:      108.96
TOTAL CREDITS:    -2.28

TOTAL AMOUNT DUE        106.68

Signature:
Signature signifies proof of delivery for quantities only.

| Sales | YTD | |
|---|---|---|
| Thru 02/17 | $763 | 4% |
| Last Year | $730 | |

ORIGINAL    LAST PAGE

A.R. 1304

Page 1

CASH SALE                                              Invoice no:
                                                       152550004

GREEN APPLE DELI GROCERY        04/09/18 10:48    Make check to:
2526 WASHINGTON BLVD                              Independent Distributor
BALTO, MD 21230-                                  Sweeney Distributing CO.
CUSTOMER# 000616530                               010202 001574 20060
                                                  Cases:   0 Units:   180

| QTY | UPC | DESCRIPTION | | UNIT RETAIL | | UNIT COST | NET STORE COST |
|---|---|---|---|---|---|---|---|
| | | **SALES** | | | | | |
| 12 | 2430076108 | SBS CNY OAT&HONY | 050 | 0.50 | | 0.3700 | 4.44 |
| 12 | 2430080851 | MNI DNTS PWD 4CT | 050 | 0.50 | | 0.3700 | 4.44 |
| 12 | 2430083532 | STAR CRUNCH | 050 | 0.50 | | 0.3700 | 4.44 |
| 12 | 2430083546 | RAISIN CREME PIE | 050 | 0.50 | | 0.3700 | 4.44 |
| 12 | 2430083561 | OATMEAL PIE | 050 | 0.50 | | 0.3700 | 4.44 |
| 12 | 2430083566 | NUTTY BAR | 050 | 0.50 | | 0.3700 | 4.44 |
| 24 | 2430083571 | SWISS ROLLS | 050 | 0.50 | | 0.3700 | 8.88 |
| 24 | 2430083586 | COSMIC BROWNIE | 050 | 0.50 | | 0.3700 | 8.88 |
| 12 | 2430083591 | FUDGE ROUND | 050 | 0.50 | | 0.3700 | 4.44 |
| 12 | 2430083593 | ZEBRA CAKE | 050 | 0.50 | | 0.3700 | 4.44 |
| 12 | 2430083734 | STRWBERRY SHRICK | 050 | 0.50 | | 0.3700 | 4.44 |
| 12 | 2430083938 | HONEY BUNS | 050 | 0.50 | | 0.3700 | 4.44 |
| 12 | 2430086592 | CHOC CHIP CR PIE | 050 | 0.50 | | 0.3700 | 4.44 |

   180 Subtotal SNACKS                                             66.60


   180 TOTAL SALES Retail Value:       90.00                       66.60


                                       TOTAL SALES:       66.60

                                   TOTAL AMOUNT DUE        66.60


Signature:
Signature signifies proof of delivery for quantities only.


Sales        YTD
Thru 03/31   $1,435   6%
Last Year    $1,357


                  O R I G I N A L    L A S T   P A G E


**A.R. 1305**

Berliner Specialty Distributors
5101 Buchanan Street
Hyattsville, MD 20781
PHONE: (301)927-4444

04[illegible]19 RCVD 7/2/19

Date: 1/16/18 | Time: 10:28 AM | Route: 213

Customer #: 3973 | Vendor#: | Rep #: 788 Store#: 0

GREEN APPLE DELI
2526 W WASHINGTON BLVD
BALTIMORE, MD 21230

## INVOICE# 21302693 (Original)

SALES

| Product# | Product Desc/UPC | U/C | Cases | Units | SugRtl | Price | Allow | ExtPrice |
|---|---|---|---|---|---|---|---|---|
| 12428 | BB COOKIE & CREA 0070640003556 | 24 | 1 | | 0.00 | 0.5617 | 0.00 | 13.48 |
| 2721 | BR PT BUTTER PEC 077567274847 | 8 | 1 | | 0.00 | 2.0588 | 0.00 | 16.47 |
| 2768 | BR PT REESES 077567275066 | 8 | 1 | | 0.00 | 2.2988 | 0.00 | 18.39 |
| 10C41 | BR PT OREO 077567275059 | 8 | 1 | | 0.00 | 2.2988 | 0.00 | 18.39 |
| 65016 | FRED. FARM NUT C 028367300001 | 24 | 1 | | 0.00 | 0.3625 | 0.00 | 8.70 |
| 78038 | MARS PT TWIX RED 047677388079 | 8 | 1 | | 0.00 | 2.6713 | 0.00 | 21.37 |
| 10811 | PO NOV SPONGE BO 077567002853 | 12 | 1 | | 0.00 | 1.1008 | 0.00 | 13.21 |
| 2 | DELIVERY FEE 023269999991 | 1 | 1 | | 0.00 | 3.9600 | 0.00 | 3.96 |
| 18034 | J&J BIG CHOCOLAT 023269146449 | 24 | 1 | | 0.00 | 0.6854 | 0.00 | 16.45 |
| 18037 | J&J ICE CREAM SA 023269000055 | 36 | 1 | | 0.00 | 0.6464 | 0.00 | 23.27 |
| 18065 | J&J MINI VANILLA 023269000093 | 48 | 1 | | 0.00 | 0.3550 | 0.00 | 17.04 |
| | Total: | | 11 | | | | | |

TOTAL SALES: $170.73

SUB TOTAL: $170.73

INVOICE TOTAL: $170.73

CUSTOMER SIGNATURE/STORE STAMP

BALANCE DUE: $170.73
CASH / CHECK

Anthony Whittico,
SALES REPRESENTATIVE

Invoice Format: 5

Berliner Specialty Distributors
**RECVD 7/2/19**
Hyattsville, MD 20781
PHONE: (301)927-4444

ate: 2/28/18          Time: 9:45 AM          Route: 210

ustomer #: 3973       Vendor#:              Rep #: 653
                                            Store#: 0

REEN APPLE DELI
526 W WASHINGTON BLVD
ALTIMORE, MD 21230

### INVOICE# 21023661 (Original)

SALES
=========

| Product# | Product Desc/UPC | U/C | Cases | Units | SugRtl | Price | Allow | ExtPrice |
|----------|------------------|-----|-------|-------|--------|-------|-------|----------|
| 2721 | BR PT BUTTER PLC 077667274847 | 8 | 1 | | 0.00 | 2.1205 | 0.00 | 16.96 |
| 2725 | BR PT VANILLA 077667274731 | 8 | 1 | | 0.00 | 2.1205 | 0.00 | 16.96 |
| 2768 | BR PT REESES 077667275066 | 8 | 1 | | 0.00 | 2.3677 | 0.00 | 18.94 |
| 10841 | BR PT OREO 077667275059 | 8 | 1 | | 0.00 | 2.3677 | 0.00 | 18.94 |
| 65016 | FRED. FARM NUT C 028387300001 | 24 | 1 | | 0.00 | 0.3900 | 0.00 | 9.36 |
| 10677 | PO NOV RAINBOW P 077667003140 | 24 | 1 | | 0.00 | 1.0558 | 0.00 | 25.34 |
| 10810 | PO NOV SPIDERMAN 077667002846 | 12 | 1 | | 0.00 | 1.1339 | 0.00 | 13.61 |
| 2 | DELIVERY FEE 023269999991 | 1 | 1 | | 0.00 | 3.9600 | 0.00 | 3.96 |
| 18035 | J&J BIG STRAWBER 023269146333 | 24 | 1 | | 0.00 | 0.7050 | 0.00 | 16.94 |
| 18065 | J&J MINI VANILLA 023269000093 | 48 | 1 | | 0.00 | 0.3657 | 0.00 | 17.55 |
| 18066 | J&J NOV ORANGE C 023269140058 | 24 | 1 | | 0.00 | 0.4992 | 0.00 | 11.98 |

Total: 11

TOTAL SALES:      $170.54

SUB TOTAL:        $170.54

INVOICE TOTAL:    $170.54

CUSTOMER SIGNATURE/STORE STAMP

BALANCE DUE:      $170.54
CASH / CHECK

Lawrence Taylor
SALES REPRESENTATIVE

Invoice Format: 5

**A.R. 1307**



04115/19 RCVD 7/2/19

Hyattsville, MD 20781
PHONE: (301)927-4444

Date: 5/1/16         Time: 2:32 PM        Route: 203

Customer #: 3973                     Rep #: 788
                     Vendor#:          Store#: 0

