IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

GREEN APPLE GROCERY AND
DELI, LLC, ET AL

PLAINTIFFS'

Civil Case No.:1:19-cv-01408-RDB

UNITED STATES DEPARTMENT OF
AGRICULTURE; C/O SONNY
PERDUE, in his official capacity as
Secretary of the United States Department
of Agriculture

DEFENDANT

V.

ORDER

HAVING READ AND CONSIDERED plaintiffs' motion for an extension of time to respond to Defendant's Motion to Dismiss or In The Alternative for Summary Judgment, and for good cause shown, it is, this  30th  day of  November 2020,

ORDERED that the plaintiffs' shall respond to the Defendant's motion by January 25, 2021.

 /s/ 
Richard D. Bennett United States District Judge