IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Green Apple Grocery and Deli, LLC, et al,

    Plaintiffs,

v.

United Stated Department of Agriculture,

    Defendant.

Case No. 19-cv-1408-RDB

## ORDER

HAVING READ AND CONSIDERED defendant's motion for an extension of time to file a reply memorandum in further support of its motion to dismiss the complaint, or in the alternative, for summary judgment, and with plaintiffs' consent, it is, this __8th__ day of February 2021, ORDERED that the defendant shall file its reply by February 11, 2021.

_____
Richard D. Bennett
United States District Judge