GREEN APPLE DELI
2526 W WASHINGTON BLVD
BALTIMORE, MD 21230

## INVOICE# 20335703 (Original)

SALES
==========

| Product# | Product Desc/UPC | U/C | Cases | Units | SugRtl | ice | Allow | ExtPrice |
|---|---|---|---|---|---|---|---|---|
| 2722 | BR PT CHOCOLATE 07756/274700 | 8 | 1 | | 0.00 | 2.1205 | 0.00 | 16.96 |
| 2768 | BR PT REESES 07756/275066 | 8 | 1 | | 0.00 | 2.3677 | 0.00 | 18.94 |
| 10841 | BR PT OREO 07756/275059 | 8 | 1 | | 0.00 | 2.3677 | 0.00 | 18.94 |
| 65006 | GARB CUP STRAW S 026387304429 | 12 | 1 | | 0.00 | 0.7800 | 0.00 | 9.36 |
| 65012 | GARB CUP CHOC SU 026387304320 | 12 | 1 | | 0.00 | 0.7800 | 0.00 | 9.36 |
| 65016 | FRED. FARM NUT C 026387300001 | 24 | 1 | | 0.00 | 0.3900 | 0.00 | 9.36 |
| 78042 | MARS SNICKERS IC 047677482467 | 24 | 1 | | 0.00 | 1.4356 | 0.00 | 34.45 |
| 10663 | PO NOV LICK A CO 077567020602 | 24 | 1 | | 0.00 | 0.5785 | 0.00 | 13.88 |
| 10810 | PO NOV SPIDERMAN 077567002846 | 12 | 1 | | 0.00 | 1.1339 | 0.00 | 13.61 |
| 10818 | PO NOV SPONGE BO 077567001068 | 18 | 1 | | 0.00 | 1.1400 | 0.00 | 20.52 |
| 2 | DELIVERY FEE 023269999991 | 1 | 1 | | 0.00 | 3.9600 | 0.00 | 3.96 |
| 18034 | J&J BIG CHOCOLAT 023269146449 | 24 | 1 | | 0.00 | 0.7060 | 0.00 | 16.94 |
| 18035 | J&J BIG STRAWBER 023269146333 | 24 | 1 | | 0.00 | 0.7060 | 0.00 | 16.94 |
| 18065 | J&J MINI VANILLA 023269000093 | 48 | 1 | | 0.00 | 0.3657 | 0.00 | 17.55 |

Total: 14

TOTAL SALES:       $220.77

SUB TOTAL:       $220.77

INVOICE TOTAL:     $220.77

CUSTOMER SIGNATURE/STORE STAMP

BALANCE DUE:     $220.77
CASH / CHECK

**A.R. 1308**

Anthony Whittico,
___ PROPRIETATIVE

**ONE SOURCE AMERICA**

8755 D'ARCY RD., DISTRICT HEIGHTS, MD 20747 TEL: 301-336-0905 / FAX: 301-336-0907

0411619 RCVD 7/2/19

| | |
|---|---|
| INVOICE # | 31043851 |
| INVOICE DATE | 01/20/2018 |
| SALES REP | KIM, JULIAN |
| TERMS | BILLTOBILL(S) |
| PAGE | 1 |

5713635089

SOLD TO: GREEN APPLE GROCERY
2526 WASHINGTON BLVD
BALTIMORE, MD 21230 6462886776

DELIVERY : CALL CUSTOMER

| ITEM NO | QTY.SHIP | UNIT/SIZE | DESCRIPTION | PRICE | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| | | | ( GROCERY LIST ) | | | |
| 5DHS302 | 1.00 | 24/10C | HS TRASH BAGS - 26 GALLON | 18.50 | 0.77 | 18.50 |
| 5DHS401 | 1.00 | 24/120 | HS FLIP TOP SANDWICH BAGS - 120CT | 18.50 | 0.77 | 18.50 |
| ADV101 | 1.00 | 50/2PC | ADVIL TABLETS - LOOSE | 14.00 | 0.28 | 14.00 |
| ALK114 | 1.00 | 48/1pc | ALKA-SELTZER PLUS COLD - LOOSE(48PC) | 14.00 | 0.29 | 14.00 |
| BAGK101 | 3.00 | 1/10 S | BAG (KOREA) - 8X4X16 - SMALL BLACK 700 | 12.00 | 12.00 | 36.00 |
| BAGK201 | 2.00 | 1/8 SI | BAG (KOREA) - 10X5X19 - MEDIUM BLACK 62 | 13.99 | 13.99 | 27.98 |
| BEN211 | 1.00 | 60/2TA | BENADRYL ALLERGY - LOOSE 60 | 23.05 | 0.38 | 23.05 |
| CLE101 | 1.00 | 12/0.2 | CLEAR EYES POCKET PAL | 18.50 | 1.54 | 18.50 |
| DAI202 | 1.00 | 96/1pc | DAISY BATH TISSUE 1ROLL | 41.00 | 0.43 | 41.00 |
| DEE101 | 3.00 | 32/500 | DEER PARK WATER - 500ML | 6.50 | 0.20 | 19.50 |
| DEE102 | 1.00 | 24/700 | DEER PARK 24OZ SPORT | 7.50 | 0.31 | 7.50 |
| DUR201 | 1.00 | 12/2PC | DURACELL - AAA2 | 12.00 | 1.00 | 12.00 |
| HAL105 | 1.00 | 20/9PC | HALLS - STRAWBERRY | 14.50 | 0.73 | 14.50 |
| NAB501 | 1.00 | 12/5.2 | NUTTER BUTTER 5.25OZ #3551 | 18.99 | 1.58 | 18.99 |
| NYQ101 | 1.00 | 25/2PC | NYQUIL COLD & FLU LIQUICAPS - LOOSE | 12.99 | 0.52 | 12.99 |
| RAP103 | 1.00 | 20/2.7 | RAP HONEY BBQ 2.75OZ | 18.50 | 0.93 | 18.50 |
| RAP105 | 1.00 | 20/2.7 | RAP NEW YORK DELI CHEDDAR 2.75OZ | 18.50 | 0.93 | 18.50 |
| SCO101 | 1.00 | 36/100 | SCOTT SINGLE BATH TISSUE | 23.40 | 0.65 | 23.40 |
| TROP03 | 1.00 | 24/22. | TROPICAL FANTASY COCKTAIL - FRUIT PUNCH | 14.99 | 0.62 | 14.99 |
| | | | ( OUT OF STOCK LIST ) | | | |
| ZAN102 | 0.00 | 25/1PC | ZANTAC 150 TABLETS - LOOSE | 12.99 | 0.52 | 0.00 |
| TOTAL CASE: | 24.00 | | TRUCK #: 5 DRIVER : IVAN | | | |

Alex

35.00 Returned Check Fee

# ONE SOURCE AMERICA

8755 D'ARCY RD., DISTRICT HEIGHTS, MD 20747   TEL. 301-336-0905/FAX 301-336-0807

**0411619 RCVD 7/2/19**

| INVOICE #. | 31044081 |
|---|---|
| INVOICE DATE | 02/10/2018 |
| SALES REP. | KIM JULIAN |
| TERMS | BILL TOBILL (S) |
| PAGE | 1 |

SOLD TO:   GREEN APPLE GROCERY
2526 WASHINGTON BLVD
BALTIMORE, MD  21230  6462886776

DELIVERY : CALL CUSTOMER

5713635089

| ITEM NO | QTY/SHIP | UNIT/SIZE | DESCRIPTION | PRICE | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| | | | ( GROCERY LIST ). | | | |
| ALE101 | 1.00 | 48/1PC | ALEVE TABLETS - LOOSE | 13.99 | 0.29 | 13.99 |
| DEE101 | 4.00 | 32/500 | DEER PARK WATER - 500ML | 6.50 | 0.20 | 26.00 |
| DEE102 | 2.00 | 24/700 | DEER PARK; 24OZ SPORT | 7.50 | 0.31 | 15.00 |
| PEPT101 | 1.00 | 25/2PC | PEPTO BISMOL CHEWABLE TABLETS - LOOSE | 10.40 | 0.42 | 10.40 |
| RAP111 | 1.00 | 24/2.7 | RAP WHITE CHEDDAR A DAB OF RANCH | 22.20 | 0.93 | 22.20 |
| RAP131 | 1.00 | 24/2.7 | RAP HONEY-DEW CHEESE PUFFS | 22.20 | 0.93 | 22.20 |
| RAP132 | 1.00 | 24/2.7 | RAP HONEY JALAPENO CHEESE PUFFS | 22.20 | 0.93 | 22.20 |
| TROP01 | 1.00 | 24/22. | TROPICAL FANTASY COCKTAIL - WATERMELON | 14.99 | 0.62 | 14.99 |
| TROP04 | 1.00 | 24/22. | TROPICAL FANTASY COCKTAIL - KIWI STRAWB. | 14.99 | 0.62 | 14.99 |
| TROP17 | 1.00 | 24/22. | TROPICAL FANTASX COCKTAIL-CHERRY LEMONA | 14.99 | 0.62 | 14.99 |
| TROP18 | 1.00 | 24/22. | TROPICAL FANTASY COCKTAIL-STRWBRRY LEMO | 14.99 | 0.62 | 14.99 |
| ZAN102 | 1.00 | 25/1PC | ZANTAC 150 TABLETS - LOOSE | 12.99 | 0.52 | 12.99 |
| TOTAL CASE | 16.00 | | TRUCK #: 3 DRIVER : DARWIN | | | |

*Not $40.95* *Not $40.95* (handwritten)

| | | SUBTOTAL | 204.94 |
|---|---|---|---|
| | 9.99 (handwritten) | PREVIOUS BALANCE | 372.40 |
| | | GRAND TOTAL | 577.34 |

35.00 Returned Check Fee

MEMO:

ALL CLAIMS REGARDING ABOVE SHIPMENT MUST
BE MADE WITHIN 24 HOURS FROM DATE OF DELIVERY.

A.R. 1310

## ONE SOURCE AMERICA

8755 D'ARCY RD., DISTRICT HEIGHTS, MD 20747 TEL: 301-336-0905 / FAX: 301-336-0907

DELIVERY : CALL CUSTOMER

| INVOICE # | 31044221 |
|---|---|
| INVOICE DATE | 02/24/2018 |
| SALES REP | KIM, JULINN |
| TERMS | BILLTOBILL(\$) |
| PAGE | 2 |

SOLD TO: GREEN APPLE GROCERY
2526 WASHINGTON BLVD
BALTIMORE, MD 21230  6462886776

| ITEM NO | QTY/SHIP | UNIT/SIZE | DESCRIPTION | PRICE | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| RAP103 | 1.00 | 20/2.7 | RAP HONEY BBQ 2.75OZ | 18.50 | 0.93 | 18.50 |
| RAP105 | 1.00 | 20/2.7 | RAP NEW YORK DELI CHEDDAR 2.75OZ | 18.50 | 0.93 | 18.50 |
| RAP121 | 1.00 | 24/2.7 | RAP HOT CHILI PEPPER LIME CUNCHY CURL | 22.20 | 0.93 | 22.20 |
| RAP122 | 1.00 | 24/2.7 | RAP HOT CHEESE FRIES | 22.20 | 0.93 | 22.20 |
| SOS301 | 1.00 | 12/1CT | S.O.S. HEAVY DUTY SCRUBBER 1CT - 791016 | 11.25 | 0.94 | 11.25 |
| TID312 | 1.00 | 20/400 | TIDE POWDER ALPINE FRESH - 4400G/20 | 22.00 | 1.10 | 22.00 |
| TROP03 | 1.00 | 24/22. | TROPICAL FANTASY COCKTA - FRUIT PUNCH | 14.99 | 0.62 | 14.99 |
| TROP04 | 1.00 | 24/22. | TROPICAL FANTASY COCKTA - KIWI STRAWB | 14.99 | 0.62 | 14.99 |
| TR9P07 | 1.00 | 24/22. | TROPICAL FANTASY COCKTA - PINEAPPLE | 14.99 | 0.62 | 14.99 |
| TROP17 | 1.00 | 24/22. | TROPICAL FANTASY COCKTA - CHERRY LEMONA | 14.99 | 0.62 | 14.99 |
| TROPA01 | 1.00 | 12/15. | TROPICANA - ORANGE | 12.00 | 1.00 | 12.00 |
| TROPA02 | 1.00 | 12/15. | TROPICANA - APPLE | 12.00 | 1.00 | 12.00 |
| TROPA03 | 1.00 | 12/15. | TROPICANA - CRAN COCKTAIL | 12.00 | 1.00 | 12.00 |
| UNC206 | 1.00 | 12/5oz | UNCLE ALS - CHOCOLATE CREMES | 5.99 | 0.50 | 5.99 |

TRUCK #: 4  DRIVER : LESTER

TOTAL CASE  45.00

( BOTTLE TAX )  0.05  1.20

BOTTLE QTY  24.00

| | |
|---|---|
| SUB TOTAL | 6992.94 |
| PREVIOUS BALANCE | |
| GRAND TOTAL | 894.89 |

35.00 Returned Check Fee

MEMO:

ALL CLAIMS REGARDING ABOVE SHIPMENT MUST BE MADE WITHIN 24 HOURS FROM DATE OF DELIVERY.

0411819 RCVD 7/2/19

194.95

A.R. 1311

## ONE SOURCE AMERICA

8755 D'ARCY RD, DISTRICT HEIGHTS, MD 20747 TEL:301-336-0905/FAX:301-336-0907    0411619 RCVD 7/2/19

| INVOICE # | 31044221 |
|---|---|
| INVOICE DATE | 02/24/2018 |
| SALES REP | KIM, JULIAN |
| TERMS | BILL TO BILL (S |
| PAGE | 1 |

SOLD TO:  GREEN APPLE GROCERY
2526 WASHINGTON BLVD
BALTIMORE, MD 21230  6462086776

DELIVERY :  CALL CUSTOMER
571-3635049

| ITEM NO | QTY SHIP | UNIT/SIZE | DESCRIPTION | PRICE | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
|  |  |  | ( GROCERY LIST ) |  |  |  |
| 1DAV102 | 1.00 | 36CT/. | DAVID SUN SDS - NACHO CHEESE .30C | 6.99 | 0.19 | 6.99 |
| 2TOP101 | 1.00 | 1/24PK | TOP CIGARETTE PAPER | 22.00 | 22.00 | 22.00 |
| 5DHS401 | 1.00 | 24/120 | HS FLIP TOP SANDWICH BAGS - 120CT | 18.50 | 0.77 | 18.50 |
| 5DHS702 | 1.00 | 12/280 | HS MULTI-PURPOSE CLEAN - OCEAN PARADISE | 12.50 | 1.04 | 12.50 |
| 5DMF102 | 1.00 | 24/80C | MFB BABY WIPES - PINK | 20.50 | 0.85 | 20.50 |
| 5DNF221 | 1.00 | 12/70Z | MFB BABY OIL | 12.50 | 1.04 | 12.50 |
| 8LIB101 | 1.00 | 18/4.6 | LIBBY'S VIENNA SAUSAGE IN CHICKEN BROTH | 10.60 | 0.59 | 10.60 |
| ALU304 | 1.00 | 48/205 | ALUMINUM FOIL ROLL - SMALL - 48CT #8517 | 34.40 | 0.72 | 34.40 |
| ARI220 | 1.00 | 24/500 | ARIEL POWDER LAUNDRY MATIC - 500G | 26.40 | 1.10 | 26.40 |
| AUS301 | 1.00 | 6/960Z | AUSTINS CRYSTAL BLEACH 96OZ - REGULAR | 8.10 | 1.35 | 8.10 |
| BIC101 | 1.00 | 50/ORD | BIC LIGHTER - CHILD GUARD REGULAR | 39.50 | 0.79 | 39.50 |
| BUD111 | 1.00 | 12/60Z | BUDS BEST - BUTTER COOKIES | 9.75 | 0.81 | 9.75 |
| DEE101 | 3.00 | 32/500 | DEER PARK WATER - 500ML | 6.50 | 0.20 | 19.50 |
| DEE102 | 1.00 | 24/700 | DEER PARK 24OZ SPORT | 7.50 | 0.31 | 7.50 |
| FAB107 | 1.00 | 12/220 | FABULOSO MULTI-USE 22OZ - SPRING FRESH | 19.75 | 1.65 | 19.75 |
| GAT201 | 1.00 | 12/320 | GATORADE 32OZ - FRUIT PUNCH | 16.00 | 1.33 | 16.00 |
| GAT204 | 1.00 | 12/320 | GATORADE 32OZ - COOL BLUE | 16.00 | 1.33 | 16.00 |
| IRI101 | 1.00 | 20/40Z | IRISH SPRING DEO SOAP - ORIGINAL | 12.50 | 0.63 | 12.50 |
| KOO104 | 1.00 | 48/0.1 | KOOL-AID PACKETS GRAPE #01661 | 14.50 | 0.30 | 14.50 |
| KOO105 | 1.00 | 48/0.1 | KOOL-AID PACKETS CHERRY #01662 | 14.50 | 0.30 | 14.50 |
| KOO107 | 1.00 | 48/0.1 | KOOL-AID PACKETS STRW/KIWI #01658 | 14.50 | 0.30 | 14.50 |
| KOO109 | 1.00 | 48/0.1 | KOOL-AID PACKETS BLCK CHRY #01659 | 14.50 | 0.30 | 14.50 |
| KOO110 | 1.00 | 48/0.1 | KOOL-AID PACKETS MIX BERRY #01672 | 14.50 | 0.30 | 14.50 |
| MOT101 | 1.00 | 50/2PC | MOTRIN IB CAPLETS - LOOSE | 12.99 | 0.26 | 12.99 |
| NAB509 | 1.00 | 12/5.2 | OREO ORIGINAL 5.25OZ #0749 | 18.99 | 1.58 | 18.99 |
| PRI401 | 1.00 | 12/1.4 | PRINGLE ORIGINAL 1.4OZ | 6.99 | 0.58 | 6.99 |
| PRI402 | 1.00 | 12/1.4 | PRINGLE BBQ 1.4OZ | 6.99 | 0.58 | 6.99 |
| PRI404 | 1.00 | 12/1.4 | PRINGLE SOUR CREAM & ONION 1.4OZ | 6.99 | 0.58 | 6.99 |
| RAID101-1 | 1.00 | 12/17. | RAID ANT & ROACH KILLER - OUTDOOR FRESH | 43.70 | 3.64 | 43.70 |

35.00 Returned Check Fee

MEMO:

| SUB TOTAL |  |
|---|---|
| PREVIOUS BALANCE |  |
| GRAND TOTAL |  |

ALL CLAIMS REGARDING ABOVE SHIPMENT MUST BE MADE WITHIN 14 HOURS FROM DATE OF DELIVERY.

A.R. 1312

## ONE SOURCE AMERICA

8755 D'ARCY RD., DISTRICT HEIGHTS, MD 20747   TEL: 301-336-0905 / FAX: 301-336-0907

| INVOICE # | 31004411 |
| --- | --- |
| INVOICE DATE | 03/17/2018 |
| SALES REP | IVAN JULIAN |
| TERMS | BILL/BILL |
| PAGE | 1 |
| | 571-36335002 |

SOLD TO:   GREEN APPLE GROCERY
2526 WASHINGTON BLVD
BALTIMORE, MD 21230 6462865776

DELIVERY : CALL CUSTOMER

| ITEM NO | QTY/SHIP | UNIT/SIZE | DESCRIPTION | PRICE | UNIT PRICE | EXTENSION |
| --- | --- | --- | --- | --- | --- | --- |
| UNC105 | 1.00 | 12/5OZ | UNCLE ALS - BUTTER COOKIES | 5.99 | 0.50 | 5. |
| UNC201 | 1.00 | 12/5OZ | UNCLE ALS - LEMON CREMES | 5.99 | 0.50 | 5. |
| UNC205 | 1.00 | 12/5OZ | UNCLE ALS - BANANA CREMES | 5.99 | 0.50 | 5. |
| | | | | | | |
| TOTAL CASE | 36.00 | | TRUCK #: 5 DRIVER : IVAN | | | |

464.13
5.99
458.14

| | | 461.1 |
| --- | --- | --- |
| SUB TOTAL | | 627.4 |
| PREVIOUS BALANCE | | |
| GRAND TOTAL | | 1,091.5 |

35.00 Returned Check Fee

MEMO:

ALL CLAIMS REGARDING ABOVE SHIPMENT MUST BE MADE WITHIN 24 HOURS FROM DATE OF DELIVERY.

A.R. 1313

| INVOICE # | 3104441 |
|---|---|
| INVOICE DATE | 03/17/201 |
| SALES REP | KIM, JULIA |
| TERMS | BILLTUBILl |
| PAGE | 1 |

DELIVERY : CALL CUSTOMER

SOLD TO: GREEN APPLE GROCERY
2526 WASHINGTON BLVD
-LTIMORE, MD 21230  6462886776

571-5535508

| ITEM NO | QTY/SHIP | UNIT/SIZE | DESCRIPTION | PRICE | UNIT PRICE | EXTENSI |
|---|---|---|---|---|---|---|
| | | | < GROCERY LIST > | | | |
| DAV102 | 1.00 | 36CT/. | DAVID SUN SDS - NACHO CHEESE .30C | 6.99 | 0.19 | 6. |
| SOU101 | 1.00 | 24/4.2. | SOUR POWER-ASSORTED FLAV | 16.99 | 0.71 | 16. |
| SDHS401 | 2.00 | 24/120 | HS FLIP TOP SANDWICH BAGS - 120CT | 18.30 | 0.77 | 37. |
| ADV104 | 1.00 | 50/2PC | ADVIL PM - LOOSE (50PC) #16455 | 16.99 | 0.34 | 16. |
| AJA403 | 1.00 | 20/12. | AJAX DISH LIQUID 20/12.60Z - RR GR/FRUI | 20.00 | 1.00 | 20. |
| ASI101 | 1.00 | 12/3.0 | NONG SHIM BOWL - HOT & SPICY | 9.50 | 0.79 | 9. |
| BIC101 | 1.00 | 50/ORD | BIC LIGHTER - CHILD GUARD REGULAR | 39.50 | 0.79 | 39. |
| BUD103 | 1.00 | 12/60Z | BUDS BEST - GINGER SNAPS | 9.75 | 0.81 | 9. |
| DEE101 | 4.00 | 32/500 | DEER PARK WATER - 500ML | 6.50 | 0.20 | 26. |
| DEE102 | 2.00 | 24/700 | DEER PARK 240Z SPORT | 7.50 | 0.31 | 15. |
| DOV101 | 0.50 | 48/4.7 | DOVE BAR SOAP 135G - WHITE | 42.99 | 0.90 | 21. |
| DOV102 | 0.50 | 48/4.7 | DOVE BAR SOAP 135G - PINK | 42.99 | 0.90 | 21. |
| GIL201 | 1.00 | 50/1CT | GILLETTE GOOD NEWS - 30MK - INDIVIDUAL | 12.50 | 0.42 | 12. |
| KIN503 | 1.00 | 15/BOX | KINDER JOY 15PCS | 18.00 | 1.20 | 18. |
| OLD304 | 1.00 | 9/30Z | OLD WILLIAMS BOX - GREEN APPLE #291112 | 5.20 | 0.65 | 5. |
| OLD307 | 1.00 | 8/30Z | OLD WILLIAMS BOX - MOUNTAIN BERRY #29114 | 5.20 | 0.65 | 5. |
| OLD310 | 1.00 | 8/30Z | OLD WILLIAMS BOX - RASPBERRY #291143 | 5.20 | 0.65 | 5. |
| RAP101 | 1.00 | 20/2.7 | RAP RANCH 2.75OZ | 18.50 | 0.93 | 18. |
| RAP102 | 1.00 | 20/2.7 | RAP HONEY JALAPENO 2.75OZ | 18.50 | 0.93 | 18. |
| RAP103 | 1.00 | 20/2.7 | RAP HONEY BBQ 2.75OZ | 18.50 | 0.93 | 18. |
| RAP104 | 1.00 | 20/2.7 | RAP LOUISIANA HEAT 2.75OZ | 18.50 | 0.93 | 18. |
| RAP105 | 1.00 | 20/2.7 | RAP NEW YORK DELI CHEDDAR 2.75OZ | 18.50 | 0.93 | 18. |
| SCO101 | 1.00 | 36/100 | SCOTT SINGLE BATH TISSUE | 23.40 | 0.65 | 23. |
| TYL101 | 1.00 | 50/2PC | TYLENOL EXTRA STRENGTH - LOOSE | 13.50 | 0.27 | 13. |
| UNC101 | 1.00 | 12/50Z | UNCLE ALS - CHOCOLATE CHIP | 5.99 | 0.50 | 5. |
| UNC102 | 1.00 | 12/50Z | UNCLE ALS - OATMEAL | 5.99 | 0.50 | 5. |
| UNC103 | 1.00 | 12/50Z | UNCLE ALS - COCONUT BAR | 5.99 | 0.50 | 5. |
| UNC104 | 1.00 | 12/50Z | UNCLE ALS - ICED OATMEAL | 5.99 | 0.50 | 5. |
| UNC105 | 1.00 | 12/50Z | UNCLE ALS - ICED LEMON | 5.99 | 0.50 | 5. |

| | |
|---|---|
| SUB TOTAL | |
| PREVIOUS BALANCE | |
| GRAND TOTAL | |

35.00 Returned Check Fee

MEMO:

ALL CLAIMS REGARDING ABOVE SHIPMENT MUST
BE MADE WITHIN 24 HOURS FROM DATE OF DELIVERY.

A.R. 1314

8755 D'ARCY RD., DISTRICT HEIGHTS, MD 20747 TEL:301-386-0905 FAX:301-386-0907

| INVOICE DATE | 04/16/2018 |
|---|---|
| SALES REP | KIM, JULIAN |
| TERMS | BILL TO BILL |
| PAGE | 1 |

SOLD TO: GREEN APPLE GROCERY
2526 WASHINGTON BLVD
BALTIMORE, MD 21230 646-2886775

DELIVERY : CALL CUSTOMER

04/1818 RCVD 77218

5713635089

| ITEM NO | QTYSHIP | UNIT/SIZE | DESCRIPTION | PRICE | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| | | | < GROCERY LIST > | | | |
| 1SOU101 | 1.00 | 24/4.5 | SOUR POWER-ASSORTED FLAV | 16.99 | 0.71 | 16.99 |
| 5DHS402 | 1.00 | 24/50CT | HS ZIPPER SEAL SANDWICH BAGS - 50CT | 18.50 | 0.77 | 18.50 |
| ALO203 | 1.00 | 20/500 | NG ALOE JUICE - 500ML - POMEGRANATE | 20.00 | 1.00 | 20.00 |
| BAY101 | 1.00 | 50/2PC | BAYER ASPIRIN TABLETS - LOOSE | 11.50 | 0.23 | 11.50 |
| COL203 | 1.00 | 12/ORD | COLGATE T/B VALUE - DOUBLE ACTION | 9.35 | 0.78 | 9.35 |
| COL301 | 1.00 | 24/2.5 | COLGATE T/P 2.5OZ -CAVITY PRO #51/05 | 24.00 | 1.00 | 24.00 |
| DAY101 | 1.00 | 25/2PC | DAYQUIL COLD & FLU LIQUICAPS - LOOSE | 12.99 | 0.52 | 12.99 |
| DEE101 | 4.00 | 32/500 | DEER PARK WATER - 500ML | 6.50 | 0.20 | 26.00 |
| DEE102 | 2.00 | 24/700 | DEER PARK 24OZ SPORT | 7.50 | 0.31 | 15.00 |
| DOM101 | 1.00 | 24/1LB | DOMINO SUGAR - 1LB | 26.00 | 1.08 | 26.00 |
| DOM102 | 1.00 | 24/2LB | DOMINO SUGAR - 2LB | 46.00 | 1.92 | 46.00 |
| DUR101 | 1.00 | 12/2PC | DURACELL - AA2 | 12.00 | 1.00 | 12.00 |
| DUR201 | 1.00 | 12/2PC | DURACELL - AAA2 | 12.00 | 1.00 | 12.00 |
| KIN503 | 1.00 | 15/BOX | KINDER JOY 15PCS | 18.00 | 1.20 | 18.00 |
| NAB509 | 1.00 | 12/5.2 | ORED ORIGINAL 5.25OZ #0749 | 18.99 | 1.58 | 18.99 |
| DRA201 | 1.00 | 12/ORD | ORAL-B TOOTHBRUSH - SHINY CLEAN SOFT #4 | 9.00 | 0.75 | 9.00 |
| PAP201 | 1.00 | 24/4PK | CLEAR BATH TISSUE - 4PK | 35.00 | 1.46 | 35.00 |
| SCO101 | 1.00 | 36/100 | SCOTT SINGLE BATH TISSUE | 23.40 | 0.65 | 23.40 |
| SOS301 | 1.00 | 12/1CT | S.O.S. HEAVY DUTY SCRUBBER 1CT - 791016 | 11.25 | 0.94 | 11.25 |
| TROP09 | 1.00 | 24/22. | TROPICAL FANTASY COCKTAIL - SWEET TEA | 14.99 | 0.62 | 14.99 |
| TROP17 | 1.00 | 24/22. | TROPICAL FANTASY COCKTAIL-CHERRY LEMONA | 14.99 | 0.62 | 14.99 |
| ZAN102 | 1.00 | 25/1PC | ZANTAC 150 TABLETS - LOOSE | 12.99 | 0.52 | 12.99 |
| | | | < OUT OF STOCK LIST > | | | |
| 3KRA101 | 0.00 | 12/0.0 | KRAZY GLUE TUBE | 11.45 | 0.95 | 0.00 |
| NYQ101 | 0.00 | 25/2PC | NYQUIL COLD & FLU LIQUICAPS - LOOSE | 12.99 | 0.52 | 0.00 |

TOTAL CASE 26.00

TRUCK #: 5 DRIVER : IVAN

35.00 Returned Check Fee

MEMO:

| SUB TOTAL | |
|---|---|
| PREVIOUS BALANCE | |
| GRAND TOTAL | |

ALL CLAIMS REGARDING ABOVE SHIPMENT MUST
BE MADE WITHIN 24 HOURS FROM DATE OF DELIVERY.

A.R. 1315

**ONE SOURCE AMERICA**
8755 D'ARCY RD., DISTRICT HEIGHTS, MD 20747. TEL: 301-336-0905 / FAX: 301-336-0907

| INVOICE # | 31044631 |
|---|---|
| INVOICE DATE | 04/16/2018 |
| SALES REP | KIM, JULIAN |
| TERMS | BILLTOBILL(S |
| PAGE | 2 |

DELIVERY : CALL CUSTOMER

SOLD TO: GREEN APPLE GROCERY
2526 WASHINGTON BLVD
BALTIMORE, MD 21230 6462886772S

571363S089

| ITEM NO | QTY/SHIP | UNIT/SIZE | DESCRIPTION | PRICE | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| | | | | | | |

35.00 Returned Check Fee

| | |
|---|---|
| SUB-TOTAL | 408.94 |
| PREVIOUS BALANCE | 458.14 |
| GRAND TOTAL | 867.08 |

MEMO:

ALL CLAIMS REGARDING ABOVE SHIPMENT MUST
BE MADE WITHIN 24 HOURS FROM DATE OF DELIVERY.

A.R. 1316

**ONE SOURCE AMERICA**

8755 D'ARCY RD., DISTRICT HEIGHTS, MD 20747. TEL: 301-336-0905 FAX: 301-568-0907

| INVOICE # | 31044971 |
|---|---|
| INVOICE DATE | 05/12/2018 |
| SALES REP | KIM,JULIAN |
| TERMS | BILLTOBILL |
| PAGE | 2 |
| | 5713635009 |

DELIVERY : CALL CUSTOMER

SOLD TO:
GREEN APPLE GROCERY
2526 WASHINGTON BLVD
BALTIMORE, MD 21230 6462886776

| ITEM NO | QTY/SHIP | UNIT/SIZE | DESCRIPTION | PRICE | UNIT PRICE | EXTENSIC |
|---|---|---|---|---|---|---|
| TROP04 | 1.00 | 24/22. | TROPICAL FANTASY COCKTAIL - KIWI STRAWB | 14.99 | 0.62 | 14. |
| TROP09 | 1.00 | 24/22. | TROPICAL FANTASY COCKTAIL - SWEET TEA | 14.99 | 0.62 | 14. |
| TROP17 | 1.00 | 24/22. | TROPICAL FANTASY COCKTAIL-CHERRY LEMONA | 14.99 | 0.62 | 14. |
| | | | < OUT OF STOCK LIST > | | | |
| BLI102 | 0.00 | 24/0.1 | BLISTEX MEDICATED LIP BALM 24 PC | 24.00 | 1.00 | 0. |
| PRI402 | 0.00 | 12/1.4 | PRINGLE BBQ 1.4OZ | 6.99 | 0.58 | 0. |

TOTAL CASE: 39.00                    TRUCK #: 3  DRIVER : DARWIN

$593.39

| | |
|---|---|
| SUB TOTAL | 600. |
| PREVIOUS BALANCE | 408. |
| GRAND TOTAL | 1,009. |

7.50

35.00 Returned Check Fee

MEMO:

ALL CLAIMS REGARDING ABOVE SHIPMENT MUST
BE MADE WITHIN 24 HOURS FROM DATE OF DELIVERY.

**A.R. 1317**

| INVOICE # | 31044971 |
| --- | --- |
| INVOICE DATE | 05/12/2018 |
| SALES REP | KIM, JULIAN |
| TERMS | BILLTOBILL |
| PAGE | 1 |

SOLD TO: GREEN APPLE GROCERY
2526 WASHINGTON BLVD
BALTIMORE, MD 21230  6462886776

DELIVERY : CALL CUSTOMER

3713635089

| ITEM NO | QTY/SHIP | UNIT/SIZE | DESCRIPTION | PRICE | UNIT.PRICE | EXTENSION |
| --- | --- | --- | --- | --- | --- | --- |
| | | | ( GROCERY LIST:) | | | |
| 2TOP101 | 1.00 | 1/24PK | TOP CIGARETTE PAPER | 22.00 | 22.00 | 22. |
| 3KRA101 | 1.00 | 12/0.8 | KRAZY GLUE TUBE | 10.50 | 0.88 | 10. |
| 5DHS401 | 1.00 | 24/120 | HS FLIP TOP SANDWICH BAGS - 120CT | 18.50 | 0.77 | 18. |
| ADV101 | 1.00 | 50/2PC | ADVIL TABLETS - LOOSE #15489 | 13.50 | 0.27 | 13. |
| AIR108 | 1.00 | 12/8OZ | AIR WICK - COOL LINEN #74734 | 10.80 | 0.90 | 10. |
| AIR110 | 1.00 | 12/8OZ | AIR WICK - HAWAII TROP #85257 | 10.80 | 0.90 | 10. |
| ALOE03 | 2.00 | 20/500 | NG ALOE JUICE - 500ML - POMEGRANATE | 20.00 | 1.00 | 40. |
| ARM101 | 1.00 | 24/16O | ARM & HAMMER BAKING SODA 16OZ | 21.50 | 0.90 | 21. |
| ASI106 | 1.00 | 12/3.0 | NONG SHIM BOWL - SHIN | 9.50 | 0.79 | 9. |
| BAGK101 | 1.00 | 1/10 S | BAG (KOREA) - 8X4X16 - SMALL BLACK 700 | 11.50 | 11.50 | 11. |
| BAGK201 | 1.00 | 1/8 SI | BAG (KOREA) - 10X5X19 - MEDIUM BLACK 62 | 13.99 | 13.99 | 13. |
| BAGK301 | 1.00 | 1/6 SI | BAG (KOREA) - 12X7X22 - LARGE BLACK 300C | 11.50 | 11.50 | 11. |
| DEE101 | 5.00 | 32/500 | DEER PARK WATER - 500ML | 6.50 | 0.20 | 32. |
| DEE102 | 3.00 | 24/700 | DEER PARK 24OZ SPORT | 7.50 | 0.31 | 22. |
| GLA111 | 1.00 | 12/10C | GLAD TALL QUICK TIE BLK 30G - 000079 | 33.00 | 2.75 | 33. |
| KIN501 | 1.00 | 1/45ct | KINDER JOY 45CT SIDEKICK | 40.50 | 0.90 | 40. |
| NAB503 | 1.00 | 12/6OZ | CHIPS AHOY ORIGINAL 6OZ#0752 | 18.99 | 1.58 | 18. |
| NAB505 | 1.00 | 12/6.5 | NEWTONS FIG 7.OZ #4225 | 18.99 | 1.58 | 18. |
| NAB509 | 1.00 | 12/5.2 | OREO ORIGINAL 5.25OZ #0749 | 18.99 | 1.58 | 18. |
| NAB510 | 1.00 | 12/4OZ | PREMIUM ORIGINAL CRACKERS 4OZ #0382 | 18.99 | 1.58 | 18. |
| NYQ101 | 1.00 | 25/2PC | NYQUIL COLD & FLU LIQUICAPS - LOOSE | 12.99 | 0.52 | 12. |
| PLE101 | 1.00 | 15/52C | PLENTY PAPER TOWEL | 12.99 | 0.87 | 12. |
| PRI401 | 1.00 | 12/1.4 | PRINGLE ORIGINAL 1.4OZ | 6.99 | 0.58 | 6. |
| RAP141 | 1.00 | 24/2.7 | RAP RANCH 2.75OZ | 22.20 | 0.93 | 22. |
| RAP143 | 1.00 | 24/2.7 | RAP HONEY BBQ 2.75OZ | 22.20 | 0.93 | 22. |
| SCO101 | 1.00 | 36/100 | SCOTT SINGLE BATH TISSUE | 21.00 | 0.58 | 21. |
| TOR343 | 1.00 | 24/500 | TORY VERY VERA 500ML - POMEGRANATE | 20.00 | 0.83 | 20. |
| TRO101 | 1.00 | 40PC/O | TROJAN CONDOMS MAGNUM-48' LOOSE#7434 | 20.49 | 0.51 | 20. |
| TRO201 | 1.00 | 2-6PK/ | TROJAN CONDOMS MAGNUM-BLACK | 18.50 | 1.54 | 18. |

short ↓ (handwritten note next to DEE102 row)

SUB TOTAL
PREVIOUS BALANCE
GRAND TOTAL

MEMO:

3500 Returned Check Fee

ALL CLAIMS REGARDING ABOVE SHIPMENT MUST
BE MADE WITHIN 24 HOURS FROM DATE OF DELIVERY.

A.R. 1318

**ONE SOURCE AMERICA**
8755 D'ARCY RD., DISTRICT HEIGHTS, MD 20747  TEL:301-336-0905 / FAX:301-336-0907

| INVOICE # | 31045252 |
|---|---|
| INVOICE DATE | 06/09/2018 |
| SALES REP | KIM, JULIAN |
| TERMS | BILLTOBILLE |
| PAGE | 1 |

DELIVERY : CALL CUSTOMER

SOLD TO: GREEN APPLE GROCERY
2526 WASHINGTON BLVD
BALTIMORE, MD 21230 6462886776

0411619 RCVD 7/2/19

| ITEM NO | QTY/SHIP | UNIT/SIZE | DESCRIPTION | PRICE | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| UNC202 | 1.00 | 12/50Z | UNCLE ALS - DUPLEX CREMES | 5.99 | 0.50 | 5.9 |
| UNC203 | 1.00 | 12/50Z | UNCLE ALS - STRAWBERRY CREMES | 5.99 | 0.50 | 5.9 |
| UNC207 | 1.00 | 12/50Z | UNCLE ALS - PEANUT BUTTER | 5.99 | 0.50 | 5.9 |
| TOTAL CASE: | 46.00 | | TRUCK #: 5 DRIVER : IVAN | | | |

571-36-35089

576-66

SUB TOTAL                 593.38

PREVIOUS BALANCE

MEMO:

35.00 Returned Check Fee

ALL CLAIMS REGARDING ABOVE SHIPMENT MUST
BE MADE WITHIN 24 HOURS FROM DATE OF DELIVERY.

A.R. 1319

**ONE SOURCE AMERICA**

8755 DARCY RD, DISTRICT HEIGHTS, MD 20747  TEL:301-336-0905/FAX:301-336-0907

| INVOICE # | 31045225 |
|---|---|
| INVOICE DATE | 06/09/2... |
| SALES REP | KIM, JUL... |
| TERMS | BILL TO: |
| PAGE | 1 |

571 36 3256

4/1619 RCVD 7/2/19

SOLD TO:  GREEN APPLE GROCERY
2526 WASHINGTON BLVD
BALTIMORE, MD 21230  6462886776

DELIVERY : CALL CUSTOMER

| ITEM NO | QTY/SHIP | UNIT/SIZE | DESCRIPTION | PRICE | UNIT PRICE | EXTEI |
|---|---|---|---|---|---|---|
| | | | ( GROCERY LIST ) | | | |
| 1DAV101 | 1.00 | 36CT/. | DAVID SUN SDS - ORIGINAL .30C | 6.99 | 0.19 | 1 |
| 1DAV102 | 2.00 | 36CT/. | DAVID SUN SDS - NACHO CHEESE .30C | 6.99 | 0.19 | 1 |
| 5DHS301 | 1.00 | 24/15C | HS TRASH BAGS - 13 GALLON | 18.50 | 0.77 | 1 |
| 5DHS401 | 2.00 | 24/120 | HS FLIP TOP SANDWICH BAGS - 120CT | 18.50 | 0.77 | 3 |
| ALK102 | 1.00 | 25/2pc | ALKA-SELTZER PLUS COLD - LOSE (50PC) | 13.50 | 0.54 | 1 |
| ALU201 | 1.00 | 100/CA | ALUMINUM PAN - 1/2 SIZE DEEP #85149 | 26.00 | 0.26 | 2 |
| BUD107 | 1.00 | 12/6OZ | BUDS BEST -- CHOCOLATE CHIP | 9.75 | 0.81 | |
| BUD109 | 1.00 | 12/6OZ | BUDS BEST -- PEANUT BUTTER | 9.75 | 0.81 | 1 |
| BUD119 | 1.00 | 12/6OZ | BUDS BEST -- BUTTERFINGER CANDY COOKIES | 9.75 | 0.81 | 1 |
| DEE101 | 7.00 | 32/500 | DEER PARK WATER - 500ML | 6.50 | 0.20 | 45 |
| DEE102 | 5.00 | 24/700 | DEER PARK 24OZ SPORT | 7.50 | 0.31 | 37 |
| DOM103 | 1.00 | 10/4LB | DOMINO SUGAR - 4LB | 24.99 | 2.50 | 24 |
| KIN503 | 1.00 | 15/BOX | KINDER JOY 15PCS | 16.00 | 1.07 | 16 |
| NAB511 | 1.00 | 12/3.8 | RITZ ORIGINAL 3.8OZ #3424 | 18.99 | 1.58 | 18 |
| NYQ101 | 1.00 | 25/2PC | NYQUIL COLD & FLU LIQUICAPS - LOOSE | 12.99 | 0.52 | 12 |
| PLE101 | 1.00 | 15/52C | PLENTY PAPER TOWEL | 12.99 | 0.87 | 12 |
| RAP141 | 1.00 | 24/2.7 | RAP RANCH 2.75OZ | 22.20 | 0.93 | 22 |
| RAP142 | 1.00 | 24/2.7 | RAP HONEY JALAPENO 2.75OZ | 22.20 | 0.93 | 22 |
| RAP143 | 1.00 | 24/2.7 | RAP HONEY BBQ 2.75OZ | 22.20 | 0.93 | 22 |
| SCQ101 | 1.00 | 36/100 | SCOTT SINGLE BATH TISSUE | 21.00 | 0.58 | 21 |
| TOR343 | 2.00 | 24/500 | TORY VERY VERA 500ML - POMEGRANATE | 20.00 | 0.03 | 40 |
| TROP01 | 1.00 | 24/22. | TROPICAL FANTASY COCKTAIL - WATERMELON | 14.99 | 0.62 | 14. |
| TROP04 | 2.00 | 24/22. | TROPICAL FANTASY COCKTAIL - KIWI STRAWB | 14.99 | 0.62 | 29. |
| TROP09 | 1.00 | 24/22. | TROPICAL FANTASY COCKTAIL - SWEET TEA | 14.99 | 0.62 | 14. |
| TROP10 | 1.00 | 24/22. | TROPICAL FANTASY COCKTAIL - MANGO | 14.99 | 0.62 | 14. |
| TROP17 | 1.00 | 24/22. | TROPICAL FANTASY COCKTAIL-CHERRY LEMONA | 14.99 | 0.62 | 14. |
| TROP18 | 1.00 | 24/22. | TROPICAL FANTASY COCKTAIL-STRWBRRY LEMO | 14.99 | 0.62 | 14. |
| UNC101 | 1.00 | 12/5OZ | UNCLE ALS - CHOCOLATE CHIP | 5.99 | 0.50 | 5. |
| UNC102 | 1.00 | 12/5OZ | UNCLE ALS - OATMEAL | 5.99 | 0.50 | 5. |

| | SUB TOTAL | |
|---|---|---|
| 35.00 Returned Check Fee | PREVIOUS BALANCE | |

MEMO:

ALL CLAIMS REGARDING ABOVE SHIPMENT MUST
BE MADE WITHIN 24 HOURS FROM DATE OF DELIVERY.

A.R. 1320

# ONE SOURCE AMERICA

8755 D'ARCY RD., DISTRICT HEIGHTS, MD 20747  TEL: 301-336-0905 FAX: 301-336-0907

DELIVERY : CALL CUSTOMER

| | |
|---|---|
| INVOICE.# | 31045461 |
| INVOICE DATE | 06/30/2010 |
| SALES REP | KIM, JULIAN |
| TERMS | BILLTOBILL |
| PAGE | 1 |
| | 37136330B1 |

**SOLD TO:** GREEN APPLE GROCERY
2526 WASHINGTON BLVD
BALTIMORE, MD 21230  6466886776

| ITEM NO | QTY/SHIP | UNIT/SIZE | DESCRIPTION | PRICE | UNIT PRICE | EXTENSI0 |
|---|---|---|---|---|---|---|
| | | | ( GROCERY LIST ) | | | |
| 25RHI07 | 1.00 | 20/1PC | RHINO 7 - 120000 | 50.00 | 2.50 | 50. |
| 25RHI69 | 1.00 | 20/1PC | RHINO 69 - 120000 | 50.00 | 2.50 | 50 |
| 9VIT101 | 1.00 | 12/5CT | VITA CBD GUMMY HEMP BOMB ASS1 | 60.00 | 5.00 | 60. |
| AJA402 | 1.00 | 20/12. | AJAX DISH LIQUID 20/12.60Z - LEMON | 20.00 | 1.00 | 20 |
| AJA404 | 1.00 | 20/12. | AJAX DISH LIQUID 20/12.60Z-LIME | 20.00 | 1.00 | 20 |
| ASI101 | 1.00 | 12/3.0 | NONG SHIM BOWL - HOT & SPICY | 9.95 | 0.83 | 9 |
| ASI103 | 1.00 | 12/3.0 | NONG SHIM BOWL - SPICY CHICKEN | 9.95 | 0.83 | 9 |
| DEE101 | 7.00 | 32/500 | DEER PARK WATER - 500ML | 6.50 | 0.20 | 45 |
| DEE102 | 5.00 | 24/700 | DEER PARK 240Z SPORT | 7.50 | 0.31 | 37 |
| KIN601 | 1.00 | 1/45ct | KINDER JOY 45CT SIDEKICK | 48.00 | 1.07 | 48 |
| NYQ101 | 1.00 | 25/2PC | NYQUIL COLD & FLU LIQUICAPS - LOOSE | 12.95 | 0.52 | 12 |
| PEPT101 | 1.00 | 25/2PC | PEPTO BISMOL CHEWABLE TABLETS - LOOSE | 10.40 | 0.42 | 10 |
| PRI401 | 1.00 | 12/1.4 | PRINGLE ORIGINAL 1.40Z | 6.99 | 0.58 | 6 |
| PRI402 | 1.00 | 12/1.4 | PRINGLE BBQ 1.40Z | 6.99 | 0.58 | 6 |
| PRI403 | 1.00 | 12/1.4 | PRINGLE CHEDDAR 1.40Z | 6.99 | 0.58 | 6 |
| PRI404 | 1.00 | 12/1.4 | PRINGLE SOUR CREAM & ONION 1.40Z | 6.99 | 0.58 | 6 |
| TID101 | 1.00 | 20/260 | TIDE POWDER ORIGINAL - 260 GRAMS | 14.00 | 0.70 | 14 |
| TRO101 | 1.00 | 40PC/0 | TROJAN CONDOMS MAGNUM-48' LOOSE#7434 | 20.49 | 0.51 | 20 |
| TYL104 | 1.00 | 50/2PC | TYLENOL PM - LOOSE 50 | 17.95 | 0.36 | 17 |
| XTR106 | 1.00 | 6/75OZ | XTRA - TROPICAL PASSION - PURPLE | 15.00 | 2.50 | 15 |
| XTR112 | 1.00 | 6/75OZ | XTRA - CALYPSO FRESH | 15.00 | 2.50 | 15 |
| | | | ( OUT OF STOCK LIST ) | | | |
| FAB101 | 0.00 | 12/220 | FABULOSO MULTI-USE 220Z - LAVENDER | 19.75 | 1.65 | . |
| PRI405 | 0.00 | 12/1.4 | PRINGLE PIZZA 1.40Z | 6.99 | 0.58 | 0 |
| TOTAL CASE: | 31.00 | | TRUCK #: 4 DRIVER : LESTER | | | 484 |
| | | | SUB TOTAL. | | | |

**MEMO:**

| | |
|---|---|
| SUB TOTAL | |
| PREVIOUS BALANCE | |
| GRAND TOTAL | |

35.00 Returned Check Fee

ALL CLAIMS REGARDING ABOVE SHIPMENT MUST
BE MADE WITHIN 24 HOURS FROM DATE OF DELIVERY.

**A.R. 1321**

0411619 RCVD 7/2/19

| INVOICE # | 31045461 |
| INVOICE DATE | 06/30/201 |
| SALES REP | KIM, JULIA |
| TERMS | BILLTOBIL |
| PAGE | 2 |

**ONE SOURCE AMERICA**
8755 D'ARCY RD., DISTRICT HEIGHTS, MD 20747   TEL: 301-336-0905 / FAX: 301-336-0907,

DELIVERY : CALL CUSTOMER

SOLD TO:   GREEN APPLE GROCERY
2526 WASHINGTON BLVD.
BALTIMORE, MD 21230  6462886776

| ITEM NO | QTY/SHIP | UNIT/SIZE | DESCRIPTION | PRICE | UNIT PRICE | EXTENS |
|---------|----------|-----------|-------------|-------|------------|--------|
| | | | < PROMOTION LIST > | | | 5 |
| | | | 1. PROMOTION : 25R -BUY 1CASE, GET 25RH169 1CASE FREE | | | |

571-363506

MEMO:

35.00 Returned Check Fee

ALL CLAIMS REGARDING ABOVE SHIPMENT MUST
BE MADE WITHIN 24 HOURS FROM DATE OF DELIVERY.

| SUB TOTAL | 43 |
| PREVIOUS BALANCE | 56 |
| GRAND TOTAL | 99 |

A.R. 1322

# ONE SOURCE AMERICA

8755 D'ARCY RD., DISTRICT HEIGHTS, MD 20747   TEL:301-336-0805/FAX:301-336-0907

| INVOICE # | 31045567 |
|---|---|
| INVOICE DATE | 07/21/21 |
| SALES REP | KIN, JUL |
| TERMS | BILL-TO- |
| PAGE | 1 |
| | 571.36.35) |

SOLD TO:
GREEN APPLE GROCERY
2526 WASHINGTON BLVD
BALTIMORE, MD 21230  6462886776

DELIVERY : CALL CUSTOMER

*#4619 RCVD 7/2/19*

| ITEM NO | QTY/SHIP | UNIT/SIZE | DESCRIPTION | PRICE | UNIT PRICE | EXTE |
|---|---|---|---|---|---|---|
| | | | ( GROCERY LIST ? | | | |
| 1DAV101 | 1.00 | 36CT. | DAVID SUN SDS - ORIGINAL .30C | 6.99 | 0.19 | 1 |
| 1DAV102 | 2.00 | 36CT. | DAVID SUN SDS - NACHO CHEESE .30C | 6.99 | 0.19 | 8 |
| 2TOP101 | 1.00 | 1/24PK | TOP CIGARETTE PAPER | 24.00 | 24.00 | 1 |
| 5DHS303-1 | 1.00 | 24/6CT | HS TRASH BAGS - DRAWSTRING 30GAL | 18.50 | 0.77 | 8 |
| 5DHS401 | 1.00 | 24/120 | HS FLIP TOP SANDWICH BAGS - 120CT | 18.50 | 0.77 | 1 |
| 8MOR101 | 1.00 | 24/26oz | MORTON SALT | 14.00 | 0.58 | 1 |
| ALO204 | 1.00 | 20/500 | NG ALOE JUICE - 500ML - PINEAPPLE | 20.00 | 1.00 | 8 |
| ALO208 | 1.00 | 20/500 | NG ALOE JUICE - 500ML - STRAWBERRY | 20.00 | 1.00 | 8 |
| ASI104 | 1.00 | 12/3.0 | NONG SHIM BOWL - SPICY SHRIMP | 9.50 | 0.79 | 1 |
| AUS101 | 1.00 | 12/320 | AUSTINS A-1 BLEACH - 32.0Z REGULAR | 11.50 | 0.96 | 1 |
| AUS301 | 1.00 | 6/960Z | AUSTINS CRYSTAL BLEACH 96OZ - REGULAR | 8.10 | 1.35 | |
| AXE108 | 1.00 | 6/150M | AXE DEODORANT SPRAY - MUSK | 11.64 | 1.94 | 1 |
| AXE110 | 1.00 | 6/150M | AXE DEODORANT SPRAY - EXCITE | 11.64 | 1.94 | 1 |
| CLO101 | 1.00 | 8/64oz | CLOROX BLEACH 64OZ CONC- | 21.00 | 2.63 | 2 |
| CLO103 | 1.00 | 12/300 | CLOROX BLEACH 30OZ - ORIGINAL | 19.50 | 1.63 | 1 |
| DEE101 | 6.00 | 32/500 | DEER PARK WATER - 500ML | 6.50 | 0.20 | 3 |
| DEE102 | 3.00 | 24/700 | DEER PARK 24OZ SPORT | 7.50 | 0.31 | 2 |
| FAB101 | 1.00 | 12/220 | FABULOSO MULTI-USE 22OZ - LAVENDER | 19.75 | 1.65 | 1 |
| FAB103 | 1.00 | 12/220 | FABULOSO MULTI-USE 22OZ - PASSION FRUIT | 19.75 | 1.65 | 1 |
| HAL104 | 1.00 | 20/9PC | HALLS - HONEY LEMON | 14.50 | 0.73 | 1 |
| NAB509 | 1.00 | 12/5.2 | OREO ORIGINAL 5.25OZ #0749 | 18.95 | 1.58 | 1. |
| OLD211 | 1.00 | 6/4oz | OLD WILLIAM GLADE- APPLE CINNAMON #6164 | 4.70 | 0.78 | 1 |
| OLD212 | 1.00 | 6/4oz | OLD WILLIAM GLADE- FRESH LINEN #61125 | 4.70 | 0.78 | 1 |
| OLD214 | 1.00 | 6/4oz | OLD WILLIAM GLADE- LILAC #61190 | 4.70 | 0.78 | 1 |
| PAP201 | 1.00 | 24/44PK | CLEAR BATH TISSUE - 4PK | 35.00 | 1.46 | 3¾ |
| SCO102 | 1.00 | 45/1000 | SCOTT 1000 SHEET SINGLE - 45CT | 24.75 | 0.55 | 2¾ |
| TAM102 | 1.00 | 12/10C | TAMPAX TAMPONS - SUPER #30833 | 24.99 | 2.08 | 2¾ |
| TRQP01 | 1.00 | 24/22. | TROPICAL FANTASY COCKTAIL - WATERMELON | 14.99 | 0.62 | 14 |
| TROF03 | 1.00 | 24/22. | TROPICAL FANTASY COCKTAIL - FRUIT PUNCH | 14.99 | 0.62 | 14 |

| | | |
|---|---|---|
| 35.00 Returned Check Fee | | SUB TOTAL |
| | | PREVIOUS BALANCE |
| | | GRAND TOTAL |

MEMO:

ALL CLAIMS REGARDING ABOVE SHIPMENT MUST
BE MADE WITHIN 24 HOURS FROM DATE OF DELIVERY.

**A.R. 1323**

# ONE SOURCE AMERICA

8755 D'ARCY RD., DISTRICT HEIGHTS, MD 20747   TEL: 301-336-0905/FAX: 301-336-0907

| INVOICE # | 31045671 |
|---|---|
| INVOICE DATE | 077/27/201 |
| SALES REP | KIM, JULIA |
| TERMS | BILLTUBIL |
| PAGE | 2 |

SOLD TO:   GREEN APPLE GROCERY
2526 WASHINGTON BLVD
BALTIMORE, MD 21230  6462886776

DELIVERY : CALL CUSTOMER

**1411619 RCVD 7/2/19**

| ITEM NO | QTY/SHIP | UNIT/SIZE | DESCRIPTION | PRICE | UNIT PRICE | EXTENSI |
|---|---|---|---|---|---|---|
| TROP04 | 1.00 | 24/22. | TROPICAL FANTASY COCKTAIL - KIWI STRAWB | 14.99 | 0.62 | 14 |
| TROP05 | 1.00 | 24/22. | TROPICAL FANTASY COCKTAIL - SWEET TEA | 14.99 | 0.62 | 14 |
| TROP17 | 1.00 | 24/22. | TROPICAL FANTASY COCKTAIL-CHERRY LEMONA | 14.99 | 0.62 | 14. |
| TROP18 | 1.00 | 24/22. | TROPICAL FANTASY COCKTAIL-STRWBRRY LEMO | 14.99 | 0.62 | 14 |
| | | | ( OUT OF STOCK LIST ) | | | |
| BLA101 | 0.00 | 12/7.5 | BLACK JACK SPRAY - BEDBUG & FLEA | 44.00 | 3.67 | 0 |
| PLE101 | 0.00 | 15/52C | PLENTY PAPER TOWEL | 12.99 | 0.87 | 0. |

TOTAL CASE: 41.00

TRUCK #: 5 DRIVER : IVAN

| | |
|---|---|
| SUB TOTAL | 552. |
| PREVIOUS BALANCE | 434.1 |
| GRAND TOTAL | 986. |

35.00 Returned Check Fee

MEMO:

ALL CLAIMS REGARDING ABOVE SHIPMENT MUST
BE MADE WITHIN 24 HOURS FROM DATE OF DELIVERY.

**A.R. 1324**

**INVOICE #** 353457    CUSTOMER# RCVD 7/2/19    **DATE** 06/12/18

Page 1 of 1 Printed 06/11/18 16:26
PO #
Route # 223 Stop # 6
Salesman # 203 RICHARD BROOKS

GREEN APPLE GROC & DELI
2526 WASHINGTON BLVD
BALTIMORE, MD 21230
646-288-6776
COD

Please mail remittances to:
**SWARTZ & SONS DIST.**
3815-38th Street
Brentwood, Maryland 20722

**Everfresh.**

Wash. Phone 301-927-8566
Balt. Phone 410-288-1005

Balt. City tax # C-275-000

| UPC | PRODUCT # | CASES | P.O.S. | DESCRIPTION | CASE PRICE | CASE NET | CASE DISCOUNT | EXT. TOTAL |
|---|---|---|---|---|---|---|---|---|
| 076737122308 | 301 | 2 | | 12/16 OZ EF ORANGE JUICE | 13.99 | 13.99 | | 27.98 |
| 076737122421 | 311 | 1 | | 12/16 OZ EF CRANBERRY APPLE | 13.99 | 13.99 | | 13.99 |
| 076737122544 | 355 | 2 | | 12/16 OZ EF KIWI STRAWBERRY | 13.99 | 13.99 | | 27.98 |
| 042200008554 | 628 | 1 | | 24/16OZ RIPIT .99 G-FORCE | 16.99 | 16.59 | 0.40 | 16.59 |
| 042200006093 | 630 | 1 | | 24/16OZ RIPIT .99 F-BOMB | 16.99 | 16.59 | 0.40 | 16.59 |
| 042200007212 | 632 | 1 | | 24/16OZ RIPIT .99 TRIBUTE | 16.99 | 16.59 | 0.40 | 16.59 |
| 042200000732 | 635 | 1 | | 24/16OZ RIPIT X .99 CYP | 16.99 | 16.59 | 0.40 | 16.59 |
| 04220000007 | 637 | 1 | | 24/16OZ .99 CHERRY LIME TRIBE | 16.99 | 16.59 | 0.40 | 16.59 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

Cases NonCases

152.90

***NOTE***
Swartz & Sons Dist. will NOT be responsible for
broken cases or shortages after delivery has
been made, ($25.00 fee on all returned checks)

***RETURN POLICY***
We will accept only factory-sealed cases for
refund or exchange within 30 days of purchase
with original Swartz & Sons invoice.

X _____
CUSTOMER SIGNATURE

X _____
PRINT NAME

PAID BY: ( ) CASH  ( ) CHECK#_____

TODAY'S INVOICE PAID: $

PAST INVOICE(S) PAID: $

| TAX | 0.00 |
|---|---|
| AMOUNT DUE | 152.90 |
| ADJUSTMENTS | 33.18 |
| TOTAL | 119.72 |

**UNPAID INVOICES**

| Customer # 23797 Invoice # 353457 | Date 06/12/18 | Unapplied | A | B | C | D |
|---|---|---|---|---|---|---|
| GREEN APPLE GROC & DELI | BAL. FWD: 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

2 Ripit
33.18
Return

Swartz & Sons Distributors, Inc    TOTAL DUE: 0.00    **A.R. 1325**

Page 1 of 1 Printed 03/12/18 16:44
PO #
Route # 223 Stop # 8
Salesman # 203 RICHARD BROOKS

GREEN APPLE GROC & DELI
2526 WASHINGTON BLVD
BALTIMORE, MD 21230
646-288-6775
COD

Please mail remittances to:
**SWARTZ & SONS DIST.**
3815-38th Street
Brentwood, Maryland 20722

Wash. Phone 301-927-8566
Balt. Phone 410-288-1005

**Everfresh**
Nature's Refreshment
Balt. City tax # C-275-000

| UPC | PRODUCT # | CASES | P.O.S. | DESCRIPTION | CASE PRICE | CASE NET | CASE DISCOUNT | | EXT. TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| | 89 | | 96 | BALTIMORE CITY CONTAINER TAX | 0.05 | 0.05 | | | 4.80 |
| 076737310170 | 202 | 1 | | 12/20 OZ CLEARFRUIT FRUIT PUN | 13.99 | 13.99 | | | |
| FREE PRODUCT QUANTITY - 1 CASE | | | | | | | 13.99 | | |
| 076737310101 | 203 | 1 | | 12/20 OZ CLEARFRUIT STRAWBERR | 13.99 | 13.99 | | | |
| FREE PRODUCT QUANTITY - 1 CASE | | | | | | | 13.99 | | |
| 076737310083 | 205 | 1 | | 12/20 OZ CLEARFRUIT PEACH | 13.99 | 13.99 | | | 13.99 |
| 076737310194 | 206 | 1 | | 12/20 OZ CLEARFRUIT MANGO | 13.99 | 13.99 | | | 13.99 |
| 076737310071 | 207 | 1 | | 12/20 OZ CLEARFRUIT CHERRY | 13.99 | 13.99 | | | 13.99 |
| 076737310385 | 212 | 1 | | 12/20 OZ CLEARFRUIT PINEAPPLE | 13.99 | 13.99 | | | |
| FREE PRODUCT QUANTITY - 1 CASE | | | | | | | 13.99 | | |
| 076737310361 | 213 | 1 | | 12/20 OZ CLEARFRUIT KIWI STRA | 13.99 | 13.99 | | | 13.99 |
| 076737311054 | 214 | 1 | | 12/20 OZ CLEARFRUIT ISLAND BR | 13.99 | 13.99 | | | 13.99 |

|  | Cases | NonCases | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 8 | 96 | | | | | | | 74.75 |

***NOTE***
Swartz & Sons Dist. will NOT be responsible for
broken cases or shortages after delivery has
been made, ($25.00 fee on all returned checks)

X _____
CUSTOMER SIGNATURE

X _____
PRINT NAME

***RETURN POLICY***
We will accept only factory-sealed cases for
refund or exchange within 30 days of purchase
with original Swartz & Sons invoice.

PAID BY: ( ) CASH ( ) CHECK#_____

TODAY'S INVOICE PAID: $

PAST INVOICE(S) PAID: $

| TAX | 0.00 |
|---|---|
| AMOUNT DUE | 74.75 |
| ADJUSTMENTS | |
| TOTAL | |

*129.37*

**UNPAID INVOICES**

Customer # 23797  Invoice # 332305    Date 03/13/18    Unapplied  A     B     C     D
GREEN APPLE GROC & DELI     BAL FWD: 0.00    0.00    0.00    0.00    0.00    0.00

Swartz & Sons Distributors, Inc       TOTAL DUE: 0.00

**A.R. 1326